UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                *Plaintiff,*

v.

JOSEPH BONGIOVANNI,

                *Defendant.*

**NOTICE OF MOTION
TO FILE UNDER SEAL**

**CASE NO. 19-CR-00227JLS-JJM**

STATE OF NEW YORK    )
COUNTY OF ERIE        ) ss:
CITY OF BUFFALO      )

      PAUL J. CAMBRIA, JR., ESQ., being duly sworn, deposes and says:

      1.    I, along with Justin D. Ginter, Esq., represent the defendant Joseph Bongiovanni.

      2.    Your deponent requests that a letter motion addressing issues brought up at today's, February 7, 2020, oral argument be filed under seal because the information set forth therein deals with issues in the case that should not be made available to the public.

      WHEREFORE, your deponent prays that this Court rule accordingly.

DATED:    Buffalo, New York
               February 7, 2020

Respectfully submitted,

/s/Paul J. Cambria, Jr., Esq.
PAUL J. CAMBRIA, JR., ESQ.
LIPSITZ GREEN SCIME CAMBRIA LLP
Attorneys for Defendant
JOSEPH BONGIOVANNI
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
(716) 849-1333
pcambria@lglaw.com

Subscribed and sworn to before me this 7th of February, 2020

/s/Alexander E. Basinski
Notary Public, State of New York
Qualified in Erie County
My Commission Expires August 6, 2022

TO: JOSEPH TRIPI, ESQ.
     ASSISTANT UNITED STATES ATTORNEY
     Federal Centre
     138 Delaware Avenue
     Buffalo, New York 14202