# EXHIBIT A



**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

| | |
|---|---|
| *Federal Center* | *716/843-5700* |
| *138 Delaware Avenue* | *fax 716/551-3052* |
| *Buffalo, New York 14202* | *Writer's Telephone: 716/843-5839* |
| | *Writer's fax: 716/551-3196* |
| | *Joseph.Tripi@usdoj.gov* |

November 18, 2020

*Via Email*
Harrington & Mahoney
70 Niagara Street
Buffalo, New York 14202
Attn: James P. Harrington, Esq.

     RE:   **United States v. Joseph Bongiovanni**
              **19-CR-227**

Dear Mr. Harrington:

     The discovery I previously provided on October 23, 2020, which I indicated would be re-provided in a Bates numbered format, is available and ready for pickup at the U.S. Attorney's Office. My prior October 23, 2020, correspondence, and a chart with the Bates numbers corresponding to the discovery, is included in the envelope for pickup.

     Additionally, as I indicated during our phone call on November 13, 2020, a cell phone belonging to ~~Anthony Gerace~~ was recently "cracked," that is, searched pursuant to a search warrant after getting through the phone's security features. Thereafter, it was scrubbed by a taint team to ensure no privileged materials were on it due to the volume of information contained in the phone. I received a copy of it on November 13, 2020. While I have not reviewed the phone yet, I am providing it to you in an abundance of caution in the event it contains communications between your client and Anthony Gerace who, as you know by now, is Coconspirator 2 in the Superseding Indictment. It should be noted that Anthony Gerace abandoned the phone and other items seized from his residence as part of his recent plea in federal court.

     Upon information and belief, ~~Anthony Gerace~~ would deny that your client ever did anything for him. ~~Anthony Gerace~~ is represented by Thomas J. Eoannou, Esq.

     These materials are provided pursuant to Rules 12 and 16, and the government's agreement to continue providing voluntary discovery as it becomes available pursuant to Rule 16(c).

If you have any questions, please contact me.

Very truly yours,

JAMES P. KENNEDY, JR.
United States Attorney

BY:  Joseph M. Tripi
     Assistant United States Attorney

cc:  Patrick Brown, Esq. (w/o encls.)

2

## U.S. v. *Joseph Bongiovanni, et al* .
## 19-CR-00227-LJV
## Discovery for Joseph Bongiovanni ONLY
## November 18, 2020
## AUSA Joseph Tripi

| BEGDOC | ENDDOC | Path Name |
|---|---|---|
| GOV-00037301 | GOV-00037302 | C2-04-145 |
| GOV-00037303 | GOV-00037306 | HSI ROI-Masecchia Indictment |
| GOV-00037307 | GOV-00037326 | Lab Report |
| GOV-00037327 | GOV-00037332 | LV DEA CAse Notification to FBI |
| GOV-00037333 | GOV-00037347 | Masecchia REPORTING |
| GOV-00037348 | GOV-00037360 | Non-Party_Disclosures\██████████ SW Pics |
| GOV-00037361 | GOV-00037432 | Non-Party_Disclosures\██████████ |
| GOV-00037433 | GOV-00037438 | Non-Party_Disclosures\██████████ |
| GOV-00037439 | GOV-00037565 | Non-Party_Disclosures\██████████ pics |
| GOV-00037566 | GOV-00037578 | Non-Party_Disclosures\Complaint |
| GOV-00037579 | GOV-00037582 | Non-Party_Disclosures\██████████ |
| GOV-00037583 | GOV-00037595 | Non-Party_Disclosures\HSI Requests_Docs |
| GOV-00037596 | GOV-00037724 | Non-Party_Disclosures\Labs |
| GOV-00037725 | GOV-00037825 | Non-Party_Disclosures\Police Reports and Checks |
| GOV-00037826 | GOV-00037847 | Non-Party_Disclosures\Seized Evidence |
| GOV-00037848 | GOV-00037873 | Non-Party_Disclosures\State SWs |
| GOV-00037874 | GOV-00037926 | Non-Party_Disclosures\SW Photos |
| GOV-00037927 | GOV-00037931 | Non-Party_Disclosures\SW-Range Rover & Person |
| GOV-00037932 | GOV-00037932 | Photo of Explosive Devices Seized from Masecchia Residence |
| GOV-00037933 | GOV-00038020 | Search Warrant Seizure Report |
| GOV-00038021 | GOV-00038025 | Signed Warrant for Masecchia Residence |
| GOV-00038026 | GOV-00038105 | Signed Warrants for Masecchia Devices |
| GOV-00038106 | GOV-00038107 | Threats_Reno Masecchia |
| GOV-00038108 | GOV-00038108 | Turri_Email_Masecchia_Bongiovanni |

### NON-BATES NUMBERED DISCOVERY

Non-Party Disclosure_Device Data\Iphone

Non-Party Disclosure_Device Data\Flip Phone

Non-Party Disclosure_Device Data\2019-08-23.11-52-42_phone

Kelly's Korner_11-5-2019

| From: | Tripi, Joseph (USANYW) |
|---|---|
| To: | "jph@harringtonmahoney.com" |
| Cc: | pjbrown@losi-gangi.com; Cullinane, Brendan (USANYW); Dickson, Jordan (CRM) |
| Subject: | Bongiovanni_Letter to Harrington_18 Nov 2020.pdf |
| Date: | Wednesday, November 18, 2020 12:20:00 PM |
| Attachments: | Bongiovanni_Letter to Harrington_18 Nov 2020.pdf |

Dear Jim,

See attached.  There are two thumb drives in the envelope for pickup, one (1) for the Bates numbered discovery and one (1) for the ▉▉▉▉▉▉▉▉phone.

Any questions, please call,

Thanks,
Joe



**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

| | |
|---|---|
| *Federal Center* | *716/843-5700* |
| *138 Delaware Avenue* | *fax 716/551-3052* |
| *Buffalo, New York   14202* | *Writer's Telephone:  716/843-5839* |
| | *Writer's fax:   716/551-3196* |
| | *Joseph.Tripi@usdoj.gov* |

October 23, 2020

James P. Harrington, Esq.
70 Niagara Street, Third Floor
Buffalo, NY   14202

     RE:   <u>**United States v. Joseph Bongiovanni**</u>
           **19-CR-227-V**

Dear Mr. Harrington:

     Pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure and the government's agreement to provide voluntary discovery in this matter, enclosed are documents on a thumb drive.  Copies of these documents will be reproduced in a Bates stamped format at a later date.   The thumb drive contains discovery beyond the strictures of Rule 16, in the following folders:

             C2-04-145
             HSI ROI-Masecchia Indictment
             Kelly's Korner_11-5-2019
             Lab Report
             LV DEA CAse Notification to FBI
             Masecchia REPORTING
             Non-Party_Disclosures
             Photo of Explosive Devices Seized from Masecchia Residence
             Search Warrant Seizure Report
             Seizure Report
             Signed Warrant for Masecchia Residence
             Signed Warrants for Masecchia Devices
             Threats_Reno Masecchia
             Turri_Email_Masecchia_Bongiovanni

Pursuant to Rule 16(c) of the Federal Rules of Criminal Procedure, we understand our ongoing discovery obligations.   If you have any questions regarding any of the documents, please contact me.

