United States District Court
Western District of New York

---

United States of America,

                *Plaintiff*

       *vs*

Joseph Bongiovanni,

              *Defendant*

**DEFENDANT'S WITNESS LIST**

19-CR-227

---

The Defendant, Joseph Bongiovanni, will offer the testimony of the following witnesses at the evidentiary hearing to be held on November 18, 2021:

1. Joseph Bongiovanni

2. Lindsay Bongiovanni (Schuh)

Dated: November 17, 2021

Respectfully submitted,

/s/ James P. Harrington
James P. Harrington
Harrington & Mahoney
70 Niagara Street - Third Floor
Buffalo, NY  14202-3407
*Tele:* (716) 853-3700
*Facs:* (716) 853-3710
jph@harringtonmahoney.com
*Attorney for Joseph Bongiovanni*

To:  United States Attorney
      138 Delaware Avenue
      Buffalo, New York 14202
      Attention:  Joseph Tripi, Esq.
                    Assistant United States Attorney