United States District Court
Western District of New York

---

United States of America,

                *Plaintiff*

      *vs*

Joseph Bongiovanni,

                *Defendant*

**DEFENDANT'S WITNESS LIST**

19-CR-227

---

     Pursuant to the Court's text order of November 19, 2021 [219], defendant Joseph Bongiovanni gives notice that he will offer the testimony of the following witnesses at a continuation of the evidentiary hearing held on November 18, 2021:

1. Officer Jack Gernatt, U.S. Customs and Border Patrol

2. Agent Thomas Mozg, U.S. Customs and Border Patrol

Dated: November 29, 2021

                                              Respectfully submitted,

                                              /s/ James P. Harrington
                                              James P. Harrington
                                              Harrington & Mahoney
                                              70 Niagara Street - Third Floor
                                              Buffalo, NY  14202-3407
                                              *Tele:* (716) 853-3700
                                              *Facs:* (716) 853-3710
                                              jph@harringtonmahoney.com
                                              *Attorney for Joseph Bongiovanni*

To:    United States Attorney
        138 Delaware Avenue
        Buffalo, New York 14202
        Attention:    Joseph Tripi, Esq.
                          Assistant United States Attorney