UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                              Plaintiff,

vs.                                  **NOTICE OF MOTION**

JOSEPH BONGIOVANNI,
PETER GERACE, JR.,                        Case No. 19-CR-227

                              Defendants.

S I R S :

       PLEASE TAKE NOTICE that the undersigned will move this Court, at a date and time to be determined by this Court, for the following relief:

       (1)     An order sealing the Joint Defense Submission Requesting That the Court Vacate Its Sealing Order of April 11, 2022; and

       (2)     Such other and further relief as the Court deems proper.

DATED:    April 14, 2022               Respectfully submitted,
             Buffalo, New York

                                                        */s/ Joseph M. LaTona*
                                                         JOSEPH M. LaTONA, ESQ.

                                                         Attorney for Defendant,
                                                           PETER GERACE, JR.
                                                         Office and Post Office Address
                                                         403 Main Street - Suite 716
                                                         Buffalo, New York  14203
                                                         (716) 842-0416
                                                          sandyw@tomburton.com

                                                          JAMES P. HARRINGTON, ESQ.
                                                         Harrington & Mahoney

TO:    TRINI E. ROSS, ESQ.                Attorney for Defendant,
       United States Attorney for the        JOSEPH BONGIOVANNI
       Western District of New York        Office and Post Office Address
       138 Delaware Avenue                 70 Niagara Street - Third Floor
       Buffalo, New York  14202              Buffalo, New York  14202
       Attn:   JOSEPH M. TRIPI, ESQ.      (716) 853-3700
               BRENDAN T. CULLINANE, ESQ.  jph@harringtonmahoney.com
               Assistant United States Attorneys

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

JOSEPH BONGIOVANNI,
PETER GERACE, JR.,

                Defendants.

**AFFIDAVIT**

Case No. 19-CR-227

STATE OF NEW YORK    )
COUNTY OF ERIE       ) ss:
CITY OF BUFFALO      )

        JOSEPH M. LaTONA, being duly sworn, deposes and says:

        1.     Deponent represents defendant Peter Gerace, Jr. in connection with pre-trial proceedings in this case.  James P. Harrington represents defendant Joseph Bongiovanni.

        2.     On April 7, 2022 defendants filed their Joint Defense Second Supplemental Memorandum of Law in Support of Motion to Obtain the Disclosure of Grand Jury Evidence and Instructions [Doc. 265].

        3.     On April 7, 2022 the Government moved to have said defense submission filed under seal [Doc. 267].  By text order dated April 11, 2022 the Court granted the Government's motion to seal [Doc. 268].

        4.     In light of the Court's April 11th text order, it is requested that the Joint Defense Submission Requesting That the Court Vacate Its Sealing Order of April 11, 2022 be filed under seal.

WHEREFORE, deponent respectfully requests that this Court grant the relief sought in the annexed Notice of Motion, together with such other and further relief as the Court deems proper.

/s/ Joseph M. LaTona
JOSEPH M. LaTONA, ESQ.

Sworn to before me this
14th day of April, 2022.

/s/ Sandra Lee Wright
Notary Public

SANDRA LEE WRIGHT
Notary Public, State of New York
Qualified in Erie County
My Commission Expires October 29, 2022

# CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2022 I electronically filed the preceding Notice of Motion and supporting Affidavit with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

**Joseph M. Tripi, Esq.**
**Brendan T. Cullinane, Esq.**
**Assistant United States Attorneys**

**Defense Counsel**

I further hereby certify that I have mailed by United States Postal Service said document to the following non-CM/ECF participants:

**None**

*/s/ Sandra Lee Wright*
SANDRA LEE WRIGHT