IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                                  19-CR-227

PETER GERACE, et al.,

                Defendants.

---

## NOTICE OF REMOVAL OF APPEARANCE

TO:    **Clerk of the United States District Court
for the Western District of New York**

You are hereby requested to **remove** my appearance for Peter Gerace, Jr. on the above-entitled action, as I am no longer with the law firm HoganWillig (now known as Tiveron Law PLLC).

DATED: Buffalo, New York, May 3, 2023

                                                HARMONY A. HEALY
                                                Assistant District Attorney

                    By:    s/HARMONY A. HEALY
                             Erie County District Attorney's Office
                             25 Delaware Avenue
                             Buffalo, New York 14202
                             (716) 858-1032