IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    v.                                                                                19-CR-227-LJV

JOSEPH BONGIOVANNI,
PETER GERACE, JR.,

        Defendants.

---

UNITED STATES OF AMERICA,

    v.                                                                                23-CR-37-LJV-MJR

PETER GERACE, JR.,

        Defendant

---

### NOTICE OF GOVERNMENT'S EX PARTE AND SEALED MOTION TO DISQUALIFY

      **THE UNITED STATES OF AMERICA**, by and through its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Joseph M. Tripi, Nicholas T. Cooper, and Casey L. Chalbeck, Assistant United States Attorneys, Corey R. Amundson, Chief, United States Department of Justice, Public Integrity Section, and Jordan Dickson, Trial Attorney, United States Department of Justice, Public Integrity Section, of counsel, hereby files this Notice of Government's *Ex Parte* and Sealed Motion to Disqualify Attorney

Eric Soehnlein as counsel due to a *per se* conflict of interest. The Government's *Ex Parte* and Sealed Motion to Disqualify is filed separately, *ex parte* and under seal.

DATED: Buffalo, New York, November 21, 2023.

| | |
|---|---|
| COREY R. AMUNDSON<br>Chief | TRINI E. ROSS<br>United States Attorney |
| BY: s/JORDAN DICKSON<br>Trial Attorney<br>Public Integrity Section<br>U.S. Department of Justice<br>Criminal Division<br>1301 New York Ave. NW, Suite 1000<br>Washington, D.C. 20530<br>202-597-0508<br>Jordan.Dickson@usdoj.gov | BY: s/JOSEPH M. TRIPI<br>Assistant United States Attorney<br>Western District of New York<br>138 Delaware Avenue<br>Buffalo, New York 14202<br>716/843/5839<br>Joseph.Tripi@usdoj.gov<br><br>BY: s/ NICHOLAS T. COOPER<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of New York<br>138 Delaware Avenue<br>Buffalo, New York  14202<br>716/843-5830<br>Nicholas.Cooper@usdoj.gov<br><br>BY: s/CASEY L. CHALBECK<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of New York<br>138 Delaware Avenue<br>Buffalo, New York  14202<br>716/843-5881<br>Casey.Chalbeck@usdoj.gov |