UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - vs. -                                Case No. 19-CR-227-LJV

JOSEPH BONGIOVANNI,

          *Defendant*.

## NOTICE OF MOTION TO SEVER DEFENDANT FOR TRIAL

| | |
|---|---|
| **Motion Made By:** | Defendant, by and through counsel. |
| **Date, Time and Place:** | TBD<br>Hon. Lawrence J. Vilardo<br>United States Courthouse<br>2 Niagara Square<br>Buffalo, NY 14202. |
| **Supporting Papers:** | Declaration of Parker R. MacKay, Esq., executed on December 19, 2023. |
| **Relief Requested:** | An order (1) severing Defendant for trial, (2) setting a trial date no later than February 12, 2024, and (3) modifying the pretrial protective order accordingly, along with such other and further relief as the Court deems just and proper. |

Dated:  December 19, 2023
         Kenmore, New York

**THE LAW OFFICE OF PARKER R. MACKAY**
By: PARKER R. MacKAY, ESQ.
3110 Delaware Avenue
Kenmore, NY 14217
Ph: (716) 803-8166
Fx: (716) 408-1651
Em: Parker@MacKayLawOffice.com

SINGER
LEGAL PLLC
Compelling, Passionate Advocacy

Robert C. Singer, Esq.
80 East Spring Street
Williamsville, New York 14221
(716) 222-3288
rob@singerlegalpllc.com

*Attorneys for Joseph Bongiovanni*

TO:    AUSA Joseph Tripi
        AUSA Nicholas Cooper
        AUSA Casey Chalbeck
        AUSA Jordan Dickson
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, NY 14202