IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.  19-CR-227-LJV

JOSEPH BONGIOVANNI,

        Defendant.

---

## ORDER PERMITTING DISCLOSURE OF TAX RETURN INFORMATION

Upon motion of the government requesting an order authorizing the disclosure of tax return information, it is hereby

**ORDERED** that the government may disclose federal tax returns and return information necessary to comply with its discovery obligations in this case.

**SO ORDERED** this 19th day of January, 2024.

_____
Lawrence J. Vilardo
United States District Judge

1