12:12PM

```
 1                  UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF NEW YORK
 2
   _____
 3 UNITED STATES OF AMERICA,
                                     Case No. 1:19-cr-227
 4              Plaintiff,                      (LJV)
   v.
 5                                   March 7, 2024
   JOSEPH BONGIOVANNI,
 6
   _____
 7

 8        TRANSCRIPT EXCERPT - TESTIMONY OF JOHN McDONALD
             BEFORE THE HONORABLE LAWRENCE J. VILARDO
 9                 UNITED STATES DISTRICT JUDGE

10
   APPEARANCES:            TRINI E. ROSS, UNITED STATES ATTORNEY
11                         BY: JOSEPH M. TRIPI, ESQ.
                               NICHOLAS T. COOPER, ESQ.
12                             CASEY L. CHALBECK, ESQ.
                           Assistant United States Attorneys
13                         Federal Centre
                           138 Delaware Avenue
14                         Buffalo, New York 14202
                             And
15                         UNITED STATES DEPARTMENT OF JUSTICE
                           BY: JORDAN ALAN DICKSON, ESQ.
16                         1301 New York Ave NW
                           Suite 1000
17                         Washington, DC 20530-0016
                           For the Plaintiff
18
                           SINGER LEGAL PLLC
19                         BY: ROBERT CHARLES SINGER, ESQ.
                           80 East Spring Street
20                         Williamsville, New York 14221
                             And
21                         LAW OFFICES OF PARKER ROY MacKAY
                           BY: PARKER ROY MacKAY, ESQ.
22                         3110 Delaware Avenue
                           Kenmore, New York  14217
23                         For the Defendant

24 PRESENT:                BRIAN A. BURNS, FBI Special Agent
                           MARILYN K. HALLIDAY, HSI Special Agent
25                         KAREN A. CHAMPOUX, USA Paralegal
```

| | | |
|---|---|---|
| 1 | **LAW CLERK:** | **REBECCA FABIAN IZZO, ESQ.** |
| 2 | **COURT DEPUTY CLERK:** | **COLLEEN M. DEMMA** |
| 3 | **COURT REPORTER:** | **ANN MEISSNER SAWYER, FCRR, RPR, CRR** |
| 4 | | Robert H. Jackson Federal Courthouse 2 Niagara Square |
| 5 | | Buffalo, New York  14202 Ann_Sawyer@nywd.uscourts.gov |

6

7               *    *    *    *    *    *    *

8

9          (Excerpt commenced at 3:12 p.m.)

10         (Jury present.)

03:12PM  11          **THE COURT:**  The government can call its next witness.

03:12PM  12          **MR. COOPER:**  Thank you, Your Honor.  The government

03:12PM  13  calls John McDonald.

03:13PM  14

03:13PM  15  **J O H N   M c D O N A L D**, after being duly called and sworn,

03:13PM  16  testified as follows:

03:13PM  17          **MR. COOPER:**  May I inquire, Judge?

03:13PM  18          **THE COURT:**  You may.

03:13PM  19

03:13PM  20               **DIRECT EXAMINATION BY MR. COOPER:**

03:13PM  21  Q.  Good afternoon, John.  How are you?

03:13PM  22  A.  Good.  How are you?

03:13PM  23  Q.  Well, thanks.  I'm going to ask you to speak right into

03:13PM  24  that microphone in front of you so that everybody can hear

03:13PM  25  you, okay?

| | | |
|---|---|---|
| 03:13PM | 1 | A.  Yes. |
| 03:13PM | 2 | Q.  Where did you grow up, John? |
| 03:13PM | 3 | A.  Lockport, Buffalo, 716 area. |
| 03:13PM | 4 | Q.  Okay.  And how far did you go in school? |
| 03:13PM | 5 | A.  I got my GED. |
| 03:13PM | 6 | Q.  What's that? |
| 03:13PM | 7 | A.  I got my GED. |
| 03:13PM | 8 | Q.  Your GED? |
| 03:13PM | 9 | A.  Yes. |
| 03:13PM | 10 | Q.  Did you go to some different high schools in the Western |
| 03:13PM | 11 | New York area? |
| 03:14PM | 12 | A.  Yeah. |
| 03:14PM | 13 | Q.  Where did you go to high school? |
| 03:14PM | 14 | A.  Starpoint.  Lockport. |
| 03:14PM | 15 | Q.  Is that where you got your GED from? |
| 03:14PM | 16 | A.  Nah, I went to Job Corps and got my GED. |
| 03:14PM | 17 | Q.  Got it.  During the course of your life, John, have you |
| 03:14PM | 18 | struggled with drug use? |
| 03:14PM | 19 | A.  Yes. |
| 03:14PM | 20 | Q.  And when did that begin for you? |
| 03:14PM | 21 | A.  A young age, 18, 19. |
| 03:14PM | 22 | Q.  What kind of drugs did you struggle with? |
| 03:14PM | 23 | A.  Cocaine, marijuana. |
| 03:14PM | 24 | Q.  What would you say was the main problem for you? |
| 03:14PM | 25 | A.  Cocaine. |

Case 1:19-cr-00227-LJV-MJR   Document 809   Filed 03/10/24   Page 4 of 44
USA v Bongiovanni - McDonald - Cooper/Direct - 3/7/24

4

03:14PM  1    Q.  Okay.  Are there times in your life when you've used

03:14PM  2    cocaine excessively?

03:14PM  3    A.  Yes.

03:14PM  4    Q.  Are there times in your life where you've dealt cocaine?

03:14PM  5    A.  Yes.

03:14PM  6    Q.  Did there come a time in around February of 2019 when you

03:14PM  7    got arrested by federal law enforcement with res -- in

03:14PM  8    relation to your drug trafficking?

03:14PM  9    A.  Yes.

03:14PM  10   Q.  Okay.  What kind of drugs were you selling, John?

03:14PM  11   A.  Cocaine.

03:14PM  12   Q.  Okay.  I'm going to show you what's marked for

03:14PM  13   identification as Government Exhibit 3649L, as in Lima.

03:15PM  14          **MR. COOPER:**  May I approach, Judge?

03:15PM  15          **THE COURT:**  Yes, you may.

03:15PM  16          **MR. COOPER:**  Thank you.

03:15PM  17          **BY MR. COOPER:**

03:15PM  18   Q.  John, just take a moment, don't read it out loud, but

03:15PM  19   look through that document and let me know when you're

03:15PM  20   finished.

03:15PM  21   A.  That's my plea agreement.

03:15PM  22          **MR. COOPER:**  Okay.  May I approach, Judge?

03:15PM  23          **THE COURT:**  Sure.

03:15PM  24          **MR. COOPER:**  Thank you.

         25

03:15PM    1          **BY MR. COOPER:**

03:15PM    2    Q.   What is that document, John?

03:15PM    3    A.   It's my plea agreement.

03:15PM    4    Q.   Okay.  Did you plead guilty to possessing with intent to

03:15PM    5    distribute cocaine?

03:15PM    6    A.   Yes.

03:15PM    7    Q.   Okay.  As a part of that plea agreement, did you enter

03:15PM    8    into what's called a cooperation agreement with the

03:15PM    9    government?

03:15PM   10    A.   Yes.

03:15PM   11    Q.   Okay.  And is it your understanding of that cooperation

03:15PM   12    agreement that you're hoping for some benefit at the time of

03:15PM   13    your sentencing?

03:15PM   14    A.   Yeah, I got a four point downward departure.

03:15PM   15    Q.   Okay.  Have you heard of something called the sentencing

03:15PM   16    guidelines?

03:15PM   17    A.   Yes.

03:15PM   18    Q.   Did you talk with your attorney about that?

03:15PM   19    A.   Yes.

03:15PM   20    Q.   Okay.  And are you hoping for a reduction in your

03:15PM   21    sentencing guidelines?

03:15PM   22    A.   Yes.

03:15PM   23    Q.   Okay.  In exchange for that, does it require that you

03:16PM   24    provide truthful testimony when called upon by the

03:16PM   25    government?

