12:12PM

```
 1                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF NEW YORK
 2
   _____
 3  UNITED STATES OF AMERICA,
                                        Case No. 1:19-cr-227
 4              Plaintiff,                       (LJV)
   v.
 5                                      March 13, 2024
   JOSEPH BONGIOVANNI,
 6
   _____Defendant._____
 7

 8        TRANSCRIPT EXCERPT - TESTIMONY OF CURTIS RYAN
           BEFORE THE HONORABLE LAWRENCE J. VILARDO
 9                UNITED STATES DISTRICT JUDGE

10
   APPEARANCES:            TRINI E. ROSS, UNITED STATES ATTORNEY
11                         BY: JOSEPH M. TRIPI, ESQ.
                               NICHOLAS T. COOPER, ESQ.
12                             CASEY L. CHALBECK, ESQ.
                           Assistant United States Attorneys
13                         Federal Centre
                           138 Delaware Avenue
14                         Buffalo, New York 14202
                             And
15                         UNITED STATES DEPARTMENT OF JUSTICE
                           BY: JORDAN ALAN DICKSON, ESQ.
16                         1301 New York Ave NW
                           Suite 1000
17                         Washington, DC 20530-0016
                           For the Plaintiff
18
                           SINGER LEGAL PLLC
19                         BY: ROBERT CHARLES SINGER, ESQ.
                           80 East Spring Street
20                         Williamsville, New York 14221
                             And
21                         LAW OFFICES OF PARKER ROY MacKAY
                           BY: PARKER ROY MacKAY, ESQ.
22                         3110 Delaware Avenue
                           Kenmore, New York  14217
23                         For the Defendant

24  PRESENT:               BRIAN A. BURNS, FBI Special Agent
                           MARILYN K. HALLIDAY, HSI Special Agent
25                         KAREN A. CHAMPOUX, USA Paralegal
```

| | | |
|---|---|---|
| 1 | **LAW CLERK:** | **REBECCA FABIAN IZZO, ESQ.** |
| 2 | **COURT DEPUTY CLERK:** | **COLLEEN M. DEMMA** |
| 3 | **COURT REPORTER:** | **ANN MEISSNER SAWYER, FCRR, RPR, CRR** |
| | | Robert H. Jackson Federal Courthouse |
| 4 | | 2 Niagara Square |
| | | Buffalo, New York  14202 |
| 5 | | Ann_Sawyer@nywd.uscourts.gov |

6

7                    *    *    *    *    *    *    *

8

9          (Excerpt commenced at 1:24 p.m.)

10          (Jury is present.)

01:24PM   11          **THE COURT:**  The government can all its next witness.

01:24PM   12          **MR. TRIPI:**  Thank you, Your Honor.  We call Curtis

01:24PM   13   Ryan.

01:24PM   14

01:24PM   15   **C U R T I S   R Y A N,** having been duly called and sworn,

01:24PM   16   testified as follows:

01:25PM   17          **MR. TRIPI:**  May I inquire, Your Honor?

01:25PM   18          **THE COURT:**  You may.

01:25PM   19          **MR. TRIPI:**  Thank you, Your Honor.

01:25PM   20

01:25PM   21              **DIRECT EXAMINATION BY MR. TRIPI:**

01:25PM   22   Q.  Good afternoon, Special Agent Ryan, how are you?

01:25PM   23   A.  Good afternoon.  I'm well, thank you.

01:25PM   24   Q.  Special Agent Ryan, can you tell the jury by whom you're

01:25PM   25   employed?

USA v Bongiovanni - Ryan - Tripi/Direct - 3/13/24

01:25PM  1   A.  Homeland Security Investigations.

01:25PM  2   Q.  And how long have you been employed by Homeland Security

01:25PM  3   Investigations?

01:25PM  4   A.  Since February of 2012.

01:25PM  5   Q.  And what is your current job with them?

01:25PM  6   A.  I'm the resident agent in charge of the HSI office in

01:25PM  7   Indianapolis, Indiana.

01:25PM  8   Q.  And prior to -- what is the job of the resident agent in

01:25PM  9   charge?

01:25PM  10  A.  So I'm the second line supervisor of an office of about

01:26PM  11  30, it fluctuates as people come and go.

01:26PM  12     And then responsible for oversight of all HSI

01:26PM  13  investigations in the Southern District of Indiana.

01:26PM  14  Q.  Prior to that job, were you a special agent here in the

01:26PM  15  Buffalo office?

01:26PM  16  A.  Yes.

01:26PM  17  Q.  How long were you in Buffalo?

01:26PM  18  A.  Arrived in Buffalo in August of 2012, and here until the

01:26PM  19  end of July of last year.

01:26PM  20  Q.  Can you tell the jury about your educational and work

01:26PM  21  experience leading up to August of 2012, and then we'll go

01:26PM  22  from there?

01:26PM  23  A.  Yes.  So, I enlisted in the Army National Guard in 1992

01:26PM  24  when I was 18 years old.  Served three years in the National

01:26PM  25  Guard in Pennsylvania.

USA v Bongiovanni - Ryan - Tripi/Direct - 3/13/24

4

01:26PM   1      And then I went on active duty to Fort Campbell, Kentucky

01:26PM   2   as an artilleryman.  I'd gotten about half of my

01:26PM   3   undergraduate degree done while I was in the National Guard.

01:26PM   4      Spend another two and a half years or so in the field

01:27PM   5   artillery, and then the 101st Airborne Division.

01:27PM   6      And then I switched in December of 1997 to Army CID, it's

01:27PM   7   the Army Criminal Investigation Command is what it was called

01:27PM   8   at the time.  And CID is the shorthand historical name for

01:27PM   9   it.

01:27PM   10      So as an intern in the CID office at Fort Campbell, it

01:27PM   11   was a requirement, I had to switch MOSs because I was not an

01:27PM   12   MP --

01:27PM   13   Q.  Can you slow down just a little bit?

01:27PM   14   A.  Yeah.  Sorry.

01:27PM   15      -- for about one year.  So, in January 1999, I went to

01:27PM   16   CID school, which is in Fort McClellan, Alabama.  I spent

01:27PM   17   four months there.

01:27PM   18   Q.  You can continue from there, but go slower.

01:27PM   19   A.  Sorry.

01:27PM   20      So it was about four months of training, and I officially

01:27PM   21   became a special agent in April of 1999.

01:27PM   22      And then my first -- or, my duty station after that was

01:28PM   23   Fort Lewis, Washington.  Spent a few years there.

01:28PM   24      I was transferred to Carlisle Barracks in Pennsylvania

01:28PM   25   for a year.

USA v Bongiovanni - Ryan - Tripi/Direct - 3/13/24

5

01:28PM   1    And then from there, to Fort Bragg, North Carolina.  So,

01:28PM   2    I got to Fort Bragg, North Carolina in December of 2002.  And

01:28PM   3    I was there until I left active duty in the Army at the end

01:28PM   4    of 2004.

01:28PM   5    Q.  And what did you do in -- as an Army CID agent?

01:28PM   6    A.  We investigated crimes on and off the base that affected

01:28PM   7    Army personnel and Army interests.  I had various assignments

01:28PM   8    throughout that span.  Crimes against, you know, crimes with

01:28PM   9    people victims, crimes where things were stolen from the

01:28PM  10    Army, a very small amount of frauds directed at the Army in

01:28PM  11    that stretch, and some drug investigations.

01:28PM  12    Q.  Where did your career path take you after that 2004 stop

01:28PM  13    at Fort Bragg?

01:29PM  14    A.  So from there, I moved to Indianapolis actually.  At the

01:29PM  15    time, the Army CID had a small civilian special agent unit of

01:29PM  16    about 100 agents that investigated contract fraud in Army

01:29PM  17    contracts.  So I did that in Indianapolis for about three

01:29PM  18    years.

01:29PM  19    Then I took a job -- I had a couple short stints in the

01:29PM  20    IG community, the first one was with --

01:29PM  21    Q.  What community?

01:29PM  22    A.  Inspector General community.  Excuse me.

01:29PM  23    Q.  Who did you work for?

01:29PM  24    A.  The Defense Criminal Investigative Service.

01:29PM  25    Q.  What is that?

01:29PM    1    A.  It is the investigative arm of the Department of Defense

01:29PM    2    Inspector General.

01:29PM    3    Q.  And what does the Department of Defense Inspector General

01:29PM    4    investigate?

01:29PM    5    A.  Primarily contract fraud in the DOD contracts or service

01:29PM    6    contracts.

01:29PM    7    Q.  And DOD means Department of Defense?

01:29PM    8    A.  Yes.

01:29PM    9    Q.  Okay.  If you could say the words --

01:29PM   10    A.  Yep.

01:29PM   11    Q.  -- instead of the lingo?

01:29PM   12    A.  And then after that, I had a short stint with the

01:30PM   13    Department of Justice Inspector General.  I investigated

01:30PM   14    contract fraud in department grant programs.

01:30PM   15        And then I took a job with the Naval Criminal

01:30PM   16    Investigative Service.

01:30PM   17    Q.  When did you begin with the Naval Criminal Investigative

01:30PM   18    Service?

01:30PM   19    A.  2008.

01:30PM   20    Q.  What did you do for them?

01:30PM   21    A.  I was assigned to an office in Georgia that was called

01:30PM   22    the contingency response field office.  We covered NCIS

01:30PM   23    missions in the Horn of Africa, and Iraq, and Afghanistan, on

01:30PM   24    a rotational basis.  So I ended up going to Afghanistan three

01:30PM   25    times.

01:30PM   1   Q.  Doing that investigative work?

01:30PM   2   A.  Yes.  The first -- first appointment was general criminal

01:31PM   3   investigations at a Marine Corps base in Southern

01:31PM   4   Afghanistan.

01:31PM   5       The next time was contract and fraud investigations.

01:31PM   6       And then the last time I was on a counterintelligence

01:31PM   7   deployment.

01:31PM   8   Q.  And where did your career path take you after that?

01:31PM   9   A.  To Homeland Security Investigations.

01:31PM  10   Q.  When did you begin with them?

01:31PM  11   A.  February 2012.

01:31PM  12   Q.  Where was your first assignment?

01:31PM  13   A.  After training, Buffalo, New York.

01:31PM  14   Q.  And generally, what type of training did you receive

01:31PM  15   becoming an HSI agent?

01:31PM  16   A.  It's training in two parts.  The first part is the -- put

01:31PM  17   on by the Federal Law Enforcement Training Centers.  It's

01:31PM  18   called the criminal investigator training program, it lasts

01:31PM  19   about eleven weeks.  It covers the fundamentals of criminal

01:31PM  20   investigations.

01:31PM  21       And then the second eleven weeks is put on by Homeland

01:31PM  22   Security Investigations at the training center, and it

01:31PM  23   focuses on HSI investigations and mission.

01:32PM  24   Q.  What is HSI's mission and duties?

