UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

v.  19-CR-227-LJV

JOSEPH BONGIOVANNI,

          Defendant.

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES

TO:  Charles F. Salina, United States Marshal
      Western District of New York, or his Deputies

      Superintendent, Erie County Holding Center
      or his Deputies or Designees

GREETINGS:

**YOU ARE HEREBY COMMANDED** to produce the body of **COREY CANNIZZO**, now detained in the Erie County Holding Center, in Buffalo, New York, before the Honorable Lawrence J. Vilardo, United States District Judge, in and for the Western District of New York at the United States Courthouse in the City of Buffalo, New York, on **Monday, March 11, 2024, at 9:00 a.m.**, for trial and, thereafter, said defendant is be retained in federal custody until testimony is complete and then returned to the Erie County Holding Center.

WITNESS, the Clerk of the Court for the Western District of New York, at Buffalo, New York, on March 6, 2024.

*Mary C. Loewenguth*

MARY C. LOEWENGUTH, CLERK
United States District Court
Western District of New York

U.S. MARSHALS RETURN
I HAVE (PARTIALLY) FINALLY EXECUTED THIS WRIT BY TAKING CUSTODY OF THE WITHIN NAMED PRISONER

AT Erie CJ ON 3/11/24

AND DELIVERING him TO Fed court Buffalo, NY FOR FURTHER TRANSFER TO Fed Custody

C. Salina
U.S. MARSHAL

BY *[signature]*
DEPUTY U.S. MARSHAL
I/A

2