12:12PM

```
 1                     UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF NEW YORK
 2
    _____
 3  UNITED STATES OF AMERICA,
                                          Case No. 1:19-cr-227
 4                  Plaintiff,                      (LJV)
    v.
 5                                        March 4, 2024
    JOSEPH BONGIOVANNI,
 6
                    Defendant.
 7  _____
```

```
 8      TRANSCRIPT EXCERPT - DIRECT EXAMINATION OF MARK FALZONE
              BEFORE THE HONORABLE LAWRENCE J. VILARDO
 9                  UNITED STATES DISTRICT JUDGE
```

```
10
    APPEARANCES:           TRINI E. ROSS, UNITED STATES ATTORNEY
11                         BY: JOSEPH M. TRIPI, ESQ.
                               NICHOLAS T. COOPER, ESQ.
12                             CASEY L. CHALBECK, ESQ.
                           Assistant United States Attorneys
13                         Federal Centre
                           138 Delaware Avenue
14                         Buffalo, New York 14202
                              And
15                         UNITED STATES DEPARTMENT OF JUSTICE
                           BY: JORDAN ALAN DICKSON, ESQ.
16                         1301 New York Ave NW
                           Suite 1000
17                         Washington, DC 20530-0016
                           For the Plaintiff
18
                           SINGER LEGAL PLLC
19                         BY: ROBERT CHARLES SINGER, ESQ.
                           80 East Spring Street
20                         Williamsville, New York 14221
                              And
21                         LAW OFFICES OF PARKER ROY MacKAY
                           BY: PARKER ROY MacKAY, ESQ.
22                         3110 Delaware Avenue
                           Kenmore, New York  14217
23                         For the Defendant
```

```
24  PRESENT:               BRIAN A. BURNS, FBI Special Agent
                           MARILYN K. HALLIDAY, HSI Special Agent
25                         KAREN A. CHAMPOUX, USA Paralegal
```

| | | |
|---|---|---|
| 1 | **LAW CLERK:** | **REBECCA FABIAN IZZO, ESQ.** |
| 2 | **COURT DEPUTY CLERK:** | **COLLEEN M. DEMMA** |
| 3 | **COURT REPORTER:** | **ANN MEISSNER SAWYER, FCRR, RPR, CRR** |
| 4 | | Robert H. Jackson Federal Courthouse |
| | | 2 Niagara Square |
| | | Buffalo, New York  14202 |
| 5 | | Ann_Sawyer@nywd.uscourts.gov |

6

7            *    *    *    *    *    *    *

8

9            (Excerpt commenced at 4:18 p.m.)

04:18PM   10            (Jury is present.)

04:18PM   11            **THE COURT:**  The government can call its next witness.

04:18PM   12            **MR. TRIPI:**  We call Mark Falzone, Your Honor.

04:19PM   13

04:19PM   14   **M A R K   F A L Z O N E**, having been duly called and sworn,

04:19PM   15   testified as follows:

04:19PM   16            **MR. TRIPI:**  Ready, Your Honor?

04:19PM   17            **THE COURT:**  You may.

04:19PM   18            **MR. TRIPI:**  Thank you.

04:19PM   19

04:19PM   20                 **DIRECT EXAMINATION BY MR. TRIPI:**

04:19PM   21   Q.  Mr. Falzone, good afternoon.  How old are you, sir?

04:19PM   22   A.  46.

04:19PM   23   Q.  Where are you from originally?

04:19PM   24   A.  North Buffalo.

04:19PM   25   Q.  Born and raised in Buffalo, New York?

USA v Bongiovanni - Falzone - Tripi/Direct - 3/4/24

04:19PM    1    A.  Yes, sir.

04:19PM    2    Q.  How far have you gone in school?

04:19PM    3    A.  I have two associate degrees.

04:19PM    4    Q.  From where?

04:19PM    5    A.  One from the Community College of the Air Force, and one

04:19PM    6    from Bryant and Stratton.

04:19PM    7    Q.  And in what?  What are your degrees in?

04:19PM    8    A.  Criminal justice and accounting.

04:19PM    9    Q.  You mentioned one of them was in the Air Force?

04:20PM   10    A.  Yes, sir.

04:20PM   11    Q.  Did you go to the military sometime after graduating high

04:20PM   12    school?

04:20PM   13    A.  Yes.

