03:10PM

1                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF NEW YORK
2
   _____
3  UNITED STATES OF AMERICA,
                                    Case No. 1:19-cr-227
4              Plaintiff,                    (LJV)
   v.
5                                   February 20, 2024
   JOSEPH BONGIOVANNI,
6
   _____Defendant._____
7

8           TRANSCRIPT EXCERPT - EXAMINATION OF A.P.
           BEFORE THE HONORABLE LAWRENCE J. VILARDO
9                 UNITED STATES DISTRICT JUDGE

10
   APPEARANCES:          TRINI E. ROSS, UNITED STATES ATTORNEY
11                       BY: JOSEPH M. TRIPI, ESQ.
                             NICHOLAS T. COOPER, ESQ.
12                           CASEY L. CHALBECK, ESQ.
                         Assistant United States Attorneys
13                       Federal Centre
                         138 Delaware Avenue
14                       Buffalo, New York 14202
                           And
15                       UNITED STATES DEPARTMENT OF JUSTICE
                         BY: JORDAN ALAN DICKSON, ESQ.
16                       1301 New York Ave NW
                         Suite 1000
17                       Washington, DC 20530-0016
                         For the Plaintiff
18
                         SINGER LEGAL PLLC
19                       BY: ROBERT CHARLES SINGER, ESQ.
                         80 East Spring Street
20                       Williamsville, New York 14221
                           And
21                       LAW OFFICES OF PARKER ROY MacKAY
                         BY: PARKER ROY MacKAY, ESQ.
22                       3110 Delaware Avenue
                         Kenmore, New York  14217
23                       For the Defendant

24 PRESENT:              BRIAN A. BURNS, FBI Special Agent
                         MARILYN K. HALLIDAY, HSI Special Agent
25                       KAREN A. CHAMPOUX, USA Paralegal

| | | |
|---|---|---|
| 1 | **LAW CLERK:** | **REBECCA FABIAN IZZO, ESQ.** |
| 2 | **COURT DEPUTY CLERK:** | **COLLEEN M. DEMMA** |
| 3 | **COURT REPORTER:** | **ANN MEISSNER SAWYER, FCRR, RPR, CRR** |
| 4 | | Robert H. Jackson Federal Courthouse |
| | | 2 Niagara Square |
| 5 | | Buffalo, New York  14202 |
| | | Ann_Sawyer@nywd.uscourts.gov |

6

7                    *    *    *    *    *    *    *

8

9           (Excerpt commenced at 3:10 p.m.)

10          (Jury is present.)

03:10PM   11          **THE COURT:**  Okay.  The record will reflect that all

03:10PM   12   our jurors are present again.

03:10PM   13          The government can call its next witness.

03:10PM   14          **MR. COOPER:** The government calls A.P.

03:10PM   15

03:10PM   16   **A.P. (Protected Witness 4),** having been duly called and sworn,

03:10PM   17   testified as follows:

03:10PM   18

03:10PM   19                    **DIRECT EXAMINATION BY MR. COOPER:**

03:11PM   20   Q.  Thank God you spelled your last name for us.

03:11PM   21       Will you introduce yourself to the jury, please?

03:11PM   22   A.  Hi, I'm A.P.

03:11PM   23   Q.  Where did you grow up, A.P.?

03:11PM   24   A.  I grew up in Batavia, New York.

03:11PM   25   Q.  And how far did you go in school?

03:11PM   1   A.  I graduated high school.  I have some college.  And I

03:11PM   2   have a cosmetology license, as well.

03:11PM   3   Q.  And how old are you now?

03:11PM   4   A.  I'm 38.

03:11PM   5   Q.  Did there come a time in your life when you began using

03:11PM   6   drugs?

03:11PM   7   A.  Yes.

03:11PM   8   Q.  Can you tell me a little bit about that?  When did that

03:11PM   9   start?

03:11PM  10   A.  It was, I think, my first night after I had worked at

03:12PM  11   Pharaoh's dancing, I went to a party after, and friends of

03:12PM  12   mine were using.

03:12PM  13   Q.  You said you think it was your first night after you

03:12PM  14   worked at Pharaoh's.  How old were you when you started

03:12PM  15   working at Pharaoh's?

03:12PM  16   A.  22.

03:12PM  17   Q.  Do you remember what year that would have been, or

03:12PM  18   approximately when you were 22?

03:12PM  19   A.  I'm so bad with math.

03:12PM  20   Q.  Would it have been about 2007?

03:12PM  21   A.  Yeah, 2007, sorry.

03:12PM  22   Q.  That's okay.  Can you describe for the jury from that

03:12PM  23   first time that you used drugs, did that progress to the

03:12PM  24   point where you were using drugs more frequently?  Tell them

03:12PM  25   about that.

03:12PM  1    A.   Yeah.  At first I just kind of was using it when other

03:12PM  2    people had it around me.  But when I started working at

03:12PM  3    Pharaoh's, I -- it was around a lot.  And I just started

03:13PM  4    buying it for myself.  Almost got to the point where I would

03:13PM  5    have to use to be able to dance and work my whole shift.

03:13PM  6    Q.   What kind of drug are you talking about?

03:13PM  7    A.   Cocaine.  Pot, weed as well.

03:13PM  8    Q.   You told us that you started working at Pharaoh's.  Is

03:13PM  9    that Pharaoh's Gentlemen's Club?

03:13PM  10   A.   Yes.

03:13PM  11   Q.   And can you describe back in 2007 when you began working

03:13PM  12   there what it was like to work there?

03:13PM  13   A.   Yeah.  Yeah, I -- I don't know, I was new to all of this.

03:13PM  14   I had never even been in a strip club before.  One of my

03:13PM  15   girlfriends was working there, and I had heard that she was

03:13PM  16   making a ton of money.  And I had danced my whole life at,

03:13PM  17   like, a dance school since I was three years old.  And one of

03:13PM  18   my guy friends was going to go up there, to Pharaoh's, for

03:14PM  19   the night, so I went with.  And I kind of just sat at first

03:14PM  20   and watched, and then I ended up going on stage and working

03:14PM  21   the rest of the night.

03:14PM  22   Q.   You mentioned a moment ago that you were around it a lot,

03:14PM  23   referring to drug use.  Can you describe what you observed at

03:14PM  24   Pharaoh's Gentlemen's Club with respect to drug use?

03:14PM  25   A.   I mean, there was girls using, there was customers using,

USA v Bongiovanni - A.P. - Cooper/Direct - 2/20/24

5

03:14PM   1   employees using.

03:14PM   2   Q.  When you say "using," what sorts of drugs did you observe

03:14PM   3   people using inside Pharaoh's?

03:14PM   4   A.  Cocaine, weed.  I didn't physically see anybody use

03:14PM   5   heroin, but you could see track marks on girls.  I witnessed,

03:14PM   6   you know, girls falling asleep right after they came out of

03:14PM   7   the bathroom, passed out, out of it.

03:15PM   8   Q.  Did you personally observe other dancers smoke marijuana

03:15PM   9   at Pharaoh's?

03:15PM   10  A.  Yes.

03:15PM   11  Q.  Did you smoke marijuana at Pharaoh's?

03:15PM   12  A.  Yes.

03:15PM   13  Q.  Did you personally observe other dancers use cocaine at

03:15PM   14  Pharaoh's?

03:15PM   15  A.  Yes.

03:15PM   16  Q.  Did you use cocaine at Pharaoh's?

03:15PM   17  A.  Yes.

03:15PM   18  Q.  Did you see patrons or customers use cocaine at

03:15PM   19  Pharaoh's?

03:15PM   20  A.  Yes.

03:15PM   21  Q.  And I think you said this a moment ago, but did you

03:15PM   22  personally observe with your eyes, other dancers use heroin

03:15PM   23  at Pharaoh's?

03:15PM   24  A.  No.

03:15PM   25  Q.  Despite the fact that you didn't see it with your eyes,

03:15PM   1   did you develop an understanding from working there as to

03:15PM   2   whether dancers used heroin at Pharaoh's?

