1                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF NEW YORK
2
   _____
3  UNITED STATES OF AMERICA,
                                        Case No. 1:19-cr-227
4                  Plaintiff,                     (LJV)
   v.
5                                       February 20, 2024
   JOSEPH BONGIOVANNI,
6
                   Defendant.
7  _____

8       TRANSCRIPT EXCERPT - EXAMINATION OF WAYNE ANDERSON
              BEFORE THE HONORABLE LAWRENCE J. VILARDO
9                  UNITED STATES DISTRICT JUDGE

10
   **APPEARANCES:**          **TRINI E. ROSS, UNITED STATES ATTORNEY**
11                          **BY: JOSEPH M. TRIPI, ESQ.**
                               **NICHOLAS T. COOPER, ESQ.**
12                             **CASEY L. CHALBECK, ESQ.**
                            Assistant United States Attorneys
13                          Federal Centre
                            138 Delaware Avenue
14                          Buffalo, New York 14202
                               And
15                          **UNITED STATES DEPARTMENT OF JUSTICE**
                            **BY: JORDAN ALAN DICKSON, ESQ.**
16                          1301 New York Ave NW
                            Suite 1000
17                          Washington, DC 20530-0016
                            For the Plaintiff
18
                            **SINGER LEGAL PLLC**
19                          **BY: ROBERT CHARLES SINGER, ESQ.**
                            80 East Spring Street
20                          Williamsville, New York 14221
                               And
21                          **LAW OFFICES OF PARKER ROY MacKAY**
                            **BY: PARKER ROY MacKAY, ESQ.**
22                          3110 Delaware Avenue
                            Kenmore, New York  14217
23                          For the Defendant

24 **PRESENT:**             **BRIAN A. BURNS,** FBI Special Agent
                            **MARILYN K. HALLIDAY,** HSI Special Agent
25                          **KAREN A. CHAMPOUX,** USA Paralegal

| | | |
|---|---|---|
| 1 | **LAW CLERK:** | **REBECCA FABIAN IZZO, ESQ.** |
| 2 | **COURT DEPUTY CLERK:** | **COLLEEN M. DEMMA** |
| 3 | **COURT REPORTER:** | **ANN MEISSNER SAWYER, FCRR, RPR, CRR** |
| 4 | | Robert H. Jackson Federal Courthouse<br>2 Niagara Square |
| 5 | | Buffalo, New York  14202<br>Ann_Sawyer@nywd.uscourts.gov |

6

7                    *     *     *     *     *     *     *

8

9           (Excerpt commenced at 4:04 p.m.)

10          (Jury is present.)

04:04PM  11  **W A Y N E   A N D E R S O N**, having been duly called and

04:04PM  12  sworn, testified as follows:

04:04PM  13          **MR. TRIPI:**  May I proceed, Your Honor?

04:04PM  14          **THE COURT:**  You may.

04:04PM  15          **MR. TRIPI:**  All right.  Thank you.

04:04PM  16

04:04PM  17                  **DIRECT EXAMINATION BY MR. TRIPI:**

04:04PM  18  Q.  Again, just for the record, what's your name, sir?

04:04PM  19  A.  Wayne Anderson.

04:04PM  20  Q.  Okay.  Good afternoon, Mr. Anderson.  Mr. Anderson,

04:05PM  21  what's your address?

04:05PM  22  A.  17 Elmview place, Buffalo, 14207.

04:05PM  23  Q.  How long have you lived there, sir?

04:05PM  24  A.  About 24 years.

04:05PM  25  Q.  And is that a -- is that a double, upper and a lower?

04:05PM    1    A.  Double, upper and lower.

04:05PM    2    Q.  Do you live in the upper or the lower?

04:05PM    3    A.  The upper.

04:05PM    4    Q.  Is that a building that you own?

04:05PM    5    A.  Yes.

04:05PM    6    Q.  Do you rent out the lower?

04:05PM    7    A.  Yes.

04:05PM    8    Q.  I don't want to get too personal, but can you tell us

04:05PM    9    what your date of birth is, please.

04:05PM    10    A.  9/14/66.

04:05PM    11    Q.  And just the last four of your social?

04:05PM    12    A.  4973.

04:05PM    13    Q.  Mr. Anderson, where did you grow up, sir?

04:05PM    14    A.  The West Side --

04:05PM    15    Q.  Specifically where?

04:05PM    16    A.  -- of Buffalo.  West Side of Buffalo, Ferguson Street.

04:05PM    17    Q.  How far have you gone in school?

04:05PM    18    A.  A couple years of college.

04:05PM    19    Q.  Where did you go to college?

04:05PM    20    A.  Buffalo State.

04:05PM    21    Q.  And did you go to high school in the local area?

