```
 1                    UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF NEW YORK
 2
    _____
 3  UNITED STATES OF AMERICA,
                                     Case No. 1:19-cr-227
 4              Plaintiff,                   (LJV)
    v.
 5                                   February 29, 2024
    JOSEPH BONGIOVANNI,
 6
    _____
 7                  Defendant.

 8       TRANSCRIPT EXCERPT - EXAMINATION OF A.A. (P.W. #8)
             BEFORE THE HONORABLE LAWRENCE J. VILARDO
 9                  UNITED STATES DISTRICT JUDGE

10
    APPEARANCES:          TRINI E. ROSS, UNITED STATES ATTORNEY
11                        BY: JOSEPH M. TRIPI, ESQ.
                             NICHOLAS T. COOPER, ESQ.
12                           CASEY L. CHALBECK, ESQ.
                          Assistant United States Attorneys
13                        Federal Centre
                          138 Delaware Avenue
14                        Buffalo, New York 14202
                             And
15                        UNITED STATES DEPARTMENT OF JUSTICE
                          BY: JORDAN ALAN DICKSON, ESQ.
16                        1301 New York Ave NW
                          Suite 1000
17                        Washington, DC 20530-0016
                          For the Plaintiff
18
                          SINGER LEGAL PLLC
19                        BY: ROBERT CHARLES SINGER, ESQ.
                          80 East Spring Street
20                        Williamsville, New York 14221
                             And
21                        LAW OFFICES OF PARKER ROY MacKAY
                          BY: PARKER ROY MacKAY, ESQ.
22                        3110 Delaware Avenue
                          Kenmore, New York  14217
23                        For the Defendant

24  PRESENT:              BRIAN A. BURNS, FBI Special Agent
                          MARILYN K. HALLIDAY, HIS Special Agent
25                        KAREN A. CHAMPOUX, USA Paralegal
```

| | 1 | **LAW CLERK:** | **REBECCA FABIAN IZZO, ESQ.** |
|---|---|---|---|
| | 2 | **COURT DEPUTY CLERK:** | **JANE D. KELLOGG** |

3    **COURT REPORTER:**      **ANN MEISSNER SAWYER, FCRR, RPR, CRR**

4                                 Robert H. Jackson Federal Courthouse
2 Niagara Square
Buffalo, New York  14202

5                                 Ann_Sawyer@nywd.uscourts.gov

6

7                   *     *     *     *     *     *     *

8

9         (Excerpt commenced at 9:52 a.m.)

09:53AM    10         (Jury seated at 9:52 a.m.)

09:53AM    11           **THE COURT:**  The government can call its next witness.

09:53AM    12           **MR. DICKSON:**  Thank you, Judge.  The government calls

09:53AM    13   Autumn Asher.

09:53AM    14

09:53AM    15   **A. A. (PROTECTED WITNESS #8),** having been duly called and

09:53AM    16   sworn, testified as follows:

09:53AM    17           **MR. DICKSON:**  Can I proceed, Judge?

09:53AM    18           **THE COURT:**  You may.

09:54AM    19

09:54AM    20              **DIRECT EXAMINATION BY MR. DICKSON:**

09:54AM    21   Q.  Good morning.

09:54AM    22   A.  Good morning.

09:54AM    23   Q.  Will you please introduce yourself to the jury?

09:54AM    24   A.  My name is A.A.

09:54AM    25   Q.  Ms. A.A., do you live in the Buffalo area?

| | | |
|---|---|---|
| 09:54AM | 1 | A.  Yes, I do. |
| 09:54AM | 2 | Q.  How old were you when you first came to Buffalo? |
| 09:54AM | 3 | A.  I was 17. |
| 09:54AM | 4 | Q.  And have you lived here ever since? |
| 09:54AM | 5 | A.  Yes, I have. |
| 09:54AM | 6 | Q.  How old are you now? |
| 09:54AM | 7 | A.  36. |
| 09:54AM | 8 | Q.  How far did you go in school? |
| 09:54AM | 9 | A.  I completed -- I completed my 11th grade year. |
| 09:54AM | 10 | Q.  Your 11th grade year? |
| 09:54AM | 11 | A.  Yeah. |
| 09:54AM | 12 | Q.  And after you completed your 11th grade year, did you |
| 09:54AM | 13 | start working? |
| 09:54AM | 14 | A.  Yes, I did. |
| 09:54AM | 15 | Q.  What kind of jobs did you have? |
| 09:54AM | 16 | A.  I worked at fast food restaurants, and I worked in |
| 09:54AM | 17 | retail.  And then I was an exotic dancer, and I also did |
| 09:54AM | 18 | collections. |
| 09:54AM | 19 | Q.  You said you were an exotic dancer.  Were you ever an |
| 09:54AM | 20 | exotic dancer at a place called Pharaoh's Gentlemen's Club? |
| 09:54AM | 21 | A.  Yes, I was. |
| 09:54AM | 22 | Q.  When did you start working there? |
| 09:54AM | 23 | A.  In the year of 2012. |
| 09:54AM | 24 | Q.  And when did you leave Pharaoh's? |
| 09:55AM | 25 | A.  2018. |

09:55AM   1   Q.  Can you describe for the jury what the layout of

09:55AM   2   Pharaoh's is like if you were walking in to Pharaoh's as a

09:55AM   3   customer?

