```
 1                    UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF NEW YORK
 2
   _____
 3 UNITED STATES OF AMERICA,
                                     Case No. 1:19-cr-227
 4               Plaintiff,                        (LJV)
   v.
 5                                   March 5, 2024
   JOSEPH BONGIOVANNI,
 6
   _____
 7              Defendant.

 8          TRANSCRIPT EXCERPT - EXAMINATION OF J.D.
            BEFORE THE HONORABLE LAWRENCE J. VILARDO
 9                UNITED STATES DISTRICT JUDGE

10
   APPEARANCES:          TRINI E. ROSS, UNITED STATES ATTORNEY
11                       BY: JOSEPH M. TRIPI, ESQ.
                             NICHOLAS T. COOPER, ESQ.
12                           CASEY L. CHALBECK, ESQ.
                         Assistant United States Attorneys
13                       Federal Centre
                         138 Delaware Avenue
14                       Buffalo, New York 14202
                             And
15                       UNITED STATES DEPARTMENT OF JUSTICE
                         BY: JORDAN ALAN DICKSON, ESQ.
16                       1301 New York Ave NW
                         Suite 1000
17                       Washington, DC 20530-0016
                         For the Plaintiff
18
                         SINGER LEGAL PLLC
19                       BY: ROBERT CHARLES SINGER, ESQ.
                         80 East Spring Street
20                       Williamsville, New York 14221
                             And
21                       LAW OFFICES OF PARKER ROY MacKAY
                         BY: PARKER ROY MacKAY, ESQ.
22                       3110 Delaware Avenue
                         Kenmore, New York  14217
23                       For the Defendant

24 PRESENT:              BRIAN A. BURNS, FBI Special Agent
                         MARILYN K. HALLIDAY, HSI Special Agent
25                       KAREN A. CHAMPOUX, USA Paralegal
```

```
 1   LAW CLERK:              REBECCA FABIAN IZZO, ESQ.

 2   COURT DEPUTY CLERK:     COLLEEN M. DEMMA

 3   COURT REPORTER:         ANN MEISSNER SAWYER, FCRR, RPR, CRR
                             Robert H. Jackson Federal Courthouse
 4                           2 Niagara Square
                             Buffalo, New York  14202
 5                           Ann_Sawyer@nywd.uscourts.gov

 6

 7                   *    *    *    *    *    *    *

 8

 9        (Excerpt commenced at 12:13 p.m.

10        (Jury is present.)

11
```

12:12PM  12   **J. D.,** having been duly called and sworn, testified as

12:13PM  13   follows:

12:13PM  14            **MR. TRIPI:**  May I inquire, Your Honor?

12:13PM  15            **THE COURT:**  Yes, you may.

12:13PM  16

12:13PM  17                  **DIRECT EXAMINATION BY MR. TRIPI:**

12:13PM  18   Q.  Good afternoon, Mr. J.D.

12:13PM  19   A.  Good afternoon.

12:13PM  20   Q.  Mr. J.D., how old are you, sir?

12:13PM  21   A.  49.

12:13PM  22   Q.  And did you grow up in the Buffalo area?

12:13PM  23   A.  Yes, I did.

12:13PM  24   Q.  What part of Buffalo?

12:13PM  25   A.  West Side.

| | | |
|---|---|---|
| 12:13PM | 1 | Q.  How far have you gone in school? |
| 12:13PM | 2 | A.  Two years in college. |
| 12:13PM | 3 | Q.  And where did you graduate from high school? |
| 12:13PM | 4 | A.  Buffalo Traditional. |
| 12:13PM | 5 | Q.  And that's in the City of Buffalo? |
| 12:13PM | 6 | A.  Yes, sir. |
| 12:13PM | 7 | Q.  You said you got two years of college, where did you go? |
| 12:13PM | 8 | A.  ECC. |
| 12:13PM | 9 | Q.  What did you study? |
| 12:13PM | 10 | A.  General studies. |
| 12:13PM | 11 | Q.  And tell this jury, excuse me, a little bit about your |
| 12:13PM | 12 | employment history.  What kind of work do you do? |
| 12:13PM | 13 | A.  I do construction. |
| 12:13PM | 14 | Q.  And you've been doing that for a long time? |
| 12:13PM | 15 | A.  My whole life, yes. |
| 12:13PM | 16 | Q.  What type of construction work do you do? |
| 12:13PM | 17 | A.  Tile and concrete.  Ceramic tile. |
| 12:13PM | 18 | Q.  Are you currently employed? |
| 12:14PM | 19 | A.  No. |
| 12:14PM | 20 | Q.  Now, Mr. J.D., during certain parts of your life, have |
| 12:14PM | 21 | you struggled at times with drug use and addiction? |
| 12:14PM | 22 | A.  Yes, I have. |
| 12:14PM | 23 | Q.  What type of drugs have you struggled with at times? |
| 12:14PM | 24 | A.  Coke.  Cocaine. |
| 12:14PM | 25 | Q.  And have you also used marijuana -- |

USA v Bongiovanni - J.D. - Tripi/Direct - 3/5/24

4

| 12:14PM | 1 | A.  Yes. |

12:14PM   1   A.  Yes.

12:14PM   2   Q.  -- at various times?

12:14PM   3   A.  Yes.

12:14PM   4   Q.  Without getting into too much detail, was there an event

12:14PM   5   in your life that was sort of a catalyst that led you into

12:14PM   6   heavier drug use.

12:14PM   7   A.  The death of my sister.

12:14PM   8   Q.  And when was that?

12:14PM   9   A.  18 years ago.

12:14PM   10   Q.  Roughly 2005?

12:14PM   11   A.  I don't know the exact date.

12:14PM   12   Q.  Okay.  I think that math is right.

12:14PM   13   A.  Okay.  October 13th.  Yes.

12:14PM   14   Q.  2005?

12:14PM   15   A.  I believe so, yes.

12:14PM   16   Q.  You said 18 years ago?

12:14PM   17   A.  Yes.

12:14PM   18   Q.  If my math is wrong, I apologize.

12:14PM   19       18 years ago, after that happened, did you start getting

12:14PM   20   in some trouble as a result of your drug use?

12:14PM   21   A.  Yes.

12:15PM   22   Q.  Did you meet some members of law enforcement around that

12:15PM   23   time?

12:15PM   24   A.  Yes.

12:15PM   25   Q.  What agency were those members of law enforcement with

| | | |
|---|---|---|
| 12:15PM | 1 | that you initially met? |
| 12:15PM | 2 | A.  Buffalo Police. |
| 12:15PM | 3 | Q.  Do you remember their names? |
| 12:15PM | 4 | A.  Kevin -- I don't know their last names, I just remember |
| 12:15PM | 5 | Kevin. |
| 12:15PM | 6 | Q.  Kevin?  Was it a detective? |
| 12:15PM | 7 | A.  He was a narcotics officer. |
| 12:15PM | 8 | Q.  Okay.  In any event, when you would get in trouble around |
| 12:15PM | 9 | that time, did you start helping Buffalo Police with some |
| 12:15PM | 10 | stuff? |
| 12:15PM | 11 | A.  Yes. |
| 12:15PM | 12 | Q.  And specifically that Officer Kevin? |
| 12:15PM | 13 | A.  Yes. |
| 12:15PM | 14 | Q.  Okay.  How are you doing now with respect to drug use? |
| 12:15PM | 15 | A.  Excellent. |
| 12:15PM | 16 | Q.  Are you clean? |
| 12:15PM | 17 | A.  Yes. |
| 12:15PM | 18 | Q.  How long have you been clean? |
| 12:15PM | 19 | A.  Except for smoking marijuana. |
| 12:15PM | 20 | Q.  Okay.  Did you smoke marijuana today? |
| 12:15PM | 21 | A.  No. |
| 12:15PM | 22 | Q.  When's the last time you smoked marijuana? |
| 12:15PM | 23 | A.  Two weeks ago. |
| 12:15PM | 24 | Q.  Okay. |
| 12:15PM | 25 | A.  I've been sick. |

| 12:15PM | 1 | Q. Feeling better? |
| 12:15PM | 2 | A. Not really. |
| 12:15PM | 3 | Q. Well, you're not contagious right now, right? |
| 12:16PM | 4 | A. No. |
| 12:16PM | 5 | Q. Okay. Are you under the influence of any drugs as you |
| 12:16PM | 6 | testify today? |
| 12:16PM | 7 | A. No, sir. |
| 12:16PM | 8 | Q. Okay. Do you know an individual named Joseph |
| 12:16PM | 9 | Bongiovanni? |
| 12:16PM | 10 | A. Yes. |
| 12:16PM | 11 | Q. Do you see him in court today? |
| 12:16PM | 12 | A. Yes. |
| 12:16PM | 13 | Q. Can you please point to him and describe something he's |
| 12:16PM | 14 | wearing? |
| 12:16PM | 15 | A. He's wearing a black suit with a -- I can't describe the |
| 12:16PM | 16 | color tie. Maroon? Maroon-colored tie. |
| 12:16PM | 17 | **MR. TRIPI:** May the record reflect the witness |
| 12:16PM | 18 | identified the defendant? |
| 12:16PM | 19 | **THE COURT:** It does. |
| 12:16PM | 20 | **BY MR. TRIPI:** |
| 12:16PM | 21 | Q. How long have you known, him approximately? |
| 12:16PM | 22 | A. A few years. |
| 12:16PM | 23 | Q. What do you mean by "a few?" |
| 12:16PM | 24 | A. Five years, maybe. Four or five years. |
| 12:16PM | 25 | Q. Could it have been longer than that? |

12:16PM   1   A.   I don't know the exact time, but maybe, yes.

