02:28PM

1            UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF NEW YORK
2
     _____
3    UNITED STATES OF AMERICA,
                                      Case No. 1:19-cr-227
4              Plaintiff,                        (LJV)
     v.
5                                     March 5, 2024
     JOSEPH BONGIOVANNI,
6
               Defendant.
7    _____

8         TRANSCRIPT EXCERPT - EXAMINATION OF K.L.
          BEFORE THE HONORABLE LAWRENCE J. VILARDO
9              UNITED STATES DISTRICT JUDGE

10
     APPEARANCES:          TRINI E. ROSS, UNITED STATES ATTORNEY
11                         BY: JOSEPH M. TRIPI, ESQ.
                               NICHOLAS T. COOPER, ESQ.
12                             CASEY L. CHALBECK, ESQ.
                           Assistant United States Attorneys
13                         Federal Centre
                           138 Delaware Avenue
14                         Buffalo, New York 14202
                             And
15                         UNITED STATES DEPARTMENT OF JUSTICE
                           BY: JORDAN ALAN DICKSON, ESQ.
16                         1301 New York Ave NW
                           Suite 1000
17                         Washington, DC 20530-0016
                           For the Plaintiff
18
                           SINGER LEGAL PLLC
19                         BY: ROBERT CHARLES SINGER, ESQ.
                           80 East Spring Street
20                         Williamsville, New York 14221
                             And
21                         LAW OFFICES OF PARKER ROY MacKAY
                           BY: PARKER ROY MacKAY, ESQ.
22                         3110 Delaware Avenue
                           Kenmore, New York  14217
23                         For the Defendant

24   PRESENT:              BRIAN A. BURNS, FBI Special Agent
                           MARILYN K. HALLIDAY, HSI Special Agent
25                         KAREN A. CHAMPOUX, USA Paralegal

| | |
|---|---|
| 1 | **LAW CLERK:**          **REBECCA FABIAN IZZO, ESQ.** |
| 2 | **COURT DEPUTY CLERK:**  **COLLEEN M. DEMMA** |
| 3 | **COURT REPORTER:**     **ANN MEISSNER SAWYER, FCRR, RPR, CRR** |

                                    Robert H. Jackson Federal Courthouse
4                                   2 Niagara Square
                                    Buffalo, New York  14202
5                                   Ann_Sawyer@nywd.uscourts.gov

6

7                        *    *    *    *    *    *    *

8

9             (Excerpt commenced at 2:28 p.m.)

10            (Jury is present.)

02:28PM   11            **THE COURT:**  The government can call its next witness.

02:28PM   12            **MR. COOPER:**  Thank you, Judge.  The government calls

02:28PM   13   K.L.

02:28PM   14

02:29PM   15   **K. L.,** having been duly called and sworn, testified as

02:29PM   16   follows:

02:29PM   17            **MR. COOPER:**  Your Honor, are you expecting a 3 p.m.,

02:29PM   18   approximately, a break today?

02:29PM   19            **THE COURT:**  We can.

02:29PM   20            **MR. COOPER:**  I'll just try to pick a time, because

02:29PM   21   this is going to be about 45 minutes to an hour.  So if you

02:29PM   22   want me to pick a time around 3, does that work?

02:29PM   23            **THE COURT:**  We can go a little past.

02:30PM   24            **MR. COOPER:**  Thank you, Judge.  May I inquire?

02:30PM   25            **THE COURT:**  Yes.

**DIRECT EXAMINATION BY MR. COOPER:**

Q.   Good afternoon, Ms. K.L.

A.   Good afternoon.

Q.   Would you introduce yourself to the jury?

A.   Hi, I'm K.L.

Q.   How old are you, K.L.?

A.   38.

Q.   Where did you grow up at?

A.   Lancaster, New York.

Q.   How far have you gone in school?

A.   Associates.

Q.   Okay.  So did you go to high school?

A.   Yes, I graduated high school.

Q.   Where did you go to high school?

A.   Lancaster.

Q.   And you said you graduated, and then you got an associate's degree?

A.   Um-hum.

Q.   Where did you get that associate's degree from?

A.   Purdue Global.  It was online.

Q.   And what's the degree in?

A.   Medical administration.

Q.   When did you get that degree?

A.   2021.

Q.   Okay.  And do you have any professional licenses?

02:30PM   1   A.  Cosmetology.

02:30PM   2   Q.  When did you obtain a cosmetology license?

02:30PM   3   A.  2003.

02:30PM   4   Q.  After you graduated from Lancaster High School, what

02:30PM   5   sorts of work did you start doing?

02:30PM   6   A.  I did front desk.  I did collections.  And I did hair.

02:31PM   7   Q.  When you say you did collections, is that, like, debt

02:31PM   8   collections?

02:31PM   9   A.  Yes.

02:31PM  10   Q.  And then you did hair?

02:31PM  11   A.  Um-hum.

02:31PM  12   Q.  Is that like a hair salon?

02:31PM  13   A.  Yes.

02:31PM  14   Q.  Have you ever been convicted of a felony before?

02:31PM  15   A.  No.

02:31PM  16   Q.  Have you ever been convicted of a crime involving

02:31PM  17   dishonesty before?

02:31PM  18   A.  No.

02:31PM  19   Q.  Were you convicted of a B misdemeanor for attempted --

02:31PM  20         **MR. SINGER:**  Objection.

02:31PM  21         **THE COURT:**  Basis?

02:31PM  22         **MR. SINGER:**  It's improper impeachment, Judge.

02:31PM  23         **MR. TRIPI:**  No, it's not.

02:31PM  24         **MR. COOPER:**  I'm not impeaching the witness.

02:31PM  25         **THE COURT:**  Overruled.

02:31PM 1          **BY MR. COOPER:**

02:31PM 2     Q.  Were you convicted of attempted filing of a false report?

02:31PM 3     A.  Yes.

02:31PM 4     Q.  Okay.  And how long ago did that happen?

02:31PM 5     A.  That was 2019, I believe.

02:31PM 6     Q.  And so is it your understanding that that was a

02:31PM 7     B misdemeanor?

02:31PM 8     A.  Yes.

02:31PM 9     Q.  Okay.  At times in your life, K.L., have you struggled

02:31PM 10    with drugs?

02:31PM 11    A.  Yes.

02:31PM 12    Q.  Have you struggled with drug addiction?

02:32PM 13    A.  Yes.

02:32PM 14    Q.  What types of drugs have you used in your life?

02:32PM 15    A.  Cocaine, Lortabs, and mushrooms.

02:32PM 16    Q.  Have you smoked marijuana?

02:32PM 17    A.  No.

02:32PM 18    Q.  Never in your while life?

02:32PM 19    A.  No, I never smoked marijuana.

02:32PM 20    Q.  Okay.  Have you used THC in another form before?

02:32PM 21    A.  A gummy.

02:32PM 22    Q.  Okay.  As you sit here today, have you used any drugs

02:32PM 23    before testifying?

02:32PM 24    A.  No.

02:32PM 25    Q.  Have you drank any alcohol?

02:32PM    1    A.  No.

02:32PM    2    Q.  Are you clearheaded right now?

02:32PM    3    A.  Yes.

02:32PM    4    Q.  When was the last time that you used cocaine

02:32PM    5    approximately?

02:32PM    6    A.  Approximately 2018.

02:32PM    7    Q.  Okay.  When was the last time that you used opiates or

02:32PM    8    Lortabs?

02:32PM    9    A.  2009.

02:32PM   10    Q.  And how about any drugs at all, when's the last time you

02:32PM   11    used any drugs at all?

02:32PM   12    A.  Within the past year, I did have mushroom chocolate.

02:32PM   13    Q.  Once, or more than once?

02:32PM   14    A.  Twice.

02:32PM   15    Q.  Okay.  And when you say "mushroom chocolate," we're

02:33PM   16    talking psychedelic mushrooms?

02:33PM   17    A.  Yes.

02:33PM   18    Q.  How old were you when you first tried cocaine?

02:33PM   19    A.  About 19, 20.

02:33PM   20    Q.  How old were you when you first tried Lortabs?

02:33PM   21    A.  23.

02:33PM   22    Q.  Do you know a person by the name of Peter Gerace?

02:33PM   23    A.  Yes.

02:33PM   24    Q.  How do you know that person?

02:33PM   25    A.  I worked for him, and I dated him.

02:33PM    1    Q.  You say you worked for him.  Where did you work for him

02:33PM    2    at?

02:33PM    3    A.  At Pharaoh's.

02:33PM    4    Q.  How old were you when you first met Peter Gerace?

02:33PM    5    A.  I was about 19.

02:33PM    6    Q.  And when you met Peter for the first time, where did you

02:33PM    7    meet him?

02:33PM    8    A.  At Pharaoh's.

02:33PM    9    Q.  At that very moment in your life when you're meeting

02:33PM   10    Peter Gerace for the first time, what was your cocaine use

02:33PM   11    like?

02:33PM   12    A.  I never used cocaine before.

02:33PM   13    Q.  At that point in your life, the moment that you're

02:34PM   14    meeting Peter Gerace, how many times had you used Lortabs

02:34PM   15    before?

02:34PM   16    A.  Never.

02:34PM   17    Q.  After meeting with Peter Gerace, what happened to your

02:34PM   18    cocaine use?

02:34PM   19    A.  I started using it a lot.

02:34PM   20    Q.  And did that progress over time?

02:34PM   21    A.  Yes.

02:34PM   22    Q.  Did it become more frequent?

02:34PM   23    A.  Yes.

02:34PM   24    Q.  After meeting Peter Gerace, what happened with respect to

02:34PM   25    your Lortab use?

02:34PM  1   A.  I started using Lortabs, and started taking more and more

02:34PM  2   every day.

02:34PM  3   Q.  Okay.  As you sit here today, is there a relationship

02:34PM  4   between the time in your life that you met Peter Gerace and

02:34PM  5   your increased drug use that you just testified about?

02:34PM  6   A.  Yes.

02:34PM  7   Q.  Can you explain that to the jury?

02:34PM  8   A.  I never used cocaine or Lortabs before, before meeting

02:34PM  9   Peter.  And I became -- it just became, like, a daily thing.

02:34PM  10  And then it got to the point where I would get sick if I

02:35PM  11  didn't have it.

02:35PM  12  Q.  We're going to circle back to that in a little bit.  But

02:35PM  13  for now, you told us I think that you were about 19 when you

02:35PM  14  started working there; is that correct?

02:35PM  15  A.  Yes.

02:35PM  16  Q.  And did you have, like, a tryout or an audition?

02:35PM  17  A.  Yes.

02:35PM  18  Q.  Can you describe for the jury your -- what happened at

02:35PM  19  your tryout or audition?

02:35PM  20  A.  I got there.  I went in the dressing room and changed,

02:35PM  21  and I finally came out.  And that's when I met Peter, and he

02:35PM  22  was with a girl, and -- Brie.  I don't remember if he had a

02:35PM  23  drink first, but she took me to the bathroom.  He said, go

02:35PM  24  with Brie, she'll show you around.  And she gave me cocaine

02:35PM  25  out of a bullet in the bathroom.  That was the first time

02:35PM    1    that I ever used cocaine.

02:35PM    2    Q.   Who was Brie?

02:36PM    3    A.   She was a girl that worked there.

02:36PM    4    Q.   And was this your very first day in your audition?

02:36PM    5    A.   Yes.

02:36PM    6    Q.   And so you said that you meet Peter, and he's with a

02:36PM    7    woman named Brie?

02:36PM    8    A.   Yes.

02:36PM    9    Q.   And what does Peter say to you?

02:36PM   10    A.   He introduced himself.  And he said -- and introduced

02:36PM   11    Brie.  And he said, this is Brie.  And he said, Brie, take

02:36PM   12    her and show her around.

02:36PM   13         So she took me to the bathroom, and showed me around.

02:36PM   14    And then that's the first time I did cocaine was in the

02:36PM   15    bathroom.

02:36PM   16    Q.   So when you're standing there, are you in, like, the kind

02:36PM   17    of general where the stage is standing near the bar --

02:36PM   18    A.   Yes.

02:36PM   19    Q.   -- during that conversation?

02:36PM   20    A.   Yes.

02:36PM   21    Q.   So I'm talking specifically about the conversation with

02:36PM   22    Peter and Brie, okay?  Were you nervous at that moment?

02:36PM   23    A.   Yes.

02:36PM   24    Q.   Had you ever done exotic dancing before?

02:36PM   25    A.   No.

02:36PM   1   Q.  Did you know that you were going to have to take your

02:36PM   2   clothes off?

02:36PM   3   A.  Yes.

02:36PM   4   Q.  Do you remember appearing physically nervous?

02:37PM   5   A.  Yeah.

02:37PM   6   Q.  When you went with Brie, you said she showed you around,

02:37PM   7   and then she brought you to the bathroom?

02:37PM   8   A.  Yes.

02:37PM   9   Q.  Do you remember how -- do you remember how Brie provided

02:37PM   10  you cocaine?

02:37PM   11  A.  It was in a pink little thing, I believe it's called a

02:37PM   12  bullet.

02:37PM   13  Q.  And can you describe for the jury how -- this may sound

02:37PM   14  like a silly question, how did you use the cocaine?

02:37PM   15  A.  She put it up to my nose.  And you breathe in.  So I

02:37PM   16  breathed in, so --

02:37PM   17  Q.  Okay.  And so --

02:37PM   18  A.  And that's how I did it.

02:37PM   19  Q.  I'm sorry, I talked on top of you.

02:37PM   20  A.  Oh.

02:37PM   21  Q.  That was my fault.  What was the physical effect that

02:37PM   22  that had on you?

02:37PM   23  A.  It made me feel great.  I didn't feel nervous anymore.

02:37PM   24  Q.  What did you do after taking that blast of cocaine?

02:37PM   25  A.  We had a drink.  And then I did my audition shortly

02:37PM    1    after.

02:37PM    2    Q.  Did you end up getting hired?

02:38PM    3    A.  Yes.

02:38PM    4    Q.  Okay.  The audition went okay, I guess?

02:38PM    5    A.  Yes.

02:38PM    6    Q.  Okay.  And how long did you work there at that very first

02:38PM    7    time with the audition that we just talked about?

02:38PM    8    A.  The night of the audition, and one other night.

02:38PM    9    Q.  Can you explain to the jury why it was just such a

02:38PM   10    short-lived tenure that very first time there?

02:38PM   11    A.  Because the night of the audition, right before the

02:38PM   12    audition, someone came over and tapped me on the shoulder and

02:38PM   13    said someone wanted to talk to me.

