04:08PM

1
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

2

3 _____

UNITED STATES OF AMERICA,

Case No. 1:19-cr-227
4                    Plaintiff,                      (LJV)
v.

5                                    March 5, 2024

JOSEPH BONGIOVANNI,

6

                    Defendant.
_____

7

8        **TRANSCRIPT EXCERPT - EXAMINATION OF JEFF ANZALONE**
                **BEFORE THE HONORABLE LAWRENCE J. VILARDO**
9                    **UNITED STATES DISTRICT JUDGE**

10

**APPEARANCES:**              **TRINI E. ROSS, UNITED STATES ATTORNEY**
11                        **BY: JOSEPH M. TRIPI, ESQ.**
                            **NICHOLAS T. COOPER, ESQ.**
12                          **CASEY L. CHALBECK, ESQ.**
                        Assistant United States Attorneys
13                      Federal Centre
                        138 Delaware Avenue
14                      Buffalo, New York 14202
                            And
15                      **UNITED STATES DEPARTMENT OF JUSTICE**
                        **BY: JORDAN ALAN DICKSON, ESQ.**
16                      1301 New York Ave NW
                        Suite 1000
17                      Washington, DC 20530-0016
                        For the Plaintiff

18
                        **SINGER LEGAL PLLC**
19                      **BY: ROBERT CHARLES SINGER, ESQ.**
                        80 East Spring Street
20                      Williamsville, New York 14221
                            And
21                      **LAW OFFICES OF PARKER ROY MacKAY**
                        **BY: PARKER ROY MacKAY, ESQ.**
22                      3110 Delaware Avenue
                        Kenmore, New York  14217
23                      For the Defendant

24 **PRESENT:**                **BRIAN A. BURNS,** FBI Special Agent
                        **MARILYN K. HALLIDAY,** HSI Special Agent
25                      **KAREN A. CHAMPOUX,** USA Paralegal

Case 1:19-cr-00227-LJV-MJR   Document 943   Filed 05/15/24   Page 2 of 46
USA v Bongiovanni - Anzalone - Cooper/Direct - 3/5/24

2

| | |
|---|---|
| **LAW CLERK:** | **REBECCA FABIAN IZZO, ESQ.** |
| **COURT DEPUTY CLERK:** | **COLLEEN M. DEMMA** |
| **COURT REPORTER:** | **ANN MEISSNER SAWYER, FCRR, RPR, CRR** |

1  **LAW CLERK**:                **REBECCA FABIAN IZZO, ESQ.**

2  **COURT DEPUTY CLERK**:  **COLLEEN M. DEMMA**

3  **COURT REPORTER**:          **ANN MEISSNER SAWYER, FCRR, RPR, CRR**
                                        Robert H. Jackson Federal Courthouse
4                                      2 Niagara Square
                                        Buffalo, New York  14202
5                                      Ann_Sawyer@nywd.uscourts.gov

6

7                    *     *     *     *     *     *     *

8

9              (Excerpt commenced at 4:08 p.m.)

10             (Jury is present.)

04:08PM  11             **THE COURT:**  The government can call its next witness.

04:08PM  12             **MR. COOPER:**  Judge, the government calls Jeff

04:08PM  13  Anzalone.

04:08PM  14

04:10PM  15  **J E F F   A N Z A L O N E**, after being duly called and sworn,

04:10PM  16  testified as follows:

04:10PM  17             **MR. COOPER:**  May I inquire, Judge?

04:10PM  18             **THE COURT:**  Yes, you may.

04:10PM  19

04:10PM  20                    **DIRECT EXAMINATION BY MR. COOPER:**

04:10PM  21  Q.  Good afternoon, Mr. Anzalone.

04:10PM  22  A.  Good afternoon.

04:10PM  23  Q.  How are you today?

04:10PM  24  A.  I'm doing well.

04:10PM  25  Q.  Will you introduce yourself to the jury, please?

04:10PM    1    A.  I'm Jeff.

04:10PM    2    Q.  And where are you from, Jeff?

04:10PM    3    A.  Lockport, New York.

04:10PM    4    Q.  Is that where you grew up?

04:10PM    5    A.  It is.

04:10PM    6    Q.  Where did you go to high school at?

04:10PM    7    A.  Lockport High.

04:10PM    8    Q.  What year did you graduate?

04:10PM    9    A.  '85.

04:10PM   10    Q.  Okay.  And have you lived generally in the Western

04:10PM   11    New York area all --

04:10PM   12    A.  I --

04:10PM   13    Q.  -- all of your life?

04:10PM   14    A.  -- yes, my entire life.

04:10PM   15    Q.  Okay.  How far did you go in school?

04:11PM   16    A.  Two years at Daemen College.

04:11PM   17    Q.  And did you ultimately graduate?

04:11PM   18    A.  No.  I got -- my dad pulled me out to put me in the

04:11PM   19    family business.

04:11PM   20    Q.  And what is the family business, Jeff?

04:11PM   21    A.  Electrical construction.

04:11PM   22    Q.  And have you worked in the family business since that

04:11PM   23    time?

04:11PM   24    A.  Yes.

04:11PM   25    Q.  During the course of your life, have you used drugs

04:11PM 1 before?

04:11PM 2 A.  Yes.

04:11PM 3 Q.  What kinds of drugs have you used before?

04:11PM 4 A.  Marijuana.  Cocaine.  Mushrooms.  Did acid once.

04:11PM 5 Q.  What was the last thing you said?

04:11PM 6 A.  Did acid once.

04:11PM 7 Q.  You did acid once?

04:11PM 8 A.  Yes.

04:11PM 9 Q.  When's the last time you used drugs?

04:11PM 10 A.  March 2019.

04:11PM 11 Q.  Okay.  And have you used any drugs since March of 2019?

04:11PM 12 A.  Just what I'm prescribed.

04:11PM 13 Q.  Okay.  When's the first time you started using drugs, how

04:12PM 14 old were you?

04:12PM 15 A.  High school, maybe junior high.  I think I started with

04:12PM 16 pot.

04:12PM 17 Q.  Okay.  And so if we go from starting with pot in junior

04:12PM 18 high school, did your drug use progress over the years?

04:12PM 19 A.  I would say so.

04:12PM 20 Q.  And did it become more significant?

04:12PM 21 A.  Yes.

04:12PM 22 Q.  Did you move from using drugs like marijuana to more hard

04:12PM 23 drugs?

04:12PM 24 A.  Yes.

04:12PM 25 Q.  Do you remember the first time that you used cocaine?

Case 1:19-cr-00227-LJV-MJR   Document 943   Filed 05/15/24   Page 5 of 46
USA v Bongiovanni - Anzalone - Cooper/Direct - 3/5/24

5

04:12PM    1    A.  Yes.

04:12PM    2    Q.  When was it?

04:12PM    3    A.  It was probably -- it was a volleyball game that we have

04:12PM    4    at my house, so it was in the basement.  Probably early '80s.

04:12PM    5    Q.  Okay.  And so how old were you give or take?

04:12PM    6    A.  15, 16.

04:12PM    7    Q.  Okay.  And at that time, at age 15 o 16, did you have a

04:12PM    8    problem with cocaine?

04:12PM    9    A.  No.

04:12PM   10    Q.  Were you addicted to it at that point?

04:12PM   11    A.  I didn't think so.

04:12PM   12    Q.  Okay.  And over the years, did there come a time when you

04:12PM   13    began using cocaine more frequently?

04:12PM   14    A.  Yes.

04:12PM   15    Q.  Was there kind of a catalyst event in your life that led

04:12PM   16    to your drug use becoming more significant?

04:13PM   17    A.  I would -- yeah, I would say there was.

04:13PM   18    Q.  Okay.  Can you tell the jury what this event was that

04:13PM   19    caused your drug use to ramp up?

