03:04PM

1
              **UNITED STATES DISTRICT COURT**
              **WESTERN DISTRICT OF NEW YORK**

2

_____

3 **UNITED STATES OF AMERICA,**

                       Case No. 1:19-cr-227

4           Plaintiff,           (LJV)

v.

5                        March 6, 2024

**JOSEPH BONGIOVANNI,**

6

          Defendant.

7

8    **TRANSCRIPT EXCERPT - EXAMINATION OF CORY HIGGINS**
      **BEFORE THE HONORABLE LAWRENCE J. VILARDO**

9           **UNITED STATES DISTRICT JUDGE**

10

**APPEARANCES:**        **TRINI E. ROSS, UNITED STATES ATTORNEY**

11                **BY: JOSEPH M. TRIPI, ESQ.**
                  **NICHOLAS T. COOPER, ESQ.**

12                  **CASEY L. CHALBECK, ESQ.**
               Assistant United States Attorneys

13                Federal Centre
               138 Delaware Avenue

14                Buffalo, New York 14202
                 And

15                **UNITED STATES DEPARTMENT OF JUSTICE**
               **BY: JORDAN ALAN DICKSON, ESQ.**

16                1301 New York Ave NW
               Suite 1000

17                Washington, DC 20530-0016
               For the Plaintiff

18

               **SINGER LEGAL PLLC**

19                **BY: ROBERT CHARLES SINGER, ESQ.**
               80 East Spring Street

20                Williamsville, New York 14221
                 And

21                **LAW OFFICES OF PARKER ROY MacKAY**
               **BY: PARKER ROY MacKAY, ESQ.**

22                3110 Delaware Avenue
               Kenmore, New York  14217

23                For the Defendant

24 **PRESENT:**          **BRIAN A. BURNS,** FBI Special Agent
               **MARILYN K. HALLIDAY,** HSI Special Agent

25                **KAREN A. CHAMPOUX,** USA Paralegal

| | | |
|---|---|---|
| 1 | <u>**LAW CLERK**</u>: | **REBECCA FABIAN IZZO, ESQ.** |
| 2 | <u>**COURT DEPUTY CLERK**</u>: | **COLLEEN M. DEMMA** |
| 3 | <u>**COURT REPORTER**</u>: | **ANN MEISSNER SAWYER, FCRR, RPR, CRR** |
| 4 | | Robert H. Jackson Federal Courthouse 2 Niagara Square |
| 5 | | Buffalo, New York  14202 Ann_Sawyer@nywd.uscourts.gov |

6

7                    *     *     *     *     *     *     *

8

9          (Excerpt commenced at 3:04 p.m.)

03:05PM  10          (Jury seated at 3:04 p.m.)

03:05PM  11          **THE COURT:**  The record will reflect that all our

03:05PM  12  jurors, again, are present.

03:05PM  13          The government can call its next witness.

03:05PM  14          **MR. TRIPI:**  We call Cory Higgins, Your Honor, who's

03:05PM  15  present in the courtroom.

03:05PM  16

03:05PM  17  **C O R Y   H I G G I N S**, having been duly called and sworn,

03:05PM  18  testified as follows:

03:05PM  19          **MR. TRIPI:**  May I proceed, Your Honor?

03:05PM  20          **THE COURT:**  You may.

03:05PM  21          **MR. TRIPI:**  Thank you.

03:05PM  22

03:05PM  23              **DIRECT EXAMINATION BY MR. TRIPI:**

03:05PM  24  Q.  Good afternoon, Mr. Higgins.

03:05PM  25  A.  Good afternoon.

USA v Bongiovanni - Higgins - Tripi/Direct - 3/6/24

03:05PM 1  Q.  Mr. Higgins, by whom are you employed, sir?

03:06PM 2  A.  Excuse me?

03:06PM 3  Q.  By whom are you employed, sir?

03:06PM 4  A.  I am employed by the Cattaraugus County Sheriff's Office.

03:06PM 5  Q.  In what capacity?

03:06PM 6  A.  I am a permanent rank of detective with the agency,

03:06PM 7  currently assigned to the DEA Buffalo office.

03:06PM 8  Q.  How long have you been a member of the Cattaraugus County

03:06PM 9  Sheriff's Office?

03:06PM 10  A.  I have been a member of the Cattaraugus County Sheriff's

03:06PM 11  Office since 1994.

03:06PM 12  Q.  And what various positions have you held during your time

03:06PM 13  in that department?

03:06PM 14  A.  I worked in a uniformed capacity.  I was a member -- or,

03:06PM 15  assigned to the Southern Tier Regional Drug Task Force for

03:06PM 16  many years prior to my assignment at the Drug Enforcement

03:06PM 17  Administration.

03:06PM 18  Q.  And you said you're also a task force officer with the

03:06PM 19  DEA?

03:06PM 20  A.  I am.

03:06PM 21  Q.  How long have you been a task force officer with the DEA?

03:06PM 22  A.  Since 2002, almost 23 years.

03:07PM 23  Q.  And the DEA's office is here in Buffalo, New York,

03:07PM 24  correct?

03:07PM 25  A.  Yes.

03:07PM   1   Q.  And so when you report to work on a daily basis for the

03:07PM   2   last 23 years, generally, you're coming to Buffalo, right?

03:07PM   3   A.  Yes.

03:07PM   4   Q.  But you maintain obligations and duties to your home

03:07PM   5   agency; is that correct?

03:07PM   6   A.  That's correct.

03:07PM   7   Q.  How does that work?  Can you just explain that for the

03:07PM   8   jury?

03:07PM   9   A.  So, I still, with my assignment at the Drug Enforcement

03:07PM  10   Administration, I work a lot with the Southern Tier agencies,

03:07PM  11   or state and local agencies.  If they have a case that they

03:07PM  12   want to try to build up and bring it for federal prosecution,

03:07PM  13   I will do that for them.  I do that for my home agency which

03:07PM  14   runs the Southern Tier Drug Task Force.  I also do that for

03:07PM  15   Wyoming County, Allegany County, I've done cases in

03:08PM  16   Chautauqua County.

03:08PM  17   Q.  So, you've done it for Wyoming, Allegany, Chautauqua, and

03:08PM  18   your home county, Cattaraugus?

03:08PM  19   A.  Yes.

03:08PM  20   Q.  Generally speaking, for those who don't know, are a lot

03:08PM  21   of those counties more rural than the Buffalo area?

03:08PM  22   A.  Yes.

03:08PM  23   Q.  Other than sort of coordinating with various state and

03:08PM  24   local agencies from those counties, what are your duties and

03:08PM  25   responsibilities as a DEA task force officer?

03:08PM   1    A.   Conduct drug investigations in order to prosecute them

03:08PM   2    federally.

03:08PM   3    Q.   And so those prosecutions involve enforcement of Title 21

03:08PM   4    of the United States Code?

03:08PM   5    A.   That's correct.

03:08PM   6    Q.   And with regard to those duties as a DEA task force

03:09PM   7    officer, do you have any sort of collateral duties as the

03:09PM   8    task force agent officer?  Or specialties, I should say, in

03:09PM   9    terms of types of cases that you work?

03:09PM  10    A.   Well, over the years, I've worked numerous marijuana grow

03:09PM  11    cases, whether it was outdoor or cultivation cases indoor

03:09PM  12    throughout my career.

03:09PM  13    Q.   Are you also the person that gets called in if there's,

03:09PM  14    for example, like, a meth lab or something like that?

03:09PM  15    A.   Yes.  I spend a good amount of time as part of my

03:09PM  16    assignment with DEA for clandestine laboratory

03:09PM  17    investigations.

03:09PM  18    Q.   That's the phrase I was looking for.  What is that?

03:09PM  19    A.   So I received some specialty training through the DEA

03:10PM  20    where we would be called upon to go and dismantle and process

03:10PM  21    clandestine labs that would have been located within our

03:10PM  22    jurisdiction.

03:10PM  23    Q.   Okay.  Now as a member of both the Cattaraugus County

03:10PM  24    Sheriff's Office, as well as a member of the DEA, is it

03:10PM  25    important for you to be honest in your interactions with

03:10PM    1   other members of law enforcement?

03:10PM    2   A.  Yes.

03:10PM    3   Q.  Is it important to be honest with other members of the

03:10PM    4   DEA?

03:10PM    5   A.  Yes, sir.

03:10PM    6   Q.  Is it important to be honest in your interactions with

03:10PM    7   other federal agencies?

03:10PM    8   A.  Yes.

03:10PM    9   Q.  Is it important to be honest in your interactions with

03:10PM   10   members of state and local police departments?

03:10PM   11   A.  Yes.

03:10PM   12   Q.  How about in your interactions with prosecutors?

03:10PM   13   A.  Yes.

03:10PM   14   Q.  Does that include in your interpersonal face-to-face

03:11PM   15   dealings?

03:11PM   16   A.  Yes.

03:11PM   17   Q.  Does that include in official reports?

03:11PM   18   A.  Yes.

03:11PM   19   Q.  Does that include in less official reports like emails?

03:11PM   20   A.  Yes.

03:11PM   21   Q.  Why is it important in your duties and responsibilities

03:11PM   22   to be honest in all of those different contexts as a part of

03:11PM   23   your job?

03:11PM   24   A.  There's no -- there's no room for deceit in our job.

03:11PM   25   Q.  Why is that?

03:11PM  1   A.  Everything we do is based upon those that testified

03:11PM  2   before us.

03:11PM  3   Q.  So trusting other members of law enforcement is

03:11PM  4   important?

03:11PM  5   A.  Yes.

03:11PM  6   Q.  Do you -- could you do your job effectively if you didn't

03:11PM  7   trust what other members of law enforcement were telling you?

03:11PM  8   A.  No.

03:11PM  9   Q.  Do you know a former DEA special agent named Joseph

03:12PM  10  Bongiovanni?

03:12PM  11  A.  Yes.

