IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.                                              19-CR-227

JOSEPH BONGIOVANNI,

        Defendant.

## GOVERNMENT'S FIRST SUPPLEMENT TO GOVERNMENT'S FIFTH AMENDED WITNESS LIST.

The UNITED STATES OF AMERICA, by and through its attorneys, Trini E. Ross, United States Attorney for the Western District of New York, Joseph M. Tripi, Nicholas T. Cooper, and Casey L. Chalbeck, Assistant United States Attorneys, of counsel, hereby files the government's first supplement to its Fifth Amended Witness List (ECF No. 750).

## ADDITIONAL WITNESS

1.    Steven Miller, an Inspector with the Drug Enforcement Administration's Office of Professional Responsibility in Newark, New Jersey, will authenticate WebTA records the government received and disclosed.

                                      TRINI E. ROSS
                                      United States Attorney

                              BY:    /s/_____
                                            JOSEPH M. TRIPI
                                            NICHOLAS T. COOPER
                                            CASEY L. CHALBECK
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            Western District of New York
                                            138 Delaware Avenue
                                            Buffalo, New York 14202
                                            716.843.5839
                                            Joseph.Tripi@usdoj.gov