1               **UNITED STATES DISTRICT COURT**
               **WESTERN DISTRICT OF NEW YORK**

2

      _____

3  **UNITED STATES OF AMERICA,**

                         Case No. 1:19-cr-227

4          Plaintiff,          (LJV)

  v.

5                       February 28, 2024

  **JOSEPH BONGIOVANNI,**

6

          Defendant.

7  _____

8     **TRANSCRIPT EXCERPT - PROFFER OF PETER MILITELLO**
              **WITH NO JURY PRESENT**

9     **BEFORE THE HONORABLE LAWRENCE J. VILARDO**
           **UNITED STATES DISTRICT JUDGE**

10

11  <u>**APPEARANCES:**</u>        **TRINI E. ROSS, UNITED STATES ATTORNEY**
                    **BY: JOSEPH M. TRIPI, ESQ.**

12                    **NICHOLAS T. COOPER, ESQ.**
                    **CASEY L. CHALBECK, ESQ.**

13                Assistant United States Attorneys
                Federal Centre

14                138 Delaware Avenue
                Buffalo, New York 14202

15                  And
                **UNITED STATES DEPARTMENT OF JUSTICE**

16                **BY: JORDAN ALAN DICKSON, ESQ.**
                1301 New York Ave NW

17                Suite 1000
                Washington, DC 20530-0016

18                For the Plaintiff

19                **SINGER LEGAL PLLC**
                **BY: ROBERT CHARLES SINGER, ESQ.**

20                80 East Spring Street
                Williamsville, New York 14221

21                  And
                **LAW OFFICES OF PARKER ROY MacKAY**

22                **BY: PARKER ROY MacKAY, ESQ.**
                3110 Delaware Avenue

23                Kenmore, New York  14217
                For the Defendant

24

25  <u>**PRESENT:**</u>          **BRIAN A. BURNS,** FBI Special Agent
                **MARILYN K. HALLIDAY,** HSI Special Agent
                **KAREN A. CHAMPOUX,** USA Paralegal

USA v Bongiovanni - Peter Militello Proffer w/o Jury - 2/28/24

| | | |
|---|---|---|
| 1 | | **JUDITH A. KUBINIEC, ESQ.** |
| | | Attorney for Peter Militello |
| 2 | | |
| | <u>**LAW CLERK:**</u> | **REBECCA FABIAN IZZO, ESQ.** |
| 3 | | |
| | <u>**COURT DEPUTY CLERK:**</u> | **JANE D. KELLOGG** |
| 4 | | |
| | <u>**COURT REPORTER:**</u> | **ANN MEISSNER SAWYER, FCRR, RPR, CRR** |
| 5 | | Robert H. Jackson Federal Courthouse |
| | | 2 Niagara Square |
| 6 | | Buffalo, New York  14202 |
| | | Ann_Sawyer@nywd.uscourts.gov |
| 7 | | |
| 8 | | *     *     *     *     *     *     * |
| 9 | | |
| 10 | | (Excerpt commenced at 3:40 p.m.) |
| 11 | | (Jury not present.) |

03:40PM  12        **THE CLERK:**  We are back on the record for the

03:40PM  13  continuation of the jury trial in 19-cr-227, United States of

03:40PM  14  America versus Joseph Bongiovanni.

03:40PM  15        All counsel and parties are present.

03:40PM  16        **THE COURT:**  Okay.  Anything we need to do before we

03:40PM  17  bring the witness in and do a little proffer?

03:40PM  18        **MS. CHALBECK:**  I don't believe so, Your Honor.

03:40PM  19        **MR. SINGER:**  I guess the only question I had, Judge,

03:40PM  20  is with regard to procedure.

