UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                           Case No. 19-CR-227-1-JLS

JOSEPH BONGIOVANNI,

                Defendant.

---

## DEFENDANT JOSEPH BONGIOVANNI'S ADDENDUM TO THIRD AMENDED TRIAL WITNESS LIST

Defendant Joseph Bongiovanni, by and through his counsel, may call the following witnesses at the trial[1]:

43. **Ashley Dacek, Records Custodian, KeyBank, N.A.**, Brooklyn, OH.  The witness will authenticate banking records concerning Ryan Whalen.  (20 minutes)

Dated: July 29, 2024
       Williamsville, New York

| | |
|---|---|
| **SINGER LEGAL PLLC** | **THE LAW OFFICE OF PARKER R. MACKAY** |
| *Attorneys for Defendant Joseph Bongiovanni* | *Attorneys for Defendant Joseph Bongiovanni* |
| By:    s/ Robert C. Singer, Esq. | By:    s/ Parker R. MacKay, Esq. |
|       Robert C. Singer, Esq. |       Parker R. MacKay, Esq. |
| 80 East Spring Street | 3110 Delaware Avenue |
| Williamsville, New York 14221 | Kenmore, New York 14217 |
| (716) 222-3288 | (716) 803-8166 |
| rob@singerlegalpllc.com | parker@mackaylawoffice.com |

---

[1] Mr. Bongiovanni reserves his right to supplement this witness list based upon the proof the government introduces at trial as well as after Mr. Bongiovanni is able to review the protected materials.  In addition, Mr. Bongiovanni hereby incorporates all of the witness listed on the government's witness list into his witness list.

**TO:** **United States Attorney's Office**
**for the Western District of New York**
*Counsel for Plaintiff United States of America*
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700