UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.                                                                          **NOTICE OF MOTION**

JOSEPH BONGIOVANNI,                                         Case No.: 19-CR-227

PETER GERACE, JR.,

Defendants.

_____

UNITED STATES OF AMERICA,

v.                                                                          Case No.: 23-CR-37

PETER GERACE, JR.,

_____

**PLEASE TAKE NOTICE** that by and through counsel, Peter Gerace, Jr. (Mark A. Foti, Esq. and Eric M. Soehnlein, Esq.) respectfully requests an Order of the Court: (1) dismissing the above referenced indictments; (2) ordering disclosure as set forth in the attached declaration; and (3) for such other and further relief as the Court deems just and proper.

DATED:      July 31, 2024

s/ Mark A. Foti, Esq.                                              s/ Eric M. Soehnlein, Esq.
Mark A. Foti, Esq.                                                  Eric M. Soehnlein, Esq.
**The Foti Law Firm, P.C.**                                    **Soehnlein Law, PLLC**
16 W Main Street, Suite 100                                  2100 Main Place Tower
Rochester, NY 14614                                             350 Main Street
(585) 461-1999                                                      Buffalo, NY 14202
(585) 491-6512                                                      (716) 771-9092