UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        Plaintiff,

v.                                                  Case No. 19-CR-227-1-JLS

JOSEPH BONGIOVANNI,

        Defendant.

## NOTICE OF MOTION

| | |
|---|---|
| **Moving Party**: | Defendant Joseph Bongiovanni |
| **Date and Time**: | TBD |
| **Place**: | Hon. Lawrence J. Vilardo<br>U.S. Courthouse<br>2 Niagara Square<br>Buffalo, New York 14202 |
| **Supporting Papers**: | Declaration of Robert C. Singer, Esq., executed August 7, 2024 |
| **Answering Papers**: | Due upon order of the court. |
| **Relief Requested**: | An Order granting defendant's motion to for joinder in ECF 1083. |

Dated: August 7, 2024
       Williamsville, New York

                                        **SINGER LEGAL PLLC**
                                        *Attorneys for Defendant Joseph Bongiovanni*

                                        By:    /s/ Robert C. Singer, Esq.
                                              Robert C. Singer, Esq.
                                        80 East Spring Street
                                        Williamsville, New York 14221
                                        (716) 222-3288
                                        rob@singerlegalpllc.com

**TO:** **United States Attorney's Office**
**for the Western District of New York**
*Counsel for Plaintiff United States of America*
Joseph Tripi, Esq.
Nicholas Cooper, Esq.
David Rudroff, Esq.
138 Delaware Avenue
Buffalo, New York  14202
(716) 843-5700

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

          Plaintiff,

v.                                Case No. 19-CR-227-1-JLS

JOSEPH BONGIOVANNI,

          Defendant.

## ATTORNEY DECLARATION

        I, ROBERT C. SINGER, ESQ., make this Declaration under penalty of perjury pursuant to 28 U.S.C. § 1746:

        1.     I am an attorney at law duly licensed to practice in the State of New York and this Court and I am Owner of Singer Legal PLLC.  Together with Parker Mackay, Esq., we act as attorneys for defendant Joseph Bongiovanni.

        2.     I have worked on this matter extensively; therefore, I am fully familiar with the facts set forth herein.  I submit this declaration in support of the defendants' Motion for Joinder in ECF 1083.

        3.     On July 25, 2024, counsel for Co-Defendant Peter Gerace filed a Joint Motion for Disclosure.  *See* ECF 1083.  In its response, the government questioned whether co-defendant Bongiovanni has offcially joined in the motion for disclosure because counsel for Mr. Bongiovanni had not filed anything on the docket.  *See* ECF 1100.

      4.      Co-Defendant Bongiovanni hereby joins in the motion for disclosure and incorporates all arguments made in ECF 1083.

Dated: August 7, 2024
       Williamsville, New York

**SINGER LEGAL PLLC**
*Attorneys for Defendant Joseph Bongiovanni*

By:   s/ Robert C. Singer, Esq.
      Robert C. Singer, Esq.
80 E Spring Street
Williamsville, New York 14221
(716) 222-3288
rob@singerlegalpllc.com