09:26AM

```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF NEW YORK
 _____
 UNITED STATES OF AMERICA,
                                           Case No. 1:19-cr-227
             Plaintiff,                              (LJV)
 v.
                                           September 3, 2024
 JOSEPH BONGIOVANNI,

             Defendant.
 _____


      TRANSCRIPT EXCERPT - EXAMINATION OF JOSEPH KRYWALSKI
             BEFORE THE HONORABLE LAWRENCE J. VILARDO
                  UNITED STATES DISTRICT JUDGE
```

| | |
|---|---|
| **APPEARANCES:** | **TRINI E. ROSS,** UNITED STATES ATTORNEY |
| | BY: **JOSEPH M. TRIPI, ESQ.** |
| | **NICHOLAS T. COOPER, ESQ.** |
| | **CASEY L. CHALBECK, ESQ.** |
| | Assistant United States Attorneys |
| | Federal Centre, 138 Delaware Avenue |
| | Buffalo, New York 14202 |
| | For the Plaintiff |
| | |
| | **SINGER LEGAL PLLC** |
| | BY: **ROBERT CHARLES SINGER, ESQ.** |
| | 80 East Spring Street |
| | Williamsville, New York 14221 |
| | And |
| | **LAW OFFICES OF PARKER ROY MacKAY** |
| | BY: **PARKER ROY MacKAY, ESQ.** |
| | 3110 Delaware Avenue |
| | Kenmore, New York 14217 |
| | And |
| | **OSBORN, REED & BURKE, LLP** |
| | BY: **JOHN J. GILSENAN, ESQ.** |
| | 120 Allens Creek Road |
| | Rochester, New York 14618 |
| | For the Defendant |
| | |
| **PRESENT:** | **BRIAN A. BURNS,** FBI Special Agent |
| | **MARILYN K. HALLIDAY,** HSI Special Agent |
| | **KAREN A. CHAMPOUX,** USA Paralegal |
| | |
| **LAW CLERK:** | **REBECCA FABIAN IZZO, ESQ.** |

Case 1:19-cr-00227-LJV-MJR   Document 1181   Filed 09/08/24   Page 2 of 10
USA v Bongiovanni - Krywalski - Chalbeck/Direct - 9/3/24

2

```
 1   COURT DEPUTY CLERK:    COLLEEN M. DEMMA

 2   COURT REPORTER:        ANN MEISSNER SAWYER, FCRR, RPR, CRR
                            Robert H. Jackson Federal Courthouse
 3                          2 Niagara Square
                            Buffalo, New York  14202
 4                          Ann_Sawyer@nywd.uscourts.gov

 5                    *    *    *    *    *    *    *

 6

 7           (Excerpt commenced at 11:51 a.m.)

 8           (Jury is present.)

 9           THE COURT:  The government can call its next witness.

10           MS. CHALBECK:  Thank you, Your Honor.

11           The government calls Joseph Krywalski.

12

13   J O S E P H   K R Y W A L S K I, having been duly called and

14   sworn, testified as follows:

15           MS. CHALBECK:  May I inquire, Your Honor?

16           THE COURT:  You may.

17

18                  DIRECT EXAMINATION BY MS. CHALBECK:

19   Q.  Good morning, sir, how are you?

20   A.  Good, thank you.

21   Q.  Please tell the jury who you are.

22   A.  My name is Joseph Krywalski.  I'm employed by the

23   New York State Police out of SP Lockport.

24   Q.  And so as can you tell, Ann is taking down everything

25   that you're saying and that I'm saying, so just try to speak
```

