```
 1                    UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF NEW YORK
 2
    _____
 3  UNITED STATES OF AMERICA,
                                          Case No. 1:19-cr-227
 4              Plaintiff,                            (LJV)
    v.
 5                                        March 19, 2024
    JOSEPH BONGIOVANNI,
 6
                Defendant.
 7  _____

 8      TRANSCRIPT EXCERPT - EXAMINATION OF JASON PIERINI
            BEFORE THE HONORABLE LAWRENCE J. VILARDO
 9                 UNITED STATES DISTRICT JUDGE

10
    APPEARANCES:          TRINI E. ROSS, UNITED STATES ATTORNEY
11                        BY: JOSEPH M. TRIPI, ESQ.
                              NICHOLAS T. COOPER, ESQ.
12                            CASEY L. CHALBECK, ESQ.
                          Assistant United States Attorneys
13                        Federal Centre
                          138 Delaware Avenue
14                        Buffalo, New York 14202
                            And
15                        UNITED STATES DEPARTMENT OF JUSTICE
                          BY: JORDAN ALAN DICKSON, ESQ.
16                        1301 New York Ave NW
                          Suite 1000
17                        Washington, DC 20530-0016
                          For the Plaintiff
18
                          SINGER LEGAL PLLC
19                        BY: ROBERT CHARLES SINGER, ESQ.
                          80 East Spring Street
20                        Williamsville, New York 14221
                            And
21                        LAW OFFICES OF PARKER ROY MacKAY
                          BY: PARKER ROY MacKAY, ESQ.
22                        3110 Delaware Avenue
                          Kenmore, New York  14217
23                        For the Defendant

24  PRESENT:              BRIAN A. BURNS, FBI Special Agent
                          MARILYN K. HALLIDAY, HSI Special Agent
25                        KAREN A. CHAMPOUX, USA Paralegal
```

```
 1  LAW CLERK:            REBECCA FABIAN IZZO, ESQ.

 2  COURT DEPUTY CLERK:   COLLEEN M. DEMMA

 3  COURT REPORTER:       ANN MEISSNER SAWYER, FCRR, RPR, CRR
                          Robert H. Jackson Federal Courthouse
 4                        2 Niagara Square
                          Buffalo, New York  14202
 5                        Ann_Sawyer@nywd.uscourts.gov

 6

 7                  *    *    *    *    *    *    *

 8

 9            (Excerpt commenced at 11:10 a.m.)
10            (Jury seated at 11:10 a.m.)
11            THE COURT:  The record will reflect that all our
12  jurors, again, are present.
13            The government can call its next witness.
14            MS. CHALBECK:  Thank you, Your Honor.
15            The government calls Jason Pierini.
16
17  J A S O N   P I E R I N I, having been duly called and sworn,
18  testified as follows:
19
20                DIRECT EXAMINATION BY MS. CHALBECK:
21  Q.  Good morning, Mr. Pierini.  How are you doing today?
22  A.  Good.  How about yourself?
23  Q.  I'm well, thank you.  I'm just going to ask when I ask
24  you questions, you answer directly into the microphone
25  speaking slowly and clearly so that Ann can get everything
```

Case 1:19-cr-00227-LJV-MJR    Document 1204    Filed 09/19/24    Page 3 of 9
USA v Bongiovanni - Pierini - Chalbeck/Direct - 3/20/24

