09:26AM

1
                      UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF NEW YORK

2

3   _____
    UNITED STATES OF AMERICA,
                                           Case No. 1:19-cr-227
4                      Plaintiff,                      (LJV)
    v.
5                                          September 3, 2024
    JOSEPH BONGIOVANNI,
6
                       Defendant.
7   _____

8        TRANSCRIPT EXCERPT - EXAMINATION OF CHERYL PANZARELLA
                BEFORE THE HONORABLE LAWRENCE J. VILARDO
9                    UNITED STATES DISTRICT JUDGE

10  APPEARANCES:           TRINI E. ROSS, UNITED STATES ATTORNEY
                           BY: JOSEPH M. TRIPI, ESQ.
11                             NICHOLAS T. COOPER, ESQ.
                               CASEY L. CHALBECK, ESQ.
12                         Assistant United States Attorneys
                           Federal Centre, 138 Delaware Avenue
13                         Buffalo, New York 14202
                           For the Plaintiff
14
                           SINGER LEGAL PLLC
15                         BY: ROBERT CHARLES SINGER, ESQ.
                           80 East Spring Street
16                         Williamsville, New York 14221
                              And
17                         LAW OFFICES OF PARKER ROY MacKAY
                           BY: PARKER ROY MacKAY, ESQ.
18                         3110 Delaware Avenue
                           Kenmore, New York 14217
19                            And
                           OSBORN, REED & BURKE, LLP
20                         BY: JOHN J. GILSENAN, ESQ.
                           120 Allens Creek Road
21                         Rochester, New York 14618
                           For the Defendant
22
    PRESENT:               BRIAN A. BURNS, FBI Special Agent
23                         MARILYN K. HALLIDAY, HSI Special Agent
                           KAREN A. CHAMPOUX, USA Paralegal
24
    LAW CLERK:             REBECCA FABIAN IZZO, ESQ.
25

| | 1 | **COURT DEPUTY CLERK:  COLLEEN M. DEMMA** |
|---|---|---|
| | 2 | **COURT REPORTER:      ANN MEISSNER SAWYER, FCRR, RPR, CRR** |
| | 3 | Robert H. Jackson Federal Courthouse<br>2 Niagara Square |
| | 4 | Buffalo, New York  14202<br>Ann_Sawyer@nywd.uscourts.gov |
| | 5 | |
| | 6 | *    *    *    *    *    *    * |
| | 7 | (Excerpt commenced at 4:02 p.m.) |
| 04:02PM | 8 | (Jury is present.) |
| 04:02PM | 9 | **THE COURT:**  Okay.  And the government can call its |
| 04:02PM | 10 | next witness. |
| 04:02PM | 11 | **MS. CHALBECK:**  Ms. Demma, can I hand this to you? |
| 04:02PM | 12 | **THE CLERK:**  Sure. |
| 04:02PM | 13 | **MS. CHALBECK:**  Thank you, ma'am. |
| 04:02PM | 14 | The government calls Cheryl Panzarella. |
| 04:03PM | 15 | |
| 04:03PM | 16 | **C H E R Y L   P A N Z A R E L L A**, having been duly called and |
| 04:04PM | 17 | sworn, testified as follows: |
| 04:04PM | 18 | **MS. CHALBECK:**  May I inquire, Judge? |
| 04:04PM | 19 | **THE COURT:**  You may. |
| 04:04PM | 20 | |
| 04:04PM | 21 | **DIRECT EXAMINATION BY MS. CHALBECK:** |
| 04:04PM | 22 | Q.  Good afternoon, Ms. Panzarella.  Can you introduce |
| 04:04PM | 23 | yourself to the jury? |
| 04:04PM | 24 | A.  Yes.  My name is Cheryl Panzarella. |
| 04:04PM | 25 | Q.  And where do you work, Ms. Panzarella? |

04:04PM   1   A.  I work at the DEA.

04:04PM   2   Q.  And what do you do there?

04:04PM   3   A.  I'm the office assistant.

04:04PM   4   Q.  How long have you been working for the DEA?

04:04PM   5   A.  I've worked for the DEA for 40 years.

04:04PM   6   Q.  And prior to being the office assistant, did you have

04:04PM   7   some other position with the DEA?

04:04PM   8   A.  Two other positions.

04:04PM   9           **THE COURT:**  Could you speak right into the

04:04PM  10   microphone?

04:04PM  11           **THE WITNESS:**  Two other positions.

04:04PM  12           **BY MS. CHALBECK:**

04:04PM  13   Q.  Can you tell the jury what those positions were?

04:04PM  14   A.  I was hired -- I was hired as a clerk steno.  And I was

04:04PM  15   hired as a -- investigative assistant, and then office

04:04PM  16   assistant now.  So I've had three jobs there.

04:04PM  17   Q.  At one point, were you what's called a property custodial

04:04PM  18   assistant?

04:04PM  19   A.  Yes.

04:04PM  20   Q.  Okay.  Were you a property custodial assistant in 2019?

04:05PM  21   A.  Yes.

