12:21PM

1            **UNITED STATES DISTRICT COURT**
             **WESTERN DISTRICT OF NEW YORK**
2
_____
3  **UNITED STATES OF AMERICA,**

                                Case No. 1:19-cr-227
4              Plaintiff,                  (LJV)

   v.
5                              September 6, 2024

   **JOSEPH BONGIOVANNI,**
6
                Defendant.
7  _____

8       **TRANSCRIPT EXCERPT - EXAMINATION OF JOHN McDONALD**
           **BEFORE THE HONORABLE LAWRENCE J. VILARDO**
9                **UNITED STATES DISTRICT JUDGE**

10 <u>**APPEARANCES:**</u>       **TRINI E. ROSS, UNITED STATES ATTORNEY**
                           **BY: JOSEPH M. TRIPI, ESQ.**
11                             **NICHOLAS T. COOPER, ESQ.**
                               **CASEY L. CHALBECK, ESQ.**
12                         Assistant United States Attorneys
                           Federal Centre, 138 Delaware Avenue
13                         Buffalo, New York 14202
                           For the Plaintiff
14
                           **SINGER LEGAL PLLC**
15                         **BY: ROBERT CHARLES SINGER, ESQ.**
                           80 East Spring Street
16                         Williamsville, New York 14221
                              And
17                         **LAW OFFICES OF PARKER ROY MacKAY**
                           **BY: PARKER ROY MacKAY, ESQ.**
18                         3110 Delaware Avenue
                           Kenmore, New York 14217
19                            And
                           **OSBORN, REED & BURKE, LLP**
20                         **BY: JOHN J. GILSENAN, ESQ.**
                           120 Allens Creek Road
21                         Rochester, New York 14618
                           For the Defendant
22
   <u>**PRESENT:**</u>          **BRIAN A. BURNS,** FBI Special Agent
23                         **MARILYN K. HALLIDAY,** HSI Special Agent
                           **KAREN A. CHAMPOUX,** USA Paralegal
24
   <u>**LAW CLERK:**</u>        **REBECCA FABIAN IZZO, ESQ.**
25

```
 1    COURT DEPUTY CLERK:   COLLEEN M. DEMMA

 2    COURT REPORTER:       ANN MEISSNER SAWYER, FCRR, RPR, CRR
                            Robert H. Jackson Federal Courthouse
 3                          2 Niagara Square
                            Buffalo, New York  14202
 4                          Ann_Sawyer@nywd.uscourts.gov

 5

 6                   *    *    *    *    *    *    *

 7

 8              (Excerpt commenced at 4:47 p.m.)

 9              (Jury present.)

10         THE COURT:  Call your next witness.

11         MR. COOPER:  John McDonald.

12

13    J O H N   M c D O N A L D, having been duly called and sworn,

14    testified as follows:

15         MR. COOPER:  May I inquire?

16         THE COURT:  You may.

17

18              DIRECT EXAMINATION BY MR. COOPER:

19    Q.  Good afternoon, sir.  How are you?

20    A.  Good.

21    Q.  Can you introduce yourself to the jury, please?

22    A.  I'm John.

23    Q.  How old are you?

24    A.  38.  Oh, yeah.  38 next week.

25    Q.  Okay.  We're going to jump right into it.
```

04:48PM   1        John, during times in your life, have you struggled with

04:48PM   2   drug use?

04:48PM   3   A.  Yes.

04:48PM   4   Q.  At what age did you start using drugs?

04:48PM   5   A.  19.

04:48PM   6   Q.  Okay.  And you said you're about 38 now?

04:48PM   7   A.  Yes.

04:48PM   8   Q.  What kinds of drugs did you start using when you were

04:48PM   9   around 19?

04:48PM  10   A.  Coke.

04:48PM  11   Q.  Is that cocaine?

04:48PM  12   A.  Yes.

04:48PM  13   Q.  Okay.  And have there been times in your life when you

04:48PM  14   used cocaine pretty frequently?

04:48PM  15   A.  Yes.

04:48PM  16   Q.  Would you describe yourself as being addicted to cocaine

04:48PM  17   at times in your life?

04:48PM  18   A.  Yes.

04:48PM  19   Q.  Have you sold cocaine before?

04:48PM  20   A.  Yes.

04:49PM  21        **MR. COOPER:**  Judge, may I approach the witness with

04:49PM  22   what's marked for identification as Government's

04:49PM  23   Exhibit 3649L?

04:49PM  24        **THE COURT:**  Yes.

04:49PM  25        **MR. COOPER:**  Thank you.

| | | |
|---|---|---|
| 04:49PM | 1 | **BY MR. COOPER:** |
| 04:49PM | 2 | Q.  John, just take a moment, look at that, and look back up |
| 04:49PM | 3 | at me when you're finished. |
| 04:49PM | 4 | A.  Yeah, I read this before. |
| 04:49PM | 5 | Q.  Do you recognize it? |
| 04:49PM | 6 | A.  Yes. |
| 04:49PM | 7 | Q.  Is that a copy of your plea agreement? |
| 04:49PM | 8 | A.  Yes. |
| 04:49PM | 9 | **MR. COOPER:**  May I approach, Judge? |
| 04:49PM | 10 | **THE COURT:**  Sure. |
| 04:49PM | 11 | **MR. COOPER:**  Thank you. |
| 04:49PM | 12 | **BY MR. COOPER:** |
| 04:49PM | 13 | Q.  I asked you a few moments ago if you've sold cocaine |
| 04:49PM | 14 | before; do you remember that? |
| 04:49PM | 15 | A.  Yes. |
| 04:49PM | 16 | Q.  Have you? |
| 04:49PM | 17 | A.  Yes. |
| 04:49PM | 18 | Q.  Okay.  And at some point, did you get arrested and |
| 04:49PM | 19 | charged related to being a drug dealer? |
| 04:49PM | 20 | A.  Yes. |
| 04:49PM | 21 | Q.  Did you plead guilty here in federal court? |
| 04:49PM | 22 | A.  Yes. |
| 04:49PM | 23 | Q.  As a part of that guilty plea, did you sign what's called |
| 04:49PM | 24 | a cooperation agreement? |
| 04:49PM | 25 | A.  Yes. |

