UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                 Case No. 19-CR-227-LJV-1

JOSEPH BONGIOVANNI,

          Defendant.

## **DECLARATION**

      I, JOHN J. GILSENAN, make this Declaration under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. After the government's cross examination of Mr. Flickinger on September 30, 2024, I immediately interviewed Mr. Flickinger and learned the following:

2. That the government planned to call Mr. Flickinger to testify at the first trial regarding deactivation documents concerning Robert Kaiser ("Trial 1");

3. That Flickinger, although he did not communicate this belief to the government, had reservations regarding the accuracy of the government's theory that Mr. Bongiovanni had used certain law enforcement databases as "trip wires" to alert Bongiovanni to other law enforcement investigatory activities into members of the Serio DTO. Flickinger did not believe, during the timeframe alleged, and given the limitations of the relevant databases then in use, that such conduct was even possible.

1

4. That Flickinger did not share this belief with members of the prosecution team due to Flickinger's concern that Mr. Tripi would retaliate against Flickinger.

5. That Flickinger, while in the courthouse waiting to testify at Trial 1, told government investigator Lyeson Daniel that, if asked on cross examination, that Flickinger would testify, *inter alia*, that Mr. Bongiovanni had performed well as an agent, had been given an award in recognition for his valor in saving a woman from a burning building, and that Flickinger had no concerns about Bongiovanni's ethics or conduct;

6. That, additionally, while waiting to testify, Flickinger told Daniel about his (Flickinger's) historic concerns about Mr. Tripi's reputation for unethical conduct.

7. That Flickinger had not engaged in any form of confrontation or otherwise adversarial interaction with Daniel or any other member of the prosecution team.

8. That at the close of the trial day, Flickinger was informed by a member of the government trial team that Flickinger's testimony would be offered through Agent Shane Nastoff, and that Flickinger would no longer be called to testify.

Dated:        October 1, 2024
              Brighton, New York


_____
John J. Gilsenan, Esq.


2