## CERTIFICATE OF SERVICE

    I hereby certify that on February 24, 2025 I electronically filed the foregoing with the Clerk of the Court for the Western District of New York by using the CM/ECF system, which will send a notice of electronic filing to counsel for all parties.


                                        s/Parker R. MacKay
                                        PARKER R. MacKAY