1   **UNITED STATES DISTRICT COURT**
    **WESTERN DISTRICT OF NEW YORK**

2

   _____

3   **UNITED STATES OF AMERICA,**

                                        Case No. 1:19-cr-227
4                   Plaintiff,                    (LJV)

    v.

5                                       September 16, 2024

6   **JOSEPH BONGIOVANNI,**

                    Defendant.
    _____

7

8     **TRANSCRIPT EXCERPT - EXAMINATION OF RONALD SERIO - DAY 1**
           **BEFORE THE HONORABLE LAWRENCE J. VILARDO**
9                  **UNITED STATES DISTRICT JUDGE**

10  **APPEARANCES:**        **TRINI E. ROSS, UNITED STATES ATTORNEY**
                           **BY: JOSEPH M. TRIPI, ESQ.**
11                             **NICHOLAS T. COOPER, ESQ.**
                               **CASEY L. CHALBECK, ESQ.**
12                         Assistant United States Attorneys
                           Federal Centre, 138 Delaware Avenue
13                         Buffalo, New York 14202
                           For the Plaintiff

14

                           **SINGER LEGAL PLLC**
15                         **BY: ROBERT CHARLES SINGER, ESQ.**
                           80 East Spring Street
16                         Williamsville, New York 14221
                               And
17                         **LAW OFFICES OF PARKER ROY MacKAY**
                           **BY: PARKER ROY MacKAY, ESQ.**
18                         3110 Delaware Avenue
                           Kenmore, New York 14217
19                             And
                           **OSBORN, REED & BURKE, LLP**
20                         **BY: JOHN J. GILSENAN, ESQ.**
                           120 Allens Creek Road
21                         Rochester, New York 14618
                           For the Defendant

22

    **PRESENT:**             **BRIAN A. BURNS,** FBI Special Agent
23                         **MARILYN K. HALLIDAY,** HSI Special Agent
                           **KAREN A. CHAMPOUX,** USA Paralegal
24

    **LAW CLERK:**           **REBECCA FABIAN IZZO, ESQ.**
25

1    **COURT DEPUTY CLERK:**   **COLLEEN M. DEMMA**

2    **COURT REPORTER:**      **ANN MEISSNER SAWYER, FCRR, RPR, CRR**
                              Robert H. Jackson Federal Courthouse
3                             2 Niagara Square
                              Buffalo, New York  14202
4                             Ann_Sawyer@nywd.uscourts.gov

5

6                    *    *    *    *    *    *    *

7

8              (Excerpt commenced at 2:47 p.m.)

02:47PM  9              (Jury is present.

02:47PM  10             **THE COURT:**  The government can call its next witness.

02:47PM  11             **MR. TRIPI:**  We call Ron Serio, Your Honor.

02:47PM  12

02:48PM  13    **R O N A L D   S E R I O**, having been duly called and sworn,

02:48PM  14    testified as follows:

02:48PM  15             **MR. TRIPI:**  May I proceed, Your Honor?

02:48PM  16             **THE COURT:**  You may.

02:48PM  17             **MR. TRIPI:**  Thank you.

02:48PM  18

02:48PM  19                    **DIRECT EXAMINATION BY MR. TRIPI:**

02:48PM  20    Q.  Good afternoon, Mr. Serio.

02:48PM  21    A.  Good afternoon.

02:48PM  22    Q.  Mr. Serio, how old are you, sir?

02:48PM  23    A.  I'm 48.

02:49PM  24    Q.  And as you sit there today, who do you live with?

02:49PM  25    A.  My parents.

02:49PM 1 Q.  Fair to say the events that brought you to this chair

02:49PM 2 today, you went from living in a mansion to, at age 47,

02:49PM 3 living with your mom and dad?

02:49PM 4 A.  Correct.

02:49PM 5 Q.  Where did you grow up?

02:49PM 6 A.  I'm sorry?

02:49PM 7 Q.  Where did you grow up?

02:49PM 8 A.  Tonawanda.

02:49PM 9 Q.  City or Town?

02:49PM 10 A.  Town of Tonawanda.

02:49PM 11 Q.  How far have you gone in school?

02:49PM 12 A.  High school.

02:49PM 13 Q.  What high schools have you attended?

02:49PM 14 A.  O'Hara, Kenmore West, Kenmore East.

02:49PM 15 Q.  For those who aren't familiar, would that be Cardinal

02:49PM 16 O'Hara High School?

02:49PM 17 A.  Correct.

02:49PM 18 Q.  Is that a private school?

02:49PM 19 A.  Yes.

02:49PM 20 Q.  And then Kenmore West and Kenmore East are both public

02:49PM 21 schools?

02:49PM 22 A.  Correct.

02:49PM 23 Q.  What type of jobs have you done in the course of your

02:49PM 24 life?

02:49PM 25 A.  I was a busboy.  Worked for a butcher.  Pizza delivery.

02:50PM  1  Carpentry.  And I owned a sub shop.

02:50PM  2  Q.  And in terms of carpentry, how did you learn to do that

02:50PM  3  type of work?

02:50PM  4  A.  Through my father and brother.

02:50PM  5  Q.  I was going to ask you, do you have any siblings?

02:50PM  6  A.  Yes.

02:50PM  7  Q.  Who are your siblings?

02:50PM  8  A.  Thomas Serio and Carrie Serio.

02:50PM  9  Q.  And you said you're -- you said you're 47?

02:50PM  10  A.  48.

02:50PM  11  Q.  48, I'm sorry.  How old is Thomas?

02:50PM  12  A.  He is 50.

02:50PM  13  Q.  So he's your older brother?

02:50PM  14  A.  Correct.

02:50PM  15  Q.  How old is your sister, Carrie?

02:50PM  16  A.  She is 44.

02:50PM  17  Q.  What do they each do for a living currently?

02:50PM  18  A.  My brother owns a collection agency, and my sister owns a

02:50PM  19  cleaning company.

02:50PM  20  Q.  And what did your parents do for a living?

02:50PM  21  A.  My mother worked at M&T Bank, and my father worked at

02:51PM  22  Dunlop.

02:51PM  23  Q.  What was your mother's job at M&T Bank?

02:51PM  24  A.  She started off as a teller, and then eventually heading

02:51PM  25  some department with ATM machines.

02:51PM 1    Q.  And you said your father worked at Dunlop.  What --

02:51PM 2    what -- what is -- what is Dunlop?

02:51PM 3    A.  It's a tire company.  He was making tires.

02:51PM 4    Q.  Are your parents both retired from those jobs?

02:51PM 5    A.  Yes.

02:51PM 6    Q.  At some point growing up, you indicated you went to three

02:51PM 7    different high schools, did -- did you end up graduating from

02:51PM 8    high school?

02:51PM 9    A.  Yes.

02:51PM 10   Q.  Which one did you graduate from?

02:51PM 11   A.  Kenmore East.

02:51PM 12   Q.  At some point during your life in high school, did you

02:51PM 13   start to focus less on school and get into using drugs?

02:51PM 14   A.  Yes.

02:51PM 15   Q.  What was your first introduction to drugs?

02:51PM 16   A.  I was 14.  Smoked marijuana and was doing LSD.

02:51PM 17   Q.  What type of drug is LSD?

02:51PM 18   A.  Hallucinogenic.

02:51PM 19   Q.  Is that something you did less frequently or more

02:52PM 20   frequently than the marijuana?

02:52PM 21   A.  Less frequently.

02:52PM 22   Q.  Okay.  And you said you were 14 years old?

02:52PM 23   A.  Correct.

02:52PM 24   Q.  Did that -- did those experiences when you were 14 start

02:52PM 25   you down a path where you began using and selling marijuana?

02:52PM 1    A.  Yes.

02:52PM 2    Q.  Tell the jury about your introduction to -- how old were

02:52PM 3    you and describe for them your introduction to selling

02:52PM 4    marijuana.

02:52PM 5    A.  Selling marijuana?  I believe I was 15.  And I worked for

02:52PM 6    a telemarketing company that my cousin owned, and his brother

02:52PM 7    was a manager there.  And I was getting marijuana from him.

02:52PM 8    Q.  And at that point, 15 years old, what type of marijuana

02:52PM 9    amounts are you talking about?

02:52PM 10   A.  Like a half pound, a pound at most.

02:52PM 11   Q.  And what were you doing with the half-pound or the

02:52PM 12   one-pound quantities that you were getting?

02:52PM 13   A.  Selling them in 3-and-a-half grams, 7 grams, half ounces,

02:52PM 14   ounces.

02:52PM 15   Q.  Were you selling them to other kids your age?

02:52PM 16   A.  Yes.

02:52PM 17   Q.  Basically, high school, we're talking high school age?

02:53PM 18   A.  Yes.

02:53PM 19   Q.  Eventually -- was that cousin a cousin by the name of

02:53PM 20   Gordon Hinckley?

02:53PM 21   A.  Yes.

02:53PM 22   Q.  So to put it, I guess, bluntly, Gordon Hinckley was your

02:53PM 23   first source of supply for marijuana?

02:53PM 24   A.  Correct.

02:53PM 25   Q.  As time went on, you got older.  Did the amounts of

02:53PM 1  marijuana that you sell progress?

02:53PM 2  A.  Yes.

02:53PM 3  Q.  Did the different types of drugs that you sold progress?

02:53PM 4  A.  Yes.

02:53PM 5  Q.  As you -- as you started to get older, did you learn how

02:53PM 6  to grow marijuana?

02:53PM 7  A.  Yes.

02:53PM 8  Q.  How old were you, or when -- when did you learn how to

02:53PM 9  grow marijuana?

02:53PM 10  A.  I believe it was early 2000s.

02:53PM 11  Q.  Ballpark, about how old were you by then?

02:53PM 12  A.  Drawing a blank.

02:53PM 13  Q.  Are we talking, like, 24 years ago?

02:54PM 14  A.  24 years ago, so I'd be 24.

02:54PM 15  Q.  Okay.  How did you learn how to grow marijuana?

02:54PM 16  A.  Just from reading books.

02:54PM 17  Q.  Where did you get these books?

02:54PM 18  A.  At Barnes & Noble's.

02:54PM 19  Q.  And did you learn how to grow marijuana outdoors?

02:54PM 20  A.  Yes.

02:54PM 21  Q.  Did you learn how to grow marijuana indoors?

02:54PM 22  A.  Yes.

02:54PM 23  Q.  Did you learn to do those things at the same time, or was

02:54PM 24  it a process over time?

02:54PM 25  A.  It was a process over -- I was more indoor.  Outdoor was

02:54PM    1    too iffy depending on the whether, stuff like that.  It was

02:54PM    2    inconsistent.

02:54PM    3    Q.  When you were first getting in -- started getting into

02:54PM    4    grows and learning how to grow, your first experiences were

02:54PM    5    indoors?

02:54PM    6    A.  Correct.

02:54PM    7    Q.  Where was the -- where did you first start growing

02:54PM    8    marijuana indoors?

02:54PM    9    A.  I was doing real estate and I would buy houses, and

02:54PM   10    sometimes I would have a grow house in there.  I'd grow in

02:54PM   11    there one or two times and then sell the house.

02:54PM   12    Q.  So were these houses you were purchasing?

02:55PM   13    A.  Correct.

02:55PM   14    Q.  At that point, are you about 24 years old?

02:55PM   15    A.  Yes.

02:55PM   16    Q.  And did you -- did you have a formal company yet in terms

02:55PM   17    of real estate, or were you just someone who would buy a

02:55PM   18    house, do some work on it, carpentry work, and then sell it?

02:55PM   19    A.  I believe it was TRS Enterprises, but sometimes we put it

02:55PM   20    in our own names because I was partners with my brother.

02:55PM   21    Q.  So it's you and Tom?

02:55PM   22    A.  Yes.

02:55PM   23    Q.  Okay.  Tell the jury, what's the process of setting up an

02:55PM   24    indoor marijuana grow?  Explain it to them.

02:55PM   25    A.  You have to build a room in the basement, you have to do

02:55PM 1   it in the basement because it's cooler down there.  You'd

02:55PM 2   frame it, drywall it, have exhaust, run electric to properly

02:55PM 3   run the lights so you don't start a fire.

02:55PM 4   Q.  When setting up a grow room, does it involve heavy -- a

02:56PM 5   lot of lighting equipment?

02:56PM 6   A.  Yes.

02:56PM 7   Q.  What type of lighting equipment do you set up?

02:56PM 8   A.  600 watt, high-pressure sodium bulbs.

02:56PM 9   Q.  And why is that the type of lighting that you need?

02:56PM 10  A.  It's -- well, there's -- I forget what the other kind is

02:56PM 11  for -- to grow it, it's like a blue light.

02:56PM 12     And then when you go into flowering, which produces the

02:56PM 13  bud marijuana, you have got to use more of a red light.  But

02:56PM 14  it has to be high power.

02:56PM 15  Q.  Is there anything you do when you set up that type of

02:56PM 16  room to try to keep the odor down from the marijuana growing?

02:56PM 17  A.  Yes.  Carbon filters.  They're like filters that suck the

02:56PM 18  air out trough a chimney, but it filters it and takes the

02:56PM 19  smell away.

02:56PM 20  Q.  Does that essentially, like, get the exhaust outdoors but

02:56PM 21  try to take away the odor?

02:56PM 22  A.  Because if you have more pressure going out, it sucks all

02:56PM 23  the air in so none of the air is escaping.

02:57PM 24  Q.  Why is it important to try to keep the odor down?

02:57PM 25  A.  Because you could get caught that way if a utility worker

02:57PM 1    smells the marijuana outside.

02:57PM 2    Q.  Or neighbors?

02:57PM 3    A.  Neighbors.

02:57PM 4    Q.  In terms of indoor grows, describe the process of making

02:57PM 5    sure the plants get watered.

02:57PM 6    A.  Well, you have to go there every second day and water

02:57PM 7    them.  They get feeded nutrients.

02:57PM 8    Q.  For the lighting equipment, do you set things to timers?

02:57PM 9    A.  Yes.

02:57PM 10   Q.  Why is -- why do you do that?

02:57PM 11   A.  Because when it grows, it has to be on -- 18 hours on,

02:57PM 12   six hours off.

02:57PM 13       And then when it flowers, it's got to be 12 hours on, 12

02:57PM 14   hours off.  And it has to be consistent.

02:57PM 15   Q.  Okay.  Now, talk them through the sort of lifespan of the

02:58PM 16   marijuana plant itself.  When you start this indoor grow, are

02:58PM 17   you beginning with seeds?

02:58PM 18   A.  No.  You're taking clones from -- because there's male

02:58PM 19   and female.  Male have seeds, so you don't want male.

02:58PM 20       So you take a female plant, and you cut branches off, and

02:58PM 21   you put them in a solution, and then they're the exact clone

02:58PM 22   of the mother plant.  So you'd have, say, 100 plants of the

02:58PM 23   same ones, so --

02:58PM 24   Q.  Is the mother plant the one that creates the bud?

02:58PM 25   A.  Well, the mother plant creates the clones that are

02:58PM 1 female, so all hundred plants are females, so those all

02:58PM 2 hundred will create bud. If not, you have male, it will just

02:58PM 3 create all seed.

02:58PM 4 Q. And the bud is what gets sold to smoke?

02:58PM 5 A. Correct.

02:58PM 6 Q. How long -- what's the process of growing plant

02:58PM 7 indoors --

02:58PM 8 A. You have to --

02:58PM 9 Q. -- in terms of timeframe?

02:58PM 10 A. Timeframe, about two and a half months each cycle.

02:58PM 11 Q. Now, I'll get into outdoor grows a little bit later, but

02:59PM 12 eventually you got into outdoor grows as well; is that right?

02:59PM 13 A. Yes.

02:59PM 14 Q. While you were involved in this sort of marijuana growing

02:59PM 15 indoors, did it become lucrative for you?

02:59PM 16 A. Yes.

02:59PM 17 Q. Did you also get into other drugs for distribution?

02:59PM 18 A. Yes.

02:59PM 19 Q. What types of other drugs?

02:59PM 20 A. Cocaine.

02:59PM 21 Q. Roughly when was that?

02:59PM 22 A. Around 2008. And then I stopped for a while, and then

02:59PM 23 2013, on -- on and off.

02:59PM 24 Q. We'll get more into that in a little bit.

02:59PM 25 A. Okay.

02:59PM 1 Q. Now, at a certain point in your progress sort of before

02:59PM 2 you started these indoor grows, did you become aware that one

02:59PM 3 of the people that you were procuring marijuana for --

02:59PM 4 from -- for -- from, excuse me, for distribution was a person

02:59PM 5 named Mike Masecchia?

03:00PM 6 A. Yes.

03:00PM 7 Q. At that point, how old were you when you first developed

03:00PM 8 an awareness that the marijuana that you were getting to sell

03:00PM 9 was coming from Mike Masecchia?

03:00PM 10 A. Around 18 years old.

03:00PM 11 Q. Now at that point, was there a middleman sort of between

03:00PM 12 you and Masecchia?

03:00PM 13 A. Yes.

