UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                Case No. 19-CR-227-1-LJV

JOSPEPH BONGIOVANNI,

        Defendants.

---

## NOTICE OF MOTION

| | |
|---|---|
| **Moving Party**: | Defendant Joseph Bongiovanni |
| **Date and Time**: | July 15, 2025 at 9:30 a.m. |
| **Place**: | Hon. Lawrence J. Vilardo<br>U.S. Courthouse<br>2 Niagara Square<br>Buffalo, New York 14202 |
| **Supporting Papers**: | Memorandum of Law, dated June 28, 2025, and Exhibit A (Filled Under Seal) |
| **Relief Requested**: | An Order: 1) Granting defendants' Motion for Further Inquiry into Allegations of Juror Misconduct in Trial #1; and, 2) Granting defendant's Motion to Seal the Accompanying Memorandum of Law as it discusses the contents of a Previously Sealed Document (ECF 1568). |

Dated: June 28, 2025
       Williamsville, New York

                                              **SINGER LEGAL PLLC**

                                              *Attorneys for Defendant Joseph Bongiovanni*

                                              By:    s/ Robert C. Singer, Esq.
                                                      Robert C. Singer, Esq.
                                              80 E Spring Street
                                              Williamsville, New York 14221
                                              (716) 222-3288
                                              rob@singerlegalpllc.com

**TO:** **United States Attorney's Office**
**for the Western District of New York**
*Counsel for Plaintiff United States of America*
Joseph Tripi, Esq.
Nicholas Cooper, Esq.
Casey Chalbeck, Esq.
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700