

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

---

*Federal Center*  *716/843-5700*
*138 Delaware Avenue*  *fax 716/551-3052*
*Buffalo, New York 14202*  *Writer's Telephone: 716/843-5839*
*Writer's fax: 716/551-3250*
*Joseph.Tripi@usdoj.gov*

December 8, 2025

Honorable Lawrence J. Vilardo
United States District Court Judge
2 Niagara Square
Buffalo, New York 14202

RE: **United States v. Joseph Bongiovanni, 19-CR-227-LJV;**
**Advisory Regarding Sentencing Memorandum (ECF No. 1650)**

Dear Judge Vilardo:

On December 5, 2025, the government filed a sealed version of its sentencing memorandum in this case, along with a redacted public version. *See* ECF No. 1650. I am writing to advise the Court of a typographical error on page 8, footnote 4, which should be corrected because the typographical error changes the intended meaning of the sentence. Presently, footnote 4 reads as follows:

> [4] *See* Gov. Exs. 8B, 8C, 8D, 8E, 8F, 8G, 8H, 8K. Exhibits 8B and 8C were the reports underlying counts 6 and 7 of conviction. While the other reports were introduced as relevant proof at trial and were incorporated by reference into the reports underlying counts 6 and 7, they were not individually substantively charged due to the applicable statute of limitations. Thus, only two of the false DEA 6 reports the defendant authored and created in C2-13-0026 are not specifically accounted for by the guidelines.

However, the word "<u>not</u>" in the last sentence of footnote 4 was written in error and should be deleted. Footnote 4 should correctly read as follows:

> [4] *See* Gov. Exs. 8B, 8C, 8D, 8E, 8F, 8G, 8H, 8K. Exhibits 8B and 8C were the reports underlying counts 6 and 7 of conviction. While the other reports were introduced as relevant proof at trial and were incorporated by reference into the reports underlying counts 6 and 7, they were not individually substantively charged due to the applicable statute of limitations. Thus, only two of the false DEA 6 reports the defendant authored and created in C2-13-0026 are specifically accounted for by the guidelines.

I apologize for any inconvenience and thank you for your attention to this matter.

Very respectfully,

MICHAEL DIGIACOMO
United States Attorney


BY: S/JOSEPH M. TRIPI
Assistant United States Attorney