The Honorable Judge Lawrence J. Vilardo

U.S District Court

Western District of New York

2 Niagara Square

Buffalo, NY 14202

January 5, 2026

My name is Lindsay Bongiovanni. I am the wife of Joseph Bongiovanni. We have been together for over 16 years and married for over 10 of those years. I have a son from a previous relationship, Matthew. The three of us have lived together since 2010. I have seen Joe in the most intimate and personal situations and settings. I have watched this man with a careful eye and the way he interacts with myself, family, friends and strangers. I am an incredibly proud wife of the man I married. Joe is loyal, honest, selfless, empathetic, and completely devoted to our family with love beyond measure. Joe is a deeply committed husband, father, son and brother. Joe's commitment to family is one of the qualities I noticed and admired most about him early on in our relationship. Since the day we started dating we have practically spent all our time off work together, experiencing new things together, and spending time with our family and relatives.

This is a difficult letter for me to write. As you can imagine, I do not agree with the jury's verdict. My husband is innocent—and I will always believe in his innocence. Therefore, writing a letter to you about why my husband should not go to jail is surreal. This entire case has been surreal. Nonetheless, I will do my best not to argue over the merits of this case and instead, provide some insight into who Joe is and the profound impact this case has caused. I think it is crucial that you hear about Joe from the people, like me, who know Joe the best and who are not scared of what will happen to them if they speak up and the government disagrees. Too many people who know Joe well have been silenced in this case. You will never hear from them because they are scared. Please take that into account when you fashion a sentence in this case. As you will learn from people who speak up, that Joe Bongiovanni is an exceptional man.

My husband is selfless and supportive. Months prior to Joe and I dating, I had left the mortgage industry on the tail end of the subprime mortgage crisis. I was at an impasse as to what area of employment to pursue next. I discussed going back to school and was

DEFENSE EXHIBIT
A.1
19-CR-227-1-LJV

DE A.1 - Page 1 of 40

contemplating getting into healthcare as I had previously enjoyed employment as a nurse's aide. I struggled with my studies in the past because working full-time as a single mother with limited childcare options got in the way of finishing a college degree. Joe listened closely when I talked about going back to school and he was encouraging and supportive, offering advice where I lacked confidence. He has always had a way of believing in people even when you do not believe in yourself. I enrolled in a nursing program in 2009 and later completed my nursing degree in 2012. There was no one prouder than Joe the day I walked across the stage at graduation. Joe helped me study, he would quiz me with shoeboxes full of flashcards I made even though he could barely pronounce half of the medical terms on them. Joe was so patient and willing to help me wherever he could. He listened while I read my papers to him, encouraged me to apply for scholarships, and gave up the enjoyment of time off work to be there for me. When most people were enjoying their summer evenings and weekends off work, I enrolled in classes during this time to reduce the workload for my upcoming semesters. Joe would drop me off at school during my summer classes and use the time I was there to visit his parents and daughter Chelsea with my son Matthew. Joe never complained or grumbled about taking on so much responsibility or shifting his entire routine to help me succeed.

Shortly after graduating and passing my nursing boards, I accepted a position as a critical care nurse, which meant Joe and I would work opposite shifts to balance our home life. At that time, I worked 13 hours shifts overnight, while Joe worked primarily day shifts, so my son always had someone home with him. Joe helped with Matthew's homework, putting him to bed and getting him up for school in the morning. Joe used his lunch breaks at work to drive home and let our dog out so I could sleep uninterrupted between my shifts. We would sit down for dinner together as a family and off I would go back to work. This was our routine and how we lived our lives for years. When we had the same time off work it was time treasured, and we made sure we spent that time together.

Between working, taking care of our family and his responsibilities at home, Joe would soon become the primary caretaker for his parents. Joe's mother, who you met at the first trial, could not drive due to extensive disabilities, and relied on Joe's father to get her to from her appointments. Joe's father became ill with congestive heart failure and end stage renal disease that eventually led to dialysis treatments 3 days a week. Trying to coordinate his parents' insurmountable number of doctor appointments, inpatient hospitalizations, surgeries, unforeseen emergency room trips and making sure there was always someone readily available fell on Joe and his sister Marla. These were especially trying time for Joe and Marla because they were both working full-time and Marla lived father away in the South towns. Still, Joe continued managing all the stress of sick parents and extra responsibility barely taking time off work. That is what you do for the people you love, and

2

that is just how he saw it. Later that same year in 2013, we'd look for and purchase our first house together. We worked hard together to make this house feel like a home, which made it possible for Joe's parents to move into our old home to be closer to us alleviating some of the stress knowing they were only 5 minutes away. In early 2015, we got married and had a small wedding in Cabo San Lucas, MX with close friends and family.

Joe never faltered in his support for family and friends no matter what he had going on in his own life. When Joe's then friend Louie Selva showed interest in becoming a Sheriffs Deputy, again my husband was there with words of encouragement and support. Knowing this would be a difficult career for someone Louie's age (and after having heart surgery), but it was something Louie was enthusiastic about. Joe knew that the job schedule, the forced overtime, and its duties were demanding, having been a Sheriffs Deputy himself, but Joe still was supportive of a friend. Joe has always been a dependable person, the kind of person pleased to lend a helping hand to someone trying to better themselves. Louie, having failed his first physical fitness test for the Sheriffs and feeling defeated, turned to Joe for advice. It was Joe who encouraged Louie not to give up, offering to help him get in shape and prepare to take the test again. When Louie finally passed the physical, he asked Joe to be a reference for his Sheriff Deputy application, and Joe was happy to do so. As a kind and thoughtful gesture, Joe even scoured through our attic and dug out his very own Sherrif's jacket, stored away for close to 20 years and had it dry-cleaned to give to Louie. Joe was a proud friend and attended Louie's graduation in support. It is inconceivable that someone like Louie, who leaned on my husband for worldly advice and support during every time of need, in hindsight was really leveraging Joe's friendship, kind nature, and support behind his back for his own dishonest gain. It is devastating that something as tragic as this case and trial against my husband had to happen to reveal Louie Selva's true character and intentions.

Despite Joe working a high-pressure job in law enforcement as a DEA agent, I rarely saw him bring the stressors that came with this kind of job into our home. Always friendly, upbeat, and easy-going. Joe did his best to make sure he was doing his part in the world. Having an "it could always be worse" outlook on life comes from Joe's humble upbringing, life experiences, and encounters on duty. A man that could easily be jaded by the perils of his on-duty experiences instead is this kind, well-rounded individual who treats everyone he meets with respect. Joe received recognition for many cases he worked extremely hard on throughout is 20-year career with the DEA. My husband was recognized locally and nationally for heroism for selflessly running into a burning building to save strangers. Joe helped investigate and secure a conviction in the first death-by-fentanyl case in the WDNY. These are accomplishments I am so proud of him for. Joe never went out of his way to point

3

out his accolades; instead, he continued modestly in his course of duties in law enforcement and his personal life working on whatever difference he could make next.

