Gassan Rizek

██████████████

North Tonawanda, NY 14120

██████████████

5-6-25

The Honorable Lawrence J. Vilardo
United States District Judge
U.S. District Court for the Western District of New York
2 Niagara Square
Buffalo, NY 14202

Re: Character Reference for Joseph Bongiovanni

Dear Judge Vilardo,

I am writing to offer my sincere support on behalf of Joseph
Bongiovanni, whom I have had the pleasure of knowing for many
years. I first met Joe through my close friend Lindsay, and over time,
we developed a strong and meaningful friendship. I was honored
when Joe and Lindsay invited my wife and me to be a part of their
wedding, a testament to the closeness and trust between us.

Joe has always struck me as a man of deep integrity, kindness, and
sincerity. In all of my interactions with him, he has shown himself to be
honest, generous, and principled. He is the kind of person who would
do anything to help a friend or neighbor, often without being asked or
expecting anything in return.

As a DEA agent, Joe was devoted to his work and took his
responsibilities seriously. I know from personal conversations and
shared stories that he dedicated himself to protecting others and
served with bravery and purpose. He has been involved in many
heroic efforts over the years that reflected not only his courage but
also his unwavering commitment to making the world a safer place.

Beyond his professional life, Joe has always been a dedicated family
man. He is a loving husband to our dear friend Lindsay and a devoted
father. I have seen firsthand how much his family means to him, and



DEFENSE EXHIBIT
A.2
19-CR-227-1-LJV

DE A.2 - Page 1 of 40

how hard he has worked to be a strong, supportive, and caring presence in their lives.

I understand the seriousness of the circumstances at hand, but I also know the character of the man before you. Joe is someone who has made positive contributions to his community, who has shown kindness and loyalty in his personal relationships, and who has lived much of his life in service to others.

I respectfully ask that you take this letter into consideration as you evaluate the person Joe is beyond the charges against him. I believe he remains a good man who is capable of growth, reflection, and continued positive impact on those around him.

Thank you for your time and consideration.

Sincerely,
Gassan Rizek

5/4/2025

Honorable Judge Lawrence J. Villardo

United States District Court

2 Niagara Square

Buffalo, New York 14202

Re: Sentencing Letter on Behalf of Joseph Bongiovanni

I am writing to provide a character reference for Joseph Bongiovanni, whom I have known for many years. Throughout this time, I have witnessed Joseph to be an individual that is respectful, friendly and a good stepfather to my grandson Matthew Maglietto Jr. He is also a good and loyal husband to Lindsey Bongiovanni.

My experience with Joseph was on a family basis. He cares for my grandson in a genuine loving way, and I was glad he was in Matthew's life before and after my son's death. In my relationship with Joseph, he has always demonstrated himself to be kindhearted and trustworthy.

In his professional life Joseph always approached it with dedication and good expectations for success.

In conclusion, I am confident that Joseph will endeavor and excel in his future life.

Sincerely,

Judith A. Maglietto

███████████████

Huntersville, N.C. 28078

███████████████

**Character Reference for Joseph Bongiovanni**

From,

Julie O'Ship-Rizek

███████████████

North Tonawanda, NY 14120

5/8/2025

To,

Honorable Judge Lawrence J. Vilardo

United States District Court Western District of New York

2 Niagara Square

Buffalo, NY 14202

Dear Honorable Judge Lawrence Vilardo,

My name is Julie Rizek, and I am writing this letter in support of Mr. Joseph Bongiovanni, whom I have had the privilege of knowing for over ten years as a close and trusted friend. It is with sincere respect that I ask the court to consider his character, integrity, and long-standing service to our community as part of the sentencing process.

Joe has dedicated his career to serving and protecting the public as a DEA agent. Throughout his years of service, he has consistently demonstrated courage, compassion, and an unwavering commitment to the rule of law. His work has directly contributed to the safety and well-being of countless individuals, and his heroic efforts have left a lasting impact on the community he serves.

One personal example that speaks volumes about Joe's character occurred when I reached out to him in concern for my nephew, who was at a crossroads in his life and at risk of making poor choices regarding drugs. Without hesitation, Joe agreed to have a one-on-one conversation

with him. He spoke to my nephew honestly about the dangers of getting involved with drugs and how even one bad decision could alter the course of his life. Joe told him he had his whole future ahead of him and urged him not to throw it away by falling in with the wrong crowd. That conversation had a lasting impact. Today, my nephew is a proud graduate with an engineering degree from the University of Buffalo. I truly believe Joe's guidance helped steer him in the right direction.

Beyond his professional dedication, Joe is one of the most honest, kind, and loyal individuals I have ever known. He is a devoted husband and a loving father, including to his stepson, Matthew, who deeply admires and looks up to him. Joe's integrity and compassion extend into every area of his life—he is the kind of person who consistently goes out of his way to support others.

I understand that Mr. Joe is now facing serious charges. However, I respectfully ask the court to consider the full scope of who he is—a man who has spent his life protecting others, mentoring youth, supporting his family, and living by a strong moral code. While the legal process must be honored, I hope leniency can be extended in recognition of his many years of honorable service and the deeply positive impact he continues to have on those around him.

Thank you for taking the time to consider this letter. I am confident that Mr. Joe will continue to be a person of value to his family, his community, and society at large.


Sincerely,


Julie O'Ship-Rizek

Lenee Bowes

████████████████

Ransomville, NY, 14131

████████████

May 4, 2025

Honorable Lawrence J. Vilardo

Robert H. Jackson United States Courthouse

2 Niagara Square

Buffalo, NY, 14202

Re: Character Reference for Joseph Bongiovanni.

Dear Judge Vilardo,

I am writing to you with a sincere heart to speak on behalf of Joseph Bongiovanni, who I have come to know and deeply admire over the last two and a half years. I am aware that this letter will not decide the outcome of this case, I hope it helps offer a fuller picture of the man he truly is beyond the current circumstances.

I have come to know Mr. Bongiovanni through my relationship with his stepson. From the very beginning, he has been ever so welcoming into his home and family, has shown me respect, kindness and generosity. One thing that has always stood out to me, was his humility and humbleness; despite the profound experiences he has had in life, he carries himself with a quiet modesty. There was one particular moment in his life, that Joe told me about, when he was awarded for saving a family in a burning building. He put his life in danger, while he was off duty and took matters into his own hands to save these people he didn't know. He was recognized and awarded for his actions, but you wouldn't have ever heard about this story from him unless someone else brought it up. Joe doesn't seek praise, he simple does what's right.

