Maria Bongiovanni
███████████████████
Hamburg, NY 14075

June 21, 2025
The Honorable Judge Lawrence Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Dear Honorable Judge Vilardo,

I am writing to you as the mother of my son, Joseph "Joey" Bongiovanni, who is appearing before your court for sentencing. My name is Maria Bongiovanni, and I humbly ask you to consider Joey's character and the person he truly is when making your decision, not the individual who has been publicly defamed and ridiculed for the past 6 years. As his mother, I have watched him grow into a kind, honorable, respectful, and family-oriented man, and I believe his lifelong actions before these seven years truly reflect the values we instilled in him.

Joey grew up in a challenging home environment, but he always rose above it. Like most Sicilian-American families on the WestSide, we all may have been working class poor, but we were wealthy in family love. Unfortunately, Joey's biological father was not present in his early years, and as a young boy, Joey took on responsibilities to protect and care for our family. For example, when he was just a child, he intervened to protect me during a difficult moment with my former husband, showing courage and loyalty beyond his years. Likewise, Joey would selflessly give me money for the household maintenance from his birthday or his First Holy Communion cards. No child should have to be an adult before their time, yet Joey took on this willingly without complaint. Despite hardships, Joey was raised with the principle, taught by my late second husband, Fred Bongiovanni, to always act in a way that allows you to look at yourself in the mirror with pride. Joey has lived by these ethics, always striving to do what is right while assisting those he loved.

Joey has consistently shown compassion and dedication to those around him. He was exceptionally close to my mother, his grandmother, whom he affectionately called "the ultimate bubble" because he taught her how to blow bubblegum " bubbles." When my mother came to live with us six months out of the year, Joey would sleep on the couch at our house, so she had a bedroom. Joey would keep her company and drove her to appointments, ensuring she was cared for. When she passed away in July 1986, the first Christmas Eve without her, I discovered that Joey had quietly gone to her gravesite to play her favorite Christmas song, "Silent Night" at her gravesite. When my uncle Charlie suffered a stroke, Joey carried him to safety after a fall in the hospital, even though they were not particularly close, because that is the kind of person Joey is—someone who helps others without hesitation. Joey once ran into a burning building on Delaware Avenue to save people, earning public recognition for his bravery. These acts reflect his selflessness and commitment to others.

DEFENSE EXHIBIT
A.3
19-CR-227-1-LJV

DE A.3 - Page 1 of 14

As a brother, Joey has been a protector and role model to his sisters, Marla and Lisa. When Marla, as a little girl, tried to "runaway" on her tricycle, Joey gently tied her pigtail ribbons to his bike and brought her home safely. He went to Hertel Avenue bars to ensure his underage sisters were not served alcohol, showing his deep care for their well-being. As a father, Joey has been devoted to his daughter, Chelsey, never missing a support payment and always prioritizing her needs. His wife, Lindsay, a hardworking nurse and supportive woman, stands by him, and together they live modestly in a split-level home, focusing on family rather than material wealth. Joey has helped raise their son Matthew in the same selfless manner his father, Fred Bongiovanni, did with him. At this home is Joey's 14-year-old dog "Buddy" who has hip dysplasia and Joey must carry him around the house; Joey has needed a hernia operation that has been put on hold because Buddy must be carried around. That is his selflessness personified.

Joey's career in law enforcement was driven by a desire to serve and protect his community. He worked tirelessly, from tending bar to support himself through college to serving with distinction in Florida, where he was trusted with significant responsibilities. He was proud to serve, even in dangerous situations, and always called me to say, "Ma, I love you," before going on duty, showing his thoughtfulness and devotion to family. Joey was the first DEA Agent in Buffalo to investigate a fentanyl overdose death, and his tireless work led to the first successful fentanyl prosecution in WNY.

Your Honor, I am 81 years old, with health challenges including a heart condition and lupus. Joey calls me multiple times a day to check on me, ensuring I am okay, because that is who he is—a son who adores his family. When my husband Fred was on dialysis, Joey took him to his appointments, helped do our grocery shopping and would bring him home all while trying to deal with his current situation. The current situation has changed him significantly; he no longer smiles as he once did, and it breaks my heart to see him suffer. I passionately believe in Joey's goodness and his potential to continue being a positive force in our family and the community.

