January 9, 2026

Dear Judge Vilardo,

It is with great respect and sincere conviction that I write this personal character reference for Joseph Bongiovanni, whom I have had the privilege to know for 42 plus years. Throughout the course of our acquaintance, I have been consistently impressed by Joe's integrity, diligence, and unwavering sense of responsibility. This letter is intended to provide a thorough insight into the character and virtues that Joe embodies, as observed in a variety of contexts both personal and professional.

My relationship with Joe began growing up in North Buffalo and extended in working together at Met Life Insurance company where we both were in Sales, this was in the late 80's and over time, our interactions have expanded beyond their initial setting to include various facets of day-to-day life. It is from this multi-dimensional perspective that I can confidently attest to Joe's exceptional character. Whether in moments of calm or times of challenge, Joe has consistently displayed behavior rooted in empathy, honesty, and respect for others.

One of the most notable aspects of Joe's character is his steadfast integrity. In every situation I have witnessed, Joe has chosen to act with honesty and transparency, even when doing so may have been difficult or unpopular. Joe holds himself to a high moral standard, making decisions that are guided by an unwavering commitment to fairness and truth. This adherence to honesty is evident not only in his words, but also, and more importantly, in his actions.

For example, during the years that followed working in the insurance business, Joe went back to School to further his education to work with the Sheriff's Department and then with the DEA. Joe was faced with a dilemma that required a choice between personal gain and doing what was right for others involved. Without hesitation, Joe chose the path of integrity, demonstrating that his principles are not compromised, regardless of circumstance. This quality has earned Joe the trust and admiration of peers, colleagues, and community members alike.

Empathy is another virtue that defines Joe's interactions with others. Joe possesses a keen ability to understand, appreciate, and respond to the feelings and perspectives of those around them. This sensitivity is evident in the way Joe listens to others, provides support when needed, and offers encouragement during challenging times.



DE A.4 - Page 1 of 6

A striking example of Joe's compassion occurred when he tried to guide certain friends to make the proper career path, supporting a friend in crisis. In this scenario, Joe went out of his way to ensure the well-being of others, putting aside his own needs in favor of providing comfort and aid. This selfless approach to helping others has left a lasting impact on everyone involved and is a testament to Joe's genuine kindness.

Reliability is a cornerstone of Joe's character. When Joe commits to a task or responsibility, he approaches it with seriousness and dedication. His punctuality, attention to detail, and ability to follow through on commitments make Joe someone who can always be depended upon. Whether managing personal or in professional situations or handling routine duties, Joe consistently delivers results that exceed expectations.

Colleagues and associates have often remarked on Joe's dependability, citing numerous instances where Joe has gone above and beyond to ensure that obligations are met in a timely and efficient manner. This quality is especially valuable in personal relationships, where the success of others often hinges on trust and mutual accountability. Joe has always put others before himself.

Another hallmark of Joe's character is his exemplary work ethic. Joe approaches every endeavor, large or small, with energy, focus, and perseverance. This proactive attitude not only sets a positive example for others, but also fosters an environment where goals are consistently achieved.

A true mark of character lies in the willingness to pursue personal growth and learning. Joe embodies this quality, always seeking to improve himself intellectually, emotionally, and morally. Whether through formal education, self-study, or learning from life's experiences, Joe has demonstrated a continuous commitment to self-betterment. This dedication is evident in Joe's openness to feedback, their reflective nature, and their desire to be a positive force in every environment that he inhabits. He leads for example, inspiring others to strive for their best selves.

With that being said, although I realize that the Jury has rendered a decision, I find it incredibly hard to accept that Joe has done anything that they say he is guilty of. The allegations in this case as well as some of the convictions rendered by the jury are completely inconsistent with the character of the person I know. When the government alleges that Joe was engaging in this behavior, I did not see my friend change. I did not see him flash money around. Joe lived his life and conducted himself like he always did. I strongly feel that some of Joe's so-called lifelong friends fabricated these allegations to avoid their own personal prosecutions. That is not right. That is not fair. But that is what I think happened here.

I also believe that fear played a large role in what happened in this case. I am one of Joe's closest friends, but I was scared to get too involved in this case or as a witness. I, like many others, saw what the government did to people who supported Joe. My wife and I were scared that we would get targeted by the government if we stood by Joe too closely. It pains me to say that I hesitated to 100% stand by Joe's side during his trial, but I would be lying if I told you that the threat of being targeted by the government did not influence my behavior over the last few years. I know that if I changed my behavior to keep myself and my family safe, others did the same thing. Joe did not have many people to turn to for help at his trial because of this.

This entire case has taken a toll on Joe, as his family depends on Joe for his continued support in being a father figure for his stepson and his daughter along with his mother and sisters. I have personally witnessed my good friend go into decline over the last eight years. Joe was once a happy, gregarious person. He socialized with others. We spoke on the phone and would get together regularly. Nowadays, Joe is a shut-in – and this was the case well before he was put under house arrest.

When I heard that Joe could spend time in federal prison as a result of this conviction, I was very disappointed in the system. This has been extremely challenging to accept as I know the quality person Joe is and the dedication he had to law enforcement.

