EMPLOYEE PERFORMANCE APPRAISAL SYSTEM
## PERFORMANCE APPRAISAL RECORD
### SECTION I - CERTIFICATIONS

INTERIM RATING (If Applicable)

[ ] Reassignment
[ ] Detail
[ ] Promotion

RATING PERIOD (MM/DD/YY)

From: 05/23/99
To: 12/31/99

| Employee's Name (Last, First, Middle Initial) | Social Security Number | Pay Plan |
|---|---|---|
| BONGIOVANNI, JOSEPH S. | ▮▮▮▮▮▮ | [ ] GM [X] GS [ ] SES [ ] OTHER |

| Organizational Assignment (Field Division/Hq., Office, Section, etc.) | Position Title/Series/Grade |
|---|---|
| MIAMI FIELD DIV. ORLANDO DISTRICT OFFICE | SPECIAL AGENT/CRIMINAL INVESTIGATOR 1811/GS 9 |

### STANDARDS OF CONDUCT

| I have read and understand DEA's Standards of Conduct. | EMPLOYEE'S SIGNATURE *(signed)* JOSEPH S. BONGIOVANNI | DATE 5/24/99 |
|---|---|---|

### PERFORMANCE WORK PLAN

| RATING OFFICIAL: Certifies employee participation in the development of the Performance Work Plan. | RATING OFFICIAL'S SIGNATURE *(signed)* G/S STEVE COLLINS | DATE 5/24/99 |
|---|---|---|
| REVIEWING OFFICIAL: Certifies that the Performance Work Plan has been reviewed and is approved as consistent with all other work plans in his/her area of responsibility. | REVIEWING OFFICIAL'S SIGNATURE *(signed)* ASAC RICHARD SCOVEL | DATE 5/28/99 |
| EMPLOYEE: Certifies discussion and receipt of the Performance Work Plan approved by the Reviewing Official. | EMPLOYEE'S SIGNATURE *(signed)* | DATE 5/25/99 |

### PROGRESS REVIEW

| RATING OFFICIAL/EMPLOYEE: Signature and date certifies that the progress review has been conducted, and a copy of any documented comments have been provided to the employee. | RATING OFFICIAL'S SIGNATURE *(signed)* G/S STEVE COLLINS | DATE 9/20/99 |
|---|---|---|
| | EMPLOYEE'S SIGNATURE S/A *(signed)* JOSEPH S. BONGIOVANNI | DATE 9/20/99 |

### OVERALL PERFORMANCE RATING

Check one
[ ] Outstanding    [ ] Significantly Exceeds Requirements    [X] Acceptable    [ ] Unacceptable

| RATING OFFICIAL (Typewritten Name and Signature) G/S Steve Collins *(signed)* | DATE 1/12/2000 |
|---|---|
| REVIEWING OFFICIAL (Typewritten Name and Signature) ASAC Richard A. Scovel *(signed)* | DATE 1/12/2000 |
| EMPLOYEE: My signature acknowledges receipt, but not necessarily agreement, with the overall rating as indicated above. | EMPLOYEE'S SIGNATURE S/A *(signed)* | DATE 1/12/2000 |

**DEA** Form — 460
(Jan. 1999)

Previous edition dated 3/91 is obsolete.

DEFENSE EXHIBIT
**B.1**
19-CR-227-1-LJV

EMPLOYEE PERFORMANCE APPRAISAL SYSTEM
## PERFORMANCE APPRAISAL RECORD
### SECTION II - INDIVIDUAL ELEMENTS RATINGS

INTERIM RATING (
Applicable)

[ ] Reassignment
[ ] Detail
[ ] Promotion

(RATING PERIOD (MM/DD/YYYY)

From: May 23, 1999

To: December 31, 1999

| Employee's Name (Last, First, Middle Initial) | Social Security Number | Pay Plan |
|---|---|---|
| Bongiovanni, Joseph S. | | [ ] GM  [x] GS  [ ] SES  [ ] OTHER |

| Organizational Assignment (Field Division/Hq., Office, Section, etc.) | Position Title/Series/Grade |
|---|---|
| Miami Field Div./Orlando District Office | Criminal Investigator 1811 GS-9 |

## RATINGS DEFINITION

O = Outstanding      SE = Significantly Exceeds Requirements      A = Acceptable      U = Unacceptable

| JOB ELEMENT "Critical" = C or Noncritical" = N, must be indicated at the beginning of each element listed. Abbreviate or transfer the element to be rated from the description in the Performance Work Plan. | PERFORMANCE ACHIEVEMENTS Summarize the rationale for rating based on the Performance Work Plan. | RATING |
|---|---|---|
| 1. (C) Participates in the Planning and Execution of Investigations and Enforcement | | A |
| 2. (C) Identifies, Collects, and Analyzes Information and Evidence | | SE |
| 3. (C) Recruits, Develops, Controls, Debriefs, and Documents Confidential Sources (CS') | | SE |
| 4. (C) Conducts Searches and Seizures, and Makes Arrests | | A |
| 5. (C) Gives Briefings and Testifies | | A |
| 6. (C) Prepares Reports and Forms | | A |
| 7. (C) Develops Constructive Working Relations | | SE |

**DEA** Form
(Jan. 1999) — 460

Previous edition dated 3/91 is obsolete.

DE B.1 - Page 2 of 30

| EMPLOYEE PERFORMANCE APPRAISAL SYSTEM<br>**PERFORMANCE APPRAISAL RECORD**<br>**SECTION I - CERTIFICATIONS** | INTERIM APPRAISAL<br>(If Applicable)<br>[ ] Reassignment<br>[ ] Detail<br>[ ] Promotion | RATING PERIOD (MM/DD/YY)<br>From: January 1, 2000<br>To: October 28, 2000 |
|---|---|---|

| Employee's Name (Last, First, Middle Initial)<br><br>Bongiovanni, Joseph S. | Social Security Number<br>████████ | Pay Plan<br>[ ]GM  [x]GS  [ ]SES  [ ]OTHER |
|---|---|---|
| Organizational Assignment (Field Division/Hq., Office, Section, etc.)<br>Miami Field Division<br>Orlando District Office | Position Title/Series/Grade<br>Criminal Investigator<br>Special Agent GS-1811-11 | |