Very truly yours,

JAMES P. KENNEDY, JR.
United States Attorney

BY:   JOSEPH M. TRIPI
Assistant United States Attorney

JMT/kac
Encls.

2

**Tripi, Joseph (USANYW)**

| | |
|---|---|
| **From:** | jph@harringtonmahoney.com |
| **Sent:** | Saturday, October 10, 2020 1:43 PM |
| **To:** | Tripi, Joseph (USANYW) |
| **Cc:** | Patrick Brown; Cullinane, Brendan (USANYW) |
| **Subject:** | Re: SWs for MASECCHIA Residence and Electronics SWs |

Joe,

Only the first four attachments came through. Please resend the others when you can.

Thanks,
Jim

James P. Harrington
Harrington & Mahoney
70 Niagara Street, 3rd Floor
Buffalo, New York  14202
Ph: 716-853-3700 x214
Facs: 716-853-3710
jph@harringtonmahoney.com
www.harringtonmahoney.com

-----"Tripi, Joseph (USANYW)" <Joseph.Tripi@usdoj.gov> wrote: -----
To: "Patrick Brown" <PJBrown@losi-gangi.com>
From: "Tripi, Joseph (USANYW)" <Joseph.Tripi@usdoj.gov>
Date: 10/09/2020 06:04PM
Cc: "'jph@harringtonmahoney.com'" <jph@harringtonmahoney.com>, "Cullinane, Brendan (USANYW)"
<Brendan.Cullinane@usdoj.gov>
Subject: SWs for MASECCHIA Residence and Electronics SWs

Hi Pat,


Pursuant to Rule 16 and 12 please find search warrants for Masecchia's residence and the electronics
seized.  I will be sending the extractions from the devices.

Any questions, please call me.


Thanks,


Joseph M. Tripi, Assistant United States Attorney

Chief, Narcotics & Organized Crime Section

*U.S. Attorney's Office/WDNY*

*138 Delaware Avenue*

*Buffalo, New York  14202*

*716.843.5839  ||  fax 716.551.3196*

[attachment "Black Iphone SW Masecchia.pdf" removed by James Harrington/Harrington_Mahoney]
[attachment "Cricket cell phone and charge cable SW Masecchia.pdf" removed by James Harrington/Harrington_Mahoney]
[attachment "Fuji camera SW Masecchia.pdf" removed by James Harrington/Harrington_Mahoney]
[attachment "Lenovo Tablet SW MASECCHIA.pdf" removed by James Harrington/Harrington_Mahoney]
[attachment "Samsung cell phone with charger Masecchia.pdf" removed by James Harrington/Harrington_Mahoney]
[attachment "ZTE Phone SW MASSECCHIA.pdf" removed by James Harrington/Harrington_Mahoney]
[attachment "PRemise 1.pdf" removed by James Harrington/Harrington_Mahoney]

## Tripi, Joseph (USANYW)

| | |
|---|---|
| **From:** | Tripi, Joseph (USANYW) |
| **Sent:** | Friday, October 9, 2020 6:03 PM |
| **To:** | Patrick Brown |
| **Cc:** | 'jph@harringtonmahoney.com'; Cullinane, Brendan (USANYW) |
| **Subject:** | SWs for MASECCHIA Residence and Electronics SWs |
| **Attachments:** | Black Iphone SW (Masecchia).pdf; Cricket cell phone and charge cable SW (Masecchia).pdf; Fuji camera SW (Masecchia).pdf; Lenovo Tablet SW (MASECCHIA).pdf; Samsung cell phone with charger (Masecchia).pdf; ZTE Phone SW (MASSECCHIA).pdf; PRemise 1.pdf |

Hi Pat,

Pursuant to Rule 16 and 12 please find search warrants for Masecchia's residence and the electronics seized.  I will be sending the extractions from the devices.

Any questions, please call me.

Thanks,

Joseph M. Tripi, Assistant United States Attorney
Chief, Narcotics & Organized Crime Section
*U.S. Attorney's Office/WDNY*
*138 Delaware Avenue*
*Buffalo, New York  14202*
*716.843.5839  ||  fax 716.551.3196*

## Tripi, Joseph (USANYW)

| | |
|---|---|
| **From:** | Tripi, Joseph (USANYW) |
| **Sent:** | Friday, October 16, 2020 4:36 PM |
| **To:** | Patrick Brown |
| **Cc:** | 'jph@harringtonmahoney.com'; Cullinane, Brendan (USANYW); Dickson, Jordan (CRM) |
| **Subject:** | Disclosure Letter_ Masecchia Devices_16 Oct 2020.pdf |
| **Attachments:** | Disclosure Letter_ Masecchia Devices_16 Oct 2020.pdf |

Pat and Jim,

See attached. A thumb drive will be at the front desk for pickup.

Also Pat, the thumb drive previously sent to Jim only will be made available to you as well regarding the Bongiovanni devices (see my October 9, 2020 letter).

Thanks,
Joe



**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

| | |
|---|---|
| *Federal Center* | *716/843-5700* |
| *138 Delaware Avenue* | *fax 716/551-3052* |
| *Buffalo, New York   14202* | *Writer's Telephone:   716/843-5839* |
| | *Writer's fax:   716/551-3196* |
| | *Joseph.Tripi@usdoj.gov* |

October 9, 2020

***Via Email***
Harrington & Mahoney
70 Niagara Street
Buffalo, New York 14202
Attn: James P. Harrington, Esq.

      RE:   **United States v. Joseph Bongiovanni**
           **19-CR-227**

Dear Mr. Harrington:

      During voluntary discovery provided May 26, 2020, you were provided "Bongiovanni Personal Cell Phone Extraction", Bates Nos. GOV-6538 through GOV-6971, which is a Samsung Model SM-J337T cell phone.  This cell phone is itemized as item "h." on Attachment A to Search Warrant 19-M-1065 (*see also* GOV-8008 through GOV-18015), which was also provided during that same discovery production.  Please be advised that this cell phone and the information extracted therefrom is the only item of electronic evidence we presently intend to introduce from the items described in Attachment A to Search Warrant 19-M-1065.

      As to items "a. through g." and "i. through o." as described in Attachment A to Search Warrant 19-M-1065, we do not presently intend to introduce any of those items into evidence, or any data extracted therefrom.  Complete copies of the items "a. through g." and "i. through o.," to the extent law enforcement was able to copy them, are being provided on a thumb drive that will be available for pickup at the front desk at the U.S. Attorney's Office on Tuesday, October 13, 2020.

      Please note that the information and data extraction pertaining to the aforementioned Samsung Model SM-J337T cell phone, which will be introduced at trial, are also re-provided on the thumb drive in folders labeled "Samsung JSM-J337T" and "SIM Card from Samsung JSM-J337T."