03:16PM   1   A.   Yes.

03:16PM   2   Q.   Did you want to be here today?

03:16PM   3   A.   Absolutely not.

03:16PM   4   Q.   Are you excited about it?

03:16PM   5   A.   No.

03:16PM   6   Q.   I want to direct your attention now to this time in your

03:16PM   7   life around 2018, the year before you were charged, okay?

03:16PM   8   A.   Yep.

03:16PM   9   Q.   Were you working that time in your life?

03:16PM   10   A.   Yes.

03:16PM   11   Q.   What kind of work did you do?

03:16PM   12   A.   Roofing, construction.

03:16PM   13   Q.   Is there a busier time of year for roofing and

03:16PM   14   construction?

03:16PM   15   A.   Yeah, summertime.

03:16PM   16   Q.   Okay.  So let's talk about the fall into the wintertime

03:16PM   17   of 2018.  Were you using drugs at that time in your life?

03:16PM   18   A.   Yes, heavily.

03:16PM   19   Q.   Okay.  And what kind of drugs were you heavily using at

03:16PM   20   that time?

03:16PM   21   A.   Cocaine.

03:16PM   22   Q.   Did that get expensive?

03:16PM   23   A.   Yes.

03:16PM   24   Q.   Were you selling cocaine at that time?

03:16PM   25   A.   Yes.

03:16PM  1   Q.  Do you know an individual by the name of Michael Sinatra?

03:16PM  2   A.  Yes.

03:16PM  3   Q.  Okay.  Can you tell the jury how you know that person?

03:17PM  4   A.  I live with his ex roommate.  I live with his ex -- his

03:17PM  5   old roommate became my roommate around the time.  We lived

03:17PM  6   together from like 2015 to 2018.

03:17PM  7   Q.  Okay.  And so did you have some mutual friends?

03:17PM  8   A.  Yes.

03:17PM  9   Q.  Okay.  Other than just having that mutual roommate in

03:17PM  10  common, had you socialized with Michael Sinatra before?

03:17PM  11  A.  Yeah, we would see each other all the time downtown on

03:17PM  12  the Chippewa, at the strip clubs, everywhere.

03:17PM  13  Q.  Okay.  Did you go out a lot at that time?

03:17PM  14  A.  Yes.

03:17PM  15  Q.  Did you party?

03:17PM  16  A.  Yes.

03:17PM  17  Q.  Did you use a lot of cocaine?

03:17PM  18  A.  Absolutely.

03:17PM  19  Q.  Did you go to a lot of strip clubs?

03:17PM  20  A.  Yes.

03:17PM  21  Q.  Did you go to a lot of bars?

03:17PM  22  A.  Yes.

03:17PM  23  Q.  Did you see Michael Sinatra out a lot?

03:17PM  24  A.  Yes.

03:17PM  25  Q.  Was he doing the same stuff you were doing?

03:17PM    1    A.  Yes.

03:17PM    2    Q.  Did you interact with him socially quite a bit?

03:17PM    3    A.  Yes.

03:17PM    4    Q.  Did you know Michael Sinatra to be involved in drugs?

03:17PM    5    A.  Yes.

03:17PM    6    Q.  What drugs?

03:17PM    7    A.  Marijuana and cocaine.

03:17PM    8    Q.  Okay.  How did you know he was involved in that?

03:17PM    9    A.  Because I've seen his basement full of marijuana plants.

03:17PM   10    Q.  Okay.  And we're gonna get there in just a minute.  Did

03:17PM   11    you know him to sell marijuana, though?

03:17PM   12    A.  Yes.

03:17PM   13    Q.  Okay.  Did you hear him talk about it?

03:18PM   14    A.  Yes.

03:18PM   15    Q.  In late 2018, did you know where Michael Sinatra lived?

03:18PM   16    A.  Yes.

03:18PM   17    Q.  Okay.  Where was that?

03:18PM   18    A.  On Colvin Ave. in Tonawanda.  I don't know the exact

03:18PM   19    address.

03:18PM   20    Q.  Is the street is called Colvin Ave.?

03:18PM   21    A.  Yes.

03:18PM   22    Q.  And in the Town of Tonawanda?

03:18PM   23    A.  Yes.

03:18PM   24    Q.  How do you know that's where Michael Sinatra was living

03:18PM   25    in late 2018?

Case 1:19-cr-00227-LJV-MJR   Document 809   Filed 03/10/24   Page 9 of 44
USA v Bongiovanni - McDonald - Cooper/Direct - 3/7/24

9

03:18PM  1   A.  Because I lived down the street on Ellicott Creek, and

03:18PM  2   I've been to his house many times.

03:18PM  3   Q.  Can you estimate about how many times you think you've

03:18PM  4   been to Michael Sinatra's house?

03:18PM  5   A.  Couple dozen.  Like, I wasn't keeping count over the

03:18PM  6   years.

03:18PM  7   Q.  Okay.  During the times that you've been at Michael

03:18PM  8   Sinatra's house, what were you there for?

03:18PM  9   A.  Like I said, I live with his old roommate.  So if he was

03:18PM  10  out of town, we'd go there, let the dogs out.  You know, I

03:18PM  11  mean, stop there, pregame before we went downtown.  You know,

03:18PM  12  just, meet up there every once in a while before we went out.

03:18PM  13  Q.  Did you like Michael Sinatra?

03:18PM  14       **MR. MacKAY:**  Can I ask the witness to speak into the

03:19PM  15  microphone a little more because he's fading in and out.

03:19PM  16       **THE COURT:**  Thank you.  Go ahead.

03:19PM  17       **MR. COOPER:**  You can move that closer to you if you

03:19PM  18  want.  Yeah, there you go.

03:19PM  19       **BY MR. COOPER:**

03:19PM  20  Q.  You just described different times that you've been at

03:19PM  21  Michael Sinatra's house and for different reasons.  Sometimes

03:19PM  22  when you were at his house, was he there?

03:19PM  23  A.  Yes.

03:19PM  24  Q.  And you said pregaming.  Is that, like, drinking or using

03:19PM  25  before you go out?

USA v Bongiovanni - McDonald - Cooper/Direct - 3/7/24

10

03:19PM    1    A.  Yes.

03:19PM    2    Q.  Would you drink with him?

03:19PM    3    A.  Yes.

03:19PM    4    Q.  Would you use drugs with him?

03:19PM    5    A.  Yes.

03:19PM    6    Q.  Did you like Michael Sinatra?

03:19PM    7    A.  No, not at all.

03:19PM    8    Q.  Why did you hang out with him then?

03:19PM    9    A.  He was just -- he was just, like, he was in the group,

03:19PM    10    you know what I mean?  He was part of, like, the friend

03:19PM    11    group.  You know what I'm saying?  He had his little clique,

03:19PM    12    and I had my little clique, but we all hung out at the same

03:19PM    13    places, and we had mutual friends that kind of brought us

03:19PM    14    together.

03:19PM    15    Q.  Okay.  But you didn't like him?

03:19PM    16    A.  No.

03:19PM    17    Q.  During those times when you were at his house, had you

03:19PM    18    ever been in his basement before?

03:19PM    19    A.  Yes.

03:19PM    20    Q.  Once, or more than once?

03:19PM    21    A.  More than once.

03:19PM    22    Q.  Okay.  And is that around that same time frame of 2018 or

03:19PM    23    is it before then?

03:19PM    24    A.  No, it would be before then.  It would be between like

03:19PM    25    '15 and '17.

03:19PM   1   Q.  Okay.  So like let's say between '15 and '17 when you

03:20PM   2   were in Michael Sinatra's basement, can you tell the jury

03:20PM   3   what you would observe down there?

03:20PM   4   A.  Yeah, it was full of marijuana plants.  He was growing

03:20PM   5   marijuana.

03:20PM   6   Q.  Okay.  Are we talking about one or two plants?