01:32PM  25   A.  To investigate transnational criminal organizations,

01:32PM  1   particularly those that violate the customs or immigration

01:32PM  2   laws of the United States.

01:32PM  3   Q.   And by transnational criminal organizations, you're

01:32PM  4   talking about organizations that operate over the U.S. border

01:32PM  5   generally?

01:32PM  6   A.   Generally operating in foreign commerce.

01:32PM  7   Q.   And so when you got to -- withdrawn.

01:32PM  8        And those types of organizations generally, are they

01:32PM  9   involved in multiple types of crimes based on your training

01:32PM  10  and experience?

01:32PM  11  A.   Yes.

01:32PM  12  Q.   Does that include drug-trafficking crimes?

01:32PM  13  A.   Drug trafficking.  It's the smuggling of anything that

01:32PM  14  you can smuggle and make a dollar.

01:32PM  15  Q.   Okay.

01:32PM  16  A.   Generally.

01:32PM  17  Q.   And, so, in February of 2012, is that when you got to

01:32PM  18  Buffalo?

01:32PM  19  A.   Not until August, I started training in February.

01:33PM  20  Q.   Oh, my fault.

01:33PM  21  A.   I arrived in Buffalo in August.

01:33PM  22  Q.   And when you -- when you arrive in Buffalo, your job is

01:33PM  23  as a special agent; is that right?

01:33PM  24  A.   That's correct.

01:33PM  25  Q.   Over time, you got promoted to be a supervisor in the

01:33PM    1    Buffalo office?

01:33PM    2    A.   Yes.   Promoted -- or, I was made an acting supervisor in

01:33PM    3    October of 2020, and then permanently promoted in March the

01:33PM    4    following year.

01:33PM    5    Q.   And when did you leave the Buffalo office?

01:33PM    6    A.   July 2023.

01:33PM    7    Q.   That's when you went to be the RAC out in Indianapolis,

01:33PM    8    Indiana?

01:33PM    9    A.   That's correct.

01:33PM   10    Q.   Now, in terms of specialized training as a HSI special

01:33PM   11    agent, I don't want to go too deeply into this, but do you

01:33PM   12    have trainings that include into traditional Organized Crime?

01:33PM   13    A.   Yes.

01:33PM   14    Q.   And have you received training in a subset of that with

01:33PM   15    the generic or general name of Italian Organized Crime?

01:34PM   16    A.   Yes.

01:34PM   17    Q.   In April of 2017, were you working in Buffalo still?

01:34PM   18    A.   Yes.

01:34PM   19    Q.   At that point in time while a HSI special agent, were you

01:34PM   20    also actually assigned to DEA as a task force officer as

01:34PM   21    well?

01:34PM   22    A.   Yes, to group D-58.

01:34PM   23    Q.   And was that the Buffalo resident office of the DEA?

01:34PM   24    A.   Yes.

01:34PM   25    Q.   And what is group D-58?

01:34PM 1   A.   It's the task force group.  So it was -- there were --

01:34PM 2   there's a DEA supervisor, four or five DEA agents, and then

01:34PM 3   the rest of the group was detectives or agents from other law

01:34PM 4   enforcement agencies.

01:34PM 5   Q.   And who was the supervisor of group D-58 when you were

01:34PM 6   there?

01:34PM 7   A.   James McHugh.

01:34PM 8   Q.   And is April 2017 when you started in that group, or when

01:35PM 9   did you start?

01:35PM 10  A.   So, certainly by April 2017.  May have been a little bit

01:35PM 11  earlier in the year.

01:35PM 12  Q.   Okay.  While you were in that DEA task force group, did

01:35PM 13  you work in the same building and DEA office as a special

01:35PM 14  agent named Joseph Bongiovanni?

01:35PM 15  A.   Yes.

01:35PM 16  Q.   Would it be accurate to say you were not in the same

01:35PM 17  group though?

01:35PM 18  A.   We were not.

01:35PM 19  Q.   What group was he in, if you know?

01:35PM 20  A.   D-57.

01:35PM 21  Q.   Is that typically known as the agent group?

01:35PM 22  A.   Yes.

01:35PM 23  Q.   Had you ever worked any cases with him?

01:35PM 24  A.   No.

01:35PM 25  Q.   But do you know who he is?

01:35PM    1   A.   I didn't for a long time but --

01:35PM    2   Q.   Okay.

01:35PM    3   A.   -- I do now.

01:35PM    4   Q.   Do you know now?

01:35PM    5   A.   I do.

01:35PM    6   Q.   Do you see him in court?

01:35PM    7   A.   I do.

01:35PM    8   Q.   Can you please point to him and describe something he's

01:36PM    9   wearing?

01:36PM   10   A.   He's at the defense table in glasses.

01:36PM   11          **MR. TRIPI:**  May the record reflect the witness has

01:36PM   12   identified Mr. Bongiovanni, Your Honor.

01:36PM   13          **THE COURT:**  It does.

01:36PM   14          **BY MR. TRIPI:**

01:36PM   15   Q.   Now, I'd like to direct your attention to in or about

01:36PM   16   February of 2018, okay?

01:36PM   17   A.   Okay.

01:36PM   18   Q.   Were you invited by an Assistant U.S. Attorney in the

01:36PM   19   Buffalo office here to a proffer interview of an individual

01:36PM   20   named Ron Serio?

01:36PM   21   A.   Yes.

01:36PM   22   Q.   Who invited you to that proffer?

01:36PM   23   A.   Paul Parisi.

01:36PM   24   Q.   Is he a former AUSA here who used to work here in the

01:36PM   25   Buffalo office?

01:36PM    1    A.  Yes, that's correct.

01:36PM    2    Q.  And in order to prepare for your participation --

01:36PM    3    withdrawn.  When you go to a proffer interview as an agent,

01:36PM    4    generally, are the agents involved asking people questions?

01:37PM    5    A.  Yes.

01:37PM    6    Q.  At times, do you prepare for those types of events?

01:37PM    7    A.  Yes.

01:37PM    8    Q.  In preparation for meeting with Ron Serio, did you review

01:37PM    9    a prior proffer he had with the FBI, or at least a report of

01:37PM   10    it, back on April 26th, 2017?

01:37PM   11    A.  Yes, I was able to read the report.

01:37PM   12    Q.  Okay.  Now in that February 2018 proffer, who attended

01:37PM   13    with you?

01:37PM   14    A.  It was David Walters, the DEA special agent.  And then

01:37PM   15    another HSI special agent named Matthew Infante.

01:37PM   16    Q.  And was that proffer on or about February 8th, 2018?

01:37PM   17    A.  Yes.

01:37PM   18    Q.  Now, as an HSI agent walking into that interview, at that

01:37PM   19    point in time, were you investigating fellow law enforcement

01:37PM   20    here in the Buffalo area?

01:37PM   21    A.  No.

01:37PM   22    Q.  At that point in time, were you investigating Italian

01:38PM   23    Organized Crime here in Buffalo, New York?

01:38PM   24    A.  No.

01:38PM   25    Q.  When you walked into that proffer interview with Ron

01:38PM   1   Serio, February 8th, 2018, what was the focus, without

01:38PM   2   getting into what he said specifically, what was the focus of

01:38PM   3   that proffer interview from your perspective?

01:38PM   4   A.   The Canadian source of supply for the controlled

01:38PM   5   substances that he'd imported before his arrest.

01:38PM   6   Q.   And, generally, are you referencing marijuana and

01:38PM   7   fentanyl?

01:38PM   8   A.   Yes.

01:38PM   9   Q.   And fentanyl in pill form?

01:38PM   10  A.   Yes.

01:38PM   11  Q.   And was that -- was it your understanding that that

01:38PM   12  source of supply was an individual from Canada named Jarrett

01:38PM   13  Guy?

01:38PM   14  A.   Yes.

01:38PM   15  Q.   Now directing you into that February 8th, 2018 proffer

01:38PM   16  that you were in with Mr. Serio, did Serio mention or did you

01:38PM   17  ask questions about Italian Organized Crime?

01:38PM   18  A.   No.

01:38PM   19  Q.   Did you ask questions about or did Serio mention Mike

01:39PM   20  Masecchia?

01:39PM   21  A.   No.

01:39PM   22  Q.   Did you ask questions about or did Serio mention Lou

01:39PM   23  Selva?

01:39PM   24  A.   No.

01:39PM   25  Q.   Did you ask questions about or did Serio mention Joseph

01:39PM   1   Bongiovanni?

01:39PM   2   A.   No.

01:39PM   3   Q.   Now, after that February 8th, 2018 proffer, was there

01:39PM   4   some delay prior to another proffer meeting with Ron Serio?

01:39PM   5   A.   Yes.

01:39PM   6   Q.   And is it your understanding he had -- he was in some

01:39PM   7   type of drug treatment?

01:39PM   8   A.   Yes, for opioid addiction.

01:39PM   9   Q.   Okay.  So moving to July 20th, 2018, was that the next

01:39PM   10  time Mr. Serio was proffered?

01:39PM   11  A.   Yes.

01:39PM   12  Q.   Were you present for that proffer interview in the United

01:40PM   13  States Attorney's Office for the Western District of

01:40PM   14  New York?

01:40PM   15  A.   Yes, I was.

01:40PM   16  Q.   Who was present for that proffer?

01:40PM   17  A.   DEA Special Agent Tony Casullo, HSI Special Agent Greg

01:40PM   18  Mango, and then there was an FBI task force officer from the

01:40PM   19  Safe Streets group, Mike Maiola.

01:40PM   20  Q.   Were there two prosecutors from the U.S. Attorney's

01:40PM   21  Office as well?

01:40PM   22  A.   Yes.

01:40PM   23  Q.   By that point in time now -- withdrawn.

01:40PM   24       You mentioned DEA Special Agent Anthony Casullo, is he

01:40PM   25  someone you also worked with at the DEA?

01:40PM   1   A.  Yes, he was in D-57.  And then as I remember, maybe

01:40PM   2   shortly before the time of this proffer, he was moved to

01:41PM   3   D-58.

01:41PM   4   Q.  Okay.  And you mentioned an HSI special agent named

01:41PM   5   Gregory Mango?

01:41PM   6   A.  Yes.

01:41PM   7   Q.  Was he also an FBI task force officer?

01:41PM   8   A.  Yes.  I think he was still working with Safe Streets at

01:41PM   9   the time I think.

01:41PM   10  Q.  Okay.  So he was a task force officer similar to what you

01:41PM   11  were, but with the FBI?

01:41PM   12  A.  Yes.

01:41PM   13  Q.  And then you mentioned an FBI task force officer named

01:41PM   14  Mike Maiola.  Did he also work for the Buffalo Police

01:41PM   15  Department?

01:41PM   16  A.  Yes.

01:41PM   17  Q.  And by that point in time, was it your understanding that

01:42PM   18  the individuals in that proffer were invited by the U.S.

01:42PM   19  Attorney's Office?

01:42PM   20  A.  Yes.