04:20PM   14    Q.  Where did you graduate high school from?

04:20PM   15    A.  Lafayette.

04:20PM   16    Q.  Is that in Buffalo?

04:20PM   17    A.  Yes.

04:20PM   18    Q.  How old were you when you joined the Air Force?

04:20PM   19    A.  21.  22.  It was in '01.

04:20PM   20    Q.  How long were you in the Air Force?

04:20PM   21    A.  Four years.

04:20PM   22    Q.  So '01 to '05 roughly?

04:20PM   23    A.  Yes.

04:20PM   24    Q.  What was your job there?

04:20PM   25    A.  Security forces.

04:20PM     1    Q.   Where were you stationed?

04:20PM     2    A.   I was in San Antonio, D.C., and Niagara Falls.

04:20PM     3    Q.   So, San Antonio, Texas?

04:20PM     4    A.   Yes.

04:20PM     5    Q.   Washington, D.C.?

04:20PM     6    A.   Yes.

04:20PM     7    Q.   And Niagara Falls, New York?

04:20PM     8    A.   Yes, sir.

04:20PM     9    Q.   When you were -- in 2005, how did you leave the Air

04:20PM    10    Force?

04:20PM    11    A.   Honorably.

04:20PM    12    Q.   Okay.  After that, did you get a job here locally

04:21PM    13    somewhere?

04:21PM    14    A.   After that, no, I was a full-time student after the Air

04:21PM    15    Force.

04:21PM    16    Q.   Oh, I'm sorry.  Is that when you went to Bryant and

04:21PM    17    Stratton?

04:21PM    18    A.   Yes.

04:21PM    19    Q.   Okay.  Can you describe your post military employment for

04:21PM    20    the jury?

04:21PM    21    A.   My post military employment?

04:21PM    22    Q.   Yep.

04:21PM    23    A.   Was I worked for Serio development.  I worked for a bunch

04:21PM    24    of different development companies.  But I started off with

04:21PM    25    Ron after school.

04:21PM    1    Q.  Doing what kind of work?

04:21PM    2    A.  Carpentry, flooring, painting, plumbing.

04:21PM    3    Q.  So you -- contracting work?

04:21PM    4    A.  Yes.

04:21PM    5    Q.  How did you learn how to do that kind of work?

04:21PM    6    A.  Just growing up and family.  My friend's father taught me

04:21PM    7    plumbing, so --

04:21PM    8    Q.  Who's that friend's father who taught you plumbing?

04:21PM    9    A.  His name is Jason Gober.

04:21PM   10    Q.  Now, before you joined the military, had you experimented

04:22PM   11    with drug use?

04:22PM   12    A.  Yes.

04:22PM   13    Q.  What types of drugs had you experimented with?

04:22PM   14    A.  Marijuana and cocaine.

04:22PM   15    Q.  And after you got out of the military, did you start

04:22PM   16    experimenting with those drugs again?

04:22PM   17    A.  Not until I started going through my divorce.

04:22PM   18    Q.  And when was that?

04:22PM   19    A.  Right around '05.  No, '07, '08.

04:22PM   20    Q.  So a few years after you had got out of the military, you

04:22PM   21    had been married, and then you were going through a divorce?

04:22PM   22    A.  Yes.

04:22PM   23    Q.  Did you have children as well?

04:22PM   24    A.  Yes.

04:22PM   25    Q.  How many kids do you have?

USA v Bongiovanni - Falzone - Tripi/Direct - 3/4/24

6

04:22PM   1   A.   Two.

04:22PM   2   Q.   Why did you start using marijuana and cocaine again

04:22PM   3   around there time?

04:22PM   4   A.   'Cuz I was stressed, I was losing everything.

04:22PM   5   Q.   Approximately how old were your kids when you were going

04:22PM   6   through that divorce?

04:22PM   7   A.   Probably two and -- oh, two and ten.   Two and 11.

04:23PM   8   Q.   You have a son and daughter?

04:23PM   9   A.   Yes.

04:23PM   10   Q.   Who's older?

04:23PM   11   A.   My daughter is 28 right now.

04:23PM   12   Q.   Your son's younger?

04:23PM   13   A.   Yes, he's 21.

04:23PM   14   Q.   Okay.   When you were going through that divorce around --

04:23PM   15   I think you framed the time frame '07, '08, when you would

04:23PM   16   use cocaine or marijuana, who would you get that from

04:23PM   17   usually?