03:15PM   3   A.  Yes.

03:15PM   4   Q.  Okay.  And what did you base that understanding off of?

03:15PM   5   A.  Girls talk.  You know, people say, this girl's got track

03:15PM   6   marks on her, you know, legs.  She acts a certain way when

03:15PM   7   she gets out of the bathroom.  The movements.  You know, you

03:16PM   8   shouldn't be going to the bathroom and passing out in the

03:16PM   9   middle of your shift and out of it to the point where we

03:16PM   10  can't wake you up.

03:16PM   11  Q.  Have you heard the phrase "nodding out" before?

03:16PM   12  A.  Yes.

03:16PM   13  Q.  Are you familiar with what that phrase means?

03:16PM   14  A.  Yes.

03:16PM   15  Q.  What do you understand that to mean?

03:16PM   16  A.  Just where you nod out to sleep, or where you're out of

03:16PM   17  it.

03:16PM   18  Q.  Okay.  Have you observed dancers at Pharaoh's go into the

03:16PM   19  bathroom come out and nod out or --

03:16PM   20  A.  Yes.

03:16PM   21  Q.  Okay.  Do you know a person by the name of Peter Gerace?

03:16PM   22  A.  Yes.

03:16PM   23  Q.  How do you know that person?

03:16PM   24  A.  Peter and I dated on and off for six years.  And I used

03:16PM   25  to work for him at Pharaoh's.

USA v Bongiovanni - A.P. - Cooper/Direct - 2/20/24      7

03:16PM   1   Q.  What was your understanding of his job at Pharoah's, or

03:16PM   2   his title?

03:16PM   3   A.  He was the owner.

03:16PM   4   Q.  Okay.  Now, you told the jury a moment ago about your

03:17PM   5   first night there when you kind of first went in as a

03:17PM   6   customer and then started working right way.  How long after

03:17PM   7   that first night did you meet Peter Gerace, approximately?

03:17PM   8   A.  A couple months.  Three or four months, maybe.

03:17PM   9   Q.  And did you meet him inside the club or outside the club?

03:17PM   10  A.  Inside.

03:17PM   11  Q.  Can you describe the first time you met him for the jury?

03:17PM   12  A.  I believe that I had either left a Bills game or was

03:17PM   13  going to watch the Bills game at Pharoah's with two of my

03:17PM   14  friends.  And then Peter had come out and, you know, was just

03:17PM   15  saying hi to everybody and buying drinks.  And he came over,

03:17PM   16  we were just kind of hanging out, drinking, talking.  And

03:17PM   17  then after some time, he gave me some money and asked me to

03:18PM   18  go to an address and to pick up some cocaine.

03:18PM   19  Q.  That was the first night that you met him?

03:18PM   20  A.  Um-hum.  Yes.

03:18PM   21  Q.  So, Ann's typing down everything that gets said, so she

03:18PM   22  can't type down nods of heads.

03:18PM   23  A.  Okay.

03:18PM   24  Q.  So just answer verbally.

03:18PM   25      You told us the first night you met Peter, he gave you

USA v Bongiovanni - A.P. - Cooper/Direct - 2/20/24

03:18PM 1   money and asked you to go to an address and pick up cocaine;

03:18PM 2   is that correct?

03:18PM 3   A.  Yes.

03:18PM 4   Q.  Did you do that?

03:18PM 5   A.  Yes.

03:18PM 6   Q.  Do you remember where the address was?

03:18PM 7   A.  Virginia Place in Buffalo.

03:18PM 8   Q.  Did you go by yourself or did someone go with you?

03:18PM 9   A.  By myself.

03:18PM 10  Q.  Did you purchase cocaine?

03:18PM 11  A.  I did.

03:18PM 12  Q.  Do you remember about how much money Peter gave you?

03:18PM 13  A.  Somewhere around 2- to $300.

03:18PM 14  Q.  By this time in your life, had you been using cocaine

03:18PM 15  regularly?

03:18PM 16  A.  Yes.

03:18PM 17  Q.  Did you meet with a person to purchase the cocaine?

03:18PM 18  A.  Yes.

03:18PM 19  Q.  Do you remember who that person was?

03:18PM 20  A.  Yes.

03:18PM 21  Q.  Who was it?

03:18PM 22  A.  Marcus Hatten.

03:19PM 23  Q.  Okay.  Did Marcus Hatten have a nickname, or another name

03:19PM 24  he went by?

03:19PM 25  A.  Marcus Black.  Black Marcus.

USA v Bongiovanni - A.P. - Cooper/Direct - 2/20/24

9

03:19PM  1   Q.   Okay.  What did you do after you purchased the cocaine

03:19PM  2   from Marcus Black?

03:19PM  3   A.   I went back to Pharaoh's to meet Peter.

03:19PM  4   Q.   And about how much cocaine did you get for that couple

03:19PM  5   hundred dollars?

03:19PM  6   A.   It was -- sorry, what is it called?  Not a gram, what's

03:19PM  7   bigger -- not an ounce.  8 Ball.  Thank you.

03:19PM  8   Q.   Is there a -- is there a slang term called an 8 Ball that

03:19PM  9   relates to cocaine?

03:19PM  10  A.   Yes.

03:19PM  11  Q.   Okay.  And is an 8 Ball like a certain amount of cocaine?

03:19PM  12  A.   It's, like, 3 and a half grams, I think, of it, or around

03:19PM  13  there or something.

03:19PM  14  Q.   And so is it your recollection that you purchased an

03:19PM  15  8 Ball of cocaine from Marcus Black?

03:20PM  16  A.   Yes.

03:20PM  17  Q.   Where did you bring the cocaine?

03:20PM  18  A.   Back to Pharaoh's.

03:20PM  19  Q.   Who did you give it to?

03:20PM  20  A.   Peter.

03:20PM  21  Q.   What did you -- did you observe what he did with it?

03:20PM  22  A.   I think he put it in his pocket.

03:20PM  23  Q.   Okay.  Did you use cocaine with Peter Gerace that night?

03:20PM  24  A.   Yes.

03:20PM  25  Q.   Was it the cocaine that you had just gone and purchased

03:20PM   1   for him?

03:20PM   2   A.   Yes.

03:20PM   3   Q.   Was that just the two of you, or were other people

03:20PM   4   present for that cocaine use?

03:20PM   5   A.   I believe it was us two.  I don't know if there was

03:20PM   6   anyone else.

03:20PM   7   Q.   Do you remember where in the club that happened?

03:20PM   8   A.   I believe we went upstairs.

03:20PM   9   Q.   Can you just describe for the jury, when you say I

03:20PM  10   believe we went upstairs, what's the layout of Pharaoh's like

03:20PM  11   for the jury?

03:20PM  12   A.   So if you're walking in as a customer, you walk into

03:20PM  13   where they check your ID.  When you walk past there, the

03:20PM  14   stage is right to your left, the bar is to your right.  And

03:21PM  15   then if you go past the bar to the right, there's a hallway

03:21PM  16   that leads to the kitchen and office.  And before the office

03:21PM  17   is the upstairs.

03:21PM  18   Q.   Is that upstairs an area that's accessible to the general

03:21PM  19   public, like the stage area?

03:21PM  20   A.   No.

03:21PM  21   Q.   Who has access to the upstairs?

03:21PM  22   A.   Peter, and then when he was there, Don Parrino.

03:21PM  23   Q.   What was Don Parrino's role as Pharaoh's?

03:21PM  24   A.   He was also an owner.

03:21PM  25   Q.   Did you know Don Parrino to use cocaine?

USA v Bongiovanni - A.P. - Cooper/Direct - 2/20/24

11

03:21PM   1    A.   No.

03:21PM   2    Q.   A moment ago, you told us about an individual named

03:21PM   3    Marcus Hatten or Marcus Black.   Did you ever see that

03:21PM   4    individual inside of Pharaoh's Gentlemen's Club?

03:21PM   5    A.   Lots of times.

03:21PM   6    Q.   Can you approximate how many -- is that, like, once a

03:21PM   7    week?   Once a month?