04:05PM    22    A.  Yes, Bennett.  Bennett High School.

04:06PM    23    Q.  And how far did you go?  Did you graduate?

04:06PM    24    A.  No, I took my GED and went to college.

04:06PM    25    Q.  How far did you go in Bennett?

04:06PM   1   A.  Sophomore year, probably.

04:06PM   2   Q.  And that's located on Main Street in Buffalo?

04:06PM   3   A.  Yes, sir.

04:06PM   4   Q.  Sort of over near Hertel Avenue?

04:06PM   5   A.  Yes.

04:06PM   6   Q.  What part of town would that be considered?

04:06PM   7   A.  North Buffalo.

04:06PM   8   Q.  So you grew up on the West Side, but you went to high

04:06PM   9   school in North Buffalo?

04:06PM  10   A.  Yes.  I lived with my grandparents then, and they lived

04:06PM  11   in North Buffalo.

04:06PM  12   Q.  Where did your grandparents live?

04:06PM  13   A.  On Lisbon Avenue.

04:06PM  14   Q.  Where is Lisbon near?

04:06PM  15   A.  Right by Main.  Off Main Street in between -- well, it

04:06PM  16   goes from Main all the way to, I think, Eggert Road.

04:06PM  17   Q.  And do you know Joseph Bongiovanni?

04:06PM  18   A.  Yes.

04:06PM  19   Q.  Do you see him in court today?

04:06PM  20   A.  Yes.

04:06PM  21   Q.  Can you please point to him and describe something he's

04:06PM  22   wearing?

04:06PM  23   A.  Yes.  A burgundy tie.

04:07PM  24           MR. TRIPI:  May the record reflect that the witness

04:07PM  25   pointed to and identified Mr. Bongiovanni, Your Honor?

04:07PM   1          **THE COURT:**  Yes, it does.

04:07PM   2          **MR. TRIPI:**  Thank you.

04:07PM   3          **BY MR. TRIPI:**

04:07PM   4   Q.   How long have you known Mr. Bongiovanni?

04:07PM   5   A.   Probably 40 years.

04:07PM   6   Q.   And how old are you?

04:07PM   7   A.   I'm 57.

04:07PM   8   Q.   So you met when you were about 17 years old?

04:07PM   9   A.   17, 18, right around there.

04:07PM   10  Q.   Okay.  How did you meet him?

04:07PM   11  A.   Just out and about.  Through some friends.

04:07PM   12  Q.   Who did you meet him through?

04:07PM   13  A.   Probably my friend Bart Mazzara, or Marty Mazzara.

04:07PM   14  Q.   Okay.  That was Bart and Marty Mazzara?

04:07PM   15  A.   Yes.

04:07PM   16  Q.   Are those two individuals related to Michael Masecchia?

04:07PM   17  A.   Through marriage.

04:07PM   18  Q.   And I should you ask, do you know Michael Masecchia?

04:07PM   19  A.   Yes, I do.

04:07PM   20  Q.   How long have you known Michael Masecchia?

04:07PM   21  A.   Around the same amount of time.

04:08PM   22  Q.   Roughly 40 years?

04:08PM   23  A.   Yes, sir.

04:08PM   24  Q.   Fair to say that as you got older, you got to know a lot

04:08PM   25  of people who grew up in the North Buffalo area from going to

04:08PM    1   school at Bennett?

04:08PM    2   A.   Yes.

04:08PM    3   Q.   Did you spend time hanging out in the North Buffalo area?

04:08PM    4   A.   Yes.

04:08PM    5   Q.   Through the years, have you been friendly with the

04:08PM    6   defendant?  Friends?

04:08PM    7   A.   Yes, always.

04:08PM    8   Q.   Do you know his current wife?

04:08PM    9   A.   Not really, no.

04:08PM   10   Q.   Do you know her name?

04:08PM   11   A.   No, I don't.

04:08PM   12   Q.   Okay.  When you were growing up, how frequently were you

04:08PM   13   around the defendant?

04:09PM   14   A.   Not that often.

04:09PM   15   Q.   Okay.  How frequently were you around Mr. Masecchia?

04:09PM   16   A.   A lot.  I hung around with him a lot.

04:09PM   17   Q.   Fair to say that after you were subpoenaed to come

04:09PM   18   testify here, you indicated to the FBI, Agent -- Mr. Burns,

04:09PM   19   that you don't know how you could help the government in this

04:09PM   20   case?

04:09PM   21   A.   Yes.

04:09PM   22   Q.   And that Bongiovanni was a good guy, correct?

04:09PM   23   A.   Correct.

04:09PM   24   Q.   Okay.  And you've known him a long time.  Before he got

04:09PM   25   married, did you go to his stag party?

04:09PM  1   A.   I believe so, yes.