09:55AM   4   A.  When you walk in, you walk in the door, you turn right

09:55AM   5   and you look up, you see the bar, there's a side pole.  And

09:55AM   6   you scan the room around, there's the VIP rooms.  And then

09:55AM   7   there's a whole big stage.  And there's tables and chairs.

09:55AM   8   Q.  Now, is Pharaoh's just one level, or is there an

09:55AM   9   upstairs, too?

09:55AM  10   A.  There's an upstairs.

09:55AM  11   Q.  Can you tell the jury how you decided to start working at

09:55AM  12   Pharaoh's?

09:55AM  13   A.  One of my friends had told me that they were making good

09:55AM  14   money over there, and that I should come over and work there.

09:55AM  15   Q.  And as a dancer there, how did you actually make money?

09:55AM  16   A.  Made money by doing lap dances and VIP, tips on the

09:55AM  17   stage, tips from customers.

09:56AM  18   Q.  Did you ever have to give some of that money back to the

09:56AM  19   managers of the club?

09:56AM  20   A.  Yes.

09:56AM  21   Q.  Can you tell the jury about that?

09:56AM  22   A.  If you weren't there at noon, you got your first dance

09:56AM  23   taken from you.

09:56AM  24   Q.  What does that mean, to have your first dance taken from

09:56AM  25   you?

09:56AM    1    A.   For lap dances, you don't get a chip for it.  They keep

09:56AM    2    your chip.

09:56AM    3    Q.   And tell them, tell the jury what a chip means.

09:56AM    4    A.   The chip is your dance chip, and that's how we get our

09:56AM    5    money at the end of the night.  We turn those in to the VIP

09:56AM    6    guy.

09:56AM    7    Q.   So you get a chip for every dance, and then you turn

09:56AM    8    those chips in at the end of the night?

09:56AM    9    A.   Yes.

09:56AM   10    Q.   Now, were there different shifts for working at

09:56AM   11    Pharaoh's?

09:56AM   12    A.   Yes, there was.

09:56AM   13    Q.   What were those shifts?

09:56AM   14    A.   There was the afternoon, the day shift, and then there

09:56AM   15    was the night shift.

09:56AM   16    Q.   Were there different managers for the day shift and for

09:56AM   17    the night shift?

09:56AM   18    A.   Yes, there was.

09:56AM   19    Q.   Do you remember who the managers were while you worked

09:57AM   20    there for the day shift?

09:57AM   21    A.   The day shift, it was Chris.

09:57AM   22    Q.   And then what about for the night?

09:57AM   23    A.   Night shift, it was Doug.

09:57AM   24    Q.   While you worked at Pharaoh's, Ms. A.A., did you meet

09:57AM   25    somebody named Peter Gerace?

09:57AM   1   A.   Yes, I did.

09:57AM   2   Q.   What did you understand his job to be at Pharaoh's?

09:57AM   3   A.   I understand his job as being the boss of the club, the

09:57AM   4   owner.

09:57AM   5   Q.   Now you told us, Ms. A.A., a second ago that there was an

09:57AM   6   upstairs part of Pharaoh's, right?

09:57AM   7   A.   Yes.

09:57AM   8   Q.   Now, as you understood it, was that upstairs part of

09:57AM   9   Pharaoh's, was that something that just anybody from the

09:57AM   10   public could go up to?

09:57AM   11   A.   Not -- no.   Just the dance, like, no, not at all.

09:57AM   12   Q.   Who was, as far as you understood it, who controlled that

09:57AM   13   upstairs area?

09:57AM   14   A.   Peter did.

09:57AM   15   Q.   Ms. A.A., were you ever invited by Peter Gerace to go to

09:58AM   16   that upstairs part of Pharaoh's?

09:58AM   17   A.   Yes.

09:58AM   18   Q.   Were you invited by Mr. Gerace to go to the upstairs part

09:58AM   19   of Pharaoh's shortly after you started working there?

09:58AM   20   A.   Yes.

09:58AM   21   Q.   So in, like, 2012?

09:58AM   22   A.   Yes.

09:58AM   23   Q.   Can you tell the jury what happened that first time that

09:58AM   24   you went upstairs with Peter Gerace in Pharaoh's?