12:16PM   2   Q.   Okay.  How did you first meet him?

12:16PM   3   A.   Through -- I think Buffalo Police introduced us.

12:16PM   4   Q.   Was it that Kevin, that narcotics officer?

12:17PM   5   A.   I believe so.  I'm not positive who it was, but was

12:17PM   6   Buffalo who introduced me to them, the DEA.

12:17PM   7   Q.   After you were first introduced to him, was there a place

12:17PM   8   you would see him more frequently?

12:17PM   9   A.   Yes.  Fitness Factory.

12:17PM   10   Q.   Is that a gym?

12:17PM   11   A.   Yes, sir.

12:17PM   12        THE COURT:  Could you speak right into the

12:17PM   13   microphone, please?

12:17PM   14        THE WITNESS:  Yes.  Fitness Factory.

12:17PM   15        BY MR. TRIPI:

12:17PM   16   Q.   And where is that gym located?

12:17PM   17   A.   In Kenmore.

12:17PM   18   Q.   Which street?

12:17PM   19   A.   Delaware and Mang.

12:17PM   20   Q.   When --

12:17PM   21        THE COURT:  You said Delaware and Mang?

12:17PM   22        THE WITNESS:  And Mang.

12:17PM   23        THE COURT:  M-A-N-G.

12:17PM   24        BY MR. TRIPI:

12:17PM   25   Q.   How frequently would you work out at that gym?

USA v Bongiovanni - J.D. - Tripi/Direct - 3/5/24

8

12:17PM    1    A.  Almost every day.

12:17PM    2    Q.  Is there someone that, when you would see the defendant,

12:17PM    3    you would see him working out with?

12:17PM    4    A.  Lou Selva.

12:17PM    5    Q.  As far as you know, were those two friends?

12:17PM    6    A.  Yes.

12:17PM    7    Q.  Now, at some point after you had met the defendant

12:18PM    8    through this Buffalo Police contact, did there come a point

12:18PM    9    in time when you had some information that you provided to a

12:18PM   10    member of Border Patrol?

12:18PM   11    A.  Yes.

12:18PM   12    Q.  How long after that information that you had that you

12:18PM   13    were gonna provide to Border Patrol, how long had you known

12:18PM   14    the defendant by that point?

12:18PM   15    A.  Maybe a year or two.

12:18PM   16    Q.  Okay.  And with regard to information you had that you

12:19PM   17    thought might interest Border Patrol, did you have sort of

12:19PM   18    two meetings with Border Patrol?

12:19PM   19    A.  Yes.

12:19PM   20    Q.  Where was the first meeting?

12:19PM   21    A.  In a marina down on Fuhrmann Boulevard.

12:19PM   22    Q.  Would that be, like, the Small Boat Harbor area?

12:19PM   23    A.  I believe so, yes.

12:19PM   24    Q.  And do you remember the name of who you met with?

12:19PM   25    A.  No.

USA v Bongiovanni - J.D. - Tripi/Direct - 3/5/24

9

| | | |
|---|---|---|
| 12:19PM | 1 | Q.  Does the name Larry Jay ring a bell? |
| 12:19PM | 2 | A.  Not really.  I mean, I don't know -- |
| 12:19PM | 3 | Q.  You just don't remember names? |
| 12:19PM | 4 | A.  Yeah. |
| 12:19PM | 5 | Q.  Okay.  In any event, you had that first meeting, was |
| 12:19PM | 6 | there a second meeting shortly after that? |
| 12:19PM | 7 | A.  Yes. |
| 12:19PM | 8 | Q.  Where was the second meeting? |
| 12:19PM | 9 | A.  At their office, off Colvin Boulevard.  I don't know the |
| 12:19PM | 10 | name of the street, the side street that it's off of. |
| 12:19PM | 11 | Q.  They have an office over there somewhere? |
| 12:20PM | 12 | A.  Yes. |
| 12:20PM | 13 | Q.  And just generally, did the information relate to |
| 12:20PM | 14 | information that you believed Border Patrol would be |
| 12:20PM | 15 | interested in? |
| 12:20PM | 16 | A.  Yes. |
| 12:20PM | 17 | Q.  Okay.  Now, when that second meeting was set up, do you |
| 12:20PM | 18 | remember discussing going to that meeting over the phone with |
| 12:20PM | 19 | the Border Patrol agent? |
| 12:20PM | 20 | A.  Yes. |
| 12:20PM | 21 | Q.  Did you agree to meet with them at that address off |
| 12:20PM | 22 | Colvin? |
| 12:20PM | 23 | A.  Yes, they came and picked me up. |
| 12:20PM | 24 | Q.  And then Border Patrol agents drove you there? |
| 12:20PM | 25 | A.  Yes. |

12:20PM    1    Q.  Now, after you made it to their office, did someone else

12:20PM    2    arrive?

12:20PM    3    A.  Yes.

12:20PM    4    Q.  Who else arrived?

12:20PM    5    A.  Mr. Bongiovanni.

12:20PM    6    Q.  Did you know he was gonna be there?

12:20PM    7    A.  No.

12:20PM    8    Q.  What was his demeanor when he walked into their office?

12:20PM    9    A.  Not happy.

12:20PM   10    Q.  Can you elaborate?

12:20PM   11    A.  He was very upset.

12:21PM   12    Q.  Did he say anything?

12:21PM   13    A.  Not in so many words, no, he didn't.

12:21PM   14    Q.  How do you know he was upset?

12:21PM   15    A.  Oh, his demeanor was -- was very angry.

12:21PM   16    Q.  Did he say something that he was angry?

12:21PM   17    A.  After the -- after we walked out, yes.

12:21PM   18    Q.  What did he say to you?

12:21PM   19    A.  He was upset that I was basically cutting his throat.

12:21PM   20    Q.  What do you mean by that?

12:21PM   21    A.  Like, I was going above him to meet with these guys.

12:21PM   22    Q.  Do you remember him saying something during the meeting

12:21PM   23    to the other agents or in your presence?

12:21PM   24    A.  I do, but I don't remember what was said.

12:21PM   25    Q.  Do you remember the tone or tenor of what he said?

12:21PM    1    A.  Upset.

12:21PM    2    Q.  Upset with you being there?

12:21PM    3    A.  Yes.

12:21PM    4    Q.  Was the meeting long or short?

12:22PM    5    A.  I don't recall how long, it wasn't that long.

12:22PM    6    Q.  By the time the meeting ended, did you ever get to the

12:22PM    7    substance of the information?  Don't tell us what the

12:22PM    8    information you had was, but did you ever get to the point of

12:22PM    9    discussing the substance of the information that you wanted

12:22PM   10    to provide?

12:22PM   11    A.  No.

12:22PM   12    Q.  When you left, who did you leave with?

12:22PM   13    A.  Mr. Bongiovanni.

12:22PM   14    Q.  Did he drive you back home?

12:22PM   15    A.  I believe so, yes.

12:22PM   16    Q.  Because you had gotten there with the other agents?

12:22PM   17    A.  Yep.

12:22PM   18    Q.  Now, when you left with him, what did he say to you?

12:22PM   19    A.  I don't remember exact words, but he wasn't happy.

12:22PM   20    Q.  What did you mean by when you mentioned earlier you were

12:23PM   21    cutting his throat?

12:23PM   22    A.  Like, going over his head to go to somebody else.

12:23PM   23    Q.  Another law enforcement agency?

12:23PM   24    A.  Yes.