02:38PM   14        I knew this man, he knew my boyfriend at the time.  And

02:38PM   15    so he told him.  And I went back another day, I believe it

02:38PM   16    was a Monday night.  And I was dancing on stage, and my dad

02:38PM   17    and my boyfriend walked in.

02:38PM   18    Q.  What was that like?

02:38PM   19    A.  So embarrassing.

02:38PM   20    Q.  Did you have clothes on?

02:39PM   21    A.  No.

02:39PM   22    Q.  And did that kind of end your first tenure at Pharaoh's?

02:39PM   23    A.  Yes.

02:39PM   24    Q.  Did you go back to work there the next day?

02:39PM   25    A.  No.

02:39PM   1    Q.  Eventually did there come a time when you did go back to

02:39PM        work there?

02:39PM   3    A.  Yes.

02:39PM   4    Q.  How long after that first short stint at Pharaoh's did

02:39PM   5    you go back to work there?

02:39PM   6    A.  I would say three, four years.

02:39PM   7    Q.  Okay.  And I think you just told us that, well, how old

02:39PM   8    were you during that first stint at Pharaoh's?

02:39PM   9    A.  I was about 19.

02:39PM   10   Q.  And so the second stint at Pharaoh's, were you --

02:39PM   11   A.  I was 23.

02:39PM   12   Q.  I know you know what I'm asking next, but can you wait

02:39PM   13   until I'm finish asking --

02:39PM   14   A.  Oh, I'm sorry.

02:39PM   15   Q.  -- the question?

02:39PM   16       That's okay.  Try to wait until I finish asking, and then

02:39PM   17   you can answer.  That way Ann can type everything down.

02:39PM   18       How old were you during that second stint at Pharaoh's?

02:39PM   19   A.  23.

02:39PM   20   Q.  During that gap in between, what was going on in your

02:40PM   21   life between age 19 and 23 that you weren't working at

02:40PM   22   Pharaoh's?

02:40PM   23   A.  I was doing hair.  I was doing maybe collections at the

02:40PM   24   time.  Maybe that's when it was.

02:40PM   25   Q.  Okay.  Let's stay on the collections thing for a second.

02:40PM  1      When you were doing collections, were you collecting --

02:40PM  2   trying to think how to ask this.  Was it an ethical

02:40PM  3   collecting practice the way you were doing it?

02:40PM  4   A.  Yes.

02:40PM  5              **MR. SINGER:**  Objection, relevance.

02:40PM  6              **THE COURT:**  Yeah.

02:40PM  7              **MR. COOPER:**  Okay.  I'll move on.

02:40PM  8              **BY MR. COOPER:**

02:40PM  9   Q.  When you go back to Pharaoh's at about age 23 or 24, can

02:40PM  10  you estimate for the jury what year that would have been?

02:40PM  11  A.  2009.

02:40PM  12  Q.  When you came back to Pharaoh's in 2009, would you see

02:41PM  13  Peter Gerace at Pharaoh's?

02:41PM  14  A.  Yes.

02:41PM  15  Q.  Where would you typically see him?

02:41PM  16  A.  At the bar, or upstairs, or in the office.

02:41PM  17  Q.  Okay.  Have you ever used cocaine with Peter Gerace

02:41PM  18  before?

02:41PM  19  A.  Yes.

02:41PM  20  Q.  Once, or more than once?

02:41PM  21  A.  More than once.

02:41PM  22  Q.  Have you used cocaine with Peter Gerace at Pharaoh's?

02:41PM  23  A.  Yes.

02:41PM  24  Q.  Would you offer it to him, or would he offer it to you,

02:41PM  25  or can you describe that?

| | | |
|---|---|---|
| 02:41PM | 1 | A.  He always offered it to me. |
| 02:41PM | 2 | Q.  That happened frequently? |
| 02:41PM | 3 | A.  Yes. |
| 02:41PM | 4 | Q.  Do you know an individual that went by the name Charm? |
| 02:41PM | 5 | A.  Yes. |
| 02:41PM | 6 | Q.  Do you know that person's real name? |
| 02:41PM | 7 | A.  Yes. |
| 02:41PM | 8 | Q.  What is it? |
| 02:41PM | 9 | A.  Jessica Leyland. |
| 02:41PM | 10 | Q.  Did that person work at Pharaoh's? |
| 02:41PM | 11 | A.  Yes. |
| 02:41PM | 12 | Q.  Okay.  And what was your understanding of what that |
| 02:41PM | 13 | person's job was at Pharaoh's? |
| 02:41PM | 14 | A.  She was a dancer, but she also had a stag company. |
| 02:41PM | 15 | Q.  Okay.  And how many dancers do you think worked on an |
| 02:42PM | 16 | average weekend, the number of different women that were |
| 02:42PM | 17 | there? |
| 02:42PM | 18 | A.  Maybe like 50. |
| 02:42PM | 19 | Q.  Are you estimating? |
| 02:42PM | 20 | A.  Estimating, yeah. |
| 02:42PM | 21 | Q.  That's fine.  If you're estimating, just let us know. |
| 02:42PM | 22 | A.  Okay. |
| 02:42PM | 23 | Q.  That second stint working at Pharaoh's, did that last |
| 02:42PM | 24 | longer than the first one? |
| 02:42PM | 25 | A.  Yes. |

02:42PM    1    Q.  About how long would you say that second stint at

02:42PM    2    Pharaoh's lasted?

02:42PM    3    A.  From -- I would say end of March, early April that year

02:42PM    4    till beginning of August.

02:42PM    5    Q.  Like four or five months?

02:42PM    6    A.  Yeah.

02:42PM    7    Q.  And during the four or five months that you worked there

02:42PM    8    at about age 23, were you using cocaine?

02:42PM    9    A.  Yes.

02:42PM   10    Q.  Were you using Lortabs?

02:42PM   11    A.  Yes.

02:42PM   12    Q.  Can you describe kind of the status of your drug use at

02:42PM   13    that time at age 23?

02:43PM   14    A.  At age 23, that's -- that's when I started using the

02:43PM   15    Lortabs.  It started with a headache.  I had a headache, and

02:43PM   16    Peter said it would help.  So I just was taking them.  And I

02:43PM   17    would just need to take more.

02:43PM   18    Q.  So, let's break that down a bit.  Do you remember the

02:43PM   19    first time you ever used the Lortab?

02:43PM   20    A.  Yes.

02:43PM   21    Q.  Who gave it to you?

02:43PM   22    A.  Peter.

02:43PM   23    Q.  And is that related to what you just told us, you had a

02:43PM   24    headache?

02:43PM   25    A.  Yes.

02:43PM 1    Q.  And after you took one, did you start to take them with

02:43PM 2    more frequency?

02:43PM 3    A.  Yes.

02:43PM 4    Q.  And is that during that time frame, the four or five

02:43PM 5    months that you worked at Pharaoh's at age 23?

02:43PM 6    A.  Yes.

02:43PM 7    Q.  Who was providing them to you while you were there?

02:43PM 8    A.  Peter.

02:43PM 9    Q.  Okay.  During that four to five months that you worked at

02:43PM 10   Pharaoh's in 2009, did Peter provide you with cocaine, as

02:44PM 11   well?

02:44PM 12   A.  Yes.

02:44PM 13   Q.  How often did that happen?

02:44PM 14   A.  Every day.

02:44PM 15   Q.  Did you become physically dependant on cocaine?

02:44PM 16   A.  Yes.

02:44PM 17   Q.  What would happen on a day like that back at age 23 if

02:44PM 18   you woke up in the morning and hadn't had any cocaine?

02:44PM 19   A.  I wouldn't even want to move.

02:44PM 20   Q.  How --

02:44PM 21   A.  Depressed.

02:44PM 22   Q.  -- how about Lortabs?  Did you become physically

02:44PM 23   dependant on Lortabs?

02:44PM 24   A.  Yes.

02:44PM 25   Q.  What would happen if you didn't use Lortabs?

02:44PM   1   A.   It was -- throwing up, sick, my legs hurt.  I was, like,

02:44PM   2   sweating and then freezing.  It was awful.

02:44PM   3   Q.   Did you develop an understanding during the four or five

02:44PM   4   months that you worked at Pharaoh's at age 23 about the

02:44PM   5   different people that you could obtain cocaine from at

02:44PM   6   Pharaoh's?

02:44PM   7   A.   Yes.

02:44PM   8   Q.   Were there a number of different people?

02:44PM   9   A.   Yes.

02:44PM   10  Q.   Who were they?

02:44PM   11  A.   Peter, Jessica, A.P.

02:44PM   12  Q.   Do you know A.P.'s last name?

02:45PM   13  A.   It starts with a P.

02:45PM   14  Q.   Okay.  Is it hard to pronounce?

02:45PM   15  A.   And ends in S-K-I.  Yes.

02:45PM   16  Q.   Who else?

02:45PM   17  A.   Dan.

02:45PM   18  Q.   What was that person's role there?

02:45PM   19  A.   A manager.

02:45PM   20  Q.   Okay.  Who else?

02:45PM   21  A.   Marcus.

02:45PM   22  Q.   Okay.  Do you know Marcus's last name?

02:45PM   23  A.   Black.

02:45PM   24  Q.   Okay.  Anybody else?

02:45PM   25  A.   Brandon.

02:45PM    1    Q.  Do you know that person's last name?

02:45PM    2    A.  Carr.

02:45PM    3    Q.  Okay.  Anybody else?

02:45PM    4    A.  Nicole.

02:45PM    5    Q.  Do you know that person's last name?

02:45PM    6    A.  Alfieri.

02:45PM    7    Q.  Okay.  Anybody else?

02:45PM    8    A.  Brent.

02:45PM    9    Q.  Do you know that person's last name?

02:45PM   10    A.  Phillips.

02:45PM   11    Q.  Okay.  What was that person's role?  Did they work at

02:45PM   12    Pharaoh's?

02:45PM   13    A.  He didn't work at Pharaoh's.

02:45PM   14    Q.  Were you able to obtain cocaine from him at Pharaoh's?

02:45PM   15    A.  Yes.

02:45PM   16    Q.  Okay.  And that's the list of people we're talking about

02:45PM   17    right now is people you knew you could get cocaine from at

02:46PM   18    Pharaoh's.  You've listed a number of people.  Is there

02:46PM   19    anybody else that you can think of, that you can remember?

02:46PM   20    A.  Not that I can remember.

02:46PM   21    Q.  Do you know a person named PJ?

02:46PM   22    A.  Yes.

02:46PM   23    Q.  Did PJ work at Pharaoh's?

02:46PM   24    A.  Yes.

02:46PM   25    Q.  Did PJ belong on that list?

| | | |
|---|---|---|
| 02:46PM | 1 | A.  Yes. |
| 02:46PM | 2 | Q.  Okay.  So was he somebody you could get cocaine from? |
| 02:46PM | 3 | A.  Yes. |
| 02:46PM | 4 | Q.  Have you, in fact, gotten cocaine from PJ in your life? |
| 02:46PM | 5 | A.  He has given it to me. |
| 02:46PM | 6 | Q.  Okay.  So, and that's a point here.  When I asked about |
| 02:46PM | 7 | obtaining cocaine or getting cocaine, I'm not asking whether |
| 02:46PM | 8 | you paid money for it or not, I'm just asking if you received |
| 02:46PM | 9 | it from someone; do you understand? |
| 02:46PM | 10 | A.  Yes. |
| 02:46PM | 11 | Q.  You mentioned A.P.; do you remember that? |
| 02:46PM | 12 | A.  Yes. |
| 02:46PM | 13 | Q.  Did you obtain cocaine from A.P.? |
| 02:46PM | 14 | A.  Yes. |
| 02:46PM | 15 | Q.  Were you the only person inside of Pharaoh's that was |
| 02:47PM | 16 | using cocaine? |
| 02:47PM | 17 | A.  No. |
| 02:47PM | 18 | Q.  Did you observe other people using cocaine? |
| 02:47PM | 19 | A.  Yeah. |
| 02:47PM | 20 | Q.  Let's talk about categories of people.  Did you observe |
| 02:47PM | 21 | other dancers using cocaine? |
| 02:47PM | 22 | A.  Yes. |
| 02:47PM | 23 | Q.  Did you observe customers using cocaine? |
| 02:47PM | 24 | A.  Yes. |
| 02:47PM | 25 | Q.  Did you observe the owner using cocaine? |

02:47PM 1  A.  Yes.

02:47PM 2  Q.  Did the observe DJs using cocaine?

02:47PM 3  A.  Yes.

02:47PM 4  Q.  Did you observe bartenders using cocaine?

02:47PM 5  A.  Yes.

02:47PM 6  Q.  Okay.  Can you tell the jury about the different areas in

02:47PM 7  Pharaoh's where you would observe cocaine use or where you

02:47PM 8  personally used cocaine?

02:47PM 9  A.  At the tables.  At the bar.  The side bathroom.  Outside

02:47PM 10 where people go to smoke.  The dressing room.  The office.

02:47PM 11 And the upstairs.  Pretty much everywhere.

02:47PM 12 Q.  Based on the four or five months that you worked there at

02:48PM 13 age 23, did you develop an opinion about what percentage of

02:48PM 14 the dancers were using drugs there?

02:48PM 15 A.  Yes.

02:48PM 16 Q.  How many?

02:48PM 17 A.  99 percent.

02:48PM 18 Q.  Okay.  Based on your observations, your personal

02:48PM 19 experience during the four to five months that you worked

02:48PM 20 there, did you develop a perception about the number of

02:48PM 21 non-dancer staff who used or distributed drugs at Pharaoh's?

02:48PM 22 A.  Can you repeat the question?

02:48PM 23 Q.  Absolutely.  Based upon your experience at Pharaoh's,

02:48PM 24 during that four- to five-month period, at age 23, did you

02:48PM 25 develop a perception, a belief, about the number of

02:48PM 1 non-dancer employees or people who worked at Pharaoh's that

02:48PM 2 used or sold cocaine?

02:48PM 3 A.  Yes.

02:48PM 4 Q.  How many, do you think?  Like, what percentage of the --

02:48PM 5 A.  Maybe 85.

02:48PM 6 Q.  Okay.  All the time that you've worked at Pharaoh's, did

02:49PM 7 anybody ever call the police on you for using cocaine?

02:49PM 8 A.  No.

02:49PM 9 Q.  Did anybody ever call the police on you for using

02:49PM 10 Lortabs?

02:49PM 11 A.  No.

02:49PM 12 Q.  Did anyone ever reprimand you for using drugs there?

02:49PM 13 A.  No.

02:49PM 14 Q.  Did you ever get kicked out?

02:49PM 15 A.  No.