04:13PM   20    A.  I was going through a divorce, a very bad divorce.  And

04:13PM   21    during the divorce, I wasn't able to be at the house.  So it

04:13PM   22    kind of gave me freedom go out and do the funner things in

04:13PM   23    life, which I thought were drugs, different types of friends,

04:13PM   24    things that I couldn't have while I was married and taking

04:13PM   25    care of kids.  So I would say once that supervision was taken

| | | |
|---|---|---|
| 04:13PM | 1 | away from me, then I started doing a lot more. |
| 04:13PM | 2 | Q.  Okay.  How old were you when you got married, Jeff? |
| 04:13PM | 3 | A.  I got married in '97. |
| 04:13PM | 4 | Q.  You can estimate for me if you want. |
| 04:13PM | 5 | A.  Okay.  I would say 35, I guess. |
| 04:13PM | 6 | Q.  Okay.  And about what year did you get separated from |
| 04:13PM | 7 | your wife? |
| 04:14PM | 8 | A.  I want to say when I filed for divorce, or when we |
| 04:14PM | 9 | started talking about it, it was like 2009.  And I think by |
| 04:14PM | 10 | the time we had an agreement, it was 2012, 2014.  It was an |
| 04:14PM | 11 | ongoing, very difficult time.  So -- |
| 04:14PM | 12 | Q.  Okay. |
| 04:14PM | 13 | A.  -- I don't exactly know right when the cutoff was. |
| 04:14PM | 14 | Q.  That's fine.  So approximately 2009 when that separation |
| 04:14PM | 15 | started, were you using cocaine at that time in your life? |
| 04:14PM | 16 | A.  Yeah. |
| 04:14PM | 17 | Q.  Okay.  And about how frequently would you say you were |
| 04:14PM | 18 | using cocaine back in 2009? |
| 04:14PM | 19 | A.  Whenever I could, I guess.  So if I found the |
| 04:14PM | 20 | opportunity, if I was to go out, again, the frequency kind of |
| 04:14PM | 21 | varied. |
| 04:14PM | 22 | Q.  Okay. |
| 04:14PM | 23 | A.  So if there was a weekend, then I would do it.  Like, I |
| 04:14PM | 24 | took almost every opportunity to, not so much use it, but be |
| 04:15PM | 25 | around it and part of it.  And it was just a lifestyle, I |

04:15PM  1   guess.

04:15PM  2   Q.  Have you ever heard of the phrase "addicted to the

04:15PM  3   lifestyle?"

04:15PM  4   A.  I -- I -- I'm pretty sure I lived it.

04:15PM  5   Q.  Okay.  Did your drug use progress from 2009 leading into

04:15PM  6   that 2014 time frame when your divorce came became finalized?

04:15PM  7   Or 2012, whenever you testified to.

04:15PM  8   A.  Yeah.  Well, again, the more freedom I had, the more I

04:15PM  9   would do it.  So, yes.

04:15PM  10  Q.  Okay.  And what was your main drug of choice?

04:15PM  11  A.  Cocaine.

04:15PM  12  Q.  Did there come a time when you were using cocaine daily?

04:15PM  13  A.  No, I don't think it was daily.  I mean, I had it daily,

04:15PM  14  but I wouldn't use it daily unless there was a reason,

04:15PM  15  somebody was coming over, or if I was going out.

04:15PM  16  Q.  Okay.  And is living that lifestyle that you've

04:15PM  17  described, and using cocaine frequently, expensive?

04:15PM  18  A.  Yeah.

04:15PM  19  Q.  Okay.  Did you begin to give cocaine to other people or

04:15PM  20  distribute cocaine to other people?

04:15PM  21  A.  Yes.

04:15PM  22  Q.  Okay.  And were you giving other drugs in addition to

04:16PM  23  cocaine or distributing them to other people?

04:16PM  24  A.  Repeat that?

04:16PM  25  Q.  In addition to cocaine, did you sell other drugs, Jeff?

04:16PM    1    A.  Pills, every now and then, if I were to get them.

04:16PM    2    Q.  Okay.  Did you sell Adderall?

04:16PM    3    A.  Yeah.

04:16PM    4    Q.  Okay.  Did you give Adderall away sometimes?

04:16PM    5    A.  Yeah.

04:16PM    6    Q.  Were you making $1 million a year selling coke?

04:16PM    7    A.  No.

04:16PM    8    Q.  Okay.  But were you selling cocaine consistently in that

04:16PM    9    2012-2014 time frame, or did that start later?

04:16PM    10    A.  I don't think I was ever, like, selling it consistently.

04:16PM    11    If I had it, and if I could get it, so to speak, then I would

04:16PM    12    try to make it happen if somebody asked me.

04:16PM    13    Q.  Okay.  Did there come a time where you got caught on a

04:16PM    14    wiretap?

04:16PM    15    A.  I believe so.

04:16PM    16    Q.  Were you charged with selling drugs?

04:16PM    17    A.  If we're talking about the case that I'm in now, then

04:16PM    18    yes.

04:16PM    19    Q.  Yeah.

04:16PM    20    A.  Okay.

04:16PM    21    Q.  Have you been charged here in federal court for selling

04:16PM    22    drugs?

04:16PM    23    A.  Yeah.

04:16PM    24    Q.  Did you sell drugs?

04:16PM    25    A.  Yeah.

04:16PM  1   Q.  Did you plead guilty to selling drugs?

04:17PM  2   A.  Yeah.

04:17PM  3   Q.  Okay.  I'm holding what's marked for identification as

04:17PM  4   3561K.

04:17PM  5            **MR. COOPER:**  Judge, may I approach the witness?

04:17PM  6            **THE COURT:**  Sure.

04:17PM  7            **MR. COOPER:**  Thank you.

04:17PM  8            **BY MR. COOPER:**

04:17PM  9   Q.  Jeff, take a moment, look at that, and look back up at me

04:17PM  10  when you're finished.

04:17PM  11  A.  Do you want me to read the whole thing?

04:17PM  12  Q.  Just page through it, tell me if you recognize it.

04:17PM  13  A.  Okay.  I'm familiar with it.

04:17PM  14  Q.  Okay.  May I take it back?

04:17PM  15  A.  Yes.

04:17PM  16  Q.  Is that your plea agreement, Jeff?

04:18PM  17  A.  It is.

04:18PM  18  Q.  Okay.  And would it be fair to say that you pled guilty

04:18PM  19  to possession with intent to distribute cocaine?

04:18PM  20  A.  Yes.

04:18PM  21  Q.  Okay.  And as a part of that plea agreement, did you

04:18PM  22  enter into a cooperation agreement with the government?

04:18PM  23  A.  I believe so, yeah.

04:18PM  24  Q.  When you say "I believe so," do you know so?

04:18PM  25  A.  Yeah.  I did.  That's what that is.  If you're calling

04:18PM    1    that a cooperation agreement, then yes.

04:18PM    2    Q.  Okay.  Well, I'm gonna hand this document back to you.

04:18PM    3    Again, this is 3561K, and I'm holding page 7A.

04:18PM    4    A.  Sure.  It says cooperation right there.

04:18PM    5    Q.  Don't read from it.  Just look at it.

04:18PM    6    A.  Okay.

04:18PM    7    Q.  Jeff, does that refresh your memory about whether you

04:18PM    8    entered a cooperation agreement with the government?

04:18PM    9    A.  Yes.

04:18PM   10    Q.  Okay.  Did you?

04:18PM   11    A.  Yes.

04:18PM   12    Q.  And what's your understanding of that agreement?

04:18PM   13    A.  I just tell the truth, and -- I don't know.  If by doing

04:19PM   14    so, there's a benefit or, I don't know, if there's leniency,

04:19PM   15    then that would be great.

04:19PM   16    Q.  Are you hoping for some leniency?

04:19PM   17    A.  No, I'm not.  I don't expect it, and I don't hope for it.

04:19PM   18    Q.  Okay.  Is that something that's contemplated in the terms

04:19PM   19    of your plea agreement though?

04:19PM   20    A.  Yes.

04:19PM   21    Q.  Okay.  And do you know what that -- what that's gonna be,

04:19PM   22    if anything?

04:19PM   23    A.  There's no promises, no.

04:19PM   24    Q.  Okay.  Does the agreement require that you testify if

04:19PM   25    called upon?

04:19PM   1   A.   Yeah.

04:19PM   2   Q.   Does it require that you tell the truth?

04:19PM   3   A.   Yes.

04:19PM   4   Q.   Okay.  You said you're not hoping for leniency.  What do

04:19PM   5   you mean by that?

04:19PM   6   A.   I have no expectations.  I mean, I'm telling the truth,

04:19PM   7   it's just I learned that it's a hell of a lot easier to tell

04:19PM   8   the truth, but I have accepted what I've done.  So I don't

04:19PM   9   feel like I have a, I don't know, a lot to say about anybody.

04:20PM   10   But I know what I've done, and I've accepted that I deserve

04:20PM   11   some sort of punishment.

04:20PM   12   Q.   Okay.  Now that conduct that you pled guilty for ranged

04:20PM   13   from, like, 2018 to 2019; is that correct?

04:20PM   14   A.   Yes.