03:12PM  12  Q.  Do you see him in court today?

03:12PM  13  A.  I do.

03:12PM  14  Q.  Can you please point to him and describe something he's

03:12PM  15  wearing?

03:12PM  16  A.  He's sitting in the middle at the front table, gray suit,

03:12PM  17  purple tie.

03:12PM  18       **MR. TRIPI:**  May the record reflect the witness has

03:12PM  19  identified the defendant, Your Honor.

03:12PM  20       **THE COURT:**  It does.

03:12PM  21       **BY MR. TRIPI:**

03:12PM  22  Q.  Now, DEA task force officers and DEA special agents work

03:12PM  23  in the same -- out of the same building in Buffalo, correct?

03:12PM  24  A.  Yes.

03:12PM  25  Q.  And you said you've been a part of the DEA for 23 years?

03:12PM   1   A.   Yes.

03:12PM   2   Q.   Has the DEA's physical office space changed at various

03:12PM   3   points in time during your tenure there?

03:12PM   4   A.   Yes.

03:12PM   5   Q.   Can you tell the jury the different places the office has

03:12PM   6   been over time?

03:12PM   7   A.   Yes, we -- when I first came to the Drug Enforcement

03:12PM   8   Administration, we were located in the Guaranty Building on

03:13PM   9   Church Street right here in downtown Buffalo.  We moved from

03:13PM   10  there to the Electric Tower.  And now we're at a location on

03:13PM   11  Michigan.

03:13PM   12  Q.   All in downtown Buffalo area?

03:13PM   13  A.   Yes.

03:13PM   14  Q.   And so you said you've been there 23 years.  Is that

03:13PM   15  since about 2001?

03:13PM   16  A.   Yes.

03:13PM   17  Q.   Did you start with the DEA as a TFO around the same time

03:13PM   18  the defendant started as a special agent?

03:13PM   19  A.   I guess I remember Joe being there the whole time I was

03:13PM   20  there, so -- Mr. Bongiovanni.

03:13PM   21  Q.   And were you ever partners with him during that 23 years

03:13PM   22  you've been there?

03:13PM   23  A.   No.

03:13PM   24  Q.   Now, were you ever in the same DEA group as him?

03:14PM   25  A.   Yes.

USA v Bongiovanni - Higgins - Tripi/Direct - 3/6/24

03:14PM  1   Q.  What DEA group was that?

03:14PM  2   A.  D-58.

03:14PM  3   Q.  Now, for the bulk of your time in the DEA, how many

03:14PM  4   groups were there?

03:14PM  5   A.  Two groups, mainly.

03:14PM  6   Q.  What were the two main groups for most of your time

03:14PM  7   there?

03:14PM  8   A.  Group D-57 and group D-58.

03:14PM  9   Q.  Have you always been in D-58?

03:14PM  10  A.  Yes.

03:14PM  11  Q.  Generally, what was group D-58?  Or what is group D-58?

03:14PM  12  A.  When I first came to the DEA, group D-58 was actually the

03:14PM  13  task force group.  It was -- it was manned by many different

03:14PM  14  agencies from Niagara Falls, Buffalo police, Cattaraugus

03:14PM  15  County, Chautauqua County, Erie County Sheriffs.  And we had

03:15PM  16  also a couple special agents of the DEA that were assigned to

03:15PM  17  that group to help us along the way.

03:15PM  18  Q.  So to sum it up, a few agents and a lot of TFOs?

03:15PM  19  A.  Yes.

03:15PM  20  Q.  And the way the DEA is structured, would that group have

03:15PM  21  a group supervisor?

03:15PM  22  A.  Yes.

03:15PM  23  Q.  And over that group supervisor, was there something

03:15PM  24  called a resident agent in charge?

03:15PM  25  A.  Yes.

03:15PM  1   Q.  And you said the other group was D-57.  What has that

03:15PM  2   group been historically since you've been there?

03:15PM  3   A.  Well, for many years, it was the -- what we call the

03:15PM  4   agents group.  It was exclusively, as I remember, all agents

03:15PM  5   on that side.  And over time, they would start assigning TFOs

03:15PM  6   to that -- to that group.

03:15PM  7   Q.  Okay.  Now during your tenure working with the defendant

03:15PM  8   at the DEA, do you remember who some of his partners were,

03:16PM  9   partners that he worked closely on cases with?

03:16PM  10  A.  Yes.

03:16PM  11  Q.  Can you name his partners that you know of?

03:16PM  12  A.  He worked with Tom Doctor, who is a Buffalo police

03:16PM  13  officer, a former Buffalo police officer.

03:16PM  14      Joseph Palmieri, who was with Tonawanda.

03:16PM  15      And, oh, what was his name?  There's another individual,

03:16PM  16  his name escapes me, he's a Buffalo police officer.

03:16PM  17  Q.  Okay.  I guess if you think of it later on during the

03:16PM  18  testimony, you can flag me or something and we'll circle

03:17PM  19  back, okay?

03:17PM  20  A.  Sure.

03:17PM  21  Q.  But you remember Palmieri and Doctor -- oops, you flagged

03:17PM  22  me.

03:17PM  23  A.  I believe it was Phil Torre.

03:17PM  24  Q.  Phil Torre.  Okay.  And all three of those would be TFOs?

03:17PM  25  A.  Yes.

03:17PM  1   Q.  Was the defendant in group D-58 for some time with you?

03:17PM  2   A.  Yes.

03:17PM  3   Q.  In sequence, so you've named three partners of his, can

03:17PM  4   you name, like, who was his earliest partner who you

03:17PM  5   remember, who was his next, and who was his most recent?

03:17PM  6   A.  Well, it would probably be Phil Torre.

03:17PM  7   Q.  First?

03:17PM  8   A.  Yes.  As he left, and he left the unit, and Tom Doctor

03:17PM  9   came in next.  They were both assigned to D-58.  And then

03:18PM  10  Palmieri, I remember Joe.  Joe was assigned to D-57 when he

03:18PM  11  came to DEA, as I remember.

03:18PM  12  Q.  So Palmieri was assigned to a different group?

03:18PM  13  A.  Yes.

03:18PM  14  Q.  Eventually, did Bongiovanni go into the group Palmieri

03:18PM  15  was in?

03:18PM  16  A.  Yes.

03:18PM  17  Q.  Okay.  So at that point, they partnered up?

03:18PM  18  A.  Yes.

03:18PM  19        **MR. TRIPI:**  Can we publish -- this is in evidence,

03:18PM  20  Exhibit 127 for the witness.

03:18PM  21        Can we amplify or zoom in on just the photo?

03:18PM  22        **BY MR. TRIPI:**

03:18PM  23  Q.  Looking at Exhibit 127 here, do you -- starting with the

03:18PM  24  person circled to the right of the photo, do you recognize

03:18PM  25  that person's face?

| | | |
|---|---|---|
| 03:18PM | 1 | A.   Yes. |
| 03:18PM | 2 | Q.   Who's that? |
| 03:18PM | 3 | A.   Joseph Bongiovanni. |
| 03:18PM | 4 | Q.   That's the defendant? |
| 03:18PM | 5 | A.   Yes. |
| 03:18PM | 6 | Q.   Now, the person almost on the total opposite side whose |
| 03:19PM | 7 | face is also circled, I understand is wearing sunglasses, do |
| 03:19PM | 8 | you recognize that person? |
| 03:19PM | 9 | A.   Yes. |
| 03:19PM | 10 | Q.   And who's that? |
| 03:19PM | 11 | A.   That's Officer Tom Doctor. |
| 03:19PM | 12 | **MR. TRIPI:**  Okay.  You can take that photo down. |
| 03:19PM | 13 | **BY MR. TRIPI:** |
| 03:19PM | 14 | Q.   Now, if you recall, by 2009, do you recall where the DEA |
| 03:19PM | 15 | office was physically located? |
| 03:19PM | 16 | A.   2009, we would have moved to the Electric Tower.  I |
| 03:19PM | 17 | believe we moved there end of 2008 maybe, or December of |
| 03:19PM | 18 | 2008. |
| 03:19PM | 19 | Q.   Okay.  In -- on June 4th, 2020, you testified in the |
| 03:20PM | 20 | grand jury in this case; is that right? |
| 03:20PM | 21 | A.   Yes. |
| 03:20PM | 22 | Q.   Now at some point in that testimony, if you indicated |
| 03:20PM | 23 | that in 2009 you guys were in the Guaranty Building, did you |
| 03:20PM | 24 | make a mistake? |
| 03:20PM | 25 | A.   Yes. |

03:20PM    1    Q.  Have you thought more about the timeline of where you

03:20PM    2    were since your testimony?

03:20PM    3    A.  Yes.

03:20PM    4    Q.  Does that happen sometimes, as a person who's testified

03:20PM    5    in courts before?

03:20PM    6    A.  Yes.

03:20PM    7    Q.  So, sometimes, does your memory get better when you think

03:20PM    8    about a case?

03:20PM    9    A.  It does.

03:20PM   10    Q.  Is that an example of it happening with you?

03:20PM   11    A.  Yes.

03:20PM   12    Q.  In 2009, was Defendant Bongiovanni in your group, D-58?

03:20PM   13    A.  Yes.

03:20PM   14    Q.  In 2009, did -- did group D-58 have a regular routine

03:20PM   15    practice of weekly meetings to discuss case updates, new

03:20PM   16    cases, work loads, et cetera?

03:20PM   17    A.  Yes.

03:21PM   18    Q.  What day of the week were those weekly meetings at DEA

03:21PM   19    group 58?

03:21PM   20    A.  Most of the time, it was Monday morning.

03:21PM   21    Q.  And so talk about the weekly Monday meeting, and describe

03:21PM   22    for the jury what would typically happen at a typical routine

03:21PM   23    meeting.