03:40PM  21        So Mr. MacKay and I were talking, and it was a little

03:40PM  22  unclear to us how this is going to work.  I know it's outside

03:40PM  23  the presence of the jury, and that's our preference.  But when

03:40PM  24  I've seen this done in the past is that the witness is brought

03:40PM  25  out before any type of warning's issued by the Court, there

Case 1:19-cr-00227-LJV-MJR   Document 1065   Filed 07/15/24   Page 3 of 16
USA v Bongiovanni - Peter Militello Proffer w/o Jury - 2/28/24

3

03:40PM   1   has to be some attempt at questioning to figure out if he's

03:40PM   2   gonna answer or not.  And then if he wants to seek advice from

03:41PM   3   counsel, go ahead and do that.  And then, you know, if it's

03:41PM   4   persistent, you give the warning.  And then what happens after

03:41PM   5   that, happens after that.

03:41PM   6           But I just wanted to see if all of us are on the same

03:41PM   7   page about that.

03:41PM   8           **THE COURT:**  Yeah, that's certainly what I

03:41PM   9   contemplated.

03:41PM   10          **MS. CHALBECK:**  Yes, Your Honor.

03:41PM   11          **THE COURT:**  Great.  Yeah.

03:41PM   12          **MR. SINGER:**  That's all I have, Judge.

03:41PM   13          **THE COURT:**  Yep.

03:41PM   14          **MS. IZZO:**  I just texted Lee, so he should be on his

03:41PM   15   way up.

03:41PM   16          **MS. CHALBECK:**  Your Honor, I would note that counsel

03:41PM   17   for the witness is present in the courtroom --

03:42PM   18          **THE COURT:**  Yep.

03:42PM   19          **MS. CHALBECK:**  -- sitting on the back bench.  Thank

03:42PM   20   you.

03:42PM   21          **THE COURT:**  I see her.

03:42PM   22          Ms. Kubiniec, have you spoken with him today?

03:42PM   23          **MS. KUBINIEC:**  Yes, Your Honor, on lunch break.

03:42PM   24          **THE COURT:**  I'm sorry?

03:42PM   25          **MS. KUBINIEC:**  While the Court was on lunch break.

Case 1:19-cr-00227-LJV-MJR    Document 1065    Filed 07/15/24    Page 4 of 16
USA v Bongiovanni - Peter Militello Proffer w/o Jury - 2/28/24

4

| | | |
|---|---|---|
| 03:42PM | 1 | **THE COURT:**  Great. |
| 03:47PM | 2 | (Peter Militello seated at 3:47 p.m.) |
| 03:47PM | 3 | **THE COURT:**  Okay.  Ms. Kellogg, you can swear in the |
| 03:47PM | 4 | witness. |
| 03:47PM | 5 | |
| 03:47PM | 6 | **P E T E R   M I L I T E L L O**, having been duly called and |
| 03:47PM | 7 | sworn, testified as follows: |
| 03:47PM | 8 | |
| 03:47PM | 9 | **THE COURT:**  Will you state your name, sir, and spell |
| 03:47PM | 10 | your first and last name, please? |
| 03:47PM | 11 | **THE WITNESS:**  Your Honor, with all due respect, I |
| 03:47PM | 12 | ain't answering no question. |
| 03:47PM | 13 | **THE COURT:**  Okay.  Well, what I'd like you to do -- I |
| 03:47PM | 14 | mean, look it, while you're in my courtroom, first of all, |
| 03:47PM | 15 | you're going to be treated with all the respect that you |
| 03:47PM | 16 | deserve, and I hope that you will extend that same respect to |
| 03:48PM | 17 | me, because I've got a job to do. |
| 03:48PM | 18 | **THE WITNESS:**  Absolutely. |
| 03:48PM | 19 | **THE COURT:**  So I'd like you to state and spell your |
| 03:48PM | 20 | first and last name for the record right now.  Will do you |
| 03:48PM | 21 | that for me? |
| 03:48PM | 22 | **THE WITNESS:**  Peter Militello, P-E-T-E-R |
| 03:48PM | 23 | M-I-L-I-T-E-L-L-O. |
| 03:48PM | 24 | **THE COURT:**  Thank you.  And you understand that |
| 03:48PM | 25 | you've now been put under oath; is that right? |

03:48PM  1          **THE WITNESS:**  Yeah, I understand, Your Honor.