| | | |
|---|---|---|
| 11:53AM | 1 | as slowly as possible so that she can get everything that |
| 11:53AM | 2 | you're saying.  Sound good? |
| 11:53AM | 3 | A.   No problem. |
| 11:53AM | 4 | Q.   Okay.  Where do you -- you work at for the state police |
| 11:53AM | 5 | in Lockport; is that right? |
| 11:53AM | 6 | A.   That's correct. |
| 11:53AM | 7 | Q.   How long have you worked for the state police? |
| 11:53AM | 8 | A.   19 and a half years now. |
| 11:53AM | 9 | Q.   And prior to working in Lockport, what position were you |
| 11:53AM | 10 | in with the state police? |
| 11:53AM | 11 | A.   I started as a trooper, made my way through the state |
| 11:53AM | 12 | ending up in Western New York ultimately where I live.  And |
| 11:54AM | 13 | then I became a sergeant eventually. |
| 11:54AM | 14 | Q.   And when you're a trooper, do you go on things called |
| 11:54AM | 15 | road patrols? |
| 11:54AM | 16 | A.   I do. |
| 11:54AM | 17 | Q.   And I want to direct your attention to the 2013 time |
| 11:54AM | 18 | period.  Were you a trooper doing road patrols in August of |
| 11:54AM | 19 | 2013? |
| 11:54AM | 20 | A.   I was.  I was a trooper stationed SP Clarence at the |
| 11:54AM | 21 | time. |
| 11:54AM | 22 | Q.   And when you say "SP," is that short for state police? |
| 11:54AM | 23 | A.   It is. |
| 11:54AM | 24 | Q.   Okay.  Do you know an individual by the name of Jessica |
| 11:54AM | 25 | Leyland? |

| | | |
|---|---|---|
| 11:54AM | 1 | A. I do. |
| 11:54AM | 2 | Q. And how do you know that person? |
| 11:54AM | 3 | A. I had arrested her in August of 2013. |
| 11:54AM | 4 | Q. Did you arrest her based on a traffic stop? |
| 11:54AM | 5 | A. I did. |
| 11:54AM | 6 | Q. And was that a traffic stop that you were performing in |
| 11:54AM | 7 | your capacity as a trooper doing a road patrol? |
| 11:54AM | 8 | A. It was. |
| 11:54AM | 9 | Q. Where was the traffic stop and arrest? |
| 11:54AM | 10 | A. The stop occurred on Transit Road near Aero Drive in the |
| 11:55AM | 11 | Town of Cheektowaga. |
| 11:55AM | 12 | Q. Is that near Pharaoh's Gentlemen's Club? |
| 11:55AM | 13 | A. It is within eyesight of it. |
| 11:55AM | 14 | Q. Right down the road? |
| 11:55AM | 15 | A. A couple hundred yards. |
| 11:55AM | 16 | Q. What time of day did you arrest Ms. Leyland? |
| 11:55AM | 17 | A. I believe it was 2:35 in the morning was our initial |
| 11:55AM | 18 | interaction. |
| 11:55AM | 19 | Q. And what, if anything, did you see in Ms. Leyland's |
| 11:55AM | 20 | vehicle when you stopped her? |
| 11:55AM | 21 | A. I walked up on the passenger's side of the vehicle, my |
| 11:55AM | 22 | partner was on the driver's side speaking to her at the time. |
| 11:55AM | 23 | And then right on the driver's -- excuse me, the passenger |
| 11:55AM | 24 | side front, in plain view was a bag full of individual |
| 11:55AM | 25 | baggies of cocaine. |

| | | |
|---|---|---|
| 11:55AM | 1 | Q.   Did you see any -- anything else, like, around the |
| 11:55AM | 2 | gearshift of the car? |
| 11:55AM | 3 | A.   There was.  When we do traffic stops, you're looking at |
| 11:55AM | 4 | the whole vehicle.  There was marijuana shake littered across |
| 11:55AM | 5 | the gearshifter, as well as a burnt marijuana cigarette in |
| 11:55AM | 6 | the ashtray. |
| 11:55AM | 7 | Q.   Did you make any observations about the content of the |
| 11:55AM | 8 | vehicle in the back seat? |
| 11:56AM | 9 |      I can ask a more specific question.  Did you see any |
| 11:56AM | 10 | apparel in the back seat of the car? |
| 11:56AM | 11 | A.   After the arrest we subsequently towed the vehicle and |
| 11:56AM | 12 | did an inventory, and there was scantily clad clothing in the |
| 11:56AM | 13 | back of the vehicle, and she had made mention of being a |
| 11:56AM | 14 | dancer. |
| 11:56AM | 15 |           **MR. SINGER:**  Objection, hearsay.  I didn't realize it |
| 11:56AM | 16 | was going to be that loud. |
| 11:56AM | 17 |           **THE COURT:**  Sustained.  So we don't want you to say |
| 11:56AM | 18 | anything that she said to you. |
| 11:56AM | 19 |           **THE WITNESS:**  Fair enough. |
| 11:56AM | 20 |           **THE COURT:**  Just what you saw. |
| 11:56AM | 21 |           **MR. SINGER:**  Apologies, Your Honor. |
| 11:56AM | 22 |           I think I scared myself too, Judge. |
| 11:56AM | 23 |           **THE COURT:**  You scared all of us, Mr. Singer. |
| 11:56AM | 24 |           **MS. CHALBECK:**  Your Honor, just based on you what |
| 11:56AM | 25 | told the witness, do you mind if the parties approach? |