3

11:12AM  1   down.
11:12AM  2       What do you do for a living, sir?
11:12AM  3   A.  I work for U.S. Customs and Border Protection.
11:12AM  4   Q.  And how long have you been doing that?
11:12AM  5   A.  A little over 15 years.
11:12AM  6   Q.  And can you please describe for the jury your duties as
11:12AM  7   an officer with CBP?
11:12AM  8   A.  I'm there to secure and protect the border, and to
11:12AM  9   facilitate free trade and travel.
11:12AM  10  Q.  Do you work at -- or, have you ever worked at a
11:12AM  11  checkpoint along the border?
11:12AM  12  A.  Yes, that's -- that was my job up until last year.
11:12AM  13  Q.  What do you do currently?
11:12AM  14  A.  I work for nonintrusive inspection unit.  It's -- we
11:12AM  15  detect elicit cargo with the use of x-ray machines.
11:12AM  16  Q.  I want to bring you back, though, to November 29th, 2012.
11:12AM  17  Were you working at what's called the Rainbow Bridge
11:12AM  18  checkpoint that day?
11:12AM  19  A.  Yes.
11:12AM  20  Q.  Can you just explain to the jury what the Rainbow Bridge
11:12AM  21  checkpoint is?  Like, where is it?
11:12AM  22  A.  It it's a border crossing in Niagara Falls, New York,
11:13AM  23  right next to the Niagara Falls landmark.  And travelers
11:13AM  24  coming in from Canada or abroad, we're the first people to
11:13AM  25  interact with them and inspect them and allow them into the

```
11:13AM   1   United States if necessary.
11:13AM   2   Q.  And were you working at the Rainbow Bridge checkpoint at
11:13AM   3   a station called the primary inspection station?
11:13AM   4   A.  Yeah, primary inspection booth.
11:13AM   5   Q.  Okay.  And is that what you were just describing where
11:13AM   6   you're the first point of encounter for people coming into
11:13AM   7   the country?
11:13AM   8   A.  Yes.
11:13AM   9   Q.  Okay.
11:13AM  10           MS. CHALBECK:  Ms. Champoux, can we please pull up
11:13AM  11   for the witness only Government Exhibit 3713A.
11:13AM  12           BY MS. CHALBECK:
11:13AM  13   Q.  Mr. Pierini, can you explain to the jury what this
11:13AM  14   document is?
11:13AM  15   A.  It's a vehicle encounter report.  Every time I log into
11:13AM  16   the terminal to process passengers, one of these is
11:14AM  17   generated.  And it logs any occupants in vehicles that I
11:14AM  18   process.
11:14AM  19   Q.  Okay.  So let's just walk the jury through that a little
11:14AM  20   bit.  When you're at a primary inspection station and you
11:14AM  21   encounter a vehicle, what do you do?
11:14AM  22   A.  What I do?  I get a verbal declaration as far as where
11:14AM  23   they've been, where they're going, what their plan is in the
11:14AM  24   United States if they're not U.S. citizens.
11:14AM  25       If they're U.S. citizens, what they were doing abroad.
```

```
11:14AM   1   And get an idea of what they're bringing back into the
11:14AM   2   country, if anything.
11:14AM   3   Q.  Okay.  And do you then upload some of that information
11:14AM   4   into a Department of Homeland Security computer system?
11:14AM   5   A.  That's correct.  So every time you encounter an
11:14AM   6   individual, I get a document for these people, a travel
11:14AM   7   document, passport, enhanced licensed, et cetera.  It's
11:14AM   8   swiped in our system, and it creates a record of their
11:14AM   9   arrival there in the United States.
11:14AM  10   Q.  And as it relates to Government Exhibit 3713A, did you
11:14AM  11   encounter two individuals and get their identification
11:15AM  12   information and upload it to the DHS computer system?
11:15AM  13   A.  Yes.
11:15AM  14   Q.  Does this exhibit -- is this exhibit a fair and accurate
11:15AM  15   reflection of the information you uploaded?
11:15AM  16   A.  Yes.
11:15AM  17              MS. CHALBECK:  With that foundation, Your Honor, the
11:15AM  18   government would offer Exhibit 3713A into evidence.
11:15AM  19              MR. MacKAY:  Judge, I don't think it's really
11:15AM  20   qualified as a business record, but we have no objection to
11:15AM  21   letting it in.
11:15AM  22              THE COURT:  Well, I don't know that the foundation
11:15AM  23   has been laid for a business record.  Are you objecting?
11:15AM  24              MR. MacKAY:  No.
11:15AM  25              THE COURT:  Okay.  If there's no objection, it comes
```

| | | |
|---|---|---|
| 11:15AM | 1 | in without objection. |
| 11:15AM | 2 | **(GOV Exhibit 3713A was received in evidence.)** |
| 11:15AM | 3 | **THE COURT:** Go ahead. |
| 11:15AM | 4 | **MS. CHALBECK:** Ms. Demma, can we please publish that |
| 11:15AM | 5 | for the jury? |
| 11:15AM | 6 | **BY MS. CHALBECK:** |
| 11:15AM | 7 | Q.  Mr. Pierini, on November 29th, 2012, did you encounter a |
| 11:15AM | 8 | vehicle containing two people:  Joseph Bongiovanni and a |
| 11:15AM | 9 | P. Francoforte? |
| 11:15AM | 10 | A.  Yes. |
| 11:15AM | 11 | Q.  Do you understand that Mr. Francoforte refers to a Paul |
| 11:16AM | 12 | Francoforte? |
| 11:16AM | 13 | A.  Yes. |
| 11:16AM | 14 | Q.  Did you encounter these two individuals together in the |
| 11:16AM | 15 | same vehicle? |
| 11:16AM | 16 | A.  Yes. |
| 11:16AM | 17 | Q.  Did you upload their identification information into the |
| 11:16AM | 18 | DHS computer system? |
| 11:16AM | 19 | A.  I did, yes. |
| 11:16AM | 20 | **MS. CHALBECK:** One moment, Your Honor. |
| 11:16AM | 21 | No further questions. |
| 11:16AM | 22 | **THE COURT:** Any cross? |
| 11:16AM | 23 | **MR. MacKAY:** Briefly, Judge, thank you. |
| 11:16AM | 24 | **THE COURT:** Sure. |
| 11:16AM | 25 | |