04:05PM  22   Q.  And can you explain to the jury what your duties were as

04:05PM  23   a property custodial assistant --

04:05PM  24   A.  Yes.

04:05PM  25   Q.  -- at that time?

Case 1:19-cr-00227-LJV-MJR    Document 1209    Filed 09/23/24    Page 4 of 10
USA v Bongiovanni - Panzarella - Chalbeck/Direct - 9/3/24

4

| | | |
|---|---|---|
| 04:05PM | 1 | A.  As a property custodial assistant, you're responsible for |
| 04:05PM | 2 | keeping track of all the property that is handed out that is |
| 04:05PM | 3 | owned by the government.  So, computers, cell phones, things |
| 04:05PM | 4 | like that.  And that's basically it in a nut shell. |
| 04:05PM | 5 | Q.  And let me just ask a quick follow-up question.  When you |
| 04:05PM | 6 | say "property that is handed out," this is -- are you |
| 04:05PM | 7 | referring to property that the DEA provides its employees |
| 04:05PM | 8 | including special agents? |
| 04:05PM | 9 | A.  Yes. |
| 04:05PM | 10 | Q.  Okay.  It's not just like property that DEA is just |
| 04:05PM | 11 | giving away? |
| 04:05PM | 12 | A.  Oh, no. |
| 04:05PM | 13 | Q.  Okay.  And among the property that is -- withdrawn. |
| 04:05PM | 14 |     Are cell phones among the property that the DEA issues |
| 04:06PM | 15 | its special agents? |
| 04:06PM | 16 | A.  Yes. |
| 04:06PM | 17 | Q.  Okay.  I'm going to return to that in just a minute, |
| 04:06PM | 18 | Ms. Panzarella, but first I want to ask you if you know an |
| 04:06PM | 19 | individual by the name of Joseph Bongiovanni. |
| 04:06PM | 20 | A.  Yes, I do. |
| 04:06PM | 21 | Q.  How do you know that person? |
| 04:06PM | 22 | A.  He worked with me at the DEA. |
| 04:06PM | 23 | Q.  Do you see him present in the courtroom? |
| 04:06PM | 24 | A.  I do. |
| 04:06PM | 25 | Q.  Can you identify him by an article of clothing that he's |

04:06PM    1   wearing?

04:06PM    2   A.  Light blue tie.

04:06PM    3   Q.  There are two blue ties.

04:06PM    4   A.  White shirt.

04:06PM    5   Q.  Okay.

04:06PM    6        **MS. CHALBECK:**  Your Honor, may the record reflect

04:06PM    7   that the witness identified the defendant?

04:06PM    8        **THE COURT:**  It does.

04:06PM    9        **MS. CHALBECK:**  Thank you, Your Honor.

04:06PM   10        **BY MS. CHALBECK:**

04:06PM   11   Q.  You mentioned that you know the defendant through work;

04:06PM   12   is that correct?

04:06PM   13   A.  Yes.

04:06PM   14   Q.  Would you -- how would you characterize the kind of,

04:06PM   15   like, work relationship that you had with the defendant?

04:06PM   16   A.  We were friends.

04:06PM   17   Q.  Do you recall approximately when the defendant retired

04:07PM   18   from the DEA?

04:07PM   19   A.  Maybe the end of January 2019, I think.

04:07PM   20   Q.  And did the defendant turn in his DEA-issued cell phone

04:07PM   21   prior to his retirement?

04:07PM   22   A.  Yes.

04:07PM   23   Q.  Did you come to learn that the defendant had wiped that

04:07PM   24   cell phone?

04:07PM   25   A.  Yes.

| | | |
|---|---|---|
| 04:07PM | 1 | Q.  Okay.  Was there ever a time when you had possession of |
| 04:07PM | 2 | the defendant's phone after he turned it in? |
| 04:07PM | 3 | A.  Yes. |
| 04:07PM | 4 | Q.  And did you ever give that phone to someone else? |
| 04:07PM | 5 | A.  I did. |
| 04:07PM | 6 | Q.  Who did you give that phone to? |
| 04:07PM | 7 | A.  I turned it over to the resident agent in charge at the |
| 04:07PM | 8 | time, Edward Orgon. |
| 04:07PM | 9 | Q.  Okay.  And I'm going to ask you just another couple of |
| 04:07PM | 10 | questions and then we'll -- we'll hopefully get you out of |
| 04:07PM | 11 | here soon.  You mentioned that you were work friends with the |
| 04:08PM | 12 | defendant.  Were you surprised when he retired? |
| 04:08PM | 13 | A.  A little bit. |
| 04:08PM | 14 | Q.  Can you explain that to the jury, please? |
| 04:08PM | 15 | A.  Well, he came to me and said, you know, Friday is my last |
| 04:08PM | 16 | day here, Cheryl.  And I was surprised.  And I said, no, why? |
| 04:08PM | 17 | And he said, well, my -- |
| 04:08PM | 18 | Q.  Hold on.  Not trying to get into anyone else's |
| 04:08PM | 19 | statements.  I just wanted to know if you were surprised. |
| 04:08PM | 20 | A.  Yes. |
| 04:08PM | 21 | Q.  And you said that he -- that Friday was his last day, he |
| 04:08PM | 22 | told you that Friday was his last day? |
| 04:08PM | 23 | A.  Yes. |
| 04:08PM | 24 | Q.  When in the week did this occur? |
| 04:08PM | 25 | A.  I think it was a Monday, but that's a guess. |