USA v Bongiovanni - McDonald - Cooper/Direct - 9/6/24

| | | |
|---|---|---|
| 04:49PM | 1 | Q.  Did you promise that when you were called upon, you'd sit |
| 04:49PM | 2 | in that chair and testify truthfully? |
| 04:49PM | 3 | A.  Yes. |
| 04:49PM | 4 | Q.  Is that what you're here to do today? |
| 04:49PM | 5 | A.  Yes. |
| 04:49PM | 6 | Q.  Are you hoping at the back end that you'll get some |
| 04:49PM | 7 | benefit on your sentencing? |
| 04:49PM | 8 | A.  Yes. |
| 04:49PM | 9 | Q.  Do you know what that will be? |
| 04:49PM | 10 | A.  No. |
| 04:50PM | 11 | Q.  Is it your intention to tell this jury the truth today? |
| 04:50PM | 12 | A.  Yeah. |
| 04:50PM | 13 | Q.  All right.  I want to now jump into 2018. |
| 04:50PM | 14 | In the year 2018, were you working? |
| 04:50PM | 15 | A.  Yes. |
| 04:50PM | 16 | Q.  What kind of work were you doing? |
| 04:50PM | 17 | A.  Roofer. |
| 04:50PM | 18 | Q.  Okay.  Roofing's hard work? |
| 04:50PM | 19 | A.  Yes. |
| 04:50PM | 20 | Q.  Can you do roofing year-round? |
| 04:50PM | 21 | A.  No. |
| 04:50PM | 22 | Q.  When can you do roofing, John? |
| 04:50PM | 23 | A.  Summertime.  Weather permits. |
| 04:50PM | 24 | Q.  Okay.  And did you make money from doing roofing during |
| 04:50PM | 25 | the summertime? |

USA v Bongiovanni - McDonald - Cooper/Direct - 9/6/24

6

| | | |
|---|---|---|
| 04:50PM | 1 | A.  Yeah. |
| 04:50PM | 2 | Q.  What did you do to make money during the wintertime? |
| 04:50PM | 3 | A.  Sell drugs. |
| 04:50PM | 4 | Q.  Okay.  Did you sell cocaine? |
| 04:50PM | 5 | A.  Yes. |
| 04:50PM | 6 | Q.  Were you using cocaine at that time in your life? |
| 04:50PM | 7 | A.  Yes. |
| 04:50PM | 8 | Q.  I want to talk to you now about an individual by the name |
| 04:50PM | 9 | of Michael Sinatra.  Do you know that person? |
| 04:50PM | 10 | A.  Yes. |
| 04:50PM | 11 | Q.  How do you know that person? |
| 04:50PM | 12 | A.  Just around, knowing individuals.  We've crossed paths a |
| 04:50PM | 13 | few timed. |
| 04:50PM | 14 | Q.  Okay.  Have you lived generally in this area your whole |
| 04:50PM | 15 | life? |
| 04:50PM | 16 | A.  Yeah. |
| 04:50PM | 17 | Q.  Do you know a lot of people in the area? |
| 04:50PM | 18 | A.  Yeah. |
| 04:50PM | 19 | Q.  You said before that you use drugs, right? |
| 04:50PM | 20 | A.  Yes. |
| 04:50PM | 21 | Q.  Are you on drugs today? |
| 04:51PM | 22 | A.  No. |
| 04:51PM | 23 | Q.  Have you used drugs recently? |
| 04:51PM | 24 | A.  No. |
| 04:51PM | 25 | Q.  Okay.  Did you know Michael Sinatra from the |

USA v Bongiovanni - McDonald - Cooper/Direct - 9/6/24

04:51PM   1   neighborhood?

04:51PM   2   A.   Yes.

04:51PM   3   Q.   Do you know him from growing up?

04:51PM   4   A.   Yes.

04:51PM   5   Q.   Did you know Michael Sinatra to be involved in selling

04:51PM   6   drugs?

04:51PM   7   A.   Yes.

04:51PM   8   Q.   Tell the jury what kind of drugs you knew Michael Sinatra

04:51PM   9   to be involved in selling.

04:51PM  10   A.   Weed and cocaine.

04:51PM  11   Q.   And when you say "weed" do you mean marijuana?

04:51PM  12   A.   Yes.

04:51PM  13   Q.   How do you know that Michael Sinatra sold weed and

04:51PM  14   marijuana?

04:51PM  15   A.   'Cuz --

04:51PM  16   Q.   Weed and cocaine, I'm sorry.

04:51PM  17   A.   Oh, I've been there with him when he's done it.

04:51PM  18   Q.   Okay.  Have you watched him sell drugs to people?

04:51PM  19   A.   Yeah.

04:51PM  20   Q.   In late 2018, so we're talking like fall, winter, did you

04:51PM  21   know where Michael Sinatra lived?

04:51PM  22   A.   Yes.

04:51PM  23   Q.   Had you been to his house before?

04:51PM  24   A.   Yes.

04:51PM  25   Q.   About how many times had you been in his house before?

| | | |
|---|---|---|
| 04:51PM | 1 | A.  Half dozen, dozen, maybe more. |
| 04:51PM | 2 | Q.  Had you ever been in his basement before? |
| 04:51PM | 3 | A.  Yes. |
| 04:51PM | 4 | Q.  Can you tell the jury around that timeframe, around 2018, |
| 04:51PM | 5 | what did you observe when you were in Michael Sinatra's |
| 04:51PM | 6 | basement? |
| 04:51PM | 7 | A.  Well, at that time, the roommate I was living with at |
| 04:52PM | 8 | that time was Sinatra's old roommate, lived in his basement. |
| 04:52PM | 9 | He moved out of Sinatra's basement.  And we moved in |
| 04:52PM | 10 | together. |
| 04:52PM | 11 | And then he turned his basement into a grow room. |
| 04:52PM | 12 | Q.  Who turned their basement into grow room? |
| 04:52PM | 13 | A.  Michael Sinatra. |
| 04:52PM | 14 | Q.  Okay.  Did you see that with your own eyes? |
| 04:52PM | 15 | A.  Yes. |
| 04:52PM | 16 | Q.  So, you -- I want to unpack the information that you gave |
| 04:52PM | 17 | there for a moment. |
| 04:52PM | 18 | At one point, did Michael Sinatra have a roommate? |
| 04:52PM | 19 | A.  I -- me -- me and Andy moved in together around 2015, |
| 04:52PM | 20 | 2016. |
| 04:52PM | 21 | Q.  Okay.  And did Andy have some connection to Mike Sinatra? |
| 04:52PM | 22 | A.  Yeah. |
| 04:52PM | 23 | Q.  Okay. |
| 04:52PM | 24 | A.  That's really how I met Mike is through Andy. |
| 04:52PM | 25 | Q.  Okay.  Is Andy a friend of yours? |

04:52PM    1    A.  Yes.

04:52PM    2    Q.  When you and Andy moved in together, did you begin to

04:52PM    3    interact with Mike Sinatra?