03:00PM 14 Q. And Masecchia is older than you, right?

03:00PM 15 A. Yes, I believe he's ten years older.

03:00PM 16 Q. And so who was that middleman at that point in time?

03:00PM 17 A. In the beginning, it was Lou LoVallo.

03:00PM 18 Q. And then did it become someone else?

03:00PM 19 A. Yes, Joe Tomasello.

03:00PM 20 Q. Okay. In this timeframe of your life, you're age 18, 19.

03:00PM 21 You haven't progressed yet to the indoor grows that you just

03:00PM 22 described a moment ago. Did you know what Mike Masecchia's

03:00PM 23 day job ws?

03:00PM 24 A. Yes.

03:00PM 25 Q. What was his day job?

03:00PM 1  A.  School teacher.

03:00PM 2  Q.  Through the people you were dealing with, did you have an

03:00PM 3  understanding of his reputation at the time?

03:00PM 4  A.  Yes.

03:00PM 5  Q.  What was your understanding of his reputation?

03:01PM 6  A.  That he was tough.

03:01PM 7  Q.  As time went on, did the understanding of his reputation

03:01PM 8  evolve into something more?

03:01PM 9  A.  Yes.

03:01PM 10  Q.  Did you develop an understanding that he was connected?

03:01PM 11  A.  Correct.

03:01PM 12  Q.  And when I say the word "connected," what -- what do you

03:01PM 13  understand that to mean?

03:01PM 14  A.  To Italian Organized Crime.

03:01PM 15  Q.  Now, over time, as you got older, did your relationship

03:01PM 16  with Masecchia evolve?

03:01PM 17  A.  Yes.

03:01PM 18  Q.  Did you eventually become partners in marijuana

03:01PM 19  trafficking?

03:01PM 20  A.  Yes.

03:01PM 21  Q.  Did you become friends?

03:01PM 22  A.  Yes.

03:01PM 23  Q.  Did you become close?

03:01PM 24  A.  Very close.

03:01PM 25  Q.  And I'll go back and get into this in more detail, but

03:01PM 1  eventually, as time went on, did your operations grow to the

03:01PM 2  point where you bought a mansion at 697 Lebrun?

03:01PM 3  A.  Yes.

03:01PM 4  Q.  Was that in or about 2011?

03:01PM 5  A.  Yes.

03:01PM 6      **MR. TRIPI:**  Ms. Champoux, can we pull up

03:02PM 7  Exhibit 42A-33, 34, and 35.  We can pop them all on the screen

03:02PM 8  at the same time.

03:02PM 9      **BY MR. TRIPI:**

03:02PM 10 Q.  Are those different views of the property you purchased

03:02PM 11 in or about 2011 at 697 Lebrun?

03:02PM 12 A.  Yes.

03:02PM 13 Q.  And did you renovate that property?

03:02PM 14 A.  Yes, I did.

03:02PM 15 Q.  Did you renovate it in part with money you were making

03:02PM 16 selling drugs?

03:02PM 17 A.  Yes.

03:02PM 18 Q.  Is that one way to legitimize your money and to kind of

03:02PM 19 clean it?

03:02PM 20 A.  Yes.

03:02PM 21 Q.  Describe for the jury the renovations you did to that

03:02PM 22 property.

03:02PM 23 A.  I redid seven bathrooms, gutted them, gutted the kitchen,

03:02PM 24 redid the kitchen, tennis court, pool.

03:02PM 25 Q.  When you say "tennis court," what did you do to the

| | | |
|---|---|---|
| 03:02PM | 1 | tennis court? |
| 03:02PM | 2 | A.  Had it resurfaced. |
| 03:03PM | 3 | Q.  Okay.  What did you do to the pool? |
| 03:03PM | 4 | A.  I had a hot tub put in the front of it. |
| 03:03PM | 5 | Q.  Did you build a separate pool house? |
| 03:03PM | 6 | A.  Yes. |
| 03:03PM | 7 | Q.  Where's that on this overhead? |
| 03:03PM | 8 | A.  This is -- is the circle -- |
| 03:03PM | 9 | Q.  You can circle it, yeah. |
| 03:03PM | 10 | A.  Right there. |
| 03:03PM | 11 | Q.  Did you circle the garage and the pool house there? |
| 03:03PM | 12 | A.  Oh, yeah. |
| 03:03PM | 13 | Q.  Okay. |
| 03:03PM | 14 | **MR. TRIPI:**  May the record reflect the witness made a |
| 03:03PM | 15 | circle in pretty much the middle of Exhibit 42A-35 indicating |
| 03:03PM | 16 | both the garage and the pool house. |
| 03:03PM | 17 | **BY MR. TRIPI:** |
| 03:03PM | 18 | Q.  Is that an accurate description of what you did, |
| 03:03PM | 19 | Mr. Serio? |
| 03:03PM | 20 | A.  Correct. |
| 03:03PM | 21 | **MR. TRIPI:**  Okay, we can take that down, |
| 03:03PM | 22 | Ms. Champoux. |
| 03:03PM | 23 | **BY MR. TRIPI:** |
| 03:03PM | 24 | Q.  I'd like to just start with a -- sort of a 30,000-foot |
| 03:03PM | 25 | overview. |

03:03PM    1    A.   Okay.

03:03PM    2    Q.   And then we're going to go through in more detail, okay?

03:03PM    3    A.   Yes.

03:03PM    4    Q.   Between approximately 2008 and the date you were arrested

03:03PM    5    by the Erie County Sheriffs on April 18th, 2017 --

03:03PM    6    A.   Yes.

03:03PM    7    Q.   -- that window of time -- how much total cocaine did you

03:04PM    8    and others working with you possess with intent to distribute

03:04PM    9    and distribute?

03:04PM   10    A.   I would say at least 5 kilos.

03:04PM   11    Q.   So 5 kilos or more?

03:04PM   12    A.   Correct.

03:04PM   13    Q.   That same window of time, between approximately 2008 and

03:04PM   14    April 18th, 2017, how many total marijuana plants did you and

03:04PM   15    others grow for distribution?

03:04PM   16    A.   I don't know exactly, but I would say thousands.

03:04PM   17    Q.   In that same window of time, between approximately 2008

03:04PM   18    and April 18th, 2017, how many total pounds of marijuana did

03:04PM   19    you and others would you estimate possess with intent to

03:04PM   20    distribute and distribute?

03:04PM   21    A.   Around 10,000.

03:04PM   22    Q.   For a portion of that time, between approximately 2015

03:04PM   23    and April 18th, 2017, the day you were arrested, did you also

03:04PM   24    acquire fake oxycodone pills that were really fentanyl?

03:05PM   25    A.   Yes.

03:05PM    1    Q.  Did you, at that point in your life, both use and

03:05PM    2    distribute them?

03:05PM    3    A.  I used the majority of them, and distributed them to

03:05PM    4    users that were friends of mine.

03:05PM    5    Q.  How many total pills would you say you acquired that were

03:05PM    6    of that type.

03:05PM    7    A.  I would say 16,000.  Four shipments of 4,000.

03:05PM    8    Q.  Between those same dates that we've been working with,

03:05PM    9    approximately 2008 and April 18th, 2017, did you pay money to

03:05PM   10    a federal agent for protection of your drug-trafficking

03:05PM   11    activities and those that were working with you?

03:05PM   12    A.  Yes.

03:05PM   13    Q.  Who did you pay for protection?

03:05PM   14    A.  Joe Bongiovanni.

03:05PM   15    Q.  Who were you working with to pay Joe Bongiovanni?

03:05PM   16    A.  Mike Masecchia and Lou Selva.

03:05PM   17    Q.  What were you paying Joe Bongiovanni for in the broadest

03:06PM   18    terms?

03:06PM   19    A.  For protection to know if I was being investigated, or --

03:06PM   20    and possible names of informants.

03:06PM   21    Q.  I'll get into this in more detail later.

03:06PM   22         As part of that protection, did you want to know whether

03:06PM   23    your cell phone was tapped?

03:06PM   24    A.  Yes.

03:06PM   25    Q.  Did you want to know whether associates of yours had

03:06PM    1   their phones tapped?

03:06PM    2   A.   Yes.

03:06PM    3   Q.   Who was involved in getting information and passing it

03:06PM    4   back to you from Joseph Bongiovanni?

03:06PM    5   A.   Mike Masecchia and Lou Selva.

03:06PM    6   Q.   In your dealings with other sources of supply, drug

03:07PM    7   dealers, and by this point in your life in your trafficking

03:07PM    8   career, we're talking high-level distribution; is that right?

03:07PM    9   A.   Yes.

03:07PM   10   Q.   We're talking suppliers who can get access to a lot,

03:07PM   11   large quantities?

03:07PM   12   A.   Correct.

03:07PM   13   Q.   Did you use the fact that you had a DEA agent on the

03:07PM   14   payroll during negotiations with other traffickers to vouch

03:07PM   15   for the security of your operation?

03:07PM   16   A.   Yes.

03:07PM   17   Q.   Explain for the jury how you did that in a negotiation

03:07PM   18   specifically.

03:07PM   19   A.   Well, in one example, I -- I was supposed to get

03:07PM   20   marijuana from somebody, but he was also bringing it to

03:07PM   21   Boston.   So to try to convince him to give all the marijuana

03:07PM   22   to me, I said it would be safer if I -- if you stuck with me,

03:07PM   23   because I had a DEA agent on the payroll.

03:07PM   24   Q.   And who was that supplier that you explained that to?

03:07PM   25   A.   T.S. and Santiago Gale.

03:07PM   1   Q.  So in other words, that person was providing some of

03:08PM   2   their marijuana to you and some to a purchaser in Boston, and

03:08PM   3   you wanted it all?

03:08PM   4   A.  Correct.

03:08PM   5   Q.  During that window of time, that overview that I've been

03:08PM   6   discussing, approximately 2008 to April 18th, 2017, how much

03:08PM   7   total money would you estimate you paid for protection, or

03:08PM   8   you paid in bribes, essentially?

03:08PM   9   A.  About a quarter million.

03:08PM  10   Q.  Now, did you ever meet Joseph Bongiovanni face to face?

03:08PM  11   A.  No.

03:08PM  12   Q.  Was that intentional and by design?

03:08PM  13   A.  Yes.

03:08PM  14   Q.  Explain for this jury why that was intentional and by

03:08PM  15   design.

03:08PM  16   A.  We didn't want to be seen together because I was a drug

03:08PM  17   dealer and he was a DEA agent.

03:08PM  18       And also, there's only limited information, because if I

03:08PM  19   ever got in trouble, there would be only so much information

03:08PM  20   I could say.

03:08PM  21   Q.  What do you mean by that part?  Can you elaborate?

03:09PM  22   A.  Well, if I got arrested, I wouldn't have specifics on,

03:09PM  23   like, in detail of what he was doing.

03:09PM  24   Q.  So, the way it was -- this bribery scheme was set up, who

03:09PM  25   would you give your money to?

03:09PM  1  A.  Mike Masecchia.

03:09PM  2  Q.  And who would pay Bongiovanni?

03:09PM  3  A.  Either Mike Masecchia or Lou Selva.

03:09PM  4  Q.  And did Masecchia ever tell you the specifics of where

03:09PM  5  they were meeting for payment?

03:09PM  6  A.  No.

03:09PM  7  Q.  And in the drug trade, is that type of compartmentalizing

03:09PM  8  of information common in the trade?

03:09PM  9  A.  Very common.

03:09PM  10  Q.  As someone at your level of distribution at the time, was

03:09PM  11  it important to you to compartmentalize information that you

03:09PM  12  had from others in your operation?

03:09PM  13  A.  Yes.

03:09PM  14  Q.  Explain why that's important and common for the jury.

03:09PM  15  A.  Say I had a shipment coming in.  I wouldn't tell

03:09PM  16  everybody about it, because if someone got in trouble, then

03:09PM  17  they would have specifics to be able to get me -- to get the

03:10PM  18  shipment arrested.

03:10PM  19  Q.  So do you just not give more information than is needed?

03:10PM  20  A.  Correct.

03:10PM  21  Q.  Does limiting dissemination of certain information help

03:10PM  22  keep the operation, the organization, and ultimately you,

03:10PM  23  secure?

03:10PM  24  A.  Yes.

03:10PM  25  Q.  Now, as you expanded and over time, were numerous other

03:10PM 1 individuals involved in various aspects of your network?

03:10PM 2 A.  Yes.

03:10PM 3 Q.  And this is a network where Masecchia became your

03:10PM 4 partner?

03:10PM 5 A.  Correct.

03:10PM 6 Q.  Did you have, for a period of time, a supplier named Mark

03:10PM 7 Kagan?

03:10PM 8 A.  Yes.

03:10PM 9 Q.  Where was Mark Kagan based out of?

03:10PM 10 A.  In New York City.

03:10PM 11 Q.  Did you have another source of supply eventually named

03:10PM 12 Santiago Gale who you referenced a moment ago?

03:11PM 13 A.  Yes.

03:11PM 14 Q.  And where was he based out of?

03:11PM 15 A.  Utah.

03:11PM 16 Q.  And where was he procuring the marijuana from?

03:11PM 17 A.  California.

03:11PM 18 Q.  Did you have people that introduced -- withdrawn.

03:11PM 19     Did you have an individual or individuals who introduced

03:11PM 20 you to Mark Kagan?

03:11PM 21 A.  Yes, sir.

03:11PM 22 Q.  How did you meet Mark Kagan?

03:11PM 23 A.  Through Mike Piazza.

03:11PM 24 Q.  And now turning back to Santiago Gale, who did you meet

03:11PM 25 Santiago Gale through, or who did -- who made that

03:11PM 1 introduction?

03:11PM 2 A. Through T.S..

03:11PM 3 Q. Was Frank Burkhart another person who knew Santiago Gale?

03:11PM 4 A. Correct.

03:11PM 5 Q. And were T.S. and Burkhart associated?

03:11PM 6 A. Yes.

03:11PM 7 Q. And we'll get into this name in a little further, but

03:11PM 8 were Burkhart and T.S. also associated with a person named

03:12PM 9 R.K.?

03:12PM 10 A. Yes.

03:12PM 11 Q. Eventually, did you move on to another source of supply

03:12PM 12 named Jarrett Guy?

03:12PM 13 A. Yes.

03:12PM 14 Q. And who introduced you to Jarrett Guy?

03:12PM 15 A. Mark Kagan.

03:12PM 16 Q. And where was Jarrett Guy based out of?

03:12PM 17 A. Vancouver.

03:12PM 18 Q. Vancouver, Canada?

03:12PM 19 A. Yes.

03:12PM 20 Q. Was another person that was part of your -- your network

03:12PM 21 and operations a person named Anthony Gerace?

03:12PM 22 A. Yes.

03:12PM 23 Q. Is he someone that you were friends with?

03:12PM 24 A. Yes.

03:12PM 25 Q. Is he someone that supplied you marijuana at times, and

03:12PM    1    you also supplied him marijuana?

03:12PM    2    A.  Correct.

03:12PM    3    Q.  Is he someone that also you provided some of those

03:12PM    4    fentanyl pills?

03:12PM    5    A.  Yes.

03:12PM    6    Q.  We'll get into more details in a moment, okay?

03:13PM    7        In terms of a general review, who were your cocaine

03:13PM    8    suppliers?

03:13PM    9    A.  Jimmy Rivera, and sometimes Jacob Martinez.

03:13PM   10    Q.  I should have asked you this when I asked you the

03:13PM   11    overview questions about Jarrett Guy.

03:13PM   12        Was he also the one who supplied you those fentanyl pills

03:13PM   13    as time went on?

03:13PM   14    A.  Correct.

03:13PM   15    Q.  And was that closer to that 2015 to 2017 timeframe?

03:13PM   16    A.  Yes.  Yes.

03:13PM   17    Q.  Was there also an occasion where Jarrett Guy supplied you

03:13PM   18    with MDMA?

03:13PM   19    A.  Yeah, one time he sent 2 kilos.

03:13PM   20    Q.  Is that Ecstasy?

03:13PM   21    A.  Yes.

03:13PM   22        **MR. TRIPI:**  Judge, I'm fine to keep going.  I just

03:13PM   23    don't know when you want the afternoon break.

03:14PM   24        **THE COURT:**  About 3:30 let's break.

03:14PM   25        **MR. TRIPI:**  Okay.

**BY MR. TRIPI:**

Q.  Now, I've asked you about that -- that window of time,
and I'm focusing in on 2008 to April 17th, 2018.  I know
you've said you went back farther, and we've covered that.

A.  Yes.

Q.  But in that window of time, was there a portion of time
where you were involved in marijuana grow operations with
your brother, Tom?

A.  Yes.

Q.  And then did you become involved in outdoor marijuana
grow operations with Mike Masecchia?

A.  Yes.

Q.  All right.  I'd like to go back to actually your brother
Tom for a moment.  Before you said when you got -- when you
were 24, you were involved getting houses with him.  Was he
part of those indoor grow operations?