Joe's kind nature and selflessness were a blessing to us, but also a curse for Joe. My husband placed a lot of trust in his friends and colleagues. He was willing to give them the benefit of the doubt. Joe also is not a confrontational person by nature, so he was not the type of person to question them. If a boss at the DEA told Joe to do something, he did it. Joe followed directives. He did not question his superior's motives. He did not write "memos to a file" or write and email to himself to document his conversations with DEA superiors to cover himself on the off chance something bad would transpire later on. Joe trusted his superiors and colleagues to do the right thing. John Flickinger was an exception, but every other superior and colleague at the DEA folded under the pressure put on them by the government. These superiors and colleagues deliberately chose to save themselves rather than stand on principle and speak the truth. Some even used this investigation against Joe to promote themselves. If Joe could have predicted something like this could happen, he would have done a lot more to protect himself while an employee at the DEA. I would have encouraged him to do that. Now, it is too late to do that. The way Joe's closest allies deserted him and turned their backs on him is one of the most difficult parts for us both to process. My husband would never stand by watching an innocent person's life getting torn to shreds by fabrications he knew to be untrue. Joe is the kind of man that would stand up for that person's truth and what is right, regardless of government repercussions.

This case has damaged Joe and our family. It all started in 2018, when Joe's colleague Tony Casullo made a retaliatory accusation that Joe was a racist, completely catching Joe off guard. It bothered Joe, he worked side by side with people of all ethnic backgrounds and valued the relationships with all of them. Tony Casullo's behavior on arrest warrants concerned Joe time after time, these concerns were brought to the attention of Joe's group supervisor. Tony repeatedly did things that made Joe question not only his own safety but the safety of other agents. To give some examples, Joe was arresting a larger individual who was putting up a struggle when a fentanyl bag belonging to this arrestee broke open and became airborne. Tony was with Joe that day and sat in his government issued vehicle watching the whole struggle go down, any other agent in Joe's office would have come to his assistance to make sure a fellow colleague didn't get injured. Another time, Joe and other agents were executing a search warrant and Joe found Tony hiding in a closet while the others cleared the property watching out for each other's safety. Yet another instance, while Joe served as a spotter in a surveillance helicopter, Joe observed Tony failing to respond to an arrest signal arriving only after, everyone was already on the scene. Joe didn't report this to his supervisor right away like he should have but he did let Tony know his concerns, when this behavior did not change and only worsened

that's when Joe reported it to his group supervisor. Joe had to work on the same floor as Tony. The retaliation did not stop at Tony accusing Joe of being a racist, he started digging around Joe's cases, running targets from Joe's cases in deconfliction databases so that Joe's computer would alert him all day long, all in effort to agitate and create a state if suspicion around Joe. Joe reported this harassment to his group supervisor. When it did not stop, Joe asked to be transferred to another group on a different floor away from Tony Casullo to avoid conflict, his request was denied by the ASAC. This was the first time in all the years I have been with my husband during his career in the DEA, that he brought to my attention an internal conflict he was grappling with that involved another DEA employee. This was the first time I ever seen Joe, unable to manage the stress of work combined with the difficulties of his personal life, which at the same time included taking care of his parents and their failing health. Joe chose his family obligations over work and put his retirement papers in. A few short months later in April of 2019, Joe, my son Matthew, and I were coming back from a family vacation meant to unwind and heal from a death in our family after my son unexpectedly lost his father. We were escorted through the airport to a secondary location where our phones were taken from us and searched out of our presence for over 45 minutes. In June 2019, our home was raided by law enforcement, disrupting our quiet neighborhood and frightening everyone. All these agents had to do was knock on our door with their warrant and Joe and I would have abided. There was no need to use flash grenades and assault-rifled law enforcement personnel on a retired law enforcement agents family home. Imagine a 15-year-old boy, my sons age at the time, awoken by an assault rifle in their face and then going to school after that kind of experience.

In November 2019, our unpretentious lives we were so content with would change forever when Joe was criminally indicted. My husband came under attack, accused of abhorrent crimes he never dreamt of committing in his worst nightmare. From then on, Joe was persecuted by the media with quotes and fabricated stories told by the prosecution team of a man they would portray to the community as a criminal and rogue agent associated with organized crimes and taking bribes—Everything but the person Joe really is. Repeatedly, he was the subject in these stories with each one more outlandish than the one before. Joe hired an attorney who then regrettably admitted the then acting US Attorney of this district JP Kennedy gave him an ultimatum; withdraw from representing Joe or face accusations his lawyer strongly denied, that were made by a government witness associated with this case. Months after getting indicted, the government would finally succeed at removing this experienced trial attorney hiding the truth behind his sudden withdrawal. Joe quickly tried to find replacement counsel, finding out there were conflicts with so many other defense lawyers along the way.

5

Again, Joe privately hired a new attorney that would then fight for discovery to try and understand Joe's charges and case, meeting resistance repeatedly from the prosecution team. Joe continued fighting his innocence while his lawyer tried to review boatloads of duplicate, heavily redacted discovery unable to make sense of any of it. This confusion was intentional. This went on for years, motion after motion, court appearance after court appearance, delay after delay, while the government used this time to build the case they should have had before indicting Joe. The government would interview people, most of which were complete strangers Joe never met or heard of in his entire life, willing to lie and support the government's theory of what occurred if it meant they could distance themselves from their own criminality and get the government off their backs. Many of these people would have subsequent interviews with the government till their version of events resembled exactly what the government wanted the facts to be. The prosecutor would argue, yell, and borderline bully Joe's defense lawyer and magistrate judge to continue to hide behind protective orders and the proverbial "ongoing investigation" excuse to stifle Joe's defense preparation. I witnessed this go on with my own eyes inside the federal court building repeatedly. Joe would have his first superseding indictment follow this convoluting case further bogging down his time to go to trial and then a second superseding indictment came. The government would threaten and even raid Joe's fellow law enforcement partners home in the meantime. The government sent target letters to critical potential witnesses Joe worked with that could help his defense and had firsthand knowledge to dispel the accusations against him. Federal agents would fly air surveillance over our house while we sat in our backyard with our dog and relentlessly surveil both him and I wherever we went. We even caught Joe's former colleague Tony Casullo sitting in his government vehicle on Joe's parents' street while we were checking in on them. The government used these tactics to intimidate us (and others) to manufacture evidence (when it purely did not exist).