Beyond his strong character, Joe is incredibly creative and talented. He has shown me many of his crafts he takes upon himself in his spare time, building model planes, sewing and creating his own Bills one-of-a-kind jackets, fixing and painting his stepsons' clippers for barbering, and so much more. He has a natural ability to bring ideas to life from scratch. His creativity is something that I admire, and think is unique. Not to mention, Joe is an absolute Chef at home. I am over their house at least three to four times a week and he never fails to offer his new dish, that almost always end up perfect. My mom and him are always asking for each other's recipes, and so am I.

I understand the seriousness of this situation, but I know with all my heart that Joseph Bongiovanni is a man of honor, principle, and compassion, who has always done right when

there is no one around. The accusations against him do not reflect the man he is and the man I know. Those who know Joe, knows his heart and can all speak to his integrity and his righteous way of life. I respectfully ask that you take this letter into consideration as you review this case. I hope this help shed light on a side of Joe that those of us close to him see every day.

Sincerely,

Lenee Bowes

*Lenee Bowes*



Maria Grisanti

Buffalo, NY 14216

**To The Honorable Judge Vilardo**
United States District Judge of Western NY
2 Niagara Sq
Buffalo NY 14202

Dear Hon Judge, Vilardo

**Re: Character Reference for Joseph Bongiovanni**

My name is Maria Grisanti, I am writing this letter to you to provide a character reference letter for Joesph Bongiovanni who is appearing in front of your court regarding the case DEA agent convicted of conspiracy.
I have known Joesph Bongiovanni since birth. I feel compelled to share my perspective on his character and the positive attributes I have observed during our lifelong friendship.

I say this lifelong friendship because we are more like cousins, however, not blood related. My father's sister was married to Josephs mothers' brother which made us have the same aunt and uncle.
That made us grow up as a family. He called my parents aunt and uncle as I did the same for his parents.

Over the years Joey and I shared blood cousins which Aunt Gracie and Uncle Joe had two children, a boy Sammy and a girl Paula which were the same ages as us. We grew up as family and went on numerous family vacations with Aunt Gracie and Uncle Joe, Paula and Sammy were allowed to pick a friend, or a cousin and they always picked us. We always had fun on vacations as a family.
That's not all though Uncle Joe put us to work at a young age, he owned a restaurant on the lower west side of Buffalo called Scotties Tavern Clam Bar. Joe and I worked along with Paula and Sammy counting clams in the cooler and putting the clams into dozens , Uncle Joe paid us 6 dollars weekly, so we would learn how to make an honest living.

I would see Joe at least once or twice a month during our younger years. As we grew older into teenagers, I was older than Joe, so we didn't hang around as much as we did when we were younger. We would still see each other often at family gatherings.
Joe was always so respectful of others and had a big heart and such compassion for our friends and family. As we became adults, we met a lot of the same people and would occasionally see each other out, and it was always a pleasure to see each other.

As time went on, we both grew and got married and had our own families, but we would still see each other and family functions, and it was always a pleasant surprise to see him and his family.

From my experience Joseph Bongiovanni has constantly demonstrated loyalty, honesty, responsibility and compassion.
For example, I went through a divorce about 35 or so years ago and Joe reached out to see how I was and if I needed anything. I will always be grateful for his loyal friendship and his caring nature.
Joe always had a smile on his face and would light up a room when he was in it. I can honestly say having Joe as a friend/family has been a blessing. Joe is a great son to his mom; he recently lost his dad, and I know he has taken care of her as much as he can to help her through the passing of his dad. He is also a wonderful husband to Lindsey and a great stepdad to. Matty who lost his dad not that long ago. I know Joe has not only been a remarkable kindhearted friend but also a loving family man to his family, that needs him.

Your honor with all due respect please considers all of Joseph Bongiovanni's good qualities and not any of the wrongdoing he was accused of.

At this time, I would like to thank the court for taking the time to read my letter.
I am available if you have any questions to confirm this letter as necessary.

Sincerely,
Maria Grisanti

*Maria Grisanti*

The Honorable Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Date: May 2, 2025

Re: Character Reference for Mr. Joseph Bongiovanni

Dear Honorable Judge Vilardo,

I am writing to provide a character reference for Mr. Joseph Bongiovanni, whom I have known personally since April 2016 through my multi-year relationship with his sister-in-law, Christie Schuh. During this time, I had the opportunity to interact with Mr. Bongiovanni extensively in various settings, allowing me to form a well-rounded perspective on his character.

In my professional capacity, I specialize in assessing individuals' character, leadership potential, and long-term capabilities. This experience equips me with a unique ability to evaluate personal integrity and conduct. Over the years, I have come to regard Mr. Bongiovanni as a person of strong moral character, demonstrated through his roles as a husband, father figure, friend, and community member.

When I first met Mr. Bongiovanni and his wife, Lindsay, I took time to observe their family dynamics. I was particularly impressed by Mr. Bongiovanni's relationship with Lindsay's son, Matthew, who was approximately 14 years old at the time. As a stepfather, Mr. Bongiovanni provided Matthew with guidance, support, and stability during a critical period of adolescence. He fostered a respectful and nurturing relationship, serving as a positive role model without overstepping boundaries. His approach reflected maturity, patience, and a genuine commitment to Matthew's well-being. Additionally, prior to us meeting, I am aware that Mr. Bongiovanni provided significant financial and emotional support to Lindsay, then a single mother, as she pursued her nursing education. His steadfast support was instrumental in enabling her to complete her studies and establish her career, thereby strengthening their family unit. While his exterior appearance may not give this impression off, Mr. Bongiovanni is a good man with a soft heart who cares deeply about his friends and family.

On a personal level, I was surprised by the allegations against Mr. Bongiovanni, as they were inconsistent with my experiences with him. Two specific interactions stand out as illustrative of his integrity. In one instance, Mr. Bongiovanni sold me a vehicle in a transparent and efficient manner, providing comprehensive documentation, including

purchase records and loan details, to ensure a smooth and lawful transaction. In another instance, during a family dinner we attended, Mr. Bongiovanni insisted on contributing to the bill, expressing discomfort at not paying his share when I picked up the entire tab. While this may seem like nothing, he raised this matter repeatedly in subsequent conversations, to a point where I was honestly becoming annoyed, which speaks to his integrity in the matter of financial commitments. These experiences lead me to question the portrayal of Mr. Bongiovanni as someone who would engage in the conduct for which he has been convicted. I can understand how tying together several of the circumstantial elements of the case could create the illusion that he was engaged in such matters, but my view is that if he's guilty of anything it was being too loyal to people from his childhood who weren't loyal to him, which burned him badly in the process.