I respectfully ask for your compassion and leniency in Joey's sentencing. He is a man who has always put others first, from his parents, his grandmother to his sisters, his daughter, his wife, son, Matty, and the community. I have prayed for you so that you may see the man we raised—a loving, honorable, and dedicated son who deserves a chance to continue contributing to those who love him. Your Honor, you have been there since day one and have seen the unprecedented actions of the government hell bent on putting my son away for the rest of his life, I beseech you to draw from your wisdom and utilize your judicial discretion to decide the fate of my son.

If you need further information, please contact me at ███████

Thank you for your time and consideration. I pray for your wisdom and fairness in this matter.

Sincerely,

*Maria Bongiovanni*
Maria Bongiovanni

Marla A. LaMonte

█████████████████

Hamburg, NY 14075

█████████████████

June 21, 2025

The Honorable Lawrence J. Vilardo
United States District Judge
Western District of New York
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

Dear Honorable Judge Lawrence J. Vilardo,

I am Marla A. LaMonte, Joseph Bongiovanni's younger sister. I write to respectfully offer a character reference for my brother, an honorable man who will be sentenced in your court in July 2025. As his sibling and lifelong confidante, I humbly ask Your Honor to consider the true Joey—defined by integrity, family devotion, and service—when determining his sentence.

At age five, my brother assumed a fatherly role after our mother left an abusive marriage. With our mother working long shifts at Scotty's Tavern, a family restaurant, Joey made sacrifices to help ease my mother and our lives. For instance, my brother used his communion money to buy her a junker car, ensuring she no longer took buses to work. He helped raise my sister, Lisa, and me, creating joyful memories—like day trips to Canada's Crystal Beach—despite our poverty we were wealthy with unbreakable bonds of love and memories. Joey always found time for my sister and I and encouraged the "tomboy" in me in small ways, for example teaching me how to throw a football. Joey's protectiveness continued to shine when he rescued me from wandering into traffic, tying my tricycle to his banana bike to bring me home safely. My brother has always been about placing others first and protecting the vulnerable. These early selfless acts forged a lifelong bond rooted in love and responsibility.

In childhood, my brother worked alongside our first cousin Sammy Sebastian at Scotty's, husking corn and stocking supplies, establishing his strong work ethic and the importance of working and helping the family. As a teenager, he excelled in Little League baseball and at Cardinal O'Hara football, earned team and individual trophies; these sports helped my brother learn discipline. When our dad, Frederick Bongiovanni, married our mother in 1976, Joey embraced him as a role model, adopting his values of respect and hard work. Our new father helped my brother develop and grow.

As an adult, Joey served as a DEA agent, graduating from Quantico. He was so proud of his achievement and starting his federal law enforcement career. We were all equally proud of Joey. While in Florida, my brother took assignments that often risked his life in Florida, yet he always called our mother before dangerous assignments to say, "I love you."

Back in Buffalo, NY, my brother earned professional accolades, including public recognition for rushing into a burning building at Great Arrow Plaza to save lives. Additionally, Joey successfully investigated the first fentanyl overdose case in WNY.

Despite a demanding career, my brother remained a devoted son, stopping daily at our parents' home to check on them. When my husband, Mark and I lost our home in a fire, he welcomed us—king-sized bed, two dogs, and all—into his apartment rent-free, ensuring we felt at home. My brother never asked Mark and I to help pay for utilities; he just went about his life despite the 8-month inconvenience. Joey was happy to know we were safe at his home.

My brother's humility and dignity define him. He is not by far the flashy person these prosecutors and the WNY media made him out to these last six years . The whole "mafia" defamation that was perpetrated in the WNY media is so not my brother; we were never raised in that environment. Joey shops for bargains at Marshall's and Off-Saks, not Hugo Boss. His hobbies are restoring antique typewriters, and he builds models and restored a vintage car looking for *bargain* parts on eBay. Joey loves to cook family Sunday Sauce dinners, earning our late father's nickname, "Bobby Flay of the family." In 2015, he married Lindsay, supporting her nursing education. Together, they built a modest, loving home in Tonawanda, filled with Sunday sauce, beautiful Holiday celebrations, and family warmth. Lindsay could not have been more of a perfect match for my brother; they used their modest incomes to improve their home not spending it on material things. Joey and Lindsay mentored their son, Matthew urging him toward a stable career as a barber. He has done the same for his nephews, Zachary and Nicholas.