This is been very traumatic on Joe's entire family as Joe has always been the rock for them. Joe has been devastated by this entire process as well and is just a shell of the person I have known most of my life.  Joe, being a DEA Agent, will be in danger when incarcerated in federal prison.  I am not sure how he will handle being incarcerated with criminals that he helped put behind bars. He will definitely have a target on his back. I do not know how Joe and his loved ones will be able to deal with this.

Joe has been punished before sentencing by being on supervision since November 2019, being monitored by Probation on daily basis, being on an ankle monitor for half a decade, not being able to travel outside of Buffalo, and being under house arrest since October 2024. I know that these restrictions have had an effect because Joe has not been the same person since these allegations were levied. The entire process has ruined his life. I definitely feel that Joe has developed additional medical problems as a result of basically being under house arrest for many years. This should indeed serve as time served without the need for incarceration.

The other concern I have is that Joe's PTSD diagnosis and past-cancer battle will continue to cause added issues for him. Being incarcerated will probably mean that these issues

will not be attended to fully or at the degree he requires to keep healthy. He is older now. Things pop up. You need to be screened regularly to make sure a small problem does not develop into a big problem. Joe will not get that preventative care while in prison.

Life often presents unexpected challenges, and Joe has shown remarkable resilience in the face of adversity. Whether dealing with personal setbacks, professional obstacles, or changes in circumstances, Joe responds with composure, flexibility, and a positive outlook. This adaptability allows Joe to navigate transitions smoothly and to support others during times of uncertainty. Their perseverance inspires confidence and encourages those around them to face difficulties with courage. So, on one hand, I hold a lot of hope that Joe will be able to overcome his current circumstances. On the other hand, I know how much this case has broken him. More punishment just seems like too much.

In summary, I will always believe that Joe is a person of exceptional character, integrity, and ability. The qualities detailed above—integrity, empathy, reliability, work ethic, communication skills, commitment to growth, leadership, and resilience are not merely attributes that Joe possesses, but the very essence of who he is. When you sentence Joe, please keep this in mind. He is not a bad person. This case has taken a lot out of him already.

If you require further information or would like to discuss Joe's character in greater detail, please do not hesitate to contact me.


Sincerely,


Raymond Castiglione

Lifelong Friend

███████████████

███████████-mobile

**Christopher G. Floreale, Esq.**
Partner

**Direct Dial/Text**

**Fax**

**Email:**



GERBER  CIANO  KELLY  BRADY  LLP

**US Mail:**
PO Box 1060
Buffalo, New York 14201

**Visit Us/FedEx/UPS:**
599 Delaware Avenue, Suite 100
Buffalo, New York 14202

July 14, 2025

Hon. Lawrence J. Vilardo
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

      RE:    In Support of Joseph Bongiovanni

Dear Judge Vilardo,

    I'm an attorney at law duly admitted to practice in the State of New York and also in Federal Court for the Western District of New York and submit this letter in support of Joseph Bongiovanni.

    I've known Mr. Bongiovanni for 25+ years and was frankly taken aback by the recent verdicts concerning his matter. Although I confess that I do not know all of the details of the trial, it's my understanding that the convictions were almost entirely based on circumstantial evidence and testimony offered by some very questionable individuals who were offered very advantages plea deals in exchange for offering damaging testimony against him at trial.

    The aforementioned being said, I can tell you about the Joseph Bongiovanni I know. Mr. Bongiovanni is an extremely kind man with strong morals. He is a good friend, family member, and husband. He is a person that anyone would be proud to know or be associated with. In the 25+ years I have known Mr. Bongiovanni, he has never done anything that I believed was improper including being around or knowing about any individuals doing drugs or ever discussing his job in an improper manner. He devoted a substantial portion of his life to the DEA and was awarded various work citations. His service record was unblemished and it should be noted that he had put his life on the line on several occasions in service to his country.

    If any individual should be given any leniency, Mr. Bongiovanni is that person. Criminal trials are clearly the most adversarial setting in which to truly get to know somebody. I'm sure that the US attorney's office has painted Mr. Bongiovanni to be some villainous character who he is not. If you knew Mr. Bongiovanni the way that I know

him, you would understand the true man.  He is an amazing person with a golden heart and would bend over backwards to help even a stranger.  I'm not sure if the Court is aware of this, but several years ago Mr. Bongiovanni was on his way to work one morning and saw that a building was on fire.  Given that emergency services hadn't arrived yet, Joseph did not hesitate to stop his car and run into the burning building to make sure everyone was out and not at risk of losing their life.   This is the true man we are dealing with.  Too often these days we see individuals who have numerous convictions for some very terrible crimes but yet they serve no time and are back out on the streets.  They are simply released back into the society where upon they commit more heinous crimes and the cycle continues.  Mr. Bongiovanni couldn't be further than any such individual.  I hope the court recognizes the true person he is and, if at all possible under the sentencing guidelines, only sentence him to probation to connection with his convictions.

      Thank you so much for paying attention to this letter.  If you would like anything else from me or would like to call me to further discuss my relationship with Mr. Bongiovanni, my cell phone number is ■■■■■■■■■■

                      Very Truly Yours,

                      Christopher G. Floreale, Esq.