## STANDARDS OF CONDUCT

| I have read and understand DEA's Standards of Conduct. | EMPLOYEE'S SIGNATURE<br>*Joseph S. Bongiovanni S/A*<br>Joseph S. Bongiovanni | DATE<br>2/22/00 |
|---|---|---|

## PERFORMANCE WORK PLAN

| RATING OFFICIAL: Certifies employee participation in the development of the Performance Work Plan. | RATING OFFICIAL'S SIGNATURE<br>*[signature]*<br>G/S Stephen R. Collins | DATE<br>2/22/2000 |
|---|---|---|
| REVIEWING OFFICIAL: Certifies that the Performance Work Plan has been reviewed and is approved as consistent with all other work plans in his/her area of responsibility. | REVIEWING OFFICIAL'S SIGNATURE<br>*[signature]*<br>ASAC Richard A. Scovel | DATE<br>2/22/00 |
| EMPLOYEE: Certifies discussion and receipt of the Performance Work Plan approved by the Reviewing Official. | EMPLOYEE'S SIGNATURE<br>*Joseph S Bongiovanni S/A*<br>S/A Joseph S. Bongiovanni | DATE<br>2/23/00 |

## PROGRESS REVIEW

| RATING OFFICIAL/EMPLOYEE: Signature and date certifies that the progress review has been conducted, and a copy of any documented comments have been provided to the employee. | RATING OFFICIAL'S SIGNATURE<br>*[signature]*<br>G/S Stephen R. Collins | DATE<br>7/31/00 |
|---|---|---|
| | EMPLOYEE'S SIGNATURE<br>*[signature]*<br>S/A Joseph S. Bongiovanni | DATE<br>7/31/00 |

## OVERALL PERFORMANCE RATING

Check one
[ ] Outstanding   [X] Significantly Exceeds Requirements   [ ] Acceptable   [ ] Unacceptable

| RATING OFFICIAL (Typewritten Name and Signature)<br>*[signature]*<br>G/S Stephen R. Collins | DATE<br>10/24/2000 |
|---|---|
| REVIEWING OFFICIAL (Typewritten Name and Signature)<br>*[signature]*<br>ASAC Richard A. Scovel | DATE<br>10/25/00 |
| EMPLOYEE: My signature acknowledges receipt, but not necessarily agreement, with the overall rating as indicated above. | EMPLOYEE'S SIGNATURE<br>*[signature]*<br>S/A Joseph S. Bongiovanni | DATE<br>10/25/2000 |

DEA Form — 460
(Jan. 1999)

Previous edition dated 3/91 is obsolete.

Page 2 of 4

EMPLOYEE PERFORMANCE APPRAISAL SYSTEM
# PERFORMANCE APPRAISAL RECORD
## SECTION II - INDIVIDUAL ELEMENTS RATINGS

INTERIM RATING (If Applicable)
[ ] Applicable
[x] Reassignment
[ ] Detail
[ ] Promotion

RATING PERIOD (MM/DD/YYYY)

From: January 1, 2000

To: October 28, 2000

| Employee's Name (Last, First, Middle Initial) | Social Security Number | Pay Plan [ ] GM [x] GS [ ] SES [ ] OTHER |
|---|---|---|
| Bongiovanni, Joseph S. | | |

| Organizational Assignment (Field Division/Hq., Office, Section, etc.) | Position Title/Series/Grade |
|---|---|
| Miami Field Div./Orlando District Office | Criminal Investigator 1811 GS-11 |

## RATINGS DEFINITION

O = Outstanding  　　SE = Significantly Exceeds Requirements  　　A = Acceptable  　　U = Unacceptable

| JOB ELEMENT "Critical" = C or Noncritical" = N, must be indicated at the beginning of each element listed. Abbreviate or transfer the element to be rated from the description in the Performance Work Plan. | PERFORMANCE ACHIEVEMENTS Summarize the rationale for rating based on the Performance Work Plan. | RATING |
|---|---|---|
| 1. (C) Plans, Participates in, and coordinates Investigations and Enforcement Operations | | SE |
| 2. (C) Identifies, Collects, and Analyzes Information and Evidence | | SE |
| 3. (C) Recruits, Develops, Controls, Debriefs, and Documents Confidential Sources (CS') | | SE |
| 4. (C) Conducts Searches and Seizures, and Makes Arrests | | SE |
| 5. (C) Gives Briefings and Testifies | | SE |
| 6. (C) Prepares Reports and Forms | | SE |
| 7. (C) Develops Constructive Working Relations | | SE |

DEA Form — 460
(Jan. 1999)

Previous edition dated 3/91 is obsolete.

Page 3 of 4

| EMPLOYEE PERFORMANCE APPRAISAL SYSTEM<br>**PERFORMANCE APPRAISAL RECORD**<br>**SECTION I - CERTIFICATIONS** | INTERIM RATING<br>(If Applicable)<br>[ ] Reassignment<br>[ ] Detail<br>[ ] Promotion | RATING PERIOD (MM/DD/YYYY)<br><br>From: 10-29-2000<br><br>To: 01-29-2001 |
|---|---|---|

| Employee's Name (Last, First, Middle Initial)<br><br>BONGIOVANNI, Joseph S. | Social Security Number | Pay Plan<br><br>[ ] GM  [X] GS  [ ] SES  [ ] OTHER |
|---|---|---|
| Organizational Assignment (Field Division/Hq., Office, Section, etc.)<br>Miami Field Division<br>Orlando District Office | Position Title/Series/Grade<br>Criminal Investigator<br>Special Agent GS-1811-11 | |

## STANDARDS OF CONDUCT

| I have read and understand DEA's Standards of Conduct. | EMPLOYEE'S SIGNATURE<br><br>S/A Joseph S. BONGIOVANNI | DATE |
|---|---|---|

## PERFORMANCE WORK PLAN

| RATING OFFICIAL: Certifies employee participation in the development of the Performance Work Plan. | RATING OFFICIAL'S SIGNATURE<br><br>G/S John O'Rourke | DATE |
|---|---|---|
| REVIEWING OFFICIAL: Certifies that the Performance Work Plan has been reviewed and is approved as consistent with all other work plans in his/her area of responsibility. | REVIEWING OFFICIAL'S SIGNATURE<br><br>ASAC Richard A. Scovel | DATE |
| EMPLOYEE: Certifies discussion and receipt of the Performance Work Plan approved by the Reviewing Official. | EMPLOYEE'S SIGNATURE<br><br>S/A Joseph S. BONGIOVANNI | DATE |