If you have any questions, please contact me.

Very truly yours,

JAMES P. KENNEDY, JR.
United States Attorney

BY:   Joseph M. Tripi
      Assistant United States Attorney

cc:   Patrick Brown, Esq. (w/o encls.)

2



**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

| | |
|---|---|
| *Federal Center* | 716/843-5700 |
| *138 Delaware Avenue* | *fax* 716/551-3052 |
| *Buffalo, New York   14202* | *Writer's Telephone:*  716/843-5839 |
| | *Writer's fax:*  716/551-3196 |
| | *Joseph.Tripi@usdoj.gov* |

July 10, 2020

Harrington & Mahoney
70 Niagara Street
Buffalo, New York 14202
Attn: James P. Harrington, Esq.

    Re:   <u>United States v. Joseph Bongiovanni, et al.</u>
            19-CR-227

Dear Mr. Harrington:

      Pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure, and the government's agreement to provide voluntary discovery and consistent with the provisions of the Protective Order in this case, enclosed please find additional Bates Number Discovery GOV-00024819 to GOV-00037198, as further described in the index attachment to this letter. The discovery is provided as searchable pdfs and native files. The password to open the discovery disc is:



If you would like to inspect any physical items described in the discovery, please contact me in order to schedule an appointment. Additional discovery will be provided voluntarily pursuant to Rule 16(c) on a continuing basis as such information is identified by the government.

                Very truly yours,

                JAMES P. KENNEDY, JR.
                United States Attorney

BY:   Joseph M. Tripi
       Chief, Strategic Operations and
       Prosecutions Section

**U.S. v. *Joseph Bongiovanni, et al.***

**19-CR-00227-LJV**

**Discovery, July 8 2020**

**AUSA Joseph Tripi**

| BEGIN BATES | END BATES | DOCUMENT SOURCE |
|---|---|---|
| GOV-00024819 | GOV-00024851 | FBI-Financial Discovery-Item 1 PayPal Records Lindsay Bongiovanni |
| GOV-00024852 | GOV-00024881 | FBI-Financial Discovery-Item 3 TransUnion Records Joseph & Lindsay Bongiovanni |
| GOV-00024882 | GOV-00028018 | FBI-Financial Discovery-Item 4 Bank Buffalo Metro FCU Records Joseph Bongiovanni |
| GOV-00028019 | GOV-00030841 | FBI-Financial Discovery-Item 5 Bank of America BOA Records Joseph & Lindsay Bongiovanni |
| GOV-00030842 | GOV-00031637 | FBI-Financial Discovery-Item 6 JP Morgan Chase Records Joseph & Lindsay Bongiovanni |
| GOV-00031638 | GOV-00031638 | APD Intelligence Submission |
| GOV-00031639 | GOV-00031665 | Bongiovanni Arrest |
| GOV-00031666 | GOV-00031669 | Bongiovanni Personal Cell Phone |
| GOV-00031670 | GOV-00031685 | Bongiovanni SW Aff with his Bio |
| GOV-00031686 | GOV-00031688 | Border Crossing Info |
| GOV-00031689 | GOV-00031696 | CS Searches and Information |
| GOV-00031697 | GOV-00031787 | CS-13-144841 |
| GOV-00031788 | GOV-00032293 | DEA C2-06-0120 |
| GOV-00032294 | GOV-00032356 | DEA CS-09-130994 |
| GOV-00032357 | GOV-00034450 | DEA Files\OPR Buffalo |
| GOV-00034451 | GOV-00034616 | DEA Files\OPR Buffalo\C2-10-0144 Shared Drive |
| GOV-00034617 | GOV-00034622 | DEA Files\OPR Buffalo\C2-10-0144 Shared Drive\CERT 7 |
| GOV-00034623 | GOV-00034623 | DEA Files\OPR Buffalo\C2-10-0144 Shared Drive\CHARGER |
| GOV-00034624 | GOV-00034636 | DEA Files\OPR Buffalo\C2-10-0144 Shared Drive\COURT DOCS |
| GOV-00034637 | GOV-00034653 | DEA Files\OPR Buffalo\C2-10-0144 Shared Drive\DEA-6s |
| GOV-00034654 | GOV-00034664 | DEA Files\OPR Buffalo\C2-10-0144 Shared Drive\DEA-7As |
| GOV-00034665 | GOV-00034728 | DEA Files\OPR Buffalo\C2-10-0144 Shared Drive\DEA-7s |
| GOV-00034729 | GOV-00034736 | DEA Files\OPR Buffalo\C2-10-0144 Shared Drive\Draft Affidavit-███████ |
| GOV-00034737 | GOV-00034818 | DEA Files\OPR Buffalo\C2-10-0144 Shared Drive\Intel |
| GOV-00034819 | GOV-00034880 | DEA Files\OPR Buffalo\C2-10-0144 Shared Drive\Other |
| GOV-00034881 | GOV-00034938 | DEA Files\OPR Buffalo\C2-10-0144 Shared Drive\Photos |
| GOV-00034939 | GOV-00034952 | DEA Files\OPR Buffalo\C2-10-0144 Shared Drive\Recordings\16Sep2014_152037 |
| GOV-00034953 | GOV-00034958 | DEA Files\OPR Buffalo\C2-10-0144 Shared Drive\sears |
| GOV-00034959 | GOV-00035011 | DEA Files\OPR Buffalo\C2-10-0144 Shared Drive\Seizures |
| GOV-00035012 | GOV-00035028 | DEA Files\OPR Buffalo\C2-10-0144 Shared Drive\██████████ |
| GOV-00035029 | GOV-00035040 | DEA Files\OPR Buffalo\C2-10-0144 Shared Drive\██████████ |
| GOV-00035041 | GOV-00035081 | DEA Files\OPR Buffalo\C2-10-0144 Shared Drive\Wave Files |
| GOV-00035082 | GOV-00035272 | DEA Files\OPR Buffalo\C2-13-0026 Shared Drive |
| GOV-00035273 | GOV-00035274 | DEA Files\OPR Buffalo\C2-13-0026 Shared Drive\██████████████████ |
| GOV-00035275 | GOV-00035372 | DEA Files\OPR Buffalo\C2-13-0026 Shared Drive\██████████\CLEAR |
| GOV-00035373 | GOV-00035464 | DEA Files\OPR Buffalo\C2-13-0026 Shared Drive\██████████\CLEAR |
| GOV-00035465 | GOV-00036750 | DEA Files\OPR Buffalo\C2-13-0026 Shared Drive\SUBS\C2-13-453516 |
| GOV-00036751 | GOV-00036754 | HSI Interview_Lynch |
| GOV-00036755 | GOV-00036757 | Investigation Activity Log |
| GOV-00036758 | GOV-00036758 | Link Chart |
| GOV-00036759 | GOV-00036799 | ████████_TTPD File |
| GOV-00036800 | GOV-00036805 | Masecchia Indictment 20-CR-74 |
| GOV-00036806 | GOV-00036873 | Mike Masecchia Reporting |
| GOV-00036874 | GOV-00036907 | ███████ |
| GOV-00036908 | GOV-00036925 | OIG DARTS PDFs |
| GOV-00036926 | GOV-00036929 | Safety Net Docs |
| GOV-00036930 | GOV-00037010 | ███ DEA _IRS Emails_Dave Turri |
| GOV-00037011 | GOV-00037012 | ██████ DEA Searches |
| GOV-00037013 | GOV-00037013 | Toll Analysis Found in File in Bongiovanni's Basement |
| GOV-00037014 | GOV-00037068 | USAO Closed Paper Files ██████ |
| GOV-00037069 | GOV-00037076 | USAO Electronic ████ Closed File |
| GOV-00037077 | GOV-00037198 | ██████████ Search Warrant_25 Nov 2012 |