03:20PM   7   A.  A couple dozens.  Around 30, maybe.  I really didn't

03:20PM   8   count.

03:20PM   9   Q.  Okay.  When you say it's like a marijuana grow operation,

03:20PM  10   is it just the plants, or is there things related to the

03:20PM  11   marijuana grow?

03:20PM  12   A.  No, there's other things.

03:20PM  13   Q.  Okay.  And so, John, is this your first time testifying

03:20PM  14   before?

03:20PM  15   A.  No.

03:20PM  16   Q.  So Ann types down everything we say, so if you can wait

03:20PM  17   for me to finish my question all the way before you answer,

03:20PM  18   that way she can type it all down.  Okay?

03:20PM  19   A.  Yes.

03:20PM  20   Q.  Thank you very much.  I break that rule all the time, so.

03:20PM  21       Did you see those marijuana plants in Michael Sinatra's

03:20PM  22   basement more than once?

03:20PM  23   A.  Yes.

03:20PM  24   Q.  Was it known to you that he was a marijuana dealer?

03:20PM  25   A.  Yes.

03:20PM    1    Q.  Was it --

03:20PM    2    A.  Yes.

03:20PM    3    Q.  Do you have an opinion about his reputation in the

03:21PM    4    community for selling marijuana?

03:21PM    5    A.  Yeah.  It's common knowledge, everyone knows he sold

03:21PM    6    marijuana.

03:21PM    7    Q.  Okay.  Do you know a person by the name of Ronald Rowles?

03:21PM    8    A.  Yes.

03:21PM    9    Q.  How do you know Ronald Rowles?

03:21PM   10    A.  He was my best friend for a long time.  We've known each

03:21PM   11    other about 25, 30 years.

03:21PM   12    Q.  Okay.  Did you know him when you were kids?

03:21PM   13    A.  Yes.

03:21PM   14    Q.  Did you grow up together?

03:21PM   15    A.  Yes.

03:21PM   16    Q.  Would it be fair to say that there have been times in

03:21PM   17    your life when you were really close with Rowles?

03:21PM   18    A.  Yes.

03:21PM   19    Q.  And were there times where you didn't see each other as

03:21PM   20    often.

03:21PM   21    A.  Yes.

03:21PM   22    Q.  Around that time frame of late 2018, were you close with

03:21PM   23    Rowles?

03:21PM   24    A.  Yeah, we were living together.

03:21PM   25    Q.  Okay.  And where were you living together at?

03:21PM  1   A.  In Lewiston.

03:21PM  2   Q.  What was that address?

03:21PM  3   A.  In Lewiston?  Oh, 5150 Lewiston Road.

03:21PM  4   Q.  Okay.  You told us that you were selling cocaine at that

03:21PM  5   time, right?

03:21PM  6   A.  Yes.

03:21PM  7   Q.  Was Ronald Rowles involved in the same drug distribution

03:21PM  8   that you were?

03:21PM  9   A.  Yes.

03:21PM  10  Q.  Did you party with him?

03:21PM  11  A.  Yes.

03:21PM  12  Q.  Did you go out socially with him a lot?

03:22PM  13  A.  Absolutely.

03:22PM  14  Q.  Did you know Rowles to know Sinatra?

03:22PM  15  A.  Yes.

03:22PM  16  Q.  Okay.  During the time that you've been around Michael

03:22PM  17  Sinatra in your life, have you ever heard him talk about

03:22PM  18  having large amounts of money?

03:22PM  19  A.  Yeah.  That's all he did.  That's all they did was brag.

03:22PM  20  Q.  Okay.  Did he talk about having money a lot?

03:22PM  21  A.  Yeah.

03:22PM  22  Q.  Did that happen more than one time?

03:22PM  23  A.  Every time we were together, that's all he did was brag.

03:22PM  24  That's why I didn't like him.  He's an asshole.

03:22PM  25  Q.  Was there a time when Michael Sinatra made a specific

Case 1:19-cr-00227-LJV-MJR   Document 809   Filed 03/10/24   Page 14 of 44
USA v Bongiovanni - McDonald - Cooper/Direct - 3/7/24

14

03:22PM    1    statement to you about how much money he had in his house?

03:22PM    2    A.   Yeah.  He said he had a hundred thousand to buy as much

03:22PM    3    weed as I had.

03:22PM    4    Q.   When he said that, what did you think, John?

03:22PM    5    A.   I started plotting immediately in how to rob him.

03:22PM    6    Q.   Okay.  You know that's the wrong thing to do, right?

03:22PM    7    A.   Yeah.

03:22PM    8    Q.   You did it anyway?

03:22PM    9    A.   Yeah.

03:22PM   10    Q.   Okay.

03:22PM   11    A.   I mean, you sell drugs, you weren't supposed to call the

03:22PM   12    cops.

03:22PM   13    Q.   Where were you when you heard Michael Sinatra brag about

03:22PM   14    having over $100,000 in cash to buy any amount of weed he

03:23PM   15    wanted?

03:23PM   16    A.   I believe it was at Bambino on Chippewa.

03:23PM   17    Q.   Approximately when did that conversation happen when you

03:23PM   18    heard that?

03:23PM   19    A.   I'd say summer of 2016, 2017 that happened.

03:23PM   20    Q.   Did you -- did you burglarize his house right away?

03:23PM   21    A.   No.  Like I said, my roommate was his ex roommate, and

03:23PM   22    they were in business together landscaping.  And while I

03:23PM   23    lived with him, I wasn't about to mess up his business, you

03:23PM   24    know what I mean?  Because once I did eventually do it years

03:23PM   25    later, like, Sinatra cut him out of the business and

03:23PM   1   everything, so --

03:23PM   2   Q.  So you're saying you held off on doing the burglary

03:23PM   3   because you didn't want to mess something up for your friend?

03:23PM   4   A.  Yes.

03:23PM   5   Q.  Okay.  Did you know Michael Sinatra to have a safe in his

03:23PM   6   house?

03:23PM   7   A.  Yes.

03:23PM   8   Q.  How did you know that?

03:23PM   9   A.  I seen it.

03:23PM   10  Q.  When did you see it?

03:23PM   11  A.  When you walk in his house, his bedroom is right off the

03:23PM   12  kitchen.  And if his closet door is open, you can see the

03:23PM   13  safe from the kitchen.

03:23PM   14  Q.  Did that knowledge of where the safe was factor into your

03:23PM   15  plan?

03:23PM   16  A.  Yes.

03:23PM   17  Q.  All right.  Did there come a time in December of 2018

03:24PM   18  when you decided to put that plan into action?

03:24PM   19  A.  Yeah.

03:24PM   20  Q.  Whose idea was it?

03:24PM   21  A.  Mine.

03:24PM   22  Q.  Did you talk to anyone about it?

03:24PM   23  A.  Yeah.  Me and Ron had a discussion about a week prior to

03:24PM   24  doing it.

03:24PM   25  Q.  Okay.

03:24PM   1   A.   I told him when I wanted to do it and how.

03:24PM   2   Q.   Is Ronald the same person, Rowles, that we've been

03:24PM   3   talking about?

03:24PM   4   A.   Yes.

03:24PM   5   Q.   Okay.  When you brought it up to Ronald Rowles, what was

03:24PM   6   his reaction?

03:24PM   7   A.   He was with it.

03:24PM   8   Q.   Does that mean he agreed?

03:24PM   9   A.   Yes.

03:24PM  10   Q.   I'm gonna ask you about the actual event in a moment, but

03:24PM  11   first I want to talk about your plan.

03:24PM  12       Can you tell the jury what plan you came up with to break

03:24PM  13   into Michael Sinatra's house?

03:24PM  14   A.   Yeah, like I said, we used to go to his house, let the

03:24PM  15   dogs out, whatever.  And if we didn't have the keys, you

03:24PM  16   could card the door, you know what I mean, use a credit card

03:24PM  17   and open his lock.  It was a crappy door.  And that's what I

03:24PM  18   planned on doing.  But it didn't work that way.