01:42PM   21  Q.  Had Special Agent Gregory Mango recently completed a -- a

01:42PM   22  lengthy racketeering trial involving special biker gangs?

01:42PM   23  A.  Yes, the Kingsmen.

01:42PM   24  Q.  Is it your understanding he was there because a place

01:42PM   25  called Pharaoh's Gentlemen's Club came up in that case?

USA v Bongiovanni - Ryan - Tripi/Direct - 3/13/24

16

| | | |
|---|---|---|
| 01:42PM | 1 | A.  Yes. |
| 01:42PM | 2 | Q.  By that point in time, going into that proffer, had your |
| 01:43PM | 3 | plan of topics to question Mr. Serio about shifted from that |
| 01:43PM | 4 | proffer back in February 2018? |
| 01:43PM | 5 | A.  Yes, it had. |
| 01:43PM | 6 | Q.  Now, walking into that July 20th, 2018 proffer, what was |
| 01:43PM | 7 | the intended focus of the proffer, things to ask Mr. Serio |
| 01:43PM | 8 | about? |
| 01:43PM | 9 | A.  Ask him in more detail than we had previously about his |
| 01:43PM | 10 | distribution network in Buffalo, and then also his |
| 01:43PM | 11 | relationship to Peter and Anthony Gerace, and knowledge that |
| 01:43PM | 12 | he had of Pharaoh's, and the bikers at Pharaoh's. |
| 01:43PM | 13 | Q.  In terms of focusing on your questions, were you also |
| 01:43PM | 14 | intent upon asking about Italian Organized Crime? |
| 01:43PM | 15 | A.  Yes. |
| 01:43PM | 16 | Q.  Did you have a general understanding of the familial |
| 01:43PM | 17 | relationship between Peter Gerace, Anthony Gerace, and the |
| 01:44PM | 18 | Todaro family? |
| 01:44PM | 19 | A.  Yes. |
| 01:44PM | 20 | Q.  Now, when a proffer begins, do you sit down and give |
| 01:44PM | 21 | Mr. Serio a list of questions you intend to ask start to |
| 01:44PM | 22 | finish? |
| 01:44PM | 23 | A.  No. |
| 01:44PM | 24 | Q.  Do those questions start to come up as the interview |
| 01:44PM | 25 | progresses? |

01:44PM  1    A.  They do.

01:44PM  2    Q.  As you start to ask questions along those lines, about

01:44PM  3    the Geraces, what, if anything, did you notice about

01:44PM  4    Mr. Serio's demeanor when you started those lines of

01:44PM  5    questions?

01:44PM  6    A.  He was particularly uncomfortable when I asked him about

01:44PM  7    Peter and Anthony Gerace.  And I remember I asked the

01:44PM  8    question if the -- he said that they had a lot of, you know,

01:44PM  9    kind of like they carried a lot of weight in the community.

01:44PM  10   And I remember asking him --

01:45PM  11          **MR. MacKAY:**  Judge, I'm going to object to any

01:45PM  12   hearsay that's coming in through this witness.

01:45PM  13          **THE COURT:**  That's sustained.

01:45PM  14          **MR. TRIPI:**  I think he was just leading into what his

01:45PM  15   question was.

01:45PM  16          **THE COURT:**  I understand, but that's sustained.

01:45PM  17          And the jury will strike what the witness testified

01:45PM  18   that Mr. Serio said.

01:45PM  19          **MR. TRIPI:**  Okay.  Without --

01:45PM  20          **THE COURT:**  And, again, when I tell you --

01:45PM  21          **MR. TRIPI:**  Sorry.

01:45PM  22          **THE COURT:**  -- to strike something, I understand you

01:45PM  23   can't put it out of your mind.  Just understand that it would

01:45PM  24   be very unfair for you to consider that as part of the verdict

01:45PM  25   that you reach.

USA v Bongiovanni - Ryan - Tripi/Direct - 3/13/24

18

01:45PM   1        **MR. TRIPI:**  Without getting --

01:45PM   2        **THE COURT:**  And I'm not being critical of the

01:45PM   3   witness, he --

01:45PM   4        **THE WITNESS:**  I understand, Your Honor.

01:45PM   5        **MR. TRIPI:**  I didn't mean to interrupt you twice,

01:45PM   6   Judge.

01:45PM   7        **THE COURT:**  That's okay.

01:45PM   8        **MR. TRIPI:**  I interpreted the pause wrong, sorry

01:45PM   9   about that.

01:45PM   10        **THE COURT:**  That's okay.

01:45PM   11        **BY MR. TRIPI:**

01:45PM   12   Q.  Without getting into the specifics about what Mr. Serio

01:45PM   13   said, did something he said cause you to ask a question, a

01:45PM   14   specific question about Anthony and Peter Gerace?

01:45PM   15   A.  Yes.

01:45PM   16   Q.  What was your question?

01:45PM   17   A.  What does it mean for someone to be connected.

01:46PM   18   Q.  And is that when you started to notice Mr. Serio's

01:46PM   19   demeanor?

01:46PM   20   A.  Yes.

01:46PM   21   Q.  And how would you characterize his demeanor?

01:46PM   22   A.  He was trying to evade answering that question.

01:46PM   23   Q.  Did he appear uncomfortable to you?

01:46PM   24   A.  He was.

01:46PM   25   Q.  And he was there sitting next to his attorney, right?

01:46PM   1   A.   Yes.

01:46PM   2   Q.   And who was his attorney?

01:46PM   3   A.   Mr. Greenman.   Herb Greenman.

01:46PM   4   Q.   Did the observations you were making and the feedback you

01:46PM   5   were getting from Mr. Serio cause you to keep asking

01:46PM   6   questions in that category?

01:46PM   7   A.   Yes.   I continued to ask him the same question.   And I

01:46PM   8   was gonna ask it until he answered it.

01:46PM   9   Q.   And did you continue to ask questions about Anthony and

01:46PM   10   Peter Gerace?

01:46PM   11   A.   Yes.

01:46PM   12   Q.   Now, when you were in that proffer, or any time before

01:46PM   13   entering that proffer, were you intent upon investigating

01:47PM   14   Defendant Bongiovanni?

01:47PM   15   A.   No.   It never entered my mind.

01:47PM   16   Q.   As you asked those questions to Ron Serio, did he say

01:47PM   17   something that changed your investigation and the direction

01:47PM   18   of it for the next several years?

01:47PM   19   A.   Yes.

01:47PM   20   Q.   Whose name did Ron Serio utter that changed your focus?

01:47PM   21   A.   Joseph Bongiovanni.

01:47PM   22   Q.   Was that a lengthy proffer?

01:47PM   23   A.   Several hours.

01:47PM   24   Q.   At the conclusion of that proffer, what happened next

01:47PM   25   while law enforcement -- I should, be clear, after Mr. Serio

01:47PM  1  and his attorney leave the room, and you're left in the room

01:48PM  2  with the agents that you talked about and the prosecutors,

01:48PM  3  what happened at that juncture and time?

01:48PM  4  A.  We had a discussion about how to properly handle what

01:48PM  5  Mr. Serio said.  Reached the conclusion that we needed to go

01:48PM  6  immediately report it to -- Tony and I had the same DEA group

01:48PM  7  supervisor at the time, so Jim McHugh, so we went in person,

01:48PM  8  reported what was said to Mr. McHugh.

01:48PM  9       And then I also still had an HSI group supervisor at the

01:48PM  10  time, William Gamble.  And so as soon as we were finished

01:48PM  11  telling McHugh what had happened, I went upstairs to the

01:48PM  12  sixth floor where the HSI office is in the Electric Tower at

01:48PM  13  the time and reported that same information to Bill Gamble.

01:48PM  14  Q.  And Bill Gamble was your supervisor?

01:48PM  15  A.  He was my HSI group supervisor at the time.

01:48PM  16  Q.  And were you also getting guidance from the U.S.

01:49PM  17  Attorney's Office?

01:49PM  18  A.  Yes.

01:49PM  19  Q.  Was there a determination made that you would write the

01:49PM  20  report about what Mr. Serio said?

01:49PM  21  A.  Yes.

01:49PM  22  Q.  Was there a determination made that there would be two

01:49PM  23  versions of that report documenting what Mr. Serio said?

01:49PM  24  A.  Yes.

01:49PM  25  Q.  Without getting into what Mr. Serio said specifically,

01:49PM 1   explain for the jury why there was a determination made to

01:49PM 2   create two versions of the report.

01:49PM 3   A.  So, in the DEA report, the decision was made to omit the

01:49PM 4   statements about Mr. Bongiovanni because they would be

01:49PM 5   reported separately to DEA Office of Professional

01:49PM 6   Responsibility by the DEA Buffalo office.

01:49PM 7       And then it was also to protect Mr. Bongiovanni's

01:49PM 8   reputation.  Those reports are queriable.  There's a DEA tool

01:49PM 9   where, you know, anybody can read those case reports.

01:50PM 10  Q.  Let me break that down.  You're gonna write an HSI ROI

01:50PM 11  and a DEA-6?

01:50PM 12  A.  Yes.

01:50PM 13  Q.  When you write the DEA-6, are you gonna say anything

01:50PM 14  about, in that report, what Mr. Serio had told investigators

01:50PM 15  about Joe Bongiovanni?

01:50PM 16  A.  No.

01:50PM 17  Q.  Is that because a standard DEA-6 report, by the year of

01:50PM 18  2018, was able to be searched by anyone in the DEA office?

01:50PM 19  A.  Yes.

01:50PM 20  Q.  Okay.  Separately, DEA office, DEA special agents don't

01:50PM 21  have access to HSI reports, correct?

01:50PM 22  A.  Correct, unless -- they'd have to be a task force officer

01:50PM 23  with HSI.

01:50PM 24  Q.  Okay.  Was there a determination made to keep the

01:50PM 25  individuals who knew about the information small?

USA v Bongiovanni - Ryan - Tripi/Direct - 3/13/24

01:50PM   1   A.   Yes.  Within the HSI report writing system I had the

01:50PM   2   ability to define by name the people who could see that

01:50PM   3   report.

01:51PM   4   Q.   And was that list of people small?

01:51PM   5   A.   It was small.

01:51PM   6   Q.   Who was it?

01:51PM   7   A.   Me, and my chain of command at that point.

01:51PM   8   Q.   Meaning you, your supervisor, and your supervisor's

01:51PM   9   supervisor?

01:51PM   10  A.   Yep, and Greg Mango who was in the proffer was the only

01:51PM   11  other person on there.

01:51PM   12  Q.   And did those decisions serve a twofold purpose?

01:51PM   13  A.   Yes.

01:51PM   14  Q.   I think you mentioned them.  One is case security?

01:51PM   15  A.   Case security.  Completeness of the report, but then also

01:51PM   16  an effort to protect Mr. Bongiovanni's reputation in the

01:51PM   17  event that it was unfounded.

01:51PM   18  Q.   Because you were going to do a full-blown investigation

01:51PM   19  at that point, correct?