04:23PM   18   A.   Ron.

04:23PM   19   Q.   And when you say "Ron," who's the Ron you're talking

04:23PM   20   about?

04:23PM   21   A.   Ron Serio.

04:23PM   22   Q.   And is he your friend?

04:23PM   23   A.   Yes.

04:23PM   24   Q.   How long have been friends with him?

04:23PM   25   A.   Since fifth grade.

04:23PM  1   Q.  What school did you meet him at?

04:23PM  2   A.  I went to Saint Mark's, he went to Saint John's.  My

04:23PM  3   cousin was in his class.  That's how I met him, through my

04:23PM  4   cousin.

04:23PM  5   Q.  And those are Catholic schools here in Buffalo?

04:23PM  6   A.  Yes, sir.

04:23PM  7   Q.  I guess Saint John's might be in Kenmore, right?

04:23PM  8   A.  Yes, that's in Kenmore.

04:23PM  9   Q.  Would you characterize him as your best friend?

04:24PM  10  A.  Yes, sir.

04:24PM  11  Q.  Now, eventually -- and I'll ask you more questions about

04:24PM  12  this later, but eventually did you decide to start making

04:24PM  13  money selling drugs and helping Ron Serio with his drug

04:24PM  14  operations?

04:24PM  15  A.  Yes.

04:24PM  16  Q.  Approximately when was that?

04:24PM  17  A.  2015 maybe.  '14, '15, somewhere in there.

04:24PM  18  Q.  So you're estimating 2014, '15?

04:24PM  19  A.  Yes.

04:24PM  20  Q.  Okay.  Now, I'll get into that in more detail in a few

04:24PM  21  moments, but fast forwarding to April 18th, 2017.

04:24PM  22     Did you become aware sometime in proximity to that date

04:24PM  23  that your friend Ron had been arrested?

04:24PM  24  A.  Yes.

04:24PM  25  Q.  Couple years later, after Ron Serio was arrested in

04:25PM  1   late -- in or about late 2019, did investigators with

04:25PM  2   Homeland Security Investigations track you down and serve you

04:25PM  3   with what's called a target letter?

04:25PM  4   A.  Yes.

04:25PM  5   Q.  And generally, did the target letter inform you that you

04:25PM  6   may be a target of a federal investigation?

04:25PM  7   A.  Yes.

04:25PM  8   Q.  What did you do after HSI agents gave you that letter?

04:25PM  9   A.  Contacted an attorney.

04:25PM  10  Q.  Who was the attorney you contacted, without telling us

04:25PM  11  your discussions, just who was the attorney?

04:25PM  12  A.  Thomas Hurley.

04:25PM  13  Q.  And after you met -- did you meet with Mr. Hurley?

04:25PM  14  A.  Yes.

04:25PM  15  Q.  After you met with Mr. Hurley, what did you do?

04:25PM  16  A.  I contacted Ron Serio.

04:25PM  17  Q.  Okay.  Why did you contact Ron Serio?

04:25PM  18  A.  Because I was complaining that I didn't have $5,000 to

04:26PM  19  pay for an attorney.

04:26PM  20  Q.  Is that what Mr. Hurley wanted to charge you?

04:26PM  21  A.  Yes.

04:26PM  22  Q.  And did you go meet with Mr. Serio?

04:26PM  23  A.  After he -- he brought me $5,000.

04:26PM  24  Q.  Okay.  So before we get to him bringing you $5,000,

04:26PM  25  describe your conversation with Mr. Serio.

04:26PM   1   A.  I was complaining that I'm gonna lose everything because

04:26PM   2   I don't have $5,000 to pay for an attorney.

04:26PM   3       And he said he didn't want to see me get in trouble.  He

04:26PM   4   gave me the money, and he told me to come down and talk to

04:26PM   5   you guys and tell you guys everything.

04:26PM   6   Q.  Did -- did he seem to feel badly that he incriminated you

04:26PM   7   in his operations?

04:26PM   8   A.  Yes.

04:26PM   9   Q.  Are you sitting here today as the result of your choices?

04:26PM  10   A.  Yes.

04:26PM  11   Q.  When Mr. Serio gave you the money for an attorney, did he

04:26PM  12   give you any stipulations with the money?  Did he tell you

04:27PM  13   anything you could or couldn't talk about?