03:22PM   8    A.   Once every few weeks.

03:22PM   9    Q.   You told us about one instance of purchasing cocaine from

03:22PM  10    Black, but have you ever purchased cocaine from Marcus Black

03:22PM  11    inside of Pharaoh's?

03:22PM  12    A.   Yes.

03:22PM  13    Q.   Do you know whether Gerace knew Marcus Black personally?

03:22PM  14    A.   Yes.

03:22PM  15    Q.   How do you know that?

03:22PM  16    A.   They were friends.

03:22PM  17    Q.   Based on your observations?

03:22PM  18    A.   Yeah, they had each other's numbers.   He -- they knew

03:22PM  19    each other.   Any time that Marcus was in Pharaoh's, they were

03:22PM  20    hanging out.   I can go beyond that and say there's times

03:22PM  21    where we all hung out.

03:22PM  22    Q.   Okay.   So based on your own observations, used seen

03:22PM  23    Gerace interact with Marcus?

03:22PM  24    A.   Yes.

03:22PM  25    Q.   And you believe them to be friends?

USA v Bongiovanni - A.P. - Cooper/Direct - 2/20/24

12

03:22PM   1   A.  Yes.

03:22PM   2   Q.  A.P., did you ever sell cocaine?

03:23PM   3   A.  Yes.

03:23PM   4   Q.  Did you sell cocaine at Pharaoh's Gentlemen's Club?

03:23PM   5   A.  Yes.

03:23PM   6   Q.  Can you tell the jury a little bit about that?

03:23PM   7   A.  At one point, I decided to buy a large amount of cocaine

03:23PM   8   and to cover my own habit, and then to sell it to any of the

03:23PM   9   girls that were working.  And if there was a customer I knew

03:23PM  10   that was coming in that spent a lot of time in the back with

03:23PM  11   me, I would sell it to them as well to get them to stay and

03:23PM  12   spend more money.

03:23PM  13   Q.  Did you make $1 million selling cocaine as Pharaoh's?

03:23PM  14   A.  No.

03:23PM  15   Q.  Were you getting rich?

03:23PM  16   A.  No.

03:23PM  17   Q.  How much cocaine were you using at that time in your life

03:23PM  18   per day?

03:23PM  19   A.  At least a gram a day.

03:23PM  20   Q.  Is that an expensive habit?

03:23PM  21   A.  Yeah, a gram then was $50.

03:24PM  22   Q.  Did you ever have drugs fronted to you?

03:24PM  23   A.  Yes.

03:24PM  24   Q.  What does it mean?  Describe that for the jury, to have

03:24PM  25   drugs fronted to you.

03:24PM  1    A.  When you're not able to pay for the drugs, you don't have

03:24PM  2    enough money, you can ask them to give it to you, and you try

03:24PM  3    to give them a timely manner when you can pay them back.

03:24PM  4    Q.  Is that just like getting drugs on credit, basically?

03:24PM  5    A.  Yeah.

03:24PM  6    Q.  Okay.  Now, earlier in your direct examination, you

03:24PM  7    mentioned that at some point you carried on a relationship

03:24PM  8    with Peter Gerace; is that correct?

03:24PM  9    A.  Correct.

03:24PM  10   Q.  Okay.  So you met him a few months after you started

03:24PM  11   working there.  When did this relationship begin?

03:24PM  12   A.  Pretty sure just kind of immediately after I -- you know,

03:24PM  13   really met him, within a few weeks I would say.

03:25PM  14   Q.  And how long did that last?

03:25PM  15   A.  We dated steady for about four to five months

03:25PM  16   exclusively.  And then on and off for the next six years that

03:25PM  17   I was around him.

03:25PM  18   Q.  Were you working at Pharaoh's that whole time, the four

03:25PM  19   to five months that you were steadily dating him?

03:25PM  20   A.  Yes.

03:25PM  21   Q.  Okay.  And then you mentioned the whole period of time

03:25PM  22   about six years on and off; is that correct?

03:25PM  23   A.  Yes.

03:25PM  24   Q.  Were you working at Pharaoh's that whole time?

03:25PM  25   A.  Yes.

03:25PM    1    Q.   Okay.  Did you ever get caught selling cocaine or having

03:25PM    2    cocaine at Pharaoh's Gentlemen's Club?

03:25PM    3    A.   Yes.

03:25PM    4    Q.   Can you describe that?  Who caught you?

03:25PM    5    A.   There was a manager, his name is Chris Chudy.  He didn't

03:25PM    6    particularly care for me.  So any -- anything he could do to

03:25PM    7    try to get me out, he made it his job.

03:25PM    8         And one night, I had picked up an ounce from

03:26PM    9    someone, and I split it up into halves, and decided to go

03:26PM   10    into Pharaoh's and leave half of it there for when I was

03:26PM   11    going to be working again, and when -- I had a dressing room

03:26PM   12    there, so I was able to lock it up.

03:26PM   13         And when I left, Chris Chudy went in and found it

03:26PM   14    and dumped it down the toilet, removed all of my things and

03:26PM   15    the other girl that was in the locker with me -- or, the --

03:26PM   16    I'm sorry, the dressing room with me.  Put all of our stuff

03:26PM   17    to the door, and we were told that we couldn't work there

03:26PM   18    anymore.

03:26PM   19    Q.   Were you fired?

03:26PM   20    A.   Yes.

03:26PM   21    Q.   What was your understanding of who fired you?

03:26PM   22    A.   Chris, the manager, fired me.

03:26PM   23    Q.   After you were fired, were you able to immediately go

03:26PM   24    back and start working at Pharaoh's?

03:26PM   25    A.   No.

03:27PM  1   Q.  Okay.  Did there come a time when you were able to go

03:27PM  2   back and start working at Pharaoh's?

03:27PM  3   A.  Yes.

03:27PM  4   Q.  Can you describe for the jury how that played out?

03:27PM  5   A.  So, Chris, after he found the cocaine and dumped it, told

03:27PM  6   the other owner, Don Parrino.  And he wasn't a fan of any

03:27PM  7   kind of drugs like that.  So, I wasn't allowed to work there,

03:27PM  8   I wasn't allowed in there to drink or to be a patron even

03:27PM  9   though I was on and off dating Peter at the time, he wasn't

03:27PM  10  allowed to be at Pharaoh's in the building.  I forget exactly

03:27PM  11  what the issues were between him and Don are, if he had legal

03:27PM  12  issues, but he wasn't able to put his voice in to say I could

03:27PM  13  work there or be there.  He had no control over the

03:27PM  14  situation, so --

03:27PM  15  Q.  So, describe for the jury how you were able to get

03:28PM  16  back --

03:28PM  17  A.  Oh, I'm sorry.

03:28PM  18  Q.  -- to work -- that's okay.

03:28PM  19  A.  So, when he was allowed back into Pharaoh's, I was able

03:28PM  20  to go back.  I did sneak in one time.  We did a Pharaoh's

03:28PM  21  golf tournament, and we were out in the sun all day.  We were

03:28PM  22  going somewhere after.  They had snuck me in through the back

03:28PM  23  door to take a shower upstairs with a couple other girls.

03:28PM  24      And Don Parrino's wife, Adele, had caught wind that I was

03:28PM  25  in the building.  I think Chris Chudy was there, and called

03:28PM   1   them or something.  And they made a big stink about it.  And

03:28PM   2   I had to leave.

03:28PM   3       But, shortly after that, Peter was allowed into

03:28PM   4   Pharaoh's, and he was able to go back.

03:28PM   5   Q.  So once Peter got back in control of Pharaoh's, were you

03:28PM   6   allowed to go back and continue working there?

03:28PM   7   A.  Yes.

03:28PM   8   Q.  Do you know an individual name Joseph Bongiovanni?

03:29PM   9   A.  I know of him, who he is.

03:29PM  10   Q.  Okay.  So, let me clarify.  Are you close personal

03:29PM  11   friends with him?

03:29PM  12   A.  No.

03:29PM  13   Q.  But do you know the name?

03:29PM  14   A.  I do.