04:09PM  2   Q.   And where was that located?

04:09PM  3   A.   Downtown, I can't remember the name of the bar.  It was

04:09PM  4   in, like, the where the bricks -- the brick roads are in over

04:10PM  5   there, I can't remember the name of it.

04:10PM  6   Q.   Do you think your grand jury testimony might refresh your

04:10PM  7   recollection on that?

04:10PM  8   A.   Yes.

04:10PM  9   Q.   Okay.  I'm going to hand that up to you, it's Government

04:10PM  10  Exhibit 3513A.  And I'm gonna direct you to page 7, but I

04:10PM  11  want to find you a line, okay?

04:10PM  12  A.   Okay.

04:10PM  13  Q.   I'm going to ask you to read on that page 7, lines 11

04:10PM  14  through 19, okay?  I'm going to hand it up to you to read.

04:10PM  15  A.   Okay.

04:10PM  16       **MR. TRIPI:**  I've marked off those lines, Judge, so he

04:10PM  17  can find it easily.

04:10PM  18       **THE COURT:**  That's fine.

04:10PM  19       **BY MR. TRIPI:**

04:10PM  20  Q.   When you're done, don't read it out loud.  When you're

04:10PM  21  done, just put it down and I'll take that back, okay?

04:11PM  22  A.   Yes.

04:11PM  23  Q.   Does that refresh your recollection as to where

04:11PM  24  Mr. Bongiovanni's stag party was that you attended?

04:11PM  25  A.   Yes, sir.

USA v Bongiovanni - Anderson - Tripi/Direct - 2/20/24

04:11PM    1    Q.    Where was that?

04:11PM    2    A.    Iron Works.

04:11PM    3    Q.    And where -- where's Iron Works located?

04:11PM    4    A.    It's, like, past -- like, by the arena maybe.

04:11PM    5    Q.    By the arena, are you referring to where the Buffalo

04:11PM    6    Sabres play?

04:11PM    7    A.    Yes.  Yes.

04:11PM    8    Q.    Was that stag party before Mr. Bongiovanni got married?

04:12PM    9    A.    Well, I assume.  You have a stag before you get married.

04:12PM    10    Q.    That would make sense, right?

04:12PM    11    A.    Yes.  Yes.

04:12PM    12    Q.    Do you remember what year that was?

04:12PM    13    A.    No.  No, sir.

04:12PM    14    Q.    Who else do you remember growing up with being at that

04:12PM    15    stag party?

04:12PM    16    A.    It's been a long time.  I imagine all of his closer

04:12PM    17    friends, than mine.  Probably Louie Selva.  Maybe Michael

04:12PM    18    Masecchia.  Michael brother's Rano, maybe.

04:12PM    19        I'm just trying to think of North Buffalo guys.

04:12PM    20        Steve Brucato, maybe.  Dominic Fragale.  People like

04:12PM    21    that.

04:12PM    22    Q.    Now you mentioned that name, Lou Selva.  Is that someone

04:13PM    23    you've known for a while?

04:13PM    24    A.    Yes.  I've known Louie for a while, yes.

04:13PM    25    Q.    How long have you known him?

04:13PM   1   A.   Around the same as I've known Joe and Mike Masecchia,

04:13PM   2   about 40 years.

04:13PM   3   Q.   Okay.  So going back to your teenage years?

04:13PM   4   A.   Yes, sir.

04:13PM   5   Q.   As far as you understood it, what was Mr. Selva and the

04:13PM   6   defendant's relationship?

04:13PM   7   A.   They were very, very good friends.

04:13PM   8   Q.   And as far as you understood it, what was Mr. Masecchia

04:13PM   9   and the defendant's relationship?

04:13PM  10   A.   I mean, they were friends, but I -- I didn't see, like,

04:13PM  11   it's not like they hung around, not like him and Louie did.

04:13PM  12   You know.

04:13PM  13   Q.   Okay.  And you indicated the name Bart Mazzara earlier.

04:13PM  14   Was that individual friendly with the defendant?  I think

04:13PM  15   that's someone you said you met him through?

04:13PM  16   A.   Bart, yes.  Them guys were all guys that worked out in

04:13PM  17   the gym together and stuff.  Bart is deceased now, Bart

04:14PM  18   passed away.

04:14PM  19   Q.   What gym are you referring to?

04:14PM  20   A.   They used to work out at, what's it called?  The Fitness

04:14PM  21   Factory.

04:14PM  22   Q.   Where is that located in?

04:14PM  23   A.   That's on Kenmore on Delaware Avenue.