09:58AM   25   A.   When I went upstairs, turned the corner, and it was a

09:58AM   1   dark hallway.  There was a bathroom, and there was another

09:58AM   2   room with the doors shut.  And down the hallway was the dark

09:58AM   3   room, and there was a chair and a TV.

09:58AM   4   Q.  And what happened when you got up there?

09:58AM   5   A.  When I got up there, I was told to sit down on the chair,

09:58AM   6   so I did.

09:58AM   7   Q.  Who told you to sit down in the chair?

09:58AM   8   A.  Peter.

09:58AM   9   Q.  Okay.  What happened after Peter told you to sit down in

09:59AM   10  the chair?

09:59AM   11  A.  When I sat down in the chair, he had given me some

09:59AM   12  cocaine to do off the card.  He put it up my nose and said

09:59AM   13  sniff.  And I said okay.

09:59AM   14  Q.  And you said he gave you some cocaine to do off of the

09:59AM   15  card.  What do you mean by "off of the card?"

09:59AM   16  A.  Like, he put it in a bag, and it was on the card, and

09:59AM   17  told me to sniff it up my nose.

09:59AM   18  Q.  So there was some cocaine in the bag, and then he put it

09:59AM   19  onto the card?

09:59AM   20  A.  Yes.

09:59AM   21  Q.  Did Peter actually hold the card up to your nose?

09:59AM   22  A.  Yes, he did.

09:59AM   23  Q.  And do you need a tissue or some water?  You can have

09:59AM   24  those if you'd like.

09:59AM   25      Prior to Peter Gerace giving you that cocaine, Ms. A.A.,

10:00AM  1  on that night, had you ever used cocaine before?

10:00AM  2  A.   No.

10:00AM  3  Q.   What made you decide to use that cocaine that Peter

10:00AM  4  Gerace gave you?

10:00AM  5  A.   I thought it was okay, like, to keep my job.  I was new.

10:00AM  6  I didn't know.

10:00AM  7  Q.   On that day when Peter Gerace gave you that cocaine, was

10:00AM  8  there anybody else upstairs with you?

10:00AM  9  A.   Yes.

10:00AM  10  Q.   Who?

10:00AM  11  A.   Marcus.

10:00AM  12  Q.   Did you understand what Marcus's last name might be?

10:00AM  13  A.   Black.

10:00AM  14  Q.   Would you recognize a picture of Marcus if I showed it to

10:00AM  15  you?

10:00AM  16  A.   Yes.

10:00AM  17        **MR. DICKSON:**   Jane, if I can show for the witness

10:00AM  18  only Government Exhibit 485.

10:00AM  19        **BY MR. DICKSON:**

10:00AM  20  Q.   Ms. A.A., do you see that on your screen okay?

10:01AM  21  A.   Yes.

10:01AM  22  Q.   Do you recognize the person in that photo?

10:01AM  23  A.   Yes.

10:01AM  24  Q.   Does it fairly and accurately depict Marcus Black as you

10:01AM  25  knew him back then?

10:01AM  1    A.  Yes.

10:01AM  2         **MR. DICKSON:**  Your Honor, the government offers 485

10:01AM  3    into evidence.

10:01AM  4         **MR. MacKAY:**  No objection.

10:01AM  5         **THE COURT:**  Received without objection.

10:01AM  6         **(GOV Exhibit 485 was received in evidence.)**

10:01AM  7         **MR. DICKSON:**  Can we publish that to the jury,

10:01AM  8    please?  Thank you.

10:01AM  9         **BY MR. DICKSON:**

10:01AM  10   Q.  Ms. A.A., over your time working at Pharaoh's, did you

10:01AM  11   get to know Marcus Black well?

10:01AM  12   A.  Yes.

10:01AM  13   Q.  Was he at Pharaoh's frequently when Peter Gerace was

10:01AM  14   there?

10:01AM  15   A.  Yes.

10:01AM  16   Q.  Did you see Peter Gerace and Marcus Black interacting

10:01AM  17   with each other?

10:01AM  18   A.  Yes, I did.

10:01AM  19   Q.  From what you saw and observed, how would you describe

10:01AM  20   their relationship?

10:01AM  21   A.  That they were friendly.  Very good friends, to my

10:01AM  22   knowledge.

10:01AM  23   Q.  Earlier you told us that Peter Gerace gave you cocaine in

10:02AM  24   that upstairs area.  Did you ever see Marcus Black with

10:02AM  25   cocaine inside of Pharaoh's?

Case 1:19-cr-00227-LJV-MJR   Document 930   Filed 05/11/24   Page 10 of 25
USA v Bongiovanni - A.A. - Dickson/Direct - 2/29/24

10

10:02AM 1    A.  Yes.

10:02AM 2    Q.  Did you ever see Marcus Black sell or give cocaine to

10:02AM 3    Peter Gerace?

10:02AM 4    A.  Yes.