12:23PM   25    Q.  Is that what he was angry about?

| | | |
|---|---|---|
| 12:23PM | 1 | A.   I believe so, yes. |
| 12:23PM | 2 | Q.   Well, you were there.  What was he angry about? |
| 12:23PM | 3 | A.   Well, that, yes. |
| 12:23PM | 4 | Q.   Did he ever pursue the information that you had that you |
| 12:23PM | 5 | wanted to provide Border Patrol? |
| 12:23PM | 6 | A.   No. |
| 12:23PM | 7 | MR. SINGER:  Your Honor, late objection, but |
| 12:23PM | 8 | speculation on the last question. |
| 12:23PM | 9 | THE COURT:  Well, he can only testify to his |
| 12:23PM | 10 | knowledge, and that's what he testifying.  So overruled. |
| 12:23PM | 11 | MR. SINGER:  Okay. |
| 12:23PM | 12 | BY MR. TRIPI: |
| 12:23PM | 13 | Q.   Without getting into specifics, was the information you |
| 12:23PM | 14 | had associated with any individuals who -- withdrawn. |
| 12:23PM | 15 | Associated with a bar, individuals who attended a bar on |
| 12:24PM | 16 | Hertel Avenue? |
| 12:24PM | 17 | A.   No. |
| 12:24PM | 18 | Q.   Not that you recall? |
| 12:24PM | 19 | A.   Not that I recall, no. |
| 12:24PM | 20 | Q.   Did the defendant ever debrief you on the information |
| 12:24PM | 21 | that you wanted to provide Border Patrol? |
| 12:24PM | 22 | A.   No. |
| 12:24PM | 23 | Q.   Did he ever ask you to do anything to help investigate |
| 12:24PM | 24 | the people you wanted to talk about? |
| 12:24PM | 25 | A.   No. |

12:24PM   1   Q.   Okay.   Now, at some point, did you learn that the

12:24PM   2   defendant was getting married?

12:24PM   3   A.   Yes.

12:24PM   4   Q.   Did you learn stag tickets were available?

12:24PM   5   A.   Yes.

12:24PM   6   Q.   Now, at some point, were you signed up by the defendant

12:25PM   7   as an official confidential source for the DEA on two

12:25PM   8   different occasions, from February 18th, 2010 to May 2011,

12:25PM   9   and again from September 9th, 2016 to December 28th, 2016?

12:25PM   10   A.   Yes.

12:25PM   11   Q.   Did you acquire a stag ticket to go to the defendant's

12:25PM   12   stag party or bachelor party in Buffalo?

12:25PM   13   A.   Yes.

12:25PM   14   Q.   Where was the stag party or the bachelor party?

12:25PM   15   A.   At Iron Works, I believe.

12:25PM   16   Q.   Is that a bar down by where the Sabres play?

12:25PM   17   A.   Yes.

12:25PM   18   Q.   Do you remember who you went there with?

12:25PM   19   A.   A few of my friends, yes.

12:25PM   20   Q.   Who were they?

12:25PM   21   A.   Mike Piazza, Nick Piazza.

12:25PM   22   Q.   Anyone else?

12:25PM   23   A.   Not offhand, that I recall.

12:26PM   24   Q.   Were there people there other than the defendant that you

12:26PM   25   knew?

| 12:26PM | 1 | A.  Yes. |

12:26PM   1   A.  Yes.

12:26PM   2   Q.  Who were some of the people that you knew that you saw

12:26PM   3   there?

12:26PM   4   A.  My cousin, Sal Albert.  Mike Masecchia.  I mean, half the

12:26PM   5   neighborhood was there.

12:26PM   6   Q.  Do you remember Wayne Anderson being there?

12:26PM   7   A.  Yes.

12:26PM   8   Q.  Do you remember Lou Selva being there?

12:26PM   9   A.  That, I don't recall.

12:26PM   10  Q.  I'm going to show you grand jury exhibit -- Government

12:26PM   11  Exhibit, excuse me, 3543A.  I'm going to ask you to read

12:26PM   12  page 15 at the bottom beginning with line 23, to page 16 all

12:27PM   13  the way through line 22 on that page, okay?

12:27PM   14  A.  Um-hum.

12:27PM   15  Q.  So basically the bottom of 15 through page 16.

12:27PM   16          MR. SINGER:  3543A, 16 and 17.

12:27PM   17          MR. TRIPI:  Sorry, 3543A, bottom of page 15 on to 16.

12:27PM   18          MR. SINGER:  Thank you.

12:27PM   19          MR. TRIPI:  You're welcome.

12:27PM   20          BY MR. TRIPI:

12:27PM   21  Q.  Just read that to yourself, and when you're done, you can

12:27PM   22  put it down and look up.  Okay?

12:27PM   23  A.  Um-hum.  Okay.

12:28PM   24  Q.  Does that refresh your recollection as to some of the

12:28PM   25  people who were --

12:28PM   1    A.   Yes.

12:28PM   2    Q.   -- at the party?

12:28PM   3    A.   Yes.

12:28PM   4    Q.   Was Lou Selva there?

12:28PM   5    A.   Yes.

12:28PM   6    Q.   Who else was there?

12:28PM   7    A.   Wayne Anderson, me, myself, Mike Piazza.  Couple -- I

12:28PM   8    mean, cops.  Is that what you're asking me?

12:28PM   9    Q.   Do you remember a Joe who worked at a Tonawanda Police

12:28PM   10   Department?

12:28PM   11   A.   Um-hum.  Yes.

12:28PM   12   Q.   You have to say "yes" or "no", okay?

12:28PM   13   A.   Yes.

12:28PM   14   Q.   Was a person named Nick Pugliese there?

12:28PM   15   A.   Yes.

12:28PM   16        **THE COURT:**  Mr. Tripi, it's about 12:30.  Is this a

12:28PM   17   good time to break?

12:28PM   18        **MR. TRIPI:**  I have, like, ten more minutes.  It's up

12:28PM   19   to you, Judge.

12:28PM   20        **THE COURT:**  No, let's break.

12:28PM   21        **MR. TRIPI:**  Thank you.

12:28PM   22        **THE COURT:**  We have other things that we have to do.

12:28PM   23        **MR. TRIPI:**  Understood, Judge.

12:28PM   24        **THE COURT:**  Folks, we are now going to take our lunch

12:29PM   25   break.  So please remember my instructions about not

| | | |
|---|---|---|
| 12:29PM | 1 | discussing any aspect of this case with anyone at all |
| 12:29PM | 2 | including each other.  Don't do research on your own.  Don't |
| 12:29PM | 3 | use tools of technology to research the case or to communicate |
| 12:29PM | 4 | about the case.  Don't read, or watch, or listen to any news, |
| 12:29PM | 5 | radio, internet, or TV coverage of the case, if there is any, |
| 12:29PM | 6 | while the trial is still in progress.  And don't make up your |
| 12:29PM | 7 | mind about anything until the evidence has been presented and |
| 12:29PM | 8 | the case is submitted to you for deliberations. |
| 12:29PM | 9 | As I said a few minutes ago, we'll be back at quarter |
| 12:29PM | 10 | to 2.  Thank you, all, very much. |
| 12:29PM | 11 | (Jury excused at 12:29 p.m.) |
| 12:30PM | 12 | **THE COURT:**  Okay.  Anything we need to put on the |
| 12:30PM | 13 | record from the government? |
| 12:30PM | 14 | **MR. TRIPI:**  No, Your Honor. |
| 12:30PM | 15 | **THE COURT:**  From the defense. |
| 12:30PM | 16 | **MR. SINGER:**  No, Your Honor. |
| 12:30PM | 17 | **THE COURT:**  Okay.  So let's come back at -- first of |
| 12:30PM | 18 | all, Mr. Singer, will you tell Chief Judge Wolford that I'll |
| 12:30PM | 19 | be waiting for her here when you're done with her. |
| 12:30PM | 20 | **MR. SINGER:**  I will do that, Judge. |
| 12:30PM | 21 | **THE COURT:**  And let's come back at close to 1:30, 20 |
| 12:30PM | 22 | to 2, and we'll do our little oral argument on the issue that |
| 12:30PM | 23 | Mr. Cooper raised a few minutes ago.  Okay? |
| 12:30PM | 24 | **MR. TRIPI:**  Sounds good.  Thank you, Judge. |
| 12:30PM | 25 | **THE COURT:**  Thanks, folks. |

| | | |
|---|---|---|
| 12:30PM | 1 | **THE CLERK:**  All rise. |
| 12:30PM | 2 | (Off the record at 12:30 p.m.) |
| 01:41PM | 3 | (Back on the record at 1:41 p.m.) |
| 01:41PM | 4 | (Jury not present.) |
| 01:58PM | 5 | (Proceedings unrelated from 1:42 p.m. to 1:58 p.m.) |
| 01:58PM | 6 | (Jury seated at 1:58 p.m.) |
| 01:59PM | 7 | **THE COURT:**  Okay.  The record will reflect that all |
| 01:59PM | 8 | our jurors are present again. |
| 01:59PM | 9 | I remind the witness that he's still under oath. |
| 01:59PM | 10 | And, Mr. Tripi, you may continue. |
| 01:59PM | 11 | **MR. TRIPI:**  Thank you very much, Your Honor. |
| 01:59PM | 12 | Mr. J.D., make sure to keep your voice up so that we |
| 01:59PM | 13 | can hear you, okay? |
| 01:59PM | 14 | **THE WITNESS:**  Yes. |
| 01:59PM | 15 | **BY MR. TRIPI:** |
| 01:59PM | 16 | Q.  Mr. J.D., I'd like to direct your attention back to that |
| 01:59PM | 17 | stag party.  I think you said it was at Buffalo Iron Works? |
| 02:00PM | 18 | A.  Yes. |
| 02:00PM | 19 | Q.  Okay.  In connection with that stag party, do you know |
| 02:00PM | 20 | the name of the woman that Mr. Bongiovanni was marrying? |
| 02:00PM | 21 | A.  Schuh.  I don't know -- I don't know if it's Ashley Schuh |
| 02:00PM | 22 | or -- I just know it's a Schuh. |
| 02:00PM | 23 | Q.  That's the maiden name? |
| 02:00PM | 24 | A.  The maiden name, yes. |
| 02:00PM | 25 | Q.  Okay.  And now, is there something -- you talked about |

02:00PM    1    Mike Masecchia being there --

02:00PM    2    A.  Yes.