02:49PM 16 Q.  Was there a stated rule, like, posted on a sign, a stated

02:49PM 17 policy about using drugs in Pharaoh's?

02:49PM 18 A.  I don't remember if there was, if there was one, like,

02:49PM 19 posted up.  There might have been something in the dressing

02:49PM 20 room.

02:49PM 21 Q.  Okay.

02:49PM 22 A.  But it was -- it was -- everybody did it.

02:49PM 23 Q.  Okay.  So, and we're going to break that down.

02:49PM 24     Do you have a recollection of whether there was, like, an

02:49PM 25 official policy, regardless of whether it was posted on the

| | | |
|---|---|---|
| 02:49PM | 1 | wall, about drug use at Pharaoh's? |
| 02:49PM | 2 | A.  Yes. |
| 02:49PM | 3 | Q.  Was it technically supposed to be allowed? |
| 02:49PM | 4 | A.  No. |
| 02:49PM | 5 | Q.  Was that the reality of working there? |
| 02:49PM | 6 | A.  No. |
| 02:49PM | 7 | Q.  Did that -- did you ever see that rule get enforced? |
| 02:49PM | 8 | A.  Never. |
| 02:49PM | 9 | Q.  Okay.  You're here under a subpoena to testify; is that |
| 02:50PM | 10 | correct? |
| 02:50PM | 11 | A.  Yes. |
| 02:50PM | 12 | Q.  And you've previously met with agents of law enforcement |
| 02:50PM | 13 | and prosecutors at the U.S. Attorney's Office, right? |
| 02:50PM | 14 | A.  Yes. |
| 02:50PM | 15 | Q.  And have you previously testified in the grand jury? |
| 02:50PM | 16 | A.  Yes. |
| 02:50PM | 17 | Q.  At the time that you previously testified, were you |
| 02:50PM | 18 | working off any charges?  Were you in trouble? |
| 02:50PM | 19 | A.  No. |
| 02:50PM | 20 | Q.  Okay.  Did you receive any benefit from the government as |
| 02:50PM | 21 | the result of your grand jury testimony? |
| 02:50PM | 22 | A.  No. |
| 02:50PM | 23 | Q.  Okay.  Now, prior to testifying here today, has the |
| 02:50PM | 24 | government provided you with some assistance? |
| 02:50PM | 25 | A.  Yes. |

| | | |
|---|---|---|
| 02:50PM | 1 | Q.  Can you describe that? |
| 02:50PM | 2 | A.  They helped me with a security deposit, and a first month |
| 02:51PM | 3 | for being able to secure an apartment. |
| 02:51PM | 4 | Q.  Do you remember approximately when that was? |
| 02:51PM | 5 | A.  November. |
| 02:51PM | 6 | Q.  Of -- this past November? |
| 02:51PM | 7 | A.  Yes. |
| 02:51PM | 8 | Q.  Do you know exactly how much money it was? |
| 02:51PM | 9 | A.  $1,350.  And then, twice. |
| 02:51PM | 10 | Q.  Okay. |
| 02:51PM | 11 | A.  So that was once -- separately. |
| 02:51PM | 12 | Q.  I'm not gonna try to multiply them, but 1,350 for a |
| 02:51PM | 13 | security deposit, right? |
| 02:51PM | 14 | A.  Yes. |
| 02:51PM | 15 | Q.  And 1,350 again for a -- |
| 02:51PM | 16 | A.  For a first month rent. |
| 02:51PM | 17 | Q.  Okay.  Why did you need the government to -- |
| 02:51PM | 18 | **MR. SINGER:**  Objection. |
| 02:51PM | 19 | **BY MR. COOPER:** |
| 02:51PM | 20 | Q.  Were you able to afford these things on your own? |
| 02:51PM | 21 | A.  Not at the time. |
| 02:51PM | 22 | **MR. SINGER:**  Objection.  Can we approach, please? |
| 02:51PM | 23 | **MR. COOPER:**  I'll withdraw the question and move on. |
| 02:51PM | 24 | **THE COURT:**  The jury will strike that.  You're not |
| 02:51PM | 25 | going to do any more with this? |

USA v Bongiovanni - K.L. - Cooper/Direct - 3/5/24

24

02:51PM     1         **MR. COOPER:**  I have, like, two more questions on it

02:51PM     2   and then move on.

02:51PM     3         **THE COURT:**  Then come up.

02:51PM     4         **MR. COOPER:**  Okay.

02:52PM     5         (Sidebar discussion held on the record.)

02:52PM     6         **MR. SINGER:**  My only concern is that we're going to

02:52PM     7   get into an allegation of why did you take this money?  Well,

02:52PM     8   because I was intimidated, for the purpose of protection, a

02:52PM     9   fear of intimidation.

02:52PM    10         It's not relevant to bring up at this point in time,

02:52PM    11   Judge, and it's also prejudicial.  So I'm making the objection

02:52PM    12   on that basis.

02:52PM    13         **THE COURT:**  So you don't think that's going to be the

02:52PM    14   answer?

02:52PM    15         **MR. COOPER:**  No.  And I actually admonished the

02:52PM    16   witness before she came in here today that this Court had made

02:52PM    17   a pretrial ruling, and that Mr. Singer and I had an agreement

02:52PM    18   that I was not going to bring that out on direct.  So she's

02:52PM    19   under my instructions not to talk about the Jessica Leyland

02:52PM    20   threats.

02:52PM    21         The answer that I anticipate is that she didn't have

02:52PM    22   the money to afford a stable living situation.

02:52PM    23         **MR. SINGER:**  Yeah, if you want to lead her on that.

02:52PM    24         **MR. COOPER:**  No problem.  I'll lead, thank you.

02:53PM    25         (End of sidebar discussion.)

02:53PM  1          **BY MR. COOPER:**

02:53PM  2   Q.  Ms. K.L., I'm going to ask you a specific question, a

02:53PM  3   leading question, and just answer only what I'm asking, okay?

02:53PM  4   A.  Yes.

02:53PM  5   Q.  Is it your understanding that the government provided you

02:53PM  6   with the money for the security deposit and the first month's

02:53PM  7   rent because you didn't have the money to afford a stable

02:53PM  8   place to live?

02:53PM  9   A.  Yes.

02:53PM  10  Q.  Okay.  Were there any strings attached to that payment of

02:53PM  11  the first month's rent?

02:53PM  12  A.  No.

02:53PM  13  Q.  And the security deposit?

02:53PM  14  A.  No.

02:53PM  15  Q.  Okay.  Did anybody tell you you had to testify to a

02:53PM  16  specific thing?

02:53PM  17  A.  No.

02:53PM  18  Q.  Okay.  At some point, did you learn in or around 2019

02:53PM  19  that you had been identified on a wiretap getting Adderall

02:54PM  20  from an individual named Jeff Anzalone?

02:54PM  21  A.  Yes.

02:54PM  22  Q.  Were you ever arrested or charged for buying Adderall

02:54PM  23  from Jeff Anzelone?

02:54PM  24  A.  No.

02:54PM  25  Q.  Why did you get Adderall from Jeff Anzelone?

02:54PM 1    A.  I never bought it, but I have ADHD.  So if I ran out, I

02:54PM 2    would just ask him if I could use a couple of his.

02:54PM 3    Q.  Adderall is a stimulant, right?

02:54PM 4    A.  Yes.

02:54PM 5    Q.  It makes you feel good?

02:54PM 6    A.  Um-hum.

02:54PM 7    Q.  You have to answer "yes" or "no."

02:54PM 8    A.  Oh, yes, it makes you feel focused.

02:54PM 9    Q.  Okay.  When did you meet Jeff Anzelone?

02:54PM 10   A.  I met Jeff Anzalone in 2017 --

02:54PM 11   Q.  Okay.

02:54PM 12   A.  -- I believe, ish.

02:54PM 13   Q.  Okay.  And at the time you met Jeff Anzelone, did you

02:54PM 14   know him to use drugs like cocaine?

02:54PM 15   A.  Yes.

02:54PM 16   Q.  Okay.  And did you use cocaine with Jeff Anzelone?

02:54PM 17   A.  Yes.

02:54PM 18   Q.  Okay.  Have you gotten it from him before?

02:55PM 19   A.  Yes.

02:55PM 20   Q.  Were you involved in a physical or intimate relationship

02:55PM 21   with Jeff Anzelone at any point?

02:55PM 22   A.  No, he was my boss.

02:55PM 23   Q.  I'm sorry?

02:55PM 24   A.  He was my boss, and we were good friends.

02:55PM 25   Q.  I want to circle back now to the Pharaoh's Gentlemen's

02:55PM    1   Club, one of the areas that you mentioned using cocaine was

02:55PM    2   upstairs; is that correct?

02:55PM    3   A.  Yes.

02:55PM    4   Q.  Can you describe for the jury how you get to the upstairs

02:55PM    5   of the Pharaoh's Gentlemen's Club?

02:55PM    6   A.  Yes.  There's a door, and you go up the stairs.  And then

02:55PM    7   there's a big room.  And then, like, a separate apartment

02:55PM    8   behind the door.

02:55PM    9   Q.  Would any customer just kind of randomly at Pharaoh's be

02:55PM   10   able to walk up and go upstairs?

02:55PM   11   A.  No.

02:55PM   12   Q.  Who controlled access to the upstairs?

02:55PM   13   A.  Peter.

02:55PM   14   Q.  What happened upstairs?

02:55PM   15   A.  People did cocaine.

02:55PM   16   Q.  Have you been upstairs before?

02:56PM   17   A.  Yes.

02:56PM   18   Q.  Once, or more than once?

02:56PM   19   A.  More than once.

02:56PM   20   Q.  Okay.  And what have you done when you were upstairs?

02:56PM   21   A.  Cocaine and having drinks.

02:56PM   22   Q.  Do you remember the first time that you went upstairs at

02:56PM   23   Pharaoh's?

02:56PM   24   A.  Yes.

02:56PM   25   Q.  Who did you go up there with?

| | | |
|---|---|---|
| 02:56PM | 1 | A.  Peter. |
| 02:56PM | 2 | Q.  Okay.  Were you with anybody else? |
| 02:56PM | 3 | A.  Yes. |
| 02:56PM | 4 | Q.  Who else? |
| 02:56PM | 5 | A.  I was up there with -- there were a few of Peter's |
| 02:56PM | 6 | friends, A.P., Nicole, and G.R. |
| 02:56PM | 7 | Q.  Did G.R. work at the club? |
| 02:56PM | 8 | A.  Yes. |
| 02:56PM | 9 | Q.  Was she a dancer? |
| 02:56PM | 10 | A.  Yes. |
| 02:56PM | 11 | Q.  Did Nicole work at the club? |
| 02:56PM | 12 | A.  Yes. |
| 02:56PM | 13 | Q.  Was she a dancer? |
| 02:56PM | 14 | A.  Yes. |
| 02:56PM | 15 | Q.  Can you describe what happened when you, G.R., A.P., |
| 02:56PM | 16 | Nicole, and Peter's friends were upstairs? |
| 02:56PM | 17 | A.  We did cocaine. |
| 02:56PM | 18 | Q.  Who -- who -- who put the cocaine out? |
| 02:56PM | 19 | A.  Peter.  But everybody had it. |
| 02:56PM | 20 | Q.  Okay. |
| 02:56PM | 21 | A.  But -- |
| 02:56PM | 22 | Q.  Well, so -- |
| 02:56PM | 23 | A.  It was, like, Peter gave it to everyone to put on the |
| 02:57PM | 24 | tray. |
| 02:57PM | 25 | Q.  Okay.  Well, that's my question, who provided the |

02:57PM  1   cocaine?

02:57PM  2   A.  Oh.  Peter.

02:57PM  3   Q.  Okay.  About how much cocaine was it?

02:57PM  4   A.  Maybe like an 8 Ball.

02:57PM  5   Q.  Do you know how much in terms of weight an 8 Ball is?

02:57PM  6   A.  3 grams, a little over, I believe.

02:57PM  7   Q.  So are you saying a little over 3 grams?

02:57PM  8   A.  Yes.

02:57PM  9   Q.  During the time that you worked at Pharaoh's, did you

02:57PM  10  develop an understanding of Peter being a person who you

02:57PM  11  could consistently get cocaine from?

02:57PM  12  A.  Yes.

02:57PM  13  Q.  Did there come a time where you became physically

02:57PM  14  involved with Peter Gerace?

02:57PM  15  A.  Yes.

02:57PM  16  Q.  Can you describe the first time that that happened for

02:58PM  17  the jury?

02:58PM  18  A.  We started dating when I went back to work there in 2009.

02:58PM  19  Q.  So is that around this age 23, four- to five-month

02:58PM  20  period?

02:58PM  21  A.  Yes.  Um-hum.

02:58PM  22  Q.  Some of these questions are personal, so I apologize.

02:58PM  23       Did you ever have sex with Peter as Pharaoh's?

02:58PM  24  A.  Yes.

02:58PM  25  Q.  Where did that happen?

| | | |
|---|---|---|
| 02:58PM | 1 | A.  Upstairs. |
| 02:58PM | 2 | Q.  Can you describe how that played out for the jury?  How |
| 02:58PM | 3 | did you end up there? |
| 02:58PM | 4 | A.  We went upstairs to do cocaine.  And he gave me cocaine. |
| 02:58PM | 5 | And then he took his clothes off. |
| 02:58PM | 6 | Q.  Was that the first time you had sex with him? |
| 02:58PM | 7 | A.  Yes. |
| 02:58PM | 8 | Q.  Do you know approximately how old Peter was at that time? |
| 02:58PM | 9 | **MR. SINGER:**  Object to the relevance, Judge. |
| 02:58PM | 10 | **THE COURT:**  Sustained. |
| 02:58PM | 11 | **MR. COOPER:**  Okay. |
| 02:59PM | 12 | **BY MR. COOPER:** |
| 02:59PM | 13 | Q.  About how many times have you had sex with Peter Gerace |
| 02:59PM | 14 | upstairs at Pharaoh's? |
| 02:59PM | 15 | A.  More than ten or 20. |
| 02:59PM | 16 | Q.  Did you use drugs every single time you went upstairs in |
| 02:59PM | 17 | that office area of Pharaoh's? |
| 02:59PM | 18 | A.  Yes. |
| 02:59PM | 19 | Q.  During that time frame in 2009 when you're about 23, did |
| 02:59PM | 20 | your drug addiction get more serious? |
| 02:59PM | 21 | A.  Yes. |
| 02:59PM | 22 | Q.  Can you describe how your use of cocaine impacted you |
| 02:59PM | 23 | physically? |
| 02:59PM | 24 | A.  I couldn't -- I couldn't get up unless I was using. |
| 02:59PM | 25 | Q.  Okay.  Did there come a time when you had a medical issue |

02:59PM   1    as a result of using cocaine?