04:20PM   15   Q.   Okay.  Were you selling drugs a little bit before that

04:20PM   16   time frame, as well?

04:20PM   17   A.   Yes.

04:20PM   18   Q.   All right.  I want to speak with you about 2016 for a

04:20PM   19   little bit, or thereabouts.

04:20PM   20   A.   Okay.

04:20PM   21   Q.   Did there come a time around 2016 when you met an

04:20PM   22   individual named Brandon Carr?

04:20PM   23   A.   Yes.

04:20PM   24   Q.   How did you meet that person?

04:20PM   25   A.   I was -- I was made aware of him through a friend.  I

04:20PM   1   knew that he had a stag company.  And what I recall is that

04:20PM   2   he -- I live in Lockport, and was doing one of his stags at a

04:20PM   3   local golf club, a party.  So I thought he was, you know,

04:20PM   4   important or cool, so to speak, so I ran up and introduced

04:21PM   5   myself.

04:21PM   6   Q.  Okay.  And what's a stag party?

04:21PM   7   A.  Excuse me?

04:21PM   8   Q.  What is a stag party?

04:21PM   9   A.  A stag party?  Before you get married, it's kind of like

04:21PM  10   your last bit of freedom where you can indulge in, in this

04:21PM  11   particular case, women/dancers.

04:21PM  12   Q.  Okay.  Did you attend stag parties with Brandon Carr?

04:21PM  13   A.  Yes.

04:21PM  14   Q.  Okay.  And did you know him to run stag parties?

04:21PM  15   A.  Yes.

04:21PM  16   Q.  Okay.  What would happen generally at those stag parties?

04:21PM  17   A.  The dancers, girls would come in, and they would undress

04:21PM  18   and dance for you.

04:21PM  19   Q.  Would you use drugs?

04:21PM  20   A.  Oh, yeah.

04:21PM  21   Q.  Did you see other people use drugs?

04:21PM  22   A.  Oh, yeah.

04:21PM  23   Q.  And did you develop kind of a friendship with Brandon

04:21PM  24   Carr?

04:21PM  25   A.  Yes.

04:21PM   1   Q.  Would you say you hit it off with him?

04:21PM   2   A.  I would say so.

04:21PM   3   Q.  Okay.  Now, did you know Brandon Carr to have a

04:21PM   4   connection to the Pharaoh's Gentlemen's Club?

04:21PM   5   A.  I had found out that he used to be a DJ there, I believe.

04:21PM   6   Q.  Okay.  Have you ever been to the Pharaoh's Gentlemen's

04:21PM   7   Club?

04:22PM   8   A.  Yes.

04:22PM   9   Q.  Once, or more than once?

04:22PM   10  A.  More than once.

04:22PM   11  Q.  About how many times do you think you've been there,

04:22PM   12  Jeff?

04:22PM   13  A.  Over a hundred.

04:22PM   14  Q.  Okay.  Do you know an individual by the name of K.L.?

04:22PM   15  A.  I do.

04:22PM   16  Q.  How did you meet that person?

04:22PM   17  A.  I believe she worked at Pharaoh's nightclub as a

04:22PM   18  bartender, I want to say.  I don't think she was a dancer.

04:22PM   19  So I remember meeting her there.

04:22PM   20      And then later on, I was reintroduced to her through

04:22PM   21  Brandon.  And from then, from then on, I think we would see

04:22PM   22  each other more frequently.

04:22PM   23  Q.  And so let's break that down a little bit.

04:22PM   24      The first time that you met her, would that have been

04:22PM   25  back in, like, the 2009 time frame?  Or do you have an idea?

Case 1:19-cr-00227-LJV-MJR   Document 943   Filed 05/15/24   Page 14 of 46
USA v Bongiovanni - Anzalone - Cooper/Direct - 3/5/24

14

04:22PM   1   A.  No, it was further than that, I would say.

04:22PM   2   Q.  Later than that?

04:22PM   3   A.  Later than that.

04:22PM   4   Q.  Okay.  And after you met her for the first time, you kind

04:23PM   5   of linked back up with her through Brandon Carr; is that

04:23PM   6   right?

04:23PM   7   A.  Yes, sir.

04:23PM   8   Q.  Did you know Brandon Carr to use cocaine?

04:23PM   9   A.  Yeah.

04:23PM   10   Q.  Can you kind of describe for the jury how your

04:23PM   11   relationship with K.L. progressed after kind of linking back

04:23PM   12   up with her through Brandon Carr?

04:23PM   13   A.  How it progressed?  I remember being in a mutual friend

04:23PM   14   of ours' office, and I walked in to see him.  And Brandon was

04:23PM   15   there with K.L.  And he said, you know, this is K.L.  And

04:23PM   16   I'm, like, nice to meet you, not remembering her.

04:23PM   17        And she was, like, what?  You don't remember me?  That

04:23PM   18   kind of thing.

04:23PM   19        And from there, we -- through a mutual friend, we would

04:23PM   20   run into each other more frequently.

04:23PM   21   Q.  Did you use drugs with K.L.?

04:23PM   22   A.  Yes.

04:23PM   23   Q.  What kind of drugs?

04:23PM   24   A.  Cocaine, mainly.

04:24PM   25   Q.  Who would provide the cocaine?

04:24PM  1   A.  At times, it was me.  Sometimes it was her.

04:24PM  2   Q.  Okay.  Did there come a time where you started seeing

04:24PM  3   K.L. more frequently than you had in the past?

04:24PM  4   A.  Yeah.  Again, like you said, I think it progressively --

04:24PM  5   the more that I saw her, we would talk more, be together

04:24PM  6   more, eventually she came to work for me.

04:24PM  7   Q.  Okay.  When you say she came to work for you, where did

04:24PM  8   she go to work for you?

04:24PM  9   A.  It was called -- a company called the Notester.  It was a

04:24PM 10   coaster company that I started.

04:24PM 11   Q.  Okay.  I want to speak with you a little bit about your

04:24PM 12   experience at Pharaoh's Gentlemen's Club, okay?

04:24PM 13   A.  Okay.

04:24PM 14   Q.  Have you ever used cocaine there?

04:24PM 15   A.  Yes.

04:24PM 16   Q.  Okay.  You estimated for us a moment ago that you think

04:24PM 17   you've been there around a hundred times, or over a hundred

04:24PM 18   times; do you remember saying that?

04:24PM 19   A.  I do.

04:24PM 20   Q.  Okay.  Out of those times, what percentage of times you

04:24PM 21   were at Pharaoh's did you use cocaine?

04:25PM 22   A.  Probably wouldn't be there without it.  So, 95,

04:25PM 23   100 percent of the time.

04:25PM 24   Q.  Okay.  Would you sometimes bring cocaine with you to go

04:25PM 25   to Pharaoh's?

04:25PM  1   A.  Yes.

04:25PM  2   Q.  Okay.  Did you ever acquire cocaine once you were at

04:25PM  3   Pharaoh's?

04:25PM  4   A.  Yes.

04:25PM  5   Q.  Okay.  Did that happen one time, or more than one time?

04:25PM  6   A.  More than one time.

04:25PM  7   Q.  Did that happen basically every time you were there?

04:25PM  8   A.  Sometimes I would have it so I wouldn't need it.

04:25PM  9   Q.  Tell the jury about the different people that you would

04:25PM  10  acquire cocaine from at Pharaoh's Gentlemen's Club.

04:25PM  11  A.  How would you like me to describe it?

04:25PM  12  Q.  Tell the jury --

04:25PM  13  A.  Names or --

04:25PM  14       **THE COURT:**  One at a time, guys.  Let him ask a

04:25PM  15  question.

04:25PM  16       **BY MR. COOPER:**

04:25PM  17  Q.  Tell the jury the people that you acquired coke from at

04:25PM  18  Pharaoh's Gentlemen's Club.

04:25PM  19  A.  Sometimes it would be the dancers.  Sometimes it would be

04:26PM  20  somebody that works there.  Could be the cook, security

04:26PM  21  guard.  I would kind of know who to go to to get it.  So, it

04:26PM  22  was a -- a lot of different people.

04:26PM  23  Q.  Okay.  So you said you would kind of know who to go to,

04:26PM  24  and you mentioned a few different categories of people.  We

04:26PM  25  can take them one at a time.

04:26PM    1        Did you know any dancers that could provide you with

04:26PM    2    cocaine when you were at Pharaoh's?

04:26PM    3    A.   Yes.

04:26PM    4    Q.   Who?

04:26PM    5    A.   Cherry comes to mind.