03:21PM   24    A.  Well our group supervisor at that time was Special Agent

03:21PM   25    Michelle Spahn, she would have us sit in the conference room

03:21PM  1   at the table.  All agents and task force agents in our group

03:21PM  2   would attend if they could.  And we'd go around and discuss

03:21PM  3   weekly operations, or that week's operations if we had one.

03:21PM  4   We would talk about where we were in our cases or in our

03:21PM  5   investigations, and if you had a new case, you would present

03:21PM  6   it.  You had the opportunity present it at that time.

03:22PM  7   Q.  And in your experience, both in DEA and in your home

03:22PM  8   agency, is that type of face-to-face sharing of information

03:22PM  9   important in law enforcement?

03:22PM  10  A.  Yes.

03:22PM  11  Q.  Can you explain for the jury why that's important?

03:22PM  12  A.  Well, working -- working in an environment like that,

03:22PM  13  there's oftentimes crossover in cases where one target of the

03:22PM  14  investigation may be connected to another individual's

03:22PM  15  investigation.  A lot of the times we work as a group, but

03:22PM  16  we'll work our cases a little bit independent, too.  It was

03:22PM  17  used as a deconfliction, also.  You know, in case there was

03:22PM  18  any overlap.

03:22PM  19  Q.  What do you mean by overlap?  Explain for the jury.

03:22PM  20  A.  Well, again, like, if I'm investigating somebody, and

03:23PM  21  somebody in my own group or -- knows of another agency or

03:23PM  22  another officer may be in another group within our office is

03:23PM  23  looking at the same guy, we could discuss that.

03:23PM  24     We would also share the information because there's

03:23PM  25  a -- a lot of knowledge that sits at that table, and we all

03:23PM   1   don't have the same ideas of how to effectively take on that

03:23PM   2   investigation, and we would get some input also from other

03:23PM   3   agents on what might be a better application to -- in

03:23PM   4   furtherance of your investigation.

03:23PM   5   Q.  So you learn from your peers?

03:23PM   6   A.  Absolutely.

03:23PM   7   Q.  Not just your supervisors?

03:23PM   8   A.  Correct.

03:23PM   9   Q.  In your -- in your experience, in the cases you made just

03:23PM   10  generally during your career, what's been more important to

03:24PM   11  you, that type of interpersonal face-to-face exchange of

03:24PM   12  ideas?  Or going and researching records in a file room or

03:24PM   13  looking information up on a computer?

03:24PM   14  A.  I -- I depend upon the men and women that I've served

03:24PM   15  with my entire career, and that knowledge.

03:24PM   16  Q.  As a task force officer in the DEA going back to the 2009

03:24PM   17  time frame, at that time, was there any limit or limitations

03:24PM   18  on the amount of records that you could access directly as a

03:24PM   19  task force officer?

03:24PM   20  A.  I would -- I believe --

03:24PM   21  Q.  Let me withdraw that.  Is my word "limit" the problem in

03:25PM   22  that question?

03:25PM   23  A.  Excuse me?

03:25PM   24  Q.  Was there a difference between the information -- I'm

03:25PM   25  trying to ask it the right way.  Is there a difference in

03:25PM 1   2009 between what's readily accessible to a task force

03:25PM 2   officer versus what was readily accessible to a full sworn

03:25PM 3   DEA agent in terms of computer access?

03:25PM 4   A.  Okay.  I have, over the years, I have had limited access

03:25PM 5   being a task force agent.  To, like, in 2009, in our case

03:25PM 6   management files, I would only have access to the records and

03:25PM 7   reports within my own group as I remember, as I recall.

03:25PM 8   Q.  So by that, just if I can clarify it, you're talking

03:25PM 9   about your computer access was limited to group D-58 records?

03:26PM 10  A.  Correct.  Without getting permissions from our rank and

03:26PM 11  file.

03:26PM 12  Q.  What do you mean by that last part?

03:26PM 13  A.  So, if I was -- if I was working a case, and it was

03:26PM 14  connected in another jurisdiction, we could request that I

03:26PM 15  have access to that case in that jurisdiction of the DEA.

03:26PM 16  Does that make --

03:26PM 17  Q.  So in 2009, could you just go on a computer and look up

03:26PM 18  all the prior DEA Buffalo cases?

03:26PM 19  A.  No.

03:26PM 20  Q.  Okay.  So that -- okay.  Did that -- did those types of

03:26PM 21  limitations make that sort of in-person information sharing

03:27PM 22  more important?

03:27PM 23  A.  Yes.

03:27PM 24  Q.  Now, in 2009, did the defendant sit or was he physically

03:27PM 25  situated in proximity to you anywhere at the DEA?

03:27PM   1   A.   Yes.

03:27PM   2   Q.   Can you describe where your -- how the office was

03:27PM   3   configured, if you recall?

03:27PM   4   A.   Our office space was pretty big.  There's two double rows

03:27PM   5   of cubicles in our bay.  And as I recall, I don't -- I don't

03:27PM   6   really remember where Joe sat at that time, or

03:27PM   7   Mr. Bongiovanni, but I --

03:27PM   8   Q.   Within a course of a day, were you free to walk the

03:28PM   9   office and intermingle with D-58 or D-57?

03:28PM   10   A.   Yes.

03:28PM   11   Q.   And at that time, you were both in D-58?

03:28PM   12   A.   As I recall.

03:28PM   13   Q.   Okay.  On or about June 8th, 2009, did you initiate a DEA

03:28PM   14   case file C2-09-0097 with three targets of investigation?

03:28PM   15   A.   Yes.

03:28PM   16         **MR. TRIPI:**  Government Exhibit 12 is in, but I've got

03:28PM   17   a submarking of Government Exhibit 12A consisting of I think

03:28PM   18   it's three DEA-6s.  This exhibit in paper copy, it's front and

03:28PM   19   back, just so you know.

03:28PM   20         **MR. MacKAY:**  Joe, I have no objection if you just

03:29PM   21   want to move it in.

03:29PM   22         Judge, we'll stipulate it in as a sub exhibit of 12.

03:29PM   23         **THE COURT:**  So the Exhibit 12 is already in evidence?

03:29PM   24         **MR. TRIPI:**  Correct.

03:29PM   25         **THE COURT:**  This is a sub exhibit of 12?

03:29PM   1          **MR. TRIPI:**  It is.

03:29PM   2          **THE COURT:**  And you've got no problem of him putting

03:29PM   3   it in?

03:29PM   4          **MR. MacKAY:**  No problem.  No objection.

03:29PM   5          **THE COURT:**  So let's use it.

03:29PM   6          **MR. TRIPI:**  Thank you.  I'm going to publish 12A.

03:29PM   7   And Ms. Champoux, if we can go to the second-to-last page of

03:29PM   8   it.  So I'm looking for date prepared to be June 8th, 2009 if

03:29PM   9   that helps you.  Thank you.

03:29PM  10          **BY MR. TRIPI:**

03:29PM  11   Q.  Looking at this exhibit, excuse me, Mr. Higgins, can you

03:29PM  12   tell the jury what this is as it relates to the file number

03:29PM  13   that I've referenced?

03:29PM  14   A.  Yes.  This is a DEA-6 titled case initiation on 6/1/2009

03:29PM  15   that was authored by me.

03:29PM  16   Q.  And -- and you wrote the content and the basis of the

03:30PM  17   investigation?

03:30PM  18   A.  Yes.

03:30PM  19   Q.  Earlier in your testimony, you indicated there are some

03:30PM  20   investigations that you help facilitate from your home

03:30PM  21   agency; is that right?

03:30PM  22   A.  Yes.

03:30PM  23   Q.  Is this an example of such an investigation?

03:30PM  24   A.  Yes.

03:30PM  25   Q.  So, the basis of investigation, before I ask you to read

03:30PM   1   that, can you -- can you tell the jury generally where you

03:30PM   2   obtained that information from?

03:30PM   3   A.  This information?

03:30PM   4   Q.  Yes.

03:30PM   5   A.  Yes.  Originally I was informed by my agency or my

03:30PM   6   coworkers in the Southern Tier Regional Drug Task Force, that

03:30PM   7   information.  And then I would have met with their source of

03:30PM   8   information or cooperator.

03:30PM   9   Q.  As you sit here today in 2024, do you remember who that

03:31PM  10   source of information was?

03:31PM  11   A.  I do not.

03:31PM  12   Q.  Okay.  Please continue.  Go ahead.

03:31PM  13   A.  At that time, the information was passed along to me

03:31PM  14   involving the targets of this investigation.

03:31PM  15   Q.  Was that a combination of the source of information and

03:31PM  16   another detective in the Southern Regional Drug Task Force?

03:31PM  17   A.  Yes.

03:31PM  18   Q.  Do you remember who that detective was?

03:31PM  19   A.  I do not.

03:31PM  20   Q.  Has there been a lot of turnover since 2009?

03:31PM  21   A.  Yes, there has.

03:31PM  22   Q.  Okay.  If you could, for the jury's edification, can you

03:31PM  23   just begin reading paragraph 1, and then continue in sequence

03:31PM  24   under basis of investigation?

03:31PM  25   A.  Yes.  Paragraph 1.  On June 1st, 2009, TFA Higgins was

USA v Bongiovanni - Higgins - Tripi/Direct - 3/6/24

20

03:31PM  1   informed by a source of information, hereinafter referred to

03:31PM  2   as SOI, of an organization that is growing large quantities

03:31PM  3   of marijuana in the Ellicottville area.  The C.S. stated that

03:32PM  4   members of this group have been arrested in the past and

03:32PM  5   currently reside in the Buffalo area.

03:32PM  6       Paragraph 2.  The SOI stated that Matt and Mark Suppa,

03:32PM  7   while partnering with Mike Masecchia, cultivate numerous

03:32PM  8   marijuana grows in the Ellicottville area.  The SOI stated

03:32PM  9   that Mark Suppa owns a cabin on Morgan Hollow Road near

03:32PM  10  Ellicottville.  The SOI further revealed that the Southern

03:32PM  11  Tier Regional Drug Task Force has seized hundreds of plants

03:32PM  12  on neighboring properties in past years.