03:48PM  2          **THE COURT:**  Okay.  And your lawyer is here in the

03:48PM  3  courtroom; do you see her?

03:48PM  4          **THE WITNESS:**  Yeah, I see her.

03:48PM  5          **THE COURT:**  Okay.  So now you're going to be asked

03:48PM  6  some questions, and if I feel as though you should answer

03:48PM  7  those questions, I'm going to direct you to answer them.

03:48PM  8          If I think that you have a reason not to answer them

03:48PM  9  because the question calls for privileged information or

03:48PM  10  information that might incriminate you, then I will allow you

03:48PM  11  not to answer.  Okay?

03:48PM  12          Okay.  So, let's proceed.

03:48PM  13          **MS. CHALBECK:**  Thank you, Your Honor.

03:48PM  14

03:48PM  15          **PROFFER QUESTIONS BY MS. CHALBECK:**

03:49PM  16  Q.  The government only has three questions.

03:49PM  17      The first question:  Were you ever an informant for

03:49PM  18  Joseph Bongiovanni?

03:49PM  19  A.  (No response.)

03:49PM  20          **THE COURT:**  Ms. Kubiniec, is there any reason he

03:49PM  21  should not answer that question?

03:49PM  22          Come up, Ms. Kubiniec, you can come right up to the

03:49PM  23  podium here.  Thank you, and I appreciate it.

03:49PM  24          Is there -- is there a Fifth Amendment reason why he

03:49PM  25  should not answer that question?

Case 1:19-cr-00227-LJV-MJR   Document 1065   Filed 07/15/24   Page 6 of 16
USA v Bongiovanni - Peter Militello Proffer w/o Jury - 2/28/24

6

03:49PM  1          **MS. KUBINIEC:**  To the best of my knowledge, no,

03:49PM  2  Your Honor.

03:49PM  3          **THE COURT:**  I'm going to direct you to answer that

03:49PM  4  question, please, sir.

03:49PM  5          **THE WITNESS:**  (No response.)

03:49PM  6          **THE COURT:**  Are you refusing to answer, even though

03:49PM  7  I'm directing you to answer the question?

03:49PM  8          **THE WITNESS:**  With all due respect, Your Honor, I

03:49PM  9  never agreed to cooperate with the government.  I'm not gonna

03:49PM  10  answer any questions here today.

03:49PM  11          **THE COURT:**  No, we understand that.  We understand

03:49PM  12  that you've not agreed --

03:49PM  13          **THE WITNESS:**  I'm not gonna answer the questions,

03:49PM  14  because if I answer the questions, I'm gonna be assisting the

03:50PM  15  government.  And I never agreed to cooperate or assist the

03:50PM  16  government in any way, shape, or form.  I'm here under a

03:50PM  17  subpoena.

03:50PM  18          **THE COURT:**  We understand.

03:50PM  19          **THE WITNESS:**  I didn't come here willingly,

03:50PM  20  Your Honor, so I'm not gonna answer no questions.

03:50PM  21          With all due respect to the Court --

03:50PM  22          **THE COURT:**  I understand, and I appreciate that.  But

03:50PM  23  I want you to understand that people -- the subpoena requires

03:50PM  24  you to come in, right?

03:50PM  25          **THE WITNESS:**  And I'm here.

USA v Bongiovanni - Peter Militello Proffer w/o Jury - 2/28/24

03:50PM    1           **THE COURT:**  And you are, and I appreciate that.

03:50PM    2           And so now, I have the authority to require you to

03:50PM    3    answer.  Now obviously I can't, you know, force you.  But

03:50PM    4    under the law, I have the authority to require you to answer

03:50PM    5    questions that I think you should answer.

03:50PM    6           You are not cooperating with the government.  You're

03:50PM    7    not helping anybody by doing anything.  You are simply doing

03:50PM    8    what the law requires you to do.