Case 1:19-cr-00227-LJV-MJR   Document 1181   Filed 09/08/24   Page 6 of 10
USA v Bongiovanni - Krywalski - Chalbeck/Direct - 9/3/24

6

11:56AM  1         **THE COURT:** No, come on up.

11:56AM  2             (Sidebar discussion held on the record.)

11:56AM  3         **MS. CHALBECK:** So I just heard the Court make a
11:57AM  4  ruling, don't say anything about what Ms. Leyland told him.  I
11:57AM  5  was going to ask the witness if Ms. Leyland had -- had
11:57AM  6  described where she got the cocaine from.

11:57AM  7             Based on a prior interview and also the court records
11:57AM  8  relating to this arrest, Ms. Leyland tells Trooper Krywalski
11:57AM  9  that she got the cocaine from Pharaoh's, and that she did a
11:57AM  10 bump of the cocaine.

11:57AM  11            In my view, that's a statement against penal
11:57AM  12 interests because essentially Ms. Leyland is admitting to a
11:57AM  13 law enforcement officer while she's about to be arrested that
11:57AM  14 she sampled this cocaine at Pharaoh's to make sure that it
11:57AM  15 wasn't baking soda and she then takes the coke.

11:57AM  16        **THE COURT:** Is she a coconspirator as well?

11:57AM  17        **MR. COOPER:** Yes.

11:57AM  18        **MS. CHALBECK:** Yes.  But it's not a statement that's
11:57AM  19 necessarily made in furtherance of the conspiracy.

11:57AM  20            But I think under United States versus Ojudun, which
11:57AM  21 is a 2019 2nd Circuit case, it's 915 F.3d 875, 2nd Circuit
11:58AM  22 2019, I think that this plainly falls within the ambit of a
11:58AM  23 statement against penal interests because it's a statement
11:58AM  24 where she admits to using cocaine to a law enforcement
11:58AM  25 officer.

Case 1:19-cr-00227-LJV-MJR   Document 1181   Filed 09/08/24   Page 7 of 10
USA v Bongiovanni - Krywalski - Chalbeck/Direct - 9/3/24

7

| | | |
|---|---|---|
| 11:58AM | 1 | **THE COURT:** Why not? |
| 11:58AM | 2 | **MR. SINGER:** So the reason why the 804 exception |
| 11:58AM | 3 | doesn't apply, Judge, is because the government hasn't |
| 11:58AM | 4 | demonstrated her unavailability, and that's the problem, is |
| 11:58AM | 5 | that to get a penal interest exception to apply, the witness |
| 11:58AM | 6 | has to be unavailable. |
| 11:58AM | 7 | **THE COURT:** She's going to testify, isn't she? |
| 11:58AM | 8 | **MS. CHALBECK:** Jessica Leyland? |
| 11:58AM | 9 | **THE COURT:** Yeah. |
| 11:58AM | 10 | **MS. CHALBECK:** No, she's not going to testify.  I |
| 11:58AM | 11 | think she's incarcerated right now, and she's charged. |
| 11:58AM | 12 | **THE COURT:** I thought she was on the list I saw. |
| 11:58AM | 13 | **MS. CHALBECK:** No, Judge. |
| 11:58AM | 14 | **MR. COOPER:** She's charged by the United States |
| 11:58AM | 15 | Attorney's Office and has an attorney.  She's -- to be asked |
| 11:58AM | 16 | questions about this would obviously cause her to invoke the |
| 11:59AM | 17 | Fifth. |
| 11:59AM | 18 | **THE COURT:** No, okay.  I missed -- I don't know why |
| 11:59AM | 19 | somewhere in my head I thought she was on the witness list. |
| 11:59AM | 20 | **MR. COOPER:** There's a lot of witnesses, Judge. |
| 11:59AM | 21 | **THE COURT:** Yeah, I know, I know.  There's a lot of |
| 11:59AM | 22 | names being mentioned. |
| 11:59AM | 23 | **MR. COOPER:** Yes, sir. |
| 11:59AM | 24 | **THE COURT:** I apologize. |
| 11:59AM | 25 | **MS. CHALBECK:** As you Your Honor knows, if the |