Case 1:19-cr-00227-LJV-MJR   Document 1204   Filed 09/19/24   Page 7 of 9
USA v Bongiovanni - Pierini - MacKay/Cross - 3/20/24

7

| | | |
|---|---|---|
| 11:16AM | 1 | **CROSS-EXAMINATION BY MR. MacKAY:** |
| 11:16AM | 2 | Q. Good morning, Agent Pierini. How are you? |
| 11:16AM | 3 | A. Good. How about yourself? |
| 11:16AM | 4 | Q. I'm well, thanks. Slowly getting over my cold. |
| 11:16AM | 5 | All right. So 3713A in evidence here, that's essentially |
| 11:16AM | 6 | what's generated when somebody crosses the border and the |
| 11:16AM | 7 | agent is typing all the stuff on their terminal, correct? |
| 11:16AM | 8 | A. Yes. |
| 11:16AM | 9 | Q. That's ultimately the record that's memorialized as a |
| 11:17AM | 10 | border crossing, correct? |
| 11:17AM | 11 | A. Yes. |
| 11:17AM | 12 | Q. And as you read this, and two individuals crossed the |
| 11:17AM | 13 | border at on November 29th, 2012 around 10:00, a little after |
| 11:17AM | 14 | 10:00 p.m.? |
| 11:17AM | 15 | A. Yes. |
| 11:17AM | 16 | Q. And it's inbound, so they're coming back, correct? |
| 11:17AM | 17 | A. Yes. |
| 11:17AM | 18 | Q. Do you recall this specific crossing as you sit here |
| 11:17AM | 19 | today? |
| 11:17AM | 20 | A. I don't recall the encounter, but I know that I was the |
| 11:17AM | 21 | one that did it. And, like I said, there's a record |
| 11:17AM | 22 | generated every time I log in. |
| 11:17AM | 23 | Q. Okay. You don't remember them reporting that they were |
| 11:17AM | 24 | coming back from seeing -- from going to a Swiss Chalet |
| 11:17AM | 25 | restaurant? |

11:17AM  1   A.   I don't recall the encounter.
11:17AM  2   Q.   Do you know that we don't have Swiss Chalet restaurants
11:17AM  3   anymore in the United States here?
11:17AM  4   A.   I do.
11:17AM  5   Q.   Yeah, pretty good dipping sauce, so you gotta go to
11:17AM  6   Canada, correct?
11:17AM  7   A.   As far as I know.
11:17AM  8              **MR. MacKAY:**  Okay.  Thank you, Agent Pierini.
11:17AM  9              I have no further questions.
11:17AM 10              **THE COURT:**  Any redirect?
11:17AM 11              **MS. CHALBECK:**  No, Your Honor.
11:17AM 12              **THE COURT:**  Okay.  You can step down, sir.
11:17AM 13              (Witness excused at 11:17 a.m.)
        14              (Excerpt concluded at 11:17 a.m.)
        15                    *    *    *    *    *    *    *
        16
        17                      **CERTIFICATE OF REPORTER**
        18
        19              In accordance with 28, U.S.C., 753(b), I
        20   certify that these original notes are a true and correct
        21   record of proceedings in the United States District Court for
        22   the Western District of New York on March 20, 2024.
        23                          s/ Ann M. Sawyer
                                    Ann M. Sawyer, FCRR, RPR, CRR
        24                          Official Court Reporter
                                    U.S.D.C., W.D.N.Y.
        25

```
 1
 2                    TRANSCRIPT INDEX
 3            EXCERPT - EXAMINATION OF JASON PIERINI
 4                       MARCH 20, 2024
 5
 6    W I T N E S S                                    P A G E
 7    J A S O N   P I E R I N I                           2
 8    DIRECT EXAMINATION BY MS. CHALBECK:                 2
 9    CROSS-EXAMINATION BY MR. MacKAY:                    7
10
11
12    E X H I B I T                                    P A G E
13    GOV Exhibit 3713A                                   6
```