| | | |
|---|---|---|
| 04:08PM | 1 | Q.  Okay. |
| 04:08PM | 2 | **MS. CHALBECK:**  One moment, please. |
| 04:09PM | 3 | No further direct, Your Honor. |
| 04:09PM | 4 | **THE COURT:**  Any cross? |
| 04:09PM | 5 | **MR. MacKAY:**  Yes, Judge. |
| 04:09PM | 6 | |
| 04:09PM | 7 | **CROSS-EXAMINATION BY MR. MacKAY:** |
| 04:09PM | 8 | Q.  Good afternoon, Ms. Panzarella.  How are you? |
| 04:09PM | 9 | A.  Good, thank you. |
| 04:09PM | 10 | Q.  So one of your jobs was, I think it was property |
| 04:09PM | 11 | custodian, correct? |
| 04:09PM | 12 | A.  Correct. |
| 04:09PM | 13 | Q.  So over the years at the DEA, you dealt with, for |
| 04:09PM | 14 | example, agents turning in property when they were done with |
| 04:09PM | 15 | their -- their time at the DEA, correct? |
| 04:09PM | 16 | A.  Yes. |
| 04:09PM | 17 | Q.  Meaning that, like, they can't take their government cell |
| 04:09PM | 18 | phones home with them, for example, correct? |
| 04:09PM | 19 | A.  After they retire? |
| 04:09PM | 20 | Q.  Yes. |
| 04:09PM | 21 | A.  No. |
| 04:09PM | 22 | Q.  Okay.  And in -- so, in -- just to be clear, you've dealt |
| 04:09PM | 23 | with that quite a few times where you have had to get those |
| 04:09PM | 24 | cell phones back, correct? |
| 04:09PM | 25 | A.  Yes. |

04:09PM    1    Q.  And fair to say that standard practice was the agents

04:09PM    2    would wipe those prior to giving those back to you?

04:09PM    3    A.  Yes.

04:09PM    4    Q.  Okay.  Prior, meaning that you would take custody of the

04:09PM    5    phones when you would get them from the agents, correct?

04:09PM    6    A.  Yes.

04:09PM    7    Q.  And you would receive them, and it was routine practice

04:10PM    8    that they were already wiped before you got possession of

04:10PM    9    them, correct?

04:10PM   10    A.  Yes.  Yes.

04:10PM   11         **MR. MacKAY:**  Nothing further.  Thank you,

04:10PM   12    Ms. Panzarella.

04:10PM   13         **THE WITNESS:**  You're welcome.

04:10PM   14         **THE COURT:**  Anything more, Ms. Chalbeck?

04:10PM   15         **MS. CHALBECK:**  Yes, Your Honor.

04:10PM   16

04:10PM   17              **REDIRECT EXAMINATION BY MS. CHALBECK:**

04:10PM   18    Q.  Ms. Panzarella, just one more question.

04:10PM   19    A.  Sure.

04:10PM   20    Q.  When the defendant told you that he was going to retire

04:10PM   21    at the end of the week and it surprised you, did he mention

04:10PM   22    that he was under investigation by the DEA at that time?

04:10PM   23    A.  No.

04:10PM   24         **MR. SINGER:**  Objection, beyond the scope.

04:10PM   25         **THE COURT:**  Stop.  Yes, sustained.

04:10PM    1          **MS. CHALBECK:**  No further --

04:10PM    2          **THE COURT:**  The jury will strike that question and

3    answer, and you can step down, ma'am.  Thank you.

04:10PM    4          **THE WITNESS:**  Thank you.

04:10PM    5          (Witness excused at 4:10 p.m.)

04:10PM    6          (Excerpt concluded at 4:10 p.m.)

04:10PM    7              *     *     *     *     *     *

04:10PM    8

9

10

11                    **CERTIFICATE OF REPORTER**

12

13              In accordance with 28, U.S.C., 753(b), I

14    certify that these original notes are a true and correct

15    record of proceedings in the United States District Court for

16    the Western District of New York on September 3, 2024.

17

18

19                    s/ Ann M. Sawyer
                       _____
                       Ann M. Sawyer, FCRR, RPR, CRR
20                     Official Court Reporter
                       U.S.D.C., W.D.N.Y.

21

22

23

24

25

1

2          **TRANSCRIPT INDEX**

3     **EXCERPT - EXAMINATION OF CHERYL PANZARELLA**

4               **SEPTEMBER 3, 2024**

5

6     **W I T N E S S**                              **P A G E**

7     **C H E R Y L   P A N Z A R E L L A**              2

8        DIRECT EXAMINATION BY MS. CHALBECK:           2

9        CROSS-EXAMINATION BY MR. MacKAY:              7

10       REDIRECT EXAMINATION BY MS. CHALBECK:         8

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25