04:52PM    4    A.  Yes.

04:52PM    5    Q.  You told the jury a moment ago that you saw Mike Sinatra

04:52PM    6    sell drugs before, right?

04:52PM    7    A.  Yeah.

04:52PM    8    Q.  Had you gone out and socialized with Mike Sinatra?

04:52PM    9    A.  Yeah.

04:53PM   10    Q.  And you told the jury that you'd been to his house, like,

04:53PM   11    six or eight times; do you remember that?

04:53PM   12    A.  Um-hum.

04:53PM   13    Q.  Can you just tell them, like, what were you doing going

04:53PM   14    to his house?

04:53PM   15    A.  I mean, we go in there and take care of his plants when

04:53PM   16    he was out of town, or feed the dogs.  Whatever.  Like, him

04:53PM   17    and Andy were really good friends, and we would stop there,

04:53PM   18    like, on our way out to the bars or whatever, just to do

04:53PM   19    whatever they had going on.

04:53PM   20    Q.  Okay.  I want to break down two things there.

04:53PM   21        You said we would go and take care of his plants.  What

04:53PM   22    kind of plants are you talking about?

04:53PM   23    A.  Weed plants.

04:53PM   24    Q.  Okay.  Would you go and take care of his plants that he

04:53PM   25    was growing?

| | | |
|---|---|---|
| 04:53PM | 1 | A.  Yes. |
| 04:53PM | 2 | Q.  You also testified that he and Andy were really good |
| 04:53PM | 3 | friends; do you remember saying that? |
| 04:53PM | 4 | A.  Yes. |
| 04:53PM | 5 | Q.  Were you really good friends with Mike Sinatra? |
| 04:53PM | 6 | A.  No, not at all. |
| 04:53PM | 7 | Q.  Did you like him? |
| 04:53PM | 8 | A.  No. |
| 04:53PM | 9 | Q.  Did you observe marijuana every time you were at Michael |
| 04:53PM | 10 | Sinatra's house? |
| 04:53PM | 11 | A.  Yeah. |
| 04:53PM | 12 | Q.  Do you know a person by the name of Ronald Rowles? |
| 04:53PM | 13 | A.  Yes. |
| 04:53PM | 14 | Q.  How do you know that person? |
| 04:53PM | 15 | A.  Used to be my brother. |
| 04:53PM | 16 | Q.  Okay.  When you say used to be your brother, your last |
| 04:53PM | 17 | name is McDonald, right? |
| 04:53PM | 18 | A.  Yeah. |
| 04:53PM | 19 | Q.  Is he a biological brother, or -- |
| 04:54PM | 20 | A.  No, we call each other brothers. |
| 04:54PM | 21 | Q.  Okay.  Were you very close with Mr. Rowles? |
| 04:54PM | 22 | A.  Yes. |
| 04:54PM | 23 | Q.  Back in 2018, that same timeframe we're talking about, |
| 04:54PM | 24 | were you very close with Mr. Rowles? |
| 04:54PM | 25 | A.  Yes. |

USA v Bongiovanni - McDonald - Cooper/Direct - 9/6/24

04:54PM    1    Q.  Did there come a time when you had discussions with

04:54PM    2    Mr. Rowles -- or, I'm sorry, withdrawn.

04:54PM    3        Have you ever had discussions with Mike Sinatra regarding

04:54PM    4    making money from selling marijuana?

04:54PM    5    A.  Yes.

04:54PM    6    Q.  Can you tell the jury what you overheard Sinatra bragging

04:54PM    7    about?

04:54PM    8    A.  That he had a hundred grand to buy as much weed as he

04:54PM    9    wanted to.

04:54PM    10   Q.  Okay.  And what was the context of him saying that?

04:54PM    11   A.  He just fucking brags about everything.

04:54PM    12   Q.  Okay.  And you remember him saying that?

04:54PM    13   A.  Yeah.

04:54PM    14   Q.  Did that stick out in your mind?

04:54PM    15   A.  Yeah.

04:54PM    16   Q.  What did that make you think?  Tell the jury.  When you

04:54PM    17   heard him say that, what started going on in your head?

04:54PM    18   A.  Um, I'm taking it.  I'm taking it.  I'm kicking in his

04:54PM    19   door and taking your shit.

04:54PM    20   Q.  Did you know him to have a safe in his house?

04:54PM    21   A.  Yes.

04:54PM    22   Q.  How did you know that?

04:54PM    23   A.  I've seen it.

04:54PM    24   Q.  Did you know where it was in his house?

04:54PM    25   A.  Um-hum.

| | | |
|---|---|---|
| 04:54PM | 1 | Q.  Is that a yes? |
| 04:54PM | 2 | A.  Yes. |
| 04:55PM | 3 | Q.  Sorry, Ann has to type everything down. |
| 04:55PM | 4 | Where was it in his house? |
| 04:55PM | 5 | A.  In his bedroom closet. |
| 04:55PM | 6 | Q.  Had you seen it there before? |
| 04:55PM | 7 | A.  Yes. |
| 04:55PM | 8 | Q.  At some point after you hear Michael Sinatra bragging |
| 04:55PM | 9 | about having $100,000, did you decide to burglarize his |
| 04:55PM | 10 | house? |
| 04:55PM | 11 | A.  Yes. |
| 04:55PM | 12 | Q.  Did you discuss that plan with someone? |
| 04:55PM | 13 | A.  Yes. |
| 04:55PM | 14 | Q.  Who did you discuss that plan with? |
| 04:55PM | 15 | A.  Ronald Rowles. |
| 04:55PM | 16 | Q.  Give me a timeframe, and estimate if you have to. |
| 04:55PM | 17 | When did you and Ronald Rowles come up with this plan to |
| 04:55PM | 18 | burglarize Mike Sinatra's house? |
| 04:55PM | 19 | A.  The end of 2018.  Like, December of 2018. |
| 04:55PM | 20 | Q.  Okay.  And did there come a time around New Year's Eve of |
| 04:55PM | 21 | December of 2018 when you ultimately carried out that plan? |
| 04:55PM | 22 | A.  Yes. |
| 04:55PM | 23 | Q.  Did you pick that day, December 31st of 2018, for any |
| 04:55PM | 24 | specific reason? |
| 04:55PM | 25 | A.  Yeah. |

04:55PM 1    Q.  Can you tell them why?

04:55PM 2    A.  'Cuz no drug dealer in the world is home on New Year's

04:56PM 3    Eve.

04:56PM 4    Q.  Where are they?

04:56PM 5    A.  At the party.

04:56PM 6    Q.  Okay?

04:56PM 7    A.  They're selling drugs.