A.  Yes, he would help me.

Q.  And then ultimately did you purchase a -- a warehouse at
some point?

A.  Correct.

Q.  Where was your warehouse?

A.  It was two buildings.  It was 82 Sycamore and 608
Michigan.

Q.  And when did you -- approximately, when did you purchase
those buildings?

03:15PM  1    A.  It was 2005.

03:15PM  2    Q.  And is that sort of a corner lot?

03:15PM  3    A.  Yes.

03:15PM  4    Q.  What was your purpose in purchasing those buildings?

03:15PM  5    A.  To grow marijuana.

03:15PM  6    Q.  So it's a larger space to grow more plants?

03:15PM  7    A.  Yes.

03:15PM  8    Q.  And because you were gonna be growing marijuana in

03:15PM  9    those -- at those premises, did you purchase the building,

03:15PM  10   and was it put in someone else's name?

03:15PM  11   A.  Yes.

03:15PM  12   Q.  Do you remember whose name you put it in?

03:15PM  13   A.  Sam Tedesco.

03:15PM  14   Q.  And who's that?

03:15PM  15   A.  My brother-in-law.

03:15PM  16   Q.  Is that a common tactic that people trafficking use?  Do

03:15PM  17   they put properties in other people's names that are

03:15PM  18   sometimes gonna be associated with the criminal conduct?

03:15PM  19   A.  Yes.

03:15PM  20   Q.  In particular, that address, was basically the only

03:15PM  21   reason you bought it, to use it to grow marijuana?

03:16PM  22   A.  Correct.

03:16PM  23        **MR. TRIPI:**  One moment.

03:16PM  24        Ms. Champoux, can we pull up Government Exhibit

03:16PM  25   51A-7.

03:16PM    1          This is in evidence, Your Honor.

03:16PM    2          **BY MR. TRIPI:**

03:16PM    3   Q.   And do you recognize this corner, Mr. Serio?

03:16PM    4   A.   Yes.

03:16PM    5   Q.   Tell the jury what this is.

03:16PM    6   A.   That is 82 Sycamore.

03:16PM    7   Q.   And is 608 Michigan sort of set behind it?

03:16PM    8   A.   It's -- yeah, to the right, if you're looking at the

03:16PM    9   picture.  It's actually on Michigan Street, the 608 Michigan.

03:16PM   10   Q.   Do we see that building in this photo, the 608 Michigan

03:16PM   11   building?

03:16PM   12   A.   Not really.  You can see it a little bit.

03:16PM   13   Q.   Can you touch where it is?

03:16PM   14          Okay.  So you see a portion of it, right?

03:17PM   15   A.   Yes.

03:17PM   16   Q.   And then the building in the forefront, can you also

03:17PM   17   circle 82 Sycamore?  Okay.

03:17PM   18          **MR. TRIPI:**  Your Honor, may the record reflect he

03:17PM   19   placed a small circle sort of to the right of the photo

03:17PM   20   indicating you can see a portion of a building that's set back

03:17PM   21   behind the building at the forefront of the picture.  And then

03:17PM   22   a larger circle around a structure where you see the sign,

03:17PM   23   Sycamore, on the corner.

03:17PM   24          Thank you, Mr. Serio.

          25

**BY MR. TRIPI:**

Q.  Now, would this warehouse remain in play at various points in time as part of your drug operations all the way up through your arrest?

A.  Yes.

Q.  We'll get into it in more detail, but at times when you were not growing marijuana at 608 Michigan and 82 Sycamore, did you store drugs in there at times?

A.  Yes.

Q.  Did you take delivery of large shipments there?

A.  Yes.

Q.  By and large, would it be accurate to say that the majority of the time that you went to 82 Sycamore or 608 Michigan, you were doing something in connection with your drug trafficking?

A.  It depends on what timeframe.  I mean, the majority of the time, yes.

Q.  That's all I'm asking, just as an overview.

A.  Yes, okay.

Q.  If you were saying percentages --

A.  Yeah.  Percentage, yes.

Q.  -- most of the time you were going there, it was drug related?

A.  Correct.

Q.  Did you also store things like tools relating to

03:18PM  1  carpentry and things like that in there?

03:18PM  2  A.  Yes, yes.

03:18PM  3  Q.  Okay.  Now, terms of outdoor marijuana grow operations,

03:18PM  4  did you become involved in outdoor marijuana grow operations

03:19PM  5  with Mike Masecchia?

03:19PM  6  A.  Yes.

03:19PM  7  Q.  Did that sort of begin in and around the 2007 timeframe?

03:19PM  8  A.  Well, I was buying marijuana.  I wasn't actually going to

03:19PM  9  the places to -- to help them grow it.

03:19PM  10  Q.  So it's a little bit after that?

03:19PM  11  A.  Yeah, it was in 2015.

03:19PM  12  Q.  Okay.  So you were the one selling the marijuana from the

03:19PM  13  Masecchia grows?

03:19PM  14  A.  Correct.

03:19PM  15  Q.  We'll get to that in more detail.  But did you also set

03:19PM  16  up indoor marijuana grows for Mr. Masecchia?

03:19PM  17  A.  Yes.

03:19PM  18  Q.  How many?

03:19PM  19  A.  Three.

03:19PM  20  Q.  Where were those?

03:19PM  21  A.  At John Suppa, Lou Selva's, and this guy named Martino.

03:19PM  22  I'm not sure what his real name is.

03:19PM  23  Q.  Do you remember approximately where the John Suppa indoor

03:19PM  24  grow was?

03:19PM  25  A.  It was on Hertel in North Buffalo.

03:19PM    1    Q. Hertel Avenue?

03:19PM    2    A. Yes.

03:19PM    3    Q. And -- and in what approximate year did you start the

03:20PM    4    indoor grow at that location?

03:20PM    5    A. It was -- I believe it was late 2008, early 2009.

03:20PM    6    Q. Okay. And is that a location that you kept -- that they

03:20PM    7    kept operating consistently?

03:20PM    8    A. Correct.

03:20PM    9    Q. So once you set up the grow there, it was an operation

03:20PM    10    for how long?

03:20PM    11    A. Till my arrest, I believe.

03:20PM    12    Q. Until April of 2017?

03:20PM    13    A. '17, yes.

03:20PM    14    Q. Okay. And again, I'll get into this in more detail a

03:20PM    15    little bit later on, but approximately what year did you set

03:20PM    16    up the grow in Lou Selva's house?

03:20PM    17    A. It was, I believe, 2013 or '14.

03:20PM    18    Q. And was that at his house at 128 Rebecca Court?

03:20PM    19    A. Yes.

03:20PM    20    Q. And how many years did that stay in operation for?

03:20PM    21    A. As far as I know, till -- actually, no, I think it ended

03:21PM    22    before my arrest. Because at some point, I was storing

03:21PM    23    marijuana there. But then again, I wasn't in the basement,

03:21PM    24    so I don't know.

03:21PM    25    Q. It went on for several -- at least several years that

03:21PM    1   you're aware of?

03:21PM    2   A.   Yes, yes.

03:21PM    3   Q.   And I think the last person you mentioned setting up an

03:21PM    4   indoor marijuana grow for Masecchia was a person named

03:21PM    5   Martino?

03:21PM    6   A.   Correct.

03:21PM    7   Q.   And when we say -- when I say "for Masecchia," are you

03:21PM    8   understanding me to mean he asked you to help set up the

03:21PM    9   grows?

03:21PM   10   A.   Yes.

03:21PM   11   Q.   Okay.   Would you be involved in obtaining part of the

03:21PM   12   profits of each of these locations?

03:21PM   13   A.   Yes.

03:21PM   14   Q.   What was your share of the proceeds from each location?

03:21PM   15   A.   It depended.   Like in the Suppa one, I was -- we're

03:21PM   16   splitting it three ways for, I think, over a year.   And I

03:21PM   17   just -- I didn't like going to a place too often, so I kind

03:21PM   18   of backed off from it.   But I was still making money from

03:21PM   19   selling it, though.

03:21PM   20   Q.   Okay.   So initially, it was a three-way split, and then

03:21PM   21   you just took a portion of the marijuana and distributed it?

03:22PM   22   A.   Correct.

03:22PM   23   Q.   How about the Selva grow?   What was the percentage split

03:22PM   24   there?

03:22PM   25   A.   I usually make about 500 off each pound with Martino and

03:22PM 1  Selva.  And then eventually with Suppa, that was -- kind of

03:22PM 2  my cut was they would give it to me, and I would make 500

03:22PM 3  pounds off of it.

03:22PM 4  Q.  And where was the Martino grow?

03:22PM 5  A.  On Norwalk.

03:22PM 6  Q.  Where is that located, for those who may not know?

03:22PM 7  A.  Hertel and Norwalk.  It's in North Buffalo, Hertel

03:22PM 8  Avenue.

03:22PM 9  Q.  So the Suppa location was right on Hertel Avenue, the

03:22PM 10  Martino location was off of Hertel Avenue, and Selva's house

03:22PM 11  is not too far off of Hertel Avenue as well, correct?

03:22PM 12  A.  Correct.

03:22PM 13  Q.  Are we generally talking the North Buffalo portion of the

03:22PM 14  city?

03:22PM 15  A.  Yes.

03:22PM 16  Q.  Did you also have some -- some close friends that helped

03:22PM 17  you sell the -- the -- the pounds and pounds of marijuana

03:23PM 18  that you were getting, as well as selling cocaine over time?

03:23PM 19  A.  Yes.

03:23PM 20  Q.  Who was Mark Falzone?

03:23PM 21  A.  Friend of mine that would sell cocaine and marijuana.

03:23PM 22  Q.  Was he one of your best friends?

03:23PM 23  A.  Yes.

03:23PM 24  Q.  Who was Mike Moynihan?

03:23PM 25  A.  One of my good friends that sold marijuana.

```
03:23PM    1    Q.  Who was Matt LoTempio?

03:23PM    2    A.  Another friend of mine that sold marijuana.

03:23PM    3    Q.  Who was Chris Baker?

03:23PM    4    A.  He sold cocaine and marijuana, a friend of mine.

03:23PM    5    Q.  Who was John Robinson?

03:23PM    6    A.  He was a friend, but also worked for me when I had a

03:23PM    7    collection agency.

03:23PM    8    Q.  And did he sell marijuana?

03:23PM    9    A.  Yes.

03:23PM   10    Q.  Who was Mario Vacanti?

03:23PM   11    A.  He was a friend that sold marijuana.

03:23PM   12    Q.  And we've talked about Anthony Gerace, right?

03:23PM   13    A.  Yes.

03:23PM   14    Q.  Did you also have a sister-in-law named Adrian that would

03:23PM   15    procure marijuana from you and sell it for a period of time?

03:23PM   16    A.  Yes.

03:23PM   17    Q.  And that was your ex-wife's sister?

03:24PM   18    A.  Correct.

03:24PM   19    Q.  And for the record, your -- your -- your wife was Adrian

03:24PM   20    Fina, or Lauren Fina?

03:24PM   21    A.  Lauren Fina.

03:24PM   22    Q.  And Adrian is Adrian Fina?

03:24PM   23    A.  Correct.

03:24PM   24    Q.  Okay.  Now, did you know some people -- and so would it

03:24PM   25    be fair to say that those were many of your distributors for
```

03:24PM 1    the pounds of marijuana and some of the cocaine?

03:24PM 2    A.  Yes.

03:24PM 3    Q.  Being a person who's involved in business, would it be

03:24PM 4    accurate to say they were essentially -- formed a portion of

03:24PM 5    your sales team?

03:24PM 6    A.  Correct.

03:24PM 7    Q.  Is that how you treated this?

03:24PM 8    A.  Yes.

03:24PM 9    Q.  Just like a business?

03:24PM 10   A.  Just like a business.

03:24PM 11   Q.  As -- as all these activities are occurring, were you

03:24PM 12   also opening and starting up other businesses?

03:24PM 13   A.  Yes.

03:24PM 14   Q.  We'll get to those in more detail a little bit later on.

03:24PM 15   But just as an overview, can you tell the jury what types of

03:24PM 16   businesses you were opening up?

03:24PM 17   A.  Collection agency, credit card payment processing, and

03:25PM 18   real estate.

03:25PM 19   Q.  Now, did you also know some people who were involved in

03:25PM 20   your operations that were close with Joseph Bongiovanni?

03:25PM 21   A.  Eventually, I found out that Anthony Gerace was.

03:25PM 22   Q.  And how about Lou Selva?

03:25PM 23   A.  Yeah, Lou Selva also.

03:25PM 24   Q.  What was your understanding of the relationship between

03:25PM 25   Lou Selva and Joseph Bongiovanni?

03:25PM 1  A. That they were best friends.

03:25PM 2  Q. Did you have an understanding of the relationship between

03:25PM 3  Mike Masecchia and Joseph Bongiovanni?

03:25PM 4  A. Yes.

03:25PM 5  Q. What was your understanding of that relationship?

03:25PM 6  A. That they grew up together.

03:25PM 7  Q. Did you believe they -- they were also friends?

03:25PM 8  A. Yes, they were.

03:25PM 9  Q. Did you also have an employee who had a relationship with

03:25PM 10  Mr. Bongiovanni's current wife?  I'm referencing Matthew

03:25PM 11  Maglietto.

03:25PM 12  A. Yes.

03:25PM 13  Q. Was he your employee?

03:26PM 14  A. Yes.

03:26PM 15  Q. At the debt collection agency?

03:26PM 16  A. Correct.

03:26PM 17  Q. Were some of the same people that were involved in the

03:26PM 18  trafficking/distribution parts of your business also employed

03:26PM 19  at the debt collection agency?

03:26PM 20  A. Just John Robinson.

03:26PM 21  Q. Did Chris Baker ever work at your debt collection agency?

03:26PM 22  A. No.

03:26PM 23  Q. Did you know anybody who had a close relationship with

03:26PM 24  Bongiovanni's wife, Lindsay?

03:26PM 25  A. Close, as far as --

03:26PM    1    Q.   Friendship.

03:26PM    2    A.   Friendship.

03:26PM    3    Q.   Common friends.

03:26PM    4    A.   Maria Miosi.

03:26PM    5    Q.   Who is that?

03:26PM    6    A.   A friend of my ex-wife's.

03:26PM    7    Q.   So your ex-wife, Lauren, your wife at the time of many of

03:26PM    8    these activities, when -- when did she become your wife?

03:26PM    9    When did she become your ex-wife?  Let's just frame that.

03:26PM   10    A.   2011.  We got married in August of 2011, and then we

03:26PM   11    separated in 2016, but we didn't get divorced until last

03:27PM   12    year.

03:27PM   13    Q.   Okay.  So Lauren was friends with Maria Miosi, who's

03:27PM   14    friends with the defendant's wife?

03:27PM   15    A.   Correct.

03:27PM   16    Q.   Did you also have a colleague or someone you knew named

03:27PM   17    Frank Parisi?

03:27PM   18    A.   Yes.

03:27PM   19    Q.   How did you know that person?

03:27PM   20    A.   Just through mutual friends.  And then eventually we had

03:27PM   21    some dealings with the collection agency, and he legitimately

03:27PM   22    lent money and borrowed money sometimes.

03:27PM   23    Q.   Do you -- do you have an -- an understanding of whether

03:27PM   24    he's also friends with the defendant?

03:27PM   25    A.   That, I don't know.

03:27PM    1    Q.   Okay.  Did you know some other people in common with the

03:27PM    2    defendant as far as you knew?

03:27PM    3    A.   I mean, I'm sure I do, but I can't think of offhand.

03:27PM    4    Q.   Do you know Wayne Anderson?

03:27PM    5    A.   Yes.

03:27PM    6    Q.   Do you know a person named Frank Tripi?

03:27PM    7    A.   Yes.

03:28PM    8    Q.   Do you know a person named Mike Sinatra?

03:28PM    9    A.   I don't personally know him.  I've heard of him.  I don't

03:28PM   10    know him.

03:28PM   11    Q.   Do you know a person named Paul Francoforte, Hot Dog?

03:28PM   12    A.   Yes.

03:28PM   13    Q.   We talked about Frank Burkhart; do you know that person?

03:28PM   14    A.   Yes.

03:28PM   15    Q.   I'm just going to ask you:  A moment ago I asked you what

03:28PM   16    some -- some of the other businesses that you developed over

03:28PM   17    time were.  Can you go through those for the jury?  And then

03:28PM   18    I think that will take us to our break.

03:28PM   19    A.   Yeah.  Debt collection -- sorry.  Debt collection agency,

03:28PM   20    a payment processing company, and I would buy real estate,

03:28PM   21    buy houses, rental properties.

03:28PM   22    Q.   So did you start a company called Serio Development?

03:28PM   23    A.   Yes.

03:28PM   24    Q.   Were you the principal in that company?

03:28PM   25    A.   Yes.

03:28PM  1   Q.  Did you have any partners in the company?

03:28PM  2   A.  No.

03:28PM  3   Q.  And what was the nature of that business?

03:28PM  4   A.  That was real estate.

03:28PM  5   Q.  When did you start Serio Development?