I watched as Joe grew impatient wanting to get to trial, eager to prove his innocence while the government continued to abuse their power to prevent him from defending himself. Over and over, both Joe and I asked his lawyers how and why this was taking so long. Joe would learn the government placed him on a transnational organized crime list for TSA to take our phones earlier on in the airport of April 2019. Joe would have an evidentiary hearing where the government would lie and say we unlocked our phones for this to happen amongst a variety of other questionable circumstances infringing on Joe's civil liberties.

During all of this, Joe was diagnosed with melanoma cancer. This diagnosis compounded the stress Joe and our family fell under. The following year Joe's dad became hospitalized and sadly succumbed to the illnesses Joe tried so hard to help him with

through the years. It was heartbreaking watching Joe blame himself for being unable to bring his dad home to care for him in his final days. Unable to honor his father's wishes of dying at home with family by his side, because an ankle monitor and curfew restricted Joe's ability to care for him. Joe's second lawyer would then become ill with his own health issues and ask to withdraw in the 11th hour before Joe could expect to finally get to trial. Joe would then be back at square one again with no attorney. After having spent as much as we could afford on private counsel and never even getting to the core of Joe's defense—Joe's two new court appointed lawyers would then join this case and try and unravel the government's discovery to prepare for trial, try to understand what pretrial motions still needed to be submitted, which have been decided, and which were still pending against a clock that finally felt like it began ticking. That clock would stop again while the government once again bogged down this case from going to trial, this time, making accusations against the lawyer representing his codefendant. Until Your Honor finally granted severance—only because the government knew there was a serious risk to Joe's speedy trial rights—Joe would have never gotten to trial. I have lived and walked this nightmare beside Joe every day, going to court every appearance I could for the **years** that this case lasted, knowing without question my husband is innocent.

      Since 2024, my husband has spent every day under house arrest. Before that, he spent years on an ankle monitor restricting him to Erie and Niagara counties with a strict curfew. I am sure that some people think this is not a hardship, but I am sure that none of these people have ever sat down and thought about how restrictive house arrest truly is. Joe cannot leave our home unless he gets permission from probation ahead of time. Permission is only granted for medical appointments and to go to the post office once a month to pay for his ankle monitor. This means that Joe cannot walk out of the door and even go outside for a few minutes. We have a golden retriever (Buddy) who is older and no longer mobile like he once was. We live in a split-level home, so our dog cannot walk outside by himself anymore and go to the bathroom. Under house arrest, Joe cannot even bring our dog into our backyard to use the bathroom. He must open the door to the patio and hope our dog can crawl back to the doorway. My husband cannot go out in the sun in the summertime. He cannot mow our lawn. He cannot get the mail from our mailbox. He cannot shovel snow from our driveway and sidewalk. He cannot walk or run outside to exercise. He cannot go to church. He cannot drive to his elderly mother's house and care for her. He cannot jump in the car and respond to a family emergency, He cannot go to his rental property to maintain the property and respond to tenants' needs. He cannot go to the bank. He cannot accompany me to doctors appointments. He cannot go to the grocery store and shop for food. To put things into perspective, over the last year and half my

husband has left the house 20 times to go to court and to doctors' appointments. Every other minute he has spent inside our house.

This is not easy. We do not live in a mansion. We do not have a fancy home gym like the government tried to portray during the trial. All the pictures displayed at trial that were taken during the raid of our home to not tell a full story. The treadmill and rowing machine are broken. Replacing them is not a cost we can absorb right now. My son Matthew is a young adult with a full-time job. I work 12.5-hour nursing shifts several days a week. Our family members also work. Joe's few friends cannot visit or call Joe all the time. As a result, Joe spends most of his time alone in silence. To kill time, my husband constructs and paints model cars and boats in the basement, because he has nothing else to do.

It is heartbreaking to witness this. I married a man who was always happy, physically fit, and social. Nowadays, Joe stresses about what the future holds for himself and for us. I have watched his weight go up and down. I have seen him grow pale from constantly being indoors. He and I have grown reclusive. We don't socialize with friends. We only see our close family, but that is only now and then. We barely speak to people on the phone. We trust no one. God only knows how many years this existence has taken off my husband's life. So, when someone thinks my husband is "catching a break" by being on house arrest, they have absolutely no idea what they are talking about. And that has been last 16 months of my husband's life. He suffers every day, most of the time alone in silence. I would not wish that on my worst enemy.

To try and put into words the pain Joe and our entire family have had to endure over this time, it is indescribable your Honor. I have always believed in the justice system; I have always had the utmost respect for law enforcement and the law, which is how I was raised. Never could I have imagined that aside from clear and convincing direct evidence, our system could convict an innocent person of crimes based wholly on the false testimony of government witnesses and manipulated stories to fit a theory, let alone someone who dedicated their life to law enforcement and holding the law in the highest regard. I am blind to have believed in a system as I bear witness to what real government abuse looks like at the expense of someone I love, and I pray that it all becomes known one day. My husband walked into both his trials with the understanding as a law enforcement agent with over a hundred criminal investigations in his career that there was no way he could be convicted of crimes he did not commit. I know with every fiber of my being that man I married and know best, handled his cases during his career making sure they were built on solid foundations to ensure justice was upheld. Joe puts his **ALL** into everything he does. Joe is a good man; he has integrity and has always upheld the law. Joe would never let the pursuit of a conviction overshadow the truth, in the ways that have happened to him in his case.

DE A.1 - Page 8 of 40

The only truth that prevailed in this case is that my husband saw the good in someone that never deserved it, a best friend he was incapable of knowing the depths of dishonesty behind a disguise. He learned that people can quickly shy away from accountability during adversity and with the burden of the federal government on their shoulders, say anything if it absolves themselves. I wonder, Does the oath witnesses take before testifying mean anything anymore?

Nothing about Joe's case has ever made sense and the speculation from day one has been astounding. My husband would never jeopardize his reputation and all that he stands and believes in, his livelihood or that of his family for **Anyone Ever**! He certainly would not subject himself or his loved ones to this kind of pain for 7 years fighting his innocence if there was something he could do to put an end to it all. Joe was brought up by two loving parents, Maria and Fred who taught the values and morals of hard honest work, integrity, loyalty, kindness, standing up for what is right and always staying true to yourself. Those values and morals are ingrained in Joe's soul, they don't turn on and off, they are reflective in the way he is a father, the husband he is, the son he is, the brother he is, and the way he has worked throughout his life in public service. The strength he has shown through this prolonged nightmare, designed to break him emotionally, spiritually and financially is — remarkable.

I realize you have an important job to do Your Honor, and I hope and pray you can take the evidence heard before you and look carefully when deciding the fate of my husband. There is more to this than what meets the eye. An innocent person should not be collateral damage for someone else's mistakes and used as a politically sensationalized pawn. Thank you for your time and consideration in allowing me to give you first-hand knowledge of the real Joe I know and love so much.