I acknowledge that my perspective is based on personal observations and that the purpose of this letter is not to revisit the details of the case, but to speak to Mr. Bongiovanni's character. In my interactions with him, I found him to be a principled and honorable man. He demonstrated deep respect for his family, including his wife, parents, in-laws, and stepson, and maintained a strong work ethic in his professional life. I never observed him engage in any unethical behavior, and he consistently conducted himself with honesty and emotional maturity. He cares about people even if it puts him in a vulnerable spot to do so. On one occasion, he offered me unsolicited advice that proved insightful, revealing his thoughtful and considerate nature in a situation where he had no obligation to do so. He respected me as a person and cared enough to help me even in a situation where if I betrayed his confidence it would have backfired on him. He didn't have to do that and I am grateful that he did.

I recognize the importance of holding public officials to a high standard of conduct. However, I respectfully submit that Mr. Bongiovanni has already endured significant personal and professional consequences as a result of this case. Based on my experiences, I believe he is a good and honest man who poses no threat to society. I also believe he has paid a substantial price for the events in question, which I don't believe he is even guilty of in the first place.

I respectfully ask the Court to consider Mr. Bongiovanni's character, as I have described, and to grant him the leniency I believe he deserves. He and his family have been punished enough throughout this whole ordeal. Thank you for your time and consideration.

Respectfully,

*Ryan Hardy*
May 2, 2025 1:34pm EST

Ryan Hardy

Daniel and Sandra Bozek

████████████

Buffalo, NY 14216


Honorable Lawrence J. Vilardo
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

5/14/2025

Honorable Judge Vilardo,

    We are writing to provide a character reference for Joseph Bongiovanni, whom we have known for about 15 years in the capacity of
friendship. Throughout that time Joseph he has always displayed the highest level of loyalty, dedication and devotion to his family and career. During this trying time of his life he has always been a positive influence for his wife, stepson, and elderly parents with health issues. Dedication to his career can be found in multiple commendations which include but not limited to a Heroism award.

    Over the years in various social and family situations we have never seen anything in Joe's behavior other than a man with high integrity and love for his family.

    We respectfully ask you, Honorable Judge Vilardo, to consider Joseph's positive and beneficial contributions over the years and the hardships both he and his family have endured over the past 5 years plus in your decision.

    Thank you for your consideration of this letter.


Sincerely,

Daniel Bozek

*[signature]*

Sandra Bozek

*[signature]*

Kristin Bozek

Buffalo, NY 14206

05/02/2025

Honorable Judge Lawrence J. Vilardo

United States District Court

Western District of New York

2 Niagara Square

Buffalo, NY 14202

Dear Judge Vilardo,

I'm writing this letter because I believe it's important that you hear from someone who has known Joseph Bongiovanni for many years and can speak sincerely to his character. I've known Joseph for over a decade, since he began a relationship with one of my closest lifelong friends, who is now his wife. In that time, I've seen the love and steadiness he brings to their family. Joseph takes his role as a husband and father seriously, and it shows in the way he supports and cares for them day in and day out. He leads with a deep sense of responsibility and has always been someone they can rely on, offering his presence and support in both ordinary routines and times of need.

What has always stood out to me is how genuine Joseph is in the way he lives and interacts with others. He treats people with respect, carries himself with integrity, and is deeply committed to those he loves. He puts his family first in both the small daily moments and in the bigger sacrifices he's made over the years. I know without a doubt that he would never do anything to compromise their safety or their future. Just as importantly, I know how seriously he took the responsibility of his law enforcement career, and I truly believe he would never put that at risk either. His values and sense of duty have always been clear in the way he lives his life.

As someone pursuing a career in law enforcement myself, I've always looked up to people who hold themselves to high standards. When Joseph offered to be a reference for me during my application process, I didn't take it lightly. I know he would never have done that if there were any part of his life that could bring harm to my future. That moment showed me, once again, the kind of man he is and the care he takes in doing right by others.

Over the years, I've spent time with Joseph in all kinds of settings, family gatherings, holidays, weddings, Bills games, and I've never once seen or heard anything concerning. I was with him during a trip to Cabo in 2015, and while I wasn't trained to spot signs of impairment at the time, I'm confident I would have recognized something if it had been there. I never did. Furthermore, throughout all the years I've known Joseph, I've never seen his lifestyle appear outside of his means. There was never lavish spending, flashy items, or behavior that suggested anything inconsistent with the income of a public servant.

This situation has caused profound pain for Joseph and everyone who cares about him. Watching someone I respect endure this has been heartbreaking, especially under the kind of pressure he's been under, with his career tarnished and so many terrible, false things said about him in the news. And yet, through it all, Joseph has continued to put his family first and handle everything with humility. His ability to remain steady in the face of such hardship speaks volumes about the kind of person he is.

I know you have a tremendous responsibility in this case, but I hope you are able to consider the man we know outside of these charges. His love for his family, the trust he's earned over a lifetime, and the years he has already spent on home confinement deserve to be taken into account. Any measure of compassion or leniency you can offer would mean a great deal to all of us who stand by him.

Thank you for your time and for the care you've shown throughout this process.

With sincere respect,

Kristin Bozek

Kristin Bozek

Timothy E. Creighton

████████████████████
Bluffton, South Carolina 29909-4952
Email: ████████████████████
Cell: ██████████████
May 4, 2025

To Whom It May Concern,

I am writing to provide a character reference for Joseph Bongiovanni. I had the pleasure of living next door to Joe, on Alder Place in the Town of Tonawanda, for approximately 12 years.  Throughout this time, I was consistently impressed with Joe's honesty, courtesy, and sincere interest in helping many of the neighbors.

Joe was especially attentive to a couple of the elderly neighbors living on Alder Place and was always making sure the elderly neighbors were safe, comfortable, and without concerns.  Joe would routinely snow blow many of the neighbor's sidewalks and often helped to clear neighbor's driveways.  Joe would routinely offer a helping hand when he saw me working on a project at home.

Joe went out of his way to make sure he maintained a good positive neighborly relationship with many of the neighbors and was very respectful of other's property.

Joe's personal consideration toward others made him a very valuable asset to our neighborhood.

Please feel free to contact me on my cell phone at 716-957-0685 or email me at tcreighton@roadrunner.com if you would like further information or clarification.