My brother has always cared for our ailing parents. From 2014 onward, he drove our father to dialysis in brutal Buffalo winters and supported our parents through multiple hospitalizations. Our 81-year-old mother, too ill to attend Joey's 2015 wedding, longs for a mother-son dance, a dream threatened by this ordeal. The public defamation has caused my brother profound mental anguish and caused his deterioration physically, yet he remains a loving, present family man, concerned about our mother and us despite the tribulation he is dealing with presently.

It has not been easy to compress 57 years of my life with my brother into three pages, however in summation, Your Honor, my brother is not the man portrayed by his accusers. He is a dignified, respectful blue-collar, faith-driven public servant who lived paycheck to paycheck, passing every job-related test and annual performance reports required of him. The past six years of restricted freedom and the last 8 months of home incarceration have been debilitating and has stripped the foundation of his manhood. I respectfully plead with you to consider his lifelong honor & service, his family's fragility, and the truth of his character beyond the courtroom and media stories. I pray your honor that as a man of faith, you take into consideration the totality of my

brother's life and not solely this episode tainted by unscrupulous individuals who have been incentivized to protect their own self-interests.

Thank you for your time, and with hope and a prayer, your experience will guide your decision with thoughtful consideration and compassion. Please restore my brother fully back to our family and to our 81-year-old mother.

I am available at ▮▮▮▮▮▮▮▮ for further information or any clarification.

Respectfully,

*Marla A. LaMonte*

Marla A. LaMonte



DEA operations in Florida



A Mother's Day gift Joey made for my Mom

Amy Mercurio

Amherst, NY 14266

06/24/2025

Honorable Judge Lawrence Vilardo

United States District Court Western District of New York

2 Niagara Square

Buffalo, NY 14202

Re: Character Reference for Joseph Bongiovani

Dear Honorable Judge Lawrence Vilardo,

I am writing to offer my full support of Joseph Bongiovanni. I have had the privilege of knowing Joe for about 15 years and I am proud to call him a friend. Throughout these 15 years Joe has consistently demonstrated honesty, reliability, and kindness.

I know Joe as a person of great integrity, sincerity, and as a man who cares about the community. I know Joe as a person who loves so hard that he carries his 90 lb dog all over the house since he no longer has the strength to walk. I know Joe as a person who literally runs into a burning building to save lives. To know Joe is to love him. My nickname for Joe is fave because that's what he is; one of my favorite people who always treats everyone with kindness and respect.

I understand that the legal process is serious and respect your time and the court's time. However, I strongly believe that Joseph Bongiovnai is innocent and deserves to have his life back.

Please feel free to contact me if you require any further information. I appreciate your time and consideration in reviewing this letter.

Sincerely,

Amy Mercurio

Angelina DuAine LoGrasso, M.S.

Hilton Head Island, S.C. 29926

Reg: Joseph Bongiovanni
To: The Honorable Judge Lawrence J. Vilardo
Date: June 13, 2025

I'm writing to you today to share some of Joe Bongiovanni's remarkable achievements and the character traits that have shaped him. I've known Joe since he was an infant, and his mother, Maria, and I have been friends since grade school. Our bond was more like that of sisters than friends.

I've witnessed Joe's remarkable character development throughout his life. When he was still under five years old, he showed me great kindness by covering me with a blanket and bringing me chocolate milk when I was sick. His school discipline grades were always excellent, and he was self-motivated when he won a school competition for creative writing.

Joe was a talented athlete, especially in football. His team's success is in the Cardinal O'Hara Hall of Fame. We spent a lot of time at the beach, and he often took responsibility for reminding the children (in spite of being a child himself) where their boundaries were in the lake. When my daughter was a toddler, she ran into the street. After I corrected her, I saw Joe reinforcing the correct way to cross the street.