## PROGRESS REVIEW

| RATING OFFICIAL/EMPLOYEE: Signature and date certifies that the progress review has been conducted, and a copy of any documented comments have been provided to the employee. | RATING OFFICIAL'S SIGNATURE<br><br>G/S John O'Rourke | DATE |
|---|---|---|
| | EMPLOYEE'S SIGNATURE<br><br>S/A Joseph S. BONGIOVANNI | DATE |

## OVERALL PERFORMANCE RATING    See attached PAR dated   10/25/20

Check one
| [ ] Outstanding | [X] Significantly Exceeds Requirements | [ ] Acceptable | [ ] Unacceptable |
|---|---|---|---|

| RATING OFFICIAL (Typewritten Name and Signature)<br><br>G/S John O'Rourke | DATE<br><br>1/19/01 |
|---|---|
| REVIEWING OFFICIAL (Typewritten Name and Signature)<br><br>ASAC Richard A. Scovel | DATE<br><br>1/22/01 |
| EMPLOYEE: My signature acknowledges receipt, but not necessarily agreement, with the overall rating as indicated above.<br><br>S/A Joseph S. BONGIOVANNI | EMPLOYEE'S SIGNATURE | DATE<br><br>1/31/01 |

FORM DEA-460 (1-99) *Previous editions are obsolete.*
Electronic Version Designed in JetForm 5.2 Version

EMPLOYEE PERFORMANCE APPRAISAL SYSTEM
**PERFORMANCE APPRAISAL RECORD**
**SECTION II - INDIVIDUAL ELEMENTS RATINGS**

| INTERIM RATING (If Applicable) | RATING PERIOD (MM/DD/YYYY) |
|---|---|
| [ ] Reassignment | From: 10-29-2000 |
| [ ] Detail | |
| [ ] Promotion | To: 01-29-2001 |

| Employee's Name (Last, First, Middle Initial) | Social Security Number | Pay Plan |
|---|---|---|
| BONGIOVANNI, Joseph S. | ▮▮▮▮▮▮ | [ ] GM  [X] GS  [ ] SES  [ ] OTHER |

| Organizational Assignment (Field Division/Hq., Office, Section, etc.) | Position Title/Series/Grade |
|---|---|
| Miami Field Division/Orlando D. O. | Criminal Investigator GB-1811-11 |

**RATINGS DEFINITION**

O = Outstanding          SE = Significantly Exceeds Requirements          A = Acceptable          U = Unacceptable

| JOB ELEMENT "Critical" = C or Noncritical" = N, must be indicated at the beginning of each element listed. Abbreviate or transfer the element to be rated from the description in the Performance Work Plan. | PERFORMANCE ACHIEVEMENTS Summarize the rationale for rating based on the Performance Work Plan. | RATING |
|---|---|---|
| 1. (C) Plans, Participates in and Coordinates Investigations and Enforcement Operations. | For his current grade, S/A Bongiovanni makes exceptional contributions to all investigations in which he has an active part. He defines each objective and establishes clear guidelines to achieve the objective. He is eager to provide assistance to all group personnel and to other agencies as needed. | SE |
| 2. (C) Identifies, Collects and Analyzes Information and Evidence. | S/A Bongiovanni is resourceful and analytical in his approach to gathering intelligence information and reviewing documentary evidence. | SE |
| 3. (C) Recruits, Develops, Controls, Debriefs and Documents Confidential Sources. | S/A Bongiovanni is excellent in this area. Through his exposure to senior Agents and experienced Task Force Officers, S/A Bongiovanni has gained a keen insight into working with CS's. Written debriefings are accurate, detailed and focused. Many of the CS's developed by S/A Bongiovanni and Defendant or Restricted Use sources, which require scrupulous attention. | SE |
| 4. (C) Conducts Searches and Seizures and Makes Arrests. | S/A Bongiovanni meets these reporting and evaluation requirements. | SE |
| 5. (C) Gives Briefings and Testifies. | Various State and Federal Prosecutors have acknowledged S/A Bongiovanni as being a competent and capable witness during testimony. | SE |
| 6. (C) Prepares Reports and Forms. | S/A Bongiovanni is extremely conscientious in his efforts to provide accurate and details reports, which are submitted in a timely fashion. This attribute is probably one of S/A Bongiovanni's strongest attributes as a younger Agent. | O |
| 7. (C) Develops Constructive Working Relationships. | S/A Bongiovanni is extremely well liked by members of the group & by other Law Enforcement Agents in the Central Florida area. During the short time, he has been assigned to the Orlando D.O., S/A Bongiovanni has gained a reputation as being a dependable and tenacious Special Agent. For family reasons, S/A Bongiovanni has requested a voluntary transfer to the Buffalo D.O. If approved, his departure will certainly be Orlando's loss & Buffalo's gain. | O |

| Employee's Name (Last, First, Middle Initial) | Social Security Number | INTERIM RATING (If Applicable) | RATING PERIOD (MM/DD/YYYY) |
|---|---|---|---|
| BONGIOVANNI, Joseph S. | ▮▮▮▮▮▮▮ | [ ] Reassignment<br>[ ] Detail<br>[ ] Promotion | From: 10-29-2000<br>To: 01-29-2001 |

## SECTION III - OUTSTANDING RATING JUSTIFICATION

**Instructions:** After completing Section II, Performance Appraisal Record, if the overall rating is Outstanding, the rating official **must** provide a summary justification in the space provided below to support the rating. The rating official may also add any comments not covered elsewhere in the appraisal record to explain the overall rating chosen.