**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

| | |
|---|---|
| *Federal Center* | *716/843-5700* |
| *138 Delaware Avenue* | *fax 716/551-3052* |
| *Buffalo, New York  14202* | *Writer's Telephone: 716/843-5839* |
| | *Writer's fax: 716/551-3196* |
| | *Joseph.Tripi@usdoj.gov* |

May 22, 2020

Harrington & Mahoney
70 Niagara Street
Buffalo, New York 14202
Attn: James P. Harrington, Esq.

     RE:   <u>**United States v. Joseph Bongiovanni**</u>
            **19-CR-227**

Dear Counsel:

     Pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure and the government's agreement to provide voluntary discovery in this matter, enclosed please find the following items:

- Phone Records 716-725-1931 (Verizon)
- Phone Records 716-491-4173 (AT&T)
- Phone Records 716-507-2784 (AT&T)
- Phone Records 716-830-3066 (Verizon)
- Phone Records 716-799-7724 (Verizon)
- Phone Records 716-818-0966 (Verizon)
- 85 Alder Place- Search Warrant Photos
- 85 Alder Place- Purchase Information
- ~~Anthony Gerace~~- Criminal Complaint
- ~~Anthony Gerace~~ HSI 2010 Interview
- ~~Anthony Gerace~~ Indictment
- Bank of America Records
- Bongiovanni- 100 Club Award and News Article
- Bongiovanni- Border Crossing information
- Bongiovanni- DEA 6s
- Bongiovanni DEA memos
- Bongiovanni- DEA Emails (IGF PR 19-4021)
- Bongiovanni- HSI Interview ROI
- Bongiovanni- OIG Interviews
- Bongiovanni- Personal Cell Phone Extraction
- Bongiovanni- JPG of list of names found in his basement
- Bongiovanni- Personnel Action

- Bongiovanni- ███████ DEA 6, November 6, 2009
- Bongiovanni- Toronto Trip Facebook Photo
- Bongiovanni- CBP Phone Analysis (redacted) and Phone Border Search
- Bongiovanni- DARTS Audits and Trinity Log
- Bongiovanni- DEA Cell Phone
- Buffalo Gun Center Records
- CBP Phone Extraction of IOC Member (redacted)
- DEA Electronic Retention Policy
- DEA Evidence Box from 85 Alder Place with Scanned Contents
- DEA Mission (sample)
- DEA Oath (sample)
- Erie County Sheriff's Cell Block Video
- Email Chain
- Erie County Pistol Permit Records
- Frontier Airlines Records
- HSI Cell Phone Extraction- ███████ (girlfriend phone)
- HSI Cell Phone Extraction- ███████
- HSI Cell Phone Extraction- ███████
- JP Morgan Chase Records
- Lab Reports
- Lexor Lane- Photos and Seizure Report
- Masecchia- Criminal Complaint
- NYSP Drug Buys- Pharaoh's
- Oxycodone- Memphis, TN Seizure
- Paypal Records
- Consent to Search- Peter Gerace
- ███████- Voicemail to Bongiovanni
- Pharaoh's- Search Warrant Photos and Police Report
- Photo of Bongiovanni and others
- Search Warrant Photos- 9070 Michael Douglas Drive
- Search Warrant ROI- 9070 Michael Douglas Drive
- Search Warrants
  - 19-MJ-1056
  - 19-5002
  - 19-5154
  - 19-5209
  - 19-5303-01-02
  - 19-M-1065
  - 19-MJ-213
- Snooty Fox Assault Video
- Southwest Airlines Records
- Texts Between ███████ and Bongiovanni
- Transunion Records
- Town of Tonawanda Police Report- ███████

- Turri Email to Bongiovanni (redacted)
- U.S. Probation- Pharaoh's

Please also be advised that all physical evidence seized from 85 Alder Place is available for your review, although photographs are provided herewith. A box of DEA materials seized from the basement in 85 Alder Place has been scanned and is provided herewith. The original box, and all physical evidence, is available for inspection.

These materials are provided pursuant to the current Scheduling Order and the U.S. Attorney's Office's agreement to provide voluntary discovery pursuant to Rule 16. As we have discussed, these materials are provided subject to a Protective Order whereby you have agreed to retain the materials in your custody and control. This discovery consists of documents with bates range GOV-00000001 through GOV-00024818 (GOV-00000001 through GOV-00024815 is the discovery, GOV-00024816 through GOV-00024818 is the protective order). The discovery is being produced as bates numbered, searchable PDF's and native files. The discovery also contains a folder with cell phone extraction data related to Coconspirators 1, 2, and 3, that has not been bates numbered.

Discovery in this matter will be ongoing and continuing pursuant to Rule 16(c) of the Federal Rules of Criminal Procedure. Additional materials will also be provided pursuant to an "Attorney's Eyes Only" Protective Order. Furthermore, the investigation is continuing and additional files related to cases your client worked on and/or had access to have been requested from DEA. After those materials are received and reviewed, discoverable materials will be provided voluntarily pursuant to Rule 16(c). A discovery index is enclosed as well as directions regarding the flash drive.

Please be advised that the government intends to introduce all evidence provided, made available, and of which you have been made aware, during its case-in-chief at trial.

If you should have any questions, please contact me.

Very truly yours,

JAMES P. KENNEDY, JR.
United States Attorney

BY:   JOSEPH M. TRIPI
Assistant United States Attorney

JMT/kmr
Encls.