03:24PM  19   Q.   So you said you planned on carding the door?

03:24PM  20   A.   Yes.

03:24PM  21   Q.   Does that mean you can open the lock using a credit card.

03:25PM  22   A.   Yeah.

03:25PM  23   Q.   Kind of jiggle it in there?

03:25PM  24   A.   Um-hum.

03:25PM  25   Q.   Okay.  And once you got inside the house, what were you

03:25PM   1   gonna do?

03:25PM   2   A.  It was gonna mess it up to make it look like it was, like

03:25PM   3   it was, you know, someone just -- it was random, like they

03:25PM   4   were looking for something.  And then take the safe.

03:25PM   5   Q.  Were you trying to cover your tracks there?

03:25PM   6   A.  Yeah.

03:25PM   7   Q.  All right.  Did you ultimately carry out this burglary?

03:25PM   8   A.  Yeah.

03:25PM   9   Q.  What day did that happen on?

03:25PM  10   A.  New Year's Eve of 2018.

03:25PM  11   Q.  Why did you pick New Year's Eve?

03:25PM  12   A.  Because no drug dealer is ever home on New Year's Eve.

03:25PM  13   Q.  Okay.  Where -- withdrawn.

03:25PM  14       How did you get to Michael Sinatra's house?

03:25PM  15   A.  I had Ronald drive me.

03:25PM  16   Q.  Do you know what vehicle you were in?

03:25PM  17   A.  Yeah, we had a rented Yukon.

03:25PM  18   Q.  Is that like an SUV?

03:25PM  19   A.  Yeah.

03:25PM  20   Q.  Who drove?

03:25PM  21   A.  Ron.

03:25PM  22   Q.  About what time did you get to Michael Sinatra's house?

03:25PM  23   A.  11.  10:30, 11:00, something like that.  At night.

03:25PM  24   Q.  You mentioned a moment ago your plan was that he wasn't

03:25PM  25   gonna be home, right?

03:25PM  1    A.  Um-hum.

03:26PM  2    Q.  When you arrived outside the house, did you think he was

03:26PM  3    home, or not?

03:26PM  4    A.  I couldn't tell, because all his vehicles were there, and

03:26PM  5    every light in the house was on.

03:26PM  6    Q.  Did that make you a little concerned about your plan?

03:26PM  7    A.  No, I was still going through with it whether he was

03:26PM  8    there or not.

03:26PM  9    Q.  Okay.  What did you do?

03:26PM  10   A.  I got out and knocked on the door.  And if he was there,

03:26PM  11   my plan was just to ask him if he had a bag of weed I could

03:26PM  12   buy.  I was on my way out to the club and I forgot my stuff,

03:26PM  13   and didn't want to go back to the Falls.

03:26PM  14   Q.  Did you knock on the door?

03:26PM  15   A.  Yeah, no one answered.

03:26PM  16   Q.  What did you do at that point?

03:26PM  17   A.  I tried to card the door.

03:26PM  18   Q.  Did that work?

03:26PM  19   A.  No, he put a new door on.

03:26PM  20   Q.  Could you see that it was a new door when you got there?

03:26PM  21   A.  Yeah.

03:26PM  22   Q.  Was it a little more sturdy than the old door?

03:26PM  23   A.  Yeah.

03:26PM  24   Q.  What'd you do?

03:26PM  25   A.  Oh, there was a chunk of 4x4, a piece of wood, laying in

03:26PM  1   the driveway and I smashed the window.

03:26PM  2   Q.  You smashed a window?

03:26PM  3   A.  Yeah, of the door.

03:26PM  4   Q.  Okay.  So is the window, like, a part of the physical

03:26PM  5   door?

03:26PM  6   A.  Yes.

03:26PM  7   Q.  Okay.  And when you broke the window on the door, what

03:26PM  8   did you do next?

03:26PM  9   A.  I reached in and unlocked the dead bolt.

03:26PM  10  Q.  Okay.  Once the dead bolt was unlocked, what did you do

03:27PM  11  then?

03:27PM  12  A.  To gain entry, went in the kitchen, started pulling

03:27PM  13  everything out the cupboards, started slamming it on the

03:27PM  14  floor.  Went into the bedroom, picked up the safe, and walked

03:27PM  15  out.  Threw it in the back of the SUV and drove away.

03:27PM  16  Q.  Was the safe heavy?

03:27PM  17  A.  Yes.

03:27PM  18  Q.  Did it you carry it by yourself?

03:27PM  19  A.  Yes.

03:27PM  20  Q.  About how long do you think you were inside Michael

03:27PM  21  Sinatra's house?

03:27PM  22  A.  60, 90 seconds.  Took me longer to get in than I was in

03:27PM  23  there.

03:27PM  24  Q.  You mentioned that you put the safe in the SUV, and then

03:27PM  25  you drove away; is that correct?

USA v Bongiovanni - McDonald - Cooper/Direct - 3/7/24

03:27PM  1    A.  Yes.

03:27PM  2    Q.  Okay.  Where'd you go?

03:27PM  3    A.  Some guy's house with a bunch of tools.  I can't remember

03:27PM  4    his name or anything.  It was someone that Ronald had a

03:27PM  5    connection to.  And he had a bunch of tools.

03:27PM  6        The plan was to get up and get a safe -- or, get a safe,

03:27PM  7    get the sledgehammer to open the safe, like, earlier in the

03:27PM  8    day, but I slept all day, and it's 11:00 at night, I couldn't

03:27PM  9    buy a sledgehammer.  So we just came up with that guy on the

03:27PM  10   fly, stopped, hit his garage, and opened it.

03:28PM  11   Q.  Let's break that down a little bit.

03:28PM  12       Before the burglary happens, was it your plan to buy

03:28PM  13   tools to open the safe the day of?

03:28PM  14   A.  Yeah.

03:28PM  15   Q.  Okay.  Did you oversleep and forget to do that?

03:28PM  16   A.  Yes.

03:28PM  17   Q.  Once you had the safe in the back of the truck, did you

03:28PM  18   have a way to open it?

03:28PM  19   A.  No.

03:28PM  20   Q.  What did you do?

03:28PM  21   A.  Drove to someone with a bunch of tools in their garage.

03:28PM  22   Q.  Okay.  Was that a person who Rowles sold drugs to?

03:28PM  23   A.  Yes.

03:28PM  24   Q.  Okay.  And when you arrived at that person's house,

03:28PM  25   describe for the jury what happened.

03:28PM   1   A.   I carried the safe out into the garage, and Rowles went

03:28PM   2   in the house with the guy.

03:28PM   3       And I took a grinder to the safe, and hit the hinges.

03:28PM   4   And then I grabbed a sledgehammer and smashed it about four

03:28PM   5   times.

03:28PM   6       And on the fourth swing, the door came in -- caved in,

03:28PM   7   and the sledgehammer went in there.  And on my pullback, he

03:28PM   8   had a big bag of cocaine in there, and it caught the ripped

03:28PM   9   metal.  And the cocaine went flying through the air.  And it

03:28PM  10   was a mess of money and cocaine.

03:28PM  11   Q.   So you're in a -- in a drug user's garage, right?

03:29PM  12   A.   Yes.

03:29PM  13   Q.   And you said you took a grinder to the -- to the safe?

03:29PM  14   A.   Yeah, to the --

03:29PM  15   Q.   What part of the safe?

03:29PM  16   A.   The hinges.

03:29PM  17   Q.   Okay.  Why did you grind the hinges?

03:29PM  18   A.   Because that's how doors open.

03:29PM  19   Q.   Okay.  And then you hit it with a sledgehammer?

03:29PM  20   A.   Yes.

03:29PM  21   Q.   Okay.  On the final time that you hit it with a

03:29PM  22   sledgehammer, you described that it caught the bag of

03:29PM  23   cocaine?

03:29PM  24   A.   Yeah, as I was pulling the sledgehammer out, because it

03:29PM  25   actually penetrated the safe --

03:29PM    1    Q.  Okay.