01:51PM   20  A.   Yes.

01:51PM   21  Q.   Now, at some point thereafter, on or about August 1st,

01:51PM   22  2018, did you, around that time, did you become aware that

01:51PM   23  DEA Special Agent Casullo, following the proffer that we just

01:52PM   24  talked about, had reported race-related comments regarding

01:52PM   25  Bongiovanni?

USA v Bongiovanni - Ryan - Tripi/Direct - 3/13/24

23

01:52PM   1   A.  I did.

01:52PM   2   Q.  Did that revelation or that reporting of information, did

01:52PM   3   that shift Special Agent Casullo's role in any investigation

01:52PM   4   moving forward?

01:52PM   5   A.  It did.  Those -- those comments --

01:52PM   6   Q.  So my next question is:  After that, did Casullo have an

01:52PM   7   investigative role, or was he determined to be a fact

01:52PM   8   witness?

01:52PM   9   A.  He was determined to be a witness.

01:52PM  10   Q.  Eventually, as the investigation started to progress, did

01:52PM  11   you stop going to DEA?

01:52PM  12   A.  Yes.

01:52PM  13   Q.  Around the timing within proximity to you becoming aware

01:53PM  14   of the race-related comments, did Department of Justice

01:53PM  15   Office of Inspector General join the investigation?

01:53PM  16   A.  Yes.

01:53PM  17   Q.  Was their focus the race-related prong of it?

01:53PM  18   A.  Yes.

01:53PM  19   Q.  Who from HS -- excuse me, who from DOJ OIG, so Office of

01:53PM  20   Inspector General, was assigned to the investigation?

01:53PM  21   A.  Special Agent David Carpenter.

01:53PM  22   Q.  Where was he based out of?

01:53PM  23   A.  New York City.

01:53PM  24   Q.  Were efforts made to conceal the investigative details of

01:53PM  25   this investigation from DEA and from the broader law

01:53PM    1    enforcement community in the Buffalo area?

01:53PM    2    A.   Yes.

01:53PM    3    Q.   Describe how.

01:53PM    4    A.   The information was limited to only those people who

01:53PM    5    absolutely needed to know, only a small number of people

01:54PM    6    within the HSI office.  We didn't do any of the normal

01:54PM    7    deconfliction with other law enforcement the way we would in

01:54PM    8    another case.

01:54PM    9    Q.   What do you mean by that?

01:54PM   10    A.   The normal course of -- in the normal course of an

01:54PM   11    investigation, it's very common to do information sharing

01:54PM   12    with other law enforcement agencies in the area to see if the

01:54PM   13    person you're investigating has had contact with that law

01:54PM   14    enforcement agency, any information that could help me in

01:54PM   15    this case.  We didn't to do any of that with this one.  So --

01:54PM   16    Q.   Were those for the reasons you've described?

01:54PM   17    A.   For the reasons I've described earlier in talking about

01:54PM   18    the report.

01:54PM   19    Q.   With respect to the U.S. Attorney's Office, was it your

01:54PM   20    understanding that, similarly, there were very few people who

01:54PM   21    knew the information?

01:54PM   22    A.   Yes.

01:54PM   23    Q.   Did that include prosecutors in the room, and my chain of

01:55PM   24    command?

01:55PM   25    A.   Yes.

01:55PM   1   Q.  At the time, was that first assistant Joseph Guerra and

01:55PM   2   U.S. Attorney J.P. Kennedy?

01:55PM   3   A.  Yes.

01:55PM   4   Q.  After the events of July 20th, 2018, and August 1st,

01:55PM   5   2018, did Special Agent Anthony Casullo have any

01:55PM   6   decisionmaking authority in the investigation of Joseph

01:55PM   7   Bongiovanni?

01:55PM   8   A.  No.

01:55PM   9   Q.  Did he have any role in the day-to-day investigation of

01:55PM   10  Bongiovanni or Gerace?

01:55PM   11  A.  No.

01:55PM   12  Q.  I'd like to direct your attention to January 1st, 2019,

01:55PM   13  okay?

01:55PM   14  A.  Yes.

01:55PM   15  Q.  So this is about six months or so roughly after the

01:55PM   16  initial information about Bongiovanni came in; is that right?

01:55PM   17  A.  Yes.

01:55PM   18  Q.  July 20th, 2018 is the first mention of his name, and

01:56PM   19  January 1st, 2019 is just shy of six months later; is that

01:56PM   20  fair?

01:56PM   21  A.  Fair.

01:56PM   22  Q.  Okay.  Did there come a time on or about January 1st or

01:56PM   23  shortly thereafter when you heard that Michael Sinatra's

01:56PM   24  residence was burglarized in the Town of Tonawanda?

01:56PM   25  A.  Yes.

USA v Bongiovanni - Ryan - Tripi/Direct - 3/13/24

26

01:56PM  1   Q.  Were you made aware after that, were you made aware of

01:56PM  2   comments that the defendant made to another member of law

01:56PM  3   enforcement, a detective named Thomas Oswald, regarding the

01:56PM  4   Sinatra burglary?

01:56PM  5   A.  Yes, about a week later.

01:56PM  6   Q.  Without telling the comments, who was -- who was the

01:56PM  7   individual you learned that Bongiovanni made the comments to?

01:56PM  8   A.  Thomas Oswald was the detective at the Town of Tonawanda

01:56PM  9   Police.

01:56PM  10  Q.  And who made you aware that Detective Oswald had come

01:56PM  11  across some information based upon what Bongiovanni had said?

01:56PM  12  A.  Jeff Campanella, who's also at -- he was a detective for

01:57PM  13  the Town of Tonawanda Police, and he was one of the

01:57PM  14  investigative detectives on a burglary.

01:57PM  15  Q.  Burglary of Sinatra?

01:57PM  16  A.  Yes.

01:57PM  17  Q.  Did those events culminate in HSI interviewing Detective

01:57PM  18  Thomas Oswald?

01:57PM  19  A.  Yes.

01:57PM  20  Q.  Ultimately, pursuant to investigation you participated

01:57PM  21  in, did you and HSI Special Agent Marilyn Halliday arrest the

01:57PM  22  individuals that were connected to the Sinatra burglary?

01:57PM  23  A.  Yes.

01:57PM  24  Q.  And who were they?

01:57PM  25  A.  John McDonald and Ronald Rowles.

01:57PM   1    Q.  And were they charged with drug-related offenses under

01:57PM   2    federal law?

01:57PM   3    A.  Yes.

01:57PM   4    Q.  I'd like to direct your attention further in January of

01:57PM   5    2019 to on or about January 28th, 2019, okay?

01:57PM   6    A.  Okay.

01:57PM   7    Q.  So, roughly four weeks after the Sinatra burglary.

01:58PM   8        Did HSI execute two federal search warrants related to

01:58PM   9    this investigation on that day?

01:58PM  10    A.  Yes.

01:58PM  11    Q.  Who were the targets of those two federal search warrants

01:58PM  12    that day?

01:58PM  13    A.  Anthony Gerace and Michael Sinatra.

01:58PM  14    Q.  Where was Anthony Gerace's residence?

01:58PM  15    A.  In Clarence Center, 9070 Michael Douglas Drive.

01:58PM  16    Q.  And where was Michael Sinatra's residence?

01:58PM  17    A.  2802 Colvin Boulevard in the Town of Tonawanda.

01:58PM  18    Q.  With regard to the Anthony Gerace search warrant,

01:58PM  19    generally what did the search warrant, that federal search

01:58PM  20    warrant, permit you to search for?

01:58PM  21    A.  Guns, drugs, currency, other evidence of drug

01:58PM  22    trafficking.

01:58PM  23    Q.  And generally what did the search warrant permit HSI to

01:58PM  24    search for at the Sinatra residence?

01:58PM  25    A.  The same types of items.

01:58PM  1   Q.  Were you in charge of one of those search warrants?

01:58PM  2   A.  The one at Anthony Gerace's residence.

01:59PM  3   Q.  Was there another HSI special agent who, by that point in

01:59PM  4   time, was a co-case agent of yours who was in charge at the

01:59PM  5   Michael Sinatra residence?

01:59PM  6   A.  Yes, Marilyn Halliday.

01:59PM  7   Q.  Were those search warrants executed simultaneously at

01:59PM  8   each location?

01:59PM  9   A.  Yes.

01:59PM 10   Q.  Please explain for the jury why search warrants would be

01:59PM 11   executed simultaneously in an investigation like that.

01:59PM 12   A.  We had reason to believe, based off of phone toll

01:59PM 13   analysis done after the burglary, that Mr. Sinatra and

01:59PM 14   Anthony Gerace were in frequent telephone contact.  Based on

01:59PM 15   the frequency of the contact, we executed the warrants at the

01:59PM 16   same time.  That prevents one from warning the other that law

01:59PM 17   enforcement is executing search warrants that morning.

01:59PM 18   Q.  And is there a general methodology or a general manner in

02:00PM 19   which those types of residential search warrants are

02:00PM 20   executed --

02:00PM 21   A.  Yes.

02:00PM 22   Q.  -- by HSI?

02:00PM 23   A.  Yes.

02:00PM 24   Q.  Just can you go through the general way a search warrant

02:00PM 25   like that is executed for the jury so they understand?

USA v Bongiovanni - Ryan - Tripi/Direct - 3/13/24

29

02:00PM   1   A.   Sure.   On that morning, a tactical team cleared Anthony

02:00PM   2   Gerace's residence.   And then once it was -- once they

02:00PM   3   determined it was safe and clear, a K-9 handler searched the

02:00PM   4   residence.   And then a photographer photographed it before

02:00PM   5   anything else was disturbed.

02:00PM   6       And then once those steps have been accomplished, search

02:00PM   7   teams are assigned, and we begin searching the house,

02:00PM   8   typically in pairs, sometimes more, per room.

02:00PM   9       Evidence is identified, photographed in place before it's

02:00PM   10   removed.   And I think on that day, we used the kitchen table

02:00PM   11   as a collection area for the evidence processing.   So once

02:00PM   12   the evidence is photographed in place, it was moved to a

02:01PM   13   table in the kitchen where the evidence custodian for the

02:01PM   14   warrant does the evidence documentation.

02:01PM   15   Q.   And then is that to ensure the evidence is secured and

02:01PM   16   then brought securely to HSI?

02:01PM   17   A.   Yes.

02:01PM   18   Q.   And then when you get back to your office, do you, as the

02:01PM   19   case agent, go through everything and make sure it's entered

02:01PM   20   appropriately in proper chain of custody?

02:01PM   21   A.   Yes.

02:01PM   22   Q.   So the steps are entry, securing the location, searching,

02:01PM   23   photographing, seizing, and then bringing back to the office

02:01PM   24   and documenting it; is that correct?