04:27PM  14   A.  Negative.

04:27PM  15   Q.  Did he try to direct you in any way?

04:27PM  16   A.  No, sir.

04:27PM  17   Q.  After he gave you the $5,000, did you hire a lawyer?

04:27PM  18   A.  Yes, I did.

04:27PM  19   Q.  Mr. Hurley?

04:27PM  20   A.  Mr. Hurley, yes, sir.

04:27PM  21   Q.  After that, did you and Mr. Hurley arrange to come in and

04:27PM  22   have a meeting with federal agents and prosecutors?

04:27PM  23   A.  Yes.

04:27PM  24   Q.  After a couple interviews with agents and prosecutors,

04:27PM  25   did you enter what's called a cooperation agreement?

04:27PM    1    A.   Yes.

04:27PM    2    Q.   And you did that while having Mr. Hurley as your counsel,

04:27PM    3    correct?

04:27PM    4    A.   Yes.

04:27PM    5    Q.   What's your understanding of what's required of you under

04:27PM    6    your cooperation agreement?

04:27PM    7    A.   To tell the truth.

04:27PM    8    Q.   Does that include telling the complete truth about

04:27PM    9    Mr. Serio?

04:27PM   10    A.   Yes, sir.

04:27PM   11    Q.   Everyone involved in him that you know about?

04:27PM   12    A.   Yes, sir.

04:27PM   13    Q.   Would it be accurate to estimate that you sat for three

04:28PM   14    interviews and testified before a federal grand jury?

04:28PM   15    A.   Excuse me?

04:28PM   16    Q.   Did you sit through three interviews, and also testify

04:28PM   17    before a federal grand jury?

04:28PM   18    A.   Yes.

04:28PM   19    Q.   And then prior to your testimony today, you came to a

04:28PM   20    couple trial prep interviews; is that correct?

04:28PM   21    A.   Yes, sir.

04:28PM   22    Q.   And in those interviews, you reviewed your prior

04:28PM   23    testimony?

04:28PM   24    A.   Yes, sir.

04:28PM   25    Q.   Okay.  Now you indicated that one of the jobs you had was

04:28PM 1  for Serio Development.  When did -- when did you start

04:28PM 2  working for Serio Development?

04:28PM 3  A.  Right when I was done with school.  So, probably -- I

04:28PM 4  don't know, '08, '09, somewhere around there.

04:28PM 5  Q.  And that's -- was that a company that was owned by Ron

04:28PM 6  Serio?

04:28PM 7  A.  Yes, sir.

04:28PM 8  Q.  What type of work did you do for him?

04:28PM 9  A.  Everything and anything.  Paint, demo, plumbing,

04:29PM 10  electronic --

04:29PM 11  Q.  General construction and labor?

04:29PM 12  A.  -- hardwood floors.  Yes.

04:29PM 13  Q.  Now what kind of business was Serio Development?

04:29PM 14  A.  Basically he would just flip houses.

04:29PM 15  Q.  Now, at the time that you were working for Mr. Serio at

04:29PM 16  Serio Development doing contracting work, were you also aware

04:29PM 17  he was distributing large amounts of marijuana and also

04:29PM 18  opiate pills?

04:29PM 19  A.  In '08 and '09?

04:29PM 20  Q.  When you started working for him, were you generally

04:29PM 21  aware he was selling marijuana?

04:29PM 22  A.  Yes.

04:29PM 23  Q.  Were you aware that he was selling pills?

04:29PM 24  A.  Yes.

04:29PM 25  Q.  And at times when you would be on the job site if you

04:29PM    1   wanted cocaine, would you be able to get it?

04:29PM    2   A.   Yes, sir.

04:29PM    3   Q.   From who?

04:29PM    4   A.   Ron.

04:29PM    5   Q.   Now, eventually, I think I asked you this already, and

04:29PM    6   you framed it around 2014, 2015, but did you become involved

04:30PM    7   in his drug-trafficking organization around that time?

04:30PM    8   A.   Yes, I did.

04:30PM    9   Q.   Why did you decide to get involved in his

04:30PM   10   drug-trafficking organization?

04:30PM   11   A.   Because I was in the process of going through a

04:30PM   12   foreclosure on my house.