03:29PM  15   Q.  How do you know an individual name Joseph Bongiovanni?

03:29PM  16   A.  I was introduced to him one night at Pharaoh's through

03:29PM  17   Peter.

03:29PM  18   Q.  Can you describe the -- kind of the context of how that

03:29PM  19   played out for the jury?

03:29PM  20   A.  I don't remember if I was working or socializing.  I just

03:29PM  21   remember being introduced to him, shaking his hand, and just

03:29PM  22   kind of drinking with everybody and hanging out.

03:29PM  23       I don't think we had a conversation.  Just hi, how are

03:29PM  24   you, nice to meet you.

03:29PM  25   Q.  Did Peter introduce you to Joe and tell you Joe's name?

03:29PM   1   A.   Yes.

03:29PM   2   Q.   Did you socialize with them at least briefly?

03:29PM   3   A.   Hi, how are you, kind of thing.  Nothing more than that.

03:30PM   4   Q.   Did you know when you met Bongiovanni what he did for

03:30PM   5   work?

03:30PM   6   A.   I think he might have mentioned that either before or

03:30PM   7   after, I'm not sure.

03:30PM   8   Q.   Who's the "he" in that sentence?

03:30PM   9   A.   I'm sorry, Peter.

03:30PM   10   Q.   That's okay.  What did Peter mention?

03:30PM   11   A.   I mean, at some point, I was given a card that had Joe's

03:30PM   12   name on it that said he was a DEA agent.  And Peter told me

03:30PM   13   that if I --

03:30PM   14        **MR. SINGER:**  Objection, hearsay.

03:30PM   15        **MR. COOPER:**  Judge, can we approach?

03:30PM   16        **THE COURT:**  Sure.

03:30PM   17        (Sidebar discussion held on the record.)

03:30PM   18        **THE COURT:**  So why is this not coconspirator

03:30PM   19   statement?

03:30PM   20        **MR. SINGER:**  I guess I'm interested to find out as to

03:30PM   21   why.  Just because Peter Gerace said something doesn't mean

03:30PM   22   that it's made in furtherance of the conspiracy.

03:31PM   23        **THE COURT:**  So why don't we do a proffer.  We're

03:31PM   24   supposed to do this anyway, right?  We're supposed to proffer

03:31PM   25   this sort of stuff before.  Go ahead.

03:31PM  1      **MR. COOPER:**  So I was not trying to violate that

03:31PM  2   proffer rule.  My view would be --

03:31PM  3      **MR. SINGER:**  I didn't think so.

03:31PM  4      **MR. COOPER:**  I appreciate that.

03:31PM  5      My view of the statement is that it's a command, and

03:31PM  6   so commands are not hearsay.  So it's not hearsay.

03:31PM  7      **THE COURT:**  We don't know what she's gonna say, do

03:31PM  8   we?

03:31PM  9      **MR. COOPER:**  Well, the defense knows what she's gonna

03:31PM  10  say because it's contained in her Jencks, but I --

03:31PM  11     **THE COURT:**  What is she gonna say?

03:31PM  12     **MR. SINGER:**  She's gonna say something to the effect

03:31PM  13  of Peter gave this to me, and that he mentioned like, hey,

03:31PM  14  here's a get-out-of-jail free card, or something along those

03:31PM  15  lines.  That's what I expect she'll say.

03:31PM  16     **MR. COOPER:**  Call this number if you get in trouble,

03:31PM  17  is what I anticipate the witness's testimony will be.  Which

03:31PM  18  is why I viewed it that way.  But I certainly --

03:31PM  19     **THE COURT:**  That's not -- why don't we do a proffer.

03:31PM  20  Why don't we do a proffer.

03:31PM  21     **MR. COOPER:**  Okay.

03:31PM  22     **THE COURT:**  Okay?

03:31PM  23     (Sidebar discussion ended.)

03:31PM  24     **THE COURT:**  Okay, folks, we have to do a little legal

03:32PM  25  work.  It shouldn't take very long.  But I'm going to excuse

Case 1:19-cr-00227-LJV-MJR   Document 912   Filed 05/05/24   Page 19 of 43
USA v Bongiovanni - A.P. - Cooper/Proffer - 2/20/24

19

03:32PM   1   you for just a few minutes until we're done.

03:32PM   2           So remember my instructions.  Don't talk about the

03:32PM   3   case, don't make up your minds.  See you in a few minutes.

03:32PM   4           (Jury excused at 3:32 p.m.)

03:32PM   5           **THE COURT:**  Okay.  You can sit down, ma'am.  And

03:32PM   6   we're going to do what's called a proffer, so that

03:32PM   7   Mr. Cooper's going to ask you some questions.  We're going to

03:32PM   8   ask just as if the jury were present, so I get to hear what

03:32PM   9   you're going to say, and I can decide whether it's appropriate

03:32PM   10  or not.  Okay?

03:32PM   11          **THE WITNESS:**  Okay.

03:33PM   12          (Jury not present.)

03:33PM   13          **BY MR. COOPER:**

03:33PM   14  Q.  A.P., you started to finish a sentence, and then there

03:33PM   15  was an objection.  Do you remember where your train of

03:33PM   16  thought was headed?

03:33PM   17  A.  Yeah.

03:33PM   18  Q.  Can you finish that sentence?

03:33PM   19  A.  Sure.  So I was given a business card that had Joe's name

03:33PM   20  on it.  It was blue and white, stating he was a DEA agent.

03:33PM   21  And Peter told me that if I had gotten into trouble, that I

03:33PM   22  could use it to try to get out of trouble.

03:33PM   23          **MR. COOPER:**  Do you want me to continue to ask more

03:33PM   24  questions, Judge?

03:33PM   25          **THE COURT:**  Well, if there's going to be more of this

03:33PM  1    sort of stuff, yes.  If there's more coconspirator

03:33PM  2    statements --

03:33PM  3              MR. COOPER:  That's the only statement that I

03:33PM  4    expected to come out.  So --

03:33PM  5              THE COURT:  Okay.  Mr. Singer?

03:33PM  6              MR. SINGER:  Sorry, Judge, just give me one moment.

03:34PM  7         I just have one brief voir dire question of the

03:34PM  8    witness on this, Judge.

03:34PM  9              THE COURT:  Sure, absolutely.

03:34PM  10

03:34PM  11              **VOIR-DIRE EXAMINATION BY MR. SINGER:**

03:34PM  12   Q.  Ms. A.P., do you remember speaking with the Federal

03:34PM  13   Bureau of Investigation back in December of 2022 regarding

03:34PM  14   the business card you were given by Mr. Gerace?

03:34PM  15   A.  Yeah.

03:34PM  16   Q.  And do you remember sitting down with agents and talking

03:34PM  17   to them about what it was that Mr. Gerace supposedly said to

03:34PM  18   you at that point in time?

03:34PM  19   A.  I don't know.

03:34PM  20   Q.  If I handed you a copy of the FBI report on your

03:34PM  21   conversation, would that refresh your memory as to that?

03:34PM  22   A.  Sure.

03:34PM  23   Q.  Sure.  So I'm going to hand you a copy of what's been

03:35PM  24   marked as Government Exhibit 3505B-1?

03:35PM  25              THE COURT:  3505, B as in boy, 1?

03:35PM  1      **MR. SINGER:**  Correct, Judge.

03:35PM  2          **BY MR. SINGER:**

03:35PM  3  Q.  I just direct your attention to that part as bracketed in

03:35PM  4  the green pen.  When you've had an opportunity to look at

03:35PM  5  that and read through it, please look up at me before you

03:35PM  6  answer any other questions.

03:35PM  7  A.  I would never say that I got his card from a law

03:35PM  8  enforcement officer.

03:35PM  9  Q.  Let me just take that away from you before you answer.

03:35PM  10         **THE COURT:**  Let him ask you questions, ma'am.

03:35PM  11         **BY MR. SINGER:**

03:35PM  12  Q.  Have you had enough time to review it?  Or do you want to

03:35PM  13  read through it again?  We're not in any rush, so --

03:36PM  14  A.  Yeah, I'm okay.