04:14PM  24   Q.   Now, I'd like to direct your attention back in time to

04:14PM  25   November 25th, 2012.  On that date, did the New York State

Case 1:19-cr-00227-LJV-MJR   Document 913   Filed 05/05/24   Page 10 of 25
USA v Bongiovanni - Anderson - Tripi/Direct - 2/20/24

10

04:14PM  1  Police execute a search warrant at your residence at

04:14PM  2  17 Elmview Place, upper, Buffalo, New York?

04:14PM  3  A.  Yes, sir.

04:14PM  4  Q.  Okay.  Now, using that as sort of a marker, do you think

04:14PM  5  that stag party was before or after that date?

04:14PM  6  A.  I couldn't -- I have no idea, honestly.

04:14PM  7  Q.  Okay.  In any event, on that date, November 25th, 2012,

04:14PM  8  you and a guy named Damien Abbate got arrested and a bunch of

04:14PM  9  marijuana was seized; is that a fair summary?

04:15PM  10  A.  Yes, sir.

04:15PM  11  Q.  Ultimately, is it your understanding that Mr. Abbate

04:15PM  12  pleaded guilty in Erie County?

04:15PM  13  A.  Yes.

04:15PM  14  Q.  You were not -- you were not charged, were you?

04:15PM  15  A.  No.

04:15PM  16  Q.  Were you ever sentenced as a result of that arrest to

04:15PM  17  jail or probation?

04:15PM  18  A.  No, sir.

04:15PM  19  Q.  Okay.  Even though you were arrested that day, your case

04:15PM  20  went away?

04:15PM  21  A.  It was dismissed.

04:15PM  22         MR. MacKAY:  I'm going to object to the leading.

04:15PM  23         THE COURT:  I'm sorry?

04:15PM  24         MR. MacKAY:  Judge, I'm going object to the leading.

04:15PM  25         THE COURT:  Yes, sustained.  Ask another question.

Case 1:19-cr-00227-LJV-MJR   Document 913   Filed 05/05/24   Page 11 of 25
USA v Bongiovanni - Anderson - Tripi/Direct - 2/20/24

11

04:15PM  1          And the jury will strike that answer.

04:15PM  2          **BY MR. TRIPI:**

04:15PM  3  Q.  What's your understanding of what happened to your case?

04:15PM  4  A.  My case was dismissed.

04:15PM  5  Q.  Okay.  Is that what you understood me to mean when I said

04:15PM  6  a moment ago, went away?  I used a poor sentence, that's all.

04:15PM  7  A.  Yes, sir.

04:15PM  8  Q.  Okay.  So now this might seem redundant, but I'm going to

04:15PM  9  just specifically ask you on January 6th, 2015, resulting

04:16PM  10  from that arrest, were you sentenced to 36 months probation

04:16PM  11  in New York State court; yes or no?

04:16PM  12  A.  No.

04:16PM  13  Q.  Okay.  Stemming from that arrest, did you become an

04:16PM  14  informant for anyone?

04:16PM  15  A.  No.

04:16PM  16  Q.  Did you ever talk to the defendant and cooperate with the

04:16PM  17  DEA after that arrest by the New York State Police?

04:16PM  18  A.  No, sir.

04:16PM  19  Q.  Were you ever asked by the defendant to cooperate and

04:16PM  20  become a DEA informant after that arrest?

04:16PM  21  A.  No, sir.

04:16PM  22  Q.  Did a DEA task force officer named Joe Palmieri ever

04:16PM  23  approach you and ask you to cooperate after that arrest at

04:16PM  24  your house?

04:16PM  25  A.  No, sir.

Case 1:19-cr-00227-LJV-MJR   Document 913   Filed 05/05/24   Page 12 of 25
USA v Bongiovanni - Anderson - Tripi/Direct - 2/20/24

12

04:16PM   1   Q.  Were you ever planning, after that arrest at your house,

04:16PM   2   were you ever planning with your lawyer to come in and

04:16PM   3   proffer at the U.S. Attorney's Office?

04:16PM   4   A.  No, sir.

04:16PM   5   Q.  Do you even know what that term "proffer" means?

04:16PM   6   A.  No, sir.

04:16PM   7   Q.  Do you know a Frank Burkhart?

04:17PM   8   A.  Yes, sir.

04:17PM   9   Q.  Who is that?

04:17PM   10  A.  A friend from the West Side.

04:17PM   11  Q.  Does he own a tattoo parlor?

04:17PM   12  A.  Yes, sir.

04:17PM   13  Q.  What's the name of that tattoo parlor?

04:17PM   14  A.  I can't remember offhand.  It's on Elmwood Avenue, I know

04:17PM   15  that.

04:17PM   16  Q.  Does Hardcore Tattoo ring a bell?

04:17PM   17  A.  That's it.  Yes, sir.

04:17PM   18  Q.  That's on Elmwood near where?

04:17PM   19  A.  Elmwood and West Delavan.