10:02AM 5    Q.  Was it just one time, or was it more than one time?

10:02AM 6    A.  It was more than one time.

10:02AM 7    Q.  When you would see this happen, Ms. A.A., where inside of

10:02AM 8    Pharaoh's would you see Marcus Black give Peter Gerace

10:02AM 9    cocaine?

10:02AM 10   A.  In the hallway by the kitchen where there was no cameras.

10:02AM 11   Q.  Like, no security cameras?

10:02AM 12   A.  No security cameras.

10:02AM 13   Q.  Did you ever see them exchanging cocaine and money?

10:02AM 14   A.  Yes.

10:02AM 15   Q.  And where inside of Pharaoh's would you see them exchange

10:03AM 16   cocaine and money?

10:03AM 17   A.  Over by the wall, again, where there was no security

10:03AM 18   cameras.

10:03AM 19        **MR. DICKSON:**  We can take down this exhibit, please.

10:03AM 20   Thank you.

10:03AM 21        **BY MR. DICKSON:**

10:03AM 22   Q.  Ms. A.A., did you ever see any other Pharaoh's employees

10:03AM 23   dealing cocaine inside of the club?

10:03AM 24   A.  Can you refresh my memory, please?

10:03AM 25   Q.  Yeah, sure.  Do you remember testifying in front of the

10:03AM    1    grand jury?

10:03AM    2    A.  Yes.

10:03AM    3    Q.  And would seeing a copy of what you said inside the grand

10:03AM    4    jury help you remember?

10:03AM    5    A.  Yes.

10:04AM    6    **MR. DICKSON:**  Your Honor, I'm holding what's marked

10:04AM    7    as 3566A for identification.  And just for everybody's

10:04AM    8    reference, I'm on page 29, starting at line 6 and going

10:04AM    9    through to the next page.

10:04AM    10    May I approach the witness?

10:04AM    11    **THE COURT:**  You may.

10:04AM    12    **BY MR. DICKSON:**

10:04AM    13    Q.  Ms. A.A., go ahead and read through that page and the

10:04AM    14    next page, and then when you're finished reading, look up at

10:04AM    15    me, okay?

10:05AM    16    All done?

10:05AM    17    A.  Yeah.

10:05AM    18    **BY MR. DICKSON:**

10:05AM    19    Q.  I've taken the exhibit back from you, Ms. A.A.  Did that

10:05AM    20    help you remember whether there were other Pharaoh's

10:05AM    21    employees who sold cocaine?

10:06AM    22    A.  Yes.

10:06AM    23    Q.  Which other employees at Pharaoh's do you remember

10:06AM    24    selling cocaine?

10:06AM    25    A.  Yes.

10:06AM    1    Q.  Which?  Which of the employees?

10:06AM    2    A.  Charm.

10:06AM    3    Q.  Charm?  Was that a person's name at the club that they

10:06AM    4    used?

10:06AM    5    A.  Yes.

10:06AM    6    Q.  Do you know that person's real name?

10:06AM    7    A.  Jessica Leyland.

10:06AM    8    Q.  Who did you see Jessica Leyland sell cocaine to?

10:06AM    9    A.  Peter, some of the dancers.

10:06AM   10    Q.  Was that also inside of Pharaoh's?

10:06AM   11    A.  Yes.

10:06AM   12    Q.  Do you know from what you remember where you saw Jessica

10:06AM   13    Leyland sell cocaine to Peter inside of the club?

10:06AM   14    A.  The hallway where there's no cameras.

10:06AM   15    Q.  That same hallway?

10:06AM   16    A.  Yes.

10:06AM   17    Q.  And was this just one time, or was it more than one time?

10:06AM   18    A.  It was more than once.

10:06AM   19    Q.  Ms. A.A., you told us that when Peter Gerace gave you

10:07AM   20    that cocaine upstairs, that was the first time you ever used

10:07AM   21    cocaine?

10:07AM   22    A.  Yes.

10:07AM   23    Q.  After that happened, did you start using cocaine more

10:07AM   24    regularly?

10:07AM   25    A.  Yes.