02:00PM    3    Q.  -- do you remember that?

02:00PM    4    A.  Yes.

02:00PM    5    Q.  Can you tell the jury how it is that you remember that

02:00PM    6    Mike Masecchia was there that night?

02:00PM    7    A.  Him and I got into an altercation.

02:00PM    8    Q.  Describe it for the jury so they understands.

02:00PM    9    A.  He was a teacher of mine in high school.  And he came up

02:00PM   10    to me and told me -- he goes, oh, you got old.

02:00PM   11        And I said, oh, you were my teacher, you got old.

02:00PM   12        And he was a little drunk, and we got into an

02:00PM   13    altercation.

02:00PM   14    Q.  Describe the altercation.

02:00PM   15    A.  He pushed me, and he -- I pushed him back, and they broke

02:00PM   16    it up, and then I left.

02:00PM   17    Q.  Is that how you remember for sure --

02:00PM   18    A.  Oh, yeah.

02:00PM   19    Q.  -- Mike Masecchia was there?

02:00PM   20    A.  Yes.

02:01PM   21    Q.  And where was he your teacher back in --

02:01PM   22    A.  At Buffalo Traditional.

02:01PM   23    Q.  Okay.  So he's older than you?

02:01PM   24    A.  Yes.

02:01PM   25    Q.  Now, before the break, I had asked you about two periods

02:01PM 1    of time where you were signed up as a confidential source

02:01PM 2    with the DEA; do you remember that?

02:01PM 3    A.   Yes.

02:01PM 4    Q.   And just to recap, that was from February 18th, 2010 to

02:01PM 5    May of 2011; that was one period?

02:01PM 6    A.   One period, yes.

02:01PM 7    Q.   And was another period September 9th, 2016 to

02:01PM 8    December 28th, 2016?

02:01PM 9    A.   Yes.

02:01PM 10   Q.   Okay.  And you signed all the appropriate documents to

02:01PM 11   become a confidential source, correct?

02:01PM 12   A.   Yes.

02:01PM 13   Q.   Who was your handling agent for those periods of time?

02:01PM 14   A.   Joe Bongiovanni.

02:01PM 15   Q.   Okay.  Generally, were those situations where you were

02:01PM 16   being paid for your service?

02:01PM 17   A.   Yes.

02:01PM 18   Q.   When you would interact with Mr. Bongiovanni regarding

02:02PM 19   that, those situations, was he alone or was he with a partner

02:02PM 20   typically?

02:02PM 21   A.   Typically with a partner.

02:02PM 22   Q.   Do you remember who the partner was?

02:02PM 23   A.   No.

02:02PM 24   Q.   Were there times when you were alone?

02:02PM 25   A.   Once, twice.

02:02PM   1   Q.  Who was your point of contact with the DEA?

02:02PM   2   A.  Joe Bongiovanni.

02:02PM   3   Q.  Now, during one of those periods of time, was there an

02:02PM   4   occasion where the defendant brought you over to a meeting at

02:02PM   5   ATF; do you remember that?

02:02PM   6   A.  I do.  I don't remember -- yes, I do.  Yes, he did.

02:02PM   7   Q.  Okay.  And was that you and the defendant going over to

02:02PM   8   ATF?

02:02PM   9   A.  Yes.

02:02PM   10  Q.  Now, did there come a point in time during that meeting

02:02PM   11  where one of the ATF personnel in the room asked a question

02:02PM   12  that related to Italian Organized Crime; do you remember

02:03PM   13  that?

02:03PM   14  A.  Yes.  Yes.

02:03PM   15  Q.  When that question was asked, where was Mr. Bongiovanni

02:03PM   16  situated in relation to you?

02:03PM   17  A.  I don't remember that.  I know he was in the room.

02:03PM   18  Q.  Do you remember -- do you remember him indicating

02:03PM   19  anything to you or signalling anything to you when that

02:03PM   20  question was asked?

02:03PM   21  A.  No.  I got -- I got upset about it.

02:03PM   22          **MR. TRIPI:**  Just a moment.  One moment, please,

02:04PM   23  Your Honor.

02:04PM   24          **THE COURT:**  Okay.

02:05PM   25          **MR. TRIPI:**  I'll withdraw the question.

USA v Bongiovanni - J.D. - Tripi/Direct - 3/5/24
21

| | | |
|---|---|---|
| 02:05PM | 1 | **BY MR. TRIPI:** |
| 02:05PM | 2 | Q.  When you were signed up with the DEA, with the defendant |
| 02:05PM | 3 | as your handler, did he ever ask you if you could buy |
| 02:05PM | 4 | marijuana or any other drugs from Mike Masecchia? |
| 02:05PM | 5 | A.  No. |
| 02:05PM | 6 | Q.  Did he -- move up, please, so you can speak into the mic. |
| 02:05PM | 7 | A.  No. |
| 02:05PM | 8 | Q.  Did he ever ask you if you could buy any other drugs from |
| 02:06PM | 9 | Lou Selva? |
| 02:06PM | 10 | A.  No. |
| 02:06PM | 11 | Q.  Did he ever ask you if you could buy any drugs from Wayne |
| 02:06PM | 12 | Anderson? |
| 02:06PM | 13 | A.  No. |
| 02:06PM | 14 | Q.  Did he ever ask you any questions or if you could buy |
| 02:06PM | 15 | drugs from Ron Serio? |
| 02:06PM | 16 | A.  No. |
| 02:06PM | 17 | Q.  Can you speak into the mic, please? |
| 02:06PM | 18 | A.  No. |
| 02:06PM | 19 | Q.  Did he ever ask you if you could buy any drugs from Tom |
| 02:06PM | 20 | Serio? |
| 02:06PM | 21 | A.  No. |
| 02:06PM | 22 | Q.  Did he ever ask you if you could buy any drugs from David |
| 02:06PM | 23 | Oddo? |
| 02:06PM | 24 | A.  No. |
| 02:06PM | 25 | Q.  Did he ever ask you if you could buy any drugs from |

USA v Bongiovanni - J.D. - Tripi/Direct - 3/5/24

22

| | | |
|---|---|---|
| 02:06PM | 1 | Anthony Gerace? |
| 02:06PM | 2 | A.  No. |
| 02:06PM | 3 | Q.  Did he ever ask you if you could buy any drugs from Peter |
| 02:06PM | 4 | Gerace? |
| 02:06PM | 5 | A.  No. |
| 02:06PM | 6 | Q.  Did he ever ask you if you could buy any drugs from Mike |
| 02:06PM | 7 | Sinatra? |
| 02:06PM | 8 | A.  No. |
| 02:06PM | 9 | Q.  Did he ever ask you if you could buy any drugs from |
| 02:06PM | 10 | Joseph Tomasello? |
| 02:06PM | 11 | A.  No. |
| 02:06PM | 12 | Q.  Did he ever ask you if you could you buy any drugs from |
| 02:06PM | 13 | Mike Buttitta. |
| 02:06PM | 14 | A.  No. |
| 02:06PM | 15 | Q.  Did he ever ask you if you could buy any drugs from Joe |
| 02:06PM | 16 | Bella? |
| 02:06PM | 17 | A.  No. |
| 02:06PM | 18 | Q.  Do you know most of those people? |
| 02:06PM | 19 | A.  Yes. |
| 02:06PM | 20 | Q.  Did he ever ask you to could go to Pharaoh's and see if |
| 02:06PM | 21 | you could buy drugs from anyone there -- |
| 02:06PM | 22 | A.  No. |
| 02:06PM | 23 | Q.  -- at the strip club? |
| 02:06PM | 24 | A.  No. |
| 02:07PM | 25 | Q.  Did he ever ask you if you knew about any of those |