02:59PM   2    A.   Yes.

02:59PM   3    Q.   Did something happen to your nose?

02:59PM   4    A.   Yes.

02:59PM   5    Q.   Was that around that same time period in 2009?

03:00PM   6    A.   Yes.

03:00PM   7    Q.   What happened to your nose?

03:00PM   8    A.   There was a hole through my nose.

03:00PM   9    Q.   A hole through your nose?

03:00PM   10   A.   From using cocaine.

03:00PM   11   Q.   When you say there's a hole through your nose, you're

03:00PM   12   talking about the outside, the tissue part of your nose, or

03:00PM   13   the --

03:00PM   14   A.   The inside.

03:00PM   15   Q.   -- the inside?  Was that painful?

03:00PM   16   A.   Extremely.

03:00PM   17   Q.   Did you receive medical treatment for it?

03:00PM   18   A.   Yes.

03:00PM   19   Q.   Did that stop you from using cocaine for the rest of your

03:00PM   20   life?

03:00PM   21   A.   No.

03:00PM   22   Q.   Did you still struggle with addiction after that?

03:00PM   23   A.   Yes.

03:00PM   24   Q.   During that time frame, the four to five months that you

03:00PM   25   worked at Pharaoh's, did you use Lortabs on basically a daily

USA v Bongiovanni - K.L. - Cooper/Direct - 3/5/24

32

03:01PM   1   basis?

03:01PM   2   A.  Yes.

03:01PM   3   Q.  About how many a day do you think you were using?

03:01PM   4   A.  I think I got up to about six a day.

03:01PM   5   Q.  Who would you get them from?

03:01PM   6   A.  Peter.

03:01PM   7   Q.  Would you get them at Pharaoh's, or at a different

03:01PM   8   location, or both?

03:01PM   9   A.  Both.

03:01PM   10   Q.  Have you ever used fentanyl or a fentanyl patch?

03:01PM   11   A.  Yes.

03:01PM   12   Q.  And before when I asked you about different drugs you

03:01PM   13   used, I don't think you mentioned that.  Why didn't you

03:01PM   14   mention it?

03:01PM   15   A.  I didn't think of it.

03:01PM   16   Q.  Okay.  Have you used fentanyl?

03:01PM   17   A.  Yes.

03:01PM   18   Q.  In what form?

03:01PM   19   A.  It was a patch.

03:01PM   20   Q.  How did you use that?

03:01PM   21   A.  I put the patch on my skin.

03:01PM   22   Q.  Okay.  Does fentanyl give you a similar physical effect

03:01PM   23   to the Lortab?

03:01PM   24   A.  Yes.

03:01PM   25   Q.  Why did you use the fentanyl patch?

| | | |
|---|---|---|
| 03:01PM | 1 | A.  I used it because I was getting really sick, because I |
| 03:01PM | 2 | would get my the Lortabs from Peter.  And if he was mad, he |
| 03:01PM | 3 | wouldn't give them to me, and then I was really sick. |
| 03:01PM | 4 | Q.  When you say you were really sick, you didn't have the |
| 03:02PM | 5 | flu, right? |
| 03:02PM | 6 | A.  I did not have the flu, I was going through withdrawals. |
| 03:02PM | 7 | Q.  Okay.  When you say "withdrawals," is that in your mind |
| 03:02PM | 8 | synonymous with saying you were sick? |
| 03:02PM | 9 | A.  Yes. |
| 03:02PM | 10 | Q.  Okay.  What does withdrawal from opiates feel like? |
| 03:02PM | 11 | A.  It's awful. |
| 03:02PM | 12 | MR. SINGER:  Judge, I know it's 3:00, so I don't |
| 03:02PM | 13 | know -- I have something to raise outside the presence of the |
| 03:02PM | 14 | jury, so maybe we want to take a break now. |
| 03:02PM | 15 | THE COURT:  Fine with me.  So let's take our |
| 03:02PM | 16 | afternoon break. |
| 03:02PM | 17 | Please remember my instructions about not talking |
| 03:02PM | 18 | about the case, and not making up your mind. |
| 03:02PM | 19 | We'll see you back here in 15 minutes or when we can |
| 03:02PM | 20 | see you. |
| 03:02PM | 21 | (Jury excused at 3:02 p.m.) |
| 03:02PM | 22 | THE COURT:  You can leave the courtroom. |
| 03:02PM | 23 | (Witness excused at 3:02 p.m.) |
| 03:03PM | 24 | THE COURT:  Okay. |
| 03:03PM | 25 | MR. SINGER:  So, let me preface this by saying Judge, |

03:03PM  1   that I think I've given the government a lot of latitude as

03:03PM  2   far as what they're talking about as far as drug use, and also

03:03PM  3   the effects that the drug use had on Ms. K.L..  But as

03:03PM  4   Your Honor knows, we're not here to explore the aggravating

03:03PM  5   evidence as to the effect this had on her at this trial.

03:03PM  6   That's something that's a sentencing matter.

03:03PM  7          And since again, the sex-trafficking charges don't

03:03PM  8   apply in this case, at this point in time, if we're going to

03:03PM  9   keep going down the road of the effect the drugs had on

03:04PM  10  Ms. K.L., I have concerns.  And I think it's starting to get

03:04PM  11  into a situation where the probative value of the evidence is

03:04PM  12  substantially outweighed by the --

03:04PM  13         THE COURT:  So, again, Mr. Singer, I don't intervene

03:04PM  14  unless a lawyer asks me to intervene.  So if you want to

03:04PM  15  object, I will consider your objection and rule on it.

03:04PM  16         MR. SINGER:  Um-hum.

03:04PM  17         THE COURT:  And this seems like a valid objection to

03:04PM  18  me.

03:04PM  19         MR. SINGER:  Well no, and I --

03:04PM  20         THE COURT:  And if Mr. Cooper disagrees, we'll come

03:04PM  21  up and argue it.  But I'm not -- I want you to understand, I

03:04PM  22  mean, the way you're making the argument it's like I should

03:04PM  23  have done something sooner.

03:04PM  24         MR. SINGER:  No, no, Judge, I'm not implying it.  I'm

03:04PM  25  just saying from my perspective, I've let in what I think is

03:04PM    1    permissible, but at this point in time I'm making the

03:04PM    2    objection.

03:04PM    3            THE COURT:  Look it.  You're not gonna get any extra

03:04PM    4    points from me by letting in what you think is, you know, by

03:04PM    5    being generous to the government.  You object when you think

03:04PM    6    you should object, I will rule on the objections.  Okay?

03:04PM    7            MR. SINGER:  Understand.

03:04PM    8            THE COURT:  And I understand the objection, and it

03:04PM    9    sounds like a legitimate objection.

03:04PM   10            Mr. Cooper, do you want to respond?

03:05PM   11            MR. COOPER:  I do, Judge.

03:05PM   12            I think exploring with the witness the frequency with

03:05PM   13    which they obtained drugs at Pharaoh's is clearly relevant to

03:05PM   14    the trial, and I'm --

03:05PM   15            THE COURT:  I don't disagree with that.

03:05PM   16            MR. COOPER:  Sure, I have some --

03:05PM   17            MR. SINGER:  Neither do I.

03:05PM   18            MR. COOPER:  -- this is a train of thought, so that

03:05PM   19    is the first car in the train of thought.

03:05PM   20            THE COURT:  Okay.

03:05PM   21            MR. COOPER:  The next car in the train of thought is

03:05PM   22    the witness just testified about very frequent obtaining of

03:05PM   23    drugs at Pharaoh's, essentially daily, five to six Lortabs a

03:05PM   24    day, and cocaine every day.

03:05PM   25            Standing on its own, that might seem like almost

03:05PM   1    incredible, wow, that's so much drugs.

03:05PM   2         So I think exploring with the witness the nature of

03:05PM   3    drug addiction, that she's getting it every day, because if

03:05PM   4    she doesn't get it every day, she gets sick, to hear her

03:05PM   5    describe it, is relevant to explaining the credibility

03:05PM   6    essentially of her testimony.

03:06PM   7         So I'm not offering it because the, you know, I'm

03:06PM   8    gonna ask the jury to sentence the defendant, obviously that's

03:06PM   9    not how the system works.  I'm offering it to give context to

03:06PM   10   her daily drug use.  Why did you use drugs every day?  Because

03:06PM   11   I had to or I'd get really sick.

03:06PM   12        **THE COURT:**  And if that's the extent of it, I don't

03:06PM   13   have a problem with it.  But getting into it in more detail

03:06PM   14   than that I think is problematic, and I will sustain

03:06PM   15   objections to getting into it in more detail than that.

03:06PM   16        **MR. COOPER:**  Okay.

03:06PM   17        **THE COURT:**  Okay?

03:06PM   18        **MR. COOPER:**  Judge, while we're on the subject, and

03:06PM   19   with the jury and the witness out of the room, I think this

03:06PM   20   might be a good time to get some clarification from the Court

03:06PM   21   on something we argued previously, but it's a thin line, and I

03:06PM   22   want to make sure we stay on the thin line.

03:06PM   23        I expect to elicit testimony from this witness about

03:06PM   24   prostitution at Pharaoh's, which I think falls squarely within

03:06PM   25   the permissible range of testimony based on the Court's ruling

03:06PM   1   and the defendant's position at prior arguments.

03:06PM   2          There's also testimony from this witness that

03:06PM   3   essentially Gerace would withhold drugs from her in exchange

03:07PM   4   for sex.  That if she didn't have sex with him, he would not

03:07PM   5   provide her with Lortabs.

03:07PM   6          It's my intention to cover that testimony with the

03:07PM   7   witness, but I want to front it for the Court and give counsel

03:07PM   8   an opportunity to argue, because I don't want it to seem I'm

03:07PM   9   running afoul of the Court's ruling.

03:07PM  10          **MR. SINGER:**  Yeah, so as we've stated before, Judge,

03:07PM  11   in prior arguments we've had whether yesterday or today, we

03:07PM  12   don't have an objection to the first part of that testimony.

03:07PM  13   Prostitution activity is something that's charged in the

03:07PM  14   indictment, it doesn't entail any type of conduct that could

03:07PM  15   be viewed as nonconsensual activity.  So I think that comes

03:07PM  16   in.  I think we're well established on that point from both

03:07PM  17   sides and from the bench as well.

03:07PM  18          As part of the second part of it, that's relevant to

03:07PM  19   sex trafficking.  Mr. Bongiovanni is not charged with sex

03:07PM  20   trafficking.  And again, that goes to nonconsensual sexual

03:07PM  21   activity that, from what I understand from all of the

03:07PM  22   materials I read, Bongiovanni did not have direct involvement

03:07PM  23   in.

03:07PM  24          And that's where the 403 concern comes into play that

03:08PM  25   we raised, and we believe you've ruled on this before.  That

03:08PM  1    nonconsensual activity such as that, where a person is, you

03:08PM  2    know, dangling the drugs in front of another person's face to

03:08PM  3    force the act to occur, that's nonconsensual, that doesn't

03:08PM  4    come into play.  That's improper.

03:08PM  5         **MR. COOPER:**  Judge, the reason that I think it does

03:08PM  6    come into play is because commercial sex transaction does not

03:08PM  7    require United States currency.  And so if the witness

03:08PM  8    testifies that this was a commercial transaction because in

03:08PM  9    exchange for something of value to her, drugs, she had sex

03:08PM  10   with Gerace, it's prostitution.

03:08PM  11        **THE COURT:**  Yeah.  How is that not prostitution?

03:08PM  12        **MR. SINGER:**  That's not what they're saying.  If you

03:08PM  13   notice, there's nuance to that.

03:08PM  14        They're not saying Ms. K.L. is gonna testify that,

03:08PM  15   hey, in exchange for having sex with Peter he gave me drugs,

03:08PM  16   quid pro quo.  You know, it wasn't money, but that's what the

03:08PM  17   quid pro quo was.

03:08PM  18        What they're saying is she's gonna testify that I was

03:08PM  19   so uncontrollably addicted that I had to have the drugs,

03:08PM  20   otherwise I wouldn't have agreed to sex with him.

03:09PM  21        That's different, Judge.  That's the nonconsensual

03:09PM  22   part.

03:09PM  23        **MR. COOPER:**  I've prepped with the witness to adhere

03:09PM  24   to the Court's ruling, and I'll weed through this if that's

03:09PM  25   necessary to make sure.  But my intention is not to ask that

03:09PM   1   last part of the question, which is the but for, you know, the

03:09PM   2   drug addiction and the withdrawal sickness, would you have had

03:09PM   3   sex with him.

03:09PM   4       In Peter's trial?  I think that, I agree, it comes in

03:09PM   5   all day.  Here, I know the Court has ruled.

03:09PM   6       But it is a commercial sex transaction.  It's sex for

03:09PM   7   drugs.

03:09PM   8       **THE COURT:**  I don't disagree with that, and it

03:09PM   9   doesn't sound like Mr. Singer disagrees with that, as long as

03:09PM   10  it's not couched in terms of nonconsensual sex because of the

03:09PM   11  dire need for the drugs.

03:09PM   12      In other words, in other words, did you -- did you

03:09PM   13  get paid for having sex?  Did you get drugs for having sex?

03:09PM   14      **MR. COOPER:**  Yep.

03:09PM   15      **THE COURT:**  Those both come in.  Beyond that, does

03:09PM   16  not.  Right?

03:09PM   17      **MR. COOPER:**  Yes, Judge.

03:09PM   18      **THE COURT:**  Right?

03:09PM   19      **MR. SINGER:**  That's what I understand, Judge.

03:09PM   20      **THE COURT:**  Great.

03:09PM   21      **MR. TRIPI:**  Judge, could I make one last point, and

03:09PM   22  it's really not for this trial, but I just, I need to pull

03:10PM   23  this transcript when you have a future trial because we are

03:10PM   24  circumscribing testimony at this trial.  In a later trial,

03:10PM   25  attorneys will probably order transcripts and try to impeach.

03:10PM    1            And the way we're carving some of the testimony could

03:10PM    2    make it seem like at a later trial the witnesses aren't

03:10PM    3    credible.  So I want to just flag, you know, we're not asking

03:10PM    4    certain questions of these witnesses to adhere to your ruling

03:10PM    5    at this trial.  So that six months, whenever that next trial

03:10PM    6    happens, I need to be able to remind the Court why the

03:10PM    7    testimony was the way it was.  So that's the only reason I'm

03:10PM    8    speaking right now.