04:26PM    6    Q.   Okay.  Do you know Cherry's actual name?

04:26PM    7    A.   No, I don't.

04:26PM    8    Q.   Okay.  Who else?

04:26PM    9    A.   Charm, which I believe is a -- her name is Jessica.

04:26PM   10    Q.   Okay.

04:26PM   11    A.   A guy named Scott, who was kind of like the security or

04:26PM   12    cooker or something.

04:26PM   13    Q.   Did he work there?

04:26PM   14    A.   I believe so.

04:26PM   15    Q.   Do you know his last name?

04:26PM   16    A.   I do.

04:26PM   17    Q.   What is it?

04:27PM   18    A.   Rush.

04:27PM   19    Q.   Okay.  So, Cherry, C-H-E-R-R-Y.  Jessica Leyland.  And

04:27PM   20    Scott Rush.  Anybody else that you would acquire cocaine from

04:27PM   21    at Pharaoh's?

04:27PM   22    A.   There was a guy named Gabe.  I don't know his last name.

04:27PM   23    Q.   Okay.  How about -- do you know the owner of Pharaoh's?

04:27PM   24    A.   Peter.

04:27PM   25    Q.   What's his last name?

04:27PM   1    A.  Gerace.

04:27PM   2    Q.  Did you know that person?

04:27PM   3    A.  Yes.

04:27PM   4    Q.  Did you interact with him at Pharaoh's?

04:27PM   5    A.  Yes.

04:27PM   6    Q.  Once, or more than once?

04:27PM   7    A.  More than once.

04:27PM   8    Q.  Did you ever use cocaine with Peter Gerace?

04:27PM   9    A.  Yes.

04:27PM  10    Q.  How many times?

04:27PM  11    A.  At the club?

04:27PM  12    Q.  At the club.

04:27PM  13    A.  A few.

04:27PM  14    Q.  Okay.

04:27PM  15    A.  Half dozen, maybe.

04:27PM  16    Q.  Half dozen, about six times?

04:27PM  17    A.  Yeah.

04:27PM  18    Q.  When you would use cocaine with Peter Gerace, who would

04:27PM  19    provide the cocaine?

04:27PM  20         MR. MacKAY:  Objection to form.  Just -- is this at

04:27PM  21    the club?

04:27PM  22         THE COURT:  No, overruled.

04:27PM  23         BY MR. COOPER:

04:28PM  24    Q.  I'll specify.  At Pharaoh's Gentlemen's Club when you

04:28PM  25    would use cocaine with Peter Gerace, who provided it?

04:28PM   1   A.  Sometimes me, sometimes him, sometimes somebody else.

04:28PM   2   Q.  Okay.  Would you know Peter Gerace to have cocaine

04:28PM   3   frequently?

04:28PM   4   A.  To have it on him?

04:28PM   5   Q.  When you were with him --

04:28PM   6   A.  Yeah --

04:28PM   7   Q.  Did he have cocaine --

04:28PM   8   A.  Yes.

04:28PM   9          **THE COURT:**  One at a time, please.  Let him finish

04:28PM  10   the question before you start answering.  Okay?

04:28PM  11          **THE WITNESS:**  Sorry, Your Honor.

04:28PM  12          **THE COURT:**  No, you don't need to apologize.

04:28PM  13          **MR. MacKAY:**  Judge, can we just have the witness

04:28PM  14   speak into the microphone?  We're having trouble hearing him.

04:28PM  15          **BY MR. COOPER:**

04:28PM  16   Q.  Jeff, have you ever testified at a trial before?

04:28PM  17   A.  My own divorce.

04:28PM  18   Q.  Okay.  So not a lot of experience, right?

04:28PM  19   A.  No.

04:28PM  20   Q.  Okay.  So we just want you to talk into the microphone so

04:28PM  21   they can hear you --

04:28PM  22   A.  Sure.

04:28PM  23   Q.  -- and that they can hear you --

04:28PM  24   A.  Sure.

04:28PM  25   Q.  -- and we want you to wait until I finish asking so that

04:28PM    1    we don't step on each other like that.

04:28PM    2    A.  Okay.

04:28PM    3    Q.  Thank you.  I talk quickly, so --

04:28PM    4        We're talking about Peter Gerace at Pharaoh's.  Have you

04:28PM    5    ever been upstairs at Pharaoh's?

04:28PM    6    A.  Yes.

04:28PM    7    Q.  Who were you upstairs with?

04:28PM    8    A.  Peter and a few others.

04:29PM    9    Q.  Okay.  And have you ever been upstairs with dancers at

04:29PM   10    Pharaoh's?

04:29PM   11    A.  I believe I brought one up there, yeah.

04:29PM   12    Q.  Okay.  Did you have to ask anybody's permission to bring

04:29PM   13    a dancer upstairs at Pharaoh's?

04:29PM   14    A.  No.

04:29PM   15    Q.  Okay.  Who controlled access to that upstairs area?

04:29PM   16    A.  Peter, I would say.

04:29PM   17    Q.  Okay.  Were you able to just willy-nilly go upstairs

04:29PM   18    whenever you wanted?

04:29PM   19    A.  No.

04:29PM   20    Q.  Okay.  Who did you have to ask to go upstairs?

04:29PM   21    A.  I didn't ask anybody.

04:29PM   22    Q.  How did you get up there?

04:29PM   23    A.  I was with somebody or a few people, and they were going

04:29PM   24    upstairs.  And they said, yeah, Jeff can come up.  Bring him

04:29PM   25    and who ever he's with.

04:29PM  1  Q.  Got it.  Were you ever upstairs without Peter Gerace up

04:29PM  2  there?

04:29PM  3  A.  No.

04:29PM  4  Q.  Okay.  When you would go upstairs at Pharaoh's, what

04:29PM  5  would you do?

04:29PM  6  A.  Just went up there to do cocaine.

04:30PM  7  Q.  Okay.  Was there any other reason for you to be upstairs

04:30PM  8  at Pharaoh's?

04:30PM  9  A.  No.

04:30PM  10  Q.  Now I talked to you about different people you could

04:30PM  11  acquire drugs from at Pharaoh's.  I think we kind of limited

04:30PM  12  it to people who worked there.

04:30PM  13      Was there anybody who didn't work at Pharaoh's that was

04:30PM  14  there frequently that you got cocaine from?

04:30PM  15  A.  In the past, but then he did start working there.  His

04:30PM  16  name was Jamie.

04:30PM  17  Q.  Okay.  How about do you know a person named Jeremy

04:30PM  18  Classic?

04:30PM  19  A.  Yes.

04:30PM  20  Q.  Do you know a person named Jesse Classic?

04:30PM  21  A.  I do.

04:30PM  22  Q.  Did they slip your mind?  Did they distribute cocaine to

04:30PM  23  you at Pharaoh's?

04:30PM  24  A.  Yeah, I would refer to them as the twins.

04:30PM  25  Q.  Okay.  And did you know them well?

| | | |
|---|---|---|
| 04:30PM | 1 | A.  Well enough. |
| 04:30PM | 2 | Q.  Okay.  Did you acquire cocaine from them? |
| 04:30PM | 3 | A.  Yes. |
| 04:30PM | 4 | Q.  Once, or more than once? |
| 04:30PM | 5 | A.  More than once. |
| 04:30PM | 6 | Q.  Did that happen at Pharaoh's? |
| 04:30PM | 7 | A.  Yes. |
| 04:31PM | 8 | Q.  Okay.  And did you see them give cocaine to other people |
| 04:31PM | 9 | at Pharaoh's? |
| 04:31PM | 10 | A.  No. |
| 04:31PM | 11 | Q.  Did you know them to be cocaine dealers? |
| 04:31PM | 12 | A.  Yes. |
| 04:31PM | 13 | Q.  Okay.  Did you ever see Jesse and Jeremy Classic get |
| 04:31PM | 14 | kicked out of Pharaoh's? |
| 04:31PM | 15 | A.  No. |
| 04:31PM | 16 | Q.  Did you ever see police get called on them? |
| 04:31PM | 17 | A.  No. |
| 04:31PM | 18 | Q.  Other than that upstairs area that we described, are |
| 04:31PM | 19 | there other areas around Pharaoh's where you've used cocaine? |
| 04:31PM | 20 | A.  Yes. |
| 04:31PM | 21 | Q.  Where? |
| 04:31PM | 22 | A.  Bathrooms.  Back rooms.  Kitchen.  Manager's office. |
| 04:31PM | 23 | Q.  Are there any areas of Pharaoh's where you haven't used |
| 04:31PM | 24 | cocaine? |
| 04:31PM | 25 | A.  Women's bathroom. |

04:31PM  1   Q.  Okay.  Do you know a person by the name of Anthony

04:31PM  2   Gerace?