03:32PM  13      Paragraph 3.  Further investigation revealed that Mark

03:32PM  14  Suppa owns a residence at 6799 Morgan Hollow Road in the Town

03:32PM  15  of Franklinville, New York, which borders Ellicottville.

03:32PM  16  Mark Suppa shows a contact address of 3201 South Wells

03:33PM  17  Street, Chicago, Illinois.

03:33PM  18  Q.  Now, before I go to the next page, I'd like to just ask

03:33PM  19  you a couple of questions, okay?

03:33PM  20      There's a sentence that you wrote in there, the SOI

03:33PM  21  further revealed that the Southern Tier Regional Drug Task

03:33PM  22  Force has seized hundreds of plants on neighboring properties

03:33PM  23  in past years.  Do you see that sentence you wrote?

03:33PM  24  A.  Yes.

03:33PM  25  Q.  Now, earlier you mentioned you had experience in

03:33PM    1    investigating outdoor grows and marijuana grows,

03:33PM    2    specifically, correct?

03:33PM    3    A.   Yes.

03:33PM    4    Q.   Is that a tactic that you saw in those rural areas where

03:33PM    5    people who don't live at a property will grow on someone

03:33PM    6    else's land?

03:33PM    7    A.   Yes.

03:33PM    8    Q.   Does that make -- cause some difficulty in those types of

03:33PM    9    investigations?

03:33PM   10    A.   Yes.

03:33PM   11    Q.   Also, when you're talking about marijuana grows like the

03:34PM   12    one referenced here on Morgan Hollow Road, are there

03:34PM   13    challenges for land or ground surveillance in that area?

03:34PM   14    A.   Yes.

03:34PM   15    Q.   What are some of those challenges?

03:34PM   16    A.   Just the terrain in itself, the environment being out

03:34PM   17    there in the rural communities.  Being exposed, as law

03:34PM   18    enforcement, trying to conduct surveillance.  We would stand

03:34PM   19    out.  The terrain that we discover/locate marijuana is in

03:34PM   20    environments that are concealed for observation from, like,

03:34PM   21    even the roadway.

03:34PM   22    Q.   How does your ability, based on your experience working

03:34PM   23    DEA cases in the Buffalo area and its suburbs, compare to

03:34PM   24    your ability to do surveillance in those types of rural areas

03:34PM   25    as you're -- as are referenced here?  Is there a difference

03:34PM    1    there?

03:34PM    2    A.   Yes.

03:34PM    3    Q.   Can you explain that difference for the jury?

03:35PM    4    A.   We are very limited in the rural communities to conduct

03:35PM    5    surveillance.   It, again, we -- we can become more

03:35PM    6    compromised or compromised quicker out in a rural community

03:35PM    7    because there's not a lot of traffic in some of these areas.

03:35PM    8    Q.   And in the Buffalo area and its surrounding suburbs, are

03:35PM    9    you able to blend in better on surveillance?

03:35PM    10    A.   Yes, we are.

03:35PM    11    Q.   Do you have more resources in the Buffalo area for

03:35PM    12    surveillance?

03:35PM    13    A.   Yes.

03:35PM    14    Q.   Can you explain first how it's easier to blend in in

03:35PM    15    Buffalo and its surrounding suburbs?   Let's start with that

03:35PM    16    part.

03:35PM    17    A.   One, the amount of traffic in the City of Buffalo.   And

03:35PM    18    the other factor that comes into play is our partnerships not

03:35PM    19    only with our -- our unit at D-58 when we're doing

03:35PM    20    surveillance you have up to 15 to 19 people that can

03:36PM    21    participate in those surveillances, we also have the

03:36PM    22    resources where we can request help from other groups within

03:36PM    23    our agency or partnering agencies at the state and local

03:36PM    24    level.

03:36PM    25    Q.   Have you partnered, for example, on surveillance with the

03:36PM    1    Erie County Sheriff's Office?

03:36PM    2    A.  Yes.

03:36PM    3    Q.  Have you partnered in the Buffalo area with the FBI?

03:36PM    4    A.  Yes.

03:36PM    5    Q.  Have you partnered with the ATF?

03:36PM    6    A.  Yes.

03:36PM    7    Q.  Have you partnered with the Buffalo Police Department?

03:36PM    8    A.  Yes.

03:36PM    9    Q.  Have you partnered the Amherst Police Department, your

03:36PM   10    agency at least?

03:36PM   11    A.  Yes.

03:36PM   12    Q.  And so that's the blending part of it.  The other part of

03:36PM   13    it is -- I guess I'll move on from that.  I'll withdraw it.

03:36PM   14        Now, in 2009, after you opened the file as referenced

03:37PM   15    here, to the best of your recollection, was that SOI that's

03:37PM   16    referenced in there, was that someone who was working with a

03:37PM   17    detective in the local agency you were working with?

03:37PM   18    A.  Yes.

03:37PM   19    Q.  Okay.  So it wasn't a signed-up confidential source,

03:37PM   20    right?

03:37PM   21    A.  Correct.

03:37PM   22    Q.  Can you describe the difference between an SOI and a

03:37PM   23    confidential source?

03:37PM   24    A.  A confidential source, there's a couple different types

03:37PM   25    that we would work.

03:37PM   1    There's defendant confidential sources.  There's paid

03:37PM   2    confidential sources.  There's a Good Samaritan, that wants

03:37PM   3    to cooperate from start to finish of a case.  Oftentimes, we

03:38PM   4    have people that will provide us with information and want to

03:38PM   5    meet with us and give us the details that they have at that

03:38PM   6    point and that's it, they don't want to participate

03:38PM   7    physically in the case or under our direction.

03:38PM   8    Q.  And we can go to the next page of this initiation 6.

03:38PM   9    Okay.  So we just looked at page 1 a few moments ago.  Can

03:38PM   10   you read what you wrote on page 2 now under targets of

03:38PM   11   investigation?

03:38PM   12   A.  Yes.  Targets of the investigation.  The immediate target

03:38PM   13   of this investigation will be Mark Suppa, Matt Suppa, Mike

03:38PM   14   Masecchia, and others involved in this drug organization.

03:38PM   15   Q.  And under indexing, I won't make you read it all, but did

03:39PM   16   you write all of that indexing information?

03:39PM   17   A.  I did.

03:39PM   18   Q.  And what was the purpose of that information that you put

03:39PM   19   there?

03:39PM   20   A.  It's part of our database, DEA database and NADDIS where

03:39PM   21   we can input information, we can also pull information from

03:39PM   22   it.  With Mark Suppa and Matt Suppa, they did not have a

03:39PM   23   NADDIS number, which gets assigned once an agent describes

03:39PM   24   them.

03:39PM   25       So, as I do here, I -- with Mark Suppa, NADDIS negative

03:39PM  1   described as, and I give some pertinent details there.

03:39PM  2   Q.  And so Mark Suppa, you did -- you -- you found

03:39PM  3   information that he had a residence in Chicago?

03:39PM  4   A.  Yes.

03:39PM  5   Q.  With Matt Suppa, you found information or you identified

03:39PM  6   information here that indicated he had an address on

03:40PM  7   35 Tacoma Buffalo, New York?

03:40PM  8   A.  Yes.

03:40PM  9   Q.  Is that information that you got from the source

03:40PM  10  generally or --

03:40PM  11  A.  That was information that I probably would have extracted

03:40PM  12  through one of our state and local databases.

03:40PM  13  Q.  Okay.  Tacoma Avenue in Buffalo, New York, is that

03:40PM  14  generally the North Buffalo part of town?

03:40PM  15  A.  Yes.

03:40PM  16  Q.  And then number 3, you have Mike Masecchia there, right?

03:40PM  17  A.  Yes.

03:40PM  18  Q.  Now, he had a NADDIS number is that right?

03:40PM  19  A.  He did.

03:40PM  20  Q.  Now --

03:40PM  21  A.  He does.

03:40PM  22  Q.  -- does that mean he had a prior case in the system in

03:40PM  23  DEA?

03:40PM  24  A.  It would mean that he was indexed.

03:40PM  25  Q.  Okay.

03:40PM    1    A.   That an agent would have put some -- some bio information

03:40PM    2    on Michael Masecchia.

03:40PM    3    Q.   So an indexing gets you a NADDIS, but it doesn't

03:40PM    4    necessarily mean there was a case or a file on you, correct?

03:41PM    5    A.   That's correct.

03:41PM    6    Q.   When you got that NADDIS number, because he had a NADDIS

03:41PM    7    number, you found that information, the NADDIS?

03:41PM    8    A.   I did.

03:41PM    9    Q.   Did you look any further than that?  Or did you just get

03:41PM   10    the NADDIS number to open the file?

03:41PM   11    A.   I just captured the NADDIS number to open my file.

03:41PM   12    Q.   Now, was the opening of this particular file as you did

03:41PM   13    it in 2009, for lack of a better term and just because I

03:41PM   14    can't think of a better one, was it essentially a favor to

03:41PM   15    your home agency?  In other words, was it a file you were

03:41PM   16    opening to facilitate for your home agency?

03:41PM   17    A.   I believe that this case was opened in cooperation with

03:41PM   18    my agency as the targets of this investigation were living

03:41PM   19    outside of Cattaraugus County, with the exception of one of

03:42PM   20    the individuals who had a cabin.

03:42PM   21    Q.   With the exception -- I didn't hear the last part?

03:42PM   22    A.   With the exception of one of the individuals who had a

03:42PM   23    cabin on Morgan Hollow Road, which is located in Cattaraugus

03:42PM   24    County in the Town of Franklinville.

03:42PM   25    Q.   And who was the person identified as having the cabin?

03:42PM    1    Go back to the first page there.

03:42PM    2    A.   Mark Suppa.

03:42PM    3          **MR. TRIPI:**   Okay.   Can we go back to that indexing,

03:42PM    4    Karen, please?