03:50PM    9           **THE WITNESS:**  And it's also my constitutional right

03:50PM   10    to remain silent.

03:50PM   11           **THE COURT:**  But not unless what you say can be used

03:50PM   12    against you to prosecute you.  So if -- and that's why your

03:51PM   13    lawyer's here.  Your lawyer's here to protect that right.

03:51PM   14           You're right, you have the right to remain silent

03:51PM   15    and --

03:51PM   16           **THE WITNESS:**  But if I answer the question, I'll be

03:51PM   17    assisting the government; am I right or wrong?

03:51PM   18           **THE COURT:**  Well, you'll be doing what you're

03:51PM   19    required to do.

03:51PM   20           **THE WITNESS:**  I'm not a stoolie, Your Honor.  I'm not

03:51PM   21    answering no questions on the stand.  I just ain't doing it.

03:51PM   22    I'll deal with the consequences, whatever they may be.

03:51PM   23           **THE COURT:**  There might be consequences to you as a

03:51PM   24    result of that; do you understand that?

03:51PM   25           **THE WITNESS:**  I understand, Your Honor.

Case 1:19-cr-00227-LJV-MJR    Document 1065    Filed 07/15/24    Page 8 of 16
USA v Bongiovanni - Peter Militello Proffer w/o Jury - 2/28/24

8

03:51PM    1    **THE COURT:** Okay.

03:51PM    2    **THE WITNESS:** I understand. I fully understand.

03:51PM    3    **THE COURT:** Okay. So, ask your next question.

03:51PM    4    **BY MS. CHALBECK:**

03:51PM    5    Q. Mr. Militello, did the defendant, Joseph Bongiovanni,

03:51PM    6    arrest you?

03:51PM    7    A. (No response.)

03:51PM    8    **THE COURT:** I'm going to direct you to answer that

03:51PM    9    question.

03:51PM    10    **THE WITNESS:** (No response.)

03:51PM    11    **THE COURT:** Are you refusing to answer that question

03:51PM    12    despite my direction?

03:51PM    13    You can answer my question. Are you refusing to

03:51PM    14    answer the question despite my direction?

03:51PM    15    **THE WITNESS:** Yes, Your Honor.

03:51PM    16    **THE COURT:** Thank you.

03:51PM    17    Next question.

03:51PM    18    **BY MS. CHALBECK:**

03:51PM    19    Q. Are you serving 30 years in prison in connection with the

03:52PM    20    defendant's arrest of you?

03:52PM    21    A. (No response.)

03:52PM    22    **THE COURT:** Okay. And I'm going to direct you to

03:52PM    23    answer that question.

03:52PM    24    **THE WITNESS:** (No response.)

03:52PM    25    **THE COURT:** Are you refusing to answer that question

03:52PM   1   despite my direction?

03:52PM   2           **THE WITNESS:**  With all due respect, yes, Your Honor.

03:52PM   3           **THE COURT:**  Okay.

03:52PM   4       **MS. CHALBECK:**  I don't have any further questions,

03:52PM   5   Your Honor.  If the government may have a moment just to

03:52PM   6   confer as to what we would request.

03:52PM   7           **THE COURT:**  Sure.

03:52PM   8       And you can take the witness back.  Keep him on this

03:52PM   9   floor, though, for the time being.

03:53PM   10          (Peter Militello exited courtroom at 3:53 p.m.)

03:53PM   11      **MS. CHALBECK:**  Your Honor, I understand that the

03:53PM   12  witness just exited the courtroom.  The government would ask

03:53PM   13  that he be directed one more time to answer the questions that

03:53PM   14  the government issued to him.

03:53PM   15      In the event that he continues to refuse, the

03:53PM   16  government would ask the Court to hold him in civil contempt

03:53PM   17  under Title 18, United States Code, Section 1826, that's the

03:53PM   18  recalcitrant witness statute, and that the witness be

03:53PM   19  instructed that that time which, per the statute, will run

03:53PM   20  through the duration of the judicial proceeding in this trial

03:53PM   21  will be in addition to his 30-year prison sentence.  And

03:54PM   22  moreover, should he continue to refuse to testify as required

03:54PM   23  by law, he could be held in criminal contempt, and that time

03:54PM   24  would run consecutive to any prison sentence as well.