Case 1:19-cr-00227-LJV-MJR   Document 1181   Filed 09/08/24   Page 8 of 10
USA v Bongiovanni - Krywalski - Chalbeck/Direct - 9/3/24

8

| | | |
|---|---|---|
| 11:59AM | 1 | witness invokes the Fifth Amendment, that is, you know, a form |
| 11:59AM | 2 | of unavailability. |
| 11:59AM | 3 | **THE COURT:** Yeah, but that's not happened yet. |
| 11:59AM | 4 | Yeah, I don't think so.  I don't think so. |
| 11:59AM | 5 | **MS. CHALBECK:** Okay. |
| 11:59AM | 6 | (End of sidebar discussion.) |
| 11:59AM | 7 | **BY MS. CHALBECK:** |
| 11:59AM | 8 | Q.  Trooper Krywalski, moments ago you testified that you |
| 11:59AM | 9 | observed cocaine in the front passenger seat of Ms. Leyland's |
| 11:59AM | 10 | vehicle; is that right? |
| 11:59AM | 11 | A.  That's correct. |
| 11:59AM | 12 | Q.  How much cocaine are we talking about here? |
| 11:59AM | 13 | A.  It was 39 individually wrapped baggies. |
| 11:59AM | 14 | Q.  Did you eventually weigh that cocaine? |
| 11:59AM | 15 | A.  I did. |
| 11:59AM | 16 | Q.  Was it -- how much cocaine did that weigh out to be? |
| 11:59AM | 17 | A.  More than eight or nine 8 Balls, 31 and a half grams, I |
| 12:00PM | 18 | believe, was the total for just the 39 baggies, there was |
| 12:00PM | 19 | a -- |
| 12:00PM | 20 | Q.  Sorry. |
| 12:00PM | 21 | A.  There was additional drugs found, but just those, I |
| 12:00PM | 22 | believe. |
| 12:00PM | 23 | Q.  I think an 8 Ball is something that this jury has heard |
| 12:00PM | 24 | about.  Is that a good amount of cocaine? |
| 12:00PM | 25 | A.  Yes. |

| | | |
|---|---|---|
| 12:00PM | 1 | Q.   And this occurred -- this traffic stop occurred right |
| 12:00PM | 2 | down the road from Pharaoh's? |
| 12:00PM | 3 | A.   That's correct. |
| 12:00PM | 4 | **MS. CHALBECK:**  One moment. |
| 12:00PM | 5 | **BY MS. CHALBECK:** |
| 12:00PM | 6 | Q.   Does an 8 Ball refer to approximately an eighth of an |
| 12:01PM | 7 | ounce of cocaine? |
| 12:01PM | 8 | A.   That's correct. |
| 12:01PM | 9 | Q.   And I think you testified, Sergeant Krywalski, that these |
| 12:01PM | 10 | were individually wrapped baggies of cocaine? |
| 12:01PM | 11 | A.   That's correct. |
| 12:01PM | 12 | Q.   Based on your experience in law enforcement, is that |
| 12:01PM | 13 | consistent with a distribution practice? |
| 12:01PM | 14 | A.   Yes. |
| 12:01PM | 15 | **MS. CHALBECK:**  Okay.  No further direct, Your Honor. |
| 12:01PM | 16 | **THE COURT:**  Any cross? |
| 12:01PM | 17 | **MR. SINGER:**  I have no questions, Judge. |
| 12:01PM | 18 | **THE COURT:**  You can step down, sir. |
| 12:01PM | 19 | **THE WITNESS:**  Thank you, Judge. |
| 12:01PM | 20 | (Witness excused at 12:01 p.m.) |
| | 21 | (Excerpt concluded at 12:01 p.m.) |
| | 22 | *     *     *     *     *     *     * |
| | 23 | |
| | 24 | |
| | 25 | |

## CERTIFICATE OF REPORTER

In accordance with 28, U.S.C., 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Western District of New York on September 3, 2024

s/ Ann M. Sawyer
Ann M. Sawyer, FCRR, RPR, CRR
Official Court Reporter
U.S.D.C., W.D.N.Y.