04:56PM 8    Q.  Did you want to burglarize the house when Sinatra was not

04:56PM 9    home?

04:56PM 10   A.  Yes.

04:56PM 11   Q.  Was that a part of your plan?

04:56PM 12   A.  Yeah.

04:56PM 13   Q.  Can you describe for this jury how that burglary played

04:56PM 14   out?  What did you do?

04:56PM 15   A.  So, like I said, I always used to go to his house to

04:56PM 16   water the plants or whatever.  And we forgot the keys, so

04:56PM 17   we'd be able to card the door open with a credit card.

04:56PM 18       So I figured that's what I was gonna do.

04:56PM 19       But he put a new door on.  So I had to smash the window

04:56PM 20   of the door.

04:56PM 21   Q.  Okay.  What did you smash the window of the door with?

04:56PM 22   A.  He had a log laying in his driveway.

04:56PM 23   Q.  Okay.  And when you smashed the window with the log, were

04:56PM 24   you able to gain access inside the house?

04:56PM 25   A.  Yes.

| | | |
|---|---|---|
| 04:56PM | 1 | Q.  Was anybody home? |
| 04:56PM | 2 | A.  No. |
| 04:56PM | 3 | Q.  Describe what you did when you got inside. |
| 04:56PM | 4 | A.  I went inside and messed up the kitchen, like, opened the |
| 04:56PM | 5 | cupboards and knocked everything out onto the floor.  Then |
| 04:56PM | 6 | went in and took the safe and left. |
| 04:56PM | 7 | Q.  Why did you mess up the kitchen? |
| 04:56PM | 8 | A.  To make it look like they were looking for something.  Or |
| 04:56PM | 9 | someone was looking for the safe, or money, or whatever.  Not |
| 04:56PM | 10 | just like it was someone he knew.  Trying to throw him off a |
| 04:56PM | 11 | little bit. |
| 04:56PM | 12 | Q.  Did you want him to be able to figure out that it was |
| 04:57PM | 13 | you? |
| 04:57PM | 14 | A.  No. |
| 04:57PM | 15 | Q.  Were you trying to cover your tracks? |
| 04:57PM | 16 | A.  Yeah. |
| 04:57PM | 17 | Q.  Did you go into the bedroom ultimately and get the safe? |
| 04:57PM | 18 | A.  Yes. |
| 04:57PM | 19 | Q.  Was it heavy? |
| 04:57PM | 20 | A.  Yes. |
| 04:57PM | 21 | Q.  How did you get it out of the house? |
| 04:57PM | 22 | A.  I picked it up, carried it. |
| 04:57PM | 23 | Q.  What did you do with it when you picked it up? |
| 04:57PM | 24 | A.  Put it up on my shoulder, walked out the door, and threw |
| 04:57PM | 25 | it in the back of the truck. |

Case 1:19-cr-00227-LJV-MJR    Document 1227    Filed 09/24/24    Page 15 of 35
USA v Bongiovanni - McDonald - Cooper/Direct - 9/6/24

15

04:57PM      1      Q.  Who was in the truck?

04:57PM      2      A.  Ronald Rowles.

04:57PM      3      Q.  Okay.  When you walk out of the house with the safe, you

04:57PM      4      put it in the truck, do you and Rowles leave together?

04:57PM      5      A.  Yes.

04:57PM      6      Q.  Where is the first place that you go?

04:57PM      7      A.  I'm not sure of the dude's name.  One of his buddies.

04:57PM      8          We went into his garage, and I opened up the safe while

04:57PM      9      he took a walk with the guy inside and talked to him,

04:57PM     10      whatever.

04:57PM     11      Q.  Okay.  So you go with Rowles to someone's house; is that

04:57PM     12      right?

04:57PM     13      A.  Um-hum.

04:57PM     14      Q.  And do you go into the garage?

04:57PM     15      A.  Yes.

04:57PM     16      Q.  Do you bring the safe in the garage?

04:57PM     17      A.  Yes.

04:57PM     18      Q.  Describe what you do then.

04:57PM     19      A.  I took a -- he had all the tools, that's why we went

04:57PM     20      there.  I took a grinder, hit the hinges, and then beat it

04:57PM     21      with a sledgehammer until opened.

04:58PM     22      Q.  Was Rowles in there with you when you did that?

04:58PM     23      A.  No.

04:58PM     24      Q.  Was the guy who owned the home in there with you when you

04:58PM     25      did that?

04:58PM    1    A.  No.

04:58PM    2    Q.  When you hit the hinges with a grinder, and then took a

04:58PM    3    sledgehammer to the door of the safe, were you able to get it

04:58PM    4    open?

04:58PM    5    A.  Yes.

04:58PM    6    Q.  Can you describe what happened when it eventually opened?

04:58PM    7    A.  So as I'm swinging away with the sledgehammer, obviously

04:58PM    8    the door pushes in, and the sledgehammer goes in.  So as I'm

04:58PM    9    pulling it out to take another swing just to make sure, it

04:58PM    10   had caught a bag of cocaine and it ripped open on the safe.

04:58PM    11   So now there's about a key of coke flying through the air.

04:58PM    12   Everything was covered with cocaine.

04:58PM    13   Q.  Are you familiar with what cocaine smells and tastes

04:58PM    14   like?

04:58PM    15   A.  Yes.

04:58PM    16   Q.  Have you used a lot of cocaine in your life?

04:58PM    17   A.  Yes.

04:58PM    18   Q.  Are you sure it was cocaine floating around through the

04:58PM    19   air?

04:58PM    20   A.  Yes.

04:58PM    21   Q.  Did you see packaging material near the sledgehammer?

04:58PM    22   A.  Yes.

04:58PM    23   Q.  When you're standing in the garage with the sledgehammer

04:58PM    24   and the cocaine everywhere in the air, what did you do?

04:58PM    25   A.  I started looking, emptying the rest of the safe, to see

04:58PM  1  what was actually in there.

04:58PM  2  Q.  Other than what you described as a key of cocaine that

04:58PM  3  broke open, what else was inside the safe?

04:59PM  4  A.  Around $260,000 and some jewelry.

04:59PM  5  Q.  What did you do with the $260,000?

04:59PM  6  A.  Split it up and spent it.

04:59PM  7  Q.  Okay.  We're gonna get there in a second.  But, like, in

04:59PM  8  that moment, what do you do with the safe?

04:59PM  9  A.  Oh, I -- was an empty cooler in the dude's garage, and I

04:59PM  10  just put all the contents into the cooler.

04:59PM  11  Q.  Okay.  And you said there was some jewelry, as well?

04:59PM  12  A.  Jewelry yes.