03:28PM  6   A.  It was 2011.

03:28PM  7   Q.  In part, did you use that business to launder any of your

03:29PM  8   drug proceeds?

03:29PM  9   A.  Yes.

03:29PM  10  Q.  How did you do that?

03:29PM  11  A.  By buying properties and then using cash to buy the

03:29PM  12  materials.

03:29PM  13  Q.  So you'd buy the property, use drug money to buy

03:29PM  14  material, renovate it, and then resell?

03:29PM  15  A.  Correct.  Or I would just keep them as rentals and just

03:29PM  16  make the money off that, too.

03:29PM  17  Q.  And you can charge higher rents once you make them look

03:29PM  18  nicer?

03:29PM  19  A.  Correct.

03:29PM  20  Q.  Did you have a company called Secure Billing Services?

03:29PM  21  A.  Yes.

03:29PM  22  Q.  What was that company involving?

03:29PM  23  A.  It was a payment processing company for -- that processed

03:29PM  24  payments for other debt collections that couldn't can get

03:29PM  25  their own processing.

03:29PM    1    Q.  Was that located in Kenmore?

03:29PM    2    A.  I believe it was Delaware and West Girard.

03:29PM    3    Q.  And at that time, did you -- did you need to have

03:29PM    4    essentially a clean record in order to get the type of

03:29PM    5    authorization to be a payment processor?

03:29PM    6    A.  Correct.

03:30PM    7    Q.  So prior to your involvement in this case, you -- you

03:30PM    8    were not a convicted felon, right?

03:30PM    9    A.  No.

03:30PM   10    Q.  So that enabled you to become a payment processor for

03:30PM   11    other companies?

03:30PM   12    A.  Yes.

03:30PM   13    Q.  And did you have to have good credit for that?

03:30PM   14    A.  Yes.

03:30PM   15    Q.  Did you use Secure Billing at all to launder any money?

03:30PM   16    A.  I believe one time.  I'm not sure if it was Secure

03:30PM   17    Billing or Roycroft or Serio Development.

03:30PM   18    Q.  So you're a little -- you're unsure if you used Secure

03:30PM   19    Billing?

03:30PM   20    A.  Yeah, I'm not sure.  But I took a quarter million dollars

03:30PM   21    from -- I forgot what his name was, I wrote him clean checks.

03:30PM   22    Q.  If I said a name, would it potentially refresh your

03:30PM   23    memory?

03:30PM   24    A.  Yes, sir.

03:30PM   25    Q.  Joseph Plevniak?

03:30PM    1    A.   Correct.

03:30PM    2    Q.   Okay.  So he gave you monies for drugs that you had sold

03:30PM    3    him?

03:30PM    4    A.   No, no, no.  He had money that he made from selling

03:30PM    5    drugs, and then he came to me through Mario Vacanti to clean

03:31PM    6    the money for him.

03:31PM    7    Q.   And you wrote checks out of your company?

03:31PM    8    A.   Correct.

03:31PM    9    Q.   And then Upstate Management?

03:31PM    10        We have two more, Judge.

03:31PM    11        Upstate Management, what was that company?

03:31PM    12   A.   It was a collection agency.

03:31PM    13   Q.   Did you use that company at all to launder any drug

03:31PM    14   money?

03:31PM    15   A.   No.

03:31PM    16   Q.   Was that one you were involved in with involvement with

03:31PM    17   with your brother?

03:31PM    18   A.   Yes.  I was only involved with that for either 2010 and

03:31PM    19   2011 to 2013.

03:31PM    20   Q.   And were you the one who basically provided the startup

03:31PM    21   money for that business?

03:31PM    22   A.   Yes.

03:31PM    23   Q.   Is that the one where John Robinson had become a manager?

03:31PM    24   A.   Correct.

03:31PM    25   Q.   And lastly, what was Roycroft?

03:31PM 1  A.  That was the collection agency that I opened later on

03:31PM 2  after me and my brother split.

03:31PM 3  Q.  And when did you start that company?

03:31PM 4  A.  I want to say it was 2014 or 2015.

03:31PM 5  Q.  Did you use that business at all for laundering any of

03:31PM 6  your drug proceeds?

03:31PM 7  A.  Possibly with that, Joe Plevniak.

03:31PM 8  Q.  Same type of ideas?

03:31PM 9  A.  Yes.

03:31PM 10  Q.  He gives you drug money, and you write him checks from

03:31PM 11  the company?

03:31PM 12  A.  Correct.

03:31PM 13  Q.  Okay.

03:32PM 14      **MR. TRIPI:**  Judge, I think we can take our break.

03:32PM 15      **THE COURT:**  Okay.  We'll take our afternoon break.

03:32PM 16      Remember my instructions.  Don't talk about the case,

03:32PM 17  even with each other.  Don't make up your mind.

03:32PM 18      See you back here in about 15 minutes or so.

03:32PM 19      (Jury excused at 3:32 p.m.)

03:32PM 20      **THE COURT:**  Anything for the record before we break?

03:32PM 21      **MR. TRIPI:**  Nothing from the government.

03:32PM 22      **MR. MacKAY:**  No, Your Honor.

03:32PM 23      **THE COURT:**  Good.  See you folks in about 15 minutes.

03:32PM 24      **MR. TRIPI:**  Thank you, Your Honor.

03:32PM 25      **THE CLERK:**  All rise.

| | | |
|---|---|---|
| 03:32PM | 1 | (Off the record at 3:32 p.m.) |
| 03:51PM | 2 | (Back on the record at 3:51 p.m.) |
| 03:51PM | 3 | (Jury not present.) |
| 03:51PM | 4 | **THE CLERK:**  All rise. |
| 03:51PM | 5 | **THE COURT:**  Please be seated. |
| 03:51PM | 6 | **THE CLERK:**  We are back on the record for the |
| 03:51PM | 7 | continuation of the jury trial in case number 19-cr-227, |
| 03:51PM | 8 | United States of America versus Joseph Bongiovanni. |
| 03:51PM | 9 | All counsel and parties are present. |
| 03:51PM | 10 | **THE COURT:**  Anything from the defense? |
| 03:51PM | 11 | **MR. MacKAY:**  No, Your Honor. |
| 03:51PM | 12 | **THE COURT:**  Anything from the government. |
| 03:51PM | 13 | **MR. TRIPI:**  No, thank you, Judge. |
| 03:51PM | 14 | **THE COURT:**  Let's bring them back, please, Pat. |
| 03:52PM | 15 | (Jury seated at 3:52 p.m.) |
| 03:52PM | 16 | **THE COURT:**  Okay.  The record will reflect that all |
| 03:53PM | 17 | our jurors are present again. |
| 03:53PM | 18 | I remind the witness that he's still under oath. |
| 03:53PM | 19 | And Mr. Tripi, you may continue. |
| 03:53PM | 20 | **MR. TRIPI:**  Thank you, Your Honor. |
| 03:53PM | 21 | **BY MR. TRIPI:** |
| 03:53PM | 22 | Q.  Mr. Serio, before the break, we went through some of the |
| 03:53PM | 23 | businesses that you had started.  I'd like to pivot to |
| 03:53PM | 24 | another topic, generally.  As you -- over time, did you begin |
| 03:53PM | 25 | to gamble at casinos frequently? |

03:53PM   1   A.   Yes.

03:53PM   2   Q.   When would you estimate you started going to casinos

03:53PM   3   frequently?

03:53PM   4   A.   Mid 2011.

03:53PM   5   Q.   And was -- was that one of the years you -- you made a

03:53PM   6   lot of money in the drug trade?

03:53PM   7   A.   Yes.

03:53PM   8   Q.   How much money would you estimate you made in 2011 from

03:53PM   9   selling drugs?

03:53PM   10  A.   Probably $1 million.

03:53PM   11  Q.   How often would you go to the casino beginning around

03:53PM   12  2011?

03:53PM   13  A.   Every day.

03:53PM   14  Q.   Were you gambling high stakes?

03:54PM   15  A.   Yes.

03:54PM   16  Q.   Did you go to a number of different casinos?

03:54PM   17  A.   Yes.

03:54PM   18  Q.   What different casinos did you go to?

03:54PM   19  A.   Seneca Niagara.  Niagara in Canada.  Various ones in

03:54PM   20  Vegas.  Mohegan Sun in Pennsylvania.  Mount Airy in

03:54PM   21  Pennsylvania.  Atlantic City, Tropicana.

03:54PM   22  Q.   Was some of the money that you were gambling with money

03:54PM   23  that you made selling drugs?

03:54PM   24  A.   Yes.

03:54PM   25  Q.   Is that another way that you would clean the money?

03:54PM    1    A.   Yes.

03:54PM    2    Q.   Did you win when you went to the casino?

03:54PM    3    A.   For a while, I was winning an a lot.

03:54PM    4    Q.   We mentioned that person, Paul Francoforte, Hot Dog,

03:54PM    5    earlier.  Was that someone you would gamble with from time to

03:54PM    6    time?

03:54PM    7    A.   Yes.

03:54PM    8    Q.   Did you go on a gambling trip with him to the Poconos?

03:55PM    9    A.   Yes.

03:55PM   10    Q.   Do you remember what year that was?

03:55PM   11    A.   That, I don't.  Maybe 2014?  Around then.

03:55PM   12    Q.   Who went with you on that trip?

03:55PM   13    A.   I think it was my wife Lauren, Hot Dog or Paul

03:55PM   14    Francoforte, and his girlfriend.

03:55PM   15    Q.   Okay.  Did John Robinson and Adrian go on that trip, if

03:55PM   16    you recall?

03:55PM   17    A.   I can't recall.  They might have.

03:55PM   18    Q.   Okay.  I'd like to fast forward to your 2017 arrest on

03:55PM   19    April 18th, okay?

03:55PM   20    A.   Yes.

03:55PM   21    Q.   On that day, were you arrested and did you ultimately

03:55PM   22    have your property searched by the Erie County Sheriff's

03:55PM   23    Office and who you later learned were also the FBI?

03:55PM   24    A.   Yes.

03:55PM   25    Q.   When you were initially arrested, did you believe it was

03:56PM   1   just an Erie County Sheriff's Office operation?

03:56PM   2   A.   Yeah, I -- I really had no idea who it was.

03:56PM   3   Q.   Okay.  What properties of yours were searched --

03:56PM   4   withdrawn.

03:56PM   5        What properties were searched that day?

03:56PM   6   A.   697 Lebrun.  And I'm not sure what the address is, but a

03:56PM   7   property that I was renting on Grimsby in Tonawanda.

03:56PM   8   Q.   Does 91 sound right?

03:56PM   9   A.   Yes.

03:56PM  10   Q.   And when you were taken into custody, initially arrested,

03:56PM  11   whose house were you at?

03:56PM  12   A.   Kelly Brace's.

03:56PM  13   Q.   Did he have a house at 370 Huntington?

03:56PM  14   A.   Yes.

03:56PM  15   Q.   Where is that?

03:56PM  16   A.   In North Buffalo.

03:56PM  17   Q.   As just an overview of the items, we'll go through it in

03:56PM  18   more detail later, but as sort of an overview of the items

03:56PM  19   seized from your house at 697 Lebrun and the property you had

03:56PM  20   at 91 Grimsby, did -- did that include kilograms of

03:56PM  21   marijuana?

03:56PM  22   A.   Yes.

03:56PM  23   Q.   Did that include cocaine?

03:56PM  24   A.   Yes.

03:56PM  25   Q.   Did that include various pills including fentanyl?

03:56PM  1    A.  Yes.

03:56PM  2    Q.  Did that include a firearm?

03:57PM  3    A.  Yes.

03:57PM  4    Q.  Ammunition?

03:57PM  5    A.  Yes.

03:57PM  6    Q.  Was your Range Rover searched?

03:57PM  7    A.  Yes.

03:57PM  8    Q.  Did they recover cellular phones?

03:57PM  9    A.  Yes.

03:57PM  10   Q.  Currency?

03:57PM  11   A.  Yes.

03:57PM  12   Q.  About 22,000 in cash?

03:57PM  13   A.  I believe so.

03:57PM  14   Q.  Other items associated with narcotics distribution like

03:57PM  15   vacuum sealers and plastic wraps?

03:57PM  16   A.  Yes.

03:57PM  17   Q.  Now, I'd like to focus you in on when you were initially

03:57PM  18   approached by law enforcement at Kelly Brace's house.  Okay?

03:57PM  19   A.  Yes.

03:57PM  20   Q.  Can you describe for the jury what happened?  So you get

03:57PM  21   to Kelly Brace's house.  Described what happened.

03:57PM  22   A.  I pulled my vehicle in the backyard.  I take out a

03:57PM  23   garbage bag of marijuana.  Me and Kelly are talking.  I

03:57PM  24   believe he went in the house for a minute to grab the money.

03:57PM  25   And then when he came back out, that's when law enforcement

03:57PM    1    arrested us.

03:57PM    2    Q.  And where did you -- where did you -- where did you pack

03:57PM    3    the garbage bag full of marijuana that you brought to Kelly

03:58PM    4    Brace's house?

03:58PM    5    A.  It was between Grimsby and Lebrun.

03:58PM    6    Q.  Okay.  So you had some at Grimsby, some at Lebrun?

03:58PM    7    A.  Correct.

03:58PM    8    Q.  You drove your Range Rover from one property to another?

03:58PM    9    A.  Yes.

03:58PM   10    Q.  How many total pounds of marijuana did you have in that

03:58PM   11    garbage bag?

03:58PM   12    A.  I believe 19.

03:58PM   13    Q.  Was it a big, black garbage bag?

03:58PM   14    A.  Yes.

03:58PM   15    Q.  Now, after the police sort of -- they ascend upon you --

03:58PM   16    A.  Yes.

03:58PM   17    Q.  Is this in the backyard?

03:58PM   18    A.  Correct.

03:58PM   19    Q.  At that point, are you -- are you brought into the

03:58PM   20    kitchen of Kelly Brace's house?

03:58PM   21    A.  Yes.

03:58PM   22    Q.  Were you upset in that moment?

03:58PM   23    A.  Very upset.

03:58PM   24    Q.  Why were you upset?

03:58PM   25    A.  Because I was being arrested.

| | | |
|---|---|---|
| 03:58PM | 1 | Q. When you were arrested, did you ask for somebody? |
| 03:58PM | 2 | A. I asked for Joe Bongiovanni. |
| 03:58PM | 3 | Q. Why did ask for him? |
| 03:58PM | 4 | A. I just figured I wanted to talk to him to see what was |
| 03:59PM | 5 | going on. |
| 03:59PM | 6 | Q. Was he the one that was supposed to be protecting you? |
| 03:59PM | 7 | A. Yes. |
| 03:59PM | 8 | Q. When you asked an officer for Joe Bongiovanni, did that |
| 03:59PM | 9 | officer respond by asking you a question? |
| 03:59PM | 10 | A. Yes. |
| 03:59PM | 11 | Q. What did that officer ask you? |
| 03:59PM | 12 | A. He said, do you work with him? |
| 03:59PM | 13 | Q. When that officer said "do you work with him," what did |
| 03:59PM | 14 | you understand the officer to be asking you? |
| 03:59PM | 15 | A. That if I was an informant for him. |
| 03:59PM | 16 | Q. At what point -- at that point, what did you do? |
| 03:59PM | 17 | A. I didn't say -- I believe I said I wanted my lawyer. |
| 03:59PM | 18 | Q. Ultimately, after you were arrested at Kelly Brace's |
| 03:59PM | 19 | house, did you learn that your houses at 697 Lebrun and 91 |
| 03:59PM | 20 | Grimsby were also searched? |
| 03:59PM | 21 | A. Yes. |
| 03:59PM | 22 | Q. Did you learn that your Range Rover was taken to the |
| 03:59PM | 23 | Sheriff's and searched? |
| 03:59PM | 24 | A. Yes. |
| 03:59PM | 25 | Q. Did you learn all that sort of once you were charged in |

03:59PM   1   federal court?

03:59PM   2   A.   Yeah.   I believe like a -- well, when I was at the

04:00PM   3   sheriff's office, they had a list of everything that they --

04:00PM   4   they seized.   And I briefly looked at it.   But I was so --

04:00PM   5   starting withdrawing.   I was kind of incoherent for like a

04:00PM   6   week.

04:00PM   7   Q.   By that point, were you addicted to substances?

04:00PM   8   A.   Yes.

04:00PM   9   Q.   What were you addicted to?

04:00PM   10   A.   Cocaine, fentanyl, and Adderall.

04:00PM   11   Q.   If you didn't have an opiate, did you start to get sick?

04:00PM   12   A.   Very sick.

04:00PM   13   Q.   If you did have opiates, did that keep you from getting

04:00PM   14   sick?

04:00PM   15   A.   Yes.

04:00PM   16   Q.   So you started going through withdrawals in custody?

04:00PM   17   A.   Yes.

04:00PM   18   Q.   Were you charged in federal court by what's called a

04:00PM   19   federal complaint?

04:00PM   20   A.   Yes.