Respectfully,

Lindsay Bongiovanni

*Lindsay Bongiovanni*

# LISA VLAHOS

███████████████ Burlington, ON. ████████

April 20, 2025

To the Honourable Judge Lawrence Vilardo,

My name is Lisa Bongiovanni Vlahos, and I am eldest sister in the Bongiovanni Family. Joseph Bongiovanni is my brother, and I have a younger sister, Marla. We are the children to Maria and Fredick Bongiovanni of Buffalo New York.

I am writing this letter to share my thoughts as character reference regarding my brother Joseph Bongiovanni.

Growing up in a family of five, I had a special relationship with my brother. My brother is the oldest sibling. As a child, my brother always made my sister and I feel protected. As I matured into adulthood, it was my brothers support that helped guide me through difficult experiences. He provided a sense of security and patience that helped me work through difficult times in my life. My family experienced divorce and often my mother would be working late hours leaving us in the care of my brother. I felt protected and comforted by his presence.

Over the years I watched Joe grow up and become a devoted father and a committed member of the Drug Enforcement Administration. My family was in attendance to Joe's graduation from Quantico Virginia we could never be prouder of Joe's commitment to his work. Joe was proud of his work that was founded on integrity and commitment to being a member of the DEA family. It was this sense of integrity that helped me develop a strong committed to nursing. I use that strength and commitment Joe taught me to help navigate my own professional career in nursing. My family was incredibly proud when Joe made the decision to help the victims flee a burning building in the north end of Buffalo. Joe's dedication to humanity and public service is what guided him to public service.

Joe's daughter, Chelsea was born at the same time as my daughter. Often, I would leave my children in the care of their uncle. He was always a very thoughtful and conscientious Uncle. He was an excellent role model for my children. Family and friends are very important to him and he made sure that you knew that at all times.

When I became aware of the charges against Joe, it came as a total shock and disappointment. The charges brought against my brother were not representation of his Joe's commitment to his work ethics and integrity to his profession.  I was in total disbelief. It was heartbreaking and very confusing to me and my family. This was very out of character for my brother. However, whatever the outcome, we are supportive of him and while we do not understand fully what transpired, he is our family and we will try to be there for him in whatever capacity we can.

Thank you for the opportunity to express my feelings about my brother Joe.

Regards,

Lisa Vlahos RN

Lisa Vlahos

905-483-6506

Chelsea Bongiovanni



06/25/2025

Honorable Judge Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Re: Character Letter for Joseph Bongiovanni

Dear Judge Vilardo,

I am writing to you with a heavy heart in regard to my father, Joseph Bongiovanni. I respectfully ask for your compassion and leniency as you consider his sentencing.

Growing up, my father was a consistent and loving presence in my life. He was the one who taught me how to play sports, not only as a fun activity but as a way to learn discipline, teamwork, and resilience. These early life lessons have shaped the person I am today. Beyond sports, some of my fondest memories include our family outings to theme parks, watching old-fashioned movies together, and taking long bike rides. These moments, though simple, helped create a strong bond between us and taught me the value of family, joy, and commitment.

My father is not just my parent—he was an agent of the DEA. His dedication to his career saved lives and he wore his accomplishments with pride. He spent over twenty years building a reputation through hard work and dedication, and I know how deeply this case has devastated him. The emotional and mental toll it has taken is something I have witnessed firsthand. It has not only tarnished his name but brought him immense personal torment. Aside from torment, I deeply fear jail time would result in significant harm considering he had spent his career fighting crime.

As I look to the future, I hope for the chance for my future children to truly know their grandfather. I want them to experience the same guidance and support that I was fortunate to receive. I also hope for my husband to have more time to understand the kind of man my father is.

I do not excuse any mistakes that may have been made, but I humbly ask that you consider the full picture of the man before you—a father, a future grandfather, and a person who has already suffered significant consequences in many ways. I sincerely hope that mercy can be part of your decision.

Thank you for your time, and for considering my words during this very difficult time for our family.

Respectfully,

*Chelsea Rose Bongiovanni*

Matthew Maglietto Jr



Buffalo, 14223

5/4/2025

Honorable Judge Vilardo

United States District Court

Western District of New York

RE: Character Letter for Joseph Bongiovanni

Dear Judge Vilardo,

My name is Matthew Maglietto Jr., and I'm writing to you on behalf of my stepfather, Joseph Bongiovanni. Not just as his stepson, but as someone who has lived under his roof, been raised by his hand, and witnessed the man behind the headlines with my own eyes, every single day since I was eight years old.

My mother had me when she was just 17. She worked exhausting jobs and did everything she could to provide for me on her own. When Joe came into our lives, he never tried to replace anyone. He simply stepped in and gave us the stability, care, and love we never had. He helped babysit me so my mom could go back to school and become a nurse. He helped shape me into the man I am today, teaching me the value of respect, honesty, and hard work which were the qualities he lived out every day.

At trial, it hurt to see how the government tried to twist my mother's image, painting her out to be some pampered housewife, a materialistic woman living off someone else's name. That couldn't be further from the truth. My mom has always been a fighter. She hustled day and night, to give her only son the best life she could. She worked long shifts at jobs that barely paid the bills. She found babysitters when no one else would help. She studied late nights to go back to school and earn her nursing degree. She's never owned anything flashy, she's always tried to give me the best life and Joe did too. These are ordinary people who sacrificed to make life work. There is nothing extravagant about our lives, and to paint that narrative is a lie and a disservice to the truth.

When I was around 14, I was a chubby, unsure kid. Joe saw that I needed guidance, not judgment. He got me my first gym membership. He trained me. He taught me about nutrition, discipline, confidence, and hard work. That became one of the most important turning points in my life.

When I was 16 or 17, my biological father, Matthew Maglietto, passed away unexpectedly from a drug overdose. It devastated me and my mom. Joe helped us try to find answers. He reached out to people. He cared. He was already in my life before my dad passed, but after that, he became the rock we stood on.

Then came the accusations. The raids. The confusion. Our lives were flipped upside down and we still don't understand why.

The government claims Joe accepted $250,000 in bribes but when you break that number down over the 21-year timeframe they allege, it comes out to $11,904 a year. You're telling me this man, with a successful DEA career, benefits, retirement, and family, risked everything for less than $1,000 a month? That doesn't add up. It's not logical, and it insults the intelligence of everyone involved.

This is Buffalo. Everyone knows somebody who knows somebody. That doesn't mean you're involved in what someone else chooses to do. That's like saying a kid I used to be friends or knows people who I do, gets into trouble years later, and suddenly I'm part of that life. That's not real life. That's not how people live. We grow up, move on, and live our own stories. To criminalize a man because of long-past social proximity isn't justice it's assumption.