Sincerely,

*[signature]*

Timothy E. Creighton

1

May 15, 2025

To Whom it May Concern:

Hello, my name is Tinamarie Gostomski, and I am a backyard neighbor of Joseph Bongiovanni. We have been neighbors for over 15 years, and I would like to offer you some insight into the person that Joseph Bongiovanni is.

Through the years, whenever Joe and I are outside we have always exchanged pleasantries. However, almost six years ago, my life drastically changed when my 56-year-old husband died suddenly, followed by my cancer diagnosis 7 months later.

Joe was very helpful to me after my husband died and I returned to work.  My husband and I had 2 boys, who at that time were 12 and 16 years old.  My husband and I worked opposite shifts so that someone was home with the boys and because of his passing, I lost that security knowing my boys were being cared for.  Fortunately, Joe was home and often out in his yard, he took upon himself to be a guardian over my boys whenever they were in the yard playing on our trampoline. Joe's compassion and dependability helped me during a very difficult time and adjustment period in knowing that my boys were being watched and protected.

The following year again, I was hit with adversity having been given a cancer diagnosis.  Joe again offered kindness and support. I would be in my yard doing yard work and Joe would make a point of talking with me, checking in on myself and the boys as well, offering his assistance.

Just two years ago, after getting back on my feet, I decided to rescue a dog. Joe was the first person I sought out for advice.  Joe has a golden retriever who I have witnessed him interact with through the years and I knew, not only did I want Joe's guidance, I trusted his opinions and thoughts on dog ownership. Joe's dog Buddy is now 14 years old and is only alive today because of the care, love and attention Joe gives him.

As the Court makes its decision regarding the sentencing of Joseph Bongiovanni, I would ask that his case be treated with leniency.  Joe is a devoted husband to his wife Lindsay, a caring stepfather to her son Matt and a loving son to his Father.

Thank you for your time and attention.

Sincerely,

Tinamarie J. Gostomski
█ Buffalo, NY 14223

**To the Honorable Judge Lawrence J. Vilardo:**

It is with heartfelt sincerity that I write to you on behalf of my dear friend, Joseph Bongiovanni. This is a deeply difficult moment for those of us who know and care about Joe, but I feel compelled to speak to the remarkable man he is, and the profoundly important role he plays within his family and the community.

Joe is not just a friend to many—he is a pillar of strength and stability for his loved ones. Since the passing of his father, Joe has stepped into a role that many would find overwhelming. He has become the primary caretaker for his mother, Maria, providing her with not only physical support but emotional reassurance through her grief and ongoing health challenges. Joe's sense of duty to his family runs deep, and his dedication to their well-being is unwavering. He also plays an essential role in supporting his wife and sisters, always making sure that those around him are cared for, even when it means placing their needs ahead of his own.

Throughout the 50+ years that I've known him, I have seen Joe act with kindness, humility, and integrity. He is the kind of person who shows up without being asked, who carries the weight for others when they can't carry it themselves. His compassion is not a gesture—it is a way of life.

Thank you for your time and for considering this letter. I would be more than willing to provide any additional information you may need.

With deep respect,

Paul Simonian, Buffalo Firefighter (Ret.)

Carol Scholes



University Pl. Wa. 98467



Judge Vilardo:

My name is Carol Scholes, I am first cousin to Joseph(Joe) Bongiovanni.We grew up together and I have known him since he was 11 years old when his mother Maria married my Uncle Fred. Although I have not resided in Buffalo for many years,I regularly return to Buffalo for holidays and other family events.  During these visits I have had the opportunity to reconnect with Joe.

Joe has always been a devoted son and brother. He has always made family a priority in his life, as shown by his close relationship with his Dad (recently deceased) andongoing supportof his Mother,Maria. He has always been available to take his elderly parents to their multiple medicalappointments,assisting them during inclement weather situations andhelping them to  maintain theirhome, so they could continue to live independently, which was very important to them.

I respect that the jury has found Joe guilty on some of the charges. I am writing this letter to offer a better understanding of who Joeis as a loving, caring, and as someone who was "always there" when you need him. I wish to thank the court for your time and attention in reading my letter.

I am requesting the court's consideration for leniency in Joe's sentencing. I feel this request is warranted given Joe's exemplary compliance with the restrictions of wearing a tracking monitor at all times, as well as his complete adherence to the restrictions of "house arrest" for the last 6years, including the months into years when the case was delayed due to the Covid epidemic.

I am available to confirm the facts in this letter if necessary.

Sincerely,

*Carol Scholes*

Carol Schdu  2/12/2025

3/19/2025

In the case of Joseph Bongiovanni

Honorable Judge Vilardo:

Let me introduce myself, I am Delores Mambrino, Joseph Bongiovanni's Aunt. Joe's mother and I are sisters. I have known Joe since birth and being a tight knit family, he has been part of my life continuously and considerably, more than just a nephew.

Growing up in such a close family Joe has developed a strong sense of family values. When his father Fred started Dialysis Joe was the one who took his father to his appointments three times a week for over 8 years. He also took care of his mother who has many medical issues which limits her mobility. It is killing Joe right now not being able to take his mother to her Doctor Appointments and visit her in Hamburg where she resides. He is dependent on his sister to bring his mother to visit, which is not as often as he would like because his sister works.a full time job in Orchard Park.

Joe grew up in North Buffalo and put himself through college. He was an outstanding student and received a degree in Criminal Justice. Joe, at the very start of his career dedicated his life to public service.and law enforcement.

On a personal note, Joe always worried about me and my safety. I am an 88 year old woman who works food service at the Buffalo Bisons Salen Field. Ever since I became widowed he has seen to my welfare and has made sure I get home safely. Furthermore he is a unique and loving nephew. He is above caring and As I have demonstrated, devoted to his family immediate and extended.

To demonstrate his selflessness, Joe, while going to work stopped to aid a woman screaming out her window that the building was on fire and she

needed help. That instance Joe saved her life and others in the building.  He has received several awards for this act of heroism.

Judge Vilardo, I request that you take into consideration the character of Joe Bongiovanni and realize what I've known all his life, that he is a good and honorable man and cares very deeply for those around him.

Thank you for taking the time to read this letter and considering all that I have stated about the nephew I love very much.


Respectfully,

*Dolores M. Mambrino*

Linda M. Steeg



Williamsville, NY 14221



Your Honor,

My name is Linda M. Steeg, I am one of Joseph (Joe) Bongiovanni's first cousins. Joe joined our family when he was 11years old, when his mother, Maria, married my uncle Frederick (Fred) Bongiovanni. Fred was my mother's only brother, with whom she had always been very close.