Joe's biological father, Joe Mule, abandoned the family when Joe was about five years old. This was a difficult time for the single-parent household, both financially and emotionally. However, Joe was fortunate to have an excellent role model in his stepfather, Fred Bongiovanni. Mr. Bongiovanni adopted the children and continued to influence his son, particularly with his strong work ethic.

Joe's journey to becoming a DEA Special Agent was inspiring. He started as an aide to a Councilman for the City of Buffalo and eventually became an Erie County Sheriff. Finally, he was accepted into the FBI. Throughout his career, he received numerous DEA awards and received great evaluations.

One of Joe's most remarkable achievements was rescuing people from fire in an apartment building while off duty on his way to work. He received national and local heroism awards for this valiant act. As a DEA Special Agent, he successfully brought the first Fentanyl overdose death case to prosecution in the Buffalo area.

I want to share these events to impress upon you Joe's character traits of honesty, kindness, compassion, courage, responsibility, and respect. These qualities have led him to stronger relationships, greater personal fulfillment, and a positive impact on the world.

Thank you for your consideration before sentencing.

Sincerely,

*[signature]*

Angelina DuAine LoGrasso

# JAMES VLAHOS D.D.S.

███████████████ Burlington. ON. L7M 4Z2.

April 20, 2025

To the Honourable Judge Lawrence Vilardo,

This letter is in regard to Joseph Bongiovanni and to provide some insight on my feelings on Joe's personal character. My name is Dr. James Vlahos and I am a general dentist in St. Catharines, Ontario, Canada. I attended SUNY at Buffalo for my dental degree and graduated in 1992. In 1992 to 1993, I attended a general practice residency at Millard Fillmore Hospital in Buffalo, NY. It is during that residency that I met Lisa Bongiovanni. Our relationship deepened and we were married in November 1993 in Kenmore, NY. I was warmly welcomed into the Bongiovanni family and felt the strong family bonds almost immediately. Family was very important to them and love and respect were the foundation of their family. I did not have a brother from my own family but Joe quickly made me feel like I was his own blood. I felt blessed to have Lisa, her mom and dad, Joe and her sister, Marla in my life. They made me feel loved and well respected.

My own family was blessed to have Joe as a godparent to both my children, Hailey and Nicholas. Joe was an outstanding role model for them. He showed them great love and demonstrated patience and understanding when they were quite young. Christmas was a special time with Uncle Joe. Opening Christmas presents together and enjoying dinner as a family made so many great memories. I was fortunate that Joe had asked me to be his godparent for his own daughter, Chelsea. That made me feel special and trusted to hold such an honour in the Bongiovanni family.

One of the proudest moments of the Bongiovanni family history was being there to witness Joe graduate from the Drug Enforcement Agency training program at the FBI academy in Quantico, Virginia. I felt elated for Joe as I knew that it was very important to him. My own family were extremely proud of Joe's accomplishments. We knew he would be successful and a great addition to law enforcement both locally and for the United States. When I engaged in conversations with friends and family in Canada, I spoke proudly of what Joe was doing. He was an excellent law enforcement officer that received many commendations during his career. My children looked up to their uncle in high regard. He was well respected by many.

Joe Bongiovanni has a big heart and one of the most compassionate and empathetic people I know. He will be there for you when you need help. We love him dearly and we know he loves us deeply as well. We are strong as a family and we will be always be there for him.

Thank you for the opportunity to share my feelings about my brother-in-law, Joe Bongiovanni. I am open to discuss my feelings further if you wish and I can be reached at ▮▮▮▮▮▮▮▮▮▮

Regards,

*[signature]*

James Vlahos DDS

Dear Judge Lawrence J. Vilardo,

I am writing this character reference on behalf of Joseph Bongiovanni.

I have known Joe and his family since my youth. We are West Side guys—raised with simple means and a strong work ethic. The Bongiovannis are the epitome of a classic, hardworking Italian-American family. Joe was brought up with strong values, personal integrity, and a deep commitment to doing what's right.