EMPLOYEE PERFORMANCE APPRAISAL SYSTEM

**PERFORMANCE APPRAISAL RECORD**
**SECTION I - CERTIFICATIONS**

| INTERIM RATING | RATING PERIOD (MM/DD/YYYY) |
|---|---|
| [ ] Applied | From: 01-01-2001 |
| [X] Reassignment | |
| [ ] Detail | To: 06-09-2001 |
| [ ] Promotion | |

| Employee's Name (Last, First, Middle Initial) | Social Security Number | Pay Plan |
|---|---|---|
| BONGIOVANNI, Joseph S. | ▮▮▮▮▮▮▮ | [ ] GM  [X] GS  [ ] SES  [ ] OTHER |

| Organizational Assignment (Field Division, Hq., Office, Section, etc.) | Position Title/Series/Grade |
|---|---|
| Miami Field Division | Criminal Investigator |
| Orlando District Office | Special Agent GS-1811-11 |

## STANDARDS OF CONDUCT

| | EMPLOYEE'S SIGNATURE | DATE |
|---|---|---|
| I have read and understand DEA's Standards of Conduct. | S/A Joseph S. BONGIOVANNI *(signature)* | 2/16/2001 |

## PERFORMANCE WORK PLAN

| | RATING OFFICIAL'S SIGNATURE | DATE |
|---|---|---|
| RATING OFFICIAL: Certifies employee participation in the development of the Performance Work Plan. | G/S John O'Rourke *(signature)* | 2/16/01 |
| REVIEWING OFFICIAL: Certifies that the Performance Work Plan has been reviewed and is approved as consistent with all other work plans in his/her area of responsibility. | REVIEWING OFFICIAL'S SIGNATURE  ASAC Richard A. Scovel *(signature)* | DATE  2/16/01 |
| EMPLOYEE: Certifies discussion and receipt of the Performance Work Plan approved by the Reviewing Official. | EMPLOYEE'S SIGNATURE  S/A Joseph S. BONGIOVANNI *(signature)* | DATE  2/16/2001 |

## PROGRESS REVIEW

| | RATING OFFICIAL'S SIGNATURE | DATE |
|---|---|---|
| RATING OFFICIAL/EMPLOYEE: Signature and date certifies that the progress review has been conducted, and a copy of any documented comments have been provided to the employee. | G/S John O'Rourke | |
| | EMPLOYEE'S SIGNATURE  S/A Joseph S. BONGIOVANNI | DATE |

## OVERALL PERFORMANCE RATING

Check one
[ ] Outstanding   [X] Significantly Exceeds Requirements   [ ] Acceptable   [ ] Unacceptable

| RATING OFFICIAL (Typewritten Name and Signature) | DATE |
|---|---|
| G/S John O'Rourke *(signature)* | 6/13/01 |

| REVIEWING OFFICIAL (Typewritten Name and Signature) | DATE |
|---|---|
| ASAC Richard A. Scovel *(signature)* | 6/13/01 |

| EMPLOYEE: My signature acknowledges receipt, but not necessarily agreement, with the overall rating as indicated above. | EMPLOYEE'S SIGNATURE  S/A Joseph S. BONGIOVANNI | DATE |

FORM DEA-460 (12-00) *Previous editions are obsolete.*
Electronic Version Designed in JetForm 5.2 Version

Page 2 of 5

PERFORMANCE APPRAISAL RECORD

PERFORMANCE APPRAISAL SYSTEM

SECTION II - INDIVIDUAL ELEMENTS RATINGS

| | |
|---|---|
| [X] Reassignment | From: 01-01-2001 |
| [ ] Reas | To: 06-09-2001 |
| [ ] Promotion | |

| Employee's Name (Last, First, Middle Initial) | Social Security Number | Pay Plan |
|---|---|---|
| BONGIOVANNI, Joseph S. | | [ ] GM  [X] GS  [ ] SES  [ ] OTHER |

| Organizational Assignment (Field Division/Hq., Office, Section, etc.) | Position Title/Series/Grade |
|---|---|
| Miami Field Division | Criminal Investigator |

## RATINGS DEFINITION

O = Outstanding    SE = Significantly Exceeds Requirements    A = Acceptable    U = Unacceptable

| JOB ELEMENT<br>"Critical" = C or Noncritical = N, must be indicated at the beginning of each element listed. Abbreviate or transfer the element to be rated from the description in the Performance Work Plan. | PERFORMANCE ACHIEVEMENTS<br>Summarize the rationale for rating based on the Performance Work Plan. | RATING |
|---|---|---|
| 1. (C) Plans, Participates in and Coordinates Investigations and Enforcement Operations. | Agent Bongiovanni always seeks to be included in any endeavor. He continues to demonstrate an enthusiastic attitude toward his job and is very conscientious in his conduct. Members of the group seek his guidance and suggestions when developing operational plans and in the preparation of investigative strategies. | SE |
| 2. (C) Identifies, Collects and Analyzes Information and Evidence. | S/A Bongiovanni is resourceful and analytical in his approach to gathering intelligence information and reviewing documentary evidence. In anticipation of a trial, he prepared a detailed binder for use by the AUSA, to assist the prosecutor in understanding the scope of the investigation. | SE |
| 3. (C) Recruits, Develops, Controls, Debriefs and Documents Confidential Sources. | One difficulty of working heroin investigations at the Orlando District Office is that the vast majority of confidential sources and defendant informants are Hispanic and speak limited English. While this is an obstacle, S/A Bongiovanni has demonstrated an ability to utilize other personnel who speak Spanish to assist in furthering his investigations. Written debriefings are detailed and accurate. Through his association with senior Agents and Officers S/A Bongiovanni has gained the experience to know how to recruit good informants and to recognize the dangers associated with various informants. | SE |
| 4. (C) Conducts Searches and Seizures and Makes Arrests. | S/A Bongiovanni is recognized as a strong individual and is often tasked with having direct "hands on" contact with subjects at the time of arrest. During search warrants, he always takes a probative and practical approach. | SE |
| 5. (C) Gives Briefings and Testifies. | Various State and Federal Prosecutors have acknowledged S/A Bongiovanni as being a competent and capable witness during testimony. | SE |

Page 3 of 5

EMPLOYEE PERFORMANCE APPRAISAL SYSTEM
**PERFORMANCE APPRAISAL RECORD**

## SECTION II - INDIVIDUAL ELEMENTS RATINGS

INTERIM RATING (If Applicable)
[ ]
[ ] Detail
[ ] Promotion

RATING PERIOD (MM-DD-YYYY)
From: 06-10-2000
To: 06-09-2001

| Employee's Name (Last, First, Middle Initial) | Social Security Number | Pay Plan |
|---|---|---|
| BONGIOVANNI, Joseph S. | | [ ] GM  [x] GS  [ ] SES  [ ] OTHER |
| Organizational Assignment (Field Division/Hq., Office, Section, etc.)  Miami Field Division | Position Title/Series/Grade  Criminal Investigator | |