3

**U.S. v. *Joseph Bongiovanni***
**19-CR-00227-LJV**
**Discovery, May 26, 2020**
**AUSA Joseph Tripi**

| BEGIN BATES | END BATES | DOCUMENT SOURCE |
|---|---|---|
| GOV-00000001 | GOV-00003589 | 716-725-1931 ███████████████ |
| GOV-00003590 | GOV-00003659 | 8S Alder Pl Photos |
| GOV-00003660 | GOV-00003672 | 8S Alder Place Purchase |
| GOV-00003673 | GOV-00003770 | 8S Alder Place Search Warrant_Seizure Report |
| GOV-00003771 | GOV-00003789 | ████████████- Complaint |
| GOV-00003790 | GOV-00003795 | ██████████████ HSI 2010 Interview |
| GOV-00003796 | GOV-00003812 | ██████████████- Indictment |
| GOV-00003813 | GOV-00003841 | AT&T_2830_Bongiovanni_716-507-2784 |
| GOV-00003842 | GOV-00003887 | AT&T_716-491-4173\ATT_Records_Key |
| GOV-00003888 | GOV-00006474 | BOA (Joseph Bongiovanni) Response_2019-10-29 |
| GOV-00006475 | GOV-00006479 | Bongiovanni- 100 Club and News Article |
| GOV-00006480 | GOV-00006483 | Bongiovanni- Border Crossing |
| GOV-00006484 | GOV-00006488 | Bongiovanni DEA 6s |
| GOV-00006489 | GOV-00006525 | Bongiovanni DEA Memos |
| GOV-00006526 | GOV-00006533 | Bongiovanni HSI Interview |
| GOV-00006534 | GOV-00006537 | Bongiovanni OIG Interviews |
| GOV-00006538 | GOV-00006971 | Bongiovanni Personal Cell Phone Extraction\Bongiovanni |
| GOV-00006972 | GOV-00006972 | Bongiovanni_List of Names from File in his Basement |
| GOV-00006973 | GOV-00006974 | Bongiovanni_Personnel Action |
| GOV-00006975 | GOV-00006976 | Bongiovanni_██████████ DEA 6 |
| GOV-00006977 | GOV-00006977 | Bongiovanni_Toronto Trip Group FB Photo |
| GOV-00006978 | GOV-00006994 | Buffalo Gun Center (A Gerace) |
| GOV-00006995 | GOV-00007029 | CBP Phone Extraction of IOC member |
| GOV-00007030 | GOV-00007050 | CBP_Phone Anlaysis_Bongiovanni |
| GOV-00007051 | GOV-00007054 | Darts Audits_Bongiovanni |
| GOV-00007055 | GOV-00007057 | Darts Audits_Bongiovanni |
| GOV-00007058 | GOV-00007063 | Darts Audits_Bongiovanni\Bongiovanni DARTS 2015 through 2019 |
| GOV-00007064 | GOV-00007067 | Darts Audits_Bongiovanni\Bongiovanni Darts January 1, 2008 through December 31, 2010 |
| GOV-00007068 | GOV-00007070 | Darts Audits_Bongiovanni\Bongiovanni DARTS_January 2012 to January 2019 |
| GOV-00007071 | GOV-00007071 | Darts Audits_Bongiovanni\Darts Audit_████████████ |
| GOV-00007072 | GOV-00007072 | Darts Audits_Bongiovanni\Darts Audit_████████████ |
| GOV-00007073 | GOV-00007599 | DEA CELL PHONE_Bongiovanni\Cellebrite Report |
| GOV-00007600 | GOV-00015795 | DEA CELL PHONE_Bongiovanni\Records from OIG Admin Subpoena |
| GOV-00015796 | GOV-00015799 | DEA Electronic Retention Policy |
| GOV-00015800 | GOV-00016469 | DEA Evidence Box Found in JB Basement_Scanned Contents |
| GOV-00016470 | GOV-00016475 | DEA Mission |
| GOV-00016476 | GOV-00016477 | DEA Oath |
| GOV-00016478 | GOV-00016478 | ECSO Video |
| GOV-00016479 | GOV-00016483 | Email Chain_Rulling Out ███████ as DEA CS |
| GOV-00016484 | GOV-00016559 | Erie County Pistol Permit_Bongiovanni |
| GOV-00016560 | GOV-00016563 | Frontier Airlines |
| GOV-00016564 | GOV-00017362 | JPMorgan -Bongiovanni- 2019R00848-4415-2019 |
| GOV-00017363 | GOV-00017363 | Lab Report_Lorazepam |
| GOV-00017364 | GOV-00017488 | Lexor Lane |
| GOV-00017489 | GOV-00017498 | Masecchia Complaint |
| GOV-00017499 | GOV-00017561 | NYSP UC Buys @ Pharaohs_2015 |
| GOV-00017562 | GOV-00017569 | Oxycodone_Memphis TN |
| GOV-00017570 | GOV-00017580 | PayPal |
| GOV-00017581 | GOV-00017596 | ███████████ Consent to Search |
| GOV-00017597 | GOV-00017597 | PG Volcemail to JB |
| GOV-00017598 | GOV-00017679 | Pharaohs-Memrobilia Photos-Pharaohs |
| GOV-00017680 | GOV-00017856 | Pharaohs-Pharoahs Warrant Pictures |
| GOV-00017857 | GOV-00017858 | Pharaohs-Police Report |
| GOV-00017859 | GOV-00017859 | Photo w JB, PG, and others |
| GOV-00017860 | GOV-00017860 | Photo w JB, PG, and others-Photo with People who Supplied Cocaine Circled |
| GOV-00017861 | GOV-00017972 | Search Warrant Photos_9070 Michael Douglas Drive |
| GOV-00017973 | GOV-00017978 | Search Warrants\SW 19 mj 1056 |
| GOV-00017979 | GOV-00017982 | Search Warrants\SW 19-5002 |
| GOV-00017983 | GOV-00017987 | Search Warrants\SW 19-5154 |
| GOV-00017988 | GOV-00017997 | Search Warrants\SW 19-5209 |
| GOV-00017998 | GOV-00018007 | Search Warrants\SW 19-5303-01-02 |
| GOV-00018008 | GOV-00018015 | Search Warrants\SW 19-M-1065 |

| BEGIN BATES | END BATES | DOCUMENT SOURCE |
|---|---|---|
| GOV-00018016 | GOV-00018039 | Search Warrants\SW 19-mj-213 |
| GOV-00018040 | GOV-00018040 | Snooty Fox Assault Video |
| GOV-00018041 | GOV-00018044 | Southwest Airlines |
| GOV-00018045 | GOV-00018048 | SW ROI 9070 Michael Douglas Drive |
| GOV-00018049 | GOV-00018086 | Texts between ████ and Bongiovanni |
| GOV-00018087 | GOV-00018116 | TransUnion (Bongiovanni) |
| GOV-00018117 | GOV-00018124 | TTPD Report_Sinatra |
| GOV-00018125 | GOV-00018125 | Turri_Email_Masecchia_Bongiovanni |
| GOV-00018126 | GOV-00018127 | USPO Pharaohs |
| GOV-00018128 | GOV-00018403 | Verizon 716-830-3066 |
| GOV-00018404 | GOV-00021327 | Verizon_2832_Anthony Gerace |
| GOV-00021328 | GOV-00021976 | Verizon_2949_DEA Bongiovanni |
| GOV-00021977 | GOV-00024815 | IGF-PR-19-4021 Findings_Bongiovanni DEA Emails |
| GOV-00024816 | GOV-00024818 | Protective Order |
| | | |
| | | CELLULAR TELEPHONE EXTRACTION DATA |
| HSI Cell Phone Extraction_████ | | |
| HSI Cell Phone Extraction-████ | | |
| HSI Cell Phone Extraction-████ | | |