03:29PM    2    A.  -- on accident.

03:29PM    3    Q.  What happened when the -- you pulled the sledgehammer out

03:29PM    4    and it pulls the bag of cocaine?

03:29PM    5    A.  It caught the sharded metal on the safe, and threw

03:29PM    6    cocaine through the air.

03:29PM    7    Q.  Okay.  So you're standing there in a cloud of cocaine?

03:29PM    8    A.  Yes.

03:29PM    9    Q.  How do you know it's cocaine, John?

03:29PM    10    A.  I can taste it.  And I sell cocaine, and I know what

03:29PM    11    cocaine is.

03:29PM    12    Q.  Okay.  Was it a gram bag of cocaine inside the safe?

03:29PM    13    A.  No, it's probably like a quarter key, 9 ounces, maybe.

03:29PM    14    I'm just guessing.

03:29PM    15    Q.  When you say a quarter key, is that a quarter of a kilo?

03:29PM    16    A.  Yeah.

03:29PM    17    Q.  Okay.  And is that equivalent to about 9 ounces?

03:29PM    18    A.  Yes.

03:29PM    19    Q.  Is that based on your experience in the field of cocaine

03:30PM    20    distribution?

03:30PM    21    A.  Yes.

03:30PM    22    Q.  The amount of powder in the air?

03:30PM    23    A.  Um-hum.

03:30PM    24    Q.  Was the cocaine the only thing inside the safe.

03:30PM    25    A.  No.

03:30PM   1    Q.  Can you tell the jury what else you found inside of

03:30PM   2    Michael Sinatra's safe?

03:30PM   3    A.  There was some jewelry, and $180,000 in cash.

03:30PM   4    Q.  What did you do with that?

03:30PM   5    A.  What did I do with it?

03:30PM   6    Q.  Yeah.  You're standing in the garage --

03:30PM   7    A.  Oh.

03:30PM   8    Q.  -- there's coke everywhere, and you have $180,000.  What

03:30PM   9    happened?

03:30PM   10   A.  At that time -- at that time there was -- I noticed a

03:30PM   11   Styrofoam cooler.  So I started unloaded the contents of the

03:30PM   12   safe into the cooler.  And while I was doing that, Ron and

03:30PM   13   whoever that dude was had walked into the garage.  And just

03:30PM   14   as I was putting, like, the last envelope full of money in

03:30PM   15   the cooler, I picked it up to walk out.  And the guy was,

03:30PM   16   like, hey, hey, hey don't forget the safe.  And I handed him

03:30PM   17   a stack of money, I don't know how much it was, I was like we

03:30PM   18   were never here.

03:30PM   19       And I drove to some projects in the Falls, and I threw

03:30PM   20   the safe in the Dumpster.

03:30PM   21   Q.  Do you know how much money you gave the guy whose house

03:30PM   22   you were at?

03:30PM   23   A.  No.

03:30PM   24   Q.  Did you care at the time?

03:31PM   25   A.  Absolutely not.

| | | |
|---|---|---|
| 03:31PM | 1 | Q.  How was that money stored inside the safe? |
| 03:31PM | 2 | A.  In bank envelopes, labeled. |
| 03:31PM | 3 | Q.  Okay.  Did you count it immediately in the garage? |
| 03:31PM | 4 | A.  No. |
| 03:31PM | 5 | Q.  Okay.  So you just saw, at that moment when you're in the |
| 03:31PM | 6 | garage, is it fair to say you don't know how much money is in |
| 03:31PM | 7 | there? |
| 03:31PM | 8 | A.  Correct. |
| 03:31PM | 9 | Q.  Okay.  But you take all the contents of the safe and put |
| 03:31PM | 10 | them in the Styrofoam cooler? |
| 03:31PM | 11 | A.  Yes. |
| 03:31PM | 12 | Q.  After the side trip to Niagara Falls to get rid of the |
| 03:31PM | 13 | safe, where did you go? |
| 03:31PM | 14 | A.  Back home to Lewiston. |
| 03:31PM | 15 | Q.  Okay.  And is that where you were living with Ronald |
| 03:31PM | 16 | Rowles at the time? |
| 03:31PM | 17 | A.  Yes. |
| 03:31PM | 18 | Q.  Okay.  Can you describe what you did when you got back to |
| 03:31PM | 19 | the house? |
| 03:31PM | 20 | A.  Went in my bedroom and dumped the cooler on my bed, and |
| 03:31PM | 21 | jumped in the money. |
| 03:31PM | 22 | Q.  How did that night end for you, John? |
| 03:31PM | 23 | A.  Well, it was a couple days, but it ended a few days |
| 03:31PM | 24 | later. |
| 03:31PM | 25 | Q.  Okay.  Let's talk about the night first.  So you dumped |

03:31PM   1   the money out on the bed.  What do you do after that?

03:31PM   2   A.  Basically we just grabbed a couple envelopes, we didn't

03:31PM   3   even count it, put it back in the cooler, threw it in the

03:32PM   4   closet and went out to the strip club.  And we hit up every

03:32PM   5   strip club in the area, except Pharaoh's, because I'm not

03:32PM   6   allowed in Pharaoh's.

03:32PM   7   Q.  Okay.  We're going to circle back to Pharaoh's in a

03:32PM   8   little while, but you went out that night with a lot of

03:32PM   9   money.  Do you know how much it was?

03:32PM  10   A.  30-, 30- maybe?  20-, 30,000 maybe.  I don't know, I

03:32PM  11   didn't count.

03:32PM  12   Q.  Did you spend it that night?

03:32PM  13   A.  Yeah.

03:32PM  14   Q.  Did you use a lot of cocaine?

03:32PM  15   A.  Yes.

03:32PM  16   Q.  Did you drink a ton?

03:32PM  17   A.  Yes.

03:32PM  18   Q.  Do you remember everything about the weekend, or

03:32PM  19   whatever, however many days it was?

03:32PM  20   A.  No.

03:32PM  21   Q.  Did there come a time a few days later where you needed

03:32PM  22   to sleep?

03:32PM  23   A.  Yes.

03:32PM  24   Q.  Okay.  And about when was that?

03:32PM  25   A.  January 3rd.

03:32PM   1    Q.   Okay.  And on January 3rd, where were you at that point

03:32PM   2    where were you when you were trying to get some sleep?

03:32PM   3    A.   I was home in my room.

03:32PM   4    Q.   Okay.  What'd you do to try to go to sleep?

03:32PM   5    A.   Ate a bunch of Xanax.

03:32PM   6    Q.   Okay.  Why did you have to eat a bunch of Xanax to try to

03:32PM   7    sleep?

03:32PM   8    A.   Up -- up for days sniffing cocaine.

03:32PM   9    Q.   Okay.  Now at any point during that time, between the

03:32PM   10   time you steal the safe and the time you eat a bunch of Xanax

03:33PM   11   to try to go to sleep, did you learn that people were after

03:33PM   12   you because you took the safe?

03:33PM   13   A.   Yeah.

03:33PM   14   Q.   Okay.  When did that happen?

03:33PM   15   A.   Almost immediately, so --

03:33PM   16   Q.   Okay.  I don't want you to get into what people said, but

03:33PM   17   did you learn that Michael Sinatra suspected you of stealing

03:33PM   18   the safe?

03:33PM   19   A.   Yes.

03:33PM   20   Q.   Did you learn, yes or no, that Michael Sinatra was

03:33PM   21   looking for you?

03:33PM   22   A.   Yes.

03:33PM   23   Q.   Yes or no, did you learn that Michael Sinatra had sent

03:33PM   24   other people out looking for you?

03:33PM   25   A.   Yes.

03:33PM    1    Q.  Did you continue to go on your bender party?

03:33PM    2    A.  Yes.

03:33PM    3    Q.  Okay.  On -- is it January 3rd that that ends?

03:33PM    4    A.  Yes.

03:33PM    5    Q.  Okay.  So you described that you took a bench of Xanax.