02:01PM   25   A.   Yes.   There's a lot of fielding of questions during the

| | | |
|---|---|---|
| 02:01PM | 1 | search, too. |
| 02:01PM | 2 | Q.  Is that by other agents? |
| 02:01PM | 3 | A.  Yeah, other agents.  They're just, you know -- |
| 02:01PM | 4 | Q.  Are some of those questions designed to ensuring what |
| 02:01PM | 5 | you're talking is authorized by the warrant? |
| 02:01PM | 6 | A.  Right, that it's authorized by the warrant.  Also, that |
| 02:02PM | 7 | it relates to the investigation. |
| 02:02PM | 8 | Q.  As the lead case agent, did you observe and review all |
| 02:02PM | 9 | the evidence that was collected at the Anthony Gerace scene? |
| 02:02PM | 10 | A.  Yes. |
| 02:02PM | 11 | Q.  What did you observe? |
| 02:02PM | 12 | A.  There was currency, bulk marijuana, THC vape cartridges, |
| 02:02PM | 13 | THC edible gummies, firearms, ammunition.  There was a -- a |
| 02:02PM | 14 | bottle of testosterone.  A few unlabeled tablets. |
| 02:02PM | 15 | Q.  Was there some type of ledger or log as well? |
| 02:02PM | 16 | A.  There was.  Just like a -- it might have been related to |
| 02:02PM | 17 | sports gambling.  And there was a Super Bowl squares, almost |
| 02:02PM | 18 | like a poster, you know, with the squares on it. |
| 02:02PM | 19 | Q.  Did those items have names of other people on them? |
| 02:02PM | 20 | A.  Yes. |
| 02:02PM | 21 | Q.  Were they seized as evidence, because sometimes people |
| 02:02PM | 22 | who are involved in drug activity together do social things |
| 02:03PM | 23 | together? |
| 02:03PM | 24 | A.  Yes. |
| 02:03PM | 25 | Q.  Did it give you a framework for Anthony Gerace's |

USA v Bongiovanni - Ryan - Tripi/Direct - 3/13/24

02:03PM    1   associates?

02:03PM    2   A.  Yes.

02:03PM    3   Q.  With regard to the photographs of the items that were

02:03PM    4   seized through the search at Anthony Gerace's residence on

02:03PM    5   Michael Douglas Drive, have you reviewed a CD of all those

02:03PM    6   photographs marked as Government Exhibit 72?

02:03PM    7   A.  Yes, I --

02:03PM    8   Q.  And do those contain Government Exhibit 72A-1 through

02:03PM    9   72A-112?

02:03PM   10   A.  Yes.

02:03PM   11   Q.  I'm going to hand you up the CD.  Do you recognize

02:04PM   12   Government Exhibit 72 for identification?

02:04PM   13   A.  I do.

02:04PM   14   Q.  What do you recognize it to be?

02:04PM   15   A.  It's the CD containing the photos from the search

02:04PM   16   warrant.

02:04PM   17   Q.  And how do you recognize that to be the CD that is the

02:04PM   18   photos of that search warrant?

02:04PM   19   A.  Excuse me.  I wrote the address of the search warrant, so

02:04PM   20   it says 9070 Michael Douglas, photos, signed my name, and

02:04PM   21   then put the date that I viewed the photos on the CD, which

02:04PM   22   is February 6, 2024.

02:04PM   23   Q.  And do all those photos fairly and accurately depict

02:04PM   24   items that were seized and located during that search?

02:04PM   25   A.  Yes.

USA v Bongiovanni - Ryan - Tripi/Direct - 3/13/24

32

02:04PM    1    Q.  And does that encompass Exhibit 72A-1 through 72A-112,

02:04PM    2    the printed copies of all the photos?

02:04PM    3    A.  Yes.

02:04PM    4         **MR. TRIPI:**  The government offers Exhibit 72,

02:04PM    5    Your Honor.  And for record purposes, that will include 72A-1

02:05PM    6    through 72A-112.  Being on the CD, it will be easier to

02:05PM    7    review.

02:05PM    8         **MR. MacKAY:**  Judge, can we approach on this quickly?

02:05PM    9         **THE COURT:**  Come on up.

02:05PM   10         (Sidebar discussion held on the record.)

02:05PM   11         **MR. MacKAY:**  I guess I'm just curious how we're

02:05PM   12    proceeding here.  With the Masecchia search warrant stuff

02:05PM   13    which I expect to come out later, I know the government has

02:05PM   14    pulled out sub exhibits of what they want to show.  I don't

02:05PM   15    necessarily have an objection to 72 coming in, I just don't

02:05PM   16    know if we're going through all of the photos again.

02:06PM   17         **THE COURT:**  I don't think so.  I think Mr. Tripi said

02:06PM   18    he's not going to put them all.  But if you don't object,

02:06PM   19    they're all going to be admitted.

02:06PM   20         **MR. MacKAY:**  I understand.

02:06PM   21         **MR. TRIPI:**  This one doesn't have the duplicates that

02:06PM   22    the other one had.

02:06PM   23         **MR. MacKAY:**  I think that's my understanding.

02:06PM   24         **THE COURT:**  How many are you going to show?

02:06PM   25         **MR. TRIPI:**  17.

02:06PM   1        **MR. MacKAY:**  With that understanding, I have no

02:06PM   2   objection.

02:06PM   3        **THE COURT:**  No objection?  Okay, great.

02:06PM   4        (End of sidebar discussion.)

02:06PM   5        **THE COURT:**  So the exhibit is admitted without

02:06PM   6   objection; is that correct, Mr. MacKay?

02:06PM   7        **MR. MacKAY:**  It is.

02:06PM   8        **(GOV Exhibit 72 was received in evidence.)**

02:06PM   9        **MR. TRIPI:**  Thank you, Your Honor.

02:06PM  10        Ms. Champoux, can we pull up 72A-72.

02:06PM  11        **BY MR. TRIPI:**

02:06PM  12   Q.  All right.  Special Agent Ryan, can you tell the jury

02:06PM  13   what's depicted in this photo?

02:06PM  14   A.  It's the front exterior of the house at 9070 Michael

02:07PM  15   Douglas Drive.

02:07PM  16   Q.  That's the residence of Anthony Gerace?

02:07PM  17   A.  Yes, it is.

02:07PM  18   Q.  Before I go further, you applied for the search warrant

02:07PM  19   that culminated in this search; is that correct?

02:07PM  20   A.  Yes.

02:07PM  21   Q.  Now, had you actually started to work on a search warrant

02:07PM  22   for a different -- a different house that Anthony Gerace

02:07PM  23   lived at before you worked on this house?

02:07PM  24   A.  Yes.  It was on Kensington in Amherst.

02:07PM  25   Q.  Does 2130 Kensington sound right?

USA v Bongiovanni - Ryan - Tripi/Direct - 3/13/24

34

02:07PM   1   A.   Yes, it does.

02:07PM   2   Q.   And while you were preparing the search warrant at 2130

02:07PM   3   Kensington, did you learn that Anthony Gerace was moving?

02:07PM   4   A.   I went to take a picture like this for my application,

02:07PM   5   and there was a moving truck in the driveway, so yes.

02:07PM   6   Q.   And one of the last things that you did -- or, one of the

02:07PM   7   things you did in getting ready for the search warrant at

02:07PM   8   2130 Michael Douglas, did you work with a local police

02:07PM   9   agency, the Amherst Police Department?

02:07PM  10   A.   Yes.

02:07PM  11   Q.   Did they do something for you called a trash pull?

02:08PM  12   A.   They did.

02:08PM  13   Q.   Did they find evidence of marijuana trafficking in

02:08PM  14   Anthony Gerace's garbage?

02:08PM  15   A.   Yes.

02:08PM  16   Q.   Was that part of your search warrant application for

02:08PM  17   2130, but you never submitted it to the Court because he

02:08PM  18   moved?

02:08PM  19   A.   Correct.

02:08PM  20   Q.   Okay.  Now, this is Anthony's house that he moved to in

02:08PM  21   January, in or about January --

02:08PM  22   A.   In or about January, yep.

02:08PM  23   Q.   -- 2019.  And were those his vehicles in the driveway?

02:08PM  24   A.   Yes.

02:08PM  25        **MR. TRIPI:**  Okay.  Let's go to 72A-24 and 72A-25,

02:08PM  1   Ms. Champoux, can you split that screen with those two.

02:08PM  2           I guess it's 18 then, Judge, total, this counts as

02:08PM  3   two.

02:08PM  4           **BY MR. TRIPI:**

02:08PM  5   Q.  Okay.  Can you tell the jury what they're looking at in

02:08PM  6   72A-24 and 25, and in what part of the house this is in?

02:09PM  7   A.  So this is in the basement in a storage area under the

02:09PM  8   stairs coming down from the first floor.

02:09PM  9   Q.  And what was in the -- what was in those cardboard boxes?

02:09PM  10  A.  So the -- in 24, photograph 24, the open top of the box,

02:09PM  11  those black packages are some of the THC vape cartridges.

02:09PM  12  Q.  And is THC the active ingredient in marijuana?

02:09PM  13  A.  Yes, tetrahydrocannabinol.

02:09PM  14  Q.  Is it a Schedule I controlled substance?

02:09PM  15  A.  It is.

02:09PM  16  Q.  Then and currently?

02:09PM  17  A.  Then and currently, yes.

02:09PM  18  Q.  And in 72A-25, there look to be some like black items.

02:09PM  19  What are those items?

02:09PM  20  A.  Firearms in cases.

02:09PM  21  Q.  And you reviewed those items in place?

02:09PM  22  A.  Yes.

02:09PM  23  Q.  They were photographed as they appear here?

02:09PM  24  A.  Yes.

02:09PM  25  Q.  They were later brought back to HSI, Homeland Security's

USA v Bongiovanni - Ryan - Tripi/Direct - 3/13/24

02:10PM   1   office?

02:10PM   2   A.   That's correct.

02:10PM   3   Q.   Put into evidence?

02:10PM   4   A.   Yes.

02:10PM   5        **MR. TRIPI:**   One moment, Your Honor.   I promise not to

02:10PM   6   break any court furniture, Your Honor.

02:10PM   7        **BY MR. TRIPI:**

02:11PM   8   Q.   All right.   I've handed up Exhibit 71 -- 78-1 and 78-2.

02:11PM   9   I've opened one of the boxes.   The box that we've opened is

02:11PM  10   78-1.   Do you recognize those two boxes, Exhibit 78-1 and 2?

02:11PM  11   A.   Yes.

02:11PM  12   Q.   And how do you recognize them?

02:11PM  13   A.   Well, they're the boxes from the photograph.   I recognize

02:11PM  14   the evidence markings that we made on the outside of them and

02:11PM  15   were put into evidence.   Yep.

02:11PM  16   Q.   Do the boxes also have your case number on it?

02:11PM  17   A.   Yes.   So they're actually -- they get two case numbers

02:11PM  18   for us.   One is the overall file, and then each seizure gets

02:12PM  19   an individual number.   So this number that starts 20190901

02:12PM  20   and continues 00480 dash 01, that number is unique to that

02:12PM  21   particular seizure.