04:30PM   13   Q.   And where was that house?

04:30PM   14   A.   On Englewood.

04:30PM   15   Q.   What was the address?

04:30PM   16   A.   377.

04:30PM   17   Q.   Was that a residence you had owned?

04:30PM   18   A.   Yes.

04:30PM   19   Q.   And you were going through foreclosure?

04:30PM   20   A.   Yes, sir.

04:30PM   21   Q.   So in terms of becoming part of the organization --

04:30PM   22        MR. TRIPI:  Your Honor, I'm going into 801(d)(2)(E)

04:30PM   23   statements, I haven't proffered these.

04:30PM   24        THE COURT:  Should we take a break?

04:30PM   25        MR. MacKAY:  Sure.

04:30PM     1              **MR. TRIPI:**  Okay.  I just realized as I was about

04:30PM     2      to --

04:30PM     3              **THE COURT:**  No, that's okay.  So let's take a very

04:30PM     4      short break.  Remember my instructions about not talking about

04:30PM     5      the case, and not making up your mind.

04:30PM     6              We'll see you back here as soon as we can see you

04:30PM     7      back here.  It might just be a couple minutes.

04:31PM     8              (Jury excused at 4:31 p.m.)

04:31PM     9              **MR. TRIPI:**  Mr. Falzone, you can step out briefly.

04:31PM    10              Is that okay, Judge?

04:31PM    11              **THE COURT:**  We can do it either excluding the

04:31PM    12      witness, or we can do it Q and A.

04:31PM    13              **MR. TRIPI:**  I'll proffer, Judge, I think it will be

04:31PM    14      quicker.

04:31PM    15              **THE COURT:**  Fine.  So why don't you step out, sir.

04:31PM    16      Thank you.

04:31PM    17              (Witness excused at 4:31 p.m.)

04:31PM    18              **MR. TRIPI:**  And again, Judge, I apologize.  I was

04:31PM    19      mindful of the time, and just wanting to get the witness in

04:31PM    20      before 5:00.

04:32PM    21              **THE COURT:**  No apology necessary.

04:32PM    22              **MR. TRIPI:**  I noticed the witness has left the room,

04:32PM    23      Judge.  At this point in the testimony, I'm going to elicit

04:32PM    24      conversations regarding how Mr. Falzone came to be a part of

04:32PM    25      Serio's drug-trafficking organization.

USA v Bongiovanni - Falzone - Tripi/Direct - 3/4/24

04:32PM   1    I anticipate the testimony will be essentially he

04:32PM   2    explained to Mr. Serio he needed money.  Therefore, Mr. Serio

04:32PM   3    offered to pay him $500 to help unload marijuana when it would

04:32PM   4    come into town.  The witness will get into more specifics

04:32PM   5    about that.

04:32PM   6    He'll also talk about then also acquiring marijuana

04:32PM   7    from Mr. Serio to distribute.  I anticipate it will be roughly

04:32PM   8    5 pounds every time marijuana that was fronted by Mr. Serio.

04:32PM   9    The witness will then talk about three shipments that

04:32PM   10   came in from Canada.  The first one to his residence, where he

04:32PM   11   helped unload the marijuana which came in, I think, in mulch,

04:32PM   12   a cover load of mulch.  He'll explain that Mr. Masecchia was

04:32PM   13   at that unloading of the marijuana.

04:33PM   14   He'll further explain the locations of the next

04:33PM   15   three -- the other two loads.  There may be some limited

04:33PM   16   conversations surrounding those, but I don't anticipate too

04:33PM   17   much.  It will mostly be acts that I'll be eliciting from the

04:33PM   18   witness.

04:33PM   19   He'll describe a trip that he took with Mr. Serio and

04:33PM   20   Anthony Gerace regarding going to acquire marijuana in

04:33PM   21   New York City and bringing it back to Buffalo.

04:33PM   22   He'll describe conversations that he had with

04:33PM   23   Mr. Serio about Anthony Gerace vis-à-vis protection.

04:33PM   24   So, in terms of as he's getting involved in the

04:33PM   25   operation, obviously he's told you Mr. Serio is his best

04:33PM    1   friend.  They have a conversation firstly.  That's going to

04:33PM    2   discuss whether or not Serio shared that they had some type of

04:33PM    3   law enforcement protection.