03:36PM  15  Q.  Okay.  So I'll take that exhibit away from you.

03:36PM  16     Does that help refresh your memory as to what you told

03:36PM  17  law enforcement that day?

03:36PM  18  A.  No, because I didn't -- I don't remember saying that at

03:36PM  19  all.  Why -- who is -- a law enforcement agent?

03:36PM  20  Q.  So you don't recall saying anything to the effect of, and

03:36PM  21  I quote, and this quoted inside of the exhibit, quote, if you

03:36PM  22  ever get in trouble, here you go.  When you're referring to

03:36PM  23  what Mr. Gerace told you when you received --

03:36PM  24  A.  I just said that, didn't I --

03:36PM  25         **MR. COOPER:**  Objection.

03:36PM   1          **THE COURT:**  Hang.  Stop, stop, stop, please.

03:36PM   2          Go ahead.

03:36PM   3          **MR. COOPER:**  I object.  This is an improper

03:36PM   4   impeachment.  There's no purpose of impeaching a witness

03:36PM   5   during a legal proffer for a judge to make an assessment of

03:36PM   6   whether the testimony the witness offered satisfies

03:37PM   7   foundational requirements.  He's free to cross-examine the

03:37PM   8   witness obviously, but this isn't the time for it.

03:37PM   9          **THE COURT:**  I don't see any inconsistency between

03:37PM  10   what she told Mr. Cooper and what she just told you.

03:37PM  11          **MR. SINGER:**  And so I guess if we're --

03:37PM  12          **THE COURT:**  Hang on.  We can excuse the witness if we

03:37PM  13   need to for the argument, or you guys can come up to the bench

03:37PM  14   and we can talk about it.  Your call, Mr. Singer.

03:37PM  15          **MR. SINGER:**  No, I think we can probably come up to

03:37PM  16   the bench, Judge.  We don't have to the excuse the witness.

03:37PM  17          (Sidebar discussion held on the record.)

03:37PM  18          **MR. SINGER:**  So, again, my -- my objection is based

03:37PM  19   on hearsay, Judge.

03:37PM  20          Mr. Cooper and the government phrased this as being

03:37PM  21   some type of command.  I don't think there's any dispute as we

03:37PM  22   just established that what was told to the witness was if you

03:37PM  23   ever get in trouble, here you go.  It wasn't a command of if

03:37PM  24   you get in trouble, call this number, Ms. A.P..

03:37PM  25          **THE COURT:**  Why isn't he -- why is that any

03:38PM    1    different?  Why does that make it hearsay as opposed to a

03:38PM    2    statement?  I'm having a hard time -- what's the -- what is

03:38PM    3    the -- the factual statement, the truth of which is being

03:38PM    4    offered?

03:38PM    5           MR. SINGER:  So the truth of it is that it's being

03:38PM    6    offered to make some type of link between Peter Gerace and

03:38PM    7    Mr. Bongiovanni and the conspiracy itself.  That's --

03:38PM    8    that's --

03:38PM    9           THE COURT:  But what is the hearsay statement?  What

03:38PM   10    is hearsay?

03:38PM   11           MR. SINGER:  The hearsay is, is Peter Gerace making

03:38PM   12    that statement, it's an out-of-court statement the

03:38PM   13    government's offering to show the jury that it was made for

03:38PM   14    the truth of the matter asserted, which was there was --

03:38PM   15           THE COURT:  Okay.  What's the truth of the matter

03:38PM   16    asserted?

03:38PM   17           MR. SINGER:  Which is that there was a conspiracy

03:38PM   18    that exists between Peter Gerace and Joseph Bongiovanni.

03:38PM   19           THE COURT:  What is the truth of the matter asserted?

03:38PM   20    What's the truth of the hearsay statement?

03:38PM   21           MR. SINGER:  The truth is that at that point in time,

03:38PM   22    so, if you go back to the indictment, Judge, at that point in

03:39PM   23    time, the government has alleged in the indictment that

03:39PM   24    there's a conspiracy ongoing.

03:39PM   25           THE COURT:  I understand that.

03:39PM   1          **MR. SINGER:**  Conspiracy.

03:39PM   2          **THE COURT:**  But for it to be hearsay, Mr. Singer, the

03:39PM   3   statement has to be offered for the truth of the statement.

03:39PM   4   So what's the truth?  So, the fact that Gerace hands her a

03:39PM   5   card and says this is a get-out-of-jail-free card, use this if

03:39PM   6   you get in trouble.  What's the truth?

03:39PM   7          The truth would that be she could use it if she gets

03:39PM   8   in trouble?  That's not the point of it.  The point is that

03:39PM   9   Gerace told her that, and that's not hearsay.

03:39PM   10          The fact that Gerace told her is not hearsay, right?

03:39PM   11   The witness is testifying to a statement that was made to her,

03:39PM   12   so that's not hearsay.

03:39PM   13          **MR. SINGER:**  Right.  But that is, that statement,

03:39PM   14   Judge, was made to her out of court --

03:39PM   15          **THE COURT:**  Yes.

03:39PM   16          **MR. SINGER:**  -- now it's being offered in court to

03:39PM   17   prove the truth of what the government's asserting, which is

03:39PM   18   that this conspiracy exists.

03:39PM   19          **THE COURT:**  No, no.  But, if he said I'm in a

03:40PM   20   conspiracy with Joseph Bongiovanni, then you'd be right

03:40PM   21   because now we have a statement that's being offered for its

03:40PM   22   truth.

03:40PM   23          What is the statement, here's a card, use it if you

03:40PM   24   get in trouble.  What truth of that statement is it being

03:40PM   25   offered for?

03:40PM   1            **MR. SINGER:**  It's being offered to prove the

03:40PM   2   connection between Gerace and Bongiovanni --

03:40PM   3            **THE COURT:**  But that's not hearsay.  Now you're

03:40PM   4   arguing something different.  You're not arguing hearsay now.

03:40PM   5            **MR. SINGER:**  No, I -- so I would agree with you,

03:40PM   6   Judge.  This statement is not as explicit as the hypothetical

03:40PM   7   you just posed, which is, hey, I'm in a conspiracy with Joe

03:40PM   8   Bongiovanni.  Right?  Like, it's not that explicit.

03:40PM   9            But it's still hearsay, and it's still being offered

03:40PM   10   for the truth of the matter asserted, which in the

03:40PM   11   government's situation is that they are coconspirators, and

03:40PM   12   Bongiovanni is in cahoots with Gerace, and therefore, when

03:40PM   13   this business card is hand over to someone else, it's hey,

03:40PM   14   like, I know Joe, and he's one of my connects, and as a

03:41PM   15   result, like, you use this to get yourself out of trouble.

03:41PM   16            That's why it's being offered, Judge.  It's not being

03:41PM   17   offered for any other purpose other than that.

03:41PM   18            The government wouldn't be offering it for any other

03:41PM   19   purpose because it wouldn't be relevant if it wasn't offered

03:41PM   20   for that purpose.

03:41PM   21            I'm assuming that the government is going to claim

03:41PM   22   relevance of this to show that they were in cahoots with each

03:41PM   23   other.

03:41PM   24            **MR. COOPER:**  It's super relevant, I 100 percent

03:41PM   25   agree.  But defense counsel can't detach you from the facts of

03:41PM    1    what she just said, which not a hearsay statement.  It's just

03:41PM    2    not.  The court knows it's not.  You've said it eight times, I

03:41PM    3    don't have to --

03:41PM    4         **THE COURT:**  Yeah, I agree with that, Mr. Singer.  If

03:41PM    5    that's your objection, it's overruled.

03:41PM    6         **MR. SINGER:**  So I guess what I renew is on a 403

03:41PM    7    objection, Judge.  You know, on top of -- I realize you've

03:41PM    8    ruled against me on the hearsay objection, but on top of the

03:41PM    9    hearsay objection I've made, it's also misleading, and it's

03:41PM   10    also confusing the issues.