04:17PM   20  Q.  Does Frank Burkhart know Mike Masecchia?

04:17PM   21  A.  Yes, but not well.  Knows of him, probably.

04:17PM   22  Q.  But you know both of them?

04:17PM   23  A.  Yes, sir.

04:17PM   24          **MR. TRIPI:**  Just one moment, please, Your Honor.

          25

04:18PM   1             **BY MR. TRIPI:**

04:18PM   2   Q.  Earlier, I might have misunderstood the name.  You

04:18PM   3   mentioned an individual, and if I get the name wrong it's

04:18PM   4   just me making a mistake.  Okay?

04:18PM   5   A.  Okay.

04:18PM   6   Q.  So, but did you mention earlier among the people that you

04:18PM   7   thought were at Bongiovanni's stag, was there a Brucato?  Is

04:18PM   8   that the name you said?

04:18PM   9   A.  I said Steve Brucata.

04:18PM  10   Q.  Brucata?

04:18PM  11   A.  Yeah.  I think that's how you say his name.

04:18PM  12   Q.  Where did he work?

04:18PM  13   A.  Steve?  God, he bartended everywhere.  The Pier, Gabels,

04:18PM  14   other -- I imagine other places, too.

04:18PM  15             **MR. TRIPI:**  Okay.  All right.  No further questions,

04:19PM  16   Your Honor.  Thank you.

04:19PM  17             **THE COURT:**  Cross?

04:19PM  18             **MR. MacKAY:**  Thank you, Your Honor.

04:19PM  19

04:19PM  20             **CROSS-EXAMINATION BY MR. MACKAY:**

04:19PM  21   Q.  Good afternoon, Mr. Anderson.

04:19PM  22   A.  Good afternoon.

04:19PM  23   Q.  So I want to talk to this -- talk to you about this event

04:19PM  24   that occurred in November of 2012.

04:19PM  25       You and Damian Abbate are arrested at your 17 Elmview

04:19PM 1    Place residence, correct?

04:19PM 2    A.  Yes, sir.

04:19PM 3    Q.  I just want to set the scene.  Elmview Place, that's

04:19PM 4    right over off of Elmwood Avenue by McKinley High School,

04:19PM 5    correct?

04:19PM 6    A.  Yes, sir.

04:19PM 7    Q.  In sum and substance, there's some drugs that were

04:19PM 8    supposed to arrive, and the state police arrested you during

04:19PM 9    the receipt of those drugs; is that a fair summary of what

04:19PM 10   happened?

04:19PM 11   A.  Yes.

04:19PM 12   Q.  Okay.  You're placed in handcuffs, correct?

04:19PM 13   A.  Yes, sir.

04:19PM 14   Q.  Mr. Abbate is placed in handcuffs, correct?

04:19PM 15   A.  Yes, sir.

04:19PM 16   Q.  Okay.  And you are taken downtown to central booking,

04:20PM 17   correct?

04:20PM 18   A.  Yes, sir.

04:20PM 19   Q.  Central booking, just so the jury understands, that's the

04:20PM 20   facility next to city court, correct?

04:20PM 21   A.  Yes.  Actually, I was taken under city court in a holding

04:20PM 22   cell.

04:20PM 23   Q.  Correct.  You've got to go down the ramp, correct?

04:20PM 24   A.  Yes, sir.

04:20PM 25   Q.  Go into the garage, correct?

Case 1:19-cr-00227-LJV-MJR   Document 913   Filed 05/05/24   Page 15 of 25
USA v Bongiovanni - Anderson - MacKay/Cross - 2/20/24

15

04:20PM   1   A.  Yes, sir.

04:20PM   2   Q.  You go through the processing, correct?

04:20PM   3   A.  Yes, sir.

04:20PM   4   Q.  And then you sit, usually overnight, correct?

04:20PM   5   A.  Yes, sir.

04:20PM   6   Q.  And then you're brought up the elevator the next day to

04:20PM   7   see a city court judge, correct?

04:20PM   8   A.  Yes, sir.

04:20PM   9   Q.  And that's what happened to you, correct?

04:20PM   10  A.  Yes, sir.

04:20PM   11  Q.  So you pleaded not guilty in front of a judge, correct?

04:20PM   12  A.  Yes, sir.

04:20PM   13  Q.  But at some point in time down the line, your case is

04:20PM   14  dismissed, correct?

04:20PM   15  A.  Yes, sir.

04:20PM   16  Q.  And it's your understanding that Damien Abbate pleaded

04:20PM   17  guilty to some charge related to that incident, correct?

04:20PM   18  A.  Yes, sir.

04:20PM   19  Q.  Do you know if he pleaded guilty to the full charge for

04:20PM   20  which he was charged?