| 10:07AM | 1 | Q. Were you using cocaine more regularly while you were |
| 10:07AM | 2 | inside of Pharaoh's? |
| 10:07AM | 3 | A. Yes. |
| 10:07AM | 4 | Q. Why did you use cocaine inside of Pharaoh's? |
| 10:07AM | 5 | A. Because it was given to me. |
| 10:07AM | 6 | Q. Did you also use cocaine inside of that upstairs area |
| 10:07AM | 7 | more than once? |
| 10:07AM | 8 | A. Yes. |
| 10:07AM | 9 | Q. With Peter Gerace? |
| 10:07AM | 10 | A. Yes. |
| 10:07AM | 11 | Q. When you were upstairs, who would give you that cocaine? |
| 10:07AM | 12 | A. Peter would. |
| 10:07AM | 13 | Q. You said the first time that you got cocaine from Peter |
| 10:07AM | 14 | Gerace was around 2012? |
| 10:07AM | 15 | A. Yes. |
| 10:07AM | 16 | Q. Do you remember when the last time was? |
| 10:07AM | 17 | A. Right before I left. |
| 10:07AM | 18 | Q. Which was when? |
| 10:07AM | 19 | A. 2018. |
| 10:08AM | 20 | Q. And was that also in the upstairs part of Pharaoh's? |
| 10:08AM | 21 | A. Yes. |
| 10:08AM | 22 | Q. Did you also use other drugs while you were working at |
| 10:08AM | 23 | Pharaoh's? |
| 10:08AM | 24 | A. Yes. |
| 10:08AM | 25 | Q. What drugs? |

| | | |
|---|---|---|
| 10:08AM | 1 | A.  Adderall. |
| 10:08AM | 2 | Q.  Where would you get the Adderall that you used inside of |
| 10:08AM | 3 | Pharaoh's? |
| 10:08AM | 4 | A.  From Marcus Black. |
| 10:08AM | 5 | Q.  Marcus Black? |
| 10:08AM | 6 | Ms. A.A., are you still using cocaine today? |
| 10:08AM | 7 | A.  No, I'm not. |
| 10:08AM | 8 | Q.  Are you still using Adderall? |
| 10:08AM | 9 | A.  No, I'm not. |
| 10:08AM | 10 | Q.  Ms. A.A., did you also see other dancers inside of |
| 10:08AM | 11 | Pharaoh's use cocaine? |
| 10:08AM | 12 | A.  Yes. |
| 10:08AM | 13 | Q.  Did you see other dancers inside of Pharaoh's use other |
| 10:08AM | 14 | drugs, too? |
| 10:08AM | 15 | A.  Yes. |
| 10:08AM | 16 | Q.  Do you remember any specific other drugs that you saw |
| 10:09AM | 17 | other dancers use? |
| 10:09AM | 18 | A.  I can recall heroin. |
| 10:09AM | 19 | Q.  Heroin? |
| 10:09AM | 20 | A.  Yes. |
| 10:09AM | 21 | Q.  I think earlier you mentioned one of the day shift |
| 10:09AM | 22 | managers, his name was Chris, right? |
| 10:09AM | 23 | A.  Yes. |
| 10:09AM | 24 | Q.  Did you ever see Chris fire one of those dancers who was |
| 10:09AM | 25 | using heroin? |

10:09AM   1   A.  Yes.

10:09AM   2   Q.  What happened to that dancer after Chris fired her, from

10:09AM   3   what you remember?

10:09AM   4   A.  They would go back to Peter and talk with him, and they

10:09AM   5   would get -- he would give them their job back.

10:09AM   6   Q.  Ms. A.A., while you were working at Pharaoh's, did any of

10:09AM   7   the customers ever introduce themselves as friends of Peter

10:09AM   8   Gerace's?

10:09AM   9   A.  Yes.

10:09AM   10  Q.  I want to talk to you a little bit about those groups

10:09AM   11  that would introduce themselves as his friend, okay?

10:09AM   12  A.  Okay.

10:10AM   13  Q.  Was there ever an incidence when people who said they

10:10AM   14  were Mr. Gerace's friends asked you to get them cocaine

10:10AM   15  inside of Pharaoh's?

10:10AM   16  A.  Yes.

10:10AM   17  Q.  When was the first time that happened?  Do you remember

10:10AM   18  what year?

10:10AM   19  A.  Right when I first probably started to work there.

10:10AM   20  Q.  So around 2012?

10:10AM   21  A.  Yes, sir.

10:10AM   22  Q.  Can you describe what happened that first time

10:10AM   23  Mr. Gerace's friends asked about getting cocaine at

10:10AM   24  Pharaoh's?