| | | |
|---|---|---|
| 02:07PM | 1 | individuals' activities between 2008 and 2017? |
| 02:07PM | 2 | A.  No. |
| 02:07PM | 3 | **MR. TRIPI:**  No further direct, Your Honor. |
| 02:07PM | 4 | Your Honor, may we have just a moment so I can confer |
| 02:07PM | 5 | with counsel before cross? |
| 02:07PM | 6 | **THE COURT:**  Sure. |
| 02:07PM | 7 | **MR. TRIPI:**  I apologize. |
| 02:07PM | 8 | **THE COURT:**  No, that's okay. |
| 02:08PM | 9 | **MR. TRIPI:**  Thank you, Judge.  No further direct. |
| 02:08PM | 10 | Sorry for the delay. |
| 02:08PM | 11 | |
| 02:08PM | 12 | **CROSS-EXAMINATION BY MR. SINGER:** |
| 02:08PM | 13 | Q.  Hi, Mr. J.D. |
| 02:08PM | 14 | A.  How are you doing? |
| 02:08PM | 15 | Q.  Doing okay.  Get out for lunch? |
| 02:08PM | 16 | A.  No. |
| 02:08PM | 17 | Q.  Oh.  Neither did I. |
| 02:08PM | 18 | So, as far as -- you stated on direct that you know |
| 02:08PM | 19 | Mr. Bongiovanni; is that right? |
| 02:08PM | 20 | A.  Yes. |
| 02:08PM | 21 | Q.  And you first met him going back to the 2000s period; is |
| 02:08PM | 22 | that right? |
| 02:08PM | 23 | A.  Yes. |
| 02:08PM | 24 | Q.  And so you mentioned that kind of in the middle of the |
| 02:09PM | 25 | 2000s, like 2005 or so, I think you had a death in your |

02:09PM   1   family; is that right, sir?

02:09PM   2   A.   Yes.

02:09PM   3   Q.   And that's unfortunately when you started to get involved

02:09PM   4   with some narcotics activities at that point?

02:09PM   5   A.   Yes.

02:09PM   6   Q.   And, so, that's what led to you eventually getting

02:09PM   7   arrested, correct?

02:09PM   8   A.   Um-hum.

02:09PM   9   Q.   And you decided to cooperate with the Buffalo Police

02:09PM   10   Department at that time?

02:09PM   11   A.   Um-hum.

02:09PM   12   Q.   And there was a handler that you dealt with at the BPD, I

02:09PM   13   think his name is Kevin; is --

02:09PM   14   A.   Yes.

02:09PM   15   Q.   -- that right?

02:09PM   16   A.   Yes.

02:09PM   17   Q.   But you don't remember his last name --

02:09PM   18   A.   I don't, no.

02:09PM   19   Q.   -- or anything?

02:09PM   20       And you assisted at that point Buffalo Police Department

02:09PM   21   in a couple investigations they had into narcotics crimes?

02:09PM   22   A.   Um-hum.

02:09PM   23   Q.   You have to --

02:09PM   24   A.   Yes.  Sorry.

02:09PM   25   Q.   No problem at all.  So at that time that you start to

02:09PM  1   help out Buffalo Police Department, sometimes your handlers

02:09PM  2   might share information that you give them that occurs

02:09PM  3   outside the city limits; is that right?

02:09PM  4   A.  Yes.

02:10PM  5   Q.  Because they can't go and investigate those types of

02:10PM  6   crimes, right?

02:10PM  7           MR. TRIPI:  Objection as to who can -- it's not in

02:10PM  8   his basis of understanding where they go.

02:10PM  9           THE COURT:  Sustained.

02:10PM 10           MR. SINGER:  Let me rephrase.

02:10PM 11           BY MR. SINGER:

02:10PM 12   Q.  So when you're working for the Buffalo Police Department,

02:10PM 13   sir, you're helping them with crimes that occur in the City

02:10PM 14   of Buffalo; is that right?

02:10PM 15   A.  Yes.

02:10PM 16   Q.  And you've been an informant for a couple of years with

02:10PM 17   them; is that right?

02:10PM 18   A.  Yes.

02:10PM 19   Q.  Have you brought them information about things that are

02:10PM 20   happening outside the city, is it your understanding that

02:10PM 21   they couldn't investigate those types of crimes?

02:10PM 22   A.  Um-hum.  Yes.

02:10PM 23   Q.  And so as a result of that, sometimes they might refer

02:10PM 24   you to a different police department?

02:10PM 25   A.  Yes.

02:10PM    1    Q.   And so, I know that you said in your direct testimony

02:10PM    2    that you had met Mr. Bongiovanni first through an

02:10PM    3    introduction through your Buffalo Police Department handler,

02:10PM    4    Kevin; is that right?

02:10PM    5    A.   Yes.

02:10PM    6    Q.   Do you recall, and I know it's a number of years ago, but

02:10PM    7    do you recall being introduced first to someone with the

02:11PM    8    Tonawanda Police Department?

02:11PM    9    A.   Could have been, yes.

02:11PM   10    Q.   Do you remember an Officer Bruce Schmitt?

02:11PM   11    A.   To tell you the truth, I don't recall.  I don't remember

02:11PM   12    the name.

02:11PM   13    Q.   Okay.  You testified on direct the first time you got

02:11PM   14    signed up as a confidential source with the DEA is 2010,

02:11PM   15    correct?

02:11PM   16    A.   I believe so.  I don't know the exact date.

02:11PM   17    Q.   But it wasn't going back to 2005, correct?

02:11PM   18    A.   No.  No.

02:11PM   19    Q.   And, so, I guess before you were signed up in that 2010

02:11PM   20    time period, you don't have any reason to disagree with me

02:11PM   21    about the 2010 time period, correct?

02:11PM   22    A.   I'm sorry?

02:11PM   23    Q.   You don't have any reason to disagree with me about the

02:11PM   24    2010 time period, correct?

02:11PM   25    A.   No.

02:11PM   1   Q.  Because I think you testified on direct, Mr. Tripi was

02:11PM   2   running through, you operated as a DEA source in 2010 to

02:11PM   3   2011?

02:11PM   4   A.  Yes.

02:11PM   5   Q.  And then again in 2016 for a shorter period of time?

02:11PM   6   A.  I believe if that's the date, yes.  I don't know the

02:11PM   7   exact dates, but yes.

02:11PM   8   Q.  So, kind of getting back, so, you were helping out

02:12PM   9   Mr. Bongiovanni at some point in time after Buffalo Police

02:12PM   10  Department before 2010 in some capacity as a confidential

02:12PM   11  source, right?

02:12PM   12  A.  Yes.

02:12PM   13  Q.  But that wasn't as a DEA confidential source, right?

02:12PM   14  A.  No.  No.

02:12PM   15  Q.  So, were you a Town of Tonawanda confidential source at

02:12PM   16  that point in time?

02:12PM   17  A.  No.  They just brought me from Buffalo because there were

02:12PM   18  things going on in Tonawanda.  They went from Buffalo Police

02:12PM   19  Department, and then brought me and introduced me to

02:12PM   20  Tonawanda.

02:12PM   21  Q.  So they introduced you to Tonawanda first?

02:12PM   22  A.  Yes.

02:12PM   23  Q.  Okay.  And through Tonawanda is how you met

02:12PM   24  Mr. Bongiovanni, correct?

02:12PM   25  A.  I don't remember how exactly I met Mr. Bongiovanni, what

02:12PM  1   agency, I just remember getting introduced to him.

02:12PM  2   Q.  Okay.  All right.  I got you.

02:12PM  3       So, eventually, you start helping DEA officially as a

02:12PM  4   confidential source, correct?

02:12PM  5   A.  Yes.

02:12PM  6   Q.  Yes.  And so you had two different time periods that you

02:13PM  7   worked with DEA as a confidential source, correct?

02:13PM  8   A.  Yes.

02:13PM  9   Q.  And you were getting paid money during those times that

02:13PM  10  you were a confidential source at DEA, correct?

02:13PM  11  A.  Yes.

02:13PM  12  Q.  And, Mr. Bongiovanni, the first time you were a

02:13PM  13  confidential source, so I want to talk about that earlier

02:13PM  14  time period, 2010, 2011, okay?

02:13PM  15  A.  Okay.

02:13PM  16  Q.  You were used in a couple different investigations in

02:13PM  17  that time period, correct?

02:13PM  18  A.  Yes.

02:13PM  19  Q.  You were used in the capacity to provide information,

02:13PM  20  correct?

02:13PM  21  A.  Yes.

02:13PM  22  Q.  You also were used in a capacity to make undercover buys;

02:13PM  23  is that right?

02:13PM  24  A.  Yes.

02:13PM  25  Q.  And those buys targeted a number of different people; is

02:13PM  1    that fair to say?

02:13PM  2    A.   Yes.

02:13PM  3    Q.   And sometimes it resulted in prosecutions of people?