03:10PM    9            **THE COURT:**  Okay.  That's fine.

03:10PM   10            **MR. TRIPI:**  Thank you.

03:10PM   11            **THE COURT:**  Yeah, that's fine.  Okay.  Anything else?

03:10PM   12            **MR. COOPER:**  Nothing from the government, but if we

03:10PM   13    were taking the 15-minute break, this might be a good time to

03:10PM   14    hit the restroom?

03:10PM   15            **THE COURT:**  Absolutely.

03:10PM   16            **MR. COOPER:**  Excellent.

03:10PM   17            **THE COURT:**  Mr. Singer, anything?

03:10PM   18            **MR. SINGER:**  I agree.

03:10PM   19            **THE COURT:**  Terrific.  I'm glad we finally agree on

03:10PM   20    something.

03:10PM   21            **THE CLERK:**  All rise.

03:10PM   22            (Off the record at 3:10 p.m.)

03:19PM   23            (Back on the record at 3:19 p.m.)

03:26PM   24            (Jury not present.)

03:26PM   25            **THE CLERK:**  All rise.

| | | |
|---|---|---|
| 03:26PM | 1 | **THE COURT:**  Please be seated. |
| 03:26PM | 2 | **THE CLERK:**  We are back on the record for the |
| 03:26PM | 3 | continuation of the jury trial in case number 19-cr-227, |
| 03:26PM | 4 | United States of America versus Joseph Bongiovanni. |
| 03:26PM | 5 | All counsel and parties are present. |
| 03:26PM | 6 | **THE COURT:**  Okay.  Anything that anybody needs to put |
| 03:26PM | 7 | on the record? |
| 03:26PM | 8 | **MR. SINGER:**  No, Your Honor. |
| 03:26PM | 9 | **MR. COOPER:**  Just before we bring the jury back, |
| 03:26PM | 10 | Judge, I wanted to put on the record that during the break I |
| 03:26PM | 11 | did speak to the witness and admonish the witness that I'm |
| 03:26PM | 12 | going to ask a leading yes-or-no question, and I admonished |
| 03:26PM | 13 | the witness of the Court's kind of nuanced ruling.  So that's |
| 03:26PM | 14 | what I wanted to put on the record. |
| 03:26PM | 15 | **THE COURT:**  Terrific.  Thank you very much. |
| 03:26PM | 16 | **OFFICER CORONA:**  Okay. |
| 03:26PM | 17 | **THE COURT:**  Are they ready?  Let's bring them in. |
| 03:26PM | 18 | (Jury seated at 3:27 p.m.) |
| 03:28PM | 19 | **THE COURT:**  The record will reflect that all our |
| 03:28PM | 20 | jurors are back for the home stretch. |
| 03:28PM | 21 | I remind the witness that she's still under oath. |
| 03:28PM | 22 | And you may continue, Mr. Cooper. |
| 03:28PM | 23 | **MR. COOPER:**  Thank you, Judge. |
| 03:28PM | 24 | You can sit down.  Thank you, ma'am. |
| | 25 | |

03:28PM   1           **BY MR. COOPER:**

03:28PM   2   Q.  Okay.  K.L., I'm going to ask you a specific question.

03:28PM   3   I'm going to ask a leading question, and I want you to answer

03:28PM   4   it "yes" or "no," okay?

03:28PM   5   A.  Okay.

03:28PM   6   Q.  During the time that you were working at Pharaoh's back

03:28PM   7   at age 23, in 2009, did you have sex with Peter Gerace in

03:28PM   8   exchange for drugs?

03:28PM   9   A.  Yes.

03:28PM   10  Q.  Was that in exchange for cocaine?

03:28PM   11  A.  Yes.

03:28PM   12  Q.  Was it also in exchange for Lortabs?

03:28PM   13  A.  Yes.

03:28PM   14  Q.  Okay.  Other than that activity, did you observe other

03:29PM   15  individuals engage in prostitution activity at Pharaoh's

03:29PM   16  Gentlemen's Club?

03:29PM   17  A.  Yes.

03:29PM   18  Q.  Did you learn about that while working there?

03:29PM   19  A.  Yes.

03:29PM   20  Q.  We're going to touch on that in a second.  But first, to

03:29PM   21  set the stage, can you tell the jury some of the people that

03:29PM   22  you knew other than dancers, like nondancers, who would

03:29PM   23  frequent the upstairs at Pharaoh's?

03:29PM   24  A.  Friends of Peter's.  Peter.  Did you say besides dancers?

03:29PM   25  Q.  Besides dancers.  So, you said friends of Peter's.  Who

03:29PM   1   would those people be?  Do you know names?

03:29PM   2   A.  Eric Fox.  Brent Phillips.

03:29PM   3   Q.  Is that the person you mentioned before?

03:29PM   4   A.  Yes.

03:29PM   5   Q.  Okay.  Who else?

03:29PM   6   A.  Aaron.

03:29PM   7   Q.  What's Aaron's last name?

03:30PM   8   A.  LaMarca.

03:30PM   9   Q.  What was that person's job, do you know?

03:30PM  10   A.  I believe he was the liquor rep.

03:30PM  11   Q.  What's a liquor rep?

03:30PM  12   A.  The -- you put the order for the alcohol in, and then

03:30PM  13   they bring it.

03:30PM  14   Q.  Okay.  So I just want to understand, is that a person who

03:30PM  15   works at Pharaoh's for Peter?  Or they work somewhere else?

03:30PM  16   A.  They work somewhere else.

03:30PM  17   Q.  Okay.  Were they the liquor rep for Pharaoh's?

03:30PM  18   A.  I believe so, one of them.

03:30PM  19   Q.  Okay.  I want to talk with you about that person Brent

03:30PM  20   Phillips for a moment.

03:30PM  21   A.  Yes.

03:30PM  22   Q.  Did you ever learn that Brent Phillips engaged in

03:30PM  23   prostitution in the upstairs at Pharaoh's?

03:30PM  24      Or, let me rephrase that.  Do you know any of Brent

03:30PM  25   Phillips' relatives?

03:30PM   1    A.  Yes.

03:30PM   2    Q.  Okay.  Did you come to learn about one of Brent Phillips'

03:30PM   3    relatives through the course of your work at Pharaoh's?

03:31PM   4    A.  Yes.

03:31PM   5    Q.  Who is that relative?

03:31PM   6    A.  His nephew.

03:31PM   7    Q.  And did you learn about Brent Phillips' nephew engaging

03:31PM   8    in prostitution activity at Pharaoh's?

03:31PM   9    A.  Yes.

03:31PM   10           MR. SINGER:  Objection.

03:31PM   11           THE COURT:  Basis?

03:31PM   12           MR. SINGER:  Lack of personal knowledge.

03:31PM   13           MR. COOPER:  I'm going to explain that in the next

03:31PM   14   question if --

03:31PM   15           THE COURT:  Okay.

03:31PM   16           MR. COOPER:  -- if you'll let me tie together.

03:31PM   17           THE COURT:  Okay, so, go ahead.  And let's see where

03:31PM   18   it goes.

03:31PM   19           BY MR. COOPER:

03:31PM   20   Q.  Did you have conversations with Peter Gerace about

03:31PM   21   arranging for a prostitution act between Brent Phillips'

03:31PM   22   nephew and a dancer who worked at Pharaoh's?

03:31PM   23   A.  Yes.

03:31PM   24           MR. SINGER:  Objection.

03:31PM   25   Q.  What did Peter --

| | | |
|---|---|---|
| 03:31PM | 1 | **THE COURT:**  What's the objection? |
| 03:31PM | 2 | **MR. SINGER:**  Can we approach on this point, Judge? |
| 03:31PM | 3 | I'm sorry. |
| 03:31PM | 4 | **THE COURT:**  Sure. |
| 03:31PM | 5 | (Sidebar discussion held on the record.) |
| 03:31PM | 6 | **MR. SINGER:**  I guess from what I understand from the |
| 03:31PM | 7 | testimony is that the witness doesn't have personal knowledge |
| 03:31PM | 8 | of seeing this, she heard about it from Mr. Gerace.  So it's |
| 03:32PM | 9 | based on hearsay from him.  Is this in furtherance of the |
| 03:32PM | 10 | conspiracy? |
| 03:32PM | 11 | **MR. COOPER:**  It's a statement against his penal |
| 03:32PM | 12 | interest.  It's illegal to arrange acts of prostitution. |
| 03:32PM | 13 | **MR. SINGER:**  But I guess what's the evidence that |
| 03:32PM | 14 | Peter Gerace arranged the act itself? |
| 03:32PM | 15 | **MR. COOPER:**  That's what she's gonna testify to. |
| 03:32PM | 16 | That he told G.R. to go upstairs, and he would pay her $300 to |
| 03:32PM | 17 | have sex with this person's nephew.  That's illegal. |
| 03:32PM | 18 | **THE COURT:**  And she was present for the conversation? |
| 03:32PM | 19 | **MR. COOPER:**  Peter said it to her.  He told her I |
| 03:32PM | 20 | paid -- |
| 03:32PM | 21 | **THE COURT:**  I told G.R. -- |
| 03:32PM | 22 | **MR. COOPER:**  Go have sex with Brent Phillips' nephew |
| 03:32PM | 23 | and I'll have 300 bucks. |
| 03:32PM | 24 | **MR. SINGER:**  Okay.  All right.  I think I understand. |
| 03:32PM | 25 | **THE COURT:**  So you're withdrawing the objection? |

03:32PM  1          MR. SINGER:  Yeah, I'll withdraw, Judge.

03:32PM  2          THE COURT:  Okay.

03:32PM  3          (Sidebar ended.)

03:32PM  4          BY MR. COOPER:

03:32PM  5   Q.  What did Peter Gerace say to you about arranging an act

03:32PM  6   of prostitution between Brent Phillips' nephew and a dancer

03:32PM  7   at Pharaoh's?

03:32PM  8   A.  A dancer at Pharaoh's had sex with Brent's nephew.  He

03:33PM  9   was dying.  And she was paid.

03:33PM  10  Q.  Okay.  Did Peter tell you that?

03:33PM  11  A.  Yes.

03:33PM  12  Q.  Did he tell you how much he paid her?

03:33PM  13  A.  $300.

03:33PM  14  Q.  Okay.  Did you know the dancer?

03:33PM  15  A.  Yes.

03:33PM  16  Q.  Who was her first name?

03:33PM  17  A.  G.R.

03:33PM  18  Q.  Do you know her last name?

03:33PM  19  A.  G.R.

03:33PM  20  Q.  Without getting into what was said, did you have a

03:33PM  21  conversation with G.R. about that as well?

03:33PM  22  A.  Yes.

03:33PM  23  Q.  Did you ever see members of the Buffalo Sabres go

03:33PM  24  upstairs?

03:33PM  25  A.  Yes.

03:33PM 1  Q.  Did you see anybody who was allegedly running for public

03:33PM 2  office go upstairs?

03:33PM 3  A.  Yes.

03:33PM 4  Q.  And do you know who that person is as you sit here today?

03:33PM 5  A.  I don't know the name.

03:33PM 6  Q.  Okay.  Did prominent people sometimes come into

03:33PM 7  Pharaoh's?

03:33PM 8  A.  Yes.

03:33PM 9  Q.  And when that would happen, would dancers talk amongst

03:34PM 10 themselves?

03:34PM 11 A.  Yes.

03:34PM 12 Q.  About the, kind of, the appearance of that person?

03:34PM 13 A.  Yep.

03:34PM 14 Q.  Do you know whether G.R. -- do you know whether G.R. was

03:34PM 15 paid in drugs or compensated with drugs by Peter Gerace in

03:34PM 16 exchange for that sex act?

03:34PM 17 A.  She was given money and --

03:34PM 18     MR. SINGER:  Objection.

03:34PM 19     THE COURT:  Hang on.  For that act?

03:34PM 20     MR. COOPER:  Correct.  So she said $300 was the

03:34PM 21 testimony that she gave, and I'm asking a new question which

03:34PM 22 is do you know if she was also compensated with drugs.

03:34PM 23     THE COURT:  In addition to the $300?

03:34PM 24     MR. COOPER:  Correct.

03:34PM 25     THE WITNESS:  Yes.

03:34PM  1      **THE COURT:**  Objection is overruled.

03:34PM  2      **BY MR. COOPER:**

03:34PM  3  Q.  What's the answer?

03:34PM  4  A.  Yes.

03:34PM  5  Q.  Okay.  Are you familiar with whether there were poker

03:35PM  6  games held at Pharaoh's?

03:35PM  7  A.  Yes.

03:35PM  8  Q.  What do you know about that?

03:35PM  9  A.  That was before I started working there.  But Peter told

03:35PM  10  me he had poker games up there.

03:35PM  11  Q.  Okay.  When you say before you started working there,

03:35PM  12  just to clarify the timeline, do you mean before the first

03:35PM  13  day you ever went there, or before this age 23 time frame?

03:35PM  14  A.  Before the age 23.

03:35PM  15  Q.  Understood.  Do you know where the games were held?

03:35PM  16  A.  Upstairs at Pharaoh's.

03:35PM  17  Q.  Were dancers present?

03:35PM  18  A.  I was not there, so I don't know for sure.  But --

03:35PM  19  Q.  Okay.

03:35PM  20  A.  -- they've told me --

03:35PM  21  Q.  I don't want you to speculate.

03:36PM  22      Did Peter tell you what happened upstairs during those

03:36PM  23  poker games?

03:36PM  24  A.  People played poker and they did drugs and drank.