04:31PM  3   A.  I do.

04:31PM  4   Q.  How do you know that person?

04:31PM  5   A.  Known him for a while, I don't know exactly how or where

04:32PM  6   I met him.  But I guess we run in circles, so a lot of

04:32PM  7   friends hang out with a lot of friends.  Our families were

04:32PM  8   acquaintances, so to speak, like the Gerace family and my

04:32PM  9   family.  We do -- we're in the lighting business, in the

04:32PM 10   electrical business, so they were a customer.  And Anthony is

04:32PM 11   a likeable guy, I'm a likeable guy, and so we ended up

04:32PM 12   becoming friends.

04:32PM 13   Q.  Okay.  Did you have a drug-involved relationship with

04:32PM 14   Anthony Gerace?

04:32PM 15   A.  Not in the beginning, but yes.

04:32PM 16   Q.  Okay.  So, over time?

04:32PM 17   A.  Yes.

04:32PM 18   Q.  Okay.  Did you ever use cocaine with Anthony Gerace?

04:32PM 19   A.  Yes.

04:32PM 20   Q.  Once, or more than once?

04:32PM 21   A.  Probably more than once.

04:33PM 22   Q.  Okay.  Have you ever been in the garage at Pharaoh's?

04:33PM 23   A.  Yes.

04:33PM 24   Q.  Can you tell the jury about that?

04:33PM 25   A.  There's a garage.

04:33PM    1    Q.  You've got to talk into the microphone, Jeff.

04:33PM    2    A.  I'm sorry.

04:33PM    3    Q.  You can look at them, but you've got to talk into the

04:33PM    4    microphone.

04:33PM    5    A.  There's a garage.  It's, like, part of the building.  So

04:33PM    6    there's a club area, and then there's the garage.  But

04:33PM    7    there's a door that goes from one area to the next, so that's

04:33PM    8    where the garage is.

04:33PM    9    Q.  What brought you to the garage, Jeff?

04:33PM   10    A.  Anthony, we were at the bar one night, and he wanted to

04:33PM   11    know if I wanted to party.

04:33PM   12    Q.  What does it mean to say "do you want to party?"

04:33PM   13    A.  I always thought it meant to do cocaine.

04:33PM   14    Q.  Okay.  And when Anthony Gerace asked you if you wanted to

04:33PM   15    party, what did you go do with him?

04:33PM   16    A.  He said follow me.  I thought we were going to go that

04:33PM   17    way, like to one of the offices, but we -- instead we went

04:34PM   18    that way.  So if this was the room, the garage door would be

04:34PM   19    kind of over there.  But it kind of blended in, everything

04:34PM   20    was red.  So I was surprised to know that there was an

04:34PM   21    entrance there.

04:34PM   22    Q.  Okay.  So was that your first time ever in the garage?

04:34PM   23    A.  Yes, it was.

04:34PM   24    Q.  Did Anthony take you back there?

04:34PM   25    A.  Yes.

04:34PM  1    Q.   What did you do with him?

04:34PM  2    A.   Cocaine.

04:34PM  3    Q.   Okay.  Is that the only time you did cocaine with him?

04:34PM  4    A.   There?

04:34PM  5    Q.   No, ever in life.

04:34PM  6    A.   Oh, no.  I believe I've been out to dinner before and

04:34PM  7    done it in other restaurants.

04:34PM  8    Q.   Okay.  Did Anthony Gerace ever arrange for you to make a

04:34PM  9    cocaine purchase, or help you make a cocaine purchase?

04:34PM  10   A.   Yes.

04:34PM  11   Q.   Can you describe how that played out for the jury?

04:34PM  12   A.   I'll remember as much as I can.  I believe we were

04:34PM  13   talking about it.  This has happened before, but I was

04:35PM  14   getting a little at a time.  And Anthony said if you want

04:35PM  15   something bigger, he would be able to help me.

04:35PM  16        And bigger, buy more quantity and at a cheaper price.  So

04:35PM  17   he said he knew somebody, and hooked me up with this guy.

04:35PM  18   Q.   Is that consistent with your experience buying and

04:35PM  19   selling drugs that if you buy more at one time, that you can

04:35PM  20   get it for a cheaper price?

04:35PM  21   A.   Yes.

04:35PM  22   Q.   And about how much cocaine were you buying at any given

04:35PM  23   point at that time?  What was your, kind of, average

04:35PM  24   purchase?

04:35PM  25   A.   That's what they call, like, an 8 Ball.

04:35PM    1    Q.  Okay.

04:35PM    2    A.  200 bucks worth at a time.

04:35PM    3    Q.  Do you know how many grams an 8 Ball is?

04:35PM    4    A.  Three and a half.

04:35PM    5    Q.  Okay.  And when Anthony told you that he could get you

04:35PM    6    access to a larger quantity of cocaine, was that something

04:35PM    7    you were interested in at the time?

04:35PM    8    A.  Yeah.

04:35PM    9    Q.  Okay.  And just let's set a time frame on this.  Do you

04:36PM   10    recall the time frame that you had this discussion with

04:36PM   11    Anthony Gerace about getting you access to a larger supply of

04:36PM   12    cocaine?

04:36PM   13    A.  Time frame from the time it happened?

04:36PM   14    Q.  No, like, what year was it?

04:36PM   15    A.  Oh.

04:36PM   16    Q.  If you don't remember, say you don't remember.

04:36PM   17    A.  I can get you close.

04:36PM   18    Q.  Okay.

04:36PM   19    A.  '16, '17.  2016, 2017.  In that area.

04:36PM   20    Q.  Okay.

04:36PM   21    A.  Maybe a little after.  I don't know.  It's all -- back

04:36PM   22    then, it was kind of blurry.

04:36PM   23    Q.  Okay.  So describe for the jury, what did Anthony tell

04:36PM   24    you about getting you access to a larger supply of cocaine?

04:36PM   25    A.  He asked me if I could afford 1,200 bucks.  And then I

04:36PM    1    said yeah, but I had to borrow it from a friend.

04:36PM    2    Q.  Okay.  What happened next?

04:36PM    3    A.  He told me where to go and meet this guy.  And so I did.

04:37PM    4    Q.  Okay.  Did he go with you?

04:37PM    5    A.  No.  No.  I don't think he was.

04:37PM    6    Q.  Where did he tell you to go?

04:37PM    7    A.  I'm probably going to get the name wrong.  It's like

04:37PM    8    Crabby, or Crabapples, or something with a C in it.  It was

04:37PM    9    in -- off of Genesee.  Cheektowaga area.

04:37PM   10    Q.  Okay.  Now, Jeff, do you remember testifying before the

04:37PM   11    grand jury on September 5th of 2019?

04:37PM   12    A.  Yes.

04:37PM   13    Q.  Okay.  And that was about four and a half years ago,

04:37PM   14    right?

04:37PM   15    A.  Yeah.

04:37PM   16    Q.  And when you testified before the grand jury, did you

04:37PM   17    tell the truth to the best of your ability?

04:37PM   18    A.  Absolutely.

04:37PM   19    Q.  Now you told us a moment ago that this time that Anthony

04:38PM   20    Gerace set you up with a source of supply for cocaine was

04:38PM   21    like 2016 or 2017.  Is that what you remember, as you sit

04:38PM   22    here?

04:38PM   23    A.  What I remember is that is the day that I got arrested,

04:38PM   24    or very shortly after.  So, it was a -- if my attorney was

04:38PM   25    here, he would tell me the date because, I would know when I

04:38PM    1    was arrested.

04:38PM    2             **MR. COOPER:**  Judge, can I just have one second?

04:38PM    3             **THE COURT:**  Sure.

04:38PM    4             **MR. COOPER:**  Thank you.

04:39PM    5             **BY MR. COOPER:**

04:39PM    6    Q.  Jeff, as to that time frame when Anthony Gerace set you

04:39PM    7    up with this cocaine source of supply, in the grand jury,

04:39PM    8    were you asked these questions and did you give this answer?

04:39PM    9             **MR. MacKAY:**  I'm sorry, what's the page number?

04:39PM   10             **MR. COOPER:**  Oh, I'm sorry, Parker.  Page 38, start

04:39PM   11    at line 10.