03:42PM    5          **BY MR. TRIPI:**

03:42PM    6    Q.   So Mark Suppa also had an address in Chicago, right?

03:42PM    7    A.   Yes.

03:42PM    8    Q.   So he's the landowner?

03:42PM    9    A.   Yes.

03:42PM   10    Q.   Prior to your opening of this case, were these names that

03:42PM   11    meant anything to you?

03:42PM   12    A.   No.

03:42PM   13    Q.   Now, did the initial information that you wrote here,

03:43PM   14    based upon what you had obtained to open this file, did it

03:43PM   15    seem promising to you?

03:43PM   16    A.   Yes.

03:43PM   17    Q.   Now, shortly after you opened that file, did there come a

03:43PM   18    point in time within the confines of the DEA office that you

03:43PM   19    had a discussion about Mike Masecchia with this defendant?

03:43PM   20    A.   Yes.

03:43PM   21    Q.   Can you describe what happened for the jury, please?

03:43PM   22    A.   Just briefly in passing, I had a conversation with

03:43PM   23    Special Agent Joseph Bongiovanni regarding Mike Masecchia.

03:43PM   24    Q.   Can you describe how the conversation started and the

03:43PM   25    context of where you were and how it came up?

03:43PM   1   A.  As I remember, we were in our bay.  And Joe approached me

03:43PM   2   and said, I see you're investigating this.  And he had a

03:44PM   3   piece of paper in his hand.

03:44PM   4   Q.  Without speculating -- I got it.  Without speculating as

03:44PM   5   to what the piece of paper was, he had a piece of paper in

03:44PM   6   his hand?

03:44PM   7   A.  Yes.

03:44PM   8   Q.  Did he mention a name to you?

03:44PM   9   A.  Masecchia.

03:44PM   10  Q.  Okay.  What did he say at that point?

03:44PM   11  A.  He said -- he said that I grew up, or something along --

03:44PM   12  he said I grew up with these -- or, I know these guys and I'm

03:44PM   13  close to them, and I can't help you on this.

03:44PM   14      And my response was, okay, no problem.  And that was it.

03:44PM   15  Q.  But there was one name you remembered him specifically

03:44PM   16  mentioning?

03:44PM   17  A.  Yes.

03:44PM   18  Q.  Whose name was that?

03:44PM   19  A.  Masecchia.

03:44PM   20  Q.  Mike Masecchia?

03:44PM   21  A.  Well, I remember -- yes, it's Mike Masecchia, but I

03:44PM   22  remember as just Masecchia.

03:44PM   23  Q.  That's what he said?

03:45PM   24  A.  Yes.

03:45PM   25  Q.  Was that a one-on-one conversation in the office?

03:45PM  1   A.  Yes.

03:45PM  2   Q.  And this conversation was sometime in 2009, after you

03:45PM  3   opened the file?

03:45PM  4   A.  As I recall.

03:45PM  5   Q.  How long approximately after you opened the file was the

03:45PM  6   conversation?

03:45PM  7   A.  I don't know.

03:45PM  8   Q.  Well, you -- after this, let's go to the next DEA-6 in

03:45PM  9   the file, did you prepare a status update?

03:45PM  10  A.  I did.

03:45PM  11       **MR. TRIPI:**  Can we go to the next one, Karen?  Scroll

03:45PM  12  in the other direction.  It's the October one, please.

03:45PM  13       **MR. MacKAY:**  I'm sorry, were you on page 2 of the

03:45PM  14  document?

03:45PM  15       **MR. TRIPI:**  This is page 2, yes.  Sorry.

03:45PM  16       **BY MR. TRIPI:**

03:45PM  17  Q.  Okay.  This is that same sub exhibit, but now this is

03:46PM  18  page number 2.  And it's a DEA-6 report from October 2nd,

03:46PM  19  2009; is that right?

03:46PM  20  A.  Yes.

03:46PM  21  Q.  And did you write that report?

03:46PM  22  A.  I did.

03:46PM  23  Q.  And that's a status update, October 2nd, 2009?

03:46PM  24  A.  Yes.

03:46PM  25  Q.  So, your initial DEA-6 was June 8th, 2009, right?

03:46PM   1   A.  Yes.

03:46PM   2   Q.  And your status update, your first status update is

03:46PM   3   October 2nd, 2009; is that right?

03:46PM   4   A.  Yes.

03:46PM   5   Q.  Was your conversation with the defendant sometime after

03:46PM   6   the case initiation, and sometime before the status update?

03:46PM   7   A.  I don't remember.

03:46PM   8   Q.  Did you have this conversation while the file was open?

03:46PM   9   A.  Yes.

03:46PM   10   Q.  Well, after you opened it, how did the case progress?

03:47PM   11   Withdrawn.  After that conversation, how did the case

03:47PM   12   progress?

03:47PM   13   A.  It didn't.

03:47PM   14   Q.  Now, did you have in the interim members of the Southern

03:47PM   15   Regional Drug Task Force doing or attempting to do

03:47PM   16   surveillance at that location on Morgan Hollow Road?

03:47PM   17   A.  Yes.

03:47PM   18   Q.  And did you reference that in your status update?

03:47PM   19   A.  Yes.

03:47PM   20   Q.  Can you read that portion of the status update for

03:47PM   21   your -- for the jury?

03:47PM   22   A.  Yes.  Paragraph 2.  TFA Higgins has met with members of

03:47PM   23   the Southern Tier Regional Drug Task Force regarding

03:47PM   24   collaborating information and investigation resources on

03:47PM   25   Suppa.  Members of the SRDTF have been conducting

03:48PM    1    surveillance of Suppa's residence located on Morgan Hollow

03:48PM    2    Road in the Town of Franklinville, New York.

03:48PM    3    Q.   And SRDTF means Souther Regional Drug Task Force?

03:48PM    4    A.   Yes.

03:48PM    5    Q.   And at any point was there a time where you were -- where

03:48PM    6    they were doing surveillance and you told them to stop

03:48PM    7    watching?

03:48PM    8    A.   No.

03:48PM    9    Q.   Now, paragraph 1, you documented information that had

03:48PM   10    been relayed to you regarding that source of information?

03:48PM   11    A.   Yes.

03:48PM   12    Q.   Can you read that information and describe what was going

03:48PM   13    on?

03:48PM   14    A.   During this investigation, it has become very difficult

03:48PM   15    to establish a confidential source regarding the marijuana

03:48PM   16    cultivation of Mark Suppa and others.

03:48PM   17    Q.   And what did you mean by that?

03:48PM   18    A.   That we didn't have anyone providing us with current

03:49PM   19    information or the willingness to provide us with current

03:49PM   20    information.

03:49PM   21    Q.   So, based upon this information and what you recall, what

03:49PM   22    had happened to that initial SOI that helped you develop the

03:49PM   23    information to initiate the file?

03:49PM   24    A.   That individual was no longer providing us with

03:49PM   25    information.

03:49PM    1          MR. TRIPI:  And can we go on to the next one?  So the

03:49PM    2    first page of this sub exhibit, Ms. Champoux.

03:49PM    3          BY MR. TRIPI:

03:49PM    4    Q.  After your status update, you did another case DEA-6, and

03:49PM    5    this was the closing of the file; is that right?

03:49PM    6    A.  That's correct.

03:49PM    7    Q.  And what's the date of that?

03:49PM    8    A.  January 11th, 2010.

03:50PM    9    Q.  And with that, you closed the file?

03:50PM   10    A.  Yes.

03:50PM   11    Q.  Now, at any point during your discussion with the

03:50PM   12    defendant during the initial discussion where you referenced

03:50PM   13    Masecchia, or at any point after that, prior to your closing

03:50PM   14    of the file, did the defendant ever tell you there was a

03:50PM   15    prior 2004 investigation into Masecchia in the Buffalo DEA

03:50PM   16    office?

03:50PM   17    A.  No.

03:50PM   18    Q.  Did the defendant ever tell you there was a prior

03:50PM   19    parallel 2004 Las Vegas file on Mike Masecchia?

03:50PM   20    A.  Not that I recall.

03:50PM   21    Q.  Let me ask you, why is it that you remember the

03:51PM   22    conversation about Masecchia that you had with the defendant

03:51PM   23    in the DEA office?  I'm sure you've had a lot of

03:51PM   24    conversations in the DEA office over the years, right?

03:51PM   25    A.  Yes.

03:51PM   1          **MR. MacKAY:**  Objection.

03:51PM   2          **MR. TRIPI:**  It's just foundational, Judge.

03:51PM   3          **MR. MacKAY:**  Joe, can I just have a word with you?

03:51PM   4          **MR. TRIPI:**  Sure.

03:51PM   5          **MR. MacKAY:**  Objection is withdrawn.

03:51PM   6          **BY MR. TRIPI:**

03:51PM   7     Q.  So, why, without getting into any underlying facts that

03:51PM   8     you might have learned, why do you remember this conversation

03:51PM   9     with the defendant about Masecchia so many years later?

03:51PM   10    A.  That came back to me the day I was made aware of the

03:52PM   11    indictment.

03:52PM   12    Q.  So did you become aware that the defendant had been

03:52PM   13    charged and Masecchia was also charged --

03:52PM   14    A.  Yes.

03:52PM   15    Q.  -- in relation to this case?

03:52PM   16    A.  Yes.

03:52PM   17    Q.  And did that trigger a memory?

03:52PM   18    A.  It did.

03:52PM   19    Q.  And was the memory that it triggered your conversation

03:52PM   20    about your file?

03:52PM   21    A.  Yes.

03:52PM   22    Q.  Had you known prior to closing this file that Masecchia

03:52PM   23    had been a target in a DEA Buffalo file in 2004, and a DEA

03:52PM   24    Las Vegas file in 2004, do you believe you would have kept

03:52PM   25    the file open longer?

03:52PM  1  A.  Yes.