03:54PM   25          **MR. SINGER:**  I mean, Judge, I -- obviously, you've

| | | |
|---|---|---|
| 03:54PM | 1 | got to do what you've got to do in this situation. |
| 03:54PM | 2 | I'm not going to speak on behalf of Mr. Militello |
| 03:54PM | 3 | because Ms. Kubiniec is here to do that.  But bringing him |
| 03:54PM | 4 | back in here and asking him to answer questions again is just |
| 03:54PM | 5 | a waste of time.  We're already behind in this trial.  I think |
| 03:54PM | 6 | we just need to move things along, proceed with your warnings, |
| 03:54PM | 7 | and the government can do what they need to do with this |
| 03:54PM | 8 | witness, and we'll move on to the next one. |
| 03:54PM | 9 | **THE COURT:**  I think we ought to at least let him know |
| 03:54PM | 10 | that -- I mean, I told him there might be consequences.  I |
| 03:54PM | 11 | think we ought to at least let him know what those |
| 03:54PM | 12 | consequences might be. |
| 03:54PM | 13 | **MR. SINGER:**  I don't have any objection to that, |
| 03:54PM | 14 | Judge.  I just don't think that reasking the same questions is |
| 03:54PM | 15 | gonna get us anywhere. |
| 03:55PM | 16 | **THE COURT:**  I don't either, but I think it's at least |
| 03:55PM | 17 | worth a shot. |
| 03:55PM | 18 | Okay.  Bring him back in.  Sorry, guys. |
| 03:55PM | 19 | (Peter Militello seated at 3:55 p.m.) |
| 03:56PM | 20 | **THE COURT:**  Sit down, Mr. Militello. |
| 03:56PM | 21 | Before we let you go, I want to make sure you |
| 03:56PM | 22 | understand what the consequences might be. |
| 03:56PM | 23 | So if you refuse to answer questions that I direct |
| 03:56PM | 24 | you to answer, I could hold you in civil contempt.  And that |
| 03:56PM | 25 | means that you can be incarcerated for even longer than your |

Case 1:19-cr-00227-LJV-MJR   Document 1065   Filed 07/15/24   Page 11 of 16
USA v Bongiovanni - Peter Militello Proffer w/o Jury - 2/28/24

11

03:56PM    1    sentence in jail is.  And the government can even bring a

03:56PM    2    prosecution against you for criminal contempt, and that could

03:56PM    3    add time to your time in jail; do you understand that?

03:56PM    4    **THE WITNESS:**  Yep.

03:56PM    5    **THE COURT:**  And have you talked with your lawyer

03:56PM    6    about what the consequences of refusing to answer the

03:56PM    7    questions that the Court directs you to answer might be?

03:56PM    8    **THE WITNESS:**  Nope.

03:56PM    9    **THE COURT:**  You didn't talk about that?

03:56PM    10    **THE WITNESS:**  Matter of fact, I want to fire my

03:56PM    11    lawyer, since we're talking about lawyers.

03:57PM    12    **THE COURT:**  What's that?

03:57PM    13    **THE WITNESS:**  I want to fire my lawyer right now.

03:57PM    14    **THE COURT:**  You want to fire your lawyer?

03:57PM    15    **THE WITNESS:**  Yep.

03:57PM    16    **THE COURT:**  Well, that's not a real wise thing to do

03:57PM    17    right now because you've got some legal decisions that you

03:57PM    18    need to make.

03:57PM    19    **THE WITNESS:**  I'm not -- with all due respect,

03:57PM    20    Your Honor, I'm not the one on trial.

03:57PM    21    **THE COURT:**  I understand that.  But you do have

03:57PM    22    consequences to you that might result from your refusing an

03:57PM    23    order -- a lawful order of a Court.