04:59PM  13  Q.  Did you put the jewelry in the cooler as well?

04:59PM  14  A.  Yes.

04:59PM  15  Q.  Okay.  At some point did Rowles and the guy who owns the

04:59PM  16  garage come back?

04:59PM  17  A.  Yes.

04:59PM  18  Q.  What did you do?

04:59PM  19  A.  Right as -- right as it opened, you know what I mean, as

04:59PM  20  the safe opened, they came in as the coke was settling.  And

04:59PM  21  we just -- I was pulling money out pulling it in the cooler.

04:59PM  22  And I handed him an envelope, I don't know how much was in

04:59PM  23  there.

04:59PM  24     I was like, we weren't here.  And we grabbed the safe,

04:59PM  25  and got in the truck and left.

USA v Bongiovanni - McDonald - Cooper/Direct - 9/6/24

04:59PM    1    Q.  Did you give the guy who owns the house, the envelope you

04:59PM    2    gave him, was there money inside?

04:59PM    3    A.  Yeah.

04:59PM    4    Q.  Was all that money that you described a moment ago

04:59PM    5    contained in a series of envelopes?

04:59PM    6    A.  Yeah.

04:59PM    7    Q.  Did you count it right there?

04:59PM    8    A.  No.

05:00PM    9    Q.  Okay.  So when you look at it, you just see what?

05:00PM    10   A.  Just bank envelopes.

05:00PM    11   Q.  Okay.

05:00PM    12   A.  Packed.

05:00PM    13   Q.  Okay.  After you give the owner of the home one of the

05:00PM    14   bank envelopes, do you and Rowles leave?

05:00PM    15   A.  Yes.

05:00PM    16   Q.  Where did you go?

05:00PM    17   A.  Some projects in the Falls.

05:00PM    18   Q.  Okay.

05:00PM    19   A.  We ditched the safe in the Dumpster, and then we went

05:00PM    20   back to our house.

05:00PM    21   Q.  After you got rid of the safe in a Dumpster and went back

05:00PM    22   to your house, did you count the money at that point?

05:00PM    23   A.  Yes.

05:00PM    24   Q.  Okay.  What do you remember doing with the money when you

05:00PM    25   got back to your house?

05:00PM    1    A.  Ran in my room, and dumped it on my -- dumped the cooler

05:00PM    2    out on my bed and jumped in it.

05:00PM    3    Q.  Jumped in the money?

05:00PM    4    A.  Yep.

05:00PM    5    Q.  What do you remember doing next after the money on the

05:00PM    6    bed and jumping in it?

05:00PM    7    A.  We just -- I grabbed, like, $20,000 each, and went out to

05:00PM    8    the strip club.

05:00PM    9    Q.  Who went with you?

05:00PM   10    A.  I couldn't even tell you, there was so many of us that

05:00PM   11    went out to the strip club.  There was two carloads.

05:00PM   12    Q.  Did Rowles go with you?

05:00PM   13    A.  Yes.

05:00PM   14    Q.  You said you went to a strip club.  What strip club did

05:01PM   15    you go to?

05:01PM   16    A.  Show Girls.

05:01PM   17    Q.  What was that?

05:01PM   18    A.  Show Girls.

05:01PM   19    Q.  Okay.  Have you heard of a place called Pharaoh's before?

05:01PM   20    A.  Yeah, I was banned from Pharaoh's at that time.

05:01PM   21    Q.  Okay.  And we'll circle back to that in just a second.

05:01PM   22       When you go out with, like, the $20,000 to the strip

05:01PM   23    club, were you out for a period of time after that?

05:01PM   24    A.  Yes.

05:01PM   25    Q.  Were you partying?

05:01PM    1    A.  Yes.

05:01PM    2    Q.  Were you using drugs?

05:01PM    3    A.  Yes.

05:01PM    4    Q.  How long did that last?

05:01PM    5    A.  A few days.

05:01PM    6    Q.  During that few days when you're out partying, did you

05:01PM    7    become aware that people were looking for you?

05:01PM    8    A.  Yeah.

05:01PM    9    Q.  What was your understanding about who was looking for

05:01PM    10   you?

05:01PM    11   A.  What I was told, it was a couple biker clubs and the mob.

05:01PM    12   Q.  Okay.  You mentioned that there was some jewelry in the

05:01PM    13   safe as well; is that right?

05:01PM    14   A.  Yes.

05:01PM    15   Q.  What did you plan to do with the jewelry from the safe?

05:01PM    16   A.  Well, I -- from what -- the jewelry that I seen in the

05:02PM    17   safe, I threw out.  I grabbed it and threw it out.

05:02PM    18   Q.  Why did you do that?

05:02PM    19   A.  Because I didn't want to get caught, like, selling

05:02PM    20   jewelry.  And people see you wearing their shit, you're gonna

05:02PM    21   get caught.

05:02PM    22   Q.  Do you know if Rowles also got rid of all the jewelry?

05:02PM    23   A.  No, he didn't.  He had took a ring out of the pile of

05:02PM    24   jewelry and kept it.

05:02PM    25   Q.  Are you aware of whether Rowles was captured in some

05:02PM    1    pictures wearing that ring?

05:02PM    2    A.  Yes.

05:02PM    3    Q.  Were those on social media?

05:02PM    4    A.  Yes.

05:02PM    5    Q.  Did people become aware that you and Rowles were

05:02PM    6    involved?

05:02PM    7    A.  Yes.

05:02PM    8    Q.  Did you find out, or did you form a belief at some point,

05:02PM    9    that the mob, as you described it, was looking for you?

05:02PM    10   A.  Yes.

05:02PM    11   Q.  Do you know if that ring that Rowles was wearing had any

05:02PM    12   significance?

05:02PM    13   A.  Yes.

05:02PM    14   Q.  Describe that for the jury.

05:02PM    15   A.  It belonged to Stefano Magaddino, or whatever the fuck

05:02PM    16   his name is.

05:02PM    17   Q.  Okay.  Did you believe that the ring had some association

05:02PM    18   with Italian Organized Crime?

05:02PM    19   A.  Yes.

05:02PM    20   Q.  After your few days out partying, where do you go?

05:03PM    21   A.  Back home.

05:03PM    22   Q.  Do you eventually go home?

05:03PM    23   A.  Yeah.

05:03PM    24   Q.  Okay.  And when you get home, what do you do?