04:00PM   21   Q.   Did you go to court sort of the next day after spending a

04:00PM   22   night in jail?

04:00PM   23   A.   Yes.

04:00PM   24   Q.   Generally -- I don't want to get into what the judge said

04:00PM   25   and lawyers said, but generally tell the jury what happens

04:01PM   1   the next day in court.

04:01PM   2   A.   You get arraigned.   They -- I really don't remember it

04:01PM   3   too much.

04:01PM   4   Q.   Okay.

04:01PM   5   A.   All I know is I was charged.

04:01PM   6   Q.   Did you review the federal complaint with your attorney?

04:01PM   7   A.   I didn't.

04:01PM   8   Q.   Who was your attorney?

04:01PM   9   A.   Herb Greenman.

04:01PM  10   Q.   He's your attorney still, right?

04:01PM  11   A.   Correct.

04:01PM  12   Q.   By that point, though, once you were charged and were in

04:01PM  13   court the next day, did you start to develop an awareness

04:01PM  14   that the agencies that were involved in your arrest were the

04:01PM  15   Erie County Sheriffs and the FBI?

04:01PM  16   A.   Yes.

04:01PM  17   Q.   Was this sort of the peak of your addiction?

04:01PM  18   A.   Yes.

04:01PM  19   Q.   Let's talk about that for a moment.

04:01PM  20   A.   Okay.

04:01PM  21   Q.   We've talked about that window of time, 2008 to

04:01PM  22   April 18th of 2017 when you were arrested; do you remember

04:01PM  23   that?

04:01PM  24   A.   Yes.

04:01PM  25   Q.   Where would you pinpoint sort of the height of your drug

04:01PM   1   usage in that window?

04:01PM   2   A.  Started around 2012, '13.  It wasn't bad, but it started

04:02PM   3   going down.  But in 2016 when my wife left, there was no one

04:02PM   4   to keep my in check, so I kind of went off the rails.

04:02PM   5   Q.  So you start to use more in 2016 --

04:02PM   6   A.  Yes.

04:02PM   7   Q.  -- into the 2017 time period?

04:02PM   8   A.  Correct.

04:02PM   9   Q.  When did she leave in 2016, just to --

04:02PM   10  A.  I believe it was late spring, early summer.

04:02PM   11  Q.  Okay.  Once -- once you learned that the agencies that

04:02PM   12  were involved in your arrest were the Sheriff -- Erie County

04:02PM   13  Sheriffs and the FBI, did the fact that you got arrested make

04:02PM   14  more sense to you?

04:02PM   15  A.  Yes, a little bit.

04:02PM   16  Q.  Now, even though late spring 2016 or early summer 2016,

04:02PM   17  into your arrest in April of 2017, is sort of the height of

04:03PM   18  your addiction --

04:03PM   19  A.  Yes.

04:03PM   20  Q.  -- were you still able to keep track of your money?

04:03PM   21  A.  Yes.

04:03PM   22  Q.  Were you still able to run your businesses?

04:03PM   23  A.  Yes.

04:03PM   24  Q.  Were you still, in your view, a good businessman?

04:03PM   25  A.  Yes.

04:03PM  1    Q.  Did you still pay attention to detail?

04:03PM  2    A.  Very much.

04:03PM  3    Q.  How were you able to do that even though you had a drug

04:03PM  4    addiction?

04:03PM  5    A.  Well, business is more like second nature, where it's --

04:03PM  6    my problem is more in my personal decisions that I made.  I

04:03PM  7    never not made money, so, even through my addiction I was

04:03PM  8    still making a lot of money.  I was still on point, because

04:03PM  9    it was -- it was more concrete what I had to do.

04:03PM  10   Q.  Would you do -- would you take steps, in your mind, to

04:03PM  11   keep yourself sharp when you had something drug-trafficking

04:03PM  12   related to do?

04:03PM  13   A.  Yes.

04:03PM  14   Q.  What would you do?

04:03PM  15   A.  I would do less opiates and more cocaine.

04:03PM  16   Q.  Why did you think that that was helpful?

04:03PM  17   A.  Well, it would wake me up a little bit.

04:03PM  18   Q.  Have you described it before as leveling you off?

04:04PM  19   A.  Yes.

04:04PM  20   Q.  What does that mean?

04:04PM  21   A.  It means bringing you back to normalcy.

04:04PM  22   Q.  By April 18th, 2017, through your ability to move drugs

04:04PM  23   and obtain sources of supply, did you help a lot of people

04:04PM  24   make a lot of money over a lengthy period of time?

04:04PM  25   A.  Yes.

04:04PM  1   Q.  Did that include Mike Masecchia?

04:04PM  2   A.  Yes.

04:04PM  3   Q.  We'll get into that in more detail in a moment.

04:04PM  4       Did you go through withdrawal, though, in jail?

04:04PM  5   A.  Yes, severely.

04:04PM  6   Q.  Describe that process for the jury.

04:04PM  7   A.  It's like having the worst flu and panic attacks at the

04:04PM  8   same time for -- I think it was almost two weeks.  And

04:04PM  9   constant twitching.  You can't sleep because you're twitching

04:04PM  10  so much.  Throwing up.  Just not a good experience.

04:04PM  11  Q.  Roughly ten days or so after you were arrested,

04:04PM  12  April 27th, 2017, I guess that might be nine days, did

04:04PM  13  you -- did you engage in your first proffer interview with

04:05PM  14  the FBI?

04:05PM  15  A.  Yes.

04:05PM  16  Q.  And is a proffer interview basically an interview you go

04:05PM  17  to with your attorney, it's governed by the terms of the

04:05PM  18  document, and you sit with law enforcement and prosecutors to

04:05PM  19  talk to them?

04:05PM  20  A.  Yes.

04:05PM  21  Q.  Now, at that point in your life, I'm just going to ask

04:05PM  22  you straight up.  If you got out of jail, did you intend to

04:05PM  23  go right back to drug trafficking at that point?

04:05PM  24  A.  At that point?  Yes.

04:05PM  25  Q.  Did you go into that proffer with a certain strategy in

04:05PM    1    your mind?

04:05PM    2    A.  Yes.

04:05PM    3    Q.  What was your strategy going into that April 27th, 2017

04:05PM    4    proffer?

04:05PM    5    A.  Kind of deflect from my friends and the people I was

04:05PM    6    dealing with, and put the focus more on the distributors in

04:05PM    7    Canada.

04:05PM    8    Q.  Why did you want to keep the focus off your friends that

04:05PM    9    were distributing with you locally and put the focus on your

04:05PM   10    supplier in Canada?

04:05PM   11    A.  There's a few reasons.  It's -- doesn't look good to be

04:06PM   12    an informant.  And they were friends that I've known for a

04:06PM   13    long time, I didn't want to inform on them, and maybe some

04:06PM   14    day continue doing business.

04:06PM   15    Q.  By that, you mean drug business?

04:06PM   16    A.  Yes.

04:06PM   17    Q.  Were you confident you could develop another source of

04:06PM   18    supply?

04:06PM   19    A.  Yes.

04:06PM   20    Q.  At that point, was your supplier Jarrett Guy?

04:06PM   21    A.  Correct.

04:06PM   22    Q.  Based out of Vancouver, Canada?

04:06PM   23    A.  Yes.

04:06PM   24    Q.  So he -- he's located a long, long way away from the

04:06PM   25    agents that were questioning you?

04:06PM 1    A.  Yes.

04:06PM 2    Q.  At the time you went into that proffer, did you have any

04:06PM 3    intention of telling investigators that you were working with

04:06PM 4    Mike Masecchia who had a reputation of being connected to

04:06PM 5    Italian Organized Crime?

04:06PM 6    A.  No.

04:06PM 7    Q.  Did you have any intention of talking about a DEA agent

04:06PM 8    who you had been bribing on your payroll?

04:06PM 9    A.  No.

04:06PM 10   Q.  Was your -- was it your intention to protect that

04:06PM 11   information?

04:06PM 12   A.  Yes.

04:06PM 13   Q.  Were you also trying to protect people, close friends of

04:07PM 14   yours that were in your inner circle?

04:07PM 15   A.  Yes.

04:07PM 16   Q.  Was that some of the people we talked about earlier?

04:07PM 17   A.  Correct.

04:07PM 18   Q.  As you got through that first proffer, did your plan sort

04:07PM 19   of work?

04:07PM 20   A.  It did.

04:07PM 21   Q.  Did the people who -- the investigators and the

04:07PM 22   prosecutor in that first proffer press you on anything

04:07PM 23   locally?

04:07PM 24   A.  No.

04:07PM 25   Q.  As time went on, did you come in for more interviews?

04:07PM   1   A.  Yes.

04:07PM   2   Q.  As time went on, did your plan unravel over a series of

04:07PM   3   additional proffer interviews?

04:07PM   4   A.  It did.

04:07PM   5   Q.  Describe for the jury how your plan unraveled.

04:07PM   6   A.  Well, each time I was questioned, I would answer the

04:07PM   7   questions, but leave out or not or give information that

04:07PM   8   wasn't asked.  And then eventually, I had to come clean

04:07PM   9   because they knew everything.

04:07PM  10   Q.  Over time, did the questions get more focused?

04:08PM  11   A.  Yes.

04:08PM  12   Q.  More pointed?

04:08PM  13   A.  Correct.

04:08PM  14   Q.  Did the questions turn more to your associations locally

04:08PM  15   here in Buffalo?

04:08PM  16   A.  Yes.

04:08PM  17   Q.  Eventually, do you remember being in a proffer July 20th,

04:08PM  18   2018, in the U.S. Attorney's Office where you were being

04:08PM  19   asked questions about Special Agent Curtis Ryan?

04:08PM  20   A.  Yes.

04:08PM  21   Q.  Do you remember him being focused on Peter and Anthony

04:08PM  22   Gerace in his questioning?  Not what you said, but what his

04:08PM  23   questions were?

04:08PM  24   A.  Do I remember what his questions were?

04:08PM  25   Q.  Do you remember that general topic?

04:08PM    1    A.  Yes.  Yes.

04:08PM    2    Q.  In that particular interview, was that the first time

04:08PM    3    that you indicated that Bongiovanni provided information?

04:08PM    4    A.  Correct.

04:08PM    5    Q.  Did you indicate in that interview that Bongiovanni

04:08PM    6    provided information to Anthony Gerace about informants R.K.

04:09PM    7    and T.S.?

04:09PM    8    A.  Yes.

04:09PM    9    Q.  Now when you did that, when you said that was Anthony

04:09PM   10    Gerace, did you swap Anthony out for you?

04:09PM   11    A.  Yes.

04:09PM   12    Q.  In truth and in fact, were you the one who got that

04:09PM   13    information?

04:09PM   14    A.  Yes.

04:09PM   15    Q.  But at the time, that's what you said?

04:09PM   16    A.  Yes.

04:09PM   17    Q.  After that July 20th, 2018 proffer, did more proffers

04:09PM   18    happen over time?

04:09PM   19    A.  Yes.

04:09PM   20    Q.  Eventually, did you acknowledge that it was in fact you

04:09PM   21    who received that information?

04:09PM   22    A.  Correct.

04:09PM   23    Q.  Did you go into the grand jury on March 7th, 2019, so

04:09PM   24    months, many months into the next year later?

04:09PM   25    A.  Yes.

04:09PM    1    Q.  Now, by that point in that grand jury testimony, were you

04:09PM    2    totally honest as to the amount of total bribe payments you

04:09PM    3    made to Bongiovanni?

04:09PM    4    A.  No.

04:09PM    5    Q.  Why not?

04:09PM    6    A.  Wanted to kind of minimize it, so, I mean, it's -- I

04:10PM    7    heard that you get a -- was it a discovery?  So when Mike got

04:10PM    8    his discovery, seeing that I kind of minimized it, maybe he

04:10PM    9    wouldn't be as mad.

04:10PM   10    Q.  Let's break that down just a little bit.  So when you say

04:10PM   11    you minimized it --

04:10PM   12    A.  Yes.

04:10PM   13    Q.  -- did you minimize the amount of bribes that you paid to

04:10PM   14    the defendant?

04:10PM   15    A.  Yes.

04:10PM   16    Q.  Significantly?

04:10PM   17    A.  Significantly.

04:10PM   18    Q.  And you said you -- you did that so if Mike got his

04:10PM   19    discovery?

04:10PM   20    A.  Yes.

04:10PM   21    Q.  By that point in time, based on things that you had said,

04:10PM   22    did you have a belief that eventually Mike Masecchia would be

04:10PM   23    charged?

04:10PM   24    A.  Yes.

04:10PM   25    Q.  Is that what you're referencing when you said you wanted

04:10PM 1    to minimize what you said?

04:10PM 2    A.  Correct.

04:10PM 3    Q.  Why did you want to minimize the amount that you had

04:10PM 4    explained that Mr. --

04:10PM 5    A.  I felt that if I --

04:10PM 6    Q.  Let me finish the question, sorry.

04:10PM 7        -- that Mr. Masecchia helped you bribe Bongiovanni, why

04:10PM 8    did you want to minimize that amount?

04:10PM 9    A.  I feel like if it was just a few times, it wouldn't be as

04:11PM 10   a big of a deal as what actually happened.

04:11PM 11   Q.  I'd like to fast forward from your March 7th, 2019,

04:11PM 12   testimony.  Eventually, in early October of 2019, focus you

04:11PM 13   in on that timeframe.

04:11PM 14   A.  Yes.

04:11PM 15   Q.  Did you go back in the grand jury?

04:11PM 16   A.  Yes.

04:11PM 17   Q.  By that point in time, did you -- did you describe the

04:11PM 18   actual amount?

04:11PM 19   A.  Correct.

04:11PM 20   Q.  And that was the quarter million dollars you told this

04:11PM 21   jury about?

04:11PM 22   A.  Yes.

04:11PM 23   Q.  Now, by that point in time, did you learn before, prior

04:11PM 24   to October 2019, that Mike Masecchia and Lou Selva's houses

04:12PM 25   had both been raided?

04:12PM 1    A.  Yes.

04:12PM 2    Q.  Had you heard about that?

04:12PM 3    A.  Yes.

04:12PM 4    Q.  Did anyone ever tell you anything specifically that Mike

04:12PM 5    Masecchia or Lou Selva said about you?

04:12PM 6    A.  No.

04:12PM 7    Q.  Did you know whether one or either of them were talking?

04:12PM 8    A.  No.

04:12PM 9    Q.  Did questions to you get more specific?

04:12PM 10   A.  Yes.

04:12PM 11   Q.  Did anyone tell you what amounts to say?

04:12PM 12   A.  No.

04:12PM 13   Q.  Are you clean as you sit here today?

04:12PM 14   A.  Yes.

04:12PM 15   Q.  How long have you been clean from any drugs or alcohol?

04:12PM 16   A.  Seven and a half years.

04:12PM 17   Q.  What's your clean date, do you know?

04:12PM 18   A.  My date of my arrest, April 18th, 2017.

04:12PM 19   Q.  Is your mindset different today than when you got

04:13PM 20   arrested?

04:13PM 21   A.  Yes, very different.

04:13PM 22   Q.  Are you going to play games with the jury like you did

04:13PM 23   the law enforcement and pick and choose what you answer

04:13PM 24   truthfully?

04:13PM 25   A.  No.

04:13PM 1           **MR. MacKAY:**  Objection.

04:13PM 2           **THE COURT:**  Sustained.

04:13PM 3           **BY MR. TRIPI:**

04:13PM 4  Q.  Are you going to tell the complete truth to this jury?

04:13PM 5  A.  Yes.

04:13PM 6  Q.  Are you going to protect anybody?

04:13PM 7  A.  No.

04:13PM 8  Q.  Are you going to withhold any information?

04:13PM 9  A.  Nope.

04:13PM 10  Q.  All right.  I'd like to talk -- as you sit here,

04:13PM 11  you're -- you're now a federally convicted felon; is that

04:13PM 12  right?

04:13PM 13  A.  Yes.

04:13PM 14  Q.  As you sit there, are you currently awaiting sentencing

04:13PM 15  based upon convictions that you have in this matter for

04:13PM 16  possession with intent to distribute cocaine and unlawful

04:13PM 17  possession of firearm.  And when I say "in this matter," I

04:13PM 18  mean what you're here to talk about.

04:13PM 19  A.  Correct.

04:13PM 20  Q.  Okay.  Are you looking at a substantial prison sentence

04:13PM 21  potentially?

04:13PM 22  A.  Yes.

04:13PM 23  Q.  Have you ever been -- other than that case, have you ever

04:14PM 24  been to jail before?

04:14PM 25  A.  No.

04:14PM   1   Q.  As part of your plea, did you admit to possessing all the

04:14PM   2   drugs, money, and firearm evidence that law enforcement

04:14PM   3   seized when they searched your properties in April of 2017?

04:14PM   4   A.  Yes.

04:14PM   5   Q.  Have you forfeited to the federal government a lot of

04:14PM   6   money?

04:14PM   7   A.  Yes.