Joe is the kind of man who drove his own father to dialysis, who builds model planes in his free time, who cooks dinner for his family, packs my mom's lunch every day, and takes care of our dog Buddy like a child. Buddy only listens to Joe, and it breaks Joe's heart that because of home confinement, he can't even take him outside anymore.

Joe has been a father to me in every way. He's made me feel safe. Strong. Worth something. And the government's version of him is unrecognizable. This is a man who once ran into a burning apartment building in Buffalo, off-duty, and rescued people before fire trucks even arrived. He was later awarded for that act of heroism in Colorado. That's the real Joe Bongiovanni.

He once brought DEA armored trucks and K9 dogs to my elementary school, just because I asked. He gave a full seminar on the dangers of drugs. He was trusted to educate children. So how, now, is he being painted as the very thing he fought against?

Even on the night of my mom and Joe's wedding day in Mexico, when I was just a kid, I got violently sick at dinner. Joe, still in his wedding tux was the one who carried me out, cleaned me up, and stayed with me the entire night. That's who he is.

And I will never forget the morning federal agents raided our home. I was 16 or 17, handcuffed in nothing but my underwear. Guns pointed at my head. Neighbors watching. I

had school that morning. They told me they had to watch me go to the bathroom to get ready. I was a kid and they tried to use fear to silence us.

But we're not afraid, because we have nothing to hide.

Your Honor, this entire narrative is built on assumptions, on convenient storytelling, and on a system that wants a conviction, not the truth. But I've lived the truth. I've lived with Joe. I've seen who he really is. And unless someone has been there through every heartbreak, every meal, every conversation, every sacrifice. Then they don't know him like I do.

We are not rich. We are not privileged. We are not criminals. We are a family trying to survive under the weight of a system that seems determined to erase our humanity.

So I turn to something deeper than all this.

"When you pass through the waters, I will be with you; and through the rivers, they shall not overflow you. When you walk through the fire, you shall not be burned, nor shall the flame scorch you."
— Isaiah 43:2

"But the natural man receiveth not the things of the Spirit of God: for they are foolishness unto him: neither can he know them, because they are spiritually discerned."
— 1 Corinthians 2:14

Your Honor, this letter is not a defense. It is a plea from the heart of a son trying to speak truth before it's too late. I ask you not to judge Joe by the story others want to tell but by the life he's actually lived.

With everything I have,
Matthew Maglietto Jr

[Joe, my Mom, and me when I was a kid.]

This is around the time he first came into my life. From this point forward, he treated me like his own son and gave us both stability and love.



[Joe standing proudly beside my mom at her Nursing Graduation, with me in the front]

Joe helped support her through school by watching me while she worked and would help her study long hours to help her pass her important tests. He made it possible for her to chase a better future for us.



[ Joe and me in matching suits on his
weedding day to my Mom]

Joe stepped into my life when I was
8 years old. This was the moment he
officially became family, but he had already
been a futher figure long before this.



[ Joe and our Golden
Retriever, Buddy
celebrating Buddy's
Birthday. ]

Joe's Best friend for
over a decade. Even now
under home confinement,
not being able to walk
Buddy breaks his heart
more than anyone could
understand.



[ Joe with me and my mom at my schools baseball trip to Cooperstown ]

He never missed a game, always showed up, and was proud to support me. Not because he had to but because he loved and saw me as his own.



[ My high school graduation parade, with Joe and my mom by my side ]

The sign says "Matthew Maglietto Jr." "class of 2020." Joe helped raise me, support me, and guide me to this day with love and discipline.



[ Joe and Me out for lunch a typical weekend where we were celebrating his Birthday.]

This wasn't an extravagent celebration, it was quiet. A meaningful day that truly reflects the true character of someone who values people over possessions.

DE A.1 - Page 22 of 40



[Our family at Christmas, Joe sitting front and center with my Mom and Buddy]

This is the man behind the headlines: Loving, present, devoted. Every little moment, every tradition, he was the one who brought us all together.

The Honorable Judge Lawrence J. Vilardo

U.S. District Court

Western District of New York

2 Niagara Square

Buffalo, NY 14202


RE: Character Reference for Joseph Bongiovanni


Dear Judge Vilardo,


It is difficult to put into words the heartbreak of watching someone you love be torn apart by a narrative that bears no resemblance to the person you actually know. Yet that is exactly what has happened to Joseph Bongiovanni, my brother-in-law, and one of the most principled, loyal, and devoted men I have ever known.


My family is exceptionally close. My sisters, our mother, and I share a bond that is stronger than words. We were raised in a home grounded in love, honesty, and accountability. That bond extends into everything we do, including how we love and protect one another. So when my sister Lindsay married Joseph, we paid close attention. If there had ever been anything that didn't sit right or made us uneasy about their life together, I would have said something immediately. More importantly, my sister would have seen it too. She is deeply intuitive and fiercely principled. If Joseph had lived a double life, she would have known. And we, as her family, would never have stood by and supported their marriage. But that is not what happened. The truth is, Joseph is the kind of man any family would be proud to welcome.


Joseph is not someone who seeks attention or takes the easy way out. He is steady, humble, and guided by a strong moral compass. In all the years I've known him, he has never leaned on others or cut corners. He takes pride in doing things the right way, no matter how difficult. His work ethic, self-discipline, and deep sense of responsibility define who he is. That's why the idea that he accepted bribes or lived a double life is not only

false, it is profoundly unjust.

Joseph lives a simple life and finds joy in the little things. He enjoys classic black-and-white films, builds model cars, and reflects often on memories from childhood that bring him comfort. The beach has always been his favorite place in the world, somewhere he feels most at peace and connected. He is deeply devoted to his family and their senior dog, Buddy, who never leaves his side. He is spiritual, and despite everything he has endured, still prays and holds faith close to his heart.

Joseph gave everything to his career in law enforcement. When he joined the DEA and was assigned to Florida, he did so with a deep sense of purpose and pride. But shortly after, his ex-wife returned to Buffalo with their young daughter. Joseph made the devastating choice to remain in Florida, fully committed to the agency and the mission he believed in, even though it meant being separated from his child. That sacrifice reflects the depth of his integrity and commitment to the DEA. To see that same agency now turn its back on him, despite knowing the truth, is not only incomprehensible, it is unforgivable.

In our community, any time this case is brought up, people say "poor Joe," not as a throwaway phrase, but as a heartfelt recognition of the injustice he has suffered. Everyone here has seen what has been done to him. They know the kind of man he truly is. They know he is not capable of what he has been accused of. This belief is not isolated. It is shared widely by those who have known him for decades. It is a quiet but steady truth that lives in the hearts of the people in this city, and it only deepens the sorrow for all of us who love him.