Immediately, our two families melded easily to become very close and supportive of each other, always there to help each other. I remember the many happy times our family spent together, the birthday celebrations, the summer holidays spent having picnics, but mostly I remember our family Christmas celebrations. Joe was always there, adding life and love to all our family celebrations. Joe always loved being with family, he always demonstrated respect for his elders, his parents, my parents and all his aunt and uncles. To this day Joe still talks about his fondest memories of my deceased mother's fabulous cooking, including his favorite, eggplant parmesan which she would always make " for her Joey, the son she never had".

As Joe's parents got older, and their health began to decline he was always there to help them with whatever they needed. If he could not fix it or repair it, he would hire someone to replace it. Despite the demands of his job with the Drug Enforcement Agency, Joe was always available to help whenever he could.

Both Joe's parents had/have serious health issues. His deceased father (my late Uncle Fred) required outpatient hemodialysis three times a week for many years. When his dad could no longer drive himself for treatment, Joe was always the first one to volunteer to drive his dad to and from his treatments.

Joe remains very close to his aging mother, who also has had multiple chronic progressing medical conditions for many years, requiring numerous doctor's appointments and multiple medications and treatments. Even now, while under house arrest, Joe is always there whenever needed for his mother.

I understand that the jury has found Joe guilty on some of the charges. I respect their decisions. I write this letter to provide an understanding of who Joe is as a loving, caring, respectful son, grandson, brother, nephew, cousin and friend who is/was "always there" when you needed him.

I am requesting the court's consideration for leniency in sentencing Joe. I believe this request is warranted given the exemplary compliance Joe has demonstrated with always wearing the tracking monitor, despite it causing him personal health problems. Additionally, Joe has consistently adhered to all the requirements of house arrest for the past 6 years, including the months/years of court delays caused by the Covid epidemic.

I respectfully thank the court for taking the time to read my letter. I am available at your convenience to confirm any of the information contained in this letter.


Respectfully,

Linda M. Steeg

3/4/2025

Maria Grisanti

████████████████

Buffalo, NY 14216

████████████████

**To The Honorable Judge Vilardo**
United States District Judge of Western NY
2 Niagara Sq
Buffalo NY 14202

Dear Hon Judge, Vilardo

**Re: Character Reference for Joseph Bongiovanni**

My name is Maria Grisanti, I am writing this letter to you to provide a character reference letter for Joesph Bongiovanni who is appearing in front of your court regarding the case DEA agent convicted of conspiracy.
I have known Joesph Bongiovanni since birth. I feel compelled to share my perspective on his character and the positive attributes I have observed during our lifelong friendship.

I say this lifelong friendship because we are more like cousins, however, not blood related. My father's sister was married to Josephs mothers' brother which made us have the same aunt and uncle.
That made us grow up as a family. He called my parents aunt and uncle as I did the same for his parents.

Over the years Joey and I shared blood cousins which Aunt Gracie and Uncle Joe had two children, a boy Sammy and a girl Paula which were the same ages as us. We grew up as family and went on numerous family vacations with Aunt Gracie and Uncle Joe, Paula and Sammy were allowed to pick a friend, or a cousin and they always picked us. We always had fun on vacations as a family.
That's not all though Uncle Joe put us to work at a young age, he owned a restaurant on the lower west side of Buffalo called Scotties Tavern Clam Bar. Joe and I worked along with Paula and Sammy counting clams in the cooler and putting the clams into dozens , Uncle Joe paid us 6 dollars weekly, so we would learn how to make an honest living.

I would see Joe at least once or twice a month during our younger years. As we grew older into teenagers, I was older than Joe, so we didn't hang around as much as we did when we were younger. We would still see each other often at family gatherings.
Joe was always so respectful of others and had a big heart and such compassion for our friends and family. As we became adults, we met a lot of the same people and would occasionally see each other out, and it was always a pleasure to see each other.

As time went on, we both grew and got married and had our own families, but we would still see each other and family functions, and it was always a pleasant surprise to see him and his family.

From my experience Joseph Bongiovanni has constantly demonstrated loyalty, honesty, responsibility and compassion.
For example, I went through a divorce about 35 or so years ago and Joe reached out to see how I was and if I needed anything. I will always be grateful for his loyal friendship and his caring nature.
Joe always had a smile on his face and would light up a room when he was in it. I can honestly say having Joe as a friend/family has been a blessing. Joe is a great son to his mom; he recently lost his dad, and I know he has taken care of her as much as he can to help her through the passing of his dad. He is also a wonderful husband to Lindsey and a great stepdad to.
Matty who lost his dad not that long ago. I know Joe has not only been a remarkable kindhearted friend but also a loving family man to his family, that needs him.

Your honor with all due respect please considers all of Joseph Bongiovanni's good qualities and not any of the wrongdoing he was accused of.

At this time, I would like to thank the court for taking the time to read my letter.
I am available if you have any questions to confirm this letter as necessary.


Sincerely,
Maria Grisanti

*Maria Grisanti*

MaryJo Fragale

Buffalo, NY 14216

February, 2025

RE:    Joseph Bongiovanni

To:    The Honorable Lawrence J. Vilardo

I am writing to provide a character reference for Joseph Bongiovanni whom I have know
for most of his life.  His family and mine have been friends and neighbors for about 55 years.
He and my children started elementary school together and have been friends ever since. I am
aware of the charges brought against him and the upcoming court proceedings, and I believe
It is important to share my perspectives on his character and conduct.

As a child Joey was always kind, dependable and willing to go the extra mile to help anyone. Through
The years, I have had the privilege of witnessing Joseph demonstrate unwavering integrity, compassion,
and responsibility throughout our many years of acquaintance. Joseph has always been a person of
of high moral character, displaying honesty and truthfulness for all interactions.  He has consistently
shown respect for others.

Based on my knowledge of Joseph, I firmly believe that the actions alleged and the charges against
him are uncharacteristic of his nature.  I truly believe that he is a person of honesty with much
love toward his family, friends and community.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite
the current case, I believe Joseph to be an honest individual, a valuable member of our community and
a good human being.

Sincerely,

MaryJo Fragale

Dear Judge Vilordo,

I am writing this letter to give you some additional insight into the court case of my younger cousin, Joseph Bongiovanni.

I was in your courtroom every day, for both trials, 4+ months.