Over the years, I've had the pleasure of working with Joe and his parents in various capacities—ranging from our day jobs to civic and political involvement. They've always demonstrated character and dedication. I can say without hesitation: they are the best of the best.

Joe and I worked together in City Hall, serving in different roles. He was in the main office of the Buffalo Common Council, while I served as Chief Legislative Assistant to Councilman Carl Perla, Jr. Joe quickly became known as a "go-to" person—an outstanding writer of legislation with a common-sense approach to complex policy issues. He was reliable, diligent, and principled in everything he did.

We often had lunch together, and I can vividly remember how conscientious he always was—constantly checking the time to make sure he wasn't late getting back to work. Joe was always a rule follower, a true professional.

Later in our careers, our paths crossed again in the law enforcement world—Joe with the Sheriff's Department and later the DEA, and myself with the BMHA Police and Central Police Services as a Crime Analyst. In all our interactions, Joe stood out as one of the most professional, intelligent, and diligent law enforcement officers I've encountered.
We also share a personal passion for vintage cars and spent countless hours talking, attending meets, and enjoying car shows together. Through all of this, I've come to know Joe not just as a colleague but as a trusted friend and a man of outstanding character and values.

I can say with complete sincerity: I do not believe the charges against Joe are reflective of the man I have known for decades. If I had even the slightest doubt about his integrity, I would not be writing this letter.

I respectfully ask that you take my words into consideration in any decisions you make regarding his case. Joe is a good man—honest, loyal, and grounded in principle.

Thank you for your time and consideration.

Sincerely,
Leonard R. Sciolino, III

*Leonard R. Sciolino, III*
6/21/25

In the case of Joseph Bongiovanni

Honorable Judge Vilardo,

My name is Zachary Sebastian, and I have an uncle-nephew relationship with Joseph Bongiovanni. However, the relationship I share with my Uncle Joe goes deeper than the average "uncle-nephew" relationship. My father was not present in the early stages of my life, so other male role models had to serve as the "father figure" I was desperately looking for in my early stages of development as a man. My Uncle Joe selflessly undertook such a role and has positively influenced me in becoming the 25-year-old man I am today.

There are many qualities that make a kind and honorable man that I will do my best to condense and articulate. One major quality of a man is one who puts his family above all else and protects them at all costs. I can recount the myriad of holidays where I would see my Uncle Joe; he wouldn't miss a single one and was always a beacon of light in the room. He would call me "Zechariah Manchowsky "and was always a very warm, jovial and kind person, no matter what was going on in his world. He got along with everyone and never tried to instigate conflict or pin family members against each other, and always made other feel included in conversation or family stories. Through observation of my Uncle Joe's actions, this helped me realize additional qualities of a man; one who is brave, selfless, disciplined, loving, and committed to trying to make someone's day better than how it started.

In addition, I also believe that a man is one who shows discipline and gets back up after being knocked down and doesn't resort to other means to "mask the pain" he is feeling whether it is through drugs or other various crimes. My Uncle Joe has dealt with a lot of heartbreak and deceitfulness through his life, but he never let those negative experiences affect his judgement or turn him towards drug or physical abuse. He never did any drugs around me as a kid and never once urged or peer-pressured me into doing so and has outright condemned those types of actions, even for adults. A corrupt DEA agent would not adhere to the simple truths stated above.

The qualities of a man that I stated above are the exact opposite of the "criminal" people are claiming my Uncle Joe to be. A criminal is a coward who would take advantage of others and one who would put his or her needs in front of anyone else's. A criminal puts no effort into helping others and doesn't pay attention to the fact that he made someone's day better. Unless my Uncle Joe is a very good actor, the accusations brought against him are improbable based on the character and poise that he has prided himself upon.

In closing, I can say, without a doubt, that my Uncle Joe has helped fill the fatherless void I had and did so with love and grace and has truly taught me what it means to be a kind and honorable man. I am truly lucky to have an uncle like Joseph Bongiovanni in my back corner, and I am proud to call Joseph my uncle and a true father figure.

Sincerely,

*Zachary Sebastian*

Zachary Sebastian