### RATINGS DEFINITION

O = Outstanding     SE = Significantly Exceeds Requirements     A = Acceptable     U = Unacceptable

| JOB ELEMENT  "Critical" = C or Noncritical" = N, must be indicated at the beginning of each element listed. Abbreviate or transfer the element to be rated from the description in the Performance Work Plan. | PERFORMANCE ACHIEVEMENTS  Summarize the rationale for rating based on the Performance Work Plan. | RATING |
|---|---|---|
| 6.  (C)  Prepares Reports and Forms. | S/A Bongiovanni is extremely conscientious in his efforts to furnish accurate, detailed, timely reports.  S/A Bongiovanni knows the true meaning of the axiom, "If it is not written, it did not happen." | O |
| 7.  (C)  Develops Constructive Working Relationships. | This is probably S/A Bongiovanni's strongest personal trait.  All local, state and Federal Officers and Agents who have had the opportunity to work with S/A Bongiovanni have expressed their support and appreciation for his approach to his job.  S/A Bongiovanni always demonstrates a cheeful willingness to assist others.  He is direct and truthful in all accounts of his conduct.  When dealing with others he maintains a professional, diplomatic, friendly and courteous attitude.  The transfer of S/A Bongiovanni from Orlando to Buffalo is certainly a gain for the Buffalo office and a loss for the Orlando office. | O |

Employee's Name (Last, First, Middle Initial)    Social Security Number    INTERIM RATING    RATING PERIOD (MM-DD-YYYY)
(If Applicable)

BONGIOVANNI, Joseph S.    [x] Annual    From: 06-10-2000
[ ] Detail
[ ] Promotion    To: 06-09-2001

## SECTION III - OUTSTANDING RATING JUSTIFICATION

**Instructions:** After completing Section II, Performance Appraisal Record, if the overall rating is Outstanding, the rating official **must** provide a summary justification in the space provided below to support the rating.   The rating official may also add any comments not covered elsewhere in the appraisal record to explain the overall rating chosen.

DE B.1 - Page 11 of 30









EMPLOYEE PERFORMANCE APPRAISAL SYSTEM
PERFORMANCE APPRAISAL RECORD
SECTION I - CERTIFICATIONS

INTERIM RATING (If Applicable)
[ ] Reassignment
[ ] Detail
[ ] Promotion

RATING PERIOD (MM/DD/YYYY)
From: 06-04-2001
To: 12-31-2001

Employee's Name (Last, First, Middle Initial)

BONGIOVANNI, JOSEPH

Organizational Assignment (Field Division/Hq., Office, Section, etc.)
NEW YORK DIVISION, BUFFALO DISTRICT OFFICE

Social Security Number

Pay Plan
[ ] GM   [X] GS   [ ] SES   [ ] OTHER

Position Title/Series/Grade
SPECIAL AGENT 1811/12

## STANDARDS OF CONDUCT

| | EMPLOYEE'S SIGNATURE | DATE |
|---|---|---|
| I have read and understand DEA's Standards of Conduct. | | |

## PERFORMANCE WORK PLAN

| | | DATE |
|---|---|---|
| RATING OFFICIAL: Certifies employee participation in the development of the Performance Work Plan. | RATING OFFICIAL'S SIGNATURE | |
| REVIEWING OFFICIAL: Certifies that the Performance Work Plan has been reviewed and is approved as consistent with all other work plans in his/her area of responsibility. | REVIEWING OFFICIAL'S SIGNATURE | DATE |
| EMPLOYEE: Certifies discussion and receipt of the Performance Work Plan approved by the Reviewing Official. | EMPLOYEE'S SIGNATURE | DATE |

## PROGRESS REVIEW

| | | DATE |
|---|---|---|
| RATING OFFICIAL/EMPLOYEE: Signature and date certifies that the progress review has been conducted, and a copy of any documented comments have been provided to the employee. | RATING OFFICIAL'S SIGNATURE | |
| | EMPLOYEE'S SIGNATURE | DATE |

## OVERALL PERFORMANCE RATING

Check one
[ ] Outstanding   [X] Significantly Exceeds Requirements   [ ] Acceptable   [ ] Unacceptable

| RATING OFFICIAL (Typewritten Name and Signature) | DATE |
|---|---|
| *Dale M. Kasprzyk*  A/GS DALE KASPRZYK | 1/22/02 |
| REVIEWING OFFICIAL (Typewritten Name and Signature) | DATE |
| *Donald P. Augustine*  ASAC DONALD P. AUGUSTINE | 1/24/02 |
| EMPLOYEE: My signature acknowledges receipt, but not necessarily agreement, with the overall rating as indicated above. | EMPLOYEE'S SIGNATURE  *Joseph Bongiovanni* | DATE  1/24/02 |

FORM DEA-460 (1-99) *Previous editions are obsolete.*
Electronic Version Designed in JetForm 5.2 Version

Page 2 of 4

DE B.1 - Page 14 of 30

| | INTERIM [ ] | RATING PERIOD (MM/DD/YYYY) |
|---|---|---|
| **PERFORMANCE APPRAISAL RECORD**<br>**SECTION II - INDIVIDUAL ELEMENTS RATINGS** | [ ] Reassignment<br>[ ] Detail<br>[ ] Promotion | From: 01/01/01<br><br>To: 12/31/01 |

| Employee's Name (Last, First, Middle Initial)<br>BONGIOVANNI, JOSEPH | Social Security Number | Pay Plan<br>[ ] GM  [X] GS  [ ] SES  [ ] OTHER |
|---|---|---|
| Organizational Assignment (Field Division/Hq., Office, Section, etc.)<br>NEW YORK DIVISION, BUFFALO DISTRICT OFFICE | Position Title/Series/Grade<br>SPECIAL AGENT 1811/12 | |