# EXHIBIT B



# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Secondary Inspection Report

06/11/2020 08:00 EDT          Generated By: GERNATT, JACK          Page 1 of 1

| Referral Source | | | |
|---|---|---|---|
| **Referred By** | **Referred Date** | **Referred Time** | **Referred From** |
| NNAKWE, JOSEPH | 04/23/2019 | 20:19 EDT | Primary Airport |
| **Referral Reason** | | | |
| ER- ONE DAY LOOKOUT HIT FOR BC SEC | | | |

| Encounter - 102145192 | | |
|---|---|---|
| **Last Name** | **First Name** | **DOB** |
| BONGIOVANNI | JOSEPH SAMUEL | ████/1964 |
| **Carrier Code** | **Flight / Vessel Number** | **Inbound / Outbound** |
| WN - SOUTHWEST AIRLINES (TEXAS) | 812 | I - Inbound |

| Hispanic | Gender | Race | Travel Document Presented | Lost / Stolen Document |
|---|---|---|---|---|
| No | M - Male | W - WHITE | Yes | No |
| **Doc Number** | **Doc Type** | | **Issuing Country** | |
| ████████ | P - PASSPORT | | USA - UNITED STATES | |
| **State/Province** | **Nationality** | **City of Birth** | | **Country of Birth** |
| | USA - UNITED STATES | | | |
| **Father's Last Name** | **Father's First Name** | | **Father's Middle Name** | |
| | | | | |
| **Mother's Last Name** | **Mother's First Name** | | **Mother's Middle Name** | |
| | | | | |

| Baggage | |
|---|---|
| **Secondary Officer Name** | **Site Id** |
| WACHSTEIN, STEVEN | A131 |
| **Inspection Start Date and Time** | **Inspection End Date and Time** |
| 04/23/2019 21:42 EDT | 04/23/2019 21:43 EDT |
| **FinCEN FORM 105** | **Currency Amount (USD)** |
| | |
| **Flight / Vessel Crew** | |
| No | |
| **Departure / Destination** | |
| PUJ - PUNTA CANA, DOM REP | |
| **Embarkation** | |
| PUJ - PUNTA CANA, DOM REP | |

| No. of Passengers on Declaration | Bag Exam | Number of Bags X-Rayed |
|---|---|---|
| 3 | Yes | |
| **Personal Search** | **Positive / Negative Inspection** | **CCD Used** | **X-Ray/NII Utilized for this Inspection** |
| No | N - Negative | No | No |
| **Category** | | | |
| | | | |
| **Violation Codes** | | | |
| | | | |

| Related Document Number | Create Incident Log | Incident Log Report Number |
|---|---|---|
| | No | |
| **SAS Number** | **Create EMR** | **EMR Number** |
| | Yes | ████████████ |
| **Referring Officer Code** | **ADIS Code** | **Reason for Referral Code** |
| PAU - PASSENGER ANALYTICAL UNIT | | TTR - TACTICAL TERRORISM RESPONSE TEAM |
| **Baggage Inspection Complete** | | **Create PLOR** |
| Yes | | No |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
TECS - Secondary Inspection Report

06/11/2020 08:00 EDT                 Generated By: GERNATT, JACK                 Page 2 of 1

---

**Comments History**

**Entered By:** WACHSTEIN, STEVEN | **Created Date/Time:** 04/24/2019 16:38 EDT
UNABLE TO CLOSE ON PREVIOUS DAY DUE TO PENDING IOEM

**Entered By:** WHITFIELD, CHRISTOPHER | **Created Date/Time:** 04/23/2019 21:43 EDT
Subject and his family were referred to secondary as match to a one-day customs lookout.
Subject is returning from a 6 day trip to Punta Cana, Dominican Republic.  He traveled
with his wife, Lindsay Schuh, DOB ~~xx/xx/~~1984, USC, and her son, Matthew Maglietto, DOB
~~xx/xx/~~2002, USC.  They stayed at the Majestic Mirage resort.  This is their first trip to
the Dominican Republic.  They are returning to their home in Buffalo, NY.  Subjects had a
total of 6 bags in their possession which were searched with negative results.  Subject
and his wife had Samsung cell phones which were subjected to search in accordance with
agency policy due to the one-day lookout.  Subject had a Samsung model SM-J337T, IMEI
354272090809267, phone number 716-507-2784, and his wife had Samsung model SM-G960U, IMEI
354825091177901, phone number ~~xxx-xxx-xxxx~~.  Both unlocked the devices without providing
the passwords, and each disabled wireless communications on their respective devices.
They were provided with the IOEM tear sheet.  The phone exam began at approximately 2105
hours, but not in the presence of the subjects.  DOMEX was attempted with the approval of
WC Candela, but was unsuccessful.  CBPOs Carter and Sadowski along with WC Candela
conducted a basic search of the devices, which yielded no derogatory information.
Subjects were released without incident at 2120 hours.

---

**Referral Reason History**

**Referred By:** NNAKWE, JOSEPH | **Referred Date/Time:** 04/23/2019 20:19 EDT | **Referred From:** Primary Airport
ER- ONE DAY LOOKOUT HIT FOR BC SEC

**For Official Use Only / Law Enforcement Sensitive**

# EXHIBIT C

AO 93 (Rev. 11/13) Search and Seizure Warrant

# United States District Court
### for the
### Western District of New York

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address.)*

85 Alder Place, Kenmore, New York including curtilage

Case No. 19-M-5154

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Western District of New York *(identify the person or describe the property to be searched and give its location)*:

**85 Alder Place, Kenmore, New York including curtilage, which is more fully described and pictured in Attachment A, attached hereto and incorporated by reference herein.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
**Evidence as more fully set forth in Attachment B, attached hereto and incorporated by reference herein.**

All of which are evidence, fruits, and instrumentalities of a violations of Title 18, United States Code, Sections 1962(c), 1962(d), 1503, 1001, 201(b)(2)(C), 922(g)(3), 4, 3, and 2, and Title 21, United States Code, Sections 844, 856(a)(1), 846. [and all of which are more particularly described in the application for this warrant which is incorporated herein by reference].

**YOU ARE COMMANDED** to execute this warrant on or before  June 14, 2019
*(not to exceed 14 days)*

☒  in the daytime 6:00 a.m. to 10:00 p.m.   ☐  at any time in the day or night because good cause has been established.

Sufficient cause has been established to justify entry without compliance with the knock and announcement requirement.

Unless delayed notice is authorized below, you must give a copy of the warrant and receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  Hon. Michael J. Roemer  .
*(United States Magistrate Judge)*

☐  Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*.   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  May 31, 2019
                                                11:30 am

City and State:  Buffalo, New York

_____
*Judge's signature*

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE
*Printed name and Title*

## ATTACHMENT A

## DESCRIPTION OF PREMISES TO BE SEARCHED

The subject premises to be searched is a single-family residence located at 85 Alder Place, Tonawanda, New York. The structure is a split-level residence with tan siding, tan brick, brown shudders, a brown roof, a brown garage door, and white trim. The number "85" is visible to the right of the front door.