03:33PM    6    What happens next?

03:33PM    7    A.  I had a female over.  She was in bed.  I ate the Xanax, I

03:33PM    8    went to sleep.  And this other female came in the room, that

03:33PM    9    would stay there quite often, you know what I'm saying.  I

03:33PM   10    thought she was just mad I was in bed with some other chick.

03:33PM   11        And she's, like, Tony got pulled over.

03:33PM   12        So?  I just went to sleep.  I've been up for three days.

03:33PM   13    What the fuck do you want me to do?  I don't have a license.

03:33PM   14    I can't go save Tony.  Get out of my room.

03:34PM   15        I fell back asleep.  I don't know how long it was or

03:34PM   16    whatever.

03:34PM   17        And then eventually the phone's getting smashed off my

03:34PM   18    face, and it's ranting Ronald on the phone.  He said, get

03:34PM   19    your shit and get out of the house, we're about to get

03:34PM   20    raided.

03:34PM   21        I said, you're paranoid.

03:34PM   22        And then I looked out the window, and watched the Feds

03:34PM   23    pull in the driveway.

03:34PM   24    Q.  So the second person who wakes you up is Rowles; is that

03:34PM   25    correct?

03:34PM 1   A.  No, no, it's the same chick, Amber, but Rowles is on the

03:34PM 2   phone.

03:34PM 3   Q.  Oh, okay.  So Amber is hitting you on the face with the

03:34PM 4   phone?

03:34PM 5   A.  Yeah.

03:34PM 6   Q.  And Rowles is on the phone?

03:34PM 7   A.  Yeah.  Saying we're about to get raided.

03:34PM 8   Q.  Okay.

03:34PM 9   A.  Get up and get out.

03:34PM 10  Q.  And what were you wearing at that point?

03:34PM 11  A.  Nothing.  I was naked.

03:34PM 12  Q.  Okay.  You said you looked out the window.  What did you

03:34PM 13  see out the window?

03:34PM 14  A.  I watch the Feds, DEA, whoever it was, pull into my

03:34PM 15  driveway.

03:34PM 16  Q.  Okay.  Were you high?

03:34PM 17  A.  Yeah, extremely.

03:34PM 18  Q.  Did you have a bunch of stolen money in your house?

03:34PM 19  A.  Yes.

03:34PM 20  Q.  Did you want to get caught?

03:34PM 21  A.  Absolutely not.

03:34PM 22  Q.  What did you do?

03:34PM 23  A.  Put on some underwear, put on some boots, grabbed some

03:35PM 24  clothes, put my money in a sock, and ran out the back door.

03:35PM 25  Q.  Were there agents waiting for you at the back door?

03:35PM   1    A.   No.

03:35PM   2    Q.   This is January 3rd, right?

03:35PM   3    A.   Yes.

03:35PM   4    Q.   Do you remember what the weather was like?

03:35PM   5    A.   Oh, about two feet of snow.  Cold.

03:35PM   6    Q.   Were you able to get away from your house?

03:35PM   7    A.   Yeah.  I lived at the top of the hill in Lewiston, so

03:35PM   8    there was a golf course in my backyard, so I could just run

03:35PM   9    as soon as I ran out the back door.

03:35PM   10   Q.   What did you do when you ran to the golf course or

03:35PM   11   through the golf course?

03:35PM   12   A.   I got -- I don't know, I ran for a little bit.  I

03:35PM   13   stopped, I dressed, and called a cab and went to a motel.

03:35PM   14   Q.   You dressed?

03:35PM   15   A.   Yeah, I got dressed.

03:35PM   16   Q.   Okay.  So were you wearing clothes when you left the

03:35PM   17   house, or did you --

03:35PM   18   A.   No, I was carrying them.

03:35PM   19   Q.   Okay.  And did you call a cab?

03:35PM   20   A.   Yeah.

03:35PM   21   Q.   Did anybody get in the cab with you?

03:35PM   22   A.   Yeah.  The chick I was in bed with, she followed me

03:35PM   23   through the whole thing.

03:35PM   24        **MR. COOPER:**  Okay.  You guys can't laugh.

          25

03:35PM    1        **BY MR. COOPER:**

03:35PM    2   Q.  Where did the cab take you, John?

03:36PM    3   A.  To the Econolodge.

03:36PM    4   Q.  When you got there, can you describe what happened next?

03:36PM    5   A.  Yeah, so I called the chick Amber at the house to see

03:36PM    6   what the hell was going on.  And I was, like, did they come

03:36PM    7   in or anything?

03:36PM    8      She's, like, no, they're still out there.

03:36PM    9      So I'm, like, follow my footprints you fucking dummy call

03:36PM   10   a cab.

03:36PM   11   Q.  Did Amber come to the hotel as well?

03:36PM   12   A.  Yes.

03:36PM   13   Q.  What happened next, John?

03:36PM   14   A.  So, we're sitting there.  And then my old roommate that

03:36PM   15   used to live with Sinatra shows up at the hotel.  I don't

03:36PM   16   remember if I called him, I just know he showed up.  And, I

03:36PM   17   mean, I was messed up for days on Xanax.  I might have called

03:36PM   18   him, I might have not, I might have not.  But he showed up.

03:36PM   19   And he's, like, hey, I been trying to get ahold of you all

03:36PM   20   day, you're about to get raided.

03:36PM   21      And I'm like, no shit, that's why I'm here.

03:36PM   22   Q.  Okay.

03:36PM   23   A.  And then he took me to my buddy Mario's house.  I left

03:37PM   24   the girls in the motel, and then Mario woke me up at like 5

03:37PM   25   in the morning.  He's like, your house just got raided, you

03:37PM  1  and your money gotta get out of my house.

03:37PM  2  Q.  Okay.  So you had to get out of his house.  Where did you

03:37PM  3  decide to go?

03:37PM  4  A.  Honestly, I don't remember where I went.  It was the next

03:37PM  5  day.  I think I went back to my house and packed my clothes.

03:37PM  6  Q.  Okay.  Did there come a time where you planned a trip

03:37PM  7  outside the confines of New York State?

03:37PM  8  A.  Yes.

03:37PM  9  Q.  Where were you gonna head?

03:37PM  10  A.  Oh, Florida.

03:37PM  11  Q.  Okay.  Did you have a vehicle to get you there?

03:37PM  12  A.  Oh, I had bought a vehicle the morning of January 3rd

03:37PM  13  when we got raided, I was just waiting for the dealership to

03:37PM  14  get it ready.

03:37PM  15  Q.  Okay.  So when you said you had bought a vehicle that

03:37PM  16  morning, was that with some of the money that you stole?

03:37PM  17  A.  Yeah.

03:37PM  18  Q.  Okay.  What kind of vehicle did you buy?

03:37PM  19  A.  2010 Cadillac CTS.

03:37PM  20  Q.  Okay.  Did you take that 2010 Cadillac down to Florida?

03:37PM  21  A.  Yeah.

03:37PM  22  Q.  Who went with you?

03:37PM  23  A.  Amber.

03:37PM  24  Q.  Did Rowles go down with you, as well?

03:37PM  25  A.  No.

03:37PM  1   Q.  Okay.  When you and Amber get to Florida, what was your

03:37PM  2   plan at that point?

03:37PM  3   A.  To just -- I was -- I was -- I was living there, I wasn't

03:38PM  4   coming back to New York.  I was gone.  I was done.  I don't

03:38PM  5   know what her plan was, she was just helping me -- I told her

03:38PM  6   when we get down there, help me find a spot, I'll pay for you

03:38PM  7   to come back.  But after I did all that, she didn't want to

03:38PM  8   leave, so --

03:38PM  9   Q.  So she stayed with you?

03:38PM  10  A.  Yeah.

03:38PM  11  Q.  Okay.  Did there come a time in February of 2019 when you

03:38PM  12  decided you needed a vacation?

03:38PM  13  A.  Yes.

03:38PM  14  Q.  Where did you go on vacation, John?