02:12PM  22   Q.   All right.   Other than the fact that we opened it up now

02:12PM  23   and it's sitting here in court, are those boxes in the same

02:12PM  24   or substantially same condition today as when they were

02:12PM  25   seized from Mr. Gerace?

02:12PM  1    A.  Yes.

02:12PM  2    Q.  And samples of those were sent for testing as well,

02:12PM  3    right?

02:12PM  4    A.  Yes.

02:12PM  5            MR. TRIPI:  Okay.  Judge, the government offers

02:12PM  6    Exhibits 78-1 and 78-2 as are sitting in front of you.

02:12PM  7            MR. MacKAY:  No objection, Your Honor.

02:12PM  8            THE COURT:  Received without objection.

02:12PM  9        (GOV Exhibits 78-1 and 2 were received in evidence.)

02:12PM  10           MR. TRIPI:  Thank you, Your Honor.  I'll just publish

02:12PM  11   one of them, Your Honor.  I don't know if I can lift them

02:13PM  12   both.

02:13PM  13           BY MR. TRIPI:

02:13PM  14   Q.  Special Agent Ryan, before I put these away, can you just

02:13PM  15   take one out and hold it up for the jury?

02:13PM  16       And what is the -- what does that packaging say?  What is

02:13PM  17   it?

02:13PM  18   A.  It says Venom.  It looks like the brand name.  And then

02:13PM  19   pineapple, which I'm sure is the flavor.

02:13PM  20   Q.  So those are the cartridges that contain this THC oil

02:13PM  21   that people smoke to smoke THC-based products?

02:13PM  22   A.  Yes.

02:13PM  23   Q.  And in total, were there 991 of those?

02:14PM  24   A.  Yes.  So this one says it had THC distillate as the first

02:14PM  25   ingredient.

02:14PM  1  Q.  And do those on the black market, are those a valuable

02:14PM  2  commodity in the drug trade?

02:14PM  3  A.  Yes, they can be.

02:14PM  4  Q.  Okay.  Let's put that back in, and I'll remove those.

02:15PM  5      Okay.  Now, you mentioned also that cash was found?

02:15PM  6  A.  Yes, $103,360.

02:15PM  7  Q.  How much?

02:15PM  8  A.  It was $103,360.

02:15PM  9      **MR. TRIPI:**  Okay.  Ms. Champoux, can you show

02:15PM 10  Government Exhibit 72A-37.

02:15PM 11      **BY MR. TRIPI:**

02:15PM 12  Q.  Is that some of the cash that was located in Mr. Gerace's

02:15PM 13  residence?

02:15PM 14  A.  Yes.  There was a smaller amount in -- that's looking

02:15PM 15  down into the drawer of a nightstand in the master bedroom.

02:15PM 16  Q.  And was there a second location where bulk cash was

02:15PM 17  found?

02:15PM 18  A.  In the closet in the same bedroom.

02:15PM 19      **MR. TRIPI:**  Ms. Champoux, can you pull up 72A-46,

02:15PM 20  please, and put it next to this one.

02:16PM 21      **BY MR. TRIPI:**

02:16PM 22  Q.  Okay.  We've talked about the image on the left, which is

02:16PM 23  72A-37.  Can you tell the jury what they're looking at

02:16PM 24  72A-46?

02:16PM 25  A.  That's a shelf in the closet in that same bedroom.  And

02:16PM   1   then it's similarly stacked and rubber banded currency.  I

02:16PM   2   think if you zoom in on it, you can you see that it's also in

02:16PM   3   the shrink wrap or heat-seal freezer bag.

02:16PM   4           MR. TRIPI:  Can you zoom in even further, please,

02:16PM   5   Ms. Champoux, just on the money itself?

02:16PM   6           THE WITNESS:  So that's why it has that snakeskin

02:16PM   7   sort of look, is the freezer bag, the heat-seal bag.

02:16PM   8           BY MR. TRIPI:

02:16PM   9   Q.  And is that type of packaging of money, bundled and

02:17PM  10   packaged in that type of packaging, consistent in your

02:17PM  11   experience with money coming from elicit means?

02:17PM  12   A.  Yes.

02:17PM  13   Q.  Do you see that often in drug-trafficking cases?

02:17PM  14   A.  Yes.

02:17PM  15   Q.  Bulk currency?

02:17PM  16   A.  Yes, and the associated money movement, yes.

02:17PM  17           MR. TRIPI:  Okay.  We can pull those down.

02:17PM  18           Ms. Champoux, can you pull up 72A-42 please?

02:17PM  19           BY MR. TRIPI:

02:17PM  20   Q.  Did you find some ammunition for various types of

02:17PM  21   firearms during the search?

02:17PM  22   A.  Yes.  562 rounds of various types of ammunition.

02:17PM  23   Q.  And here we see about five rounds of a type of

02:17PM  24   ammunition?

02:17PM  25   A.  Yes, that's rifle ammunition.

USA v Bongiovanni - Ryan - Tripi/Direct - 3/13/24

40

| | | |
|---|---|---|
| 02:17PM | 1 | **MR. TRIPI:**  Can we go to 72A-44, Ms. Champoux. |
| 02:17PM | 2 | **BY MR. TRIPI:** |
| 02:17PM | 3 | Q.  And what's the jury looking at there? |
| 02:18PM | 4 | A.  It's inside of a coat pocket in the closet.  It's the -- |
| 02:18PM | 5 | there's a used vial of steroids and a hypodermic needle in |
| 02:18PM | 6 | there, if I remember correctly, when that sandwich bag comes |
| 02:18PM | 7 | out. |
| 02:18PM | 8 | **MR. TRIPI:**  72A-45, please. |
| 02:18PM | 9 | **BY MR. TRIPI:** |
| 02:18PM | 10 | Q.  Is that what you were describing? |
| 02:18PM | 11 | A.  Yes. |
| 02:18PM | 12 | Q.  The steroids? |
| 02:18PM | 13 | A.  Yes. |
| 02:18PM | 14 | **MR. TRIPI:**  Can we show 72A-48 and 49 next to each |
| 02:18PM | 15 | other. |
| 02:18PM | 16 | **BY MR. TRIPI:** |
| 02:18PM | 17 | Q.  Tell the jury what they're looking at there in 72A-48 on |
| 02:18PM | 18 | the left, and then 49 on the right. |
| 02:18PM | 19 | A.  48 is a handgun.  I can't tell the manufacturer from what |
| 02:19PM | 20 | I can see.  And then also 49 is another handgun. |
| 02:19PM | 21 | **MR. TRIPI:**  Can we show 72A-50, please. |
| 02:19PM | 22 | **THE WITNESS:**  That's also a handgun. |
| 02:19PM | 23 | **BY MR. TRIPI:** |
| 02:19PM | 24 | Q.  How many firearms did you recover from that residence? |
| 02:19PM | 25 | A.  14 in total. |

USA v Bongiovanni - Ryan - Tripi/Direct - 3/13/24

41

02:19PM  1          **MR. TRIPI:**  Can we go to 72A-55.

02:19PM  2          **BY MR. TRIPI:**

02:19PM  3  Q.  And do you recognize this item?

02:19PM  4  A.  That's the ledger that I described earlier.

02:19PM  5  Q.  And is it opened to a Super Bowl square page?

02:19PM  6  A.  Yes.

02:19PM  7  Q.  Was this is also seized as its own item of evidence?

02:19PM  8  A.  Yes, it was.

02:20PM  9  Q.  I'm going to hand you up Government Exhibit 75.  First

02:20PM  10  I'm going to ask you while it's sealed if you recognize it,

02:20PM  11  okay?

02:20PM  12          **MR. MacKAY:**  What number is it?

02:20PM  13          **MR. TRIPI:**  75.

02:20PM  14          **BY MR. TRIPI:**

02:20PM  15  Q.  Do you recognize Exhibit 75?

02:20PM  16  A.  I do.

02:20PM  17  Q.  What do you recognize it to be?

02:20PM  18  A.  It's the notebook from the photograph.

02:20PM  19  Q.  How do you recognize it to be that notebook from the

02:20PM  20  photograph that is depicted in 72A-55?

02:20PM  21  A.  From the evidence markings, and then also the same Super

02:20PM  22  Bowl page is visible through the bag.

02:20PM  23          **MR. TRIPI:**  The government offers Exhibit 75,

02:20PM  24  Your Honor.

02:21PM  25          **MR. MacKAY:**  Judge, I'm going to object just on a

02:21PM   1   cumulative basis unless the something the photo shows that the

02:21PM   2   notebook doesn't.

02:21PM   3        **THE COURT:**  Is that your objection?

02:21PM   4        **MR. MacKAY:**  Yes.

02:21PM   5        **THE COURT:**  It's overruled.

02:21PM   6        **MR. TRIPI:**  Thank you, Your Honor.  We'll stick with

02:21PM   7   the photo for purposes of splaying in court, though.

02:21PM   8        Ms. Champoux, can you do your best, and it might be

02:21PM   9   on an angle, but can you zoom in on sort of the top third?

02:21PM   10  Can you -- can you rotate it, or no, on this?  Can you rotate

02:21PM   11  it for the jury one more time?  That's the best we can do?

02:21PM   12  Okay.  Zoom in on the top half.

02:21PM   13       **BY MR. TRIPI:**

02:21PM   14  Q.  Do you see an entry labeled number 6?

02:21PM   15  A.  Yes.

02:21PM   16  Q.  What does that say?

02:22PM   17  A.  It says Matt Lo, L-O.

02:22PM   18  Q.  So Matt Lo, L-O.  Are you familiar with a Matt LoTempio

02:22PM   19  from this investigation?

02:22PM   20  A.  Yes.

02:22PM   21       **MR. MacKAY:**  Objection to foundation here.  And

02:22PM   22  speculation, as well, without the foundation.

02:22PM   23       **THE COURT:**  Overruled.

02:22PM   24       **BY MR. TRIPI:**

02:22PM   25  Q.  Now, entry number 8.  Are you familiar with Ron Serio?

02:22PM    1    A.   Yes.

02:22PM    2             **MR. TRIPI:**  Ms. Champoux, can we -- give me one

02:22PM    3    second.  Can we look at number --

02:22PM    4             **BY MR. TRIPI:**

02:22PM    5    Q.   Do you see number 42, the second column there?

02:22PM    6    A.   Yes.

02:22PM    7    Q.   What does that say?

02:22PM    8    A.   It said Pete G Jr.

02:22PM    9    Q.   Is Peter Gerace a junior?

02:22PM   10    A.   Yes.

02:22PM   11    Q.   I'm going to go to that third row for a moment.  Do you

02:23PM   12    see number 66?

02:23PM   13    A.   Yes.

02:23PM   14    Q.   What's that name?

02:23PM   15    A.   Wayne.

02:23PM   16    Q.   Are you familiar with a Wayne Anderson being a name in

02:23PM   17    this investigation?