04:33PM    4        In that context, this will be your coconspirator

04:33PM    5   statement, Judge.  Mr. Serio confirms for him that he pays

04:34PM    6   Masecchia money to pay to Mr. Bongiovanni for protection.  So

04:34PM    7   that's sort of one big ticket conversation.

04:34PM    8        The next one will be I anticipate asking did he give

04:34PM    9   you any examples of assistance that Bongiovanni has provided

04:34PM   10   to individuals he was working with?  And he will describe a

04:34PM   11   conversation he had with the Serio regarding the fact that

04:34PM   12   Bongiovanni had helped Anthony Gerace with an issue that he

04:34PM   13   had with the Amherst Police Department regarding cocaine at

04:34PM   14   the request of Peter Gerace.  And, so --

04:34PM   15        **THE COURT:**  How is that statement from Serio --

04:34PM   16   everything you said so far I follow.

04:34PM   17        **MR. TRIPI:**  Yep.

04:34PM   18        **THE COURT:**  Tell me how that statement from Serio to

04:34PM   19   this witness is in furtherance --

04:34PM   20        **MR. TRIPI:**  I figured that would be the one you asked

04:34PM   21   about, Your Honor.  So I would say that coconspirator

04:34PM   22   statements under those that foster trust amongst conspirators.

04:34PM   23   The case I looked at was U.S. versus Giganti, 166 F 3d.

04:35PM   24        **THE COURT:**  You came up with the answer before I --

04:35PM   25   you came up with my question before I asked.

04:35PM  1         **MR. TRIPI:**  I tried.  I'm one for a hundred on those,

04:35PM  2  but I try.

04:35PM  3         **THE COURT:**  So it involves getting this gentleman to

04:35PM  4  participate in the conspiracy because he's more comfortable

04:35PM  5  given the fact they had protection?

04:35PM  6         **MR. TRIPI:**  Yeah.  And reassuring him as he goes

04:35PM  7  along, as he's getting deeper and deeper involved.  He goes

04:35PM  8  from unloading packages, to traveling to New York City, to

04:35PM  9  being sort of neck deep in the organization.  So I would say

04:35PM  10  that would the argument there, Your Honor.

04:35PM  11         And then in that same vein, so the conversations in

04:35PM  12  sequence happen first, Bongiovanni provides his protection

04:35PM  13  vis-à-vis Serio.

04:35PM  14         Next, assurances.  Give me an example, that's the

04:35PM  15  Anthony Gerace discussion we just talked about.

04:35PM  16         The next one in sequence is was there another example

04:35PM  17  of essentially Mr. Serio telling you he learned of

04:35PM  18  investigations, and he will explain yes, Serio told me that --

04:35PM  19  I'm quoting from grand jury, just easier -- that Lou Selva

04:36PM  20  told Mike Masecchia that Joe Bongiovanni told him, meaning

04:36PM  21  Selva, that somebody named Mario Vacanti essentially was under

04:36PM  22  investigation.

04:36PM  23         So, to sum it up, he learns of the fact that Mario

04:36PM  24  Vacanti, another distributor for Serio, was under

04:36PM  25  investigation, that Bongiovanni provided that Intel to Selva.

04:36PM    1    **THE COURT:**  And there's about four levels of hearsay

04:36PM    2    there, but they're all coconspirators.

04:36PM    3    **MR. TRIPI:**  They're all part of the conspiracy.  So

04:36PM    4    Vacanti is a distributor for Serio.  There's been testimony

04:36PM    5    about that already.  There will be future testimony about

04:36PM    6    that, as well.  And he will also testify that all of the

04:36PM    7    participants are in the organization.

04:36PM    8    I have two more.  Then after Mr. Serio's arrest,

04:36PM    9    Mr. Falzone meets with Mike Masecchia at a Tim Horton's on

04:36PM    10    Main Street in Williamsville.  They sit down, and essentially

04:36PM    11    in sum and substance Masecchia says I don't know how this

04:37PM    12    happened, I checked with my guy, and nothing was going on.

04:37PM    13    That's discussing the Serio arrest.

04:37PM    14    And if permitted, I'll ask him what was your

04:37PM    15    understanding of I checked with my guy, and he'll say my

04:37PM    16    understanding --

04:37PM    17    **THE COURT:**  How is that in furtherance of the

04:37PM    18    conspiracy?