03:42PM   11         The fact that this business card was handed, and I

03:42PM   12    think part of the problem is, is that, and this is where the

03:42PM   13    witness got into it a little bit when I tried to refresh her

03:42PM   14    recollection with what she originally told the FBI as opposed

03:42PM   15    to today, is that she remembers being handed some type of card

03:42PM   16    from law enforcement first, doesn't know who it is, and then

03:42PM   17    Mr. Gerace makes this comment.  And then later on she suddenly

03:42PM   18    remembers, oh, this is Bongiovanni's card.  And then tries to

03:42PM   19    draw that.

03:42PM   20         And that's part of the problem, Judge, is that it

03:42PM   21    confuses the issues.  It's misleading in the respect that

03:42PM   22    simply saying here's a card, and you know, like, call somebody

03:42PM   23    if you need help, that doesn't imply anything about whether

03:42PM   24    they're in a conspiracy or not, it doesn't apply --

03:42PM   25         **THE COURT:**  And you can argue that when you

03:42PM  1   cross-examine on it.  That's not a reason to keep it out.

03:42PM  2         **MR. SINGER:**  Very well.

03:42PM  3         (End of sidebar discussion.)

03:43PM  4         **THE COURT:**  Okay.  So, Mr. Cooper, if that's the end

03:43PM  5   of the proffer, we can bring the jury back.

03:43PM  6         **MR. COOPER:**  Thank you.  Judge.

03:43PM  7         And Judge, would you like the witness to know your

03:43PM  8   ruling on the -- she can answer that question, right?

03:43PM  9         **THE COURT:**  Yeah.

03:43PM  10        **MR. COOPER:**  Okay.

03:43PM  11        (Jury seated at 3:43 p.m.)

03:44PM  12        **THE COURT:**  Okay.  So, the -- I don't know that there

03:44PM  13   was an objection, formal objection made.  Mr. Singer did some

03:44PM  14   voir dire of the witness, and now that's ended.

03:44PM  15        You may ask the next question.

03:44PM  16        **MR. COOPER:**  Okay.  Thank you, Judge.

03:44PM  17

03:44PM  18        **CONTINUED DIRECT EXAMINATION BY MR. COOPER:**

03:44PM  19   Q.  Ms. A.P., a moment ago, you were testifying about

03:44PM  20   receiving a business card with Joseph Bongiovanni's name on

03:45PM  21   it.  Who gave that you have business card?

03:45PM  22   A.  Peter Gerace.

03:45PM  23   Q.  Okay.  And was that around the same time that you met

03:45PM  24   Bongiovanni in person?

03:47PM  25   A.  Around.

03:47PM   1   Q.  Okay.  And what did Peter Gerace say to you when he gave

03:47PM   2   you Joseph Bongiovanni's business card?

03:47PM   3   A.  He said that if I ever got in trouble, that I could use

03:47PM   4   it to help me get out of trouble.

03:47PM   5   Q.  Okay.  Now, was that after you had picked up cocaine from

03:47PM   6   Marcus Black and brought it back to Peter Gerace?

03:47PM   7   A.  No.  Oh, I guess, yeah, I'm sorry.  I mean, it wasn't the

03:47PM   8   same night.

03:47PM   9   Q.  Oh, sure.  And let me clarify that question.  The very

03:47PM   10  first night you met Peter, you went and bought cocaine from

03:47PM   11  Marcus Black and delivered it to Peter, right?

03:47PM   12  A.  Yes.

03:47PM   13  Q.  Okay.  This meeting Bongiovanni, that didn't happen that

03:47PM   14  same night, right?

03:47PM   15  A.  No.

03:47PM   16  Q.  So Peter knew that you used cocaine, right?

03:47PM   17  A.  Yes.

03:47PM   18  Q.  Because you had done it together, right?

03:47PM   19  A.  Right.

03:47PM   20  Q.  And you testified a little earlier that you had been

03:47PM   21  selling cocaine at Pharaoh's, right?

03:47PM   22  A.  Yes.

03:47PM   23  Q.  Okay.  Did you keep that business card?

03:47PM   24  A.  For a long time, yeah.

03:47PM   25  Q.  Do you still have it now?

03:47PM   1   A.   No.

03:47PM   2           **MR. COOPER:**  Just one second, please, Judge.

03:47PM   3           I have no further questions, Judge.  Thank you.

03:47PM   4           **THE COURT:**  Cross?

03:47PM   5

03:47PM   6               **CROSS-EXAMINATION BY MR. SINGER:**

03:47PM   7   Q.   Hi, Ms. A.P..

03:47PM   8   A.   Hi.

03:47PM   9   Q.   Did I pronounce your name correctly?

03:47PM  10   A.   You did a good job.

03:47PM  11   Q.   Thank you very much.

03:47PM  12        So testified earlier that you worked at Pharaoh's

03:47PM  13   Gentlemen's Club somewhere between 2007 to 2013?

03:47PM  14   A.   Correct.

03:47PM  15   Q.   And you were employed as a dancer there?

03:47PM  16   A.   I did pretty much everything.  I was a dancer, bartended,

03:47PM  17   waitress, shot girl.

03:47PM  18   Q.   And your employment at Pharaoh's between that time

03:47PM  19   period, 2007 to 2013, it wasn't continuous, correct?

03:47PM  20   A.   What do you mean, for all those years and --

03:47PM  21   Q.   Yeah.  So, you roughly worked at Pharaoh's between 2007

03:47PM  22   to 2013, right?

03:47PM  23   A.   Yes.

03:47PM  24   Q.   But there was a time where you mentioned that it was

03:47PM  25   Chris Chudy, who was one of the managers, he caught you with

03:47PM    1    cocaine?

03:47PM    2    A.   Yeah.

03:47PM    3    Q.   And he fired you?

03:47PM    4    A.   Correct.

03:47PM    5    Q.   And how long of a period of time were you out of work at

03:47PM    6    Pharaoh's at that point?

03:47PM    7    A.   I don't recall how many -- how long it took for me to get

03:47PM    8    back in.  But working as a dancer, you're an independent

03:47PM    9    contractor, so I don't have a schedule.  I don't have to show

03:47PM   10    up.  I could take a month off if I want and come back in.  I

03:47PM   11    could do whatever I wanted, basically to that, you know,

03:47PM   12    creating my only schedule.  So it was just being off as I

03:48PM   13    wanted it.  The only difference would be when I was

03:48PM   14    bartending and waitressing, you actually to show up for your

03:48PM   15    scheduled shift.

03:48PM   16    Q.   Okay.  And you did a lot of different jobs over the

03:48PM   17    course of that time period?

03:48PM   18    A.   Mostly the bartending and waitressing, when Peter and I

03:48PM   19    were exclusive for those four to five months.  He didn't want

03:48PM   20    me dancing.

03:48PM   21    Q.   And you started dating Peter Gerace in 2007?

03:48PM   22    A.   Yes.

03:48PM   23    Q.   So that four- or five-month period was in 2007?

03:48PM   24    A.   Yes.

03:48PM   25    Q.   But then after you guys broke up, and no longer were

03:48PM   1   exclusive, you -- your hours were a little more varied; is

03:48PM   2   that fair to say?

03:48PM   3   A.   Yeah.   Um-hum.   Yes.

03:48PM   4   Q.   There was this period of time where you were not allowed

03:48PM   5   back into Pharaoh's based on what Chris Chudy found, correct?

03:48PM   6   A.   Correct.

03:48PM   7   Q.   And I think during that time period, you weren't allowed

03:48PM   8   in Pharaoh's, you still had to pay the bills, right?

03:48PM   9   A.   Sure.

03:48PM   10   Q.   So you're working at other clubs around the area?

03:49PM   11   A.   I was.   I also bartended at different bars on Chippewa.

03:49PM   12   Yeah.

03:49PM   13   Q.   And I know this is several years ago, it might be

03:49PM   14   difficult to narrow it down, but roughly speaking, we're not

03:49PM   15   talking about a matter of weeks that you weren't allowed back

03:49PM   16   at Pharaoh's, we're talking more months, correct?