04:20PM   21          **MR. TRIPI:**  Objection as to form.

04:20PM   22          **THE COURT:**  Say it again?

04:20PM   23          **MR. TRIPI:**  Form objection.

04:20PM   24          **THE COURT:**  Form?  Yeah.  Sustained.  You can ask the

04:21PM   25  question, just word it differently.

04:21PM    1              **MR. MacKAY:**  Sure.

04:21PM    2              **BY MR. MacKAY:**

04:21PM    3    Q.  Do you know what Mr. Abbate pleaded guilty to?

04:21PM    4    A.  Not offhand, I mean, whatever the charge was.

04:21PM    5    Q.  Okay.  If he was charged with a drug charge, you're

04:21PM    6    telling us your understanding was he pleaded guilty to a drug

04:21PM    7    charge?

04:21PM    8    A.  Yes, sir.

04:21PM    9    Q.  And is it your understanding -- well, what sentence do

04:21PM    10   you understand that Mr. Abbate got?

04:21PM    11   A.  Mr. Abbate got probation.

04:21PM    12   Q.  Okay.  Now, back up.  You said you had entered a

04:21PM    13   not-guilty plea in court, correct?

04:21PM    14   A.  I did, yes.

04:21PM    15   Q.  You had to go out and get a lawyer, correct?

04:21PM    16   A.  Yes, sir.

04:21PM    17   Q.  And after that point in time, is it fair to say that any

04:21PM    18   conversations with a prosecutor were handled by your lawyer,

04:21PM    19   correct?

04:21PM    20   A.  Yes, sir.

04:21PM    21   Q.  You didn't go in and speak to a prosecutor and negotiate

04:21PM    22   your case, correct?

04:21PM    23   A.  Yes, sir, no, I didn't.

04:21PM    24   Q.  You paid a lawyer to do that, correct?

04:21PM    25   A.  Yes, sir.

04:21PM    1    Q.  And at some point in time, you learned that the case is

04:21PM    2    dismissed, correct?

04:21PM    3    A.  Yes.

04:21PM    4    Q.  But you don't necessarily have to go to court for the

04:22PM    5    case to actually be dismissed, correct?

04:22PM    6    A.  Correct.

04:22PM    7    Q.  You, I assume, received some sort of proof satisfying you

04:22PM    8    that this case was dismissed, correct?

04:22PM    9    A.  Yes, sir.

04:22PM   10    Q.  Okay.  Now, you did not have to go in and do any

04:22PM   11    cooperation against Mr. Abbate, correct?

04:22PM   12    A.  No, sir.

04:22PM   13    Q.  Mr. Bongiovanni didn't approach you and ask to do any

04:22PM   14    cooperation, correct?

04:22PM   15    A.  No, sir.

04:22PM   16    Q.  There just came a point in time where the charges were no

04:22PM   17    longer over your head, correct?

04:22PM   18    A.  Yes, sir.

04:22PM   19    Q.  And that means you're no longer facing a drug charge from

04:22PM   20    that incident, correct?

04:22PM   21    A.  Correct.

04:22PM   22    Q.  In sum and substance, you understood Mr. Abbate took the

04:22PM   23    charge, correct?

04:22PM   24    A.  Yes, sir.

04:22PM   25    Q.  Okay.  Now, Mr. Tripi asked you a little bit about this

04:22PM     1    stag party, correct, you remember that?

04:22PM     2    A.   Yes.

04:22PM     3    Q.   You gave us a list of names.  Do you remember giving us

04:22PM     4    those names?

04:22PM     5    A.   Yes, sir.

04:22PM     6    Q.   Okay.  Now, I guess what I want to clarify is at least it

04:23PM     7    sounded like you were trying to -- strike that.

04:23PM     8         Do you actually remember all those people being there?

04:23PM     9    Or those are just people you remember Mr. Bongiovanni

04:23PM    10    generally knew growing up?

04:23PM    11    A.   I remember people, I would assume that were there.  I

04:23PM    12    can't remember -- I can't recall everyone that was at that

04:23PM    13    stag.

04:23PM    14    Q.   That's what I'm asking.

04:23PM    15    A.   Yes.

04:23PM    16    Q.   You don't remember specifically whether the names you

04:23PM    17    gave us were there --

04:23PM    18    A.   No.

04:23PM    19    Q.   -- you're basing it on assumption?

04:23PM    20    A.   No, I just assume that they were there because them are

04:23PM    21    some of his friends and people me and him know well.  And

04:23PM    22    Italian stags, a lot of people come to.  You know?  It's

04:23PM    23    usually all of our friends.

04:23PM    24    Q.   Sure.  And when you say a lot of people, can you estimate

04:23PM    25    for the jury how many people you think were there that the

04:23PM    1   stag?