10:10AM   25  A.  They asked me if I could go get it for them.  And I said

| | | |
|---|---|---|
| 10:10AM | 1 | I'll go ask Peter. |
| 10:10AM | 2 | Q.  So what did you do? |
| 10:10AM | 3 | A.  I went over to Peter and asked him, and he told me to go |
| 10:10AM | 4 | see Marcus. |
| 10:10AM | 5 | Q.  After he told -- after Peter told you to go see Marcus, |
| 10:10AM | 6 | what did you do?  What did you do? |
| 10:10AM | 7 | A.  What did I do?  I went over to Marcus and told him. |
| 10:11AM | 8 | Q.  Did Marcus give you cocaine? |
| 10:11AM | 9 | A.  Yes. |
| 10:11AM | 10 | Q.  What did you -- what did you say to Marcus when you got |
| 10:11AM | 11 | over there? |
| 10:11AM | 12 | A.  I told Marcus that Peter's friends wanted cocaine, and |
| 10:11AM | 13 | that Peter told me I could go to you to get it. |
| 10:11AM | 14 | Q.  What did Marcus do after you told him that? |
| 10:11AM | 15 | A.  He went to the bathroom and then came back out and |
| 10:11AM | 16 | brought it in a dollar bill, and gave it to me to go give it |
| 10:11AM | 17 | to them. |
| 10:11AM | 18 | Q.  You said he brought it.  What's the "it?" |
| 10:11AM | 19 | A.  He brought cocaine in the dollar bill, and gave it to me |
| 10:11AM | 20 | to go give to Peter's friends. |
| 10:11AM | 21 | Q.  When you say in a dollar bill, was it like wrapped up |
| 10:11AM | 22 | inside of a dollar bill? |
| 10:11AM | 23 | A.  Yes, it was wrapped up. |
| 10:11AM | 24 | Q.  What did you do with that cocaine after Marcus Black gave |
| 10:11AM | 25 | it to you? |

10:11AM   1   A.  I went over to give it to Peter's friends.

10:11AM   2   Q.  Did you actually give it to them?

10:11AM   3   A.  Yes.

10:11AM   4   Q.  Did you get anything in return for delivering the cocaine

10:12AM   5   from Marcus Black to Peter Gerace's friends?

10:12AM   6   A.  Yes.

10:12AM   7   Q.  What?

10:12AM   8   A.  I was given cocaine in a dollar bill.

10:12AM   9   Q.  And who gave you that cocaine?

10:12AM  10   A.  Marcus.

10:12AM  11   Q.  How much cocaine did he give you?

10:12AM  12   A.  It was enough -- it was enough.

10:12AM  13   Q.  Enough just for you to use?

10:12AM  14   A.  No, enough for me if I wanted to share it with a dancer

10:12AM  15   friend or two.

10:12AM  16   Q.  Beyond this one time, Ms. A.A., were there other times

10:12AM  17   where that same group of friends would ask you to get cocaine

10:12AM  18   for them inside of Pharaoh's?

10:12AM  19   A.  Yes.

10:12AM  20   Q.  Was it always the same group of people, or were there

10:12AM  21   other people?

10:12AM  22   A.  There was other people.

10:12AM  23   Q.  And you said that first time that happened, you went over

10:13AM  24   to Peter and asked him permission?

10:13AM  25   A.  Yeah.

Case 1:19-cr-00227-LJV-MJR   Document 930   Filed 05/11/24   Page 18 of 25
USA v Bongiovanni - A.A. - Dickson/Direct - 2/29/24

18

10:13AM   1    Q.  Every time these friends would ask for cocaine, did you

10:13AM   2    always go ask Peter Gerace for permission?

10:13AM   3    A.  Yes, I did.

10:13AM   4    Q.  Did you do that every single time, or was there a time

10:13AM   5    where you stopped asking?

10:13AM   6    A.  There was a time I stopped asking, because Peter told me

10:13AM   7    that I didn't need to anymore.

10:13AM   8    Q.  Ms. A.A., did Peter Gerace ever tell you how to behave

10:13AM   9    when you would see his friends doing cocaine?

10:13AM  10    A.  Yes.

10:13AM  11    Q.  What did Peter Gerace tell you?

10:13AM  12    A.  Told me to look the other way.  Act discreetly.  Act like

10:13AM  13    nothing was going on.

10:13AM  14    Q.  Did he tell you to not say anything?

10:13AM  15    A.  Yes.

10:13AM  16    Q.  Over the course of the time that you worked at Pharaoh's,

10:14AM  17    how many times would you say you delivered cocaine from Peter

10:14AM  18    or Marcus to a group of customers?

10:14AM  19    A.  Like, seven or eight times.

10:14AM  20    Q.  And while you worked at Pharaoh's, Ms. A.A., did you see

10:14AM  21    any law enforcement officers inside of Pharaoh's?

10:14AM  22    A.  I would only see them when they would come in the

10:14AM  23    building, they would show their badge, and they were allowed

10:14AM  24    to come in for free.

10:14AM  25         **MR. DICKSON:**  Give me just one second, okay?

10:14AM    1    **THE WITNESS:** Yeah.

10:14AM    2    **BY MR. DICKSON:**

10:14AM    3    Q. Ms. A.A., you said you started working in Pharaoh's in

10:14AM    4    2012. How old were you when you started working there?

10:14AM    5    A. 23, 24.

10:15AM    6    **MR. DICKSON:** Okay. Thank you for your time.

10:15AM    7    Your Honor, I don't have any more questions.

10:15AM    8    **THE COURT:** Cross?

10:15AM    9    **MR. MacKAY:** Yes, thank you, Your Honor.