02:13PM  4    A.   I don't know what happened after -- after I was done with

02:13PM  5    my part.  I had no idea.

02:13PM  6    Q.   Okay.  So during that time period, do you remember making

02:13PM  7    a purchase from Mike Piazza?

02:13PM  8    A.   Yes.

02:13PM  9    Q.   He was somebody that you knew, correct?

02:13PM  10   A.   Yes.

02:13PM  11   Q.   And the purchase that you made from Mike Piazza was for

02:14PM  12   some quantity of marijuana; is that right?

02:14PM  13   A.   Yes.

02:14PM  14   Q.   We're not talking about pounds and pounds of marijuana,

02:14PM  15   though, right?

02:14PM  16   A.   No, I think it was an ounce of marijuana.

02:14PM  17   Q.   Okay.  So 1 ounce of marijuana?

02:14PM  18   A.   Yes.

02:14PM  19   Q.   And that was a controlled buy that you assisted with

02:14PM  20   Mr. Bongiovanni?

02:14PM  21   A.   Yes.

02:14PM  22   Q.   Okay.  And then at some point in time in 2011, you're no

02:14PM  23   longer used as a source at DEA?

02:14PM  24   A.   Yes.

02:14PM  25   Q.   Okay.  And then you sign up again in 2016; is that

USA v Bongiovanni - J.D. - Singer/Cross - 3/5/24

30

```
02:14PM    1    correct?

02:14PM    2    A.   Yes.

02:14PM    3    Q.   And that was for a shorter period of time, correct?

02:14PM    4    A.   Yes, sir.

02:14PM    5    Q.   Only for a couple months?

02:14PM    6    A.   Only a couple months.

02:14PM    7    Q.   And you assisted with controlled buys from another

02:14PM    8    individual; is that right?

02:14PM    9    A.   Yes.

02:14PM   10    Q.   And I think you had one controlled buy, is that something

02:14PM   11    you remember?

02:14PM   12    A.   I don't.  I don't know what -- what are you talking

02:14PM   13    about?

02:14PM   14    Q.   I guess what I'm getting at is so you made a controlled

02:14PM   15    purchase from that individual, do you remember that?

02:15PM   16    A.   Okay.  But I don't know what individual you're talking

02:15PM   17    about.

02:15PM   18    Q.   Okay.  Well, I want to stay away from saying any names on

02:15PM   19    the record --

02:15PM   20    A.   Okay.

02:15PM   21    Q.   -- because obviously --

02:15PM   22    A.   Okay.

02:15PM   23    Q.   -- you operated as a confidential source.

02:15PM   24    A.   Yes.

02:15PM   25    Q.   Okay.  So I don't want to inform anybody about who you're
```

02:15PM  1   buying from, all right?

02:15PM  2   A.  Okay.

02:15PM  3   Q.  So do you remember making a buy in the 2016 time period?

02:15PM  4   A.  Yes.

02:15PM  5   Q.  Well, you tell me, I don't think what you remember.

02:15PM  6   A.  Yes.

02:15PM  7   Q.  You do remember making a buy in 2016?

02:15PM  8   A.  Yes.  I mean, I don't remember the exact date, but yes.

02:15PM  9   Q.  Okay.  So you do remember making a buy?

02:15PM  10  A.  Yes.

02:15PM  11  Q.  Don't remember the exact date --

02:15PM  12  A.  No.

02:15PM  13  Q.  -- but you do remember making a buy?

02:15PM  14  A.  Yes.

02:15PM  15  Q.  And then after you made that buy, do you know what

02:15PM  16  happened with the case at that point in time?

02:15PM  17  A.  No.

02:15PM  18  Q.  I know that you were deactivated for a shorter period of

02:15PM  19  time.  Do you know what the reason was for your deactivation?

02:15PM  20  A.  I don't remember.

02:16PM  21  Q.  Okay.  So, when you're a DEA source, you sat through that

02:16PM  22  twice, correct, in your life?

02:16PM  23  A.  Yes.

02:16PM  24  Q.  And so when you're a DEA source, fair to say that the DEA

02:16PM  25  sits you down and has you sign an agreement?

USA v Bongiovanni - J.D. - Singer/Cross - 3/5/24

32

| | | |
|---|---|---|
| 02:16PM | 1 | A.  Yes. |
| 02:16PM | 2 | Q.  And that agreement has a number of rules that you have to |
| 02:16PM | 3 | abide by, sir? |
| 02:16PM | 4 | A.  Yes. |
| 02:16PM | 5 | Q.  And then after you get an agreement signed, they also sit |
| 02:16PM | 6 | you down to find out what information you know? |
| 02:16PM | 7 | A.  Yes. |
| 02:16PM | 8 | Q.  And the information you communicate to them helps them |
| 02:16PM | 9 | understand who you might be able to help out with cases, |
| 02:16PM | 10 | correct? |
| 02:16PM | 11 | A.  Yes. |
| 02:16PM | 12 | Q.  And, so, in that 2010 to 2011 time period, the first |
| 02:16PM | 13 | time, or the 2016 time period, the second time, Mr. Tripi |
| 02:16PM | 14 | asked you a number of questions about people that you may |
| 02:16PM | 15 | know from North Buffalo? |
| 02:16PM | 16 | A.  Yes. |
| 02:16PM | 17 | Q.  I want to go through some of those people, okay? |
| 02:16PM | 18 | So you mentioned that you knew Lou Selva; is that right? |
| 02:16PM | 19 | A.  Yes. |
| 02:17PM | 20 | Q.  He was someone who was not a contemporary of yours |
| 02:17PM | 21 | though, right? |
| 02:17PM | 22 | A.  Excuse me? |
| 02:17PM | 23 | Q.  Sure.  So he wasn't the same age as you, correct? |
| 02:17PM | 24 | A.  No.  No. |
| 02:17PM | 25 | Q.  He was someone who is older than you? |

02:17PM  1   A.  Yes.

02:17PM  2   Q.  But you knew him generally from North Buffalo?

02:17PM  3   A.  Yes.

02:17PM  4   Q.  And he was someone, I think, you met through your family

02:17PM  5   or something like that?

02:17PM  6   A.  Family members, yeah.

02:17PM  7   Q.  Yeah.  How is that connection -- can you explain that a

02:17PM  8   little more?

02:17PM  9   A.  My -- his dad used to own a rug place on Hertel Avenue.

02:17PM  10   And my uncle, we did flooring.  So that's -- we knew each

02:17PM  11   other for a long time.  We tiled his house.  I worked at Lou

02:17PM  12   Selva's house.

02:17PM  13   Q.  All right.  So through business, you knew Mr. Selva?

02:17PM  14   A.  Yes.

02:17PM  15   Q.  And you also knew him from the Fitness Factory?

02:17PM  16   A.  Yes.

02:17PM  17   Q.  Right?  That is a place that you worked out --

02:17PM  18   A.  Um-hum.

02:17PM  19   Q.  -- and that was a place that he worked out.  I think

02:17PM  20   Mr. Bongiovanni worked out there, as well?

02:17PM  21   A.  Yes.

02:17PM  22   Q.  And there were a lot of people from North Buffalo who

02:17PM  23   worked out at --

02:17PM  24   A.  Oh, yeah.

02:17PM  25   Q.  -- the Fitness Factory, right?

02:17PM    1    A.  Yes.

02:17PM    2    Q.  There was a smorgasbord of people?

02:17PM    3    A.  Yes.

02:17PM    4    Q.  Do you ever remember seeing Mr. Tripi work out at Fitness

02:17PM    5    Factory?

02:17PM    6    A.  Yes.

02:17PM    7    Q.  Yes?  So, it's kind of everyone from all walks of life,

02:17PM    8    correct?

02:17PM    9    A.  Yes.

02:18PM   10            MR. TRIPI:  I guess I would object to relevance, but

02:18PM   11    I guess it's out there, Judge.

02:18PM   12            BY MR. SINGER:

02:18PM   13    Q.  So, bottom line, the Fitness Factory was a neighborhood

02:18PM   14    gym, right?

02:18PM   15    A.  I'm sorry?

02:18PM   16    Q.  The Fitness Factory was the neighborhood gym?

02:18PM   17    A.  Yes.  It was the only gym at that time.

02:18PM   18    Q.  Understood.  So, as far as Lou Selva was concerned, I

02:18PM   19    know you knew him through business or family connections, but

02:18PM   20    you knew him to be a user of marijuana; is that a fair

02:18PM   21    statement?

02:18PM   22    A.  Yes.

02:18PM   23    Q.  But you didn't know him to be a seller of marijuana?

02:18PM   24    A.  No.

02:18PM   25    Q.  Okay.  You mentioned a person by the name of Mike

02:18PM   1    Masecchia; is that correct?

02:18PM   2    A.  Yes.

02:18PM   3    Q.  And Mike Masecchia, you said that he taught you in school

02:18PM   4    at some point?