03:36PM  25  Q.  Okay.  Did he tell you whether dancers were given drugs

| | | |
|---|---|---|
| 03:36PM | 1 | upstairs during those poker games? |
| 03:36PM | 2 | A.  Not specifically. |
| 03:36PM | 3 | Q.  When you say "not specifically," do you mean he didn't |
| 03:36PM | 4 | say names of people?  Or he didn't specify if dancers were |
| 03:36PM | 5 | present? |
| 03:36PM | 6 | A.  He didn't specify. |
| 03:36PM | 7 | Q.  Okay.  We talked about a person named Charm or Jessica |
| 03:36PM | 8 | Leyland before; do you remember that? |
| 03:36PM | 9 | A.  Yes. |
| 03:36PM | 10 | Q.  Have you obtained cocaine from her before? |
| 03:37PM | 11 | A.  Yes. |
| 03:37PM | 12 | Q.  Did you know her to provide cocaine to anybody else? |
| 03:37PM | 13 | A.  Yes. |
| 03:37PM | 14 | Q.  Who else? |
| 03:37PM | 15 | A.  Other dancers -- |
| 03:37PM | 16 | Q.  How about Peter? |
| 03:37PM | 17 | A.  -- who I didn't know. |
| 03:37PM | 18 | Q.  Do you know if she provided cocaine to Peter? |
| 03:37PM | 19 | A.  I believe she did. |
| 03:37PM | 20 | Q.  Okay. |
| 03:37PM | 21 | A.  So, yes. |
| 03:37PM | 22 | Q.  Did you know Peter Gerace to have friends in law |
| 03:37PM | 23 | enforcement? |
| 03:37PM | 24 | A.  Yes. |
| 03:37PM | 25 | Q.  Did he say things to you about that? |

| | | |
|---|---|---|
| 03:37PM | 1 | A.  Yes. |
| 03:37PM | 2 | Q.  Okay.  What did he tell you about his friends involved in |
| 03:37PM | 3 | law enforcement? |
| 03:37PM | 4 | A.  He said that he's untouchable. |
| 03:37PM | 5 | Q.  He said that what? |
| 03:37PM | 6 | A.  He's untouchable. |
| 03:37PM | 7 | Q.  Okay.  Did he tell you any specific people or titles of |
| 03:37PM | 8 | people that he had connections to in law enforcement? |
| 03:37PM | 9 | A.  Judges.  Attorneys.  Police. |
| 03:38PM | 10 | Q.  Did Peter ever tell you if he had connections to a person |
| 03:38PM | 11 | who worked in federal law enforcement? |
| 03:38PM | 12 | A.  Not that I recall -- |
| 03:38PM | 13 | Q.  Okay. |
| 03:38PM | 14 | A.  -- specifically. |
| 03:38PM | 15 | Q.  Do you know a person by the name of Joe Bongiovanni? |
| 03:38PM | 16 | A.  Yes. |
| 03:38PM | 17 | Q.  How do you know that person? |
| 03:38PM | 18 | A.  From Peter, from Pharaoh's. |
| 03:38PM | 19 | Q.  Okay.  Can you describe -- have you ever met that person |
| 03:38PM | 20 | before? |
| 03:38PM | 21 | A.  Yes. |
| 03:38PM | 22 | Q.  Once or more than once? |
| 03:38PM | 23 | A.  Twice, I believe. |
| 03:38PM | 24 | Q.  Okay.  And would you recognize that person if you saw him |
| 03:38PM | 25 | again? |

03:38PM   1    A.   Yes.

03:38PM   2    Q.   Are they in the courtroom right now?

03:38PM   3    A.   Yes.

03:38PM   4    Q.   Would you point at that person and identify an article of

03:38PM   5    their clothing for the record?

03:38PM   6    A.   The burgundy tie.

03:38PM   7              **MR. COOPER:**  Indicating the defendant, Judge?

03:38PM   8              **THE COURT:**  Yes.

03:38PM   9              **MR. COOPER:**  Thank you.

03:38PM   10             **BY MR. COOPER:**

03:38PM   11   Q.   Can you tell the jury about the first time that you met

03:38PM   12   the defendant?

03:38PM   13   A.   First time that I met him, it was at Pharaoh's.  It

03:38PM   14   wasn't open yet, or it just had opened.  It around 5 because

03:38PM   15   it was still light out.  And there was a -- four people

03:38PM   16   sitting at a table.  And that's the first time that I met

03:39PM   17   him.

03:39PM   18   Q.   Did Peter introduce you to him?

03:39PM   19   A.   Yes.

03:39PM   20   Q.   When you said it hadn't opened yet, or it had just

03:39PM   21   opened, did you mean the time of day?  Or it had never

03:39PM   22   opened --

03:39PM   23   A.   The time of day.

03:39PM   24   Q.   Okay.  Did you see any drug use going on at that time?

03:39PM   25   A.   No.

03:39PM   1   Q.   Did you interact with the defendant at all that first

03:39PM   2   time that you met him?

03:39PM   3   A.   Yes.

03:39PM   4   Q.   Can you describe that interaction?

03:39PM   5   A.   It was just a handshake.

03:39PM   6   Q.   Okay.

03:39PM   7   A.   And just introducing.

03:39PM   8   Q.   Okay.  Who introduced you to him?

03:39PM   9   A.   Peter introduced me.

03:39PM   10   Q.   And how did he introduce you to him?  What did he say?

03:39PM   11   A.   He said, this is my friend, Joseph.

03:40PM   12   Q.   Okay.  Do you recall what time frame that was?

03:40PM   13   A.   This was 2009.

03:40PM   14   Q.   Okay.  You told us that there were at least two times --

03:40PM   15   or, I think you said two times that you met the defendant.

03:40PM   16   What was the second time?

03:40PM   17   A.   The second was at Pharaoh's.

03:40PM   18   Q.   Okay.  Can you describe that for the jury?

03:40PM   19   A.   It was a promo party for Red Bull.  And one of the Vodkas

03:40PM   20   that the other liquor reps were doing a promotion for.

03:40PM   21   Q.   Okay.  And can you describe what your interaction was, if

03:40PM   22   any, with the defendant?

03:40PM   23   A.   I don't recall.

03:40PM   24   Q.   Okay.  Well, why are you mentioning this as one of the

03:40PM   25   two times that you've seen him?

03:40PM    1    A.  Well, because this is a second time that I saw him.

03:40PM    2    Q.  Okay.  Did you see him at the club?

03:40PM    3    A.  Yes.

03:40PM    4    Q.  Did you interact with him?

03:41PM    5    A.  Yes.

03:41PM    6    Q.  Okay.  Describe that interaction.

03:41PM    7    A.  Oh.  We shook hands.

03:41PM    8    Q.  Okay.

03:41PM    9    A.  The first time, or the second time?

03:41PM   10    Q.  The second time.

03:41PM   11    A.  The second time?  I believe he just -- Peter introduced

03:41PM   12    me to everyone around the table saying hi to people, and so

03:41PM   13    that's -- I knew him because I saw him before, so --

03:41PM   14    Q.  Would it be fair to say --

03:41PM   15    A.  It was, like, everyone basically.

03:41PM   16    Q.  Would it be fair to say it was a pretty superficial

03:41PM   17    interaction?

03:41PM   18    A.  What do you mean by that?

03:41PM   19    Q.  You didn't have a long conversation, did you?

03:41PM   20    A.  No.

03:41PM   21    Q.  Okay.  Other than those two times that you just

03:41PM   22    described, did you ever see the defendant in the garage area

03:41PM   23    at Pharaoh's?

03:41PM   24    A.  Yes.

03:41PM   25    Q.  Okay.  Where is the garage area in relation to Pharaoh's?

03:41PM   1   Like, walk me through it.  How do you get there?

03:41PM   2   A.  You have to walk in, and then make a left.  It's on the

03:41PM   3   side.  You can't get through there if you're, like, you can't

03:42PM   4   just walk through there.

03:42PM   5   Q.  Can a random customer go back there?

03:42PM   6   A.  Oh, no.  That, no --

03:42PM   7   Q.  Is that what you're trying to say?

03:42PM   8   A.  Yeah.

03:42PM   9   Q.  Is there a stairwell that leads to that upstairs area?

03:42PM   10  A.  Yes.

03:42PM   11  Q.  Does that lead to the garage area?

03:42PM   12  A.  Yes.

03:42PM   13  Q.  Okay.  Is there a hallway that leads back to the garage?

03:42PM   14  A.  Yes.

03:42PM   15  Q.  So can you describe for the jury kind of how you found

03:42PM   16  yourself in that area, and what you observed with the

03:42PM   17  defendant?

03:42PM   18  A.  Oh, I was in the garage, I don't remember what I was

03:42PM   19  doing.  Something for Peter, organizing stuff in there or

03:42PM   20  something.

03:42PM   21      And PJ, he told me that I had to get out of the garage.

03:42PM   22      So, the men that were sitting at the table, them and

03:42PM   23  Peter went in there.  So I had to wait inside until they were

03:42PM   24  done.

03:42PM   25  Q.  Okay.  And was this one of the two times that you

03:42PM  1   described earlier where you saw the defendant in Pharaoh's?

03:42PM  2   Or was this a separate third time?

03:42PM  3   A.  This was the first time.

03:43PM  4   Q.  Okay.  So the first time when you meet him, Peter

03:43PM  5   introduces you two to each other and you shake his hand.  Is

03:43PM  6   it later in the day that this happens?

03:43PM  7   A.  It was, like, when I was -- it was still light out.

03:43PM  8   Q.  Okay.  And you're in the back by the garage?

03:43PM  9   A.  Um-hum.

03:43PM  10  Q.  And you said PJ comes over to you?

03:43PM  11  A.  Yes.

03:43PM  12  Q.  Did PJ work there?

03:43PM  13  A.  Yes.

03:43PM  14  Q.  Okay.  And is he one of the people earlier you said you

03:43PM  15  would acquire drugs from?

03:43PM  16  A.  Yes.

03:43PM  17  Q.  And what does PJ tell you to do?

03:43PM  18  A.  He said I had to get out of the garage.

03:43PM  19  Q.  Okay.  And at the time he said that to you, who else was

03:43PM  20  in the garage?

03:43PM  21  A.  Just me.

03:43PM  22  Q.  Okay.  Did you see other people enter the garage?

03:43PM  23  A.  Yes.

03:43PM  24  Q.  Who?

03:43PM  25  A.  But not when I was in the garage.

03:43PM  1   Q.  Okay.  Who else did you see enter the garage?

03:43PM  2   A.  It was four men and Peter.

03:43PM  3   Q.  Okay.  So five total.  Peter, and four other men?

03:43PM  4   A.  So five.  Yes.

03:43PM  5   Q.  Who were the other four men?

03:43PM  6   A.  I don't know.

03:43PM  7   Q.  Okay.  Was the defendant one of them?

03:43PM  8   A.  Yes.

03:43PM  9   Q.  Okay.  Do you know the other two, or three?

03:43PM  10  A.  No.

03:43PM  11  Q.  Okay.  That five-month period where you're working at

03:44PM  12  Pharaoh's, you said it I think ends in July or August; is

03:44PM  13  that correct?

03:44PM  14  A.  Yes.

03:44PM  15  Q.  Okay.  What did you start doing when that ended?

03:44PM  16  A.  When that ended?  I started doing collections.

03:44PM  17  Q.  Okay.  And why did you stop working at Pharaoh's in about

03:44PM  18  August of 2009?

03:44PM  19  A.  Well, because I couldn't deal with that lifestyle

03:44PM  20  anymore.

03:44PM  21  Q.  You couldn't what?

03:44PM  22  A.  I didn't want that lifestyle anymore.

03:44PM  23  Q.  Okay.  Do you have children?

03:44PM  24  A.  Yes.

03:44PM  25  Q.  How old is your oldest kid?

03:44PM     1    A.   Ten.

03:44PM     2    Q.   At some point -- did you have that child after leaving

03:44PM     3    work at Pharaoh's?

03:44PM     4    A.   Yes.

03:44PM     5    Q.   Okay.  And were you working once you had your child?

03:44PM     6    A.   Yes.

03:44PM     7    Q.   Okay.  What kind of work were you doing?

03:44PM     8    A.   I was doing -- at that time, I was doing collections --

03:44PM     9    Q.   Okay.

03:45PM    10    A.   -- when I had my son.  I stopped working, like, a month

03:45PM    11    before I had my son.

03:45PM    12    Q.   And once you had your son, did you work or did you stay

03:45PM    13    at home?

03:45PM    14    A.   I was a stay-at-home mom.

03:45PM    15    Q.   Okay.  And how long did that last for approximately?

03:45PM    16    A.   Until he was, like, five.  Until he --

03:45PM    17    Q.   So was he born in 2013?

03:45PM    18    A.   Yes.

03:45PM    19    Q.   Okay.  And did you ultimately work again after he was

03:45PM    20    born?

03:45PM    21    A.   Yes.

03:45PM    22    Q.   Okay.  About when was that?

03:45PM    23    A.   2017.

03:45PM    24    Q.   Okay.  And, so, he would have been four or five at that

03:45PM    25    time?

| | | |
|---|---|---|
| 03:45PM | 1 | A.  Um-hum. |
| 03:45PM | 2 | Q.  What kind of work did you get back into? |
| 03:45PM | 3 | A.  I started bartending at Pharaoh's. |
| 03:45PM | 4 | Q.  Why did you go back to work after four or five years of |
| 03:45PM | 5 | being a stay-at-home mom? |
| 03:45PM | 6 | A.  Things weren't working out with my son's father and I, |
| 03:45PM | 7 | and I wanted to leave and get my own place. |
| 03:45PM | 8 | Q.  And did you have -- |
| 03:45PM | 9 | A.  And I didn't have the funds.  I didn't have the means to |
| 03:45PM | 10 | do it -- |
| 03:45PM | 11 | Q.  Got it. |
| 03:45PM | 12 | A.  -- and you could make money in the club. |
| 03:45PM | 13 | Q.  Did you need to get a job in order to get a new place? |
| 03:46PM | 14 | A.  Yes. |
| 03:46PM | 15 | Q.  How did you get linked up with that bartending job back |
| 03:46PM | 16 | at Pharaoh's? |
| 03:46PM | 17 | A.  From Peter. |
| 03:46PM | 18 | Q.  And did you have a conversation directly with him? |
| 03:46PM | 19 | A.  I don't remember exactly. |
| 03:46PM | 20 | Q.  Okay.  Did you communicate with him in some way? |
| 03:46PM | 21 | A.  Yes. |
| 03:46PM | 22 | Q.  Okay.  And did you start working back at Pharaoh's? |
| 03:46PM | 23 | A.  Yes. |
| 03:46PM | 24 | Q.  Okay.  And in or around 2017, when you started working |
| 03:46PM | 25 | back at Pharaoh's, were you actively using drugs when you |

03:46PM  1   started working back there?

03:46PM  2   A.  No.

03:46PM  3   Q.  Had you been clean for some period of time?

03:46PM  4   A.  Yes.

03:46PM  5   Q.  Did anybody offer you drugs once you went back to start

03:46PM  6   working at Pharaoh's?

03:46PM  7   A.  Yes.

03:46PM  8   Q.  Who?

03:46PM  9   A.  Everyone.

03:46PM  10  Q.  Okay.  Anybody specifically that you can think of?

03:46PM  11  A.  Peter.  PJ.  The dancers.

03:46PM  12  Q.  Did you want to use drugs at that time in your life?

03:46PM  13  A.  No.

03:46PM  14  Q.  Okay.  Were you trying to stay clean?

03:46PM  15  A.  Yes.

03:46PM  16  Q.  Now you described for us previously that you were

03:46PM  17  involved in a -- in a sexual relationship with Peter Gerace

03:47PM  18  for a period of time back in 2009.  Did that continue when

03:47PM  19  you started working there in 2017?