04:39PM   12             **BY MR. COOPER:**

04:39PM   13    Q.  Question:  So this cocaine activity you've been

04:39PM   14    describing at Pharaoh's is between 2012 and 2017?

04:39PM   15        Answer:  That I've witnessed?

04:39PM   16        Question:  That you were participating in and witnessing.

04:39PM   17        Answer:  Correct.

04:39PM   18        Question:  I want to ask you a little bit more about that

04:39PM   19    1-ounce cocaine deal.

04:39PM   20        Answer:  Yes.

04:39PM   21        Question:  You went through with Anthony, I just want to

04:39PM   22    clarify.  When was that again?

04:39PM   23        Answer:  2012.

04:39PM   24        Do you remember being asked those questions and giving

04:39PM   25    those answers?

04:39PM    1    A.   I do.

04:39PM    2    Q.   Okay.  And does that refresh your memory about the

04:40PM    3    time frame when that 1-ounce cocaine deal happened?

04:40PM    4    A.   Yeah.  I mean, it -- you just explained the two dates to

04:40PM    5    me, but which one is the truth is -- I don't know.

04:40PM    6    Q.   Okay.

04:40PM    7    A.   But it was the arrest, so whatever day that that was.

04:40PM    8    Q.   So, is it your testimony that you're not sure of whether

04:40PM    9    it was 2012 or 2017 that this happened?

04:40PM   10    A.   Yes.

04:40PM   11    Q.   Okay.  Are you trying your best?

04:40PM   12    A.   I'm trying.

04:40PM   13    Q.   Good.  I want to ask you a little bit more about how it

04:40PM   14    actually played out.  Were you able to afford that $1,200 on

04:40PM   15    your own?

04:40PM   16    A.   No.

04:40PM   17    Q.   Who did you ask for help with that?

04:40PM   18    A.   His name was Jess.

04:40PM   19    Q.   Okay.  What's Jess's last name?

04:40PM   20    A.   Present.

04:40PM   21    Q.   Okay.  And were you able to get assistance with the

04:40PM   22    money?

04:40PM   23    A.   He paid for half.

04:40PM   24    Q.   Okay.  And you paid for half?

04:40PM   25    A.   Yeah.

USA v Bongiovanni - Anzalone - Cooper/Direct - 3/5/24

30

04:40PM | 1 | Q.  Where did you go to meet the person?

04:40PM | 2 | A.  To meet who?

04:40PM | 3 | Q.  The person who's gonna give you cocaine?

04:40PM | 4 | A.  That's that place I couldn't remember, Crabby's or --

04:41PM | 5 | Q.  Okay.  And can you describe, did you meet a person there?

04:41PM | 6 | A.  Yes.

04:41PM | 7 | Q.  Can you describe what they looked like?

04:41PM | 8 | A.  Short, Oriental, black hair.

04:41PM | 9 | Q.  Okay.  And I asked you before if Anthony was with you.

04:41PM | 10 | Do you remember if Anthony went with you to meet the person

04:41PM | 11 | who was a short Oriental with black hair?

04:41PM | 12 | A.  I remember sitting in a parking lot waiting for somebody

04:41PM | 13 | to come out and get me and bring me in.  And so I waited.

04:41PM | 14 | And then I went in.  It was the first major buy that I did,

04:41PM | 15 | so I was a little nervous, especially because I didn't know

04:41PM | 16 | him.

04:41PM | 17 | Q.  Did Anthony introduce you to him?

04:41PM | 18 | A.  Um-hum.

04:41PM | 19 | Q.  In person?

04:41PM | 20 | A.  Yeah, that was at Pharaoh's, he introduced me to this

04:41PM | 21 | guy.  And then I went to meet him at a later date at that

04:41PM | 22 | place that I can't remember.

04:41PM | 23 | Q.  Okay.  So when's the first time you meet the short

04:41PM | 24 | black-haired guy who sells you a large amount of cocaine?

04:41PM | 25 | A.  We were at Pharaoh's with friends, not the same time as

04:41PM    1    the garage, it was a different --

04:41PM    2    Q.  Sure.

04:41PM    3    A.  -- time.

04:42PM    4    Q.  Okay.

04:42PM    5    A.  And I'm sure he had a name, I don't remember it.  I just

04:42PM    6    remember he was short and Oriental.

04:42PM    7    Q.  And who introduced you to that person?

04:42PM    8    A.  Anthony.

04:42PM    9    Q.  Okay.  And at the time you were introduced to that

04:42PM   10    person, did you know them to be a drug dealer?

04:42PM   11    A.  No.

04:42PM   12    Q.  Okay.  After being introduced to that person, is that

04:42PM   13    when this conversation with Anthony happens about acquiring a

04:42PM   14    $1,200 amount of cocaine?

04:42PM   15    A.  Yes.

04:42PM   16    Q.  Okay.  And does Anthony tell you who you're gonna be

04:42PM   17    getting it from?

04:42PM   18    A.  Meet that guy.

04:42PM   19    Q.  Okay.

04:42PM   20    A.  But, again, I don't remember that name.

04:42PM   21    Q.  Were those two conversations close in time with each

04:42PM   22    other?

04:42PM   23    A.  Yes.

04:42PM   24    Q.  Okay.  Did you know who Anthony was referencing when he

04:42PM   25    told you?

04:42PM  1    A.  Yeah.

04:42PM  2    Q.  Okay.  What happens when you get to Crabby's or

04:42PM  3    Crabapples or whatever it's called?

04:42PM  4    A.  Went inside, sat next to him.  We talked about it.  I

04:43PM  5    don't know if we exchanged money in the bar or if we went

04:43PM  6    back out and sat in his car.

04:43PM  7    Q.  Who is the "he" in that sentence?

04:43PM  8    A.  I hate to say the Oriental guy, but that's all I know him

04:43PM  9    as.

04:43PM  10   Q.  The short Asian male?

04:43PM  11   A.  Yes.

04:43PM  12   Q.  Okay.  Did the short Asian male give you cocaine that

04:43PM  13   day?

04:43PM  14   A.  Yes, he did.

04:43PM  15   Q.  Did you give him money?

04:43PM  16   A.  I did.

04:43PM  17   Q.  Who linked you up with him?

04:43PM  18   A.  Anthony.

04:43PM  19        **MR. COOPER:**  I just have one second, Judge.

04:43PM  20        **THE COURT:**  Sure.

04:43PM  21        **BY MR. COOPER:**

04:43PM  22   Q.  Mr. Anzalone, I want to see if I can kind of cabin in

04:44PM  23   this time frame a little bit.  You told us that you went to

04:44PM  24   Pharaoh's about a hundred times; is that correct?

04:44PM  25   A.  Yes.

04:44PM   1   Q.   What's the kind of date range on those 100 trips to

04:44PM   2   Pharaoh's to the best of your ability?

04:44PM   3   A.   Geez, I feel like I've been going there my whole life.

04:44PM   4   But from the early 2000s to 2018.

04:44PM   5   Q.   Okay.  And when were you going there most frequently,

04:44PM   6   what period of time was it?

04:44PM   7   A.   That would be probably the 2012 to '16.

04:44PM   8   Q.   Okay.  And does that kind of link up when the divorce

04:44PM   9   with your wife becomes more finalized?

04:44PM   10   A.   Yeah.

04:44PM   11   Q.   Okay.  Did you spend a lot of money when you were at

04:44PM   12   Pharaoh's?

04:44PM   13   A.   Yes.

04:44PM   14   Q.   Did Peter Gerace treat you well when you were there?

04:44PM   15           **MR. MacKAY:**  Objection, relevance.

04:45PM   16           **THE COURT:**  Yeah, what's --

04:45PM   17           **MR. COOPER:**  Judge, I can explain.  I'd like to go --

04:45PM   18   I don't want to say it out loud, so --

04:45PM   19           **THE COURT:**  Yeah, come on up.

04:45PM   20           **MR. COOPER:**  Yeah.

04:45PM   21           (Sidebar discussion held on the record.)

04:45PM   22           **MR. COOPER:**  So, Judge, the indictment and the

04:45PM   23   testimony that has been elicited so far in the trial I think

04:45PM   24   has indicated that certain people at Pharaoh's receive

04:45PM   25   preferential treatment for a variety of different reasons.

04:45PM  1          You heard one witness earlier today say that hockey

04:45PM  2  players went upstairs, and people of notoriety.

04:45PM  3          Another category of those individuals is individuals

04:45PM  4  that spent a lot of money and partied there.  And he just

04:45PM  5  testified right before this that he spent a lot of money when

04:45PM  6  he was there.