03:52PM  2  Q.  Do you believe you would have put more effort into this

03:53PM  3  investigation working with your home agency?

03:53PM  4  A.  Yes.

03:53PM  5  Q.  Do you believe you would have searched more resources to

03:53PM  6  help your home agency with this case?

03:53PM  7  A.  Yes.

03:53PM  8  Q.  In your discussion about Masecchia, did the defendant

03:53PM  9  offer you any helpful information about Masecchia?

03:53PM  10  A.  No.

03:53PM  11  Q.  Did he indicate to you in any way that Masecchia may have

03:53PM  12  connections to Italian Organized Crime?

03:53PM  13  A.  No.

03:53PM  14  Q.  Is it common for DEA task force officers and DEA special

03:53PM  15  agents to share useful information about prior targets?

03:53PM  16  A.  Yes.

03:53PM  17  Q.  Usually, do special agents and task force officers try to

03:53PM  18  help each other on cases?

03:53PM  19  A.  Yes.

03:53PM  20  Q.  Did the defendant tell you any information about the

03:53PM  21  specifics -- specifics of his relationship with Mike

03:54PM  22  Masecchia?

03:54PM  23  A.  No.

03:54PM  24  Q.  Did he ever tell you about going to high school with Mike

03:54PM  25  Masecchia?

Case 1:19-cr-00227-LJV-MJR   Document 957   Filed 05/20/24   Page 35 of 54
USA v Bongiovanni - Higgins - Tripi/Direct - 3/6/24

35

03:54PM     1          MR. MacKAY:  Objection, Judge, asked and answered at

03:54PM     2  this point.

03:54PM     3          MR. TRIPI:  That's a different question, Your Honor.

03:54PM     4          MR. MacKAY:  Because he said he didn't tell him

03:54PM     5  anything further.

03:54PM     6          THE COURT:  No, I'm going to let it go a little

03:54PM     7  further.  Overruled.

03:54PM     8          BY MR. TRIPI:

03:54PM     9  Q.  As to whether they went to high school, did he tell you

03:54PM    10  anything about that?

03:54PM    11  A.  No.

03:54PM    12  Q.  Did he tell you they went to college, or drove to college

03:54PM    13  together?

03:54PM    14  A.  No.

03:54PM    15  Q.  Did the defendant ever tell you about a person named Lou

03:54PM    16  Selva?

03:54PM    17  A.  No.

03:54PM    18  Q.  Did the defendant ever tell you about a person named Ron

03:54PM    19  Serio?

03:54PM    20  A.  No.

03:54PM    21  Q.  Did the defendant tell you anything about Mark Suppa?

03:54PM    22  A.  No.

03:54PM    23  Q.  Did the defendant tell you anything about Matt Suppa?

03:54PM    24  A.  No.

03:54PM    25  Q.  Did the defendant tell you anything about John Suppa?

03:54PM  1   A.  No.

03:54PM  2   Q.  Several years later, when a DEA case C2-13-0026 was open,

03:55PM  3   did the defendant ever come back to you and tell you he

03:55PM  4   opened a case file titled Wayne Anderson?

03:55PM  5   A.  No.

03:55PM  6   Q.  Did he ever tell you that in the context of that case, he

03:55PM  7   was investigating Mike Masecchia?

03:55PM  8   A.  No.

03:55PM  9        **MR. TRIPI:**  Ms. Champoux, can we pull up Government

03:55PM  10  Exhibit 8A, please?

03:55PM  11       **THE COURT:**  In evidence?

03:55PM  12       **MR. TRIPI:**  It is in evidence, Your Honor.

03:55PM  13       **BY MR. TRIPI:**

03:55PM  14  Q.  Mr. Higgins, do you recognize this to be a case file

03:55PM  15  checklist for a DEA case, just generally, case C2-13-0026?

03:55PM  16  A.  I see that, yes.

03:55PM  17  Q.  The case name?

03:55PM  18  A.  Yes.

03:55PM  19  Q.  Okay.  And C2 is the Buffalo DEA office; is that right?

03:55PM  20  A.  That's correct.

03:56PM  21  Q.  And 13 is -- would be the way your file structure is, 13

03:56PM  22  would be the year?

03:56PM  23  A.  Yes.

03:56PM  24  Q.  Okay.

03:56PM  25       **MR. TRIPI:**  Ms. Champoux, I believe this is the

03:56PM  1   searchable pdf; is that right?  Yeah, let's move into that.

03:56PM  2        Can you please control F for the --

03:56PM  3        **THE COURT:**  Take it off the screen.

03:56PM  4        **MR. TRIPI:**  Yes, please.  Ms. Champoux, can you

03:57PM  5   control F for the name Masecchia in this file?

03:57PM  6        Can we zoom in on that box that has his name there

03:57PM  7   with a 407 Colvin Avenue, please?

03:57PM  8        **THE COURT:**  Let's identify the page we're on.

03:57PM  9        **MR. TRIPI:**  Yep, Judge, this is page 134 of

03:57PM  10  Exhibit 8A.  Okay.  We can leave it there.

03:58PM  11       **THE CLERK:**  Can we publish?

03:58PM  12       **MR. TRIPI:**  Yes, sorry.  This is 8A, page 134 for the

03:58PM  13  jury.

03:58PM  14       **BY MR. TRIPI:**

03:58PM  15  Q.  Now, Mr. Higgins, you saw we were in file C2-13-0026,

03:58PM  16  correct?

03:58PM  17  A.  Yes.

03:58PM  18  Q.  And now we've searched for the name Masecchia.  And

03:58PM  19  generally, do you recognize what this document is?

03:58PM  20       **MR. TRIPI:**  Let's scroll up a little bit,

03:58PM  21  Ms. Champoux, so he can familiarize himself.

03:58PM  22       **BY MR. TRIPI:**

03:58PM  23  Q.  Does this look like response to a phone record subpoena?

03:58PM  24  A.  Yes.

03:58PM  25       **MR. TRIPI:**  Okay.  Scroll back down.

03:58PM    1    **BY MR. TRIPI:**

03:58PM    2    Q. And do you see the name there?

03:58PM    3    A. Yes.

03:58PM    4    Q. What's the name?

03:58PM    5    A. Michael Masecchia.

03:58PM    6    Q. Do you see 407 Colvin Avenue?

03:58PM    7    A. Yes.

03:58PM    8    Q. Is that the same address that you had indexed back in

03:58PM    9    your file in 2009?

03:58PM    10    A. Yes.

03:58PM    11    Q. Same person?

03:58PM    12    A. Yes.

03:58PM    13    Q. Did the defendant ever come back to you in 2012, '13, '14

03:59PM    14    or '15 and say, hey, I'm investigating Mike Masecchia now?

03:59PM    15    A. No.

03:59PM    16    **MR. MacKAY:** Object to form.

03:59PM    17    **THE COURT:** Overruled.

03:59PM    18    **BY MR. TRIPI:**

03:59PM    19    Q. Did he ever say, hey, what happened in your case?

03:59PM    20    A. No.

03:59PM    21    **MR. TRIPI:** Just a moment, please, Your Honor.

03:59PM    22    I have no further direct. Thank you, Your Honor.

04:00PM    23    **THE COURT:** Mr. MacKay.

04:00PM    24

   25

|         |    |                                                             |
|---------|----|-------------------------------------------------------------|
| 04:00PM | 1  | **CROSS-EXAMINATION BY MR. MacKAY:**                        |
| 04:00PM | 2  | Q.  All right.  While I'm getting set up here, do you go by |
| 04:00PM | 3  | Agent or Deputy?                                            |
| 04:00PM | 4  | A.  Deputy is fine.                                         |
| 04:00PM | 5  | Q.  Is that your title as a sheriff?  You were a sheriff    |
| 04:00PM | 6  | first?                                                      |
| 04:00PM | 7  | A.  Sheriff -- deputy sheriff detective, yes.               |
| 04:00PM | 8  | Q.  Okay.  You're a detective sheriff though, correct?      |
| 04:00PM | 9  | A.  I am.                                                   |
| 04:00PM | 10 | Q.  Okay.  So in 2009, you initiate an investigation that   |
| 04:00PM | 11 | concerns drug activities that might be tied to Michael      |
| 04:00PM | 12 | Masecchia, correct?                                         |
| 04:00PM | 13 | A.  That's correct.                                         |
| 04:00PM | 14 | Q.  Okay.                                                   |
| 04:00PM | 15 | **MR. MacKAY:**  Ms. Champoux, can we put that Government    |
| 04:00PM | 16 | Exhibit 12A, page 4, back up for the witness and the jury.  |
| 04:00PM | 17 | **BY MR. MacKAY:**                                          |
| 04:00PM | 18 | Q.  All right.  And you talked about with the jury how this |
| 04:01PM | 19 | page, that's where you index the targets of the            |
| 04:01PM | 20 | investigation, correct?                                     |
| 04:01PM | 21 | A.  Yes.                                                    |
| 04:01PM | 22 | Q.  And at that time, you had a NADDIS number for Mike      |
| 04:01PM | 23 | Masecchia, correct?                                         |
| 04:01PM | 24 | A.  That's correct.                                         |
| 04:01PM | 25 | Q.  And is it -- even as a DEA task force agent, you're     |

04:01PM  1   permitted to go into the NADDIS system and see the NADDIS

04:01PM  2   reports, correct?

04:01PM  3   A.   That's correct.

04:01PM  4   Q.   The NADDIS reports show you information about a person

04:01PM  5   who's in NADDIS, correct?

04:01PM  6   A.   Yes, sir.

04:01PM  7   Q.   And it shows all the prior cases that have been

04:01PM  8   associated with this specific individual, correct?

04:01PM  9   A.   They do.

04:01PM  10  Q.   So if you were to enter this NADDIS number, it would take

04:01PM  11  you to Mike Masecchia, correct?

04:01PM  12  A.   Yes.

04:01PM  13  Q.   And it would show you at that time all of the prior

04:01PM  14  investigations that had been with DEA before that point in

04:01PM  15  time, correct?