03:57PM    24    So, as I say, I've got a job to do.  And I'm ordering

03:57PM    25    you to answer these questions --

03:57PM   1          **THE WITNESS:**  And the Court's violating my rights,

03:57PM   2   too.

03:57PM   3          **THE COURT:**  No, I'm not.

03:57PM   4          **THE WITNESS:**  I have the right to remain silent.

03:57PM   5          **THE COURT:**  I'm not, Mr. Militello.  I promise you,

03:57PM   6   I'm not.  And by -- by ordering you to -- to answer the

03:57PM   7   questions, I'm not putting you in a position where you are

03:57PM   8   giving up your right to remain silent in matters that might

03:57PM   9   incriminate you, because the questions can't possibly

03:57PM  10   incriminate you.

03:57PM  11          **THE WITNESS:**  I never signed into an agreement, of a

03:57PM  12   cooperation agreement with the government, so I have no

03:57PM  13   obligation to the government.

03:58PM  14          **THE COURT:**  You don't have obligation to the

03:58PM  15   government.  But do you have -- just listen to me.  Just

03:58PM  16   listen, and don't -- just listen and don't close your mind,

03:58PM  17   okay?

03:58PM  18          You do have obligations to the Court.  You might not

03:58PM  19   have obligations to the government, but you've got an

03:58PM  20   obligation to the Court.

03:58PM  21          And that means that if I order you to answer the

03:58PM  22   questions, you have to answer the questions, or there will be

03:58PM  23   consequences.  And so -- and so, I'm trying to explain to you

03:58PM  24   in as respectful and as direct a way as I can that you need to

03:58PM  25   answer these questions, or there are going to be consequences

03:58PM  1    for you.

03:58PM  2          And you're not cooperating.  This is by no means

03:58PM  3    cooperation.  It's not going to be construed as cooperation,

03:58PM  4    it's not cooperation.  You're here because you're compelled to

03:58PM  5    be here.  You're answering the questions because you're being

03:58PM  6    compelled to answer the questions.  So you're not cooperating.

03:58PM  7          **THE WITNESS:**  Well, I feel my rights are being

03:58PM  8    violated by the Court.

03:58PM  9          **THE COURT:**  Okay.  So regardless of what I tell you,

03:59PM 10    and regardless of what the consequences are, are you just

03:59PM 11    going to remain silent and not answer the government's

03:59PM 12    questions?

03:59PM 13          **THE WITNESS:**  I don't recall anything.  I was high.

03:59PM 14    I don't even know my name anymore.  I'm a number, 22507-055,

03:59PM 15    for the past 11 years because of the U.S. Attorney's Office.

03:59PM 16          **THE COURT:**  You're not a number in this courtroom,

03:59PM 17    Mr. Militello.  I want you to understand that.  You're not a

03:59PM 18    number in this courtroom.

03:59PM 19          I told you when you came in here that you have the

03:59PM 20    respect of me personally and the Court when you come in my

03:59PM 21    courtroom.  And anybody can tell you that anybody who comes in

03:59PM 22    this courtroom gets that same respect.

03:59PM 23          **THE WITNESS:**  I heard that about you.  I heard you're

03:59PM 24    fair.  So --

03:59PM 25          **THE COURT:**  Okay.  So I just want to ask you this

Case 1:19-cr-00227-LJV-MJR   Document 1065   Filed 07/15/24   Page 14 of 16
USA v Bongiovanni - Peter Militello Proffer w/o Jury - 2/28/24

14

03:59PM   1   question, and I want you to answer this question:

03:59PM   2          Even if I direct you to answer these questions, and

03:59PM   3   you understand that the consequences might be your spending

03:59PM   4   more time in jail than your sentence requires you to spend,

03:59PM   5   and even if, as I've explained to you, by answering the

04:00PM   6   questions you are not cooperating with anyone, are you still

04:00PM   7   just going remain silent and not answer the questions?