05:03PM    25   A.  Pop a couple Xanax, because it's time to go to sleep.

| | | |
|---|---|---|
| 05:03PM | 1 | Q.  Were you able to go to sleep? |
| 05:03PM | 2 | A.  No.  Not at all. |
| 05:03PM | 3 | Q.  What happened? |
| 05:03PM | 4 | A.  I had a female come in the room and wake me up.  I though |
| 05:03PM | 5 | she was just jealous because I had another bitch in the bed, |
| 05:03PM | 6 | thought she was just -- you know what I mean? |
| 05:03PM | 7 | And she's, like, Tony got pulled over. |
| 05:03PM | 8 | What you fuck you want me to do?  I ain't got no license. |
| 05:03PM | 9 | I just went to sleep.  Fuck Tony. |
| 05:03PM | 10 | And she comes back -- I don't know how much time went by, |
| 05:03PM | 11 | but she comes back in, smashes the phone off my face. |
| 05:03PM | 12 | Wake up, it's Ronald on the phone, talking about get your |
| 05:03PM | 13 | shit and get out the house, we're about to get raided. |
| 05:03PM | 14 | I was like, you're fucking crazy.  I was like, you're |
| 05:03PM | 15 | paranoid. |
| 05:03PM | 16 | Then I looked out the window, and I watch the feds pull |
| 05:03PM | 17 | in the driveway. |
| 05:03PM | 18 | Q.  You said Ronald called you and told you get out, you're |
| 05:03PM | 19 | about to get raided? |
| 05:03PM | 20 | A.  Um-hum. |
| 05:03PM | 21 | Q.  And that's when you looked out the window? |
| 05:03PM | 22 | A.  Yeah. |
| 05:03PM | 23 | Q.  When you looked out the window, did you believe Ronald |
| 05:03PM | 24 | was right, that you were about to get raided? |
| 05:03PM | 25 | A.  Yeah. |

| 05:03PM | 1 | Q.  What did you do at that moment? |
| 05:04PM | 2 | A.  Put on some clothes, grabbed -- grabbed my half of the |
| 05:04PM | 3 | money, and ran out the back door through a golf course. |
| 05:04PM | 4 | Q.  Are we talking about January in 2019? |
| 05:04PM | 5 | A.  Yeah.  January 3rd, I believe. |
| 05:04PM | 6 | Q.  Cold outside? |
| 05:04PM | 7 | A.  Yes. |
| 05:04PM | 8 | Q.  Was there snow on the ground? |
| 05:04PM | 9 | A.  Yes. |
| 05:04PM | 10 | Q.  Were you able to get away by running out the back door |
| 05:04PM | 11 | and through the golf course? |
| 05:04PM | 12 | A.  Yeah.  I was in my underwear carrying everything. |
| 05:04PM | 13 | Q.  Where did you go? |
| 05:04PM | 14 | A.  I went and called a cab.  Ran a couple holes, stopped, |
| 05:04PM | 15 | got dressed, called a cab.  And then went to the Econo Lodge. |
| 05:04PM | 16 | Q.  Okay.  After getting to the Econo Lodge, did you |
| 05:04PM | 17 | eventually come up with a plan to get out of New York? |
| 05:04PM | 18 | A.  Yeah. |
| 05:04PM | 19 | Q.  What was the plan? |
| 05:04PM | 20 | A.  Well, it was already in motion before we got raided.  I |
| 05:04PM | 21 | was leaving and going to Florida.  Once I got raided, it just |
| 05:04PM | 22 | moved up the timeline. |
| 05:04PM | 23 | Q.  Okay.  Did you ultimately flee to Florida? |
| 05:04PM | 24 | A.  Yes. |
| 05:04PM | 25 | Q.  Who did you go with? |

USA v Bongiovanni - McDonald - Cooper/Direct - 9/6/24

24

05:04PM    1    A.  It was couple females.

05:04PM    2    Q.  Okay.  What did you do when you got down to Florida?

05:04PM    3    A.  Found a job.  Got a house.  And just lived a normal life.

05:04PM    4    Q.  Were you spending the money that you had stolen from

05:04PM    5    Sinatra's safe?

05:05PM    6    A.  Yeah.

05:05PM    7    Q.  At some point, did you decide to take a vacation and

05:05PM    8    spend some of that money on a cruise?

05:05PM    9    A.  Yes.

05:05PM   10    Q.  Who did you go on the cruise with?

05:05PM   11    A.  Ronald Rowles, a couple people from his family, a couple

05:05PM   12    other buddies.

05:05PM   13    Q.  At the end of that cruise, when you came back into port,

05:05PM   14    so to speak, did you get arrested?

05:05PM   15    A.  Yes.

05:05PM   16    Q.  Can you describe for the jury how that happened?

05:05PM   17    A.  I woke up -- I don't know.  We had to be off the boat at

05:05PM   18    like 7 a.m.  I remember laying down at like 5:30.  I was

05:05PM   19    mother-fucking myself, like, dude, you gotta get up in an

05:05PM   20    hour.

05:05PM   21        And I woke up, seen the alarm clock.  It was like 5 to

05:05PM   22    6:00, and there was a dog barking in my face.  And my room

05:05PM   23    was filled with federal agents and customs, whatever the fuck

05:05PM   24    it was.  I don't remember.

05:05PM   25        And I thought I was getting arrested for like being an

05:05PM    1    asshole the last night on the cruise.  So I was talking like

05:05PM    2    crazy shit to the cops.  Fuck you.  Suck my dick.  Take me to

05:05PM    3    jail, I got bail money.

05:05PM    4        And that just wasn't the case.

05:05PM    5    Q.  Okay.  Did they arrest you?

05:05PM    6    A.  Yeah.

05:06PM    7    Q.  At some point after they arrested you, did you realize

05:06PM    8    that you weren't being arrested for your conduct on the

05:06PM    9    cruise?

05:06PM    10    A.  Yeah.

05:06PM    11    Q.  Okay.  Was this about -- were you encountered -- or, did

05:06PM    12    you encounter a special agent by the name of Marilyn

05:06PM    13    Halliday?

05:06PM    14    A.  Yes.

05:06PM    15    Q.  Did she tell you what you were being arrested for?

05:06PM    16    A.  Yes.

05:06PM    17    Q.  Did you realize that it was more serious than that?

05:06PM    18    A.  Yes.

05:06PM    19    Q.  I asked you earlier towards the beginning of your direct

05:06PM    20    examination if you had ultimately pled guilty.  Was that as a

05:06PM    21    result of the arrest with Special Agent Halliday?

05:06PM    22    A.  Yes.

05:06PM    23    Q.  Now, we paused for a moment to talk about Pharaoh's, and

05:06PM    24    you said you had been there before, but at the time of the

05:06PM    25    burglary you were not welcome at Pharaoh's; is that correct?