04:14PM   8   Q.  As part of that, did you have to sell your mansion and

04:14PM   9   forfeit the net proceeds of the sale amount?

04:14PM  10   A.  Yes.

04:14PM  11   Q.  Did you have to sell another property that you had an

04:14PM  12   ownership interest in at 626 Richmond in Buffalo, New York,

04:14PM  13   and forfeit your interest in that property, the money you

04:14PM  14   made?

04:14PM  15   A.  Yes, yes.

04:14PM  16   Q.  Did you also forfeit the money that was seized from you,

04:14PM  17   your vehicle, and a duffle bag that belonged to you at 370

04:14PM  18   Huntington?

04:14PM  19   A.  Yes.

04:14PM  20   Q.  In total, did you forfeit to the federal government about

04:14PM  21   $596,601.69?

04:14PM  22   A.  Yes.

04:14PM  23   Q.  Now, does your plea agreement contain a cooperation

04:15PM  24   agreement?

04:15PM  25   A.  Yes.

04:15PM    1    Q.   Do you know what your sentence will be as you sit here

04:15PM    2    today?

04:15PM    3    A.   No.

04:15PM    4    Q.   Ultimately, who is your sentence up to?

04:15PM    5    A.   The judge.

04:15PM    6    Q.   Who's the Judge in your case?

04:15PM    7    A.   Judge Sinatra.

04:15PM    8    Q.   Do you have any guarantee of what sentence the judge will

04:15PM    9    impose?

04:15PM   10    A.   No.

04:15PM   11    Q.   As you sit here up there, are you required to testify in

04:15PM   12    any particular way?

04:15PM   13    A.   No.

04:15PM   14    Q.   What is your obligation as you sit in that chair?

04:15PM   15    A.   To tell the truth.

04:15PM   16    Q.   Now, at some point after you were arrested, and at some

04:15PM   17    point after you first started proffering, through your

04:15PM   18    attorney, did you tell FBI agents where they could find more

04:15PM   19    of your drugs?

04:15PM   20    A.   Yes.

04:15PM   21    Q.   What type of drugs did the Sheriffs and the FBI not find

04:16PM   22    that you had?

04:16PM   23    A.   MDMA.

04:16PM   24    Q.   Is that that 2 kilos we talked about before?

04:16PM   25    A.   Correct.

04:16PM 1   Q.  Where were you storing that MDMA?

04:16PM 2   A.  At 82 Sycamore Street.

04:16PM 3          **MR. TRIPI:**  Let's pull up Exhibit 51A-7 again.  A-7.

04:16PM 4          **BY MR. TRIPI:**

04:16PM 5   Q.  This location?

04:16PM 6   A.  Yes.

04:16PM 7   Q.  So there were 2 kilograms of MDMA in there?

04:16PM 8   A.  Correct.

04:16PM 9   Q.  How long had that been sitting there?

04:16PM 10  A.  After my arrest?

04:16PM 11  Q.  No, up until your arrest.

04:16PM 12  A.  Maybe a year.

04:16PM 13  Q.  I'm going to hand you up Government Exhibits 51A-1,

04:16PM 14  51A-2, 15A-3, 51A-4, 51A-5, and 51A-6.

04:17PM 15         **MR. TRIPI:**  Can you see these, Mr. MacKay?

04:17PM 16         Okay.  Handing up those exhibits, Your Honor.

04:17PM 17         **BY MR. TRIPI:**

04:17PM 18  Q.  Take a moment to look through those, and when you're

04:17PM 19  done, look back up at me.

04:17PM 20     Do you recognize those exhibits -- those photos depicted

04:17PM 21  in those exhibits?

04:17PM 22  A.  Yes.

04:17PM 23  Q.  What do you recognize that to be, generally?

04:17PM 24  A.  MDMA.

04:17PM 25  Q.  Is it the locations inside your warehouse at 82 Sycamore

| | | |
|---|---|---|
| 04:17PM | 1 | where -- where you had stored the MDMA, as well as the MDMA |
| 04:17PM | 2 | that you had stored inside the building? |
| 04:17PM | 3 | A.  Correct. |
| 04:17PM | 4 | Q.  Do they fairly and accurately depict both the locations |
| 04:18PM | 5 | within the warehouse that you had at 82 Sycamore as well as |
| 04:18PM | 6 | the MDMA that you were storing there? |
| 04:18PM | 7 | A.  Yes. |
| 04:18PM | 8 | Q.  Excuse me. |
| 04:18PM | 9 | **MR. TRIPI:**  The government offers Exhibit 51A-1 |
| 04:18PM | 10 | through and inclusive of 51A-6, Your Honor. |
| 04:18PM | 11 | **MR. MacKAY:**  No objection. |
| 04:18PM | 12 | **THE COURT:**  Received without objection. |
| 04:18PM | 13 | **(GOV Exhibits 51A-1 through 51A-6 were received in evidence.)** |
| 04:18PM | 14 | **MR. TRIPI:**  Ms. Champoux, can we pull up 51A-1. |
| 04:18PM | 15 | **BY MR. TRIPI:** |
| 04:18PM | 16 | Q.  Mr. Serio, can you tell the jury what they're looking at |
| 04:18PM | 17 | in this photo? |
| 04:18PM | 18 | A.  It is the doorway where I stored the MDMA, above the |
| 04:18PM | 19 | doorway behind the drywall. |
| 04:18PM | 20 | Q.  When you enter the warehouse, where do you enter to get |
| 04:18PM | 21 | to this point? |
| 04:18PM | 22 | A.  If you go -- you enter, and then you go to the right. |
| 04:18PM | 23 | **MR. TRIPI:**  Ms. Champoux, can you put 51A-7 up next |
| 04:18PM | 24 | to this? |
| | 25 | |

04:18PM 1      **BY MR. TRIPI:**

04:18PM 2  Q.  Is there a door on the 82 Sycamore warehouse that you

04:18PM 3  would use and make a right-hand turn?

04:19PM 4  A.  The door with the cage on it.

04:19PM 5  Q.  Can you tap on the screen and it will make a mark?

04:19PM 6      **MR. TRIPI:**  May the record reflect that the witness

04:19PM 7  has made an indication, a temporary green dot, on what appears

04:19PM 8  to be a red door with a black cage over it in sort of the

04:19PM 9  middle of the structure that's depicted on Sycamore Street.

04:19PM 10     **BY MR. TRIPI:**

04:19PM 11 Q.  Is that a fair description?

04:19PM 12 A.  Yes.

04:19PM 13 Q.  Is it -- is it a red door with a black cage over it?

04:19PM 14 A.  Correct.

04:19PM 15 Q.  So you enter that door and you make a right-hand turn,

04:19PM 16 and you come upon the scene that's depicted in 51A-1?

04:19PM 17 A.  You go about 50 feet up, and then a right.

04:19PM 18 Q.  50 feet up and then turn right?

04:19PM 19 A.  Correct.

04:19PM 20 Q.  Using 51A-1, can you show the jury the general area where

04:19PM 21 the -- you had hidden the MDMA?

04:19PM 22     **MR. TRIPI:**  So may the record reflect in the 51A-1

04:19PM 23 exhibit he has made a temporary green circle.  There's what

04:19PM 24 appears to be an open door with some drywall, and there's an

04:19PM 25 area near the top of the drywall that he has circled.

04:20PM    1             **BY MR. TRIPI:**

04:20PM    2   Q.  Is that an accurate description?

04:20PM    3   A.  Correct.

04:20PM    4   Q.  Okay.  Now describe for the jury how you hid that.

04:20PM    5   A.  It's kind of bumped out a little bit, so there's a

04:20PM    6   cavity, so I just put it in the cavity.

04:20PM    7   Q.  Okay.  Let me just clear that.

04:20PM    8           **MR. TRIPI:**  Ms. Champoux, you can keep 51A-7 up if

04:20PM    9   you could.  And can we go to 51A-2.

04:20PM   10           **BY MR. TRIPI:**

04:20PM   11   Q.  Does this show another angle --

04:20PM   12           **MR. TRIPI:**  It's okay, we can just put them both down

04:20PM   13   and go to 51A-2, Ms. Champoux.

04:20PM   14           **BY MR. TRIPI:**

04:20PM   15   Q.  Does this show the opposite angle of that door that we

04:20PM   16   saw on 51A-1 where you would just walk through?

04:20PM   17   A.  Yes.

04:20PM   18   Q.  Now we're looking at it from the other direction?

04:20PM   19   A.  Yes.

04:20PM   20           **MR. TRIPI:**  Let's go to 51A-3.

04:20PM   21           **BY MR. TRIPI:**

04:20PM   22   Q.  And what does that depict?

04:20PM   23   A.  That is the 2 kilos of MDMA.

04:21PM   24   Q.  And is that how it looked when you hid it?

04:21PM   25   A.  Yes.

04:21PM    1          **MR. TRIPI:**  Let's go to 51A-4.

04:21PM    2          **BY MR. TRIPI:**

04:21PM    3   Q.  Does that look like a close-up view of some of the MDMA?

04:21PM    4   A.  Yes.

04:21PM    5   Q.  And you, in fact, did consent to the search of this

04:21PM    6   location?

04:21PM    7   A.  Correct.

04:21PM    8   Q.  In other words, you didn't make the FBI get another

04:21PM    9   search warrant, right?

04:21PM   10   A.  No.

04:21PM   11   Q.  And so you see a note in that photo that says consent

04:21PM   12   search?  Do you see that handwritten portion?

04:21PM   13   A.  Yes.

04:21PM   14   Q.  Is that consistent with your understanding of why your

04:21PM   15   premises at that location was being searched?

04:21PM   16   A.  Correct.

04:21PM   17          **MR. TRIPI:**  Let's go to 51A-5.

04:21PM   18          **BY MR. TRIPI:**

04:21PM   19   Q.  Is this sort of the other kilo?

04:21PM   20   A.  Yes.

04:21PM   21   Q.  Okay.

04:21PM   22          **MR. TRIPI:**  Let's go to 51A-6.

04:21PM   23          **BY MR. TRIPI:**

04:21PM   24   Q.  Is that more of the MDMA?

04:21PM   25   A.  Yes.

04:21PM     1    Q.  I'm going to hand you Government Exhibits 296A and 296B.

04:22PM     2    It's in secure outer packaging.

04:22PM     3    A.  Okay.

04:22PM     4    Q.  But you can see through it.

04:22PM     5    A.  Yes.

04:22PM     6    Q.  I'd like you to take a look at these, and then I'm going

04:22PM     7    to ask you if this is the MDMA.

04:22PM     8         **MR. TRIPI:**  Handing up 296A and B, Your Honor.

04:22PM     9         **BY MR. TRIPI:**

04:22PM    10    Q.  Do you see those items in FBI, sort of, packaging?

04:22PM    11    A.  Yes.

04:22PM    12    Q.  Does that consist of the MDMA we just looked in the

04:22PM    13    photos, specifically 51A-, I think, 3, 4, 5, and 6?

04:22PM    14    A.  Yes.

04:22PM    15    Q.  Other than the fact that it's now in sort of FBI

04:23PM    16    wrapping, does this -- is it in the same or substantially the

04:23PM    17    same condition today as when you gave your consistent search?

04:23PM    18    A.  Yes, it is.

04:23PM    19         **MR. TRIPI:**  The government offers 296A and 296B,

04:23PM    20    Your Honor.

04:23PM    21         **MR. MacKAY:**  No objection.

04:23PM    22         **THE COURT:**  They're received without objection.

04:23PM    23     **(GOV Exhibits 296A and 296B were received in evidence.)**

04:23PM    24         **MR. TRIPI:**  Thank you.  I'll hold them up for the

04:23PM    25    jury, take them out of the box.

04:23PM  1    **BY MR. TRIPI:**

04:23PM  2    Q.  Why did you keep that stuff so long?  You had it, you

04:23PM  3    said, over a year.

04:23PM  4    A.  They didn't want to take it back because they'd have to

04:23PM  5    bring it back to Canada, so it was just kind of what to do

04:23PM  6    with it.

04:23PM  7    Q.  Was that generally not a product you sold?

04:23PM  8    A.  No, it wasn't.

04:24PM  9    Q.  Was that something that Jarrett Guy sent you anyway to

04:24PM 10    see if could you move it?

04:24PM 11    A.  Yes.

04:24PM 12    Q.  All right.  I'd like to go through this timeline of your

04:24PM 13    dealings focusing in on your relationship with Mr. Masecchia

04:24PM 14    and its evolution, okay?

04:24PM 15    A.  Okay.

04:24PM 16    Q.  In or about the fall of 2007 -- withdrawn.

04:24PM 17        Earlier, you had said when you were 18 or 19, you were

04:24PM 18    sort of going to Masecchia for marijuana, but it was

04:24PM 19    indirect.  You were going through LoVallo and then Tomasello?

04:24PM 20    A.  Yes.

04:24PM 21    Q.  In or about the fall of 2007, did you start having a

04:24PM 22    direct relationship with Masecchia regarding marijuana

04:24PM 23    distribution?

04:24PM 24    A.  Yes.

04:24PM 25    Q.  Tell the jury how that began in or about the fall of

04:24PM  1   2007?

04:24PM  2   A.  Me and Joe Tomasello had a falling out, so we didn't

04:24PM  3   speak.  And then Mike knew this place that I hung out at, and

04:24PM  4   my friend was the manager, it was O Restaurant on Sheridan

04:25PM  5   Drive.  He went there and set up a meeting with my friend,

04:25PM  6   Joe, to meet me.

04:25PM  7   Q.  So it was like a restaurant/bar called "O"?

04:25PM  8   A.  Yes.

04:25PM  9   Q.  And who was your friend that Masecchia went in and sort

04:25PM  10  of indicated that he wanted to meet you?

04:25PM  11  A.  Joe Gugino.

04:25PM  12  Q.  Did you have another friend that worked there?

04:25PM  13  A.  Yes.

04:25PM  14  Q.  Who was that other friend?

04:25PM  15  A.  Chris Baker.

04:25PM  16  Q.  We've talked about him already, right?

04:25PM  17  A.  Correct.

04:25PM  18  Q.  Okay.  So after Masecchia indicates that he wants to meet

04:25PM  19  you, did -- did you have a follow-up meeting at O with Mike

04:25PM  20  Masecchia?

04:25PM  21  A.  Yes.

04:25PM  22  Q.  Was that to discuss operations and distribution of

04:25PM  23  marijuana?

04:25PM  24  A.  Yes.

04:25PM  25  Q.  Describe that conversation you had with Mr. Masecchia in

04:25PM   1   terms of marijuana distribution.

04:25PM   2   A.   They wanted to know if I wanted to buy any of the

04:26PM   3   marijuana that was growing outdoors.

04:26PM   4   Q.   What did he tell you about his operation at that time?

04:26PM   5   A.   Not too much.  Just -- well, I knew it was somewhere in

04:26PM   6   Franklinville or Ellicottville.

04:26PM   7   Q.   By that point in time, how much marijuana were you moving

04:26PM   8   that was ultimately sourced from Mr. Masecchia?

04:26PM   9   A.   Well, it would be usually just in the fall, so I want to

04:26PM  10   say maybe 10, 20 pounds.

04:26PM  11   Q.   And was this a meeting for you to become more involved

04:26PM  12   directly with him in the grows?

04:26PM  13   A.   Yes.

04:26PM  14   Q.   What role did he want you or ask you to take?

04:26PM  15   A.   To basically -- well, for the indoor -- well, actually

04:26PM  16   the indoor, we didn't start until two years later, but it was

04:26PM  17   more just to sell the outdoor marijuana for him.

04:26PM  18   Q.   So were you gonna become like his sole distributor?

04:26PM  19   A.   Yes.

04:27PM  20   Q.   You were gonna take all the product?

04:27PM  21   A.   Correct.

04:27PM  22   Q.   And move it all for him?

04:27PM  23   A.   Yes.

04:27PM  24   Q.   Was the idea that that would make it easier for him, only

04:27PM  25   dealing with one person?

04:27PM 1     A.  Yes.

04:27PM 2     Q.  Did you agree to do that?

04:27PM 3     A.  Yes.

04:27PM 4     Q.  Did you explain to Mr. Masecchia you had the ability to

04:27PM 5     move everything that he could produce at those outdoor grows?

04:27PM 6     A.  Yes.

04:27PM 7     Q.  What did he say about that?

04:27PM 8     A.  He was happy about it.

04:27PM 9     Q.  As time went on, from that moment on, did your

04:27PM 10    relationship with Masecchia grow?

04:27PM 11    A.  Yes.

04:27PM 12    Q.  Did you develop a nickname that he called you?

04:27PM 13    A.  Yes.

04:27PM 14    Q.  What was your nickname?

04:27PM 15    A.  Greenie.

04:27PM 16    Q.  Why did he call you Greenie?

04:27PM 17    A.  Because I was good at growing marijuana and making money.

04:28PM 18    Q.  Now, earlier you indicated you then started to show

04:28PM 19    Masecchia how to set up indoor grows; is that right?

04:28PM 20    A.  Correct.