For those who are not from Buffalo or didn't grow up in an Italian neighborhood, it may be difficult to understand just how connected everyone is here. Whether through Catholic school, church, sports leagues, or even buying meat from the same butcher, the ties that bind this community are incredibly close. Joseph is someone who always treated people with respect, regardless of their path in life. If he is guilty of anything, it is being too kind to distance himself from neighborhood people who may have taken a different road. But kindness is not a crime, and familiarity is not guilt.

What is happening to Joseph is not just a legal case. It is a tragedy. He has lost his career, his reputation, and the life he worked so hard to build. My sister and their son have been left in a state of fear, heartbreak, and emotional exhaustion. And all of this has happened not because of who Joseph is, but because of who others have tried to portray him to be.

Your Honor, I respectfully ask that you consider the real human being behind these charges and the harsh portrait that has been painted of him throughout this case. Joseph gave more than twenty years of his life to serving this country as a DEA agent, and until this case, he never had so much as a blemish on his record. He has always upheld the law and lived by a strong moral code. Even throughout this prolonged legal battle, he has remained fully compliant and patient. He has spent the past several years under strict house arrest, effectively living like a prisoner in his own home, waiting for the truth to prevail.

As his family, we have stood by him, and I can tell you with complete honesty that what he has already endured has been punishment enough--not just for him, but for all of us who love him.

In closing, I hope Your Honor will weigh not just the allegations in this case, but the life Joseph has led before it. He is a man of faith, honor, and humility. A man who gave everything to his country and has already lost so much. Please consider the sacrifices he has made, his spotless legal record prior to this, and the suffering he has already endured. I respectfully ask that you show compassion and leniency in his sentencing. Extending mercy here would not be misplaced. It would be a powerful acknowledgment of the man he truly is.

With gratitude,

Christie Schuh

Ashley Schuh

███████████████

Buffalo, NY 14222

███████████████████

May 5, 2025

Honorable Judge Lawrence J. Vilardo

U.S. District Court

Western District of New York

2 Niagara Square

Buffalo, NY 14202

**RE: Sentencing Letter on Behalf of Joseph Bongiovanni**

Dear Judge Vilardo,

My name is Ashley Schuh, and I am Joseph Bongiovanni's sister-in-law. I've attended both of Joe's trials. I've followed every moment, every word, every witness. I've watched the way the facts were shaped, how character was flattened, and how a story I know to be untrue unfolded in a courtroom that was supposed to represent truth and fairness.

What I'm writing to you today is not a plea - it's a portrait. Because if you're going to sentence Joe, then I believe you should at least know the whole man. Not just the version of him that was presented in court and the media, but the man we know - the man we've lived beside, trusted, leaned on, and loved.

Joe came into our lives over a decade ago when he married my sister. From day one, there was something different about him. He was steady. Respectful. Soft-spoken. Kind. I'll never forget the first time I saw them together - how my sister smiled in a way I hadn't seen before. She was safe. She was grounded. And I knew it was because of him.

Joe never needed to be the center of attention. He's not loud, flashy, or arrogant. He's one of those rare men who leads by example, not by words. He's the kind of guy who shows up without being asked. If it's snowing, he's already outside shoveling the walkway. If your tire's low, he's got the air compressor running before you even notice. He checks your oil, brings your garbage cans in, walks your dog when you're sick. He just does, and never needs a thank-you.

And he's been that constant presence for all of us - especially me. A few years ago, I went through a painful divorce. Everything in my life felt like it was falling apart. The person I had

counted on wasn't there anymore. But Joe was. He came over with groceries when I didn't have the strength to cook. He checked on me when no one else thought to. He didn't make it about him. He didn't lecture me or try to fix things. He was just... there. Gentle. Respectful. Present.

That's who Joe is.

He's been the most stable male figure in our lives - and I don't say that lightly. He's not just my brother-in-law. He's like a brother to me. To all of us. Raised by women, Joe carries himself with a rare respect. He doesn't speak down to people. He doesn't brag. He's a true gentleman - old-school in the best sense. He's a teddy bear, honestly. Strong, but soft. Protective, but kind.

He and my sister built a simple, beautiful life together. They weren't chasing attention. They didn't care about impressing people. They were happiest at home - watching movies with their dog, painting model cars, taking care of the house, working in the yard. Their love is deep, respectful, and rooted in friendship.

And now I've watched all of that be torn away. Slowly, brutally, piece by piece.

Joe dedicated over 20 years to serving this country and this community. He took his job seriously. Not because he wanted power, but because he believed in what the badge meant. He wasn't out trying to be a tough guy. He did the work because it mattered to him. He wore the badge with integrity. Never once - not once - did I see Joe act like someone who thought the rules didn't apply to him.

Which is why the accusations against him make no sense to the people who actually know him. He's not reckless. He's not dishonest. He wouldn't throw away everything he built for anyone - especially not for someone like Louie Salva.

Your Honor, I sat through Louie Salva's testimony, and what I witnessed troubles me deeply. Louie was a mess - everyone knew it, including Joe. Joe has always had a soft spot for people who struggle. He wanted to help Louie, believed he could be better. That compassion was Joe's only mistake.

But the story Louie told on that stand simply doesn't hold together. You heard the same testimony I did, and I respectfully ask you to consider these contradictions:

Louie testified that Joe was involved in the marijuana grow operation in his basement. Yet in that same testimony, Louie claimed he later had to tell Joe about the operation when Joe "smelled it" during a visit. Your Honor, if Joe was truly involved from the beginning, why would Louie need to tell him about it later? He would have already known.

Ron Serio testified in detail about how he set up the entire operation - grow lights on a moving track specifically to avoid detection by the electric company. Louie himself testified they

vented it so well that his own children living in the house couldn't smell it. So how did Joe supposedly smell it during one brief visit? And if Joe was giving advice on avoiding detection, as claimed, why did Ron Serio testify that he was the one who designed all those sophisticated measures?

I watched Louie on that stand. His story shifted. Dates didn't match. Details contradicted each other from one answer to the next. I'm not a lawyer, Your Honor, but I know the difference between someone telling the truth and someone struggling to keep a story straight.

The truth is simpler: Louie would never have told Joe what he was really doing. He would've been too embarrassed, too scared. Joe stood for everything Louie couldn't live up to. Joe was the authority figure, the one with integrity. Louie was in trouble and looking for any way out.

Over the years since this began, countless people have approached me - at the spa, at the grocery store, walking down the street - and they all say the same thing: "This doesn't make sense. Joe is not that guy." And they're right. Everyone who knows Joe in this community knows the man he truly is.