(defense side, "front pew" nearest the aisle.
(74 yrs, tall, grey/brown frizzly hair, usually wore 2 sweaters + a scarf (brown.)

Joey was born into a close, extended, Sicilian family. Family get togethers for "sauce" at Grandma's house every Sunday.

Although I grew up in Tonawanda near Kenmore East High School, I always had a special spot in my heart for Joey.

I was 12 years old when Joey was born, Maria (his Mom) and I are first cousins.

As a college student, I babysat for young Joey + his baby sisters, .. while Mom worked.

Our house in Tonawanda was a different world for little Joey. My Dad's vegetable garden, our hamster + basset hound, picnics under the apple tree. He went fishing with my Dad.

The sweet little boy grew into a loving, caring teen. Being the oldest child, he took on the "eldest child" role to make things easier for

his Mom. He did everything he could to help her.

The man I have seen him grow into was loving, responsible & decent. He really understood commitment and never faltered in his responsibility to his family –
Mom, Dad, wife Lindsay, daughter Chelsea, stepson Mattie – there for his sisters & extended family too.

He's parents had a long history of serious health issues – and Joey was there to help them from the beginning.
Even with his ankle bracelet for 5+ years, Joey was still looking after Mom & Dad.
Getting permission leave the house for Dad's dialysis treatments or nighttime ER trips.

Joey spent 5+ years with ankle restrictions. For that 5+ years his life was significantly impacted. I know that because of the COVID pandemic that trials were delayed and our country was in a state of limbo.
It is my understanding that during that time Joey was very compliant with the ankle bracelet restriction. (travel boundaries, time etc...)

I hope this will be taken into consideration...
... that the 5+ years that he has in effect served,
will carry weight in his sentencing.

I was present almost everyday for BOTH trials,
listening to voluminous testimony. I feel I have a
unique perspective as a concerned observer.
I watched and listened VERY carefully, I tried hard
to keep an open mind.

I do have a concern about conversations, that
by their nature, cannot be verified.

I realize that I am NOT an attorney,
and cannot presume to weigh in on the legalities.

From where I sat, the testimony of the
" He said, she said" or "He said, he said" nature were
very detrimental.
"He said, she said" was not able to be verified or
corroborated @ times.

Additionally, my concern that some witnesses
stood to gain personally from their testimony.
... and therefore could have been motivated
to provide ½ truths, disinformation and falsehoods.

Judge Vilardo,

    I realize that sentencing a person is a serious, large responsibility.

    I appreciate being given the opportunity to give my perspective on the man that Joey is.

Sincerely,
Patty Kennedy

March 19, 2025


In the case of Joseph Bongoivanni


Honorable Judge Vilardo:

It is my honor and incredible privilege to write a personal reference for Joseph Bongiovanni.  Joe is my first cousin,  Joe's mother Maria and my Father Joseph were siblings, however Joe was more like a little brother and his sisters were like little sisters to me.  Because we were so close we were raised with the same moral, and values.

We were raised with a strong work ethic and to take pride in whatever we were doing whether it was careers, school, or sports.  At a very young age Joe and my brother Sam worked at my father's restaurant, Scotty's Tavern mopping floors and husking corn. This taught Joe responsibility, which, to this day he has in abundance.

We were taught to honor, defend and protect family, no one in our family has shown this more than Joe.This is so evident in how he raised his daughter Chelsea and how he takes care of his ailing mother Maria and took care of his now deceased father Frederick.

Growing up, Joe was a funny, sweet boy, as a young man he was responsible, kind and loving.  As an adult he is honorable, ethical and faithful.  He has a strong sense of duty and a strong moral compass.  I am  so proud to call him family.  One example of a time I felt extreme pride happened while he was driving to work, he heard a woman screaming for help, and with no regard for his own personal safety, he went into a burning building and saved lives.  Because of this selflessness he received an award for heroism.

As an male figure in my son Zachary's life, Joe filled a part of a void my son's father did not fulfill.  He was always so gentle and reassuring.  His strong values were not missed on my son. My son thinks of Joe as Uncle Joe even though he is only his cousin.

Judge Vilardo, the impact this unfortunate situation has had on my cousin is tragic. The impact on his personality and his glass-half-full philosophy on life has taken a mortal hit on his very soul.  Joe has spent over six years in limbo watching his family suffer and his name dragged through the mud.

Even though Joe is my cousin and still my "little brother" I would never write this letter if I did not believe in him 100%, and I do believe in him 100%. I have observed his strong character and moral convictions all through his life and have never seen anything that would give me pause or make me question my faith in his integrity. Joseph Bongiovanni is a good man and a credit to society.  I implore you to look past the circumstantial evidence presented by disreputable criminals looking to receive a lighter sentence and seeing the honorable, good man who stood before you through two trials.

Thank you for your time and consideration,

Respectfully,

Paula Sebastian

Dear Judge Vilardo:

My name is Samuel J. Sebastian and I am both proud and honored to be writing this character letter for Joseph Bongiovanni.  Joseph Bongiovanni is my first cousin where his mother and my father are brother and sister. I have known Joseph for as long as he has been born.  We have both lived in the Western New York area and within 20 minutes of each other almost our entire lives (other than the three years my family moved to New Jersey during my high school years and his family lived in Florida).

Growing up on the West Side of Buffalo for our entire childhood, my "Cousin Joey" and I were inseparable in just about every way.  Before reaching school age for kindergarten, we spent nearly every day playing together because our families lived within walking distance from each other.  Also, both our families owned and operated Scotty's Tavern (1959-1977) and the Turf Club (ca.1970-1977).  Our families closed both these restaurants because of the extensive damage caused by the Blizzard of 1977. Needless to say, with living so close to each other and owning these two family restaurants, my cousin Joey and I spent most, if not all, of our childhood years together doing family activities and sporting events.  We played on the same teams for both West Side Little League Baseball and Football until our high school years.  Then during  high school, when my family moved to New Jersey, each summer I would come back to the Western New York area and live with my cousin Joey and his family.  Throughout this time, my cousin Joey and I spent many hours together with family and friends.

All throughout our many years together, I always looked to my cousin Joey more as a "brother" than a "cousin."  We have spent so much time together, I truly believe I know him far beyond  other people.  With all this being said, I have always known Joseph Bongiovanni to be a caring, kind, family-oriented individual. His work ethic, dedication to his family and occupation, and upstanding integrity has always been present from the day he was born up to and through today.  I have never witnessed a time or instance where he either abandoned or neglected his duty or character for the sake of personal gain. Joseph Bongiovanni would rather help or assist either a friend or family member in need than engage in an activity that would only benefit himself.  He is, and always will be, a selfless individual who would take time and energy out of his

busy day and to come to the aid of someone in need.  I grew up with that person and will always believe he is an individual with outstanding character and integrity.  Traits such as those do not change as a person gets older in age, they are only enhanced with more love and devotion to the two main parts of Joseph's life, his family and friends.