**RATINGS DEFINITION**

O = Outstanding      SE = Significantly Exceeds Requirements      A = Acceptable      U = Unacceptable

| JOB ELEMENT<br>"Critical" = C or Noncritical" = N, must be indicated at the beginning of each element listed. Abbreviate or transfer the element to be rated from the description in the Performance Work Plan. | PERFORMANCE ACHIEVEMENTS<br>Summarize the rationale for rating based on the Performance Work Plan. | RATING |
|---|---|---|
| 5. (C) Gives briefings, testifies, and makes oral presentations. | During the previous six months S/A Bongiovanni has testified in Federal Court and in various Grand Jury proceedings. S/A Bongiovanni is new to this office and is beginning to develop a reputation among Federal and State prosecutors as being a credible witness in judicial proceedings.<br><br>S/A Bongiovanni continues to improve in his ability to conduct operational briefings and direct the activities of enforcement personnel during arrest/surveillance situations. In spite of his lack of tenure in the Buffalo office, S/A Bongiovanni demonstrates sound judgement and good decision-making skills during his every day duties, and is sought out by Task Force Agents to provide guidance in their investigations. | A |
| 6. (C) Prepares reports and forms. | S/A Bongiovanni is very conscientious in his efforts to furnish accurate, detailed, and timely reports. S/A Bongiovanni has completed several reports which describe the activities of multiple defendants involved in a narcotics conspiracy. S/A Bongiovanni has prepared various affidavits in support of criminal complaints, search and seizure warrants. These documents have been extensive and have led to the successful prosecution of several defendants. | O |
| 7. (C) Develops constructive working relations. | As noted by S/A Bongiovanni's previous supervisors, this rating area is one of S/A Bongiovanni's most notable accomplishments. As soon as S/A Bongiovanni was assigned to the Task Force, he immediately began to build relationships with members of his group, as well as personnel from other law enforcement agencies. In addition to generating new cases, Agency representatives have contacted S/A Bongiovanni's supervisor to compliment his ability to be professional and diplomatic when dealing with other police agencies. | O |

DEA Form    - 460
(Jan. 1999)

# The Drug Enforcement Administration Employee Assistance Program

Presents This Certificate To

## Joseph S. Bongiovanni

*For Successful Completion Of The*

## Trauma Response Training Institute

*"To assist DEA employees and their families during traumatic incidents."*



FOR    11/02/2001
                  Date

Jean O. Mathis
Assistant Administrator, Human Resources Division

# Memorandum

| Subject | Date |
|---|---|
| Delegation of Authority | August 22, 2002 |

To

Donald P. Augustine
Assistant Special Agent in Charge
Buffalo District Office

From Dale M. Kasprzyk
Dale M. Kasprzyk
Acting Group Supervisor, Group D-72
Buffalo District Office

Please be advised that on August 23, 2002 I will be on approved annual leave. As such, Special Agent Joseph Bongiovanni has been designated as the Acting Group Supervisor. Special Agent Bongiovanni can be contacted at office telephone number (716) 551-4421, ext. 133 and at cellular telephone number (716) 818-4185.

If you have any additional questions regarding this matter please contact me.

Cc:  SA Joseph Bongiovanni
     Group D-72 personnel
     NYD Base Operator
     NYD Fiscal

**Bongiovanni, Joseph S.**

| | |
|---|---|
| **From:** | Cote, Nancy M. |
| **Sent:** | Thursday, February 06, 2003 3:50 PM |
| **To:** | Bongiovanni, Joseph; Braeuner, Robert; Calloway, Clinton; Cena, Barbara; Cowell, Joseph; Crawford, William; Dates, Christopher; Donovan, William; Fitzpatrick, Matthew; Fry, Randy; Higgins, Cory; Kasprzyk, Dale; Rinaldo, Daniel; Wright, Michael |
| **Subject:** | FW: CO-02-0152 Seizure: |

Kudos guys!

-----Original Message-----
**From:** **Bryfonski, John**
**Sent:** Thursday, February 06, 2003 3:33 PM
**To:** Peterson, Mark T; Cote, Nancy M.
**Cc:** Kasprzyk, Dale M
**Subject:** CO-02-0152 Seizure:

     I would like to take this opportunity to personally express my sincere gratitude and appreciation for all the hard work done in connection with the above referenced matter that led to last evening's seizure of more than $100,000.
     I know the supervisors, agents and officers assigned to this case have worked very hard and yet there is much more to do before we cross the finish line in this case. I wish that I could have been with them last night to personally thank them but I leave this for you in my stead.
     Congratulations to all and here's to a safe and successful conclusion next week.

*John J. Bryfonski*
Assistant Special Agent in Charge
Albany District Office
████████████

**Bongiovanni, Joseph S.**

| | |
|---|---|
| **From:** | Bongiovanni, Joseph S. |
| **Sent:** | Thursday, February 06, 2003 1:21 PM |
| **To:** | Kasprzyk, Dale M |
| **Subject:** | FW: Seizure re: Operation Deja Vu - C2-02-0152 |

**Importance:**    High

-----Original Message-----
**From:**    Placido, Anthony P
**Sent:**    Thursday, February 06, 2003 11:06 AM
**To:**    Walker, William J.; Bryfonski, John; Peterson, Mark T; Bongiovanni, Joseph S.; Fitzpatrick, Matthew N; Wright, Michael R.
**Subject:**    Seizure re: Operation Deja Vu - C2-02-0152

Gents,

Congratulations on the recent enforcement success re: the seizure of more than $100K in cash.  Hopefully, this will not be the culmination of your efforts but the beginning of a new round of investigative activities . . .   Keep up the good work and we'll see you in Buffalo for the Op Goodwrench Press Conference.  As you have undoubtedly heard, Acting Administrator Brown -- a long time resident of Buffalo -- will be joining us for the press event.  Let's be sure that we are prepared to take care of him during his visit.

*Regards,*

*Anthony Placido*
*Special Agent in Charge*
*New York Division*
███████████

1

*Mark T. Fierson*
*RAC, Buffalo R.O.*

Date: ___3-28-03___



**ASAC Bryfonski D-50**  _____

**GS Duffy, D-57**  _____
   **Agent:**_____

**GS Cote, D-58**  _____ X _____
   **Agent/TFA:**___*all*_____

**GS Shick, D-59**  _____
   **Investigator:**_____

**Other:** _____

**Notes:** *Congrats on making the Narcotics Digest Weekly!*

**DISTRIBUTE** _X_   **FILE**____
**SUSPEND** ____   **ACTION BY COB** ____
**COPIES TO ALL GS'S** ____
**READ/INITIAL/PASS TO NEXT GS** ____
**SEE ME** ____

*Initial & pass along*

*NDIC Comment*: The Gangster Disciples street gang is a primary distributor of kilogram quantities of powdered cocaine, crack cocaine, and marijuana throughout the Great Lakes and West Central regions. Since 1998 the arrest and conviction of numerous high-ranking members of Gangster Disciples has limited the gang's expansion but has not curtailed its drug distribution operations.