**ATTACHMENT B**

**SCHEDULE OF ITEMS TO BE SEIZED**

a.   Controlled substances, including cocaine and marijuana, and scales, plastic bags, cutting agents, and utensils;

b.   Firearms and ammunition;

c.   Books, records, receipts, notes, ledgers, airline tickets, money orders, and other papers relating to the transportation, ordering, sale and distribution, and possession of controlled substances, including cocaine;

d.   Documents, publications, literature, audio recordings (in digital and traditional form), videotapes (in digital and traditional form), photographs, and other audio, visual, and physical evidence of membership or association with organized crime, including IOC and the Buffalo LCN Family;

e.   Surveillance and recording equipment to include cameras, laptops, computers, electronic storage devices, and monitors;

f.   Bank account records, wire transfer receipts and records, Automated Teller Machine (ATM) receipts, bank statements, safety deposit box keys and records, financial records and foreign currency;

g.   Mobile telephones, smart phones, and other communication devices;

h.   Computers, routers, and any devices capable of connecting to the internet;

i.   Photographs and any devices capable of taking a photograph;

j.   Notes and ledgers relating to association, and illegal activities of members or associates of organized crime, including IOC and the Buffalo LCN Family;

k.   Personal telephone and address books and lists, photographs, videotapes, letters, cables, telegrams, personal notes and other items reflecting names, addresses, telephone numbers, communications, association, and illegal activities of members or associates of organized crime, including IOC and the Buffalo LCN Family;

l.   Quantities of cash;

m.     Documents, records and items of personal property that tend to demonstrate the ownership and/or possession of the searched premises;

n.     Financial instruments, keys to safe deposit boxes, precious metals, jewelry, and other items of value, proceeds of cocaine transactions, records and documents of financial transactions and/or banking records and statements relating to obtaining, transferring, secreting or spending of sums of money made from unlawful activity.

o.     Records of telephone calls contained in billing statements, addresses and telephone numbers in books and papers which reflect names, addresses, and telephone numbers and photographs;

p.     Paraphernalia for the packaging, diluting, cutting, weighing, processing and distributing of cocaine and marijuana, including scales, plastic bags, cutting agents and utensils, baking soda, and materials used to process cocaine; and,

q.     During the course of the search, photographs and/or video recordings of the searched premises may also be taken to record the condition thereof and/or the location of items therein.

2

# EXHIBIT D

AO 93 (Rev. 11/13) Search and Seizure Warrant

# United States District Court
### for the
### Western District of New York

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address.)*

JOSEPH BONGIOVANNI

Case No. 19-mj-1056

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Western District of New York *(identify the person or describe the property to be searched and give its location)*:

JOSEPH BONGIOVANNI (see Attachment A attached hereto and incorporated herein by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B attached hereto and incorporated herein by reference

All of which are evidence, fruits, and instrumentalities of a violations of Title 18, United States Code, Sections 1962(c), 1962(d), 1503, 1001, 201(b)(2)(C), 922(g)(3), 4, 3, and 2, and Title 21, United States Code, Sections 844, 856(a)(1), 846. and all of which are more particularly described in the application for this warrant which is incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____
*(not to exceed 14 days)*
☒   in the daytime 6:00 a.m. to 10:00 p.m.        ☐   at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Hon. Jeremiah J. McCarthy   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*.        ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   6/4/19   4:05 PM

City and State:  Buffalo, New York

*Judge's signature*

HONORABLE JEREMIAH J. McCARTHY
UNITED STATES MAGISTRATE JUDGE
*Printed name and Title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:  19-mj-1056 | Date and time warrant executed: | Copy of warrant and inventory left with: |

| Inventory made in the presence of: |
|---|

| Inventory of the property taken and name of any person(s) seized: |
|---|

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____                _____

                                                              *Executing officer's signature*


                                                              _____

                                                              *Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF JOSEPH BONGIOVANNI

JOSEPH BONGIOVANNI is a former DEA Special Agent known to reside at 85 Alder Place, Kenmore, New York, which is pictured below. BONGIOVANNI's date of birth is xx/xx/1964, and he is 54 years old. A photograph of BONGIOVANNI is also set forth below.





## ATTACHMENT B

### SCHEDULE OF ITEMS TO BE SEIZED

a.     Controlled substances, including cocaine and marijuana, and scales, plastic bags, cutting agents, and utensils;

b.     Firearms and ammunition;

c.     Books, records, receipts, notes, ledgers, airline tickets, money orders, and other papers relating to the transportation, ordering, sale and distribution, and possession of controlled substances, including cocaine;

d.     Documents, publications, literature, audio recordings (in digital and traditional form), videotapes (in digital and traditional form), photographs, and other audio, visual, and physical evidence of membership or association with organized crime, including IOC and the Buffalo LCN Family;

e.     Surveillance and recording equipment to include cameras, laptops, computers, electronic storage devices, and monitors;

f.     Bank account records, wire transfer receipts and records, Automated Teller Machine (ATM) receipts, bank statements, safety deposit box keys and records, financial records and foreign currency;

g.     Mobile telephones, smart phones, and other communication devices;

h.     Computers, routers, and any devices capable of connecting to the internet;

i.     Photographs and any devices capable of taking a photograph;

j.     Notes and ledgers relating to association, and illegal activities of members or associates of organized crime, including IOC and the Buffalo LCN Family;

k.     Personal telephone and address books and lists, photographs, videotapes, letters, cables, telegrams, personal notes and other items reflecting names, addresses, telephone numbers, communications, association, and illegal activities of members or associates of organized crime, including IOC and the Buffalo LCN Family;

l.     Quantities of cash;

m.   Documents, records and items of personal property that tend to demonstrate the ownership and/or possession of the searched premises;

n.   Financial instruments, keys to safe deposit boxes, precious metals, jewelry, and other items of value, proceeds of cocaine transactions, records and documents of financial transactions and/or banking records and statements relating to obtaining, transferring, secreting or spending of sums of money made from unlawful activity.

o.   Records of telephone calls contained in billing statements, addresses and telephone numbers in books and papers which reflect names, addresses, and telephone numbers and photographs;

p.   Paraphernalia for the packaging, diluting, cutting, weighing, processing and distributing of cocaine and marijuana, including scales, plastic bags, cutting agents and utensils, baking soda, and materials used to process cocaine; and,

q.   During the course of the search, photographs and/or video recordings of the searched premises may also be taken to record the condition thereof and/or the location of items therein.

2

# EXHIBIT E

AO 93 (Rev. 11/13) Search and Seizure Warrant

# United States District Court
### for the
### Western District of New York

### In the Matter of the Search of

**ELECTRONIC DEVICES** and storage media seized on June 6, 2019, from 85 Alder Place, Kenmore, New York, as described in the affidavit is support of the search warrant application and in <u>Attachment A</u>, which is attached hereto and incorporated herein by reference.