03:38PM  15  A.  We went on a cruise.  We went all over Mexico, like

03:38PM  16  Cozumel, Belize, Honduras.

03:38PM  17  Q.  Did the cruise end eventually?

03:38PM  18  A.  Yeah.

03:38PM  19  Q.  Okay.  At the conclusion of that cruise, when it returns

03:38PM  20  to the United States, did you ultimately get arrested when it

03:38PM  21  returned?

03:38PM  22  A.  Yes.

03:38PM  23  Q.  Can you just describe briefly for the jury the events

03:38PM  24  kind of leading up to your arrest?

03:38PM  25  A.  Yes.  It was the last night of the cruise, we had to be

03:38PM    1    off the ship at like 7, and I was a drunken mess.  I had been

03:38PM    2    up all week, you know what I mean, partying, cocaine or

03:38PM    3    whatever.  So, I was an asshole.  You know, I was like

03:38PM    4    smacking pizza on the side of the walls, throwing beer

03:39PM    5    bottles down the hallways, smoking blunts.

03:39PM    6        I remember looking at the clock, when I laid down it

03:39PM    7    said, like, 5:30 or 6:30 in the morning, and I knew I had to

03:39PM    8    be off the ship by like 7.  And then it wasn't even that -- I

03:39PM    9    fell asleep, but -- and I woke up to a dog barking in my face

03:39PM   10    and the room filled with customs agents.  I thought I was

03:39PM   11    getting arrested for just being a dumb ass on the cruise.

03:39PM   12    So, I was, like, talking crazy to them.  You know what I

03:39PM   13    mean?

03:39PM   14    Q.  Were you saying nasty things to them when they were

03:39PM   15    arresting you?

03:39PM   16    A.  Yeah.

03:39PM   17    Q.  Okay.  Did you think that the arrest was related to your

03:39PM   18    conduct and behavior on the cruise?

03:39PM   19    A.  Yes.

03:39PM   20    Q.  Did you know that it was about your drug dealing and

03:39PM   21    weapons possession?

03:39PM   22    A.  No.

03:39PM   23    Q.  Okay.  Did there come a time when you learned that it

03:39PM   24    wasn't about your behavior on the cruise?

03:39PM   25    A.  Yeah.  So, customs, they took me into customs, put me in

03:39PM    1   the room, took off the cuffs or whatever.  And I'm sitting

03:39PM    2   there, and in come this chick and this guy, and they're,

03:39PM    3   like, we're Special Agent So-and-So from Homeland Security,

03:39PM    4   and they start talking.

03:39PM    5       But I'm drunk.  And I don't know how much time went by,

03:40PM    6   you know, 30, 45 seconds, before it clicked in my head, like,

03:40PM    7   dude, why -- how are you talking to Homeland Security?

03:40PM    8       So, that's what I asked them.  Why am I talking to

03:40PM    9   Homeland Security?

03:40PM   10       And Marilyn looked me in the eyes, and she said, well,

03:40PM   11   Noodle, guns and drugs don't mix.

03:40PM   12       And as soon as she used my nickname, I knew I was

03:40PM   13   screwed.

03:40PM   14   Q.  Okay.  Noodle was your nickname?

03:40PM   15   A.  Yes.

03:40PM   16   Q.  Okay.  Was it Marilyn Halliday that told you guns and

03:40PM   17   drugs don't mix?

03:40PM   18   A.  Yes.

03:40PM   19   Q.  Were you charged federally at that point?

03:40PM   20   A.  Yes.

03:40PM   21   Q.  I want to go back to the contents of the safe for one

03:40PM   22   second.  In addition to the cocaine and the cash, you had

03:40PM   23   mentioned there was some jewelry in the safe; is that

03:40PM   24   correct?

03:40PM   25   A.  Yeah.

03:40PM    1   Q.  What was your plan to do with jewelry that was in the

03:40PM    2   safe?

03:40PM    3   A.  Throw it out.

03:40PM    4   Q.  Why would you throw out jewelry?

03:40PM    5   A.  'Cuz that's how people get caught, is trying to sell

03:40PM    6   jewelry.

03:40PM    7   Q.  Okay.

03:40PM    8   A.  And a ring in there I knew had significant value.

03:40PM    9   Q.  Okay.  So let's talk about first the jewelry.  Your plan

03:40PM   10   was to throw it out to avoid getting caught.  Did Rowles

03:40PM   11   abide by your plan?

03:41PM   12   A.  No.

03:41PM   13   Q.  Do you know if he kept some of the jewelry?

03:41PM   14   A.  Yeah, he kept the ring.

03:41PM   15   Q.  Okay.  What is this ring?  Tell me about that.

03:41PM   16   A.  It was, I always mess the dude's name up, but it was a

03:41PM   17   friend of Sinatra's grandfather was given the ring.  He used

03:41PM   18   to be the mob boss in Buffalo, Stefano Magaddino, that's

03:41PM   19   whose ring it was.  I don't know his name, I mess it up every

03:41PM   20   time.

03:41PM   21   Q.  Did you understand the ring to have belonged to a former

03:41PM   22   person involved in Italian Organized Crime?

03:41PM   23   A.  Yes.

03:41PM   24   Q.  Did you think keeping the ring was a good idea?

03:41PM   25   A.  No.

USA v Bongiovanni - McDonald - Cooper/Direct - 3/7/24

36

03:41PM    1    Q.  Did Rowles get captured in some pictures with the ring

03:41PM    2    on, if you know?

03:41PM    3    A.  Yes.

03:41PM    4    Q.  On social media?

03:41PM    5    A.  Yes.

03:41PM    6    Q.  Was that a good idea?

03:41PM    7    A.  No.

03:41PM    8    Q.  Next, John, I want to talk with you about your patronage

03:41PM    9    of strip clubs.  You mentioned that you weren't allowed at

03:41PM   10    Pharaoh's at the time that you stole all this money in 2018;

03:42PM   11    is that correct?

03:42PM   12    A.  Yes.

03:42PM   13    Q.  Okay.  Have you been to Pharaoh's before?

03:42PM   14    A.  Absolutely.

03:42PM   15    Q.  Once or more than once?

03:42PM   16    A.  More than once.

03:42PM   17    Q.  Okay.  Can you estimate for the jury how many times

03:42PM   18    you've been to Pharaoh's?

03:42PM   19    A.  It's uncountable.

03:42PM   20    Q.  Okay.  Have you used cocaine at Pharaoh's?

03:42PM   21    A.  Yes.

03:42PM   22    Q.  Does that happen every time you're there?

03:42PM   23    A.  Yep.

03:42PM   24    Q.  Have you sold cocaine at Pharaoh's?

03:42PM   25    A.  Yes.

03:42PM    1    Q.  Did you do that frequently?

03:42PM    2    A.  Yes.

03:42PM    3    Q.  Do you know other people who sold cocaine at Pharaoh's?

03:42PM    4    A.  That's all Pharaoh's was, was a place to do and sell

03:42PM    5    drugs.

03:42PM    6    Q.  Okay.  Do you know a person named Jessica Leyland?

03:42PM    7    A.  Yes.

03:42PM    8    Q.  Do you know her alias?

03:42PM    9    A.  Charm.

03:42PM   10    Q.  Okay.  Did you know her to sell cocaine?

03:42PM   11    A.  Everybody knew.

03:42PM   12    Q.  Excuse me?

03:42PM   13    A.  Everybody knows.

03:42PM   14    Q.  Okay.  Do you know?

03:42PM   15    A.  Yes.

03:42PM   16    Q.  Did there come a time when you were informed that you

03:42PM   17    were no longer welcome at Pharaoh's?

03:42PM   18    A.  Yes.

03:42PM   19    Q.  Okay.  What was the reason you were informed that you

03:42PM   20    were no longer welcome at Pharaoh's?

03:42PM   21         **MR. MacKAY:**  Objection.

03:42PM   22         **MR. COOPER:**  I'll withdraw that question, Judge.