02:23PM   18    A.   Yes.

02:23PM   19             **MR. TRIPI:**  Can you zoom out of that, Ms. Champoux.

02:23PM   20    Try to get us more of this first row here.

02:23PM   21             **BY MR. TRIPI:**

02:23PM   22    Q.   Can you see it well enough from where you are?

02:23PM   23    A.   I can see it without the zoom.

02:23PM   24    Q.   We'll zoom out.  Number 14, what name is there?

02:23PM   25    A.   It says Wayne again.

| | | |
|---|---|---|
| 02:23PM | 1 | Q. How about number 26. Can you highlight? |
| 02:23PM | 2 | A. Tom Napoli. |
| 02:23PM | 3 | Q. How about number 28? |
| 02:23PM | 4 | A. Dave Oddo. |
| 02:23PM | 5 | Q. O-D-D-O? |
| 02:23PM | 6 | A. O-D-D-O. |
| 02:24PM | 7 | **MR. TRIPI:** Bear with me just a moment. |
| 02:24PM | 8 | Can you highlight number 54, please? Or can you read |
| 02:24PM | 9 | 54? I didn't mean highlight, I meant zoom in on it. Thank |
| 02:24PM | 10 | you. |
| 02:24PM | 11 | **BY MR. TRIPI:** |
| 02:24PM | 12 | Q. Can you read 54 now? |
| 02:24PM | 13 | A. J. |
| 02:24PM | 14 | Q. No, 54. You have to read it on an angle there. |
| 02:24PM | 15 | A. Marcus. |
| 02:24PM | 16 | Q. Are you familiar with a Marcus Black? |
| 02:24PM | 17 | A. Yes. |
| 02:24PM | 18 | Q. Is that person associated with Pharaoh's? |
| 02:24PM | 19 | A. Yes. |
| 02:24PM | 20 | **MR. TRIPI:** Can you zoom out? |
| 02:24PM | 21 | **BY MR. TRIPI:** |
| 02:24PM | 22 | Q. Do you see that name, number 60 again? |
| 02:24PM | 23 | A. Yes, it's Dave Oddo again, O-D-D-O. |
| 02:24PM | 24 | Q. 77, do you see that name? |
| 02:24PM | 25 | A. Yes. |

| | | |
|---|---|---|
| 02:24PM | 1 | Q.  What's that name? |
| 02:25PM | 2 | A.  Piazza. |
| 02:25PM | 3 | Q.  Are you familiar with a Mike Piazza name in this case? |
| 02:25PM | 4 | A.  Yes. |
| 02:25PM | 5 | **MR. TRIPI:**  Okay.  You can take that down, |
| 02:25PM | 6 | Ms. Champoux.  Can we pull up 72A-56, please? |
| 02:25PM | 7 | **BY MR. TRIPI:** |
| 02:25PM | 8 | Q.  Is this Super Bowl squares you recovered? |
| 02:25PM | 9 | A.  Yes, the poster I described. |
| 02:25PM | 10 | Q.  Do you see a name M Vacarro there? |
| 02:25PM | 11 | A.  Yes.  It's in -- |
| 02:25PM | 12 | Q.  Under -- it's under 4 and 6? |
| 02:26PM | 13 | A.  Yes, I see it, 6. |
| 02:26PM | 14 | Q.  Next to that, do you see the name Marcus? |
| 02:26PM | 15 | A.  Yes. |
| 02:26PM | 16 | Q.  1 and 0, do you see the name Russ Jr.? |
| 02:26PM | 17 | A.  Yes. |
| 02:26PM | 18 | Q.  Going to 7 on the Philly Eagles side, and number 5 on the |
| 02:26PM | 19 | Patriots top, do you see Piazza? |
| 02:26PM | 20 | A.  Yes. |
| 02:26PM | 21 | Q.  Top right there, do you see PG Jr.? |
| 02:27PM | 22 | A.  Yes, the top row, all the way to the right. |
| 02:27PM | 23 | **MR. TRIPI:**  You can take that one down.  Okay. |
| 02:27PM | 24 | Ms. Champoux, can you pull up Government Exhibit 72A-59 and 58 |
| 02:27PM | 25 | next to one another? |

02:27PM  1          **BY MR. TRIPI:**

02:27PM  2   Q.  Now I think earlier you mentioned under the stairs going

02:27PM  3   into the basement in that room where there were firearms and

02:27PM  4   THC vape cartridges that we've already seen there were also

02:27PM  5   THC gummies?

02:27PM  6   A.  Yes.

02:27PM  7   Q.  Packages of them?

02:27PM  8   A.  Yep, in the other two boxes.

02:27PM  9   Q.  How many edible marijuana gummy packages were recovered?

02:27PM  10  A.  394.

02:27PM  11  Q.  Are those a valuable commodity for resale?

02:27PM  12  A.  Yes.

02:28PM  13         **MR. TRIPI:**  For the record, I've handed up

02:28PM  14  Government Exhibit 79, Your Honor.

02:28PM  15         **BY MR. TRIPI:**

02:28PM  16  Q.  Do you see Government Exhibit 79?

02:28PM  17  A.  Yes.

02:28PM  18  Q.  What do you recognize that to be?

02:28PM  19  A.  It's a -- some of the edibles from the photo.  Maybe all

02:28PM  20  of them in one box.

02:28PM  21  Q.  How do you recognize it?

02:28PM  22  A.  From the evidence packaging and markings.  And then also

02:28PM  23  from just their general appearance.

02:29PM  24  Q.  Is Exhibit 79, is it substantially in the same condition

02:29PM  25  today as when it was recovered from the residence?

02:29PM   1   A.   This box is different, but the packages are consistent.

02:29PM   2   Q.   Okay.  And that exterior box has your his case numbers

02:29PM   3   for this case on it?

02:29PM   4   A.   Yes.  It's an HSI evidence box.

02:29PM   5   Q.   And does it have the name Anthony Gerace on it?

02:29PM   6   A.   Yes.

02:29PM   7   Q.   And through that labelling, through that labelling, are

02:29PM   8   you able to identify it as coming from Mr. Gerace's

02:29PM   9   residence?

02:29PM   10   A.   Yes.

02:29PM   11   Q.   Is it upside down?

02:29PM   12   A.   It is upside down.  I was just -- and it's covered with

02:29PM   13   tape.  But I can see everything that you're asking me about.

02:29PM   14        MR. TRIPI:   Okay.  Your Honor the government offers

02:29PM   15   Exhibit 79.

02:29PM   16        MR. MacKAY:   No objection, Your Honor.

02:29PM   17        THE COURT:   Received without objection.

02:29PM   18        (GOV Exhibit 79 was received in evidence.)

02:29PM   19        MR. TRIPI:   I'll publish it as best I can for the

02:30PM   20   jury.

02:30PM   21        BY MR. TRIPI:

02:30PM   22   Q.   And similar to how you did before, can you read the

02:30PM   23   packaging as one example?

02:30PM   24   A.   So the -- looks like the brand name is SuperFly.  Then it

02:30PM   25   says gummy, and soft candy, 400 MG, THC.

02:30PM   1   Q. That's milligrams?

02:30PM   2   A. Yes.

02:30PM   3   Q. 400 milligrams?

02:30PM   4   A. There's some really small print that I can't make out.

02:30PM   5   Q. Are they all different flavors, types?

02:30PM   6   A. Yes, different shapes.

02:30PM   7   **MR. TRIPI:** Your Honor, I'm going to publish it for

02:30PM   8   the jury.

02:31PM   9   Can we go to 72A-60.

02:31PM   10   **BY MR. TRIPI:**

02:31PM   11   Q. Is that another picture of a firearm that was in

02:31PM   12   proximity to the marijuana evidence?

02:31PM   13   A. Yes.

02:31PM   14   **MR. TRIPI:** Can we go to 72A-61, please?

02:31PM   15   **BY MR. TRIPI:**

02:31PM   16   Q. Is that a look inside one of those boxes we already saw

02:31PM   17   with the vape oil packages?

02:31PM   18   A. Yes.

02:31PM   19   **MR. TRIPI:** Can we go to 72A-62. And can you put

02:32PM   20   next to that 63. And if you can fit three, Ms. Champoux, can

02:32PM   21   we 64 on the same screen, as well? 62, 63, 64. Thank you.

02:33PM   22   **BY MR. TRIPI:**

02:33PM   23   Q. So, Mr. Ryan, was there also bulk marijuana in plant form

02:33PM   24   recovered from Mr. Gerace's residence, Anthony Gerace?

02:33PM   25   A. Yes. Approximately 7.9 kilograms of marijuana.

02:33PM 1  Q.  Handing up Government Exhibit 77.  Special Agent Ryan,

02:34PM 2  take a moment to inspect that as best you can.  You can stand

02:34PM 3  up if you need to.  It's on the reverse side because I wanted

02:34PM 4  to make it harder for you.

02:34PM 5  A.  It's on both sides.  I'm okay.

02:34PM 6  Q.  Do you recognize that evidence?

02:34PM 7  A.  Yes.

02:34PM 8  Q.  Other than being removed from the black duffle bags and

02:34PM 9  packaging and put into a box, is that the marijuana evidence,

02:34PM 10 the bulk marijuana depicted in the photos 72A-62, 63, and 64?

02:34PM 11 A.  Yes.

02:34PM 12 Q.  Is it -- other than the change in the packaging, is it in

02:34PM 13 the same or substantially same condition today as when it was

02:34PM 14 removed from Mr. Gerace's residence in Clarence?

02:34PM 15 A.  The only change we made to it was that we took samples

02:34PM 16 from it to send to the lab.

02:34PM 17 Q.  Okay.  Other than that --

02:34PM 18 A.  Other than that, it's not changed.

02:35PM 19      **MR. TRIPI:**  Okay.  Your Honor, with that, I offer

02:35PM 20 Government Exhibit 77.

02:35PM 21      **MR. MacKAY:**  No objection, Your Honor.

02:35PM 22      **THE COURT:**  Received without objection.