04:37PM    19    **MR. TRIPI:**  Well, they're trying now, and I think the

04:37PM    20    Court might have made this point in one of the prior

04:37PM    21    arguments, but now the arrest has happened, now they're trying

04:37PM    22    to figure out where they're vulnerable.

04:37PM    23    So there's a conversation between Masecchia and

04:37PM    24    Falzone where they're sort of having a discussion about how

04:37PM    25    did this happen.  And that's a precursor to a conversation two

04:37PM  1   weeks later at Mr. Falzone's house, participants include

04:37PM  2   Falzone, Masecchia, and Ron's brother Tom where Masecchia says

04:37PM  3   during that meeting, okay, now, you, you're on the no-fly

04:38PM  4   list, meaning you have protection Tom Serio.  Falzone, you're

04:38PM  5   not on the no-fly list, meaning he anticipates -- he believes

04:38PM  6   at that juncture he's no longer protected.

04:38PM  7        And then they have a discussion about who they think

04:38PM  8   the cooperator was that got Ron in trouble.

04:38PM  9        And there's a name that comes up, for purposes of

04:38PM  10  right now, KB is the name that comes up.  So they discuss --

04:38PM  11  they sort of have a discussion about who they think the

04:38PM  12  informant is.

04:38PM  13       So I think the prior one that you had a bit of a

04:38PM  14  question about at Tim Horton's is it leads us into the larger.

04:38PM  15       **MR. MacKAY:**  With respect to the first three, no

04:38PM  16  objection under that coconspirator exception.  I would agree

04:38PM  17  that it works that way.

04:38PM  18       However, the last three all occur after the

04:38PM  19  conspiracy is essentially concluded.

04:38PM  20       **THE COURT:**  The last three?

04:38PM  21       **MR. MacKAY:**  Well, what I take to be the last three.

04:38PM  22  The Michael Masecchia Tim Horton's meeting, the no-fly list

04:39PM  23  discussion, and the discussion about this individual, KB.

04:39PM  24  Those are really trying to backtrack things, backstop things

04:39PM  25  after the conspiracy has already been concluded with Ron

04:39PM 1   Serio's arrest.  These all undoubtedly occur after that, they

04:39PM 2   don't involve Mr. Bongiovanni directly in any fashion.  It's

04:39PM 3   really people just scrambling after the fact trying to put

04:39PM 4   things together and see what happens.

04:39PM 5         So, I mean, they're not furthering the conspiracy

04:39PM 6   because payment of money and transfer of information has been

04:39PM 7   definitively cut off with Ron Serio's arrest on April 18,

04:39PM 8   2017.

04:39PM 9         **MR. TRIPI:**  I would point out, Judge, that the

04:39PM 10  charged conduct runs till 2019.  Obviously, we all know the

04:39PM 11  law, that you're presumed to be in a conspiracy until you

04:39PM 12  withdraw.  But moreover, this indictment alleges that part of

04:39PM 13  the conspiracy was concealment of what had been occurring.

04:39PM 14        So to the extent that the principal focus of the

04:39PM 15  drug-trafficking organization has just been arrested, and now

04:39PM 16  other members of the conspiracy are in scramble mode trying to

04:39PM 17  get on the same sheet of music to figure out where their

04:40PM 18  vulnerabilities lie, it's also in furtherance of the

04:40PM 19  conspiracy evidence.

04:40PM 20        **THE COURT:**  Yeah, why isn't he right?  If the

04:40PM 21  conspiracy -- if the conspiracy is to --

04:40PM 22        Colleen, can you shut the door?

04:40PM 23        **THE CLERK:**  Yes, Judge.

04:40PM 24        **THE COURT:**  If the conspiracy is to protect and

04:40PM 25  conceal from the authorities the drug organization's conduct,

04:40PM   1   why -- why does that mean the conspiracy stops as soon as

04:40PM   2   Serio gets arrested?

04:40PM   3           **MR. MacKAY:**  Because I think the only deed that goes

04:40PM   4   back to Mr. Bongiovanni is essentially the payment, which is

04:40PM   5   sort of one stream that's coming out from Mr. Serio, and the

04:40PM   6   actual activity of the drug organization is essentially cut

04:40PM   7   off from Mr. Bongiovanni.  I mean, what they're doing

04:40PM   8   particularly after that point in time.