03:49PM   17   A.   Yes, um-hum.

03:49PM   18   Q.   Okay.   So, you spoke earlier about using cocaine at

03:49PM   19   Pharaoh's Gentlemen's Club.   You used Pharaoh's by

03:49PM   20   yourself -- sorry, you used at Pharaoh's by yourself; is that

03:49PM   21   right?

03:49PM   22   A.   By myself, or with others.

03:49PM   23   Q.   Okay.   And one of the people that you mentioned that you

03:49PM   24   also used with at Pharaoh's was Peter Gerace?

03:49PM   25   A.   Correct.

03:49PM  1  Q.  Okay.  And do you recall time using with Peter Gerace and

03:49PM  2  also a friend by the name of Phil who was traveling in from

03:49PM  3  Las Vegas?

03:49PM  4  A.  Yes.

03:49PM  5  Q.  And you talked a little bit about your abuse of

03:50PM  6  narcotics, that started in 2007 roughly?

03:50PM  7  A.  Yes.

03:50PM  8  Q.  When you started working at Pharaoh's?

03:50PM  9  A.  Um-hum.  Yes.

03:50PM  10  Q.  You mentioned that you used cocaine at that period of

03:50PM  11  time, correct?

03:50PM  12  A.  Yes.

03:50PM  13  Q.  Were you using marijuana as well?

03:50PM  14  A.  Yes.

03:50PM  15  Q.  Were you using alcohol?

03:50PM  16  A.  Yes.

03:50PM  17  Q.  Were you using any other substances?

03:50PM  18  A.  No.

03:50PM  19  Q.  So, with regard to the cocaine that you were using at

03:50PM  20  that time, fair to say that you had roughly a 1-gram-per-day

03:50PM  21  habit for cocaine?

03:50PM  22  A.  At least, yeah.

03:50PM  23  Q.  Were there times when it was in excess of 1 gram a day?

03:50PM  24  A.  Yes.

03:50PM  25  Q.  How about with marijuana, how frequently were you smoking

03:50PM    1    marijuana during that time period?

03:50PM    2    A.   Couple times a day.

03:50PM    3    Q.   And when you would use marijuana and smoke it, would you

03:50PM    4    use a marijuana cigarette or a joint?  Would it be something

03:50PM    5    else?

03:50PM    6    A.   A blunt, or sometimes like a bowl glass piece.

03:50PM    7    Q.   Okay.  And as far as alcohol is concerned, how much were

03:50PM    8    you drinking during that time period?

03:50PM    9    A.   A lot.

03:51PM   10    Q.   Would it be something that you would drink alcohol at

03:51PM   11    night when you were at the club?  Or was it something where

03:51PM   12    you would drink during the day, too?

03:51PM   13    A.   No, never during the day.  Just when I got there, I would

03:51PM   14    have a drink and then continue.

03:51PM   15    Q.   And you would be drinking alcohol at the same time that

03:51PM   16    you were taking marijuana and cocaine?

03:51PM   17    A.   Not so much the marijuana.  But, you know, drinking, if

03:51PM   18    you use cocaine, you are able to drink more, be more alert,

03:51PM   19    party longer.  So as soon as you -- I would start to maybe

03:51PM   20    feel a little more on the drunk side, I would to kind of

03:51PM   21    counteract it out.

03:51PM   22    Q.   Okay.  Would you agree with me that when you're using

03:51PM   23    substances like that in those types of amounts, it's gonna

03:51PM   24    have some effect on your memory?

03:52PM   25    A.   Sure.

USA v Bongiovanni - A.P. - Singer/Cross - 2/20/24

03:52PM   1   Q.   And, so, you know, fair to say when you're perceiving

03:52PM   2   events that happened between 2007 and 2013 when you're

03:52PM   3   working at Pharaoh's, since you're using alcohol and cocaine

03:52PM   4   and other things, you may not always remember everything

03:52PM   5   perfectly, right?

03:52PM   6   A.   Sure.

03:52PM   7   Q.   So, one of the things you testified to was that you claim

03:52PM   8   that you've seen Mr. Bongiovanni at Pharaoh's Gentlemen's

03:52PM   9   Club in the past, correct?

03:52PM   10   A.   Yes.

03:52PM   11   Q.   And you mentioned that you saw him a few times at

03:52PM   12   Pharaoh's?

03:52PM   13   A.   Yes.

03:52PM   14   Q.   So this would have been in the period that you're dating

03:52PM   15   Peter Gerace in 2007?

03:52PM   16   A.   Yes.

03:52PM   17   Q.   And I think you observed Mr. Bongiovanni drinking at the

03:52PM   18   bar at Pharaoh's, is that one of the observations?

03:52PM   19   A.   Yes.

03:52PM   20   Q.   And you knew him to be somewhat of a friend of Peter

03:52PM   21   Gerace?

03:52PM   22   A.   Yes.

03:52PM   23   Q.   Did you see Peter Gerace ever socialize with Joseph

03:53PM   24   Bongiovanni when he was at Pharaoh's?

03:53PM   25   A.   Yes.

03:53PM   1   Q.  You saw him socialize with him?

03:53PM   2   A.  Yeah.  How else was he going introduce me?

03:53PM   3   Q.  So, talk to him?

03:53PM   4   A.  Yes.

03:53PM   5   Q.  They had conversations?

03:53PM   6   A.  I don't know if conversations, but they were talking.

03:53PM   7   Q.  Yeah.  And I guess, like, what I'm getting down to is

03:53PM   8   there was an introduction that Peter Gerace made to you

03:53PM   9   regarding Mr. Bongiovanni, correct?

03:53PM   10   A.  Correct.

03:53PM   11   Q.  He said, hey, this is Joe?

03:53PM   12   A.  Yeah.

03:53PM   13   Q.  And did you guys shake hands or anything like that?

03:53PM   14   A.  Yes.

03:53PM   15   Q.  And that was an introduction.  But as far as a

03:53PM   16   conversation, I think you testified earlier you didn't really

03:53PM   17   have a conversation with Joe, correct?

03:53PM   18   A.  Not much, no.  I don't recall if we did.

03:53PM   19   Q.  Just exchanging pleasantries, and that was about it?

03:53PM   20   A.  Yes.

03:53PM   21   Q.  Okay.  Did you ever see Mr. Bongiovanni using cocaine at

03:53PM   22   Pharaoh's Gentlemen's Club?

03:53PM   23   A.  No.

03:53PM   24   Q.  Did you ever see him going upstairs with Peter Gerace at

03:54PM   25   Pharaoh's Gentlemen's Club?

03:54PM   1   A.  No.

03:54PM   2   Q.  As far as the business card that you testified to, so

03:54PM   3   Mr. Gerace handed you this card, correct?

03:54PM   4   A.  Correct.

03:54PM   5   Q.  And this was not in the presence of Mr. Bongiovanni?

03:54PM   6   A.  No.

03:54PM   7   Q.  And he made that comment to you about, you think, use

03:54PM   8   this if you need to make a call?

03:54PM   9   A.  Correct.

03:54PM   10   Q.  Something to that effect.  I realize I didn't get it

03:54PM   11   perfect there, something to that effect?

03:54PM   12   A.  Um-hum.

03:54PM   13   Q.  And Mr. Bongiovanni didn't hand his business card to you,

03:54PM   14   right?

03:54PM   15   A.  No.

03:54PM   16   Q.  He never told you, hey, call me if you need any help?

03:54PM   17   A.  No.

03:54PM   18   Q.  And you've been interviewed by the FBI a number of times

03:54PM   19   in this case, correct?

03:54PM   20   A.  Correct.

03:54PM   21   Q.  To help investigate the case and prepare your testimony

03:54PM   22   here today?

03:54PM   23   A.  Correct.

03:54PM   24   Q.  And it wouldn't shock you to learn that you didn't

03:55PM   25   mention this business card situation the first time you

03:55PM  1   talked to FBI?

03:55PM  2   A.  No.

03:55PM  3   Q.  As far as your use of cocaine at the club, you testified

03:55PM  4   earlier that you used cocaine in the club, correct?