04:23PM    2   A.  When I was at his stag, I don't know how long I stayed,

04:23PM    3   but there was at least I'd say 40 to 50 people maybe tops.

04:23PM    4   Q.  And if you're told it was at this bar, Iron Works, do you

04:23PM    5   recall if this was a private event, or if this was in

04:23PM    6   conjunction with other people being allowed to use the bar?

04:24PM    7   A.  Usually when you have a stag, it's closed off for the

04:24PM    8   stag.  So --

04:24PM    9   Q.  Do you -- do you specifically remember it being closed

04:24PM   10   out for a private party?

04:24PM   11   A.  I don't, no.

04:24PM   12   Q.  But you recall at least 40 or 50 or more people being

04:24PM   13   there?

04:24PM   14   A.  Yes.  I'd say it was probably 40, 50 people there, I

04:24PM   15   guess.

04:24PM   16   Q.  Okay.  Now, by that point in time, you're quite removed

04:24PM   17   from when you knew Mr. Bongiovanni back in high school,

04:24PM   18   correct?

04:24PM   19   A.  I'm sorry, repeat that?

04:24PM   20   Q.  Bad question.

04:24PM   21       You knew Mr. Bongiovanni back in high school, correct?

04:24PM   22   A.  More or less college, you know.  Like, my college days.

04:24PM   23   I met Joe with friends over the years, yes.

04:24PM   24   Q.  Okay.  Yeah.  I guess I'm just trying to trace that.  I

04:24PM   25   think you narrowed it down to you were about 17?

04:24PM    1    A.  17, 18, yes.

04:24PM    2    Q.  I guess that's right on the cusp of high school/college.

04:24PM    3    A.  Right.

04:24PM    4    Q.  I guess I'm trying to trace down when did you first meet

04:25PM    5    Mr. Bongiovanni?

04:25PM    6    A.  Yes.  I'd say right around '84, '85, '86, like right in

04:25PM    7    them years, you know.

04:25PM    8    Q.  And you met him basically through your connections to

04:25PM    9    North Buffalo, right?

04:25PM   10    A.  All my friends in North Buffalo, yes.  Guys I went

04:25PM   11    through high school.  Later on, I met their friends, and Joe

04:25PM   12    happened to be one of them.  Yes.

04:25PM   13    Q.  Okay.  And at that point in time, one of the people that

04:25PM   14    formed some sort of connection is Michael Masecchia?

04:25PM   15    A.  Yes.  Yes.

04:25PM   16    Q.  Okay.  You knew him first?  Or Mr. Bongiovanni knew him

04:25PM   17    first?

04:25PM   18    A.  I knew Mike -- I knew Mike before I knew Joe.  Joe knew

04:25PM   19    Mike before he knew me.

04:25PM   20    Q.  Okay.  So you're telling us that you separately knew

04:25PM   21    Mike, and then met you?

04:25PM   22    A.  Yes.

04:25PM   23    Q.  Okay.  Now, Michael Masecchia, he's a big guy, correct?

04:25PM   24    A.  Oh, yeah.  Mike's a nice-sized guy, yeah.

04:25PM   25    Q.  Yeah.  I mean, can you clarify that for the jury?  Is he

04:25PM 1    a physically intimidating guy?

04:25PM 2    A.  He's a stocky guy.

04:25PM 3    Q.  Okay.  Height, weight if you can?

04:26PM 4    A.  He's probably 5'10", 215 maybe.

04:26PM 5    Q.  Okay.  Works out a lot?

04:26PM 6    A.  Yes.

04:26PM 7    Q.  Now I think you then said on direct that some of these

04:26PM 8    folks all worked out together?

04:26PM 9    A.  Yes, sir.

04:26PM 10   Q.  How far now in the future from this 17, 18 years of age

04:26PM 11   are you talking that these guys worked out together?

04:26PM 12   A.  I didn't follow how -- I know they all worked out because

04:26PM 13   we used to go to the beach, and they were all buffed up, and

04:26PM 14   me and a few of my friends weren't.  You know, but we still

04:26PM 15   looked good, you know.

04:26PM 16   Q.  How old are we talking when that happens?

04:26PM 17   A.  Like I said, 17, 18, 19, 20, 21.  We all went out to the

04:26PM 18   same places, you know, so we seen each other.

04:26PM 19   Q.  Around there age?

04:26PM 20   A.  Yes.  Around that age.

04:26PM 21   Q.  Now, fair to say that the connections grow more and more

04:26PM 22   distant over the years --

04:26PM 23   A.  Yes.

04:26PM 24   Q.  -- that you were with the same people?

04:26PM 25   A.  Yes, we all grew up and went our ways, yes.