10:15AM   10

10:15AM   11    **CROSS-EXAMINATION BY MR. MacKAY:**

10:15AM   12    Q. Good morning, Ms. A.A.

10:15AM   13    A. Good morning.

10:15AM   14    Q. So my name is Parker MacKay.

10:15AM   15    A. Okay.

10:15AM   16    Q. I represent somebody named Joseph Bongiovanni.

10:15AM   17    Now that we've sort of introduced ourselves, would it be

10:15AM   18    okay if I asked you some questions to follow up what

10:15AM   19    Mr. Dickson asked?

10:15AM   20    A. Yes.

10:15AM   21    Q. Okay. So if I'm understanding you correctly, the people

10:15AM   22    you saw inside of Pharaoh's that appeared to be dealing

10:16AM   23    cocaine were two people, that would be Marcus Black and

10:16AM   24    Jessica Leyland; is that correct?

10:16AM   25    A. Correct.

10:16AM   1   Q.   Okay.  They were the people, to the best of what you saw,

10:16AM   2   who brought cocaine into the club?

10:16AM   3   A.   Yes.

10:16AM   4   Q.   Okay.  And you said there were some occasions where you

10:16AM   5   acted something like a go-between, between Mr. Gerace's

10:16AM   6   friends and Marcus Black; do you recall that?

10:16AM   7   A.   I'm sorry, what?

10:16AM   8   Q.   You talked about some situations where it looks like you

10:16AM   9   brought drugs back and forth between Mr. Black and some

10:16AM  10   friends of Mr. Gerace's; is that correct?

10:16AM  11   A.   Yes.

10:16AM  12   Q.   Okay.  But you said that only happened about seven or

10:16AM  13   eight times that you can remember, correct?

10:16AM  14   A.   Yes.

10:16AM  15   Q.   So you worked there from 2012 to 2018, correct?

10:16AM  16   A.   Correct.

10:16AM  17   Q.   And, I mean, can we understand that to mean that happened

10:17AM  18   maybe just a little over one time a year then?

10:17AM  19   A.   Not --

10:17AM  20   Q.   Well, let me ask it to you a different way.  Did that

10:17AM  21   happen all in kind of a short period of time?

10:17AM  22   A.   No, it happened over the course of the years that I

10:17AM  23   worked there.

10:17AM  24   Q.   Okay.  But given how many, did you work continuously at

10:17AM  25   Pharaoh's from 2012 to 2018?

| | | |
|---|---|---|
| 10:17AM | 1 | A.  It was on and off that I did. |
| 10:17AM | 2 | Q.  Okay.  Would it be fair to say then that these incidents |
| 10:17AM | 3 | we're talking about were sort of few and far between? |
| 10:17AM | 4 | A.  Few and far between?  What do you -- I'm sorry. |
| 10:17AM | 5 | Q.  Was there a lot of time between when these incidents |
| 10:17AM | 6 | would happen? |
| 10:17AM | 7 | A.  Yes.  They would happen quite frequently when they would |
| 10:17AM | 8 | come in. |
| 10:17AM | 9 | Q.  Now, you mentioned a woman named Charm, who you know to |
| 10:17AM | 10 | be Jessica Leyland; do you remember her? |
| 10:17AM | 11 | A.  Correct, yes. |
| 10:17AM | 12 | Q.  Okay.  And I think you told us that at times she appeared |
| 10:17AM | 13 | to be dealing cocaine? |
| 10:17AM | 14 | A.  Yes. |
| 10:17AM | 15 | Q.  Okay.  Did you ever see her exchange any money for |
| 10:18AM | 16 | cocaine?  Or was it just handing cocaine over to somebody? |
| 10:18AM | 17 | A.  What from what I can recall I remember I seen her handing |
| 10:18AM | 18 | it.  And I'm almost positive there was money involved, too. |
| 10:18AM | 19 | I don't really remember. |
| 10:18AM | 20 | Q.  Okay.  You don't remember a lot from that time period? |
| 10:18AM | 21 | A.  No. |
| 10:18AM | 22 | Q.  Now is it fair to say, though, that Ms. Leyland, when she |
| 10:18AM | 23 | would do this, this was more frequently, I'm sorry, this was |
| 10:18AM | 24 | more towards the end of the time when you worked at |
| 10:18AM | 25 | Pharaoh's? |

10:18AM   1   A.  Correct.

10:18AM   2   Q.  Okay.  So going back to the beginning of the time you

10:18AM   3   worked at Pharaoh's, you didn't really see her dealing at

10:18AM   4   that time, did you?

10:18AM   5   A.  No, I didn't.

10:18AM   6   Q.  Okay.  Now, you talked about these groups of friends that

10:18AM   7   came in who appeared -- who you thought were friends of

10:18AM   8   Mr. Gerace's; do you remember those people?

10:19AM   9   A.  Correct.

10:19AM  10   Q.  You don't remember who any of those folks were, correct?