02:18PM   5    A.  He was my English teacher in school.

02:18PM   6    Q.  Okay.  And that's how far you first met him?

02:18PM   7    A.  Yes.

02:18PM   8    Q.  Did you know him after you graduated high school at all?

02:18PM   9    A.  Yeah.

02:18PM   10   Q.  And do you know him from the neighborhood?

02:18PM   11   A.  No, just friends, just mutual friends.

02:18PM   12   Q.  Okay.  And I guess, like, you know, as far as your

02:19PM   13   friends are concerned, when you say "friends," it didn't seem

02:19PM   14   like what happened at the stag party that you two were very

02:19PM   15   close; is that a fair statement?

02:19PM   16   A.  No.  I just think that alcohol was involved, and I think,

02:19PM   17   you know, it just got out of hand.

02:19PM   18   Q.  And would you guys hang out on a regular basis?

02:19PM   19   A.  No.  No.

02:19PM   20   Q.  Okay.  How often would you see Mike Masecchia before you

02:19PM   21   saw him at that stag party?

02:19PM   22   A.  Once every couple years.

02:19PM   23   Q.  Okay.  So it was kind of just in passing?

02:19PM   24   A.  Yes.

02:19PM   25   Q.  All right.  And he was not someone that you knew to be a

| | | |
|---|---|---|
| 02:19PM | 1 | marijuana dealer, correct? |
| 02:19PM | 2 | A.  No. |
| 02:19PM | 3 | Q.  He was not someone you ever bought marijuana from, right? |
| 02:19PM | 4 | A.  No. |
| 02:19PM | 5 | Q.  You also mentioned a person by the name of David Oddo? |
| 02:19PM | 6 | A.  Yes. |
| 02:19PM | 7 | Q.  How do you know Mr. Oddo? |
| 02:19PM | 8 | A.  Mutual friends growing up on the West Side. |
| 02:19PM | 9 | Q.  Was he someone that you would hang out with on a regular |
| 02:19PM | 10 | basis? |
| 02:19PM | 11 | A.  No. |
| 02:19PM | 12 | Q.  How often would you see Mr. Oddo at all? |
| 02:19PM | 13 | A.  Once a year maybe. |
| 02:19PM | 14 | Q.  And you didn't know Mr. Oddo being a marijuana dealer, |
| 02:20PM | 15 | correct? |
| 02:20PM | 16 | A.  No. |
| 02:20PM | 17 | Q.  Never purchased marijuana from him? |
| 02:20PM | 18 | A.  Nope. |
| 02:20PM | 19 | Q.  How about Tom Serio?  How did you know Tom Serio? |
| 02:20PM | 20 | A.  I did a job for him.  I did some tile jobs for him. |
| 02:20PM | 21 | Q.  And he owned a business in the neighborhood, right? |
| 02:20PM | 22 | A.  Yes. |
| 02:20PM | 23 | Q.  It was a sub shop, I believe? |
| 02:20PM | 24 | A.  I think it was Mike's Big Mouth on Hertel. |
| 02:20PM | 25 | Q.  Okay.  And you understand, based on your dealings with |

02:20PM  1   Mr. Serio in the business capacity, that he also had a

02:20PM  2   brother Ron Serio; is that right?

02:20PM  3   A.  Yes.

02:20PM  4   Q.  Were you friends with Tom or Ron Serio?

02:20PM  5   A.  Not really.  Not friends.  Just business acquaintances.

02:20PM  6   Q.  How often would you see them?

02:20PM  7   A.  Not at all.  I mean, once every couple years.

02:20PM  8   Q.  You didn't know Tom or Ron Serio to be marijuana dealers,

02:20PM  9   correct?

02:20PM  10  A.  No.

02:20PM  11  Q.  You mentioned a person named Joe Tomasello; is that

02:20PM  12  right?

02:20PM  13  A.  Yes.

02:20PM  14  Q.  And you subcontracted work from him or with him, I should

02:20PM  15  say probably?

02:20PM  16  A.  I poured concrete with all his family, all the

02:20PM  17  Tomasellos, so that's how we know each other.

02:21PM  18  Q.  Okay.  Was it a friendship relationship, or a business

02:21PM  19  relationship?

02:21PM  20  A.  Business.

02:21PM  21  Q.  Okay.  How often would you see Joe Tomasello?

02:21PM  22  A.  Once every ten years.

02:21PM  23  Q.  And you didn't know Mr. Tomasello to be a marijuana

02:21PM  24  dealer at all?

02:21PM  25  A.  No.

USA v Bongiovanni - J.D. - Singer/Cross - 3/5/24

38

02:21PM   1    Q.  You mentioned a person by the name of Wayne Anderson; is

02:21PM   2    that right?

02:21PM   3    A.  Yes.

02:21PM   4    Q.  And I think you knew him through a rental apartment

02:21PM   5    arrangement you had; is that right?

02:21PM   6    A.  He was my boss.

02:21PM   7    Q.  Okay.  He was your boss?  So you see him a little more

02:21PM   8    regularly than some of other people we talked about?

02:21PM   9    A.  Oh, yeah.

02:21PM   10   Q.  How often would you see Wayne Anderson?

02:21PM   11   A.  Every day.  I lived around the block from him.  He was

02:21PM   12   a -- he owned a tile company, and I was one of his tile

02:21PM   13   setters.

02:21PM   14   Q.  Okay.  How long did you work with Wayne Anderson for?

02:21PM   15   A.  Year.

02:21PM   16   Q.  And you never knew him to be a marijuana dealer; is that

02:21PM   17   right?

02:21PM   18   A.  No.

02:21PM   19   Q.  The government also mentioned Anthony Gerace?

02:22PM   20   A.  Yes.

02:22PM   21   Q.  How did you know Mr. Gerace?

02:22PM   22   A.  Anthony Gerace was dating my brother's girlfriend's

02:22PM   23   sister.  That's how I -- that's how I know him.

02:22PM   24   Q.  A couple degrees of separation in that one?

02:22PM   25   A.  That's how I know everybody, just like that.

02:22PM   1   Q.  Just from the neighborhood kind of thing?

02:22PM   2   A.  Yes.

02:22PM   3   Q.  So Anthony Gerace, did you know him to be a marijuana

02:22PM   4   seller?

02:22PM   5   A.  No.

02:22PM   6   Q.  He had a brother Peter Gerace?

02:22PM   7   A.  Yes.

02:22PM   8   Q.  Did you know Peter Gerace at all?

02:22PM   9   A.  No.

02:22PM   10   Q.  Did you know him to be a marijuana seller?

02:22PM   11   A.  No.

02:22PM   12   Q.  Did you know him to be a drug seller at all?

02:22PM   13   A.  I don't even know him.

02:22PM   14   Q.  Have you ever been to Pharaoh's Gentlemen's Club?

02:22PM   15   A.  Never.

02:22PM   16   Q.  So is it a fair statement that you didn't mention any of

02:22PM   17   these people we just went through as potential people to buy

02:22PM   18   drugs from because you didn't know them to be drug dealers?

02:22PM   19   A.  Yes.

02:22PM   20   Q.  Okay.  How about the stag?  You said that you had

02:23PM   21   purchased a ticket to the stag; is that right?

02:23PM   22   A.  Yes.

02:23PM   23   Q.  Do you remember who you purchased the ticket from?

02:23PM   24   A.  Lou Selva.

02:23PM   25   Q.  And he was someone that you knew from the gym?

02:23PM 1  A.  Yes.

02:23PM 2  Q.  In that period of time, you kind of got to see him in the

02:23PM 3  gym; is that right?

02:23PM 4  A.  Yeah.

02:23PM 5  Q.  In that period of time, you saw him at the gym, you

02:23PM 6  weren't actively addicted to drugs at that point?

02:23PM 7  A.  I was.

02:23PM 8  Q.  You were?

02:23PM 9  A.  I was.

02:23PM 10 Q.  You were or not?  I'm sorry.

02:23PM 11 A.  I -- yes, I was.

02:23PM 12 Q.  You were?  Okay.  And as far as, I guess, did

02:23PM 13 Mr. Bongiovanni ever offer you a ticket to the stag?

02:23PM 14 A.  No.

02:23PM 15 Q.  You got that through Mr. Selva; is that right?

02:23PM 16 A.  Yes.

02:23PM 17 Q.  And you mentioned that there were a lot of people from

02:23PM 18 the North Buffalo neighborhood at the stag; is that a fair

02:23PM 19 statement?

02:23PM 20 A.  Um-hum.  Yes.

02:23PM 21 Q.  Correct?  Thank you.  More than you can potentially name

02:23PM 22 here today?