03:47PM  20  A.  No.

03:47PM  21  Q.  How long did you stay working there in 2017?

03:47PM  22  A.  From February till maybe July.

03:47PM  23  Q.  And during that approximately five-month period in 2017,

03:47PM  24  did you observe other people using drugs at Pharaoh's?

03:47PM  25  A.  Yes.

03:47PM  1   Q.  Was it consistent with the use that you've already

03:47PM  2   described for us back when you were 23?

03:47PM  3   A.  Yes.

03:47PM  4   Q.  Have you ever been to Russell's hotel or a hotel owned by

03:47PM  5   a person named Russell?

03:47PM  6   A.  Yes.

03:47PM  7   Q.  Who invited you there?

03:47PM  8   A.  Peter.

03:47PM  9   Q.  When was that, approximately?  Like, give me an idea.

03:48PM  10  A.  There was a lot of times.

03:48PM  11  Q.  Okay.  And what would happen when you went to the hotel,

03:48PM  12  Russell's hotel?

03:48PM  13  A.  We would go there.  He would bring champagne or

03:48PM  14  something, and we would have drinks.  We would do cocaine,

03:48PM  15  and then he would -- he would turn on adult videos, and he

03:48PM  16  would start taking his clothes off.

03:48PM  17  Q.  Okay.  Do you know if other dancers who worked at

03:48PM  18  Pharaoh's were taken to Russel's by Peter, as well?

03:48PM  19  A.  Yes.

03:48PM  20  Q.  Now, before we talked about getting caught -- or, coming

03:48PM  21  up on the wiretap involving a person named Jeff Anzalone, do

03:48PM  22  you remember me asking you questions about that?

03:48PM  23  A.  Yes.

03:48PM  24  Q.  Did Jeff Anzalone provide you with cocaine?

03:48PM  25  A.  Yes.

03:48PM   1   Q.  Did he provide you with Adderall?

03:48PM   2   A.  Yes.

03:49PM   3   Q.  Okay.  And earlier I asked you, I think my question was,

03:49PM   4   did you have a physical with relationship with Jeff Anzalone,

03:49PM   5   but have you had sex with him before?

03:49PM   6   A.  Yes.

03:49PM   7   Q.  Okay.  Once, or more than once?

03:49PM   8   A.  More than once.

03:49PM   9   Q.  Okay.  And was he supplying you with drugs at that time?

03:49PM  10   A.  Yes.

03:49PM  11   Q.  Okay.

03:49PM  12        **MR. COOPER:**  Judge, may I just have one moment?

03:49PM  13        **THE COURT:**  Sure.

03:49PM  14        **MR. COOPER:**  Thank you.

03:50PM  15        **BY MR. COOPER:**

03:50PM  16   Q.  Just a few more questions, Ms. K.L..

03:50PM  17        We were just talking a second ago about trips to

03:50PM  18   Russell's hotel with Peter Gerace where you would drink

03:50PM  19   champagne and do cocaine; do you remember being asked those

03:50PM  20   questions?

03:50PM  21   A.  Yes.

03:50PM  22   Q.  Okay.  Were there ever times when you would leave

03:50PM  23   Russell's and go elsewhere to bring more cocaine back?

03:50PM  24   A.  Yes.

03:50PM  25   Q.  Can you tell the jury about that?

03:50PM  1    A.  One time in particular, we -- it was Peter, a girl named

03:50PM  2    Rita, and myself.  And we were upstairs at Pharaoh's having

03:50PM  3    drinks, doing cocaine.  And then we left and went to a hotel.

03:51PM  4    And then they had me -- well, he told me to go back to get

03:51PM  5    more cocaine.  So he gave me the keys and the codes to -- and

03:51PM  6    the key to get upstairs.  So I went and got more cocaine and

03:51PM  7    brought it back.

03:51PM  8    Q.  Okay.  Where was the cocaine stored inside Pharaoh's?

03:51PM  9    A.  It was upstairs.

03:51PM  10   Q.  In that office area?

03:51PM  11   A.  Yes.

03:51PM  12   Q.  And just to clarify, because I might be getting this

03:51PM  13   confused, was this a the Russell's hotel or at a different

03:51PM  14   hotel?

03:51PM  15   A.  The hotel that we were at.

03:51PM  16   Q.  Okay.  Do you remember which one it was?

03:51PM  17   A.  It was a different one.

03:51PM  18   Q.  Okay.  And when you were at a hotel with Peter on that

03:51PM  19   night or a different night, did there ever come a time when

03:51PM  20   you became physically incapacitated from using cocaine?

03:51PM  21   A.  Yes.

03:51PM  22   Q.  Can you describe that for the jury?

03:51PM  23   A.  I had a seizure.

03:51PM  24   Q.  Can you describe physically what happened to you?

03:51PM  25   A.  I -- it's called an aura, so it's a scent or a smell, a

03:52PM    1   noise, something, and it -- I knew something was gonna

03:52PM    2   happen.  I looked at him and I said I thought I was gonna

03:52PM    3   pass out or something.

03:52PM    4     And I said, call G.R., because she was going to school to

03:52PM    5   be a nurse at the time.

03:52PM    6   Q.  Okay.

03:52PM    7   A.  And then I -- he said I started shaking and fell on the

03:52PM    8   ground.  And when I got up, she was there.  And he was

03:52PM    9   yelling to Rita to get all her stuff, and they ran out of the

03:52PM   10   hotel.

03:52PM   11   Q.  Did he take you with him?

03:52PM   12   A.  No.

03:52PM   13   Q.  What happened to you?

03:52PM   14   A.  My friend drove me home --

03:52PM   15   Q.  Who's your friend?

03:52PM   16   A.  -- to my brother's.  It was G.R.

03:52PM   17   Q.  Okay.

03:52PM   18   A.  My friend at that time.

03:52PM   19   Q.  On that subject of G.R., I asked you a question a few

03:52PM   20   minutes ago about G.R. -- Peter telling you he gave G.R.

03:52PM   21   drugs in exchange -- as well as money in exchange for sex

03:52PM   22   with Brent Phillips' nephew; do you remember me asking you

03:52PM   23   those questions?

03:52PM   24   A.  Yes.

03:52PM   25   Q.  Do you know what kind of drugs Peter gave to G.R.?

03:52PM   1   A.  It was cocaine.

03:53PM   2   Q.  Okay.

03:53PM   3          MR. COOPER:  I have no further direct.  Thank you,

03:53PM   4   Judge.

03:53PM   5          THE COURT:  Cross-examination.

03:53PM   6

03:53PM   7             CROSS-EXAMINATION BY MR. SINGER:

03:53PM   8   Q.  Hi, Ms. K.L.

03:53PM   9   A.  Hi.

03:53PM  10   Q.  So, I think you testified that you worked at Pharaoh's in

03:53PM  11   2009; is that right?

03:53PM  12   A.  Yes.

03:53PM  13   Q.  And you said at the time that you worked there, how many

03:53PM  14   days a week were you working there?

03:53PM  15   A.  Every day.

03:53PM  16   Q.  Every day?

03:53PM  17   A.  Yeah, it was a little -- when I started dancing there

03:54PM  18   again.

03:54PM  19   Q.  Okay.

03:54PM  20   A.  But Peter didn't want me to work, like me dancing because

03:54PM  21   we were dating.

03:54PM  22   Q.  Okay.  But whether you were working or not, do you

03:54PM  23   remember being there every day?

03:54PM  24   A.  Yes.

03:54PM  25   Q.  And that was for roughly a five- or six-month period of

03:54PM   1   time?

03:54PM   2   A.  Yes.

03:54PM   3   Q.  And you said that when you were working there in 2009,

03:54PM   4   that's when you first met Joseph Bongiovanni; is that right?

03:54PM   5   A.  Yes.

03:54PM   6   Q.  And so the first encounter you had mentioned,

03:54PM   7   Mr. Bongiovanni was sitting down at a table with other men;

03:54PM   8   is that right?

03:54PM   9   A.  Yes.

03:54PM   10  Q.  And did you walk up to the table?

03:54PM   11  A.  With Peter.

03:54PM   12  Q.  So you walked up with Peter; is that right?

03:54PM   13  A.  Yes.

03:54PM   14  Q.  And this was sometime in the evening time, around 5 p.m.

03:54PM   15  or so?

03:54PM   16  A.  Yes.

03:54PM   17  Q.  And you recall that because it was still light outside at

03:54PM   18  the time?

03:54PM   19  A.  Yes.

03:54PM   20  Q.  And Peter introduced you to the gentlemen at the table?

03:54PM   21  A.  Yes.

03:54PM   22  Q.  And one of those people was Mr. Bongiovanni?

03:54PM   23  A.  Yes.

03:54PM   24  Q.  And you described on direct that it was a pretty

03:55PM   25  superficial meeting; is that right?

03:55PM    1    A.  Yes.

03:55PM    2    Q.  Just a handshake and hi my name is?

03:55PM    3    A.  Yes.

03:55PM    4    Q.  And that's all?

03:55PM    5    A.  Yes.

03:55PM    6    Q.  And you mentioned in your direct testimony that you

03:55PM    7    believed that during this first meeting, there was a time

03:55PM    8    where Peter Gerace and Mr. Bongiovanni and others went to the

03:55PM    9    garage area; is that right?

03:55PM    10    A.  Yes.

03:55PM    11    Q.  And prior to coming into court here today, you've met

03:55PM    12    with federal agents a number of times, safe to say?

03:55PM    13    A.  Yes.

03:55PM    14    Q.  You've also met with the prosecutors in this case a

03:55PM    15    number of times; is that right?

03:55PM    16    A.  Yes.

03:55PM    17    Q.  You've also testified before a grand jury in this case;

03:55PM    18    is that right?

03:55PM    19    A.  Yes.

03:55PM    20    Q.  You never mentioned anything about a garage in any of

03:55PM    21    those meetings or grand jury testimony though.

03:55PM    22    A.  Yes, I did.

03:55PM    23    Q.  Didn't mention anything about a garage?

03:55PM    24      So, Ms. K.L., you remember testifying before a grand jury

03:55PM    25    before you came into court, correct?

| | | |
|---|---|---|
| 03:55PM | 1 | A.  Yes. |
| 03:55PM | 2 | Q.  And you remember talking to the grand jurors about that |
| 03:55PM | 3 | first interaction, correct? |
| 03:56PM | 4 | A.  Yes. |
| 03:56PM | 5 | Q.  And do you remember telling the grand jury about how |
| 03:56PM | 6 | Mr. Bongiovanni and Mr. Gerace met up in a downstairs office |
| 03:56PM | 7 | at Pharaoh's? |
| 03:56PM | 8 | A.  I don't remember. |
| 03:56PM | 9 | Q.  You don't recall that? |
| 03:56PM | 10 | So, I'm going to direct your attention just for the |
| 03:56PM | 11 | purpose of the record to page 22 of 3564A in the grand jury |
| 03:56PM | 12 | testimony. |
| 03:56PM | 13 | THE COURT:  Do you want this shown just for the |
| 03:56PM | 14 | witness? |
| 03:56PM | 15 | MR. SINGER:  I don't need it shown, Judge, I'm just |
| 03:56PM | 16 | going to impeach her with it. |
| 03:56PM | 17 | BY MR. SINGER: |
| 03:56PM | 18 | Q.  Do you recall testifying:  And when Mr. Bongiovanni was |
| 03:56PM | 19 | at Pharaoh's in 2009, was he with anyone else or was he just |
| 03:56PM | 20 | visiting with Peter? |
| 03:56PM | 21 | Answer:  I believe just Peter. |
| 03:56PM | 22 | Question:  Were there -- were they in the club? |
| 03:57PM | 23 | Answer:  At the bar. |
| 03:57PM | 24 | Question:  Downstairs bar? |
| 03:57PM | 25 | Answer:  Yes.  And then I believe they went in the |

03:57PM   1   office.

03:57PM   2       Question:  So just to be clear, the office downstairs?

03:57PM   3   Or is the office up the stairs?

03:57PM   4       Answer:  Down, downstairs office.

03:57PM   5       Do you remember answering that in the grand jury, ma'am?

03:57PM   6   A.  I don't remember.

03:57PM   7   Q.  You don't remember that at all?

03:57PM   8           MR. SINGER:  Can we bring up, Ms. Champoux, 3564A

03:57PM   9   onto the witness's screen only?  And to page 22.

03:57PM  10           BY MR. SINGER:

03:57PM  11   Q.  So I'd like you to read starting on line 9, ma'am, moving

03:57PM  12   down the page to line 18.

03:57PM  13       So you remember testifying before the grand jury in this

03:58PM  14   case, correct?

03:58PM  15   A.  Yes, sir.

03:58PM  16   Q.  And you recall that there was people who were part of the

03:58PM  17   grand jury present; is that right?

03:58PM  18   A.  Yes.

03:58PM  19   Q.  And you were on the witness stand in that room?

03:58PM  20   A.  Yes.

03:58PM  21   Q.  And there was a prosecutor who was asking you questions

03:58PM  22   that day?

03:58PM  23   A.  Yes.

03:58PM  24   Q.  And you recall them talking to you about how the

03:58PM  25   proceedings were going to be recorded, correct?

03:58PM  1   A.  Yes.

03:58PM  2   Q.  And how they were going to be produced into a transcript

03:58PM  3   in written form, correct?

03:58PM  4   A.  Yes.

03:58PM  5   Q.  And you don't have any reason to disagree that with what

03:58PM  6   I just told you with my questions about what appears in that

03:58PM  7   grand jury transcript is what appears in that grand jury

03:58PM  8   transcript, right?

03:58PM  9   A.  No, I did say that.

03:58PM  10  Q.  You did say that?

03:58PM  11  A.  I did say that.

03:58PM  12  Q.  So are you saying that there was a different meeting that

03:58PM  13  occurred inside of a garage?  Or are you saying that --

03:58PM  14  A.  I think what I'm saying is that I think that when I'm

03:58PM  15  thinking it was twice, it was more than twice that I've seen

03:58PM  16  him.

03:58PM  17  Q.  So, now you're saying that there was additional meetings?

03:59PM  18          MR. COOPER:  Objection as to --

03:59PM  19          THE WITNESS:  Well, there was this time.

03:59PM  20          THE COURT:  Hang on.

03:59PM  21          THE WITNESS:  This is a long time ago.

03:59PM  22          THE COURT:  Stop, stop, stop, stop.

03:59PM  23          MR. COOPER:  Objection as to the form of the

03:59PM  24  question, Judge.