04:45PM  7          And the next question was just did you feel like you

04:45PM  8  were treated well there.

04:45PM  9          **THE COURT:**  What's the point?

04:45PM  10          **MR. COOPER:**  That he was in the category of people

04:45PM  11  that were -- had access to the upstairs, that could go up

04:45PM  12  there and do coke, that could do coke on the bar, that could

04:46PM  13  do coke on the grill.

04:46PM  14          **THE COURT:**  What's the point?

04:46PM  15          **MR. COOPER:**  It's, again, Judge, revolving around the

04:46PM  16  credibility of the witness.  It's building out as he testified

04:46PM  17  that he could go all over the establishment.  Explaining why

04:46PM  18  he was allowed to do that is relevant to his -- the

04:46PM  19  credibility of his testimony.  What's the harm?

04:46PM  20          **THE COURT:**  I don't know what the harm is.

04:46PM  21          **MR. MacKAY:**  I guess it's self-evident, Judge.

04:46PM  22  Obviously we've heard a lot of testimony in the trial of

04:46PM  23  people who go up there and people who don't.

04:46PM  24          **THE COURT:**  What's the difference in saying if he's

04:46PM  25  treated well?

04:46PM    1              MR. MacKAY:  I thought he was going in a different

04:46PM    2    direction.

04:46PM    3              THE COURT:  Okay.  How much do you have?

04:46PM    4              MR. COOPER:  Almost done.

04:46PM    5              THE COURT:  Okay.  Fine.  How about the across?

04:46PM    6              MR. MacKAY:  I'll be done by the buzzer.

04:46PM    7              MR. COOPER:  I'll be done, Parker.

04:46PM    8              (Sidebar ended.)

04:46PM    9              BY MR. COOPER:

04:46PM   10    Q.  Generally did you feel like you were allowed to do what

04:46PM   11    you wanted at Pharaoh's?

04:46PM   12    A.  Yes.

04:46PM   13    Q.  Did you ever get kicked out for using drugs?

04:46PM   14    A.  No.

04:46PM   15    Q.  Did you ever get the police called on you for doing coke

04:47PM   16    on the bar?

04:47PM   17    A.  No.

04:47PM   18    Q.  Okay.  Did you feel like you were treated well by Peter

04:47PM   19    Gerace there?

04:47PM   20    A.  I was referred to as a VIP or a whale, something along

04:47PM   21    those terms.

04:47PM   22              MR. COOPER:  Okay.  No further questions.

04:47PM   23              THE COURT:  Cross-examination.

04:47PM   24

04:47PM   25

04:47PM   1   **CROSS-EXAMINATION BY MR. MacKAY:**

04:47PM   2   Q.  Thank you.  Good afternoon, Mr. Anzalone.  How are you?

04:47PM   3   A.  Good.  How are you?

04:47PM   4   Q.  Well, thanks for asking.  We'll get this done quickly and

04:47PM   5   get out of here before 5.  All right?

04:47PM   6       So, you talked about an arrangement to buy about an ounce

04:47PM   7   of coke.  And is it fair to say in essence Anthony Gerace

04:47PM   8   middled that for you?

04:47PM   9   A.  Yes.

04:47PM   10  Q.  And by "middle," I mean he was not the dealer for that

04:47PM   11  transaction, correct?

04:47PM   12  A.  Correct.

04:47PM   13  Q.  He just set it up, correct?

04:47PM   14  A.  Correct.

04:47PM   15  Q.  And the person you get set up with is an Asian gentleman,

04:47PM   16  correct?

04:47PM   17  A.  Yes.

04:47PM   18  Q.  Okay.

04:47PM   19  A.  I think he was Asian.

04:47PM   20  Q.  I couldn't hear you.

04:47PM   21  A.  I think he was Asian.

04:48PM   22  Q.  Okay.  I mean, based on what you saw with his features,

04:48PM   23  you would describe him as an Asian gentleman?

04:48PM   24  A.  Yes.

04:48PM   25  Q.  All right.  Now you had, I think you told us, a customer

04:48PM   1   relationship of some sort between the Anzalones and the

04:48PM   2   Geraces; is that fair to say?

04:48PM   3   A.  Yes.

04:48PM   4   Q.  And that's -- that had gone back some time due to the

04:48PM   5   family business?

04:48PM   6   A.  Yes.

04:48PM   7   Q.  Okay.  So your dealings with Peter also arose from a

04:48PM   8   professional capacity, what do you for a living, correct?

04:48PM   9   A.  Correct.

04:48PM   10  Q.  Okay.  So, you had -- is it fair to say you had had a

04:48PM   11  relationship with Peter prior to ever going to Pharaoh's?

04:48PM   12      Well, let me ask it this way.  Did you do -- was there a

04:48PM   13  business established, business relationship established prior

04:48PM   14  to the time you started frequenting Pharaoh's?

04:48PM   15  A.  It was at Pharaoh's.

04:48PM   16  Q.  I'm talking about the family --

04:48PM   17  A.  The working?  That's where we were working there.

04:49PM   18  Q.  Oh, okay.  Sorry.  So the relationship really stems out

04:49PM   19  of Pharaoh's itself?

04:49PM   20  A.  Yeah.

04:49PM   21  Q.  Okay.  Now, you told us that you know an individual named

04:49PM   22  K.L., correct?

04:49PM   23  A.  I do.

04:49PM   24  Q.  You know her to be a drug user?

04:49PM   25  A.  Yes.

04:49PM  1  Q.  Okay.  Can you tell the jury about your observations of

04:49PM  2  her drug use?

04:49PM  3  A.  Observations?

04:49PM  4  Q.  Like, what did you see her doing, what drugs?

04:49PM  5  A.  Cocaine, mainly.

04:49PM  6  Q.  Okay.  How often?

04:49PM  7  A.  In the beginning, every time that we would be together.

04:49PM  8  Started out maybe once, twice a month.  And then it got more

04:49PM  9  and more when we would go out.

04:49PM 10  Q.  Okay.  And did you know her to do any other types of drugs?

04:49PM 11  A.  Adderall.

04:49PM 12  Q.  Okay.  And how frequently, that you observed?

04:49PM 13  A.  I'm -- she was on it all the time from what I know.

04:50PM 14  Q.  Okay.  And when was the last time you had any contact

04:50PM 15  with Ms. K.L.?

04:50PM 16  A.  About a couple years ago.

04:50PM 17  Q.  Let me ask it this way.  Do you recall meeting in

04:50PM 18  preparation for trial in September of 2023 with the

04:50PM 19  government?

04:50PM 20  A.  I don't remember the date, but --

04:50PM 21  Q.  Okay.  Do you recall telling the government that the last

04:50PM 22  time you had heard from her was about a year before then?

04:50PM 23  A.  Probably.

04:50PM 24  Q.  Does that sound about right?

04:50PM 25  A.  Yeah.

04:50PM   1   Q.  Okay.  So the last time you heard from her would have

04:50PM   2   been maybe late 2022?

04:50PM   3   A.  Just shortly after she stopped working for me.  And I

04:50PM   4   don't recall when that was.

04:50PM   5   Q.  And do you recall at that time when reached out to you

04:50PM   6   was she still seeking drugs from you in any capacity?

04:50PM   7   A.  No, I don't think so.

04:50PM   8   Q.  Okay.  Was there -- so, is it fair to say that you had a

04:50PM   9   lot of contact with K.L., and then it started to taper off?

04:50PM  10   A.  Yeah.

04:50PM  11   Q.  What caused that to happen?

04:51PM  12   A.  The tapering off?

04:51PM  13   Q.  Yeah.

04:51PM  14   A.  She wasn't performing very well at work.  And she had a

04:51PM  15   new boyfriend and would bring him around.  It was a -- a

04:51PM  16   number of things.  But it's just the erratic behavior, I

04:51PM  17   think, was the most part.

04:51PM  18   Q.  Okay.  The erratic behavior, what do you mean by that?

04:51PM  19   A.  She was also very needy, so to speak.  And always wanted

04:51PM  20   something, advice.  Looking for something, help, money.

04:51PM  21   Q.  Okay.  Is that from you, in particular, or from others?

04:51PM  22   A.  She was asking me.

04:51PM  23   Q.  Okay.  And so fair to say you were around her a lot at

04:51PM  24   one point in time, correct?

04:51PM  25   A.  Um-hum.

04:51PM 1    Q.  Did you form an opinion on her truthfulness?