04:01PM  16  A.   Absolutely.

04:01PM  17  Q.   Okay.  Now I want to talk a little bit about how this

04:01PM  18  investigation started.

04:01PM  19       **MR. MacKAY:**  Can we go up, Ms. Champoux, I think it's

04:01PM  20  one page up, page 3 of the document.

04:02PM  21       **BY MR. MacKAY:**

04:02PM  22  Q.   Okay.  All right, so, I think the way you described it to

04:02PM  23  the jury is that information may have come in from a source

04:02PM  24  of information, that was then passed to the -- what's called

04:02PM  25  the STRDTF, and then to you; is that a fair understanding?

04:02PM    1    A.  Initially, yes.

04:02PM    2    Q.  Did you ever meet with the source of information?

04:02PM    3    A.  I did.

04:02PM    4    Q.  And we don't have to talk about names or anything like

04:02PM    5    that, but you do recall having a physical meeting with

04:02PM    6    whoever this source of information was?

04:02PM    7    A.  I don't.

04:02PM    8    Q.  You -- so, that's what I want to clarify.  Did you ever

04:02PM    9    have a personal meeting with a source of information

04:02PM   10    referenced in this document?

04:02PM   11    A.  Yes.

04:02PM   12    Q.  But you don't recall who it was?

04:02PM   13    A.  I don't.

04:02PM   14    Q.  Okay.  Now, directing your attention to paragraph 1,

04:02PM   15    second line, you said, well, I'm gonna -- first line and

04:03PM   16    second line, you say information by a source of information

04:03PM   17    hereinafter referred to as an SOI, that's -- SOI is the

04:03PM   18    abbreviation of source of information, correct?

04:03PM   19    A.  Correct.

04:03PM   20    Q.  Now typically do you know DEA policy to be that you have

04:03PM   21    to name who the SOI is in the -- in the DEA-6?

04:03PM   22    A.  I do.

04:03PM   23    Q.  That's what I'm saying.  Is it DEA policy typically that

04:03PM   24    you're supposed to put down the name of the SOI in the DEA-6?

04:03PM   25    A.  No.

04:03PM   1   Q.  Okay.  So, even if a source of information, it's your

04:03PM   2   understanding that you don't have to put down the name of the

04:03PM   3   SOI?

04:03PM   4   A.  It's a -- partnering agency source of information.

04:03PM   5   Q.  So if -- that's what I'm trying to clarify.  If the SOI

04:03PM   6   comes from a different agency, you don't have to put down who

04:03PM   7   the SOI's name?

04:03PM   8   A.  I didn't.  I -- I don't know.

04:03PM   9   Q.  Okay.  So, maybe I'm getting a little turned around here.

04:04PM   10   Did you not know the name at the time then?  Or do you not

04:04PM   11   know the name as you sit here, but you knew it before?  Does

04:04PM   12   that make sense?

04:04PM   13   A.  I don't recall who the source of information was.

04:04PM   14   Q.  Okay.  So my question is, as you sit here, you don't

04:04PM   15   recall, but do you think back in 2009 you were provided with

04:04PM   16   the name of this SOI?

04:04PM   17   A.  Yes.

04:04PM   18   Q.  Okay.  And then my question from that is:  Is it

04:04PM   19   procedure with an SOI, even if you receive it from a

04:04PM   20   different agency, to put that SOI's name in the DEA-6?

04:04PM   21   A.  No.

04:04PM   22   Q.  Okay.  So then I want to direct your attention to the

04:04PM   23   third line in the first paragraph.  It says the C.S.

04:04PM   24   stated -- do you see that part?

04:04PM   25   A.  Where is that?  Oh, okay, yep.

04:04PM  1  Q.  First paragraph, third line, it says C.S. stated.  Do you

04:04PM  2  see that?

04:04PM  3  A.  Yes.

04:04PM  4  Q.  Can you explain for the jury why there's both the term

04:05PM  5  "SOI" and "C.S." in the same document here?

04:05PM  6  A.  Yes.

04:05PM  7  Q.  Why's that?

04:05PM  8  A.  C.S. is a common term that we use when we have an

04:05PM  9  assigned or a cooperator, and it's just clearly a typo on my

04:05PM  10  part.  I did that.

04:05PM  11  Q.  So sometimes C.S. and the term SOI, the abbreviation C.S.

04:05PM  12  and SOI are used interchangeably?

04:05PM  13  A.  No.

04:05PM  14  Q.  Okay.  Sometimes they're mistakenly put in place of one

04:05PM  15  another?

04:05PM  16  A.  Yes.

04:05PM  17  Q.  Okay.

04:05PM  18       MR. MacKAY:  You can take that down, Ms. Champoux.

04:05PM  19  Thank you.

04:05PM  20       BY MR. MacKAY:

04:05PM  21  Q.  Because I think as you have explained, the term "C.S."

04:05PM  22  refers to someone who's formally signed up by the DEA,

04:05PM  23  correct?

04:05PM  24  A.  Yes, sir.

04:05PM  25  Q.  And you never went through the formal sign-up process

04:05PM   1   with whoever this individual was, you're referring to,

04:05PM   2   correct?

04:05PM   3   A.   That's correct.

04:05PM   4   Q.   Okay.  All right.  But, when you -- when you initiated

04:06PM   5   the investigation in 2009, as a DEA file, you had some

04:06PM   6   relatively specific information by then, correct?

04:06PM   7   A.   Yes.

04:06PM   8   Q.   You had the names of at least three targets, correct?

04:06PM   9   A.   Yes.

04:06PM   10  Q.   You had the name of a possible grow location, correct?

04:06PM   11  A.   Yes.

04:06PM   12  Q.   Okay.  And you knew specifically what road it was on, if

04:06PM   13  not specifically even the properties, correct?

04:06PM   14  A.   Yes.

04:06PM   15  Q.   Okay.  And you had information that the -- the -- I'm

04:06PM   16  going use the abbreviation, STRDTF had seized plants in that

04:06PM   17  same location, correct?

04:06PM   18  A.   I believe I said neighboring areas, yes, sir.

04:06PM   19  Q.   Same general vicinity, by that Morgan Hollow Road?

04:06PM   20  A.   Yes.

04:06PM   21  Q.   From there let's talk about what happened.

04:07PM   22       It's your understanding -- well, let me ask you.  Did you

04:07PM   23  ever personally conduct surveillance on the Morgan Hollow

04:07PM   24  Road location?

04:07PM   25  A.   No.

USA v Bongiovanni - Higgins - MacKay/Cross - 3/6/24

45

04:07PM    1    Q.  But you understood that perhaps members of the STRDTF

04:07PM    2    had?

04:07PM    3    A.  Yes.

04:07PM    4    Q.  You see I'm stumbling with the acronym.  If I call it the

04:07PM    5    drug task force, can we use that term?

04:07PM    6    A.  Yes.

04:07PM    7    Q.  Do you know of any other investigative techniques they

04:07PM    8    had pursued?

04:07PM    9    A.  I don't.

04:07PM   10    Q.  In your capacity as a DEA task force agent up here in

04:07PM   11    Buffalo, I'm going to ask you about some actions that you did

04:07PM   12    or did not take.  Did you ever apply for any GPS tracker

04:07PM   13    warrants?

04:07PM   14    A.  No.

04:07PM   15    Q.  Did you ever do anything to find any association vehicles

04:07PM   16    to that location?

04:07PM   17    A.  No.

04:07PM   18    Q.  Okay.  Did you ever run any phone numbers or any

04:07PM   19    databases connected to any individuals you had --

04:08PM   20    A.  No.

04:08PM   21    Q.  -- identified?  Okay.

04:08PM   22        Did you ever cause any administrative subpoenas to be

04:08PM   23    served?

04:08PM   24    A.  Not to my recollection.

04:08PM   25    Q.  Okay.  And did you have a further debriefing with the SOI

04:08PM    1    after the initial debrief?

04:08PM    2    A.  No.

04:08PM    3    Q.  Okay.  Did you ever request air surveillance?  Let me ask

04:08PM    4    you this.  Withdraw that question.

04:08PM    5        Does Cattaraugus County have their own air division?

04:08PM    6    A.  No.

04:08PM    7    Q.  Would it be fair to say, then, that who was used is the

04:08PM    8    Erie County Sheriff's air surveillance?

04:08PM    9    A.  Excuse me?

04:08PM   10    Q.  If -- if air surveillance is needed down in the

04:08PM   11    Cattaraugus County area, would that be performed by Erie

04:08PM   12    County sheriffs?

04:08PM   13    A.  No.

04:08PM   14    Q.  Who would do that?

04:08PM   15    A.  We generally would utilize the New York State Police

04:08PM   16    helicopter services.

04:08PM   17    Q.  Okay.  Because they have statewide jurisdiction, is that

04:08PM   18    why?

04:08PM   19    A.  Yes.

04:08PM   20    Q.  Did you ever make any outreach to state police about

04:09PM   21    using their aircraft to survey the location?

04:09PM   22    A.  No.

04:09PM   23    Q.  Okay.  Now, you saw the different DEA-6s in Exhibit 30A,

04:09PM   24    do you remember those?  Exhibit 30A, we saw the -- I'm sorry,

04:09PM   25    12A, you saw the DEA-6s; do you remember those?

04:09PM   1   A.  Yes.

04:09PM   2   Q.  You recall you wrote a case update in October of 2009,

04:09PM   3   correct?

04:09PM   4   A.  Yes.

04:09PM   5   Q.  Okay.  Now, at that point in time, that's past the

04:09PM   6   marijuana grow season, correct?

04:09PM   7   A.  October?

04:09PM   8   Q.  October.

04:09PM   9   A.  No.

04:09PM  10   Q.  Okay.  When does the marijuana grow season end?

04:09PM  11   A.  Marijuana grow season really depends on the first and

04:09PM  12   second frost cycle of the year, generally.