04:00PM   8          Just answer that question for me.

04:00PM   9          **THE WITNESS:**  Yeah.  I think it's in my best interest

04:00PM   10  to remain silent.

04:00PM   11         **THE COURT:**  Okay.  I don't know that we can do

04:00PM   12  anything else.

04:00PM   13         **MS. CHALBECK:**  May the government just have one

04:00PM   14  moment, Your Honor?

04:00PM   15         **THE COURT:**  Of course.

04:00PM   16         (Off the record.)

04:00PM   17         (Back on the record.)

04:00PM   18         **MS. CHALBECK:**  The government would ask the Court to

04:00PM   19  hold Mr. Militello in contempt.

04:00PM   20         **THE COURT:**  Well, I'm not going to do that right now,

04:00PM   21  but we'll talk about it at the end of the day.  I want

04:00PM   22  Ms. Kubiniec to weigh in on it as well.

04:00PM   23         **MS. CHALBECK:**  Understood, Your Honor.

04:00PM   24         **THE COURT:**  Okay.  He can leave.

04:00PM   25         **THE WITNESS:**  Sorry, Your Honor.

| | | |
|---|---|---|
| 04:01PM | 1 | (Witness excused at 4:01 p.m.) |
| 04:01PM | 2 | **THE COURT:** So he's not happy with Ms. Kubiniec, |
| 04:01PM | 3 | obviously. I wonder if getting another lawyer might help. I |
| 04:01PM | 4 | don't know. |
| 04:01PM | 5 | Ms. Kubiniec, have you -- have you had a rocky |
| 04:01PM | 6 | relationship with him for a while? |
| 04:01PM | 7 | **MS. KUBINIEC:** No, Your Honor. |
| 04:01PM | 8 | **THE COURT:** I don't know. |
| 04:01PM | 9 | **MR. COOPER:** Judge, I don't think the problem is with |
| 04:01PM | 10 | Ms. Kubiniec. |
| 04:01PM | 11 | **THE COURT:** I don't either. |
| 04:01PM | 12 | **MR. COOPER:** I think the Court can see that for what |
| 04:01PM | 13 | it was, which was an attempt to disrupt the proceeding. It |
| 04:01PM | 14 | didn't reflect, and Ms. Kubiniec can speak to the fact that |
| 04:01PM | 15 | she's had communications, I think frank communications with |
| 04:01PM | 16 | the witness about what his responsibilities are, what the law |
| 04:01PM | 17 | is. I don't think -- I think getting him another lawyer would |
| 04:01PM | 18 | be giving the child throwing a tantrum what they want. It |
| 04:01PM | 19 | doesn't make sense, Judge. |
| 04:01PM | 20 | **THE COURT:** Okay, I don't want to just make a |
| 04:02PM | 21 | knee-jerk decision. Although I am inclined to hold him civil |
| 04:02PM | 22 | contempt, I don't want to make a knee-jerk decision about |
| 04:02PM | 23 | that, I want to think about it. |
| 04:02PM | 24 | I don't think it's going to further the purpose of |
| 04:02PM | 25 | the trial doing that right now. And so give me a little time |

04:02PM   1   to think about it and renew your request tomorrow --

04:02PM   2          **MS. CHALBECK:**  Yes, Your Honor.

04:02PM   3          **THE COURT:**  -- after I sleep on it.  Okay?

4          (Excerpt concluded at 4:02 p.m.)

5               *     *     *     *     *     *     *

6

7

8

9                    **CERTIFICATE OF REPORTER**

10

11               In accordance with 28, U.S.C., 753(b), I

12   certify that these original notes are a true and correct

13   record of proceedings in the United States District Court for

14   the Western District of New York on February 28, 2024.

15

16                         s/ Ann M. Sawyer
                           Ann M. Sawyer, FCRR, RPR, CRR
17                         Official Court Reporter
                           U.S.D.C., W.D.N.Y.
18

19

20

21

22

23

24

25