USA v Bongiovanni - McDonald - Cooper/Direct - 9/6/24

26

| | | |
|---|---|---|
| 05:06PM | 1 | A.  Yes. |
| 05:06PM | 2 | Q.  How many times have you been to Pharaoh's? |
| 05:06PM | 3 | A.  Uncountable. |
| 05:06PM | 4 | Q.  Okay.  Would it be fair to say that you frequented that |
| 05:06PM | 5 | location? |
| 05:06PM | 6 | A.  Yes. |
| 05:06PM | 7 | Q.  What years do you think you frequented Pharaoh's, John? |
| 05:06PM | 8 | A.  From, like, '14 to '17. |
| 05:06PM | 9 | Q.  Okay.  So is that 2014 to 2017? |
| 05:07PM | 10 | A.  Yeah. |
| 05:07PM | 11 | Q.  How often would you go there during that three-year |
| 05:07PM | 12 | period? |
| 05:07PM | 13 | A.  Almost every day. |
| 05:07PM | 14 | Q.  Okay.  And you've told the jury that you used cocaine |
| 05:07PM | 15 | during that time period; is that correct? |
| 05:07PM | 16 | A.  Yes. |
| 05:07PM | 17 | Q.  Have you ever used cocaine at Pharaoh's? |
| 05:07PM | 18 | A.  Yes. |
| 05:07PM | 19 | Q.  Once or more than once? |
| 05:07PM | 20 | A.  Every time. |
| 05:07PM | 21 | Q.  Okay.  When you used cocaine at Pharaoh's, would you have |
| 05:07PM | 22 | to go hide in the bathroom in order to do it? |
| 05:07PM | 23 | A.  No. |
| 05:07PM | 24 | Q.  Where would you use cocaine at Pharaoh's? |
| 05:07PM | 25 | A.  Right where I was sitting. |

USA v Bongiovanni - McDonald - Cooper/Direct - 9/6/24    27

05:07PM    1    Q.   Is there an open area where you can sit and watch stage

05:07PM         dances?

05:07PM    3    A.   Um-hum.

05:07PM    4    Q.   Is that a yes?

05:07PM    5    A.   Yes.

05:07PM    6    Q.   Are there tables there?

05:07PM    7    A.   Yes.

05:07PM    8    Q.   Is there a bar?

05:07PM    9    A.   Yes.

05:07PM   10    Q.   Would you use cocaine right out in the open at Pharaoh's?

05:07PM   11    A.   Yes.

05:07PM   12    Q.   At any point did someone come over to you and say, oh, my

05:07PM   13    God, you have cocaine?  Get out of here.  I'm calling the

05:07PM   14    police.

05:07PM   15    A.   No.

05:07PM   16    Q.   Did that ever happen?

05:07PM   17    A.   No.

05:07PM   18    Q.   How did you use cocaine out in the open?  Like, what

05:07PM   19    would you do?  Tell the jury.

05:07PM   20    A.   Dump it on my fingers and sniff my fingers.

05:07PM   21    Q.   Were you being quiet and shy about it?

05:07PM   22    A.   No.

05:07PM   23    Q.   Did you ever sell cocaine at Pharaoh's?

05:07PM   24    A.   Yes.

05:07PM   25    Q.   Did you sell cocaine to the customers there?

| | | |
|---|---|---|
| 05:07PM | 1 | A.  Yes. |
| 05:07PM | 2 | Q.  Did you sell cocaine to dancers there? |
| 05:07PM | 3 | A.  Yes. |
| 05:07PM | 4 | Q.  I asked you in the beginning of your direct examination |
| 05:08PM | 5 | if a guy named Michael Sinatra sold drugs; do you remember |
| 05:08PM | 6 | that? |
| 05:08PM | 7 | A.  Yes. |
| 05:08PM | 8 | Q.  Was Michael Sinatra's reputation in the community that of |
| 05:08PM | 9 | a drug dealer? |
| 05:08PM | 10 | A.  Yes. |
| 05:08PM | 11 | Q.  Was that something he spoke about openly? |
| 05:08PM | 12 | A.  Yes. |
| 05:08PM | 13 | Q.  Did he talk about selling lots of marijuana? |
| 05:08PM | 14 | A.  Yes. |
| 05:08PM | 15 | Q.  Did he talk about having lots of money? |
| 05:08PM | 16 | A.  Yes. |
| 05:08PM | 17 | Q.  Is that something that he hid from people? |
| 05:08PM | 18 | A.  No.  That's how I got the idea to rob him, was from him. |
| 05:08PM | 19 | **MR. COOPER:**  Judge, if I may just have one moment? |
| 05:08PM | 20 | I have no further direct.  Thank you, Judge. |
| 05:08PM | 21 | **THE COURT:**  Cross? |
| 05:08PM | 22 | **MR. MacKAY:**  Very quick, Judge. |
| 05:08PM | 23 | |
| 05:08PM | 24 | **CROSS-EXAMINATION BY MR. MacKAY:** |
| 05:08PM | 25 | Q.  Mr. McDonald, you had an exciting transition from 2018 to |

05:08PM    1    2019, it sounds like; is that fair to say?

05:08PM    2    A.  Yes.

05:08PM    3    Q.  I just wanted to circle back on something.

05:08PM    4        You said when you busted open the safe, and you thought

05:08PM    5    it was approximately a key in there?

05:08PM    6    A.  Yes.

05:08PM    7    Q.  Do you recall it being closer to actually a quarter kilo?

05:09PM    8    A.  I really -- there was really no way to tell, but that's

05:09PM    9    what I thought at the time.  And like --

05:09PM    10   Q.  What about would it help to refresh your recollection to

05:09PM    11   look at something to see?  Can I show you something?

05:09PM    12   A.  Sure.

05:09PM    13   Q.  Sure.

05:09PM    14       **MR. MacKAY:**  Ms. Champoux, can we show the witness

05:09PM    15   only Government Exhibit 3649M page 22.

05:09PM    16       **BY MR. MacKAY:**

05:09PM    17   Q.  So if you just read those lines that I've bracketed off

05:09PM    18   to yourself, look up at me when you're done.

05:09PM    19   A.  Yes, I see it says about 9 ounces.

05:09PM    20   Q.  And that was going to be my question.  How much do you

05:09PM    21   remember if anything was in there?

05:09PM    22   A.  It's about 9 ounces.

05:09PM    23   Q.  Okay.

05:09PM    24   A.  It would be a quarter key.

05:09PM    25   Q.  A quarter key is, you know --

05:09PM  1   A.  250 grams.  A softball.