04:28PM 21    Q.  At that point in his operations, did he have any indoor

04:28PM 22    grows going on?

04:28PM 23    A.  He had one at John Suppa's house.

04:28PM 24    Q.  Is this the one that you get involved in in 2008?

04:28PM 25    A.  Yes.

04:28PM   1   Q.  Did you improve it?  What work did you do there?

04:28PM   2   A.  I redid everything.  They had plants in every room in the

04:28PM   3   house and wires everywhere.  It was like a fire hazard.  So I

04:28PM   4   condensed it to the basement.

04:28PM   5   Q.  You basically recreated the grow?

04:28PM   6   A.  Yes.

04:28PM   7   Q.  Did you increase the capacity for the -- for it to grow

04:28PM   8   more plants?

04:28PM   9   A.  Well, they were growing too many that they couldn't take

04:28PM  10   care of them, they weren't doing it properly.  So I grew

04:28PM  11   less, but they made way more money.

04:28PM  12   Q.  How many plants were they growing before you got

04:28PM  13   involved?

04:28PM  14   A.  I don't even know, probably thousands.

04:29PM  15   Q.  In Suppa's house there?

04:29PM  16   A.  Yes, all over.

04:29PM  17   Q.  And this is the house on Hertel?

04:29PM  18   A.  Yes.

04:29PM  19   Q.  And what did you take it down to?

04:29PM  20   A.  Took it to 14 lights.

04:29PM  21   Q.  How many plants?

04:29PM  22   A.  It was about 12 to each light.  So, maybe 170 plants,

04:29PM  23   180.

04:29PM  24   Q.  And how -- how did -- how were you able to reduce the

04:29PM  25   number of plants and make that operation more profitable?

04:29PM 1  A.  Because they were inefficient.  They were probably making

04:29PM 2  about 10,000 every two and a half months.

04:29PM 3     And then when I did it, we were splitting around 70,000

04:29PM 4  every two and a half months.  Just efficiency.

04:29PM 5  Q.  More plants survive, less plants die.  That kind of

04:29PM 6  thing?

04:29PM 7  A.  Yes, correct.  When you have too many, you can't take

04:29PM 8  care of them all, so if you have less, you can attend to them

04:29PM 9  more so they produce more.

04:29PM 10 Q.  And I think earlier you said by 2013, 2014, you -- you

04:30PM 11 did the same thing at Lou Selva's house?

04:30PM 12 A.  Correct.

04:30PM 13 Q.  Describe the grow you set up there.

04:30PM 14 A.  I believe it was four lights there.

04:30PM 15 Q.  How many plants?

04:30PM 16 A.  Not -- probably about 50 to 60.

04:30PM 17 Q.  Total?

04:30PM 18 A.  Yes.

04:30PM 19 Q.  Who helped you set that up?

04:30PM 20 A.  Mike was there.  But, I mean, I did all the work.

04:30PM 21 Q.  Was Lou there as well?

04:30PM 22 A.  Yes.

04:30PM 23 Q.  And then how many plants were you -- did you set up for

04:30PM 24 the grow at Martino's house?

04:30PM 25 A.  That, I think we did six lights there.  So probably

04:30PM   1   around 100.

04:30PM   2   Q.  And what year did you set that grow up?

04:30PM   3   A.  It would say it was 2013 or '14.

04:30PM   4   Q.  Okay.  Within that same general timeframe of Selva's

04:31PM   5   grow?

04:31PM   6   A.  Correct.

04:31PM   7   Q.  Now, when you were talking with Masecchia about his

04:31PM   8   outdoor grows, you mentioned a moment ago he mentioned sort

04:31PM   9   of Franklinville/ Ellicottville area?

04:31PM  10   A.  Yes.

04:31PM  11   Q.  What -- and what information in that initial meeting did

04:31PM  12   he tell you about those grows?

04:31PM  13   A.  Not much, any specifics.

04:31PM  14   Q.  How did the marijuana make it from those grows initially

04:31PM  15   to you, to those outdoor grows?

04:31PM  16   A.  I believe -- the one time I helped them process it by

04:31PM  17   clipping it.  So he would clip it at his property on -- I

04:31PM  18   forgot what the address is.  But the Franklinville property.

04:31PM  19       And then once he would process it, he would drive it

04:31PM  20   back.

04:31PM  21   Q.  So is this in the -- still the 2008 timeframe?

04:31PM  22   A.  Yes.

04:31PM  23   Q.  So you did go to the property to help clip?

04:31PM  24   A.  Yeah.  Yes.  Not in 2007, but in 2008.  The fall of 2008.

04:32PM  25   Q.  Okay.  And so let's talk a little bit about that.

04:32PM   1        You start becoming involved in that regard in the outdoor

04:32PM   2   grows with Masecchia.  Tell the jury what the process is and

04:32PM   3   how it differs from an outdoor grow operation from an indoor

04:32PM   4   grow.

04:32PM   5   A.  The outdoor, you have to plant them in June, and then

04:32PM   6   they grow all through the summer.  You've got to water them

04:32PM   7   and make sure that there's not slugs and protect them from

04:32PM   8   the deer with different various fences and stuff like that.

04:32PM   9        And then you harvest them in October.  Late September,

04:32PM  10   early October.

04:32PM  11   Q.  Now, are there -- is there a difference in the quality

04:32PM  12   between the indoor and the outdoor marijuana?

04:32PM  13   A.  Yes, outdoor is lesser quality.

04:32PM  14   Q.  Are there more challenges to growing outdoors?

04:32PM  15   A.  Yes.

04:32PM  16   Q.  What are some of the challenges?

04:32PM  17   A.  The weather, mold, animals.  More exposed to law

04:32PM  18   enforcement.

04:32PM  19   Q.  When the plants have grown, do they need to be cut or

04:33PM  20   clipped?

04:33PM  21   A.  Yes.

04:33PM  22   Q.  Explain that part of the process.  So once the plant --

04:33PM  23   withdrawn.

04:33PM  24        Does the same cloning have to happen to transport plants

04:33PM  25   out into the ground?

04:33PM  1    A.  Yes.

04:33PM  2    Q.  So plants are cloned indoors?

04:33PM  3    A.  Correct.  They're grown indoors starting in April, and

04:33PM  4    then you grow them to about maybe a foot and a half high, and

04:33PM  5    then you transfer them outside.

04:33PM  6    Q.  Okay.  So that process of outdoor grows begins indoors in

04:33PM  7    April?

04:33PM  8    A.  Correct.

04:33PM  9    Q.  And it proceeds to outdoors by maybe June?

04:33PM  10   A.  Yes.

04:33PM  11   Q.  And then if the weather is good into October, you're

04:33PM  12   cutting down plants and clipping?

04:33PM  13   A.  Correct.

04:33PM  14   Q.  And when you're clipping, what are you -- what are you

04:33PM  15   clipping?

04:33PM  16   A.  Clipping the leaves off.  And just -- you finish with the

04:33PM  17   bud.  You take all the leaves, so you got just a bud at the

04:33PM  18   end.  And that's what you sell.

04:33PM  19   Q.  And just during this time period, were you still having

04:33PM  20   other indoor grows as part of your operation?

04:34PM  21   A.  Yes.

04:34PM  22   Q.  Were you still using 82 Sycamore or 608 Michigan as part

04:34PM  23   of your operation?

04:34PM  24   A.  Yes.

04:34PM  25   Q.  How would the -- how would the marijuana get transported

04:34PM   1   to you?  Or how would you get the Masecchia weed to

04:34PM   2   distribute in the Buffalo area?

04:34PM   3   A.  He would drive it to me.

04:34PM   4   Q.  Where would he deliver to you?

04:34PM   5   A.  Usually my house.

04:34PM   6   Q.  In '08, '09, 2010, where did you live?

04:34PM   7   A.  125 Huntington Court in Williamsville.

04:34PM   8   Q.  And then for -- for those outdoor marijuana grows to get

04:34PM   9   you the weed in 2011, '12, '13, '14, '15, '16, for those

04:34PM  10   years, would that weed get delivered to you at 697 Lebrun?

04:34PM  11   A.  Yes.  I think he might have taken a year off, a year or

04:35PM  12   two off in between that time too.

04:35PM  13   Q.  For the outdoor grow?

04:35PM  14   A.  Yes.

04:35PM  15   Q.  What year do you think that was?

04:35PM  16   A.  I'm not quite sure, maybe '12 and '13.

04:35PM  17   Q.  Well, that's two years, so --

04:35PM  18   A.  Yeah.  Between that, one of them two years.

04:35PM  19   Q.  One of those two years he was down?

04:35PM  20   A.  Yes.

04:35PM  21   Q.  Do you know why?

04:35PM  22   A.  I don't.

04:35PM  23   Q.  Is that an estimate?

04:35PM  24   A.  Yes, that's an estimate.

04:35PM  25   Q.  What did Masecchia tell you about who was involved in the

04:35PM 1    outdoor grow?

04:35PM 2    A.  It was Lou.

04:35PM 3    Q.  Selva?

04:35PM 4    A.  Lou Selva.  Dave Hersey.  Some guy nicknamed Fat Ass.

04:35PM 5    And I'm not sure who else.

04:35PM 6    Q.  Are these people that you met over time?

04:35PM 7    A.  Yes.

04:35PM 8    Q.  As you grew closer -- so the initial meeting setting this

04:35PM 9    up is in 2007.  Is that in anticipation of the grow season in

04:36PM 10   2008?

04:36PM 11   A.  Yes.  Well, I took marijuana from them in 2007.  It was

04:36PM 12   in the fall, so he had marijuana.

04:36PM 13   Q.  Okay.  And then I guess you becoming the sole distributor

04:36PM 14   is looking forward in time from that meeting into the next

04:36PM 15   season?

04:36PM 16   A.  Correct.

04:36PM 17   Q.  Okay.  By the time that next season rolled around, now

04:36PM 18   we're talking early 2008?

04:36PM 19   A.  Yes.

04:36PM 20   Q.  During that timeframe, were you becoming closer with

04:36PM 21   Mr. Masecchia?

04:36PM 22   A.  Yes.

04:36PM 23   Q.  Did there come a point in time when Mr. Masecchia told

04:36PM 24   you about a DEA agent named Joe Bongiovanni in or about 2008?

04:36PM 25   A.  Yes.

04:36PM   1   Q.  What did Mr. Masecchia tell you about Joe Bongiovanni?

04:36PM   2   A.  He said that he grew up with him, and he said that Joe

04:36PM   3   would tell him to -- what to look out for, like surveillance

04:36PM   4   vehicles and stuff like that.

04:36PM   5   Q.  Did he tell you that Joe would -- would give him a

04:37PM   6   heads-up?

04:37PM   7   A.  Yes.

04:37PM   8   Q.  What did you understand that to mean?

04:37PM   9   A.  To see if there was an investigation on him.

04:37PM  10   Q.  Did that provide you a level of comfort?

04:37PM  11   A.  Yes.

04:37PM  12   Q.  Did you like the idea of the fact that Masecchia was

04:37PM  13   linked up with a DEA agent?

04:37PM  14   A.  Yes.

04:37PM  15   Q.  Why did you like that idea?

04:37PM  16   A.  Extra protection.

04:37PM  17   Q.  Did Masecchia tell you anything about Bongiovanni's

04:37PM  18   ability to go on the computer?

04:37PM  19   A.  Yes.

04:37PM  20   Q.  What did he say about that?

04:37PM  21   A.  He wasn't too specific.  Just that he had access to

04:37PM  22   information that he could punch in on a computer.

04:37PM  23   Q.  Aside from the fact that he told you he knew the

04:37PM  24   defendant, they were friends, and that the defendant would

04:38PM  25   look out, what else did Masecchia tell you about the nature

04:38PM 1 or extent of his relationship with Bongiovanni?

04:38PM 2 A.  He didn't say much more.

04:38PM 3 Q.  Did you know they had been friends for a long time?

04:38PM 4 A.  Yes, he said they --

04:38PM 5 Q.  That's what I'm asking.

04:38PM 6 A.  He said that he grew up with him.

04:38PM 7 Q.  Okay.  Now when you first learned about that

04:38PM 8 relationship, were you making payments --

04:38PM 9 A.  No.

04:38PM 10 Q.  -- to Masecchia to give to Bongiovanni?

04:38PM 11 A.  No.

04:38PM 12 Q.  Okay.  Based upon the people that Masecchia told you were

04:38PM 13 involved in the grow with him, Lou Selva, Dave Hersey, this

04:38PM 14 person Fat Ass, did you have an understanding of whether

04:38PM 15 those were also people who had grown up with Bongiovanni?

04:38PM 16 A.  That, I don't know.

04:38PM 17    Well, I knew that Lou Selva was best friends with him.

04:38PM 18 Q.  Okay.

04:38PM 19 A.  The other people, I -- I don't know.

04:38PM 20 Q.  Okay.  Did you visit the location of that grow?  You said

04:38PM 21 you clipped there, but did you go out there?

04:39PM 22 A.  I went out there to clip.  I didn't go to where they were

04:39PM 23 actually growing it, though.

04:39PM 24 Q.  Okay.  Explain the difference.  So you went to --

04:39PM 25 withdrawn.

04:39PM     1      Was the location you went to a location on Morgan Hollow
04:39PM     2    Road?
04:39PM     3    A.  Yes.
04:39PM     4    Q.  That was where you went to clip?
04:39PM     5    A.  Correct.
04:39PM     6    Q.  Whose property was that?
04:39PM     7    A.  That was Mike Masecchia's and -- I forgot.  His partner's
04:39PM     8    name is Suppa, John Suppa's brother.  I forgot what his first
04:39PM     9    name was.
04:39PM    10    Q.  Okay.  And so that's where the marijuana was ready to
04:39PM    11    clip and sort of get ready to cut it down to bud?
04:39PM    12    A.  Yes.
04:39PM    13    Q.  And bag up?
04:39PM    14    A.  Correct.
04:39PM    15    Q.  But was the actual grow somewhere in that area but not on
04:39PM    16    Suppa's exact land?
04:39PM    17    A.  Correct.
04:39PM    18    Q.  Explain that for the jury.  Where was the grow versus
04:39PM    19    where the clipping was?
04:39PM    20    A.  I'm not sure exactly where.  I know it was in the
04:39PM    21    vicinity.  But usually you don't clip it where you grow it
04:40PM    22    because, in case law enforcement comes, you don't want to
04:40PM    23    have it there any longer than you have to.
04:40PM    24      I mean, sometimes you do -- you do do it, but you try not
04:40PM    25    to.

04:40PM    1    Q.  So your understanding was the -- the -- the plants were

04:40PM    2    grown some -- somewhere near, but off -- off Suppa's

04:40PM    3    property?

04:40PM    4    A.  Correct.

04:40PM    5    Q.  And during this timeframe, 2008 timeframe, how many

04:40PM    6    plants were you growing -- I might have asked you this, and I

04:40PM    7    apologize if I did, but how many plants were you growing in

04:40PM    8    your warehouse?

04:40PM    9    A.  It depends if my brother was helping me, because he was a

04:40PM   10    felon.  I would do 99 because of the federal guidelines.

04:40PM   11        But sometimes he wouldn't help me, so I'd do more if he

04:40PM   12    wasn't helping me.

04:40PM   13    Q.  Why did you limit it to 99 if your brother was helping

04:40PM   14    you?  Explain that for the jury.

04:41PM   15    A.  Because my brother is a felon.  And federally, any

04:41PM   16    plants -- if you have plants over 100, it's a mandatory

04:41PM   17    minimum of five years.

04:41PM   18    Q.  And so you tried to keep that under 100 if your brother

04:41PM   19    was involved?

04:41PM   20    A.  Correct, because he was already a prior felon.

04:41PM   21    Q.  And if he wasn't helping you with a particular grow, how

04:41PM   22    many plants would you grow?

04:41PM   23    A.  Double that.

04:41PM   24    Q.  Almost 200?

04:41PM   25    A.  Yes.

04:41PM   1   Q.  So this is overlapping with the outdoor grows that you're

04:41PM   2   selling Masecchia's marijuana?

04:41PM   3   A.  Correct.

04:41PM   4   Q.  How many -- generally speaking, how many indoor grow

04:41PM   5   cycles could you get in an year?

04:41PM   6   A.  You could do to two to three if you don't do it in the --

04:41PM   7   it's -- it's tough in the summertime because of the heat.

04:41PM   8       If you cut down the amount of lights, you can still do it

04:41PM   9   in the summer, but to me it wasn't worth it.

04:42PM  10   Q.  So on average, two to three grow cycles indoors in the

04:42PM  11   summer?

04:42PM  12   A.  In the winter.

04:42PM  13   Q.  In the winter?

04:42PM  14   A.  Correct.

04:42PM  15   Q.  So two to three per year --

04:42PM  16   A.  Yeah.

04:42PM  17   Q.  -- indoors, and then one cycle outdoors?

04:42PM  18   A.  Yes.

04:42PM  19   Q.  Now, in 2008, in addition to your properties where you

04:42PM  20   were growing marijuana, the Suppa property, and the outdoor

04:42PM  21   grow, were you also obtaining bulk marijuana that was getting

04:42PM  22   sort of transported into this area through Mark Kagan?