Your Honor, Joe has already lost everything. His job. His reputation. His peace. His father passed during this ordeal. His mother has been sick. His therapist died. Even his dog is nearing the end. And Joe is no longer the same person. When I look at him now, I see someone barely holding on.

He should be enjoying his retirement - going to breakfast with my sister, taking road trips, relaxing for the first time in decades. Instead, he's stuck in limbo. Shattered. Waiting.

What's happened here isn't justice. Joe is not the man the prosecution tried to paint. If you send him to prison, you won't be putting away a criminal. You'll be locking up an innocent man who's already been stripped of nearly everything - his career, his identity, his dignity.

Please, Your Honor. See the man behind the accusations. See the husband. The brother. The friend. The man who's lived with honor for over two decades in service to this community and who never once asked for applause. Let this be the end of his suffering - not the beginning of even more.

I beg you to consider not just the story that was told in court, but the story of the man's entire life. The contradictions in the testimony. The character of the man you're sentencing. And the devastating cost he's already paid.

Thank you for reading this, and for considering the truth.

With all my heart,

Ashley Schuh

Mark A. LaMonte

███████████████████████

Hamburg, NY 14075

April 16, 2025

Honorable Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202


Dear Honorable Judge Vilardo,

I am writing this letter on behalf of my brother-in-law
Joseph Bongiovanni, who is awaiting Sentencing in
your court on June 9, 2025. My name is Mark
LaMonte and I have been married to Joe's sister,
Marla LaMonte since 1995. I have known Joe since
1986 and can attest Joe is a good man and a
vital part of our family. I respectfully ask you
consider this letter as a testament to who Joe
truly is and whom I have witnessed for close to
39 years — a person of selflessness, integrity, dedication,
and family loyalty; so much more beyond the charges
for which he is before you and the relentless media
defamation of the last six years.

Joe's adult life has been marked by public service and personal sacrifice. For over 20+ years Joe worked as an Erie County Deputy Sheriff and then as a DEA Special Agent, risking his safety to protect our community and Nation. That is the Joe Bongiovanni I know, someone who gave tirelessly and selflessly under risk of life & limb. I know Joe was awarded a City of Buffalo Civil Commendation for running into a burning building and rescuing people from the fire that was raging. In a society that often shirks away from getting involved, Joe is the opposite because he does care for others.

Personally, my wife and I have been the direct beneficiaries of Joe's selflessness and sacrifice. In October 2004, a house we were building was burned down by three underage arsonists. We were in a quandary as my temporary housing had ended in anticipation of moving into our new home which was now cinder & ashes. Joe selflessly offered for us to live with him in his apartment without hesitation. We lived in Joe's first living room for the next 8 months with two dogs and Joe never asked for anything. Joe's generosity is boundless and sadly in my opinion has been taken advantage of individuals to protect their own self interests.

Moreover, Joe's devotion to his mother and recently deceased father shines brightest exposing his good character and caregiver spirit. For 8+ years Joe was the rock of dependability for his father, who endured painful weekly dialysis treatments until his death in February 2023. Joe drove him to these appointments, managed his health care and sat through these treatments all while balancing his work and family.

Additionally, Joe has always been a devoted and caring son to his mother, Maria Bongiovanni. From an early age Joe has stepped into a role no young man should have to fill as he became the Man of the house after his biological father left and provided no support for his mother and two young sisters. Since that time my mother-in-law Maria has depended upon Joe for her emotional stability and now even more that her husband has passed. His absence would leave her devastated. Our family depends on Joe's quiet strength and his caregiving selflessness reflects the true nature of his good character.

This case has tested Joe's inner fortitude in ways I can hardly imagine. For over six years, Joe has faced both the infinite weight of

Federal Government and the relentless media defamation, with every headline branding him "a paid asset of the Buffalo Mafia". These baseless claims barred by Your Honor from even being uttered by the prosecution, nevertheless dragged Joe's name through the mud and painted a sensationalyzed picture of Joe far from the truth. Yet Joe stood firm and resolute and refused a plea deal under immense government pressure and charge stacking. Joe's acquittal on the Two Bribery charges by Your Honor and a Jury of his peers is a testament that those inflamatory charges were prosecutorial overreach. Joe's quiet resilience amidst such governmental pressure and Media Vilification showed the character I have always respected in Joe. I am certain Your Honor has witnessed the same respectful and dignified character the last six years in your courtroom.

I respectfully ask Your Honor to consider the whole of Joe's life and his good acts and works he has done and balance that against the surreal image that was painted by the government and Media. If you have any questions, I am available at your convenience at ███████████████

Thank you for your time & fair consideration

Sincerly,

Mark A. LaMonte

Lisa LaMonte Giovenco

█████████████

Williamsville, NY 14221

███████████████

April 18, 2025

Honorable Lawrence J. Vilardo,

United States District Court,

Western District of New York,

2 Niagara Square,

Buffalo, NY 14202

Dear Honorable Judge Vilardo,

I am writing this letter on behalf of Joseph Bongiovanni, my sister-in-law, Marla LaMonte's brother, in support of his character as you consider his case. My name is Lisa LaMonte-Giovenco, and I consider myself family to Joe as I have known Joe for close to 40 years through our sibling connections. While I respect the court's process, I humbly offer my perspective on Joe's character to provide a fuller picture of the man I know.

Throughout the time I have known him, Joe has consistently shown himself to be a person of integrity, dedication, and compassion. As a former DEA agent, he served our country with a commitment to upholding the law, often placing himself in challenging, dangerous, and high-pressure situations to protect communities. I can recall him telling me, as much as he could, about participating in many maritime interdiction operations in the Caribbean Sea when he was stationed in Miami. Joe's years of public service reflect a deep sense of duty and responsibility, qualities that have carried over into his personal life.

In our many family interactions, I have witnessed Joe's kindness and reliability firsthand. First, he was always so respectful and loving to my mother and father at the many family holidays we celebrated through the years. Additionally, Joe has always been there for my sister-in-law, Marla LaMonte during challenging times, offering emotional support and selflessness. One selfless example, Joe let my brother Mark LaMonte and Marla reside for almost a year in his residence

with their two dogs, after their house fire in 2004. That is quintessential Joe, putting others first beyond his own comfort and needs.

I respectfully ask the court to consider Joe's overall character and his past service as a decorated DEA agent, when determining the next steps in his case. Joe is a very good person who deserves an opportunity to move forward constructively.

Thank you for taking the time to read this letter and for considering my perspective. I am happy to provide any additional information if needed.