For these reasons, I firmly believe Joseph Bongiovanni is a person with the highest character, integrity, and faithful qualities.  If you were to take a look at his entire life's work, you will too see that Joseph Bongiovanni is a trustworthy, upstanding, law-abiding citizen that deserves respect and admiration from every person he has encountered in his lifetime.  If you have any questions or concerns regarding any of the above information, please do not hesitate to contact me at ████████████████

Sincerely,

Samuel J. Sebastian

DATE:

FROM:    Philip Torre

SUBJECT:  Defendant Joseph Bongiovanni

TO:      Hon. Lawrence J. Vilardo
         United States District Judge

Hon. Judge Villardo,

Im am writing this letter on behalf of Defendant Joseph Bongiovanni in regards to his upcoming sentencing.

I have known Mr.Bongiovanni since chilhood as our families have been intertwined through marriage. As a Buffalo Police Det. Sergeant assigned to the Buffalo DEA task force for approximately 11yrs, some of which coinsided with Special Agent Bongiovanni"s time at the Buffalo resident office. It is my oppinion and observation that Agent Bongiovanni always conducted himself with integrity and developed a multitude of major cases resulting in the prosecution and conviction of high level drug offenders. During our time working together I was always impressed by Agent Bongiovanni's attention to detail while conducting some of the most complex cases including serveral Title III wiretap and informant based investigations.  I along with several other task force agents and special Agents relied on Agent Bongiovanni's expertise in managing case activity.

In conclusion, I would ask that your consderation and mercy be granted to Mr. Bongiovanni. He has suffered greatly to this point whereby his name, his life have been ruined through this ordeal.

PHILIP TORRE

Robert Carnevale

Buffalo, New York 14216

May 5, 2025
Honorable Judge Lawrence J. Vilardo.
United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York 14202

Dear Judge Vilardo:

My name is Robert Carnevale, and I have served on the Buffalo Firefighter Department for the past 29 years. I am writing this letter in support of Officer Joe Bongiovani, a man I had the privilege to serve alongside in an unexpected but unforgettable moment that exemplifies who he truly is.

Several years ago, while off duty, I witnessed firsthand the courage and character of Officer Bongiovani when a residential building in our neighborhood caught fire. Without hesitation—and also off duty —Joe and I ran into that burning structure together to help evacuate residents who were trapped inside. There was no protective gear, no backup, no time to consider personal risk. Joe's first instinct was to run toward danger, not away from it, simply because he saw people in need.

That moment, though just one in his decades-long career, speaks volumes about the kind of person Joe is. He didn't act because of a

badge, a paycheck, or recognition. He acted because that's who he is —a protector, a public servant, and above all, a man of tremendous integrity and courage.

Learning of the accusations made against him has been deeply upsetting to those who know the kind of person he is. Joe Bongiovani has served with honor for over 20 years, with an unblemished record, and has consistently gone above and beyond the call of duty. The individuals who have testified against him are not only of questionable credibility but stand in stark contrast to the character of the man I stood beside in a burning building.

Joe's life and reputation have been unfairly dragged through a prolonged legal process, and I cannot stand by in silence while a good man—one who has repeatedly risked his life for others—is made to suffer such injustice.

I respectfully urge you to consider the facts, Joe's service record, and the nature of those who have accused him. In my experience, there is no doubt: Joe Bongiovani is a man of honor, and our community is safer because of people like him.

Sincerely,

*Robert Carnevale*

Robert Carnevale
Buffalo Fire Department

July 3, 2025

Hon. Lawrence J. Vilardo
United States District Court for the
    Western District of New York
2 Niagara Square
Buffalo, New York 14202

Dear Judge Vilardo,

                Re:  Character Statement – Joseph Bongiovanni

                My name is John Flickinger. I am currently employed with the United States
Capitol Police. As you learned at trial, I was previously employed as a Special Agent with the
Drug Enforcement Administration (DEA) until my retirement.

                In May 2011, I was promoted to Group Supervisor and assigned to the DEA Buffalo
Resident Office. I was subsequently promoted to Resident Agent in Charge and continued to
serve there until being transferred to DEA Headquarters in August 2017. From approximately
May 2011 through May 2015, I directly supervised Special Agent Joseph Bongiovanni and
continued to know him in a professional capacity through August 2017. During this time, SA
Bongiovanni was a solid investigator and a valuable team member. SA Bongiovanni worked
hard to protect the Western New York community from drug traffickers and their associated
violence. While the majority of Special Agent Bongiovanni's investigations were not complex,
he consistently put together successful Federal investigations which were impactful and made the
streets of Buffalo safer.

                Below are some examples of Special Agent Bongiovanni's efforts. They include the Peter
MILITELLO investigation which was one of the first cases nationally where a trafficker was
prosecuted federally for causing an overdose death resulting from fentanyl. In another
investigation involving a violent, multistate heroin trafficking organization, SA Bongiovanni led
an investigation of Rasheen NEWKIRK who was armed with a Glock handgun at the time of his
arrest and had previously served 10 years for a prior federal firearm conviction. In another
instance, Special Agent Bongiovanni, on his own initiative, entered a burning building in
Buffalo, helped clear it, and potentially saved lives. Special Agent Bongiovanni received a
national award from the Federal Law Enforcement Officers Association (FLEOA) in addition to
being recognized by the 100 Club of Buffalo for this act of heroism.

                Overall, from my work-related experiences with Special Agent Bongiovanni, he was a
team player, good natured, and someone who could be counted on. Although Special Agent
Bongiovanni was not the most sophisticated investigator or flashy, he was effective and had a
simple way of going about his job.

For reference, included below are the news articles addressing these instances.