---

**...es Digest**
*weekly*

March 18, 2003

*...nt intelligence as well as ...afficking and abuse of illicit drugs.*

**...neast**

**...ork:** On February 14, 2003, the Drug ...ement Administration (DEA) announced the ...of 67 individuals in New York, New ...Massachusetts, Puerto Rico, and Colombia ...gedly transporting and/or distributing ...d cocaine and heroin in New York, New ...nd Massachusetts on behalf of a network ...nal groups. The arrests are the result of a ...joint investigation by DEA, Federal ...of Investigation (FBI), Bureau of Customs ...der Protection (CBP) (see below), Inter-...nue Service (IRS), U.S. Department of ...riminal Division, Colombian National ...U.S. Attorney's offices in eight judicial ...and several state and local law enforce-...ncies. According to DEA, one of these ...groups based in New York City acquired ...l cocaine and heroin in Medellin, Co-...nd transported it via maritime convey-...New York City, often transiting Puerto ...criminal group then sold the powdered ...nd heroin to distributors from Buffalo ...ester, New York; Springfield, Massachu-setts; and Newark, New Jersey. These distributors routinely traveled to New York City to purchase the powdered cocaine and heroin. The distributors then transported the drugs to their home cities in private vehicles equipped with hidden compartments. As a further result of the investigation, officers seized 21 kilograms of heroin, 8 pounds of marijuana, 17.4 kilograms of powdered cocaine, 1.9 kilograms of crack cocaine, and $533,429 in cash.

**Bongiovanni, Joseph S.**

| | |
|---|---|
| **From:** | Bryfonski, John |
| **Sent:** | Tuesday, June 10, 2003 9:38 AM |
| **To:** | Peterson, Mark T; Cote, Nancy M. |
| **Cc:** | Kasprzyk, Dale M; Rinaldo, Daniel F.; Bongiovanni, Joseph S. |
| **Subject:** | C2-03-0126: |

      Congratulations on a fine piece of police work yesterday on the Lark investigation.  You demonstrated superior judgement and exemplary risk management techniques in abandoning the approach utilizing the CS and relying on traditional surveillance and old fashioned investigative work.  Well done.......

Regards,

*John J. Bryfonski*
Assistant Special Agent in Charge
Albany District Office

█████████████

DE B.1 - Page 21 of 30

**Drug Enforcement Administration**

**United States Department of Justice**

PRESENTS THIS AWARD FOR

**SPECIAL ACT OR SERVICE**

TO

**JOSEPH BONGIOVANNI**

FOR
DEDICATION TO DUTY AND OUTSTANDING CONTRIBUTIONS

**KAREN P. TANDY**
**ADMINISTRATOR**

# International Narcotic Enforcement Officers Association, Inc.



DIAL 518 INEOA-32
(518) 463-6232
FAX: (518) 432-3378

112 STATE STREET, SUITE 1200
ALBANY, NEW YORK 12207-2079 USA

**JOHN J. BELLIZZI**
EXECUTIVE DIRECTOR

July 17, 2003

Joseph Bongiovanni
**Special Agent**
C/o Buffalo DEA Task Force Group
328 Church St, Ste 300
Buffalo, NY 14202

Dear SA Bongiovanni:

I am pleased to advise that you have been selected to receive the International Narcotic Enforcement Officers Association's:

**SPECIAL AWARD OF HONOR**

for outstanding service and dedication to your duties in the area of law enforcement.

On behalf of the Awards Committee and the Officers of the Association, I have the privilege of extending sincerest congratulations to you and your agency.

Presentation of awards will be made at the opening session of the International Drug Conference, Monday, October 20, 2003 at 8:00 a.m. at the Wyndham (Bonaventure) Resort & Spa in Fort Lauderdale, Florida.

We would be honored to have you present on this occasion. You and immediate members of your family are invited to attend the awards ceremony. **ALL AWARD RECIPIENTS ARE INVITED TO ATTEND THE ENTIRE CONFERENCE, INCLUDING ALL TRAINING SESSIONS, WITHOUT PAYMENT OF THE REGISTRATION FEE. THERE WILL BE A CHARGE FOR THE BANQUET ON FRIDAY EVENING.**

If you plan to attend and require hotel accommodations, please use the hotel reservation form enclosed. All travel and hotel expenses will be your responsibility.

Reservations are required for award presentation ceremonies. Please use the form enclosed and return no later than September 19, 2003.

**IF YOU ARE ATTENDING, YOU ARE URGED TO MAKE YOUR RESERVATIONS IMMEDIATELY IN ORDER THAT YOU MAY BE ACCOMMODATED. INEOA IS HOLDING A BLOCK OF ROOMS FOR ALL AWARDEES, BUT WE MUST BE NOTIFIED IMMEDIATELY IF YOU HAVE TROUBLE GETTING A RESERVATION.**

Sincerely,

C/C: Arturo Salas

John J. Bellizzi
**Executive Director**



# Narcotic Enforcement Officers Association

## SPECIAL AWARD OF HONOR

### PRESENTED TO

## JOSEPH BONGIOVANNI

*IN RECOGNITION OF OUTSTANDING ACCOMPLISHMENT*
*IN THE FIELD OF*
*NARCOTIC LAW ENFORCEMENT*

OCTOBER 20, 2003

*PRESENTED BY*

*THE INTERNATIONAL NARCOTIC ENFORCEMENT OFFICERS ASSOCIATION*

_____
President

519

_____
Executive Director



## AWARD  NOMINATION

Performance Award

## NOMINEE

Special Agent Joseph Bongiovanni
GS-1811-13/3
Buffalo Resident Office

## DESCRIPTION OF ASSIGNED DUTIES

Initiates, plans and coordinates investigations and enforcement operations; identifies, collects and analyzes information and evidence; develops and controls Confidential Sources; conducts searches and seizures and makes arrests; gives briefings, testifies and makes oral presentations; prepares reports and forms; develops constructive working relations.