**Case No. 19-M-** /065

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Western District of New York *(identify the person or describe the property to be searched and give its location)*:

**ELECTRONIC DEVICES** and storage media seized on June 6, 2019, from 85 Alder Place, Kenmore, New York, as described in the affidavit is support of the search warrant application and in <u>Attachment A</u>, which is attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**See <u>Attachment B</u>, attached hereto and incorporated herein by reference.**

All of which are evidence, fruits, and instrumentalities of a violations of Title 18, United States Code, Sections 1962(c), 1962(d), 1503, 1001, 201(b)(2)(C), 922(g)(3), 4, 3, and 2, and Title 21, United States Code, Sections 844, 856(a)(1), 846, and all of which are more particularly described in the application for this warrant which is incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before ___6/21/19___
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>Hon. Leslie G. Foschio</u>.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*:

☐ for ____ days *(not to exceed 30)*.     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 6/7/19   4³⁰ pm

City and State:  Buffalo, New York

*Judge's signature*

HONORABLE LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE
*Printed name and Title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 19-M- | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____

_____

*Executing officer's signature*

_____

*Printed name and title*

# ATTACHMENT A

The property to be searched consists of the following:

a.  Samsung Galaxy S4 cell phone;
b.  Samsung Galaxy S5 cell phone;
c.  Blackberry Bold cell phone;
d.  Two Digital Recorders and Accessories;
e.  Kodak Digital Camera;
f.  Samsung cell phone;
g.  LG My Touch cell phone;
h.  Samsung Model SMJ337T cell phone;
i.  Samsung Tablet, Model SMT520;
j.  Thumb Drive and DEA Disc;
k.  Three CDs and one Thumb Drive;
l.  Dell Laptop serial number 2JNXPF1;
m.  Samsung Tablet serial number R52G61RTJXL;
n.  Dell Inspirion 531 Tower with one thumb drive currently plugged into it; and
o.  HP Pavilion all in one PC computer, serial number 4C14510XNP, with three thumb drives currently plugged into it.

These electronic devices and storage media are currently located at the Homeland Security Investigations office, Buffalo, New York, in the Western District of New York.

This warrant authorizes the forensic examination of the electronic devices and storage media for the purpose of identifying the electronically stored information described in Attachment B.

LGF
USMJ

## ATTACHMENT B

1.     All records on the electronic devices and/or storage media described in Attachment A that relate to violations of violations of Title 18, United States Code, Sections 1962(c), 1962(d), 1503, 1001, 201(b)(2)(C), 922(g)(3), 4, 3, and 2, and Title 21, United States Code, Sections 844, 856(a)(1), 846 and involve JOSEPH BONGIOVANNI, including:

     a.     Any information relating to records of telephone calls, including incoming, outgoing, and missed calls, phone contact addresses, email addresses and telephone numbers in directories, documents and files which reflect names, email addresses, addresses, telephone numbers and objects related to Italian Organized Crime (IOC), the Buffalo LCN Family, drug trafficking, and members and associates of IOC, the Buffalo LCN Family, and drug trafficking and drug trafficking associates, including photos, and videos stored on the electronic devices or in any memory cards, including SD cards;

     b.     Any information, including photos, videos, notes, chats, ledgers and other evidence relating to association with IOC, the Buffalo LCN Family, or associates involved in drug use, possession, and importation;

     c.     Any information relating to IOC, the Buffalo LCN Family, or individuals involved in drug use, possession, and importation including emails, email addresses, contact lists, and email and other communication with members and associates of IOC, the Buffalo LCN Family, and individuals involved in drug use, possession, and importation;

     d.     IP addresses used to access the internet;

     e.     Any information or records related to currency, items of value, banking, and payment information, including all bank records, checks, credit card bills, account information, and other financial records;

    f.       Any information or records relating to interstate and international travel, alone and with others, and BONGIOVANNI's schedule, calendar, and/or meetings;

    g.      Any information or records related to DEA files maintained by BONGIOVANNI stored on electronic devices and/or on storage media;

    h.      Any information, including text messages, photos, videos, emails, chats, and social media  and emails contained in the cellular telephones and SD cards related to members and associates of IOC, the Buffalo LCN Family, and drug trafficking and drug trafficking associates;

    i.       Any information or internet searches related to members and associates of IOC, the Buffalo LCN Family, and drug trafficking and drug trafficking associates, and/or investigation of IOC, the Buffalo LCN Family, and drug trafficking and drug trafficking associates, and searches related to witnesses or individuals suspected of being witnesses or informants in investigations of IOC, the Buffalo LCN Family, and drug trafficking and drug trafficking associates; and

    j.       Any information or records regarding the ownership, possession, and user attribution of the searched items.

    2.      Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

    3.      Records evidencing the use of the Internet Protocol addresses to communicate with Yahoo mail servers, Google mail servers, the Apple iCloud, Drug Enforcement Agency (DEA) computers or servers, including:

a.    records of Internet Protocol addresses used;

b.    records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN RE:

v.

ELECTRONIC DEVICES AND STORAGE
MEDIA SEIZED ON JUNE 6, 2019, FROM 85
ALDER PLACE, KENMORE, NEW YORK, AS
DESCRIBED IN THE AFFIDAVIT IS SUPPORT
OF THE SEARCH WARRANT APPLICATION
AND IN ATTACHMENT A

19-M- 1065

## ORDER

Pursuant to Rule 41(d) of the Local Rules of Criminal Procedure for the Western

District of New York, and for good cause shown, the Search Warrant, Search Warrant

Application, Search Warrant Affidavit and inventory return shall remain under seal until

further order of the Court.

NOW, upon the request of the government, it is hereby

ORDERED that this matter will remain sealed until further order of the Court.

DATED: Buffalo, New York, June 7, 2019

HONORABLE LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

The property to be searched consists of the following:

a.  Samsung Galaxy S4 cell phone;
b.  Samsung Galaxy S5 cell phone;
c.  Blackberry Bold cell phone;
d.  Two Digital Recorders and Accessories;
e.  Kodak Digital Camera;
f.  Samsung cell phone;
g.  LG My Touch cell phone;
h.  Samsung Model SMJ337T cell phone;
i.  Samsung Tablet, Model SMT520;
j.  Thumb Drive and DEA Disc;
k.  Three CDs and one Thumb Drive;
l.  Dell Laptop serial number 2JNXPF1;
m.  Samsung Tablet serial number R52G61RTJXL;
n.  Dell Inspirion 531 Tower with one thumb drive currently plugged into it; and
o.  HP Pavilion all in one PC computer, serial number 4C14510XNP, with three thumb drives currently plugged into it.

These electronic devices and storage media are currently located at the Homeland Security Investigations office, Buffalo, New York, in the Western District of New York.

This warrant authorizes the forensic examination of the electronic devices and storage media for the purpose of identifying the electronically stored information described in Attachment B.