03:42PM   23         **BY MR. COOPER:**

03:43PM   24    Q.  When you used cocaine at Pharaoh's, did you do it in top

03:43PM   25    secret fashion?

03:43PM    1    A.  Not at all.

03:43PM    2    Q.  What do you mean by that?

03:43PM    3    A.  I'd just dump it on my fingers like I'm sitting right

03:43PM    4    here.

03:43PM    5    Q.  Like, while you're out in the area with the patrons?

03:43PM    6    A.  Yeah.  Yeah.

03:43PM    7    Q.  Did you go hide in the bathroom to do it?

03:43PM    8    A.  No.

03:43PM    9    Q.  Did you know other people who used it openly at

03:43PM   10    Pharaoh's?

03:43PM   11    A.  Yeah.

03:43PM   12    Q.  Were you mostly a nighttime guy there at Pharaoh's?

03:43PM   13    A.  Yes.

03:43PM   14         MR. COOPER:  May I just have one moment, Judge?

03:43PM   15         THE COURT:  Sure.

03:43PM   16         MR. COOPER:  Thank you.

03:44PM   17         BY MR. COOPER:

03:44PM   18    Q.  Without getting into the exact words that were stated,

03:44PM   19    did you form a belief, just yes or no, did you form a belief

03:44PM   20    about why you were no longer allowed at Pharaoh's?

03:44PM   21    A.  Yes.

03:44PM   22    Q.  Was it related to how you behaved while you were in

03:44PM   23    there?

03:44PM   24    A.  Absolutely.

03:44PM   25    Q.  Okay.  Just to be clear, was it because you were using

03:44PM 1    drugs there?

03:44PM 2    A.  Yes.

03:44PM 3    Q.  Okay.

03:44PM 4    A.  One of the reasons.

03:44PM 5    Q.  Okay.  What are the reasons that you understood that you

03:44PM 6    were no longer allowed at Pharaoh's?

03:44PM 7    A.  They said I act like I own the place.

03:44PM 8    Q.  Okay.  And that's all they said to you?

03:44PM 9    A.  Yes.

03:44PM 10   Q.  You act like you own the place?

03:44PM 11   A.  Um-hum.

03:44PM 12   Q.  Is it fair to say that's how you acted when you were on

03:44PM 13   the cruise going to Belize?

03:44PM 14   A.  Yes.

03:44PM 15          **MR. COOPER:**  Okay.  I have no further direct, Judge.

03:44PM 16   Thank you.

03:44PM 17          **THE COURT:**  Mr. MacKay.

03:44PM 18

03:44PM 19          **CROSS-EXAMINATION BY MR. MacKAY:**

03:44PM 20   Q.  Good afternoon, Mr. McDonald.

03:44PM 21   A.  Good afternoon.

03:45PM 22   Q.  You so eloquently told us, it sounds like you had an

03:45PM 23   interesting start to calendar year 2019; is that fair to say?

03:45PM 24   A.  Well, yeah, it started interesting, ended horrible.

03:45PM 25   Q.  All right.  So you told us a little bit about Michael

03:45PM   1   Sinatra, correct?

03:45PM   2   A.  Yes.

03:45PM   3   Q.  You don't like him at all, do you?

03:45PM   4   A.  No.

03:45PM   5   Q.  Okay.  You find him to be kind of loud?

03:45PM   6   A.  Yes.

03:45PM   7   Q.  Brags a lot?

03:45PM   8   A.  Absolutely.

03:45PM   9   Q.  Is he kind of a bully?

03:45PM   10  A.  If -- yes, if you let him.

03:45PM   11  Q.  Okay.  And you've had significant longtime dealings with

03:45PM   12  him, correct?

03:45PM   13  A.  Correct.

03:45PM   14  Q.  And you never heard him brag about law enforcement

03:45PM   15  protecting him, did you?

03:45PM   16  A.  No.

03:45PM   17  Q.  Okay.  I just got up now from a table, there's a

03:45PM   18  gentleman seated next to me, striped blue and red tie.  Do

03:45PM   19  you see him?

03:45PM   20  A.  Yes.

03:45PM   21  Q.  You've never seen that person before in your life?

03:45PM   22  A.  Never.

03:45PM   23  Q.  Okay.  You don't know who Joseph Bongiovanni is as you

03:45PM   24  sit here today, correct?

03:45PM   25  A.  No, just in the newspaper.

03:46PM    1    Q.   Okay.  You never saw him at your Lewiston home when you

03:46PM    2    fled as a result of the raid, correct?

03:46PM    3    A.   No.

03:46PM    4    Q.   Okay.  And when you broke into Michael Sinatra's safe, I

03:46PM    5    think you told us you saw a lot of cash in there, correct?

03:46PM    6    A.   Correct.

03:46PM    7    Q.   That wasn't rubber-banded cash though, was it?

03:46PM    8    A.   It was in bank envelopes labeled.

03:46PM    9    Q.   Okay.  It was labeled bank envelopes.

03:46PM   10        You told us a little bit about Pharaoh's Gentlemen's

03:46PM   11    Club, how you've been there on -- I think you said

03:46PM   12    uncountable occasions, correct?

03:46PM   13    A.   Correct.

03:46PM   14    Q.   You've been to other strip clubs in the area?

03:46PM   15    A.   Yes.

03:46PM   16    Q.   Lots of them?

03:46PM   17    A.   There's only four now, so --

03:46PM   18    Q.   I couldn't hear your answer.

03:46PM   19    A.   There's only four, so it's not lots.

03:46PM   20    Q.   I'm going to take that to mean you've been to all four?

03:46PM   21    A.   Yes.

03:46PM   22    Q.   Been to all four a lot of times?

03:46PM   23    A.   Yes.

03:46PM   24    Q.   You described drug use at Pharaoh's; do you remember

03:46PM   25    that?

USA v Bongiovanni - McDonald - MacKay/Cross - 3/7/24

42

03:46PM 1   A.  Yes.

03:46PM 2   Q.  Is it fair to say that that sort of activity occurs at

03:46PM 3   the other strip clubs, as well?

03:46PM 4   A.  Absolutely.

03:46PM 5   Q.  To the same degree?

03:46PM 6   A.  Yes.  Yes and no.  Depends on which one.  Some of them

03:47PM 7   are stricter than others.  But Pharaoh's was pretty loose.

03:47PM 8   Q.  Okay.  But were there others that were pretty loose, as

03:47PM 9   well, too?

03:47PM 10  A.  Yes.

03:47PM 11          **MR. MacKAY:**  Thank you very much, Mr. McDonald.  I

03:47PM 12  have no further questions.

03:47PM 13          **THE COURT:**  Any redirect?

03:47PM 14          **MR. COOPER:**  Just one second, Judge, please.

03:47PM 15          No redirect, thank you, Judge.

03:47PM 16          **THE COURT:**  You can step down, sir, thank you.

03:47PM 17          (Witness excused at 3:47 p.m.)

        18          (Excerpt concluded at 3:47 p.m.)

        19

        20          *     *     *     *     *     *     *

        21

        22

        23

        24

        25

```
 1
 2                    CERTIFICATE OF REPORTER
 3
 4            In accordance with 28, U.S.C., 753(b), I
 5    certify that these original notes are a true and correct
 6    record of proceedings in the United States District Court for
 7    the Western District of New York on March 7, 2024.
 8
 9
10                         s/ Ann M. Sawyer
                           Ann M. Sawyer, FCRR, RPR, CRR
11                         Official Court Reporter
                           U.S.D.C., W.D.N.Y.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1
2

<u>**TRANSCRIPT INDEX**</u>

<u>**EXCERPT OF JOHN McDONALD**</u>

3

<u>**MARCH 7, 2024**</u>

4
5
6          <u>**W I T N E S S**</u>                                    <u>**P A G E**</u>

7          **J O H N    M c D O N A L D**                              2

8             DIRECT EXAMINATION BY MR. COOPER:              2

9             CROSS-EXAMINATION BY MR. MacKAY:               39

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25