02:35PM 23      **(GOV Exhibit 77 was received in evidence.)**

02:35PM 24      **MR. TRIPI:**  Thank you.  Your Honor, just for record,

02:35PM 25 I'm taking out a sampling of it just to show the jury.

| | | |
|---|---|---|
| 02:35PM | 1 | **BY MR. TRIPI:** |
| 02:35PM | 2 | Q.  Thank you.  So just to summarize, we didn't look at all |
| 02:35PM | 3 | the photos of firearms, but there were 14 total firearms? |
| 02:35PM | 4 | A.  Yes. |
| 02:35PM | 5 | Q.  562 rounds of ammunition? |
| 02:35PM | 6 | A.  Yes. |
| 02:35PM | 7 | Q.  991 THC oil vape cartridges? |
| 02:35PM | 8 | A.  Yes. |
| 02:36PM | 9 | Q.  394 edible marijuana gummy packages? |
| 02:36PM | 10 | A.  Yes. |
| 02:36PM | 11 | Q.  And approximately 7.9 kilograms of marijuana? |
| 02:36PM | 12 | A.  Yes. |
| 02:36PM | 13 | Q.  Who else was present during the execution of the search |
| 02:36PM | 14 | warrant other than law enforcement? |
| 02:36PM | 15 | A.  Lauren Seitz. |
| 02:36PM | 16 | Q.  Is that a woman who was with Mr. Gerace? |
| 02:36PM | 17 | A.  Yes, and their child was there also, their newborn child. |
| 02:36PM | 18 | Q.  As -- as you were bringing Anthony Gerace from the |
| 02:36PM | 19 | residence taking him into custody, he was under arrest, |
| 02:36PM | 20 | correct? |
| 02:36PM | 21 | A.  Yes. |
| 02:36PM | 22 | Q.  Do you recall Anthony Gerace giving any directives or |
| 02:36PM | 23 | say -- giving any directions to Lauren as you walked Anthony |
| 02:36PM | 24 | Gerace out of the residence? |
| 02:36PM | 25 | **MR. MacKAY:**  Objection, hearsay. |

USA v Bongiovanni - Ryan - Tripi/Direct - 3/13/24

51

| | | |
|---|---|---|
| 02:36PM | 1 | **MR. TRIPI:**  Directives are not hearsay. |
| 02:36PM | 2 | **THE COURT:**  He asked only for directives. |
| 02:36PM | 3 | **MR. TRIPI:**  That's correct. |
| 02:36PM | 4 | **THE COURT:**  So overruled. |
| 02:36PM | 5 | **BY MR. TRIPI:** |
| 02:36PM | 6 | Q.  Did you -- did you hear Anthony Gerace give Lauren a |
| 02:36PM | 7 | directive? |
| 02:36PM | 8 | **THE COURT:**  Any commands. |
| 02:37PM | 9 | **THE WITNESS:**  Yes.  Yes.  I understand. |
| 02:37PM | 10 | He told her to call Peter. |
| 02:37PM | 11 | **THE COURT:**  And you heard that yourself? |
| 02:37PM | 12 | **THE WITNESS:**  Yes, Your Honor, I was right next to |
| 02:37PM | 13 | him. |
| 02:37PM | 14 | **MR. TRIPI:**  Okay.  I'd like to move on to another |
| 02:37PM | 15 | aspect of the investigation.  Okay.  Ms. Champoux you can take |
| 02:37PM | 16 | those down.  Can we pull up Government Exhibit 97 in evidence. |
| 02:37PM | 17 | **BY MR. TRIPI:** |
| 02:37PM | 18 | Q.  And I'll ask you some questions about this later on, but |
| 02:37PM | 19 | just generally, did you become aware during the course of |
| 02:37PM | 20 | your investigation that on or about November 1st, 2018, that |
| 02:37PM | 21 | Mr. Bongiovanni had provided a memo to his management at DEA? |
| 02:38PM | 22 | A.  Yes. |
| 02:38PM | 23 | Q.  And is this a copy of that November 1st, 2018 memo? |
| 02:38PM | 24 | A.  The first page of it, yes. |
| 02:38PM | 25 | **MR. TRIPI:**  And can we just flip through the other |

02:38PM   1   pages, Ms. Champoux, maybe give each page like a second or two

02:38PM   2   for the witness?

02:38PM   3          **THE WITNESS:**  I recognize the attachment so far.

02:38PM   4          **MR. TRIPI:**  Slow down just a touch, Ms. Champoux.

02:38PM   5   Thank you.

02:38PM   6          **BY MR. TRIPI:**

02:39PM   7   Q.  Okay.  Did you review that November 1st, 2018, memo and

02:39PM   8   all the attachments at some point as the investigation

02:39PM   9   progressed?

02:39PM  10   A.  Yes, I did.

02:39PM  11   Q.  Did you also review --

02:39PM  12          **BY MR. TRIPI:**

02:39PM  13   Q.  Can we pull up Exhibit 98.  And is there a second page on

02:39PM  14   that one, Ms. Champoux?

02:39PM  15          **BY MR. TRIPI:**

02:39PM  16   Q.  As the investigation progressed, did you also review

02:39PM  17   Exhibit 98, this December 10th, 2018 memo?

02:39PM  18   A.  Yes.

02:39PM  19          **MR. TRIPI:**  Can we pull up Exhibit 99.

02:39PM  20          **BY MR. TRIPI:**

02:39PM  21   Q.  And is Exhibit 99 a January 28, 2019 memo --

02:39PM  22   A.  Yes.

02:39PM  23   Q.  -- written by Mr. Bongiovanni to his management?

02:39PM  24   A.  Yes.

02:39PM  25   Q.  And did you review this memo as well as the attachments?

USA v Bongiovanni - Ryan - Tripi/Direct - 3/13/24

53

02:40PM   1   A.  Yes, I did.

02:40PM   2   Q.  Okay.  We'll come back to those in a moment.  But were

02:40PM   3   all of those memos --

02:40PM   4          MR. TRIPI:  Would you take those down for now?

02:40PM   5          BY MR. TRIPI:

02:40PM   6   Q.  Were all of those memos authored and submitted prior

02:40PM   7   to -- ultimately when you learned of Mr. Bongiovanni's

02:40PM   8   retirement?

02:40PM   9   A.  Yes, I think that the last one might have been on his

02:40PM  10   last day or close to his last day.

02:40PM  11   Q.  Was that last one January 28, 2019, dated the same day

02:40PM  12   you were executing search warrants at Anthony Gerace's

02:40PM  13   residence, simultaneously with Special Agent Halliday at

02:40PM  14   Michael Sinatra's?

02:40PM  15   A.  Yes.

02:40PM  16   Q.  And sometime after you reviewed those memos, did you

02:40PM  17   learn that DOJ OIG was going to be interviewing

02:40PM  18   Mr. Bongiovanni on March 29th, 2019?

02:40PM  19   A.  Yes.

02:40PM  20   Q.  Now by that point in time, by the time of that March 29,

02:41PM  21   2019 interview, were you working with OIG Special Agent David

02:41PM  22   Carpenter?

02:41PM  23   A.  Yes.

02:41PM  24   Q.  Who else were you principally working on this

02:41PM  25   investigation with at that point?

02:41PM    1    A.   Special Agent Halliday.

02:41PM    2    Q.   From HSI?

02:41PM    3    A.   From HSI.

02:41PM    4    Q.   And were you aware that Special Agent Carpenter was

02:41PM    5    planning to attempt to interview then-retired former Special

02:41PM    6    Agent Joseph Bongiovanni on March 29, 2019?

02:41PM    7    A.   Yes.

02:41PM    8    Q.   Were there any discussions you had regarding the

02:41PM    9    parameters of Special Agent Carpenter's interview?

02:41PM   10    A.   Yes.  Yes, we talked about --

02:41PM   11    Q.   Wait for my next question.

02:41PM   12         What were the parameters of -- that you had discussed

02:41PM   13    with him for his interview?  In other words, was there a plan

02:41PM   14    for what he would discuss and what he wouldn't discuss?

02:41PM   15    A.   Yep.  The plan was for him to discuss the allegations

02:41PM   16    that Tony made about the race-related comments, but then omit

02:42PM   17    the allegations that Mr. Serio made.

02:42PM   18    Q.   And was he also to interview him about the memos we just

02:42PM   19    looked at?

02:42PM   20    A.   Yes.

02:42PM   21    Q.   So, was the scope of Special Agent Carpenter's interview

02:42PM   22    limited to the race-related comments by Casullo, and the

02:42PM   23    contents of the memos that the defendant himself drafted?

02:42PM   24    A.   Yes.

02:42PM   25              **THE COURT:**  Mr. Tripi, is this a good time to break.

02:42PM    1              **MR. TRIPI:**  Sure is, Judge.

02:42PM    2              **THE COURT:**  Okay.  So we will break for the day.

02:42PM    3         Remember my instructions about not communicating

02:42PM    4    about this case with anyone, including each other.  Don't

02:42PM    5    read, or listen to, or watch any news coverage of the case, if

02:42PM    6    there is any, while the trial is in progress.

02:42PM    7              Don't use tools of technology to research the case or

02:42PM    8    to communicate about the case.  And don't make up your mind

02:42PM    9    about anything until the case has been submitted to you.

02:42PM   10              We'll see you tomorrow morning at 9:30.  We will go

02:42PM   11    from 9:30 until roughly 11:30, take a break then, and then go

02:43PM   12    from quarter to 12 until probably quarter to 2 or so.  And

02:43PM   13    then we'll break for the week tomorrow.  Okay?

02:43PM   14              So everybody drive carefully.  Get a good night

02:43PM   15    sleep.  And we'll see you in the morning.

02:43PM   16              (Jury excused at 2:43 p.m.)

02:43PM   17              **THE COURT:**  Anything for the record before we break?

02:43PM   18              **MR. TRIPI:**  No, Your Honor.  Well, I guess one thing.

02:43PM   19    Special Agent -- I'll say it in front of everyone -- Special

02:43PM   20    Agent Ryan, although we're allowed to talk because you're on

02:43PM   21    direct, I'm not going to talk to you.  Don't talk to anybody

02:44PM   22    because I just prefer to not have that happen.  Okay?  So go

02:44PM   23    back to your hotel room and go hang out.  Okay?

02:44PM   24              **THE COURT:**  Watch college basketball.  There's some

02:44PM   25    good basketball on TV.

02:44PM   1          Okay.  Anything from the defense?

02:44PM   2          **MR. MacKAY:**  No, Your Honor.

02:44PM   3          **THE COURT:**  Okay.  We'll see you folks tomorrow

02:44PM   4  morning at 9:30.  Thanks.

02:44PM   5          **THE CLERK:**  All rise.

02:44PM   6          (Proceedings concluded at 2:44 p.m.)

02:44PM   7          (Excerpt concluded at 2:44 p.m.)

        8          *      *      *      *      *      *      *

        9

       10

       11

       12

       13              **CERTIFICATE OF REPORTER**

       14

       15          In accordance with 28, U.S.C., 753(b), I

       16  certify that these original notes are a true and correct

       17  record of proceedings in the United States District Court for

       18  the Western District of New York on March 13, 2024.

       19

       20

       21          s/ Ann M. Sawyer
                    Ann M. Sawyer, FCRR, RPR, CRR
       22          Official Court Reporter
                    U.S.D.C., W.D.N.Y.

       23

       24

       25

**TRANSCRIPT INDEX**

**EXCERPT OF CURTIS RYAN**

**MARCH 13, 2024**

**W I T N E S S**                                          **P A G E**

**C U R T I S    R Y A N**                                2

   DIRECT EXAMINATION BY MR. TRIPI:              2


**E X H I B I T S**                                       **P A G E**

GOV Exhibit 72                                           33

GOV Exhibits 78-1 and 2                                  37

GOV Exhibit 79                                           47

GOV Exhibit 77                                           49