04:40PM   9           **THE COURT:**  So the drug conspiracy ends, but I'm not

04:40PM  10   so sure that the -- that the protection conspiracy ends.

04:41PM  11   Right?  Am I right?

04:41PM  12           **MR. TRIPI:**  That's correct, Judge.  And also

04:41PM  13   concealment of the drug conspiracy that had been on going.

04:41PM  14   And Mr. Bongiovanni -- so you're going to have testimony,

04:41PM  15   because obviously coconspirator statements are we're in a

04:41PM  16   conspiracy, so it's as if Mr. Bongiovanni said it, right?

04:41PM  17   That's why it comes in.  Mr. Bongiovanni is doing his own sort

04:41PM  18   of damage control, he's, we would submit, removing a file --

04:41PM  19           **THE COURT:**  Right.

04:41PM  20           **MR. TRIPI:**  -- he's wiping his DEA phone, not

04:41PM  21   giving --

04:41PM  22           **THE COURT:**  And these conversations all occur

04:41PM  23   prior --

04:41PM  24           **MR. TRIPI:**  Prior to that.  And then he's also

04:41PM  25   interviewed -- Bongiovanni himself is interviewed by DEA OIG,

04:41PM  1   and the same agents, HSI agents who served him the target

04:41PM  2   letter, later interview Bongiovanni, and we charge false

04:41PM  3   statements.

04:41PM  4           And those statements are not only independent counts,

04:41PM  5   but they're also overt acts in the same conspiracy.  So I

04:41PM  6   think that under that same logic it applies.

04:41PM  7           **MR. SINGER:**  May we have one moment, Judge?

04:41PM  8           **THE COURT:**  You can.

04:42PM  9           **MR. TRIPI:**  On a different note, Judge, there's no

04:42PM  10  way I'm going to finish the direct.  I've got 30 to 45

04:42PM  11  minutes.  So do you want to do the argument on this and cut

04:42PM  12  the jury?

04:42PM  13          **THE COURT:**  Yeah, we may.

04:42PM  14          **MR. TRIPI:**  I just noticed we're almost at quarter

04:42PM  15  to, that's all.

04:42PM  16          **MR. MacKAY:**  So, Judge, to respond to that --

04:42PM  17          **THE COURT:**  Why don't we get the jury in, let them go

04:42PM  18  home, and then we'll finish the argument.  Okay.

04:42PM  19          **MR. TRIPI:**  Thank you, Judge.

04:42PM  20          (Jury seated at 4:43 p.m.)

04:43PM  21          **THE COURT:**  The record will reflect all our jurors

04:43PM  22  are present again.

04:43PM  23          Rather than have you folks wait and have us continue

04:43PM  24  our discussion for five or ten more minutes, and then have you

04:43PM  25  come back for five minutes of testimony, we're going to let

USA v Bongiovanni - Falzone - Tripi/Direct - 3/4/24

22

04:43PM 1  you go home now.  It doesn't make any sense to keep you folks.

04:44PM 2  We'll finish our discussion, but you folks can go on your way

04:44PM 3  home.

04:44PM 4          So we'll break for the evening.  Please remember my

04:44PM 5  instructions.  Don't discuss this case with anyone at all.

04:44PM 6  Don't research the case.  Don't use tools of technology to

04:44PM 7  communicate about the case or to research the case.  Don't

04:44PM 8  read, or watch, or listen to any news coverage about the case

04:44PM 9  if there is any while the case is in progress.  And don't make

04:44PM 10 up your mind about anything until the case has been submitted

04:44PM 11 to you.

04:44PM 12         See you back here at 9:30 tomorrow morning.  Drive

04:44PM 13 carefully, and get a good night's sleep.  Thanks.

04:44PM 14             (Jury excused at 4:44 p.m.)

15             (Excerpt concluded at 4:44 p.m.)

16         *     *     *     *     *     *     *

17

18                   **CERTIFICATE OF REPORTER**

19      In accordance with 28, U.S.C., 753(b), I certify that

20  these original notes are a true and correct record of

21  proceedings in the United States District Court for the

22  Western District of New York on March 4, 2024.

23                       s/ Ann M. Sawyer
                         _____
                         Ann M. Sawyer, FCRR, RPR, CRR
24                       Official Court Reporter
                         U.S.D.C., W.D.N.Y.

25