03:55PM  5   A.  Correct.

03:55PM  6   Q.  But you also talked about how you also dealt cocaine at

03:55PM  7   the club?

03:55PM  8   A.  Correct.

03:55PM  9   Q.  And, you know, you've met with prosecutors as well as

03:55PM  10  agents in this case regarding what happened at Pharaoh's,

03:55PM  11  correct?

03:55PM  12  A.  Correct.

03:55PM  13  Q.  And it wouldn't shock you to learn that you met with them

03:55PM  14  on four different occasions?

03:55PM  15  A.  I'm sorry?

03:55PM  16  Q.  Sure.  Let me repeat the question.

03:55PM  17      It wouldn't shock you to learn that you met with them on

03:55PM  18  four different occasions prior to today, correct?

03:55PM  19  A.  No.

03:55PM  20  Q.  Do you recall meeting with them in 2021?

03:55PM  21  A.  2021?  Yeah, I guess, yes.

03:55PM  22  Q.  Okay.  Do you remember that being the first time that you

03:55PM  23  met with them?

03:55PM  24  A.  I'm unsure of the first time I met with them, what date

03:55PM  25  it, was to be honest with you.

03:55PM    1    Q.  Okay.

03:55PM    2    A.  I know I've met once at a Tim Horton's, I know I've met a

03:56PM    3    couple times at the office, and here I am today.

03:56PM    4    Q.  Okay.  And in the time that you talked about your own

03:56PM    5    dealing of cocaine, that didn't come out until your last

03:56PM    6    meeting with the agents and prosecutors in this case,

03:56PM    7    correct?

03:56PM    8    A.  Correct.

03:56PM    9    Q.  So you withheld that information from them?

03:56PM   10    A.  I was never asked about it.  And it's something that

03:56PM   11    happened over 12 years ago, and I didn't find it to be

03:56PM   12    important.  I don't want to incriminate myself over this.  I

03:56PM   13    have changed my life around completely.  I'm clean.  I have

03:56PM   14    child that I have full custody of.  Nobody helped me.  I'm

03:56PM   15    just trying to be a good mom, and I don't want any -- I don't

03:56PM   16    want to get in any trouble.  And again, like I said, I wasn't

03:56PM   17    asked about it.

03:56PM   18    Q.  I understand.

03:56PM   19            **MR. SINGER:**  Judge, can we approach one moment?

03:56PM   20            (Sidebar discussion held on the record.)

03:57PM   21            **MR. SINGER:**  I didn't want to ask this without first

03:57PM   22    talking with you, but the witness made a statement that she's

03:57PM   23    clean now.  So we received discovery which indicated that

03:57PM   24    recently probation -- because she's on probation -- did an

03:57PM   25    inspection of her house, and they located secreted portion of

03:57PM 1     marijuana inside of a garbage can at her house.  So I'd like

03:57PM 2     to impeach her with the fact that they found that in her

03:57PM 3     house.  She just claimed under oath that she was clean, and I

03:57PM 4     don't think she is.

03:57PM 5         **MR. COOPER:**  There's no information that she used the

03:57PM 6     marijuana.  There's information that there was marijuana in

03:57PM 7     her house.

03:57PM 8         I can offer as a proffer to the Court when I

03:57PM 9     discussed this with the witness, it's my understanding that

03:57PM 10     she was dating an individual who stored it at her house and

03:57PM 11     hid it, because she had a probation search condition.

03:57PM 12         So, I -- it's not about her lying about using,

03:57PM 13     probation found weed in her house.  So I don't think it can be

03:57PM 14     used to make her look like a liar.

03:57PM 15         You can ask her the question were you smoking

03:57PM 16     marijuana back on whatever date?  And she's gonna say whatever

03:58PM 17     she says.

03:58PM 18         And then if that's inconsistent with some information

03:58PM 19     you have --

03:58PM 20         **THE COURT:**  So, I don't know what she means by

03:58PM 21     "clean," first of all, because someone using marijuana may

03:58PM 22     think the person is clean still.  And in some people's

03:58PM 23     estimation, they are.

03:58PM 24         **MR. SINGER:**  I realize not in this courtroom always,

03:58PM 25     but --

03:58PM 1          THE COURT:  Only because I have to.  Only because --

03:58PM 2          MR. SINGER:  I understand, Judge.

03:58PM 3          THE COURT:  -- personally I don't have a problem with

03:58PM 4    it.  But --

03:58PM 5          MR. COOPER:  To go into that now, to launch into

03:58PM 6    that, would be an attempt to defame her character.  Hey,

03:58PM 7    you're on probation.  And it is, Judge, it's improper at this

03:58PM 8    time.

03:58PM 9          THE COURT:  I agree with that.  But I think you can

03:58PM 10   ask her whether that it includes marijuana.

03:58PM 11         MR. COOPER:  There's no information that she smoked.

03:58PM 12   There's no information that she failed a drug test.  That's

03:58PM 13   not inconsistent with what she said.  It's just trying to

03:58PM 14   dirty her up, Judge.

03:58PM 15         THE COURT:  You don't have anything that she failed a

03:58PM 16   drug test, right?

03:58PM 17         MR. SINGER:  No, I don't have anything like that,

03:58PM 18   Judge.

03:58PM 19         THE COURT:  Then I don't think we can get into that.

03:59PM 20   You can ask her about marijuana, though.

03:59PM 21         MR. SINGER:  No, that's why I wanted to ask it up

03:59PM 22   here first.  Thank you.

03:59PM 23              (End of sidebar discussion.)

03:59PM 24         MR. SINGER:  Thank you very much, ma'am.  I have no

03:59PM 25   further questions.

03:59PM      1              **THE COURT:**  Any redirect?

03:59PM      2              **MR. COOPER:**  Yes, briefly, Judge.

03:59PM      3

03:59PM      4              **REDIRECT EXAMINATION BY MR. COOPER:**

03:59PM      5    Q.  A.P., you were asked some questions about your memory and

03:59PM      6    your ability to recall; do you remember those questions?

03:59PM      7    A.  I do.

03:59PM      8    Q.  Okay.  Do you feel like being here today?

03:59PM      9    A.  Not particularly.

03:59PM     10    Q.  Were you excited about coming to testify in this trial?

03:59PM     11    A.  Not at all.

03:59PM     12    Q.  Has everything you told this jury been the truth?

03:59PM     13    A.  Yes.

03:59PM     14              **MR. COOPER:**  No further questions.

03:59PM     15              **THE COURT:**  Anything more?

03:59PM     16              **MR. SINGER:**  Nothing more, Your Honor.

03:59PM     17              **THE COURT:**  Okay.  You can step down, ma'am.  Thank

03:59PM     18    you very much.

03:59PM     19              **THE WITNESS:**  Thank you.

03:59PM     20              (Witness excused at 3:59 p.m.)

            21              *     *     *     *     *     *     *

            22

            23

            24

            25

1

2                    **CERTIFICATE OF REPORTER**

3

4              In accordance with 28, U.S.C., 753(b), I

5    certify that these original notes are a true and correct

6    record of proceedings in the United States District Court for

7    the Western District of New York on February 20, 2024.

8

9

10                       s/ Ann M. Sawyer
                         Ann M. Sawyer, FCRR, RPR, CRR
11                       Official Court Reporter
                         U.S.D.C., W.D.N.Y.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**TRANSCRIPT INDEX**

**EXCERPT - EXAMINATION OF A.P.**

**FEBRUARY 20, 2024**

**W I T N E S S**                                              **P A G E**

**A.P.** (Protected Witness 4)                              2

   DIRECT EXAMINATION BY MR. COOPER:                2

   PROFFER OUTSIDE THE PRESENCE OF THE JURY        19

   VOIR-DIRE EXAMINATION BY MR. SINGER:           20

   CONTINUED DIRECT EXAMINATION BY MR. COOPER:    27

   CROSS-EXAMINATION BY MR. SINGER:               29

   REDIRECT EXAMINATION BY MR. COOPER:            41