USA v Bongiovanni - Anderson - MacKay/Cross - 2/20/24

22

04:26PM    1   Q.  Okay.  And I think you told us that Mr. Bongiovanni, you
04:26PM    2   knew to be good friends with Mr. Selva, correct?
04:27PM    3   A.  Joe was always a great guy, yes.  He was very good,
04:27PM    4   polite person, good person.
04:27PM    5   Q.  But specifically, you knew him to be at least good
04:27PM    6   friends with Lou Selva, right?
04:27PM    7   A.  Louie and him were very tight, yes, they were good
04:27PM    8   friends.
04:27PM    9   Q.  So that was a connection you knew to kind of carry
04:27PM   10   forward from that 17, 18-year-old age, right?
04:27PM   11   A.  Yeah.  They -- yes.  They were -- they were always close.
04:27PM   12   Q.  But if I think I understood you right, sounds like the
04:27PM   13   Michael Masecchia -- Mike Masecchia didn't stay as in close
04:27PM   14   contact with Joe Bongiovanni to what you saw going forward?
04:27PM   15   A.  Mike?  Mike moved around a lot.  Mike was, like, friends
04:27PM   16   with a lot -- like, Joe and Louie were more secluded.  They
04:27PM   17   were -- they did their jobs.
04:27PM   18       Mike was around all of us.  Mike was always around.  You
04:27PM   19   know, he's one of my friends.  I traveled with, I did things
04:27PM   20   with.  You know.
04:27PM   21   Q.  So you stayed in contact with Michael Masecchia quite a
04:27PM   22   lot --
04:27PM   23   A.  Yes.
04:27PM   24   Q.  -- after those 17, 18-year-old ages?
04:27PM   25   A.  Oh, yes.  Me and Mike, we're close forever, yes.

04:27PM   1   Q. So even up until rather recently?

04:28PM   2   A. No, no. Over the past probably 10, 15 years, we drifted

04:28PM   3   off, but we still, you know, he's still one of my very good

04:28PM   4   friends. I care for him.

04:28PM   5   Q. Okay. And, you know, as we're getting closer and closer

04:28PM   6   to today, it's your testimony though that you didn't

04:28PM   7   generally see Mr. Bongiovanni and Mr. Masecchia together a

04:28PM   8   lot though; is that fair to say?

04:28PM   9   A. No, no. Like I say, back in the day, you'd see them,

04:28PM   10   they were all a group of guys from North Buffalo, big guys.

04:28PM   11   And it's not like they hung around, I never seen them, like,

04:28PM   12   all together or nothing, no.

04:28PM   13   Q. But when you say back in the day, again, you're referring

04:28PM   14   to, like 17 to, like, 21 years old?

04:28PM   15   A. Yes.

04:28PM   16   Q. Okay. We're not talking, like, in their 40s you're

04:28PM   17   seeing them out together?

04:28PM   18   A. No. No. No.

04:28PM   19   Q. You're not talking in their 50s you're seeing them out

04:28PM   20   together?

04:28PM   21   A. No, sir.

04:28PM   22   Q. Okay.

04:28PM   23          **MR. MacKAY:** One moment, Your Honor.

04:29PM   24          No further questions, Your Honor.

04:29PM   25          **THE COURT:** Any redirect?

Case 1:19-cr-00227-LJV-MJR   Document 913   Filed 05/05/24   Page 24 of 25
USA v Bongiovanni - Anderson - MacKay/Cross - 2/20/24

24

04:29PM    1              **MR. TRIPI:**  No, Your Honor.

04:29PM    2              **THE COURT:**  You can step down, sir.  Thank you.

04:29PM    3              **THE WITNESS:**  Thank you.

04:29PM    4              (Witness excused at 4:29 p.m.)

           5              (Excerpt concluded at 4:29 p.m.)

           6              *       *       *       *       *       *       *

           7

           8

           9

          10

          11                        **CERTIFICATE OF REPORTER**

          12

          13              In accordance with 28, U.S.C., 753(b), I

          14    certify that these original notes are a true and correct

          15    record of proceedings in the United States District Court for

          16    the Western District of New York on February 20, 2024.

          17

          18

          19                        s/ Ann M. Sawyer
                                     Ann M. Sawyer, FCRR, RPR, CRR
          20                         Official Court Reporter
                                     U.S.D.C., W.D.N.Y.

          21

          22

          23

          24

          25

1

2                     **TRANSCRIPT INDEX**

3           **EXCERPT - EXAMINATION OF WAYNE ANDERSON**

4                        **FEBRUARY 20, 2024**

5

6

7     **W I T N E S S**                        **P A G E**

8     **W A Y N E   A N D E R S O N**              2

9        DIRECT EXAMINATION BY MR. TRIPI:          2

10       CROSS-EXAMINATION BY MR. MACKAY:          13

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25