10:19AM  11   A.  I don't know, no.

10:19AM  12   Q.  Okay.  Were they white?  Were they black?  Were they

10:19AM  13   Hispanic?

10:19AM  14   A.  They were white.  And they were different color mixes,

10:19AM  15   races, white, black, Hispanic.

10:19AM  16   Q.  So it appeared to be different people on different

10:19AM  17   occasions?

10:19AM  18   A.  Yes.

10:19AM  19   Q.  Okay.  And none of those folks were law enforcement

10:19AM  20   folks, were they?  That you can recall?

10:19AM  21   A.  I don't -- I don't remember really.  I don't.  I just

10:19AM  22   know that they were all together sometimes.  I just know, I

10:19AM  23   remember law enforcement showed their badge at the door so

10:19AM  24   they could get in.

10:19AM  25   Q.  Sure.  And that's the only way you would know if somebody

10:19AM    1    was law enforcement if they showed a badge at the door,

10:19AM    2    correct?

10:19AM    3    A.  Yes, correct.

10:19AM    4    Q.  And, you know, I would assume you were not right there at

10:19AM    5    the door, so you wouldn't know what type of badge it was or

10:19AM    6    anything like that, correct?

10:19AM    7    A.  Not most of the time, no.

10:19AM    8    Q.  Okay.  But you were never directed by Mr. Gerace at any

10:19AM    9    point in time, like, hey, these folks are law enforcement,

10:20AM   10    take care of them; is that fair to say?

10:20AM   11    A.  That's fair.

10:20AM   12    Q.  Okay.

10:20AM   13    A.  Yes.

10:20AM   14    Q.  I'm just going to ask you one more question, Ms. A.A.

10:20AM   15    A.  Okay.

10:20AM   16    Q.  There's a gentleman at this table who is seated -- who is

10:20AM   17    seated next to where I was seated.  He's got a gray tie on.

10:20AM   18    You've never seen him before in your life that you recall,

10:20AM   19    correct?

10:20AM   20    A.  I've never seen him.  I don't know him.  I don't recall

10:20AM   21    him.

10:20AM   22             **MR. MacKAY:**  Okay.  Thank you very much, Ms. A.A.

10:20AM   23             **THE WITNESS:**  You're welcome.

10:20AM   24             **THE COURT:**  Any redirect?

10:20AM   25             **MR. DICKSON:**  Yes, Judge.

| | | |
|---|---|---|
| 10:20AM | 1 | **REDIRECT EXAMINATION BY MR. DICKSON:** |
| 10:20AM | 2 | Q.  Almost done, okay? |
| 10:20AM | 3 |    Ms. A.A., when you were working at Pharaoh's, did you see |
| 10:20AM | 4 | people using cocaine inside of the club frequently, or |
| 10:20AM | 5 | infrequently? |
| 10:20AM | 6 | A.  Frequently. |
| 10:20AM | 7 | Q.  Okay. |
| 10:20AM | 8 |      **MR. DICKSON:**  Your Honor, I don't have any more |
| 10:20AM | 9 | questions.  Thank you. |
| 10:20AM | 10 |      **THE COURT:**  Mr. MacKay, anything more? |
| 10:20AM | 11 |      **MR. MacKAY:**  No, Your Honor. |
| 10:20AM | 12 |      **THE COURT:**  Okay.  You can step down, ma'am.  Thank |
| 10:20AM | 13 | you. |
| 10:20AM | 14 |      (Witness excused at 10:20 a.m.) |
| | 15 |      (Excerpt concluded at 10:20 a.m.) |
| | 16 |      *    *    *    *    *    *    * |
| | 17 | |
| | 18 | |
| | 19 | **<u>CERTIFICATE OF REPORTER</u>** |
| | 20 |    In accordance with 28, U.S.C., 753(b), I certify that |
| | 21 | these original notes are a true and correct record of |
| | 22 | proceedings in the United States District Court for the |
| | 23 | Western District of New York on February 29, 2024. |
| | 24 |                      s/ Ann M. Sawyer |
| | |                      Ann M. Sawyer, FCRR, RPR, CRR |
| | 25 |                      Official Court Reporter |
| | |                      U.S.D.C., W.D.N.Y. |

**TRANSCRIPT INDEX**

**EXCERPT - EXAMINATION OF A.A. (PROTECTED WITNESS #8)**

**FEBRUARY 29, 2024**

**W I T N E S S**                                    **P A G E**

**A. A. (PROTECTED WITNESS #8)**                      2

   DIRECT EXAMINATION BY MR. DICKSON:                2

   CROSS-EXAMINATION BY MR. MacKAY:                  19

   REDIRECT EXAMINATION BY MR. DICKSON:              24


**E X H I B I T**                                    **P A G E**

GOV Exhibit 485                                       9