02:23PM 23 A.  I don't recall any -- I mean.  I can recall four or five

02:23PM 24 people there.  It was a blurry night, let's just say.  Let's

02:23PM 25 just say that.

| | | |
|---|---|---|
| 02:23PM | 1 | Q.  I understand.  So, I mean, was this kind of a situation |
| 02:24PM | 2 | like the Fitness Factory, like a lot of people were there |
| 02:24PM | 3 | from all walks of life? |
| 02:24PM | 4 | A.  Yes. |
| 02:24PM | 5 | MR. SINGER:  Thank you.  No further questions, Judge. |
| 02:24PM | 6 | MR. TRIPI:  Redirect, Your Honor? |
| 02:24PM | 7 | THE COURT:  Sure. |
| 02:24PM | 8 | |
| 02:24PM | 9 | REDIRECT EXAMINATION BY MR. TRIPI: |
| 02:24PM | 10 | Q.  Now you weren't at any stag party of mine, you were at |
| 02:24PM | 11 | his stag party, right? |
| 02:24PM | 12 | A.  Yes. |
| 02:24PM | 13 | Q.  All right.  Let's be clear on that. |
| 02:24PM | 14 | All right.  So, you were asked some questions about Mike |
| 02:24PM | 15 | Piazza a little bit ago -- |
| 02:24PM | 16 | A.  Yes, sir. |
| 02:24PM | 17 | Q.  -- do you recall that? |
| 02:24PM | 18 | Now, when you made that -- that I think you said it was |
| 02:24PM | 19 | about an ounce buy -- |
| 02:24PM | 20 | A.  Yes, sir. |
| 02:24PM | 21 | Q.  -- of marijuana? |
| 02:24PM | 22 | A.  Yep. |
| 02:24PM | 23 | Q.  Was Piazza a friend of yours? |
| 02:24PM | 24 | A.  Yes. |
| 02:24PM | 25 | Q.  As far as you knew, was he ever arrested for the ounce |

| | | |
|---|---|---|
| 02:24PM | 1 | buy marijuana that you made? |
| 02:24PM | 2 | A.  No. |
| 02:24PM | 3 | Q.  Is he still friends with you? |
| 02:25PM | 4 | A.  Yes. |
| 02:25PM | 5 | Q.  Did he ever know until just now that you made an ounce |
| 02:25PM | 6 | buy of marijuana for the defendant? |
| 02:25PM | 7 | A.  No. |
| 02:25PM | 8 | Q.  Now at the time you made the buy, was Piazza dating one |
| 02:25PM | 9 | of the Schuh sisters? |
| 02:25PM | 10 | A.  No. |
| 02:25PM | 11 | Q.  Did he eventually? |
| 02:25PM | 12 | A.  Excuse me? |
| 02:25PM | 13 | Q.  Did he date one of the Schuh sisters? |
| 02:25PM | 14 | A.  I think back when we were younger, younger-younger. |
| 02:25PM | 15 | Q.  And he was never arrested for the buy? |
| 02:25PM | 16 | A.  No. |
| 02:25PM | 17 | Q.  And you indicated it was one of the Schuhs that the |
| 02:25PM | 18 | defendant was getting married to? |
| 02:25PM | 19 | A.  I couldn't be positive on which one of the sisters, but |
| 02:25PM | 20 | yeah, it when we were younger, younger-younger. |
| 02:25PM | 21 | Q.  I'm asking you a different question.  The stag party was |
| 02:25PM | 22 | the defendant was marrying one of the Schuh sisters, correct? |
| 02:25PM | 23 | A.  Yes. |
| 02:25PM | 24 | Q.  Same Schuh -- that same Schuh family of sisters that |
| 02:25PM | 25 | dated Piazza? |

USA v Bongiovanni - J.D. - Tripi/Redirect - 3/5/24

43

| | | |
|---|---|---|
| 02:25PM | 1 | A.  Yes. |
| 02:25PM | 2 | Q.  Okay.  Now, you were asked some questions about Lou |
| 02:26PM | 3 | Selva, right? |
| 02:26PM | 4 | A.  Yeah. |
| 02:26PM | 5 | Q.  And you indicated you did some work on his house? |
| 02:26PM | 6 | A.  Yes. |
| 02:26PM | 7 | Q.  Where was his house, do you remember? |
| 02:26PM | 8 | A.  Riverside, Black Rock area. |
| 02:26PM | 9 | Q.  Rebecca Parkway? |
| 02:26PM | 10 | A.  Rebecca Parkway, yes. |
| 02:26PM | 11 | Q.  What work did you do there? |
| 02:26PM | 12 | A.  I did some basement work for him.  He had some mold. |
| 02:26PM | 13 | Q.  What was the problem in his basement? |
| 02:26PM | 14 | A.  There was a mold problem. |
| 02:26PM | 15 | Q.  And what was the genesis of the mold problem? |
| 02:26PM | 16 | A.  Water.  I don't -- I don't -- it was just a mold problem, |
| 02:26PM | 17 | I guess.  I don't know why it was there.  I mean -- |
| 02:26PM | 18 | Q.  Okay.  Did you testify in grand jury? |
| 02:26PM | 19 | A.  Yes. |
| 02:26PM | 20 | Q.  And have you talked to federal agents in this case? |
| 02:26PM | 21 | A.  No. |
| 02:26PM | 22 | Q.  You've had several interviews with federal agents, |
| 02:26PM | 23 | correct? |
| 02:26PM | 24 | A.  Oh, yes.  Yes. |
| 02:26PM | 25 | Q.  Did you tell them that you worked in Lou Selva's basement |

| | | |
|---|---|---|
| 02:26PM | 1 | cleaning up mold relating to a marijuana grow he had? |
| 02:26PM | 2 | A.  Yes. |
| 02:26PM | 3 | Q.  Why didn't you just say that just now? |
| 02:26PM | 4 | A.  I misunderstood your question. |
| 02:27PM | 5 | Q.  Are you nervous up there? |
| 02:27PM | 6 | A.  Yeah. |
| 02:27PM | 7 | Q.  Are you uncomfortable? |
| 02:27PM | 8 | A.  Yeah. |
| 02:27PM | 9 | Q.  Do you understand you've got to tell the truth, though, |
| 02:27PM | 10 | okay? |
| 02:27PM | 11 | A.  Yes. |
| 02:27PM | 12 | Q.  So what was the cause of the mold problem in Lou Selva's |
| 02:27PM | 13 | basement, Mr. J.D.? |
| 02:27PM | 14 | A.  From a marijuana grow. |
| 02:27PM | 15 | Q.  Did Mr. Singer ask you more questions about the people |
| 02:27PM | 16 | that you know from North Buffalo like Lou Selva than the |
| 02:27PM | 17 | defendant ever did? |
| 02:27PM | 18 | A.  Yes. |
| 02:27PM | 19 | **MR. TRIPI:**  No further questions. |
| 02:27PM | 20 | **THE COURT:**  Anything more, Mr. Singer? |
| 02:27PM | 21 | **MR. SINGER:**  One moment, Judge. |
| 02:27PM | 22 | |
| 02:27PM | 23 | **RECROSS-EXAMINATION BY MR. SINGER:** |
| 02:27PM | 24 | Q.  Mr. J.D., did you ever tell Agent Bongiovanni about the |
| 02:27PM | 25 | grow operation you suspected was in Lou Selva's basement? |

02:27PM   1   A.   Never.

02:28PM   2              **MR. SINGER:**  Thank you.

02:28PM   3              **THE COURT:**  Anything else Mr. Tripi?

02:28PM   4              **MR. TRIPI:**  No, Your Honor, thank you.

02:28PM   5              **THE COURT:**  You can step down, sir.  Thank you.

02:28PM   6              (Witness excused at 2:28 p.m.)

        7              (Excerpt concluded at 2:28 p.m.)

        8         *      *      *      *      *      *      *

        9

       10

       11

       12              <u>**CERTIFICATE OF REPORTER**</u>

       13

       14              In accordance with 28, U.S.C., 753(b), I

       15   certify that these original notes are a true and correct

       16   record of proceedings in the United States District Court for

       17   the Western District of New York on March 5, 2024.

       18

       19                        <u>s/ Ann M. Sawyer</u>
                                 Ann M. Sawyer, FCRR, RPR, CRR
       20                        Official Court Reporter
                                 U.S.D.C., W.D.N.Y.

       21

       22

       23

       24

       25

1

2                    **TRANSCRIPT INDEX**

3            **EXCERPT - EXAMINATION OF J.D.**

4                    **MARCH 5, 2024**

5

6

7    **W I T N E S S**                                    **P A G E**

8    **J. D.**                                            2

9       DIRECT EXAMINATION BY MR. TRIPI:                  2

10      CROSS-EXAMINATION BY MR. SINGER:                  23

11      REDIRECT EXAMINATION BY MR. TRIPI:                41

12      RECROSS-EXAMINATION BY MR. SINGER:                44

13

14

15

16

17

18

19

20

21

22

23

24

25