03:59PM  25          THE COURT:  Overruled.

03:59PM    1          **BY MR. SINGER:**

03:59PM    2    Q.  So you testified on direct, Ms. K.L., that you remember

03:59PM    3    two different times when you met Mr. Bongiovanni in the 2009

03:59PM    4    period, correct?

03:59PM    5    A.  Can you repeat the question?

03:59PM    6    Q.  You testified just earlier on direct that you remember

03:59PM    7    seeing Mr. Bongiovanni two times --

03:59PM    8    A.  Yes.

03:59PM    9    Q.  -- in the 2009 period.

03:59PM   10    A.  That's what I said, yes.

03:59PM   11    Q.  That's what you said, correct?

03:59PM   12    A.  Yes.

03:59PM   13    Q.  And one of the times was at a Red Bull event, promotional

03:59PM   14    event --

03:59PM   15    A.  Yes.

03:59PM   16    Q.  -- is that right?

03:59PM   17         And another time was the first time you met him, correct?

03:59PM   18    A.  Yes.

03:59PM   19    Q.  And that's what we're talking about right now, correct?

03:59PM   20    A.  But this happened a long time ago.  So if I remember it

03:59PM   21    incorrectly, it was three times or more that I've met him.

03:59PM   22    Q.  So now you're saying three times or more you met him?

03:59PM   23    A.  Um-hum.

03:59PM   24    Q.  So again, I go back to the fact that you remember

03:59PM   25    testifying before the grand jury, correct?

03:59PM  1   A.  Yes.  And this happened -- this is -- you're talking

04:00PM  2   years.  This is a long time ago.

04:00PM  3   Q.  So, Ms. K.L., when you testified before the grand jury,

04:00PM  4   do you recall the date?

04:00PM  5   A.  No.

04:00PM  6   Q.  Do you have any reason to disagree with you me that you

04:00PM  7   testified before the grand jury on December 10, 2020?

04:00PM  8   A.  That seems right.

04:00PM  9          **MR. SINGER:**  Okay.  Ms. Champoux, can you please

04:00PM  10  advance to the first page of 3564A?

04:00PM  11         **BY MR. SINGER:**

04:00PM  12  Q.  Do you see a date on the transcript that might help you

04:00PM  13  refresh your memory as to that?

04:00PM  14  A.  October 2019.

04:00PM  15  Q.  Don't -- don't -- I don't want you to answer the

04:00PM  16  question, just ask -- just take a look at the page, see if

04:00PM  17  that date on the page helps refresh your memory as to when

04:00PM  18  you testified in the grand jury.

04:00PM  19  A.  It was in December.

04:00PM  20         **MR. SINGER:**  Okay.  So if you can take that down,

04:00PM  21  Ms. Champoux.

04:00PM  22         **BY MR. SINGER:**

04:00PM  23  Q.  So you don't have any reason to disagree with me that you

04:00PM  24  testified in the grand jury on December 10th, 2020, correct?

04:00PM  25  A.  I believe so, yes.

04:00PM    1    Q.  And that was a number of years ago, correct?

04:01PM    2        Was 2020 a number of years ago, ma'am?

04:01PM    3    A.  Four years ago.

04:01PM    4    Q.  And you'd agree with me that when you testified before

04:01PM    5    the grand jury, the events that you're relating to the grand

04:01PM    6    jury were more fresh in your mind then than they are four

04:01PM    7    years later today, correct?

04:01PM    8    A.  I mean, I wouldn't say that.

04:01PM    9    Q.  Did your memory get better over time, ma'am?

04:01PM   10    A.  I mean, probably.

04:01PM   11    Q.  Probably?

04:01PM   12    A.  Yeah.  I do brain training.

04:01PM   13    Q.  You do -- I'm sorry, what again?

04:01PM   14    A.  Brain training.

04:01PM   15    Q.  What is brain training?

04:01PM   16    A.  It's an app.  Makes your -- makes you sharper.

04:01PM   17    Q.  You --

04:01PM   18    A.  What I'm saying is, anything -- you remember things --

04:01PM   19        **MR. COOPER:**  Judge, I'm objecting right now.  There's

04:01PM   20    no question before the witness.

04:01PM   21        **THE COURT:**  Stop.

04:01PM   22        **MR. COOPER:**  There's no question before the witness.

04:01PM   23        **THE COURT:**  Overruled.  Go ahead, ma'am.

04:01PM   24        **THE WITNESS:**  If you don't remember everything

04:01PM   25    specifically exactly as it happened, or when it happened, and

04:01PM   1   then I remember it, I mean, that's not -- we're talking 2009.

04:02PM   2   It's 2024.  So, I -- I mean --

04:02PM   3            **BY MR. SINGER:**

04:02PM   4   Q.  And I guess that's what I'm getting at, ma'am, is that

04:02PM   5   we're talking about events that happened a long time ago,

04:02PM   6   right?

04:02PM   7   A.  Um-hum.

04:02PM   8   Q.  We're talking about a time that you testified in 2020,

04:02PM   9   which was more recent to 2009 than today, correct?

04:02PM  10   A.  Correct.

04:02PM  11   Q.  Well, what you're telling the jury is that based on this

04:02PM  12   brain training app that you have on your phone, you believe

04:02PM  13   you --

04:02PM  14   A.  It's not based on the brain training app.

04:02PM  15   Q.  Well, didn't you talk about --

04:02PM  16   A.  I'm saying I -- thinking about it, I must have met him

04:02PM  17   more times than just the two times.

04:02PM  18   Q.  And you'd agree with me that up until today, you never

04:02PM  19   told law enforcement that when they interviewed you, correct?

04:02PM  20   A.  What do you mean by that?

04:02PM  21   Q.  You never told law enforcement about any other meetings

04:02PM  22   that you had with Mr. Bongiovanni in 2009, correct?

04:02PM  23   A.  Correct.

04:02PM  24   Q.  And you never testified before the grand jury about any

04:03PM  25   other meetings you had in 2009 with Mr. Bongiovanni, correct?

04:03PM  1   A.  Correct.

04:03PM  2   Q.  So you'd agree with me that you saying on the stand today

04:03PM  3   right here that you had additional meetings with him in 2009

04:03PM  4   is something that's new?

04:03PM  5   A.  Something that I didn't remember at the time.

04:03PM  6   Q.  But you --

04:03PM  7   A.  I didn't think of.  I didn't think of it.

04:03PM  8   Q.  Okay.  So at this meeting the first time, you talked

04:03PM  9   about how it was superficial, correct?

04:03PM  10  A.  Correct.

04:03PM  11  Q.  You talked about how it was a handshake and an

04:03PM  12  introduction, and that was all, correct?

04:03PM  13  A.  Yes.

04:03PM  14  Q.  You talked about how it was at 5 p.m.; is that right?

04:03PM  15  A.  It was around 5 p.m., it was just opening.

04:03PM  16  Q.  And you remember telling the grand jury about how Peter

04:03PM  17  Gerace was not using drugs that time during the first

04:03PM  18  meeting, correct?

04:03PM  19  A.  Can you be more specific?

04:03PM  20  Q.  Sure.  During this first meeting, you don't recall Peter

04:03PM  21  Gerace being high on any drugs, correct?

04:03PM  22  A.  I don't remember.

04:04PM  23  Q.  You don't remember?

04:04PM  24  A.  I mean, he probably -- he probably was, to be honest with

04:04PM  25  you.

04:04PM  1   Q.  Do you remember testifying before the grand jury about

04:04PM  2   that, ma'am?

04:04PM  3   A.  I don't remember exactly what I said.  I mean, we're

04:04PM  4   talking about 2020 again.  It's 2024.  People came knocking

04:04PM  5   on my door, and I was baking cookies, and I was told that I

04:04PM  6   had to come and testify in front of a federal grand jury.

04:04PM  7        Now, I haven't been -- I've been out of that scene for a

04:04PM  8   long time.  So, excuse me if I didn't remember every single

04:04PM  9   detail.

04:04PM  10  Q.  You don't recall Mr. Bongiovanni using any type of drugs

04:04PM  11  during this first meeting that you met him at Pharaoh's,

04:04PM  12  correct?

04:04PM  13  A.  No.  No.

04:04PM  14  Q.  And the second time that you met him at Pharaoh's for

04:04PM  15  this Red Bull event, you don't recall Mr. Bongiovanni doing

04:04PM  16  any type of drugs in those meetings either, correct?

04:04PM  17  A.  Correct.

04:04PM  18  Q.  And so I guess this new time that you just talked about

04:05PM  19  today, this is when you believe Mr. Bongiovanni and other

04:05PM  20  people went into the garage with Peter Gerace; is that right?

04:05PM  21  A.  Yes.

04:05PM  22  Q.  You left the garage when they went into the garage,

04:05PM  23  correct?

04:05PM  24  A.  Yes.

04:05PM  25  Q.  And so you couldn't tell the jury what they were doing

| | | |
|---|---|---|
| 04:05PM | 1 | inside the garage, correct? |
| 04:05PM | 2 | A.  No. |
| 04:05PM | 3 | **MR. SINGER:**  Just a moment, Judge. |
| 04:06PM | 4 | Thank you, Ms. K.L.  No further questions. |
| 04:06PM | 5 | **THE COURT:**  Redirect? |
| 04:06PM | 6 | |
| 04:06PM | 7 | **REDIRECT EXAMINATION BY MR. COOPER:** |
| 04:06PM | 8 | Q.  K.L., you were asked some questions on cross-examination, |
| 04:06PM | 9 | and you said that when you were pulled to testify before a |
| 04:06PM | 10 | grand jury under a subpoena, you were baking cookies, right? |
| 04:06PM | 11 | A.  Yes. |
| 04:06PM | 12 | Q.  Did you have a business at that time? |
| 04:06PM | 13 | A.  I did. |
| 04:06PM | 14 | Q.  What was it called? |
| 04:06PM | 15 | A.  K.L.'s Cookies. |
| 04:06PM | 16 | Q.  Is December a busy month for K.L.'s Cookies? |
| 04:06PM | 17 | A.  Yes. |
| 04:06PM | 18 | Q.  Were you excited about the idea of going to testify |
| 04:06PM | 19 | before a grand jury? |
| 04:06PM | 20 | A.  No. |
| 04:06PM | 21 | Q.  Okay.  You were asked some questions as well about the |
| 04:06PM | 22 | third meeting that you've testified about today where you saw |
| 04:06PM | 23 | the defendant go into the garage with Peter Gerace and some |
| 04:06PM | 24 | other individuals; do you remember being asked those |
| 04:07PM | 25 | questions? |

04:07PM 1  A.  Yes.

04:07PM 2  Q.  Do you remember discussing that with Special Agent Ralph

04:07PM 3  Joseph from the FBI and prosecutors from the U.S. Attorney's

04:07PM 4  Office, like, two weeks ago?

04:07PM 5  A.  Yes.

04:07PM 6  Q.  Okay.  So today is not first time you said that, right?

04:07PM 7  A.  Yeah.  Today is not the first time.

04:07PM 8  Q.  Okay.  Is it fair to say that you've had numerous

04:07PM 9  meetings with agents and prosecutors discussing the events

04:07PM 10  surrounding this case?

04:07PM 11  A.  Yes.

04:07PM 12  Q.  Okay.  Those conversations sometimes last a couple hours,

04:07PM 13  right?

04:07PM 14  A.  Yes.

04:07PM 15  Q.  Do you discuss the events in detail?  Do you discuss what

04:07PM 16  you remember in detail?

04:07PM 17  A.  Yes.

04:07PM 18  Q.  Okay.  And during those discussions, does sometimes

04:07PM 19  something pop into your mind --

04:07PM 20  A.  Yes.

04:07PM 21  Q.  -- that you hadn't thought of before?

04:07PM 22  A.  Yes.

04:07PM 23  Q.  When you testified in the grand jury, were you

04:07PM 24  intentionally holding back a garage meeting involving the

04:07PM 25  defendant?

04:07PM    1   A.   No.

04:07PM    2              **MR. SINGER:**  Object to form.

04:07PM    3              **THE COURT:**  Sustained.

04:07PM    4         You can answer, go ahead.

04:07PM    5              **THE WITNESS:**  No.

04:07PM    6              **THE COURT:**  No, no.  Sorry.  The jury will strike

04:07PM    7   that answer.

04:07PM    8         You can ask the next question.

04:08PM    9              **BY MR. COOPER:**

04:08PM   10   Q.   When you testified in the grand jury, did you withhold

04:08PM   11   that information about a third meeting on purpose?

04:08PM   12   A.   No.

04:08PM   13   Q.   Why didn't you tell the grand jury about it back in 2020?

04:08PM   14   A.   I didn't think of it.

04:08PM   15   Q.   Okay.  Did you think of it after 2020?

04:08PM   16   A.   Yes.

04:08PM   17   Q.   Did you tell the FBI --

04:08PM   18   A.   Yes.

04:08PM   19   Q.   -- about it when you --

04:08PM   20   A.   Yes, sir.

04:08PM   21   Q.   -- thought about it?

04:08PM   22   A.   Yes.

04:08PM   23   Q.   Okay.

04:08PM   24              **MR. COOPER:**  Judge, can I just have one second?

04:08PM   25              **THE COURT:**  Sure.

04:08PM 1          **MR. COOPER:**  Thank you.  I have no further redirect.

04:08PM 2          **THE COURT:**  Anything more?

04:08PM 3          **MR. SINGER:**  No recross, Judge.

04:08PM 4          **THE COURT:**  Okay.  You can step down, ma'am.

04:08PM 5          **THE WITNESS:**  Thank you.

04:08PM 6          (Witness excused at 4:08 p.m.)

7          (Excerpt concluded at 4:08 p.m.)

8              *     *     *     *     *     *     *

9

10

11

12                    **CERTIFICATE OF REPORTER**

13

14          In accordance with 28, U.S.C., 753(b), I

15  certify that these original notes are a true and correct

16  record of proceedings in the United States District Court for

17  the Western District of New York on March 5, 2024.

18

19

20                    s/ Ann M. Sawyer
                      Ann M. Sawyer, FCRR, RPR, CRR
21                    Official Court Reporter
                      U.S.D.C., W.D.N.Y.

22

23

24

25

1          **TRANSCRIPT INDEX**

2     **EXCERPT - EXAMINATION OF K.L.**

3          **MARCH 5, 2024**

4

5

6     **W I T N E S S**                              **P A G E**

7     **K. L.**                                      2

8        DIRECT EXAMINATION BY MR. COOPER:           3

9        CROSS-EXAMINATION BY MR. SINGER:            64

10       REDIRECT EXAMINATION BY MR. COOPER:         76

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25