04:51PM 2            MR. COOPER:  Objection.

04:51PM 3            THE COURT:  Basis?

04:51PM 4            MR. COOPER:  The relevance of his opinion for her

04:51PM 5    truthfulness?  And I don't think that there's a basis that's

04:51PM 6    been properly laid out for that question.

04:52PM 7            MR. MacKAY:  Well, Judge, I think he's qualified to

04:52PM 8    opine on his opinion of her reputation for truthfulness.

04:52PM 9            MR. COOPER:  Yeah.  I think, Judge, the time frame is

04:52PM 10   important in the foundation leading up to the question.

04:52PM 11           THE COURT:  Okay.  So let's -- so let's -- let's lay

04:52PM 12   the foundation in the time frame.

04:52PM 13           BY MR. MacKAY:

04:52PM 14   Q.  All right.  So let's start, when did you first meet

04:52PM 15   Ms. K.L.?

04:52PM 16   A.  The best of my recollection, all of this was between

04:52PM 17   2014, 2016, area is when I think we first met.  And then

04:52PM 18   progressively hung out a little bit more until the part when

04:52PM 19   we became friends.  And she needed a place to work, and she

04:52PM 20   came to work for me.

04:52PM 21   Q.  So let's put a few dates on that.  2014 to 2016 is when

04:52PM 22   you first connect with her, correct?

04:53PM 23   A.  Somewhere in there, yeah.

04:53PM 24   Q.  Okay.  And then when does she come to work for you

04:53PM 25   approximately?

04:53PM  1   A.  2019 maybe.  Just before COVID, I think.

04:53PM  2   Q.  And then when did you really draw back from her?

04:53PM  3   A.  2020.

04:53PM  4   Q.  And then you said the last contact you had with her would

04:53PM  5   have been approximately late 2022?

04:53PM  6   A.  Could have been, yeah.

04:53PM  7   Q.  And when you spoke about this erratic behavior, what

04:53PM  8   time frame was that?

04:53PM  9   A.  Towards the -- towards the end of it.  Well, she's always

04:53PM  10  had erratic behavior, but it was just -- it seemed to be

04:53PM  11  getting worse.

04:53PM  12  Q.  Okay.  And when you say it seemed to be getting worse,

04:53PM  13  can you put some time frames on?

04:53PM  14  A.  That, not really.  Months, weeks that go by.

04:54PM  15  Q.  Okay.  But what we are talking about, this is closer

04:54PM  16  towards the time where you sort of let her go from the

04:54PM  17  business, or in the beginning?

04:54PM  18  A.  This is a -- after the whole COVID thing, so it's got to

04:54PM  19  be somewhere in there I want to say.

04:54PM  20  Q.  Okay.  So at the time you're still working with her, I

04:54PM  21  assume she comes to work for you every -- every weekday?

04:54PM  22  A.  No.  It wasn't that kind of work, we would meet at a bar.

04:54PM  23  Q.  Okay.  How often would you be in contact with her in that

04:54PM  24  period of time?

04:54PM  25  A.  Once, twice a week.

04:54PM 1   Q.   Okay.   But you obviously had to have interactions in

04:54PM 2   order to run your business, correct?

04:54PM 3   A.   I wasn't running anything.   She was just working.

04:54PM 4   Q.   Okay.   That's what I meant.   In order for you to run your

04:54PM 5   business, you had to have interactions with her?

04:54PM 6   A.   Oh, yeah.

04:54PM 7   Q.   You had to exchange information in the capacity of

04:54PM 8   running your business, correct?

04:54PM 9   A.   Yes, sir.

04:54PM 10  Q.   And in the capacity of running your business and dealing

04:54PM 11  with her and meeting with her however many times you had to

04:54PM 12  in that time period, did you develop an opinion on her

04:54PM 13  reputation for truthfulness?

04:55PM 14        **MR. COOPER:**   Objection, Judge.   I'd like to just

04:55PM 15  approach as opposed to arguing in front of the jury.

04:55PM 16        **THE COURT:**   Yeah, come on up.

04:55PM 17        (Sidebar discussion held on the record.)

04:55PM 18        **MR. COOPER:**   Judge, the objection is that I think the

04:55PM 19  foundation for his opinion is based on K.L. working for him in

04:55PM 20  years that are past the time frame that she testified about

04:55PM 21  events occurring on direct examination.

04:55PM 22        It's also not concurrent with the time frame that she

04:55PM 23  offered testimony in this case, either in the grand jury or at

04:55PM 24  this trial.

04:55PM 25        And so I don't understand how his opinion of her

04:55PM    1    reputation for truthfulness during a time frame that's

04:55PM    2    disconnected from the events that she testified about and her

04:55PM    3    testimony could be relevant.

04:55PM    4          MR. MacKAY:  Judge, I don't know that it needs to be

04:55PM    5    that much of a connection.  He says he knows her from 2014 to

04:56PM    6    2016 on.  They had quite a bit of contact.  He works with her

04:56PM    7    in a close capacity.  I think he's still qualified to opine on

04:56PM    8    her reputation for truthfulness.

04:56PM    9          THE COURT:  So why don't we break for the night and

04:56PM   10    come back tomorrow.

04:56PM   11          MR. MacKAY:  This was really going to be my last

04:56PM   12    question, so that would end it.

04:56PM   13          THE COURT:  Do you want to break five minutes?

04:56PM   14          MR. COOPER:  Yeah, why don't we take the jury out for

04:56PM   15    a second, and we can see where the answer is going to go.  I

04:56PM   16    have no clue --

04:56PM   17          THE COURT:  Okay.  Let's do that.

04:56PM   18          (Sidebar discussion ended.)

04:56PM   19          THE COURT:  Folks, we're going to take a really short

04:56PM   20    break and hopefully we'll finish this witness today, but maybe

04:56PM   21    not.

04:56PM   22          So remember my instructions about not talking with

04:56PM   23    each other, not making up your mind.  We'll bring you right

04:56PM   24    back I hope.

04:56PM   25          (Jury excused at 4:56 p.m.)

04:57PM    1    **MR. MacKAY:** Judge, I've had some discussion with

04:57PM    2    counsel and client, I think what we're going to do to proceed

04:57PM    3    is to withdraw the question.

04:57PM    4    **THE COURT:** Say it again?

04:57PM    5    **MR. MacKAY:** Judge, I've had some discussions with

04:58PM    6    counsel and client. I think what I'm going to do is withdraw

04:58PM    7    my question, and so then I can complete my cross.

04:58PM    8    **THE COURT:** So you don't want to get into this?

04:58PM    9    **MR. MacKAY:** No.

04:58PM    10    **THE COURT:** Okay. Fine. Let's bring them back.

04:58PM    11    (Jury seated at 4:59 p.m.)

04:59PM    12    **THE COURT:** The record will reflect that all our

04:59PM    13    jurors, again, are present.

04:59PM    14    I remind the witness that he's still under oath.

04:59PM    15    And you can continue, Mr. MacKay.

04:59PM    16    **MR. MacKAY:** All right. Mr. Anzalone, thank you for

04:59PM    17    the delay and the patience. What I'm going to do, I'm going

04:59PM    18    to withdraw my prior question.

04:59PM    19    I have no further questions for this witness.

04:59PM    20    **THE COURT:** Okay. Great. Any redirect?

04:59PM    21    **MR. COOPER:** I have no redirect, Judge. Thank you.

04:59PM    22    **THE COURT:** Terrific. You can step down, sir. Thank

04:59PM    23    you very much.

     24    (Witness excused at and excerpt ended at 4:59 p.m.)

     25    *      *      *      *      *      *      *

1

2

3                    **CERTIFICATE OF REPORTER**

4

5               In accordance with 28, U.S.C., 753(b), I

6    certify that these original notes are a true and correct

7    record of proceedings in the United States District Court for

8    the Western District of New York on March 5, 2024.

9

10

11                    s/ Ann M. Sawyer
                      _____
                      Ann M. Sawyer, FCRR, RPR, CRR
12                    Official Court Reporter
                      U.S.D.C., W.D.N.Y.
13

14

15

16

17

18

19

20

21

22

23

24

25

**TRANSCRIPT INDEX**

**EXCERPT – EXAMINATION OF JEFF ANZALONE**

**MARCH 5, 2024**

**W I T N E S S**                                                **P A G E**

**J E F F   A N Z A L O N E**                                  2

  DIRECT EXAMINATION BY MR. COOPER:                    2

  CROSS-EXAMINATION BY MR. MacKAY:                     36