04:09PM  13   Q.  Okay.  So let's clarify that a little bit more for the

04:09PM  14   jury.  What do you mean by that this terms of dates and

04:09PM  15   timing of the year?

04:10PM  16   A.  From my experience, we find that your people who grow

04:10PM  17   outdoors in New York State tend to wait for that first frost

04:10PM  18   to hit the plant, it's before they harvest the plant.  It

04:10PM  19   doesn't mean you can't do it before that, but generally

04:10PM  20   they'll wait.  So we harvest plants September, beginning of

04:10PM  21   October, depending on what Mother Nature's doing for us out

04:10PM  22   there.

04:10PM  23   Q.  Okay.  And I think you talked about first and second

04:10PM  24   frost.  Does that mean that after the first frost but before

04:10PM  25   the second frost that's typically when they're pulled?

04:10PM   1   A.   No.   Just when they can -- when they miss those days

04:10PM   2   generally, they like to get them done from my experience.

04:10PM   3   Q.   Okay.   So around the time you're getting that first

04:10PM   4   frost, that's usually about the time the grow season is

04:10PM   5   ending, correct?

04:10PM   6   A.   Yes.

04:10PM   7   Q.   So if you have an early frost, the grow season would end

04:11PM   8   early, correct?

04:11PM   9   A.   Sure.

04:11PM   10   Q.   If you had an Indian summer and it lasted long, you would

04:11PM   11   have a longer growing season, correct?

04:11PM   12   A.   Correct.

04:11PM   13   Q.   Okay.   Now you opened the case in June of 2009, and you

04:11PM   14   close it out seven months later, correct?

04:11PM   15   A.   Yes.

04:11PM   16   Q.   That's in January of 2010, correct?

04:11PM   17   A.   Yes.

04:11PM   18   Q.   By that time, that's -- it's definitely winter, correct?

04:11PM   19   A.   Yes.

04:11PM   20   Q.   And it's definitely no longer growing season, correct?

04:11PM   21   A.   Yes.

04:11PM   22   Q.   So you did not carry the investigation into the new grow

04:11PM   23   season in the location, correct?

04:11PM   24   A.   No.

04:11PM   25   Q.   Okay.   And you closed it out because of what you termed

04:11PM     1    "solvability factors," correct?

04:11PM     2    A.   Yes.

04:11PM     3    Q.   What that means is you just basically didn't have enough

04:11PM     4    to move forward on the investigation, correct?

04:11PM     5    A.   That's correct.

04:11PM     6    Q.   Now you talked to us before about how surveillance is

04:11PM     7    particularly difficult in the rural area, correct?

04:11PM     8    A.   Yes.

04:11PM     9    Q.   So confidential informants are even more important to

04:11PM    10    infiltrate an organization, correct?

04:11PM    11    A.   Yes.

04:11PM    12    Q.   And your SOI, as far as you know, could not make the leap

04:12PM    13    into becoming a C.I. with the organization, correct?

04:12PM    14    A.   Correct.

04:12PM    15    Q.   Because sometimes people start as SOIs who might be just

04:12PM    16    somebody providing a tip, correct?

04:12PM    17    A.   Correct.

04:12PM    18    Q.   Could be like a concerned neighbor, correct?

04:12PM    19    A.   Yes.

04:12PM    20    Q.   But in order to be a C.I., you're gonna have to have ties

04:12PM    21    to somebody in the organization, correct?

04:12PM    22    A.   Yes.

04:12PM    23    Q.   Because to make any sort of controlled purchase or

04:12PM    24    personal dealings with the targets, they're not, in your

04:12PM    25    experience, the targets aren't going to trust just anybody,

04:12PM     1   correct?

04:12PM     2   A.  Correct.

04:12PM     3   Q.  And it's your experience that SOIs don't always

04:12PM     4   materialize into C.I.s because that relationship can never be

04:12PM     5   formed, correct?

04:12PM     6   A.  Yes.

04:12PM     7   Q.  And sometimes the leads that SOIs provide don't pan out

04:12PM     8   further in an investigation, correct?

04:12PM     9   A.  That's correct.

04:12PM    10   Q.  Okay.  And specifically, in this one -- well, the initial

04:12PM    11   lead panned out, but the SOI never went any further, correct?

04:13PM    12   A.  Correct.

04:13PM    13   Q.  Now, lastly, I want to talk a little bit about the

04:13PM    14   operations at DEA.  You said by 2009, if you could recall,

04:13PM    15   that they had moved to the Electric Tower building, correct?

04:13PM    16   A.  I believe -- I believe so.  We moved there by then.

04:13PM    17   Q.  Okay.  But it's your testimony that from your time as a

04:13PM    18   DEA task force agent, you were always in group D-58, correct?

04:13PM    19   A.  Yes.

04:13PM    20   Q.  And you never did any time with any other group, correct?

04:13PM    21   A.  That's correct.

04:13PM    22   Q.  Okay.  Now, on DEA-6s, it's part of filling out a DEA-6

04:13PM    23   that you have to mark your group in the upper left-hand

04:13PM    24   corner, correct?

04:13PM    25   A.  Yes.

04:13PM 1    Q.  Okay.  There's a box where you put your name as the agent

04:14PM 2    and the group, correct?

04:14PM 3    A.  Correct.

04:14PM 4    Q.  Okay.

04:14PM 5         MR. MacKAY:  Ms. Champoux, can we pull up Government

04:14PM 6    Exhibit 30B.  I'm sorry, 30A, in evidence.  Can we just zoom

04:14PM 7    in on the top part.  Cool.

04:14PM 8         BY MR. MacKAY:

04:14PM 9    Q.  I'm going to direct you to, first of all, box 8.  Do you

04:14PM 10   see that?

04:14PM 11   A.  Yes.

04:14PM 12   Q.  Okay.  And that's -- that indicates this DEA-6 was

04:14PM 13   prepared in November of 2009, correct?

04:14PM 14   A.  Yes.

04:14PM 15   Q.  Okay.  I'm going to direct you to box 5; do you see that

04:14PM 16   box?

04:14PM 17   A.  Yes.

04:14PM 18   Q.  That indicates that Joseph Bongiovanni was assigned to

04:14PM 19   group 57 at that time?

04:14PM 20   A.  Correct.

04:14PM 21   Q.  Would you have any reason to disagree with me that

04:15PM 22   actually by December 2008, Mr. Bongiovanni had already been

04:15PM 23   working in group D-57?

04:15PM 24   A.  In December?

04:15PM 25   Q.  December of --

04:15PM  1   A.  December or.

04:15PM  2   Q.  December of 2008.

04:15PM  3   A.  I don't know.

04:15PM  4   Q.  Do you recall?

04:15PM  5   A.  I don't recall.

04:15PM  6   Q.  Let me help you refresh your recollection.

04:15PM  7          **MR. MacKAY:**  Ms. Champoux, can we take that down, and

04:15PM  8   put up what's not in -- what's not in evidence for the witness

04:15PM  9   only, Government Exhibit 30B.  Again, can we blow up the top

04:15PM 10   portion.

04:15PM 11          **BY MR. MacKAY:**

04:15PM 12   Q.  Okay.  Same thing, can you review boxes 5 and 8 to

04:15PM 13   yourself, and tell me if that refreshes your recollection

04:15PM 14   that in December of 2008, Mr. Bongiovanni was in group D-57?

04:15PM 15   A.  By this indication on this exhibit, yes.

04:15PM 16   Q.  Okay.  Is your recollection --

04:16PM 17          **MR. MacKAY:**  Can we that down, Ms. Champoux?

04:16PM 18          **BY MR. MacKAY:**

04:16PM 19   Q.  Is your recollection refreshed as to whether

04:16PM 20   Mr. Bongiovanni, by December 2008, was working in group D-57?

04:16PM 21   A.  No.

04:16PM 22   Q.  Okay.

04:16PM 23          **MR. MacKAY:**  Judge, can I just have one moment?

04:16PM 24          **THE COURT:**  Sure.

04:16PM 25          **MR. MacKAY:**  I have no further questions, Your Honor.

04:16PM   1          **MR. TRIPI:**  Just one, Judge.

04:16PM   2          **THE COURT:**  Sure.

04:16PM   3

04:16PM   4               **REDIRECT EXAMINATION BY MR. TRIPI:**

04:16PM   5   Q.  Are you 100 percent sure the conversation you had with

04:16PM   6   the Defendant Bongiovanni about Masecchia happened at DEA?

04:16PM   7   A.  Yes.

04:16PM   8          **MR. TRIPI:**  Thank you.  Nothing further.

04:16PM   9          **THE COURT:**  Anything else?

04:16PM  10          **MR. MacKAY:**  No, Your Honor.

04:16PM  11          **THE COURT:**  Okay.  You can step down, sir, thank you.

04:16PM  12          (Witness excused at 4:16 p.m.)

         13          (Excerpt concluded at 4:16 p.m.)

         14          *     *     *     *     *     *     *

         15

         16               **CERTIFICATE OF REPORTER**

         17

         18          In accordance with 28, U.S.C., 753(b), I

         19   certify that these original notes are a true and correct

         20   record of proceedings in the United States District Court for

         21   the Western District of New York on March 6, 2024.

         22

         23                    s/ Ann M. Sawyer
                               _____
                               Ann M. Sawyer, FCRR, RPR, CRR
         24                    Official Court Reporter
                               U.S.D.C., W.D.N.Y.

         25

1                   **TRANSCRIPT INDEX**

2          **EXCERPT - EXAMINATION OF CORY HIGGINS**

3                     **MARCH 6, 2024**

4

5

6    **W I T N E S S**                        **P A G E**

7    **C O R Y    H I G G I N S**              2

8      DIRECT EXAMINATION BY MR. TRIPI:        2

9      CROSS-EXAMINATION BY MR. MacKAY:        39

10     REDIRECT EXAMINATION BY MR. TRIPI:      53

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25