05:10PM  2   Q.  Yeah.  You gave me exactly what I was looking for, a

05:10PM  3   rough estimate.  About a softball size?

05:10PM  4   A.  Um-hum.

05:10PM  5           **MR. MacKAY:**  Okay.  You can take that down,

05:10PM  6   Ms. Champoux.  Thank you.

05:10PM  7           **BY MR. MacKAY:**

05:10PM  8   Q.  So, you go on a bit of a party bender for a while,

05:10PM  9   correct?

05:10PM  10  A.  Yes.

05:10PM  11  Q.  Then you get arrested, correct?

05:10PM  12  A.  Yes.

05:10PM  13  Q.  Now you talked about prior --

05:10PM  14  A.  No.  No, I didn't get arrested.  I never got arrested

05:10PM  15  when I got raided.  I got away.

05:10PM  16  Q.  Right.  That's what I mean.  Later at a point in time,

05:10PM  17  you do get arrested down in Florida, right?

05:10PM  18  A.  Yes.

05:10PM  19  Q.  Okay.  And then, but you were talking about previously

05:10PM  20  you had been at Pharaoh's Gentlemen's Club a few times,

05:10PM  21  right?

05:10PM  22  A.  Yes.

05:10PM  23  Q.  And you told Mr. Cooper here about how you'd done drugs

05:10PM  24  there, correct?

05:10PM  25  A.  Yes.

05:10PM    1    Q.   And how you had sold drugs, correct?

05:10PM    2    A.   Yes.

05:10PM    3    Q.   And ultimately you were banned from there because of that

05:10PM    4    activity, correct?

05:10PM    5    A.   Yes.

05:10PM    6    Q.   And you've gone to other strip clubs, correct?

05:10PM    7    A.   Yes.

05:10PM    8    Q.   Like, you went to Show Girls the night of that party

05:10PM    9    bender, right?

05:10PM   10    A.   Yes.

05:10PM   11    Q.   Did drugs there as well, too?

05:10PM   12    A.   Yes.

05:10PM   13    Q.   And you've seen drug use at other strip clubs as well,

05:11PM   14    correct?

05:11PM   15    A.   Yes.

05:11PM   16        MR. MacKAY:   Nothing further, Your Honor.

05:11PM   17        THE COURT:   Anything more?

05:11PM   18        MR. COOPER:   Just one second, Judge, please.

05:11PM   19

05:11PM   20            REDIRECT EXAMINATION BY MR. COOPER:

05:11PM   21    Q.   On the topic of why you were banned from Pharaoh's, is it

05:11PM   22    because you acted like you owned the place?

05:11PM   23    A.   That's what they told me.

05:11PM   24    Q.   Okay.  So when Mr. MacKay just asked you if it was for

05:11PM   25    selling drugs, do you know if that's the reason why?

05:11PM   1   A.  No, I went to go -- I went to go in after being gone for

05:11PM   2   like a month, or whatever.  I went to go, me and Ronald went

05:11PM   3   to go in one night, and they said you guys aren't allowed in.

05:11PM   4       And I said why?

05:11PM   5       And he said, you act like you own the motherfucker.

05:11PM   6   Q.  Okay.  When you were on the cruise, you described that

05:11PM   7   you engaged in some pretty obnoxious conduct; is that right?

05:11PM   8   A.  Yes.

05:11PM   9   Q.  When you were on the cruise, the night before you came

05:11PM  10   back to port, were you smoking marijuana in the hallways?

05:11PM  11   A.  Yes.

05:11PM  12   Q.  Were you slapping pizza pies on the walls?

05:11PM  13   A.  Yes.

05:11PM  14   Q.  Were you acting like a jerk, John?

05:11PM  15   A.  Yes.

05:12PM  16   Q.  Okay.  When you would be at Pharaoh's, would you

05:12PM  17   sometimes act like a jerk?

05:12PM  18   A.  Yes.

05:12PM  19   Q.  Would you get high on cocaine?

05:12PM  20   A.  Yes.

05:12PM  21   Q.  Okay.  Did anybody ever tell you, it's because you're

05:12PM  22   selling cocaine, you can't come here anymore?

05:12PM  23   A.  No.  That was just said, I acted like I owned the place.

05:12PM  24   That's what they told me when I went to go in.

05:12PM  25   Q.  The last question or topic I have is that softball size

Case 1:19-cr-00227-LJV-MJR    Document 1227    Filed 09/24/24    Page 33 of 35
USA v Bongiovanni - McDonald - Cooper/Redirect - 9/6/24

33

05:12PM    1    bag of cocaine that you saw inside of the safe from Michael

05:12PM    2    Sinatra's house, is a softball size bag of cocaine a user

05:12PM    3    amount of cocaine for a normal person?

05:12PM    4    A.  No.

05:12PM    5    Q.  Is that a distribution amount?

05:12PM    6    A.  Yes.

05:12PM    7    Q.  Is $260,000 next to a softball-size bag of cocaine

05:12PM    8    consistent with selling drugs?

05:12PM    9    A.  I would say so.

05:12PM   10    Q.  Have you ever had $260,000 that you made from selling

05:12PM   11    drugs, John?

05:12PM   12    A.  Not that much.

05:12PM   13           **MR. COOPER:**  Okay.  I have no further questions.

05:12PM   14           **THE COURT:**  Anything more?

05:12PM   15           **MR. MacKAY:**  No further questions, Your Honor.

05:12PM   16           **THE COURT:**  Okay.  You can step down, sir.

          17           (Witness excused at 5:12 p.m.)

          18           (Excerpt concluded at 5:12 p.m.)

          19              *     *     *     *     *     *     *

          20

          21

          22

          23

          24

          25

1

2                         **CERTIFICATE OF REPORTER**

3

4                 In accordance with 28, U.S.C., 753(b), I

5    certify that these original notes are a true and correct

6    record of proceedings in the United States District Court for

7    the Western District of New York on September 6, 2024.

8

9

10                          s/ Ann M. Sawyer
                            Ann M. Sawyer, FCRR, RPR, CRR
11                          Official Court Reporter
                            U.S.D.C., W.D.N.Y.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    **TRANSCRIPT INDEX**

3           **EXCERPT - EXAMINATION OF JOHN McDONALD**

4                     **SEPTEMBER 6, 2024**

5

6

7    **W I T N E S S**                          **P A G E**

8    **J O H N   M c D O N A L D**                2

9      DIRECT EXAMINATION BY MR. COOPER:          2

10     CROSS-EXAMINATION BY MR. MacKAY:           28

11     REDIRECT EXAMINATION BY MR. COOPER:        31

12

13

14

15

16

17

18

19

20

21

22

23

24

25