04:42PM  23   A.  Yes.

04:42PM  24   Q.  I think earlier you mentioned how you met Mark Kagan.

04:42PM  25   Can you remind the jury?

04:42PM 1  A.  Through Mike Piazza.

04:42PM 2  Q.  And who is Mike Piazza?

04:42PM 3  A.  Someone I knew from North Buffalo.

04:42PM 4  Q.  Is he someone who's also friends with Anthony Gerace, if

04:42PM 5  you know?

04:42PM 6  A.  That, I -- I don't know.  I mean, he probably knows him,

04:42PM 7  but --

04:42PM 8  Q.  Is he someone who's friends with Lou Selva, if you know?

04:43PM 9  A.  No.  He's -- he's a lot -- I want to say he's, like, five

04:43PM 10  years younger than me.

04:43PM 11  Q.  Okay.  In any event, how much marijuana were you getting

04:43PM 12  through Mark Kagan?

04:43PM 13  A.  50 pounds a month.

04:43PM 14  Q.  How frequently?

04:43PM 15  A.  Once a month.

04:43PM 16  Q.  I'm sorry about that.

04:43PM 17      For what price?

04:43PM 18  A.  I believe it was around 3,700.

04:43PM 19  Q.  Per pound?

04:43PM 20  A.  Correct.

04:43PM 21  Q.  And what were you turning it around and selling it for?

04:43PM 22  A.  Anywhere between 4- to 42-.

04:43PM 23  Q.  What would the -- what accounts for the variance in your

04:43PM 24  pricing, the 4,000 to 4,200 per month?

04:43PM 25  A.  It depends on how much someone is taking, and what

04:43PM    1    they're willing to pay.

04:43PM    2    Q.  Were you supplying it to a large number of your

04:43PM    3    distributors, people working with you?

04:44PM    4    A.  Yes.

04:44PM    5    Q.  How were you -- what was the transportation method of

04:44PM    6    acquiring the marijuana in this 2008 timeframe from Mark

04:44PM    7    Kagan?

04:44PM    8    A.  He would drive it from me -- drive it to me from New York

04:44PM    9    City.

04:44PM   10    Q.  So did you know exactly when he was leaving and exactly

04:44PM   11    when he should arrive?

04:44PM   12    A.  Correct.

04:44PM   13    Q.  Where would you meet Mark Kagan?

04:44PM   14    A.  He would usually come right to my house.

04:44PM   15    Q.  At that time, you were at 125 Huntington Court?

04:44PM   16    A.  Correct.

04:44PM   17    Q.  After you got it in town, what did you need to do to get

04:44PM   18    it ready for sale?

04:44PM   19    A.  Usually just sold it.  Or if it -- if there was --

04:44PM   20    sometimes when you get it, it's over maybe a quarter ounce or

04:44PM   21    an ounce over, so I would take it out because that's extra

04:44PM   22    money.

04:44PM   23    Q.  So for every pound he brought you, would you reweigh

04:44PM   24    it --

04:44PM   25    A.  Yes.

04:44PM 1    Q.  -- to see what actually it was?

04:45PM 2    A.  Yes.

04:45PM 3    Q.  Why would you do that?

04:45PM 4    A.  Well, you know, to make sure it was on or if it was over,

04:45PM 5    to take the overage out so I can make more money.

04:45PM 6    Q.  What do you mean by that?  Explain that for the jury.

04:45PM 7    A.  Say you have 50 pounds and then it's 50 ounces.

04:45PM 8    That's -- what's that?  Roughly an extra, like, maybe 3 or 4

04:45PM 9    pounds.  And at almost $4,000 a pound, that's an extra

04:45PM 10   $12,000 each time.

04:45PM 11   Q.  So you would take -- if -- if there was a certain pound

04:45PM 12   that was over by a little bit, you would take that out?

04:45PM 13   A.  Yes.

04:45PM 14   Q.  And you would go through all the different pounds and do

04:45PM 15   that?

04:45PM 16   A.  Correct.

04:45PM 17   Q.  And then see how much more you got?

04:45PM 18   A.  Correct.

04:45PM 19   Q.  Would you package that up in its own packaging?

04:45PM 20   A.  Yes.

04:45PM 21   Q.  And then sell it?

04:45PM 22   A.  Correct.

04:45PM 23   Q.  Did you apply that level of detail to every shipment?

04:45PM 24   A.  Yes.

04:45PM 25   Q.  Would you have people that helped you get it ready for

04:45PM   1    sale?

04:45PM   2    A.   Yes.

04:45PM   3    Q.   Who were some of those people?

04:45PM   4    A.   Mark Falzone, Matt LoTempio, Jacob Martinez, Anthony

04:45PM   5    Greco?

04:46PM   6    Q.   When you were selling it to people for distribution, were

04:46PM   7    you fronting it?  Or were you making people pay you up front?

04:46PM   8    A.   On the most part, I was fronting it.  Some people paid

04:46PM   9    cash.

04:46PM   10   Q.   Did you have a recurring network of customers?

04:46PM   11   A.   Yes.

04:46PM   12   Q.   Were your customers people who were smoking it or

04:46PM   13   reselling it?

04:46PM   14   A.   Reselling it.

04:46PM   15   Q.   As you're dealing with Kagan getting this 50 pounds in

04:46PM   16   per month, you still have your own grows on and you're still

04:46PM   17   in grows with Masecchia?

04:46PM   18   A.   Yes.

04:46PM   19   Q.   During that timeframe, would -- when Masecchia wanted

04:46PM   20   more marijuana to distribute, if that circumstance arose,

04:46PM   21   would you supply him?

04:46PM   22   A.   Yes.

04:46PM   23   Q.   How did you and Kagan communicate and coordinate these

04:47PM   24   drop-offs?

04:47PM   25   A.   Through prepaid cell phones, called burner phones.

04:47PM    1    Q.  Why did you use prepaid cell phones?

04:47PM    2    A.  Because it's non traceable.

04:47PM    3    Q.  In other words, if someone's looking into that phone

04:47PM    4    number, it doesn't have your name associated with it?

04:47PM    5    A.  Correct.

04:47PM    6    Q.  Okay.  Approximately how long did Mark Kagan supply you

04:47PM    7    in the manner you've just described?

04:47PM    8    A.  Probably until 2011.

04:47PM    9    Q.  And were you consistently looking for additional and

04:47PM   10    alternate suppliers?

04:47PM   11    A.  Yes.

04:47PM   12    Q.  Was it your idea that the more product you could bring

04:47PM   13    in, the more product you could move?

04:47PM   14    A.  Yes.

04:48PM   15    Q.  Did those sources of supply and the grows that we've just

04:48PM   16    discussed, Mark Kagan, did that continue in 2009?

04:48PM   17    A.  Yes.

04:48PM   18    Q.  Did your operations with Masecchia continue in 2009?

04:48PM   19    A.  Yes.

04:48PM   20    Q.  So we've just gone through two years, roughly, right,

04:48PM   21    2008 and 2009.  Based upon what you were paying and

04:48PM   22    distributing in the different indoor grow at Suppa's house

04:48PM   23    that you had going on, what would you estimate Masecchia's

04:48PM   24    yearly share of the proceeds were from your drug operations

04:48PM   25    each year, 2008 and 2009?

04:48PM 1 A. Say at least 100- or $150,000.

04:48PM 2 Q. Per year?

04:48PM 3 A. Yes.

04:48PM 4 Q. Now, from that point in time in your operations with

04:48PM 5 Masecchia, so '08, '09, you just estimated 100- to $150,000,

04:49PM 6 from there, did his profits increase over time working with

04:49PM 7 you?

04:49PM 8 A. Yes.

04:49PM 9 Q. Did your profits increase?

04:49PM 10 A. Yes.

04:49PM 11 Q. Did you guys have a good working relationship?

04:49PM 12 A. We did.

04:49PM 13 Q. Did you ever get in any big blowouts or fights?

04:49PM 14 A. No.

04:49PM 15 Q. If you know, was Masecchia able to purchase property out

04:49PM 16 of state?

04:49PM 17 A. I believe he purchased a condo in Florida.

04:49PM 18 Q. Do you know whether he put it in his name or his parents'

04:49PM 19 name?

04:49PM 20 A. That, I'm not sure.

04:49PM 21 Q. Now, after a little while, those -- those sort of first

04:50PM 22 two years we just talked about, did there come a point in

04:50PM 23 time -- well, withdrawn.

04:50PM 24     You did not grow up with Joseph Bongiovanni; is that

04:50PM 25 right?

04:50PM    1    A.  No.

04:50PM    2    Q.  As you started making money, were -- were your operations

04:50PM    3    getting larger?

04:50PM    4    A.  Yes.

04:50PM    5    Q.  Did there come a point in time where you had a discussion

04:50PM    6    with Masecchia about making monetary payments to Bongiovanni

04:50PM    7    through Mike Masecchia?

04:50PM    8    A.  Yes.

04:50PM    9    Q.  Where did you first have that conversation with

04:50PM   10    Masecchia?

04:50PM   11    A.  It was at my house, in my garage at 125 Huntington Court.

04:50PM   12    Q.  Were you two the only ones there?

04:50PM   13    A.  Yes.

04:50PM   14    Q.  How did that conversation first come up?

04:50PM   15    A.  He just said how that Joe's willing to give information

04:51PM   16    for money, to look out for us and make sure we're not under

04:51PM   17    investigation and let us know about potential people

04:51PM   18    cooperating against us.

04:51PM   19    Q.  By that point in time, had some friends of yours or some

04:51PM   20    people you know gotten caught up in a federal, like, roundup?

04:51PM   21    A.  Yes.

04:51PM   22    Q.  Who were some of the people you knew had been caught up

04:51PM   23    in a federal roundup?

04:51PM   24    A.  Dave Gambino and Sam Vacanti.

04:51PM   25    Q.  Now, that name Sam Vacanti, is he related to that Mario

04:51PM   1    Vacanti who was -- who you mentioned earlier was ultimately

04:51PM   2    moving marijuana with you?

04:51PM   3    A.   Yes, that's his brother.

04:52PM   4    Q.   Okay.  Can you, in as much detail as you can, and I'll

04:52PM   5    ask some followups, describe for this jury that conversation

04:52PM   6    with Masecchia in your garage, please.

04:52PM   7         As much of it as you can remember, and then I'll follow

04:52PM   8    up.

04:52PM   9    A.   He said that for 2,000 a month, that Joe would make sure

04:52PM  10    that we weren't being under investigation, check phones, and

04:52PM  11    let us know about any possible informants.

04:52PM  12         And then I asked him to ask about how -- because I'm sure

04:52PM  13    there was, like, tons of informants.  So, like, how would he

04:52PM  14    be able to cover it all?

04:52PM  15         And Mike said that he would ask him, but he never got

04:52PM  16    back to me on that though.

04:52PM  17    Q.   At that point, you didn't get an explanation as to how he

04:52PM  18    would be able to do it?

04:52PM  19    A.   Well, about the informants?  No.  Just that he could tell

04:52PM  20    by going on the computer or something.

04:53PM  21    Q.   Did Masecchia come back and explain to you how the

04:53PM  22    defendant would check phones?

04:53PM  23    A.   He said we would run it through some system or something.

04:53PM  24    Q.   Did you -- did you -- what was your understanding of what

04:53PM  25    Masecchia meant when he said check phones?

04:53PM 1  A.  See if they were tapped.

04:53PM 2  Q.  Now, even though you used burner phones, did you have a

04:53PM 3  main cell phone that you kept?

04:53PM 4  A.  Yes.

04:53PM 5  Q.  Did you want to make sure that phone was not being

04:53PM 6  tapped?

04:53PM 7  A.  Yes.

04:53PM 8  Q.  At that point, did Masecchia tell you anything about how

04:53PM 9  frequently the $2,000 would -- would be paid?

04:53PM 10  A.  Monthly.

04:53PM 11  Q.  At that point, did Masecchia explain to you or tell you

04:53PM 12  how the information would be reported from Bongiovanni back

04:54PM 13  to you?

04:54PM 14  A.  Well, usually Lou -- Lou was good friends with him and

04:54PM 15  around him all the time, so that information would flow

04:54PM 16  through Lou.

04:54PM 17  Q.  Did you agree to this arrangement?

04:54PM 18  A.  Yes.

04:54PM 19  Q.  Did you complain about having to pay?

04:54PM 20  A.  No.

04:54PM 21  Q.  Did it seem like a good deal to you?

04:54PM 22  A.  It did.

04:54PM 23  Q.  Was $2,000 a month a lot of money for -- for -- for you

04:54PM 24  at that time?

04:54PM 25  A.  No.

04:54PM 1  Q. Who came up with the price per month as far as you

04:54PM 2  understand it?

04:54PM 3  A. I don't know if Joe came up with it or Mike, but Mike is

04:54PM 4  the one that presented it to me, so I don't know.

04:54PM 5  Q. Did Mike explain to you who would -- who would actually

04:55PM 6  meet with Joseph Bongiovanni and pay him?

04:55PM 7  A. No.

04:55PM 8  Q. Did you know who you would hand the money to?

04:55PM 9  A. Yes. Mike Masecchia.

04:55PM 10 Q. At that point, did you think formalizing or having the

04:55PM 11 defendant on formal payroll was good for business?

04:55PM 12 A. Yes.

04:55PM 13 Q. Why?

04:55PM 14 A. To avoid arrest.

04:55PM 15 Q. If he was providing information to Masecchia before, as

04:55PM 16 you explained, why pay him?

04:55PM 17 A. That, I don't know.

04:55PM 18 Q. Do you know who came up with it?

04:55PM 19 A. That, I don't know.

04:55PM 20 Q. Did you feel as though if you were paying the defendant,

04:56PM 21 he was more committed to the arrangement?

04:56PM 22 A. Yes.

04:56PM 23 Q. Was that a comforting feeling for you?

04:56PM 24 A. Yes.

04:56PM 25 Q. Is that how it started?

04:56PM 1    A.  Yes.

04:56PM 2          **MR. TRIPI:**  Is this a good breaking point for the

04:56PM 3    day, Judge?

04:56PM 4          **THE COURT:**  Sure.

04:56PM 5          So, folks, we will break for the day.

04:56PM 6          Remember my instructions.  Don't use tools of

04:56PM 7    technology for any reason at all, either to learn about the

04:56PM 8    case or communicate about the case.  If the case finds its way

04:56PM 9    to TV or radio or newspapers or the internet, don't watch or

04:56PM 10   read or listen to any of it.

04:56PM 11         Don't communicate about the case in any way

04:56PM 12   whatsoever with anyone, including each other.  And don't make

04:56PM 13   up your mind until you start deliberating.

04:56PM 14         We'll see you tomorrow morning at 9:30.  Again, we're

04:56PM 15   down Wednesday and Thursday, and then back Friday at 9:30.

04:57PM 16         Drive carefully.  Get a good night's sleep.  See you

04:57PM 17   tomorrow morning.

04:57PM 18         (Jury excused at 4:57 p.m.)

04:57PM 19         **THE COURT:**  Okay.  Anything before we break from the

04:57PM 20   government?

04:57PM 21         **MR. COOPER:**  Yes, Judge, but I think maybe it's best

04:57PM 22   practice just to excuse the witness and --

04:57PM 23         **THE COURT:**  Sure.

04:57PM 24         Mr. Serio, you can -- you can leave.  Thank you.

04:57PM 25         **MR. COOPER:**  Thanks, Judge.

04:57PM 1          **MR. TRIPI:**  Mr. Serio, don't talk to anybody about

04:57PM 2    your testimony.

04:57PM 3          **THE COURT:**  Thank you, Mr. Tripi.

04:57PM 4          **MR. TRIPI:**  You're welcome.

5          (Witness excused at 4:58 p.m.)

6          (Excerpt concluded at 4:58 p.m.)

7              *     *     *     *     *     *     *

8

9

10

11

12              **CERTIFICATE OF REPORTER**

13

14              In accordance with 28, U.S.C., 753(b), I

15    certify that these original notes are a true and correct

16    record of proceedings in the United States District Court for

17    the Western District of New York on September 16, 2024.

18

19                    s/ Ann M. Sawyer
                      Ann M. Sawyer, FCRR, RPR, CRR
20                    Official Court Reporter
                      U.S.D.C., W.D.N.Y.

21

22

23

24

25

1

2                    **TRANSCRIPT INDEX**

3      **EXCERPT - EXAMINATION OF RONALD SERIO - DAY 1**

4                   **SEPTEMBER 16, 2024**

5

6

7   **W I T N E S S**                              **P A G E**

8   **R O N A L D   S E R I O**                        2

9       DIRECT EXAMINATION BY MR. TRIPI:             2

10

11

12  **E X H I B I T S**                             **P A G E**

13   GOV Exhibits 51A-1 through 51A-6                64

14   GOV Exhibits 296A and 296B                      68

15

16

17

18

19

20

21

22

23

24

25