Sincerely,

Lisa LaMonte Giovenco

Keeley LaMonte

███████████

Buffalo, NY 14216

May 8, 2025

To:
Honorable Judge Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Dear Honorable Judge Vilardo,

My name is Keeley LaMonte, and I'm writing this letter on behalf of Joseph BonGiovanni, the husband of a lifelong friend. I've known his wife for many years, and in that time, I've had the chance to observe Joe as part of their family and as a consistent, respectful presence in our community.

Joe has always carried himself with integrity and steadiness. I've seen him take on the role of stepfather with patience and care. In every setting, he shows up steady, dependable, and grounded.

He is known in our community as someone honest, reliable, and even-tempered. People trust him. From what I've seen over the years, I believe he's a good man whose character has always been clear.

Thank you for considering my words in support of someone who, in my experience, has lived with steady character and clear intention.

Sincerely,

*Keeley LaMonte*

Keeley LaMonte

███████████

Sherise Hopkins Schuh

███████████████

Tonawanda, NY 14223

███████████

May 1, 2025

Honorable Judge Lawrence J. Vilardo,

My name is Sherise Hopkins Schuh, and I am writing to respectfully share my personal perspective on my son-in-law, Joseph Bongiovanni, in advance of his sentencing. I have known Joseph for over fifteen years, since he became part of our family through his relationship with my daughter. It is not an exaggeration when I say that he has been a true blessing in our lives, and I ask you to consider my words as the heartfelt testimony of someone who knows the man behind the headlines.

From the beginning, Joseph has shown himself to be a man of great character, humility, and strength. He is a deeply committed husband- loving, steady, and loyal. When my daughter aspired to become a nurse, it was Joseph who supported her every step of the way; caring for their family, managing their home, and encouraging her dreams even when the path was difficult. Without his quiet determination and sacrifices, she would not have been able to pursue that calling.

The way Joseph has treated my grandson, his stepson, as if he were his own child speaks volumes about his character. He has supported him through every monumental moment of his life, just as he has stood by my daughter. Whether it was helping with school, attending important milestones, or simply being present every day, Joseph has been a steady, loving father figure. His role in shaping my grandson into the young man he is today is something I will always be deeply grateful for.

Joseph's life has been one of service. As a former DEA agent, he dedicated himself to protecting communities by standing against the very criminal behavior he is now being accused of tolerating. That accusation, to those of us who know him intimately, is not just hard to believe-it is utterly incompatible with the man we know.

Joseph has always been a man of quiet integrity, the kind of person people naturally turn to when life gets hard. It's never about recognition or reward for him. It's about showing up, being steady, and doing what's right simply because it's who he is. His presence makes others feel supported and safe, and that's something you can't teach, it's just who he's always been.

I have watched Joseph time and again go out of his way to help others- neighbors, friends, even strangers. He is the kind of person who will stop to shovel an elderly neighbor's driveway or lend a hand when someone is in crisis, without hesitation and without expecting anything in return. That kind of goodness is not loud, but it is real; it's woven into the fabric of who he is.

This moment is devastating for all of us who love him. It is hard to reconcile the gravity of what he faces with the man we know, an honorable husband, a loyal son-in-law, and a man of true moral conviction. I know I cannot speak to every legal matter before the court, but I can speak to his character with certainty and pride.

Your Honor, I respectfully ask you to consider the totality of Joseph's life: his service, his family, his actions, and his heart- when deciding his fate. He is not just my son-in-law, he is a cornerstone of our family and of his community. Any mercy or leniency you can extend would mean more than words can express, not just to Joseph, but to the family who loves him, the friends who believe in him, and the many lives he's quietly held together through his strength, selflessness, and a lifetime of doing good for others!

Thank you for taking the time to read my letter and for considering the man behind the case.

With sincere respect,

Sherise Hopkins Schuh

*Sherise M. Hopkins Schuh*

Jacob Thoren

█████████████

Mt. Juliet, TN 37122


Date: May 03, 2025


Case Number: 1:19-cr-00227

The Honorable Lawrence J. Vilardo

United States District Judge

United States District Court for the Western District of New York

2 Niagara Square

Buffalo, NY 14202


Re: Character Letter in Support of Joseph Bongiovanni


Dear Honorable Judge Vilardo,

My name is Jacob Thoren, and I've had the privilege of knowing Joseph Bongiovanni for nearly six years through my relationship with his sister-in-law. Over that time, I've come to know Joe not only as a member of our extended family, but as a kind, compassionate, and humble man—someone whose quiet integrity and selflessness have left a lasting impression on me.

From the first time I met Joe, he welcomed me into the family with warmth and sincerity—always greeting me with a smile, a firm handshake, and a heartfelt hug. That's who Joe is at his core: someone who ensures no one ever feels out of place. Every time I've visited, he's gone out of his way to make me feel at home—often with a home-cooked meal or a thoughtful gesture that shows how deeply he cares for others.

Joe is the kind of person who instinctively helps whenever he sees a need. He's been a dedicated caregiver to his parents—driving them to and from medical appointments, fixing things around their home, and remaining a constant source of support. He extends the same selflessness to his mother-in-law, always ready to lend a hand with heavy lifting or seasonal

tasks. I've also witnessed the gentle way he cares for his elderly golden retriever, Buddy—literally carrying him up and down the stairs several times a day in Buddy's old age, treating him like a member of the family and making sure he lives a great life.

He's thoughtful in the simplest, most genuine ways. One December not too long ago, he gifted me a vintage Green Bay Packers sweater he found at a thrift store. It may seem small, but to me it was meaningful—he remembered my birthday falls near Christmas, a time I often get overlooked, and he wanted me to feel included. That's Joe: considerate, observant, and never performative.

In his personal life, Joe enjoys quiet, meaningful hobbies—restoring his old Buick piece by piece, building model machines, and cheering on the Bills. He doesn't chase status or appearances—he lives a modest, peaceful life in a warm and welcoming home with his wife Lindsay and her son, Matthew. He's a devoted husband, stepfather, and family man who seeks nothing more than to enjoy his retirement in peace after a long career of public service.

Joe's career with the DEA was marked by hard work, sacrifice, and a sincere commitment to keeping communities safe. Even with the demands of his job, he always made time for his family. What I've seen firsthand over the years is a man of steady resolve, humility, and unwavering dignity—even now, as he endures a trial that would break most people. Throughout this long and painful process, he has shown nothing but respect for the court and its orders. He has carried himself with grace, drawing strength not only from his belief in the truth of his innocence, but also from the unwavering support of the family that stands beside him.

Your Honor, I respectfully ask that you consider this letter as a testament to Joe's character. He is not a man driven by malice or deceit. He is a man of honor, humility, and compassion. I truly believe he deserves the opportunity to live the rest of his life in peace with the people who love him.

Thank you for your time and consideration.

Respectfully,

Jacob Thoren