Respectfully yours,



John Flickinger

---

**Special Agent Joseph Bongiovanni- US Drug Enforcement Administration- November 2012**

On the morning of November 16, 2012, two off duty City of Buffalo Firefighters, Jeffrey Kane and Robert Carnevale, and DEA Special Agent Joseph Bongiovanni were driving separately on Amherst Street in the City of Buffalo when they all happened upon a structure fire at a three story apartment building. Smoke was billowing out of the structure and most of the 50 residents, some still in pajamas, were fleeing from the building, including a woman who jumped from a second story window as flames encroached. Unbeknownst to each other, they all decided to stop and enter the burning building to assist residents. Firefighter Kane who asked his wife to pull their car over instinctively entered the burning structure, without the protection of any equipment, to attempt to remove the remaining residents. He realized the heavy smoke allowed for a small window of air about 6 inches from the floor so he stayed low and banged on the floor calling out to people to get out of the structure. At this point he saw a pair of feet moving away from him so he drew a deep breath, stood up and ran through the thick smoke to grab a woman who he safely removed from the building. Upon reentering the building, he heard a familiar voice, that of fellow Firefighter Robert Carnevale and another man, Special Agent Joseph Bongiovanni, who were also in an off-duty capacity and searching for people as well. Each relieved there were others assisting at the scene, they continued the search of the structure until the flames and smoke became so intense they had to exit the building leaving the remaining searches and firefighting to arriving Buffalo Fire Companies.

The 100 Club of Buffalo recognizes City of Buffalo Firefighters Jeffrey Kane and Robert Carnevale and DEA Special Agent Joseph Bongiovanni for their heroic actions of November 16, 2012 for disregarding their own safety by entering a burning structure without the aid of protective equipment and saving the lives of numerous residents.

**Peter Militello Investigation / Overdose Death of Robert Runfola- May 2013**

BUFFALO, N.Y.--U.S. Attorney William J. Hochul, Jr. announced today that a grand jury has handed down a 10 count indictment charging Peter N. Militello, 32, of Tonawanda, N.Y., with possession with intent to distribute and distribution of heroin and crack cocaine. The charges carry a mandatory minimum penalty of 20 years in prison, a maximum of life, a fine of $1,000,000 or both.

Assistant U.S. Attorney Eric M. Opanga, who is handling the case, stated that according to the indictment, between January 25, 2010 and June 6, 2013, the defendant sold heroin and crack cocaine on several occasions in the City of Buffalo. On May 23, 2013, Militello sold a heroin and fentanyl mixture to an individual residing in Buffalo. Several hours later, the man was found dead in his residence by a family member. An autopsy performed on the man found that he died as a result of acute intoxication from the heroin and fentanyl mixture.

"This is the first prosecution involving this deadly mixture of heroin and fentanyl," said U.S. Attorney Hochul. "Our Office in collaboration with our law enforcement partners at every level, have joined together to warn the public of the deadly consequences of this emerging threat. The community needs to know the dangers of this mixture which can result in death in mere minutes after it enters the body. Let this case serve as a warning to anybody who engages in the trafficking of any illegal narcotics that we will vigorously track you down and bring you to justice."

In November 2015, Militello, who was convicted of possession with intent to distribute and distribution of fentanyl and heroin, was sentenced to 360 months in prison and 10 years supervised release by U.S. District Judge Richard J. Arcara.

"Today's sentencing concludes the *first ever prosecution* of a drug dealer who killed his customer with his illegal product," said U.S. Attorney Hochul. "Successfully tackling the deadly opiate epidemic that is sweeping across our community will take many working together. As was also shown by our prosecution of a medical doctor this week, our Office intends to do its part."

DEA Special Agent in Charge James J. Hunt stated, "Law enforcement can't change the fact that heroin and fentanyl use leads to overdose deaths; deaths of people whose lives were cut too short. However, this prosecution hopefully brings some closure to their loved ones and causes others who distribute fentanyl-laced heroin not to make the same choices that Peter Militello made."

**Rasheen Newkirk Investigation / Handgun Seized- December 2013**

BUFFALO, N.Y.- Rasheen Newkirk was arrested in Buffalo by DEA agents. A search of his residence revealed heroin and a loaded handgun. Newkirk had a prior federal firearm conviction and was prohibited from possessing firearms. This arrest was the result of an investigation involving DEA offices in Buffalo; Toledo, Ohio; and Chicago, Illinois. An investigative lead was developed by DEA agents in Ohio, where a Chicago-based courier transporting heroin was intercepted by an Ohio State Highway Patrol trooper.

In June 2017, Acting U.S. Attorney James P. Kennedy, Jr. announced that Rasheen Newkirk, 42, of Buffalo, NY, who was convicted of possession with intent to distribute heroin and being a felon in possession of a firearm and ammunition, was sentenced to 151 months in prison by U.S. District Judge Richard J. Arcara.

Assistant U.S. Attorneys Wei Xiang and Patricia Astorga, who handled the case, stated that on December 11, 2013, Newkirk was arrested by Drug Enforcement Administration special agents in Buffalo. The defendant was identified through an investigative lead that was developed by DEA agents in Ohio, where a Chicago-based courier transporting a load of heroin was intercepted by an Ohio State Highway Patrol trooper.

A search of Newkirk's house in Buffalo yielded, among other evidence, a quantity of heroin, 205 glassine envelopes, and a loaded Glock handgun. The defendant served a 112-month sentence for a previous federal firearm conviction and was prohibited from legally possessing any firearm and ammunition.

The plea is the result of an investigation by the Drug Enforcement Administration Resident Offices in Buffalo, Toledo, Ohio, and Chicago, Illinois, under the direction of Special Agent-in-Charge James J. Hunt, New York Field Division, the Bureau of Alcohol, Tobacco, Firearms and Explosives, under the direction of Special Agent-in-Charge Ashan Benedict, and the Ohio State Highway Patrol.

# SUBURBAN MEDICAL GROUP
9 Limestone Drive
Williamsville, NY 14221-7051
Phone: 716-626-4200

April 9, 2025

Ref:    Joseph Bongiovanni
        85 Alder Pl
        Tonawanda, NY 14223
        Date of Birth    : 07/18/64

To whom it may concern:

I am writing to confirm that Mr. Joseph Bongiovanni has been under my care since 2019. He has been diagnosed with Major Depressive Disorder, Recurrent, Moderate, and Posttraumatic Stress Disorder, Chronic. Mr. Bongiovanni has been compliant with all prescribed medications and has been actively participating in therapy sessions. He has been working diligently to manage symptoms associated with PTSD and depression. Despite the presence of certain triggers that can precipitate his symptoms, there has been a notable improvement in his mental health since the initiation of consistent psychiatric and therapeutic care.
Please feel free to contact me should you require any further information regarding Mr. Bongiovanni's health status or treatment plan.

Sincerely,

Syed S Ahmed, M.D.

Electronically signed by Syed Ahmed, MD