## JUSTIFICATION

In November 2003, Special Agent Joseph Bongiovanni and TFA Michael Wright initiated an investigation into the drug trafficking activities of Alberto COLON and his two main associates: Eladio RODRIGUEZ, Reinaldo RODRIGUEZ. Also targeted were various members and associates of the COLON criminal organization. This COLON investigation was a spin-off of another DEA Buffalo Resident Office (BRO) Title III investigation which SA Bongiovanni was a Case Agent. Through the coordination with the United States Postal Service (USPS), DEA San Juan Division Office and the DEA Chicago Division Office, Agents uncovered a multi jurisdictional conspiracy during which the COLON drug trafficking organization used the USPS Express Mail Service to ship in excess of 100 kilograms of cocaine from Puerto Rico to Buffalo, NY since June of 2005. As the investigation progressed, it became clear that the subjects in Buffalo, NY were integral components of a cocaine trafficking conspiracy with direct connections to the Puerto Rican source of supply.

Based on the investigative intelligence developed by USPS Inspectors, combined with independent investigation by the DEA BRO Task Force Group, SA Bongiovanni utilized five independent DEA confidential informants to intercept 9.5 kilograms of cocaine shipped from Puerto Rico to Buffalo, NY and 4 additional kilograms of cocaine in San Juan, Puerto Rico. During the investigation, SA Bongiovanni and Task Force members identified a variety of cocaine distribution locations and uncovered travel plans of targets and couriers traveling between Buffalo, NY and Puerto Rico. These targets were arranging the shipments of kilogram quantities of cocaine and initiated the laundering of narcotics proceeds. SA Bongiovanni was able to formulate strong working relationships

between the Buffalo Police Department (BPD), USPS, the Niagara Frontier Transportation Authority Police Department (NFTA) and the Federal Bureau of Investigation (FBI) during the course of the COLON investigation.

In February 2004, this case investigation was nominated and approved as Organized Crime Drug Enforcement Task Force (OCDETF) and Priority Target (PTO) investigation. During the months of November 2005 to March 2006, Agents analyzed enormous amount of data derived from subpoenaed telephone toll records between members of the COLON organization. Agents, with the assistance of USPS Inspectors, began tracking the packages/parcels destined to the suspected recipients of cocaine shipments from Puerto Rico to Buffalo, NY. SA Bongiovanni and Task Force members utilized Federal court orders enabling Agents to track the cell tower locations of the numerous targets cellular telephones as they traveled between Buffalo, NY and Chicago, IL. Agents utilized DEA confidential informants to infiltrate the COLON organization and intercept internet travel itinerary of targets and couriers traveling between Buffalo, Chicago and Puerto Rico as the prepared shipments of drug proceeds back to the source of supply in Puerto Rico. These interceptions later proved to be critical, as they provided the necessary probable cause for arrest and search warrants; also to enhance and expand the conspiracy investigation encompassing Chicago, IL, and San Juan, Puerto Rico.

SA Bongiovanni played an integral part in managing an enormous amount of time sensitive investigative/intelligence information that was being generated by numerous interceptions of parcels by the USPS Inspectors. S/A Bongiovanni prepared several search warrant affidavits for both the mail parcels and several distribution locations. SA Bongiovanni and the co-case agent TFA Wright spent long hours compiling and analyzing intelligence information being generated daily from the investigative efforts of numerous participating agencies and investigators. SA Bongiovanni was able to gather enough evidence for a Federal Grand Jury indictment leading to the arrests of nine (9) defendants directly involved in transportation of multi-kilograms of cocaine through US mail. In addition, during the investigation it was determined that COLON was the leader of a cocaine trafficking organization which dominated drug trafficking activities on the lower west-side of the City of Buffalo. SA Bongiovanni and other agents were able to gather intelligence which led to the arrest of Jesus RIVERA, a COLON "hit man", responsible for a drug related homicide ordered by COLON in August of 2005.

To date, the Task Force Group arrested fifteen subjects, executed six Federal search warrants for stash houses and distribution locations in Buffalo, NY and seized 9.5 kilograms of cocaine, ¼ kilogram of heroin, five (5) hand guns, two (2) shotguns, an AK-47 assault rifle and over $52,000 in U.S. currency. It should noted that SA Bongiovanni working with USPS Inspectors in Puerto Rico have seized approximately $700,000.00 in U.S. Currency originating from Buffalo, NY with a nexus to the COLON cocaine trafficking organization.

SA Bongiovanni has distinguished himself during the COLON investigation and has demonstrated ability to direct investigative pursuits at a high level of proficiency. SA

Bongiovanni remains one of the most active and dedicated Special Agents assigned to the DEA Buffalo Resident Office.

## PREVIOUS HONORS AND AWARDS

Special Act or Service Award
2003

## SYNOPSIS

The COLON investigation demonstrates how Federal law enforcement and local law enforcement, when working cooperatively and sharing information and ideas, are capable of effectively identifying and eradicating large scale narcotics trafficking organizations. One of the key elements to this type of successful partnership is the ability of the Special Agents and Task Force Agents to develop and maintain a strong working relationship with the local police. SA Bongiovanni has been able to excel in this area, and through these relationships has been able to pursue a caseload of significant violators. SA Bongiovanni has earned the respect and admiration of his coworkers and is recognized by his supervisors as a dedicated employee. SA Bongiovanni continues to function and perform at an impressive level of competence and it is expected that he will continue to do so. As such, it is recommended that SA Bongiovanni receive a Performance Award with a cash payment for his dedication to duty and for the success of his investigative pursuits.



**Peterson, Mark T**

**From:** Bryfonski, John
**Sent:** Friday, January 23, 2004 2:19 PM
**To:** Peterson, Mark T
**Subject:** RE: Update on Canadian Marijuana Shipment

Thanks, and enjoy your weekend. Also, before I leave you, please let the agents and TFOs in 58 know how much I appreciate their efforts on the $205,000 seizure case. I think I shall inaugurate my version of the SAC's award and call it "The Edison Award" in honor of Thomas Edison who noted that success is mostly 99% perspiration and 1% inspiration. The work of the agents in connection with this matter clearly evinces their superior dedication to duty. I am proud to be associated with them!

Enjoy your weekend......

*John T. Bryfonski*
Assistant Special Agent in Charge
Albany District Office