

# International

# Narcotic Enforcement Officers Association

### SPECIAL AWARD OF HONOR

PRESENTED TO

## JOSEPH BONGIOVANNI

*IN RECOGNITION OF OUTSTANDING ACCOMPLISHMENT
IN THE FIELD OF
NARCOTIC LAW ENFORCEMENT*

*OCTOBER 18, 2004*

*PRESENTED BY*

*THE INTERNATIONAL NARCOTIC ENFORCEMENT OFFICERS ASSOCIATION*

_____          270          _____
President                                                Executive Director

DEFENSE EXHIBIT
**B.2**
19-CR-227-1-LJV

DE B.2 - Page 1 of 26

# Memorandum

| Subject | Date |
|---|---|
| Memorandum of Recognition (DFN: 510-06) | November 9, 2004 |

To

Joseph S. Bongiovanni
Special Agent
Buffalo Resident Office

From

John J. Bryfonski
Assistant Special Agent in Charge
Albany District Office

I am in receipt of a letter from the United States Attorney, Western District of New York, acknowledging your fine assistance during the recent investigation and prosecution of Jamile Lee, Keyon Lee, Marchello Lowery and Jeremie Pennick.

I would like to take this opportunity to thank you for going above and beyond the call of duty in assisting the United States Attorney's Office and in your efforts to represent the Drug Enforcement Administration in the most professional manner.

Once again, thank you for a job well done!

cc: RAC Mark Peterson
     GS Nancy Cote



U. S. Department of Justice

*United States Attorney*
*Western District of New York*

| | |
|---|---|
| *Federal Centre* | 716-843-5700 |
| *138 Delaware Avenue* | FAX 716-551-3052 |
| *Buffalo, New York 14202* | Writer's Extension: ■ |
| | fax: 716/551-5563 |
| | e-mail: ■ |

*Joe—*
*Nice job. Thanx!*

November 4, 2004

Mark J. Peterson
Resident Agent in Charge
Drug Enforcement Administration
28 Church Street, Suite 30
Buffalo, New York 14202

        Re:  **United States v. Jamile Lee, et al.**
             **03-CR-198-A**

Dear Mr. Peterson:

        I would like to commend the efforts of Special Agent (SA)
Joseph S. Bongiovanni in the investigation and prosecution of
Jamile Lee, Keyon Lee, Marchello Lowery and Jeremie Pennick.  This
investigation involved a DEA reverse sting for a kilogram of
cocaine.  SA Joseph S. Bongiovanni was the case agent in this case.
In sum, the investigation centered on one, Jamile Lee, a Career
Offender.  Jamile Lee was incarcerated on May 18, 2003 when he
arranged with another inmate (a DEA cooperator) to buy a kilogram
of cocaine on the street.  Jamile Lee placed a telephone call to
his brother Keyon Lee and instructed Keyon Lee to "put it in the
making" and  meet with a woman to purchase a kilogram of cocaine.
Unbeknownst to Jamile and Keyon, the woman was also a DEA
cooperator.  Tape recorded telephone calls and Kel recordings from
the meetings with the female "seller" were utilized at trial
against the defendant.  The cooperators and co-defendant Keyon Lee
testified at trial against the defendant, Jamile Lee.

United States v. Jamile Lee, et al.
03-CR-198-A

 

On November 2, 2004, a federal jury returned a guilty verdict on three counts against defendant Jamile Lee. As a result, Jamile Lee, a Career Offender, faces a term of imprisonment of 30 years to life, pursuant to the federal sentencing guidelines.

Special Agent Joseph S. Bongiovanni investigated this case, set up the reverse sting and controlled the female cooperator in the streets. He was able to successfully secure incrimininating telephone conversations, video-taped surveillance and post-arrest statements. SA Bongiovanni was on hand for trial preparation which included weekend sessions with cooperating witnesses as well as his own preparation of transcripts and trial testimony. SA Bongiovanni testified at trial and assisted with the trial needs thereafter. SA Bongiovanni was assisted in this investigation by DEA TFA Michael Wright, TFA Christopher Dates, TFA Daniel Rinaldo, TFA Clint Calloway and SA Matthew Fitzpatrick, who were also attentive to the necessary trial preparation.

It helped me a great deal, since the arrest of defendants, to know that when I called SA Bongiovanni regarding the investigation and case that he would promptly return the call, meet with me, and/or provide necessary evidence and information. In the end, three (3) out of four defendants pled guilty. Two have been sentenced. Keyon Lee faces a minimum of 10 years imprisonment and Jamile Lee has been convicted after a jury trial.

DE B.2 - Page 4 of 26

United States v. Jamile Lee, et al.
03-CR-198-A


    Sentencing is scheduled for Febraury 9, 2004.  Thank you for your time and consideration in this regard.

                    Very truly yours,

                    MICHAEL A. BATTLE
                    United States Attorney

            *Mary Clare Kane*

BY:  MARY CLARE KANE
      Assistant U.S. Attorney

MCK/lr

cc:  Nancy Cote'
     John J. Bryfonski
     Joseph Bongiovanni, SA

DE B.2 - Page 5 of 26

**Bongiovanni, Joseph S.**

| | |
|---|---|
| **From:** | Kane, Mary [MaryKane] |
| **Sent:** | Tuesday, November 30, 2004 1:50 PM |
| **To:** | Bongiovanni, Joseph S.; Cowell, Joseph L |
| **Cc:** | Rogers, Laura |
| **Subject:** | Jose Armando Andino |

Guys,

Andino was sentenced today (11-30) by ARcara to 60 months imprisonment, 100 SPA, no fine and 4 years Supervised release. sentenced on hi plea of guilty to 21 USC 846 pled on 8-19.

Gun seized also forfeited.

Defendant remanded to BOP for the holidays and beyond!

Nice work! You can close the Boria and Andino files. Let John Miller know if you can  find him!

MCK

Laura please enter info in USACTS/LIONS.

10-24-03

R J arcara

72 month BOP
3 yea SR
$100.00        21-usc-846

DE B.2 - Page 6 of 26

```
         DEA
   BUFFALO R. O.

2005 MAR 24  AM 10: 54
```

**United States Attorney**
*Western District of New York*

---

*Federal Centre*                                        716-843-5700
*138 Delaware Avenue*                                    FAX 716-551-3052
*Buffalo, New York 14202*

March 22, 2005

Mark Peterson
Resident Agent in Charge
United States Drug Enforcement Administration
28 Church Street
Buffalo, New York 1420*

      Re:  <u>Airport Seizure from Steven Distefano</u>
           C2-04-0164
           04-DEA-441743

Dear Mark:

      It is with great pleasure I write you to commend two of your Agents on the outstanding work they recently completed in conjunction with my office. Special Agent (SA) Joseph Bongiovanni and Task Force Agent (TFA) Detective Michael Wright were instrumental in bringing about a successful seizure and forfeiture of more than $87,000 seized from an individual by the name of Steven Distefano. In just a few weeks these gentlemen were able to build a simple seizure of money at the Buffalo airport into a narcotics trafficking proceeds case in which Distefano was engaged.

      As you are well aware, we oftentimes seize money from inter-state travelers at the airport, and attempt to connect these proceeds with criminal activity with little success. This type of case is one of the most difficult type of case we encounter. However, both SA Bongiovanni and TFA Wright worked diligently, following up every lead, interviewing every witness and going the extra mile to both foreclose Distefano's explanations and rationalizations of the source of these monies to make the vital connection between the money and illegal narcotics trafficking. Without their hard work this forfeiture case would have been vigorously contested, resulting in complicated and protracted litigation and probably forced the government into agreeing to a settlement much less favorable than the interests of justice dictate.

      It truly reflects the professionalism, hard work and teamwork approach your agents exhibit. They are a pleasure to work with and truly appreciated. Once again, congratulations to SA Bongiovanni and TFA Wright. Please extend my appreciation to them. As always, thank you for your attention in this regard. Please call me at 843-5871 if you have any questions regarding the above.

                        Very truly yours,

                        MICHAEL A. BATTLE
                        United States Attorney

                        RICHARD D. KAUFMAN
                        Assistant U.S. Attorney



## COUNTY OF ERIE

OFFICE OF THE

## DISTRICT ATTORNEY

**FRANK J. CLARK**
DISTRICT ATTORNEY

June 2, 2005

**JOHN J. DeFRANKS**
FIRST DEPUTY DISTRICT ATTORNEY

S/A JOSEPH BONGIOVANNI
c/o DEA TASK FORCE
28 CHURCH ST, SUITE 300
BUFFALO NY 14202

  Re: People v. Brandon Bridge, Patrick McNamara
    and Jeffrey Danner
    Indictment No. 00617-2005

Dear Agent Bongiovanni:

  I am writing to inform you that on May 18, 2005 and June 2, 2005 the above-named defendants pled guilty to the crime of Criminal Sale of Marihuana in the Second Degree. For this crime they can each receive a sentence of up to 2½ years in jail. This is well within the range the defendants would have received had they gone to trial and been convicted.

  Sentencing by the Honorable Christopher J. Burns, J.S.C., will be on **August 10, 2005 and September 8, 2005**, at **9:30 a.m.** in Supreme Court, Part 19, 92 Franklin Street, Buffalo, NY 14202. You may attend the sentencings if you wish.

  Defendant Bridge will be ordered to make $200.00 restitution for DEA funds expended in the undercover purchase of marihuana.

  The successful disposition of this case was possible because the District Attorney's Office had the full cooperation of you and others who were witnesses of this crime. In particular, I wish to thank you for the efforts you made in assisting us in ensuring that justice was done.

    Very truly yours,

    FRANK J. CLARK
    DISTRICT ATTORNEY

  BY: GLENN PINCUS
    Assistant District Attorney
    SIP/Narcotics Bureau

GP/kb

**Bongiovanni, Joseph S.**

| | |
|---|---|
| **From:** | Bryfonski, John J. |
| **Sent:** | Wednesday, August 10, 2005 4:15 PM |
| **To:** | Bongiovanni, Joseph S. |
| **Subject:** | Performance Award: |

Joe,

I want to take this opportunity to personally congratulate you for your, albeit belated, performance award. As you know, it seems DEA has difficulty rewarding employees in a timely fashion, however, I trust you received your monetary stipend for this award some time ago.

Although I wanted to present your certificate to you personally and to express my gratitude for your hard work, a combination of events beyond my ability made that impossible. Please accept this message in lieu of the personal presentation I fully intended to make and trust in knowing that I appreciate you and your efforts which exemplifies the **D**edication to duty and **E**xcellence of investigative **A**chievement embodied in you which makes DEA the greatest law enforcement organization of its kind in the world.

Thanks again and all the best to you and yours,

*John J. Bryfonski*
*Assistant Special Agent in Charge*
*Albany District Office*



# International

# Narcotic Enforcement Officers Association

### SPECIAL AWARD OF HONOR

PRESENTED TO

## JOSEPH BONGIOVANNI

*IN RECOGNITION OF OUTSTANDING ACCOMPLISHMENT*
*IN THE FIELD OF*
*NARCOTIC LAW ENFORCEMENT*

October 31, 2005

*PRESENTED BY*
*THE INTERNATIONAL NARCOTIC ENFORCEMENT OFFICERS ASSOCIATION*

_____
President

131

_____
Executive Director

## Bongiovanni, Joseph S.

**From:** Kennedy, James (USANYW) [JamesKennedy]
**Sent:** Tuesday, February 07, 2006 4:30 PM
**To:** Cote, Nancy M.; Bongiovanni, Joseph S.; Guerra, Joseph M. (USANYW); Kane, Mary (USANYW)
**Cc:** Mehltretter, Kathleen (USANYW); Southworth, Sharon (USANYW)
**Subject:** RE: USA v Jamile Lee: Sentencing .

File notice of appeal (just kidding). Nice job!

---

**From:** Guerra, Joseph M. (USANYW)
**Sent:** Tuesday, February 07, 2006 3:30 PM
**To:** Kane, Mary (USANYW); Bongiovanni, Joseph S.; Cote, Nancy M.
**Cc:** Mehltretter, Kathleen (USANYW); Kennedy, James (USANYW); Southworth, Sharon (USANYW)
**Subject:** RE: USA v Jamile Lee: Sentencing .
**Importance:** High

Do a press release and send to Sharon Southworth.

---

**From:** Kane, Mary (USANYW)
**Sent:** Tuesday, February 07, 2006 3:27 PM
**To:** Bongiovanni, Joseph S.; Cote, Nancy M.
**Cc:** Mehltretter, Kathleen (USANYW); Guerra, Joseph M. (USANYW); Kennedy, James (USANYW)
**Subject:** USA v Jamile Lee: Sentencing .

Arcara sentenced defendant  to 300 months or 25 years consecutive to the federal and state prison sentences he already serving followed by * years supervised release. Guideline Range was 360 months to Life.  RJA went below the G-line range by 60 months, but made it consecutive to the other sentences.

Hey what do you want for a Telephone call*  (*Primary evidence we had against defendant who set coke deal up over phone from jail).

(Nice Job…SA Joe Bongiovanni and DEA!).

AUSA Mary Clare Kane
Narcotics & Violent Crime Division
United States Attorney's Office
138 Delaware Avenue
Buffalo, N.Y. 14202
Tel: ██████
Fax: ██████
E-Mo█



Bill Wippert/Buffalo News

**Police finish a roundup of suspects in a drug raid Tuesday at a house on Lexington Avenue.**

# Sweep nets 11 in 'club drugs' scene

### BY GENE WARNER

NEWS STAFF REPORTER

The drug-fueled club and house-party scene in Buffalo and Rochester took a significant hit Tuesday with the federal roundup of 11 people accused of smuggling "club drugs" from the Toronto area and distributing them in Western New York, authorities said.

Following a 20-month investigation led by the U.S. Immigration and Customs Enforcement Agency, U.S. Attorney Terrance P. Flynn announced the felony complaints accusing the 11 people of smuggling and selling Ecstasy, GHB, ketamine and crystal methamphetamine.

The ages of the suspects reflected the young crowd these drugs appeal to; all 11 people charged are in their 20s, with most in their early 20s.

During the roundup at 17 sites in Buffalo and Rochester, federal agents confiscated approximately 2,000 Ecstasy tablets, some other drugs and cash.

Agents also dismantled what they called a small, informal drug lab in a residence on Lexington Avenue, between Ashland and Norwood avenues.

The pipeline for the popular club drugs traveled from the Toronto area to Western New York through both the Peace Bridge and Rainbow Bridge.

These drugs are commonly used at local nightclubs and at after-hours parties held in private homes, warehouses or private lofts, Assistant U.S. Attorney Mary Clare Kane said.

"We arrested everybody from the person we believe was leading the organization to the distributors and smugglers," said Lev Kubiak, assistant special agent in charge of the local Immigration and Customs Enforcement office. "I think this will have a major impact on the distribution of these drugs in the Buffalo and Rochester areas."

While the seized drugs are associated with the late-night party scene, federal officials were quick to emphasize the dangers of these drugs.

"Make no mistake, drugs such as ketamine, Ecstasy and GHB are not recreational drugs," stated Peter J. Smith,

special agent in charge of the Buffalo office for Immigration and Customs Enforcement. "They are dangerous substances, which destroy lives and lead to crime."

Charged in one criminal indictment was Michele Tucker, 26, of Buffalo, who faces felony drug-trafficking charges.

The other 10 defendants, also facing felony charges, were identified as Laura Mazzi, 23, of Buffalo; Wayne Rinker, 21, of Buffalo; Amanda Prus, 21, of Buffalo; Matthew Heim, 24, of Buffalo; Alan Hodgson, 22, of Buffalo; William McAndrew, 23, of Hamburg; Michael Herlong, 29, of Buffalo; Brandyn Kimmel, 21, of Depew; Serene Ellis, 21, of Jamestown; and Jeffery Parasida, 28, of Pittsford.

The investigation was led by Immigration and Customs Enforcement, with help from the Drug Enforcement Administration, the U.S. Postal Inspection Service, the FBI, Customs and Border Protection, state police, and police in Buffalo and Rochester.

e-mail: gwarner@buffnews.com

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

Federal Centre                                              716-843-5700
138 Delaware Avenue                                    FAX 716-551-3052
Buffalo, New York 14202

May 9, 2008

Special Agent Joseph Bongiovanni
U.S. Drug Enforcement Administration
Guaranty Building
28 Church Street, Suite 300
Buffalo, New York  14202

Dear Joe:

    Congratulations again on the OCDETF law enforcement award.  I was very proud as the United States Attorney to watch you accept such a well-deserved honor.  Please know your hard work is an example to all law enforcement.

    I have enclosed for you a commemorative U.S. Attorney pen and coin as a small token of my appreciation.  Thank you again.

Very truly yours,

TERRANCE P. FLYNN
United States Attorney

TPF/sas



**OCDETF**

**NEW YORK / NEW JERSEY REGION**

ORGANIZED CRIME · DRUG · ENFORCEMENT TASK FORCES · SINCE 1982

Presented to

*Special Agent*
*Joe Bongiovanni*
*DEA*

In appreciation for
your outstanding work
in the successful investigation
and prosecution of

**Operation Shell Game**

DE B.2 - Page 14 of 26



**Bongiovanni, Joseph S.**

| | |
|---|---|
| **From:** | Kasprzyk, Dale M. |
| **Sent:** | Friday, July 10, 2009 11:04 AM |
| **To:** | New York Buffalo RO |
| **Cc:** | Burns, James R. |
| **Subject:** | Acting Group Supervisor for Enforcement Group D-57 |

To all Buffalo RO personnel:

Please be advised that during the week of July 13, 2009 through July 19, 2009 I will be on scheduled annual leave.  During my absence SA David Lauer will be Acting Group Supervisor for Group D-57 from July 13 through July 14, 2009.  SA Joseph Bongiovanni will be Acting Group Supervisor for Group D-57 from July 15 through July 19, 2009.

Any questions regarding this matter should be directed to the listed Special Agents.

Dale M. Kasprzyk
Enforcement Group Supervisor D-57
Buffalo Resident Office

1

# Memorandum

| Subject | Date |
|---|---|
| Interim rating serves as 2015 Overall Rating (DFN: 570-13) | October 5, 2015 |

**To**

Joseph Bongiovanni
Special Agent
NY Division / Buffalo Resident Office

James R. Burns, Jr.
ASAC
NY Division / Albany District Office

**From**

John P. Flickinger
Resident Agent In Charge
Buffalo Resident Office

From October 1, 2014 through August 22, 2015, I was the Rating Official for Special Agent Joseph Bongiovanni and completed an interim rating for him.

On August 23, 2015, I was promoted to Resident Agent In Charge, vacating the Group Supervisor position over SA Bongiovanni. There is currently an Acting Group Supervisor over Group D-57.

Per the DEA Personnel Manual, Section 2430.17A(3)(a), the interim rating may be utilized as the overall rating. Therefore, I concur with the interim rating which I performed for SA Bongiovanni of Significantly Exceeds to serve as the overall rating for 2015.

## Bongiovanni, Joseph S.

| | |
|---|---|
| **From:** | Lowe, Warren D. |
| **Sent:** | Thursday, November 05, 2015 3:57 PM |
| **To:** | Bongiovanni, Joseph S. |
| **Subject:** | RE: SEAR-2016-00571 for Case #C2-10-0144 |

Roger that! Be careful bro. W

**From:** Bongiovanni, Joseph S.
**Sent:** Thursday, November 05, 2015 3:19 PM
**To:** Lowe, Warren D.; Flickinger, John P.
**Subject:** RE: SEAR-2016-00571 for Case #C2-10-0144

Thank you. Your response means a lot to me. Be Safe.

SA Bongiovanni
D-57 Enforcement group
Buffalo RO

**From:** Lowe, Warren D.
**Sent:** Thursday, November 05, 2015 1:57 PM
**To:** Bongiovanni, Joseph S.; Flickinger, John P.
**Subject:** FW: SEAR-2016-00571 for Case #C2-10-0144

Guys,

This is the best SEAR I have read this year. Tremendous work! W

Warren Douglas Lowe
Staff Coordinator
DEA Headquarters/Financial Operations Section-Africa/Asia/Europe

██████████████

**Coverage Responsibilities:**
**Domestic** – Atlanta FD, Boston FD, Detroit FD, New Orleans FD, St. Louis FD, Washington FD
**International** - Middle East Region/Africa/Asia/Europe
**FO Initiatives**: Pre-Paid Access Cards (PAC) and Virtual Currency Initiatives

**From:** Concorde_Notification_Service
**Sent:** Thursday, November 05, 2015 12:37 PM
**To:** SEAR-NewYork; CommandCenter-SEARS; DEA.ONSI; EPIC Bulk Currency SEARS Mailbox; NCWSEARS; ST - Emerging Technologies Support; SEAR-HQ; Turner, David J.; Haggerty, Barbara A.; Plummer, Wilbert L.; Hawk, Labron E. (Gene); Burns, James R.; Hunt, James J.; Bongiovanni, Joseph S.; Gentile, Mark F.; Flickinger, John P.; Balzano, Silverio R.; Bevilacqua, Stephen P.; Bower, Jeannine M.; Gillen, Brendan; Hill, Michael D.; Sullivan, Jonathan T.; Stempki, Michael

Steffick, Sarah A.; Casullo, Anthony J.; Yensan, Gregory R.; Leary, David P.; Jones, Kerry F.; Nastoff, Shane A.; Papadopoulos, George S.; Lucas, Robert W.; Palmieri, Joseph M.; Herrington, Eric J.; Davidzik, David J
**Subject:** SEAR-2016-00571 for Case #C2-10-0144

## Significant Enforcement Activity Report

**SEAR Number:** SEAR-2016-00571
**Date of Submission:** 11/5/2015
**DEA Division:** New York Field Division
**Date of Activity:** 11/4/2015
**Case Number/GDEP:** C2-10-0144 / YCN8B
**Related Case Numbers:**
Not CPOT Linked
Not RPOT Linked

**Significant Activity:** Other

**Summary of Significant Activity:**
Sentencing of Defendant Peter Militello to 360 months in the Federal Bureau of Prisons for selling Heroin/Fentanyl causing the death of Robert RUNFOLA.

**Summary of Enforcement Activity:**
In May 2013, DEA Buffalo Resident Office SA Joseph Bongiovanni and TFO Joseph Palmieri received intelligence from a DEA confidential source that defendant Peter Militello sold fentanyl laced heroin that caused the overdose death of Robert Runfola. Enforcement Group D-57 Agents then utilized the DEA CS to immediately initiate a controlled purchase to acquire of the deadly fentanyl heroin that caused the death of Runfola. DEA Agents successfully acquired the heroin the next day and requested DNA analysis. DEA Agents worked in conjunction with the Buffalo Police Department Homicide Bureau and were able to acquire autopsy toxicology reports that confirmed the overdose death was caused by fentanyl heroin. Agents initiated a series of recorded conversations and telephone analysis. One particular conversation, Militello admitted to knowledge of Runfola's death and stated the Militello believed that his heroin may have caused the death of others. DNA analysis reports from the crime scene heroin bindles used by Runfola that caused his death and the heroin bindles acquired by the DEA CS the day after the overdosed death of Runfola matched completely in the heroin and fentanyl mixture and also had the presence of MILITELLO's DNA on all the bindles. SA Bongiovanni presented the aforementioned evidence to a Federal Grand Jury which culminated in securing a federal indictment arrest warrant for Militello. At the time of Militello's arrest. SA Bongiovanni and TFO Palmieri recovered an additional 360 bindles of heroin/fentanyl which was concealed on Militello at the time of his arrest. During a post arrest interview of MILITELLO conducted by SA Bongiovanni, TFO Palmieri and GS John Flickinger, MILITELLO confessed to selling the heroin/fentanyl which caused the death of Runfola. On November 4, 2015, the honorable United Stated Federal Judge Richard J. Arcara sentenced Peter N. MILITELLO to 30 years incarceration and 10 years of Supervised release in addition to paying the victim's family restitution for the loss of their loved one. This conviction is historic marking the first a drug dealer who product lead to the death of another has been prosecuted.

**Jurisdictions:** Federal; State;
**Courts:** United States Federal Court
**US Districts:**
**State:**
**Other DEA Divisions Involved:**
**Other Federal Agencies Involved:**
**State and Local Agencies Involved:** Buffalo Police Department, Erie County Central Police Sewrvices

**Bongiovanni, Joseph S.**

| | |
|---|---|
| **From:** | Flickinger, John P. |
| **Sent:** | Thursday, May 12, 2016 2:01 PM |
| **To:** | Yensan, Gregory R. |
| **Cc:** | Casullo, Anthony J.; Bongiovanni, Joseph S. |
| **Subject:** | SEAR Summary |
| **Attachments:** | RAMOS-Ramos SEAR Summary.docx |

All,

I trimmed up summary for SEAR, and feel free to make changes but in general they can't be much longer.  Thanks and great job!  You all represented DEA extremely well in this investigation and led the way throughout and today.

John

*John Flickinger*
*Resident Agent in Charge*
*DEA Buffalo Resident Office*

███████████

**Bongiovanni, Joseph S.**

| | |
|---|---|
| **From:** | Flickinger, John P. |
| **Sent:** | Friday, May 13, 2016 1:14 PM |
| **To:** | Yensan, Gregory R.; Casullo, Anthony J.; Bongiovanni, Joseph S. |
| **Subject:** | FW: Chief of Ops |

Gentlemen,

Great Job!  It's not every day you get emailed from the Chief of Ops congratulating you on a great case.  Congratulations and keep up the great work,

John

**From:** Hunt, James J.
**Sent:** Friday, May 13, 2016 1:06 PM
**To:** Flickinger, John P.; Zon, David T.
**Subject:** FW:

**From:** Williams, Anthony D.
**Sent:** Friday, May 13, 2016 1:04 PM
**To:** Yensan, Gregory R.; Casullo, Anthony J.; Bongiovanni, Joseph S.
**Cc:** Hunt, James J.
**Subject:**

Gents, nice work on the gang case and takedown. Great impact.

Tony

Anthony D. Williams
Assistant Administrator
Chief of Operations

1

Bongiovanni, Joseph S.

| | |
|---|---|
| **From:** | Hunt, James J. |
| **Sent:** | Friday, May 13, 2016 11:56 AM |
| **To:** | Casullo, Anthony J.; Bongiovanni, Joseph S. |
| **Cc:** | Zon, David T.; Yensan, Gregory R. |
| **Subject:** | RE: SEAR-2016-03335 for Case #C2-16-0006 |

Great work guys!!!!

**From:** Concorde_Notification_Service
**Sent:** Friday, May 13, 2016 11:46 AM
**To:** SEAR-NewYork; SEAR-Philadelphia; SEAR-Caribbean Region; CommandCenter-SEARS; DEA.ONSI; EPIC Bulk Currency
SEARS Mailbox; NCWSEARS; ST - Emerging Technologies Support; SEAR-HQ; Del Re, Frank; Turner, David J.; Haggerty,
Barbara A.; Plummer, Wilbert L.; Whitlock, Derek H.; Panzarella, Cheryl A.; Hunt, James J.; Betancourt, Jose M;
Bongiovanni, Joseph S.; Flickinger, John P.; Nanna, Gene J.; Bevilacqua, Stephen P.; Reilly, John P.; Duffy, Edward J.;
Mattei, Rafael A; Del Re, Frank; Bower, Jeannine M.; Hart, Keith; Bennett, Darwin B.; Flaherty, Timothy S.; Sullivan,
Jonathan T.; Fry, Randy S.; Pankas, James; Casullo, Anthony J.; Wisniewski, Christopher; Yensan, Gregory R.; Leary,
David P.; Nastoff, Shane A.; Valencia, Alexandra M.; Palmieri, Joseph M.; Herrington, Eric J.; Zon, David T.; Hamrick Jr.,
Dennis J.; Rodriguez, John H; Rinaldo, Daniel; Friscia, Alexandra E; Davidzik, David J
**Subject:** SEAR-2016-03335 for Case #C2-16-0006

**Significant Enforcement Activity Report**

**SEAR Number:** SEAR-2016-03335
**Date of Submission:** 5/13/2016
**DEA Division:** New York Field Division
**Date of Activity:** 5/12/2016
**Case Number/GDEP:** C2-16-0006 / YAH1C
**Related Case Numbers:**
Not CPOT Linked
Not RPOT Linked

**Significant Activity:** Arrests; Seized Drugs; Seized Weapons; Air Wing Support

**Summary of Significant Activity:**
Arrests: 23; Seized Drugs: Seven (7) Kilograms of cocaine, Two (2) Kilograms of heroin; Seized Weapons:
Three (3).

**Summary of Enforcement Activity:**
In October 2015, Buffalo Resident Office (BRO), Enforcement Group D-57, SA Anthony Casullo and SA
Joseph Bongiovanni initiated an investigation of the Jonathan RAMOS-Ramos Drug Trafficking Organization
(DTO) in the Buffalo area which had a history of extreme violence and gang-related activity. Not only was the
organization suspected of being involved in multiple assaults and shootings, it was also suspected in several
drug related homicides. The RAMOS-Ramos DTO was funding its violent criminal activity by distributing
heroin, cocaine, and firearms trafficking. After developing a source who could buy directly from DTO Head
Jonathan RAMOS-Ramos (aka "Pico"), Enforcement Group D-57 began making gram quantity controlled
purchases of heroin from RAMOS-Ramos. After conducting several 3 to 7 grams controlled purchases of heroin
from RAMOS-Ramos, the case agents developed probable cause to initiate a State of New York eavesdropping
order targeting the RAMOS-Ramos DTO in January 2016. The following is a chronological order of the

seizures in the investigation: • February 8, 2016- approximately ½ kilogram of cocaine seized. • February 9, 2016- approximately 1 kilogram of cocaine seized. • February 15, 2016- loaded semi-automatic hand gun seized from Jonathan RAMOS-Ramos and Alexander RIVERA-Santiago from wiretap information. • February 19, 2016- approximately 1 kilogram of heroin seized. • February 23, 2016- approximately 1 kilogram of cocaine seized. • March 1, 2016- approximately ½ kilogram of cocaine seized. • March 6, 2016- approximately 350 grams of heroin seized. • March 10, 2016- approximately 200 grams of cocaine seized. • March 11, 2016- approximately 1 kilogram of cocaine seized. • March 12, 2016- approximately 350 grams of heroin, ½ kilogram of cocaine, 1 pound of marijuana, and a Keltec .40 caliber semi-automatic rifle seized. • March 18, 2016- approximately 1 ½ kilogram of cocaine seized. • March 24, 2016, agents conducted a controlled delivery of a US Postal package which contained ½ kilogram of cocaine to 358 French Street, Buffalo, NY. Following the controlled delivery, VELLON-Aponte and Jonathan ALEMAN-Gonzalez were arrested and charged federally with Possession with Intent to distribute a Controlled Substance. • April 3, 2016- approximately 110 grams of heroin seized. • April 22, 2016- approximately ½ kilogram of cocaine seized. • April 25, 2016- approximately 75 grams of heroin seized. On May 12, 2016, the Buffalo Resident Office, with the assistance of numerous Federal, State and Local Law Enforcement agencies dismantled a significant drug trafficking network by arresting 23 members of the RAMOS-Ramos DTO and executing nine search warrants, in connection to a 69-count New York State indictment charging 25 DTO members with crimes including Criminal Sale and Criminal Possession of a Controlled Substance in the First and Second Degrees and Conspiracy in the Second Degree. The culmination of narcotics seized totaled approximately seven (7) kilograms of cocaine, two (2) kilograms of heroin, and three (3) firearms.

**Jurisdictions:** Federal; State;
**Courts:** United States Federal Court; New York State Court
**US Districts:** Western District of New York
**State:** New York State Supreme Court
**Other DEA Divisions Involved:** Caribbean Field Division; Philadelphia Field Division
**Other Federal Agencies Involved:** U.S. Customs and Border Protection Air and Marine Operations; United States Postal Service; Bureau of Alcohol, Tobacco, Firearms and Explosives; U.S. Department of Homeland Security Enforcement and Removal Operations
**State and Local Agencies Involved:** Niagara County Drug Task Force; New York State Police; New York State Attorney General's Office; Town of Tonawanda Police Department; Lockport Police Department; Buffalo Police Department; Erie County Sheriffs Office
**SOD Operation:** RAMOS RAMOS, JONATHAN - PROJECT ROLLING THUNDER

**Submitted By:** Anthony J Casullo
**Submitted By Group:** D-57
**Case Agent:** Anthony J Casullo
**GS:** Gregory R Yensan
**ASAC:** David T Zon
**SAC/RD:** James J Hunt

**Send To:**
**Distribution Lists:**
Anthony J Casullo; Gregory R Yensan; David T Zon; James J Hunt

Ccsears@dea.usdoj.gov; DEAONSI@dea.usdoj.gov; Epic.bulkcurrency.SE@dea.usdoj.gov; NCWSEARS@dea.usdoj.gov; TWG@dea.usdoj.gov; SEAR-HQ@dea.usdoj.gov; frank.del.re2@usdoj.gov

**Additional Distribution Lists:**
Alexandra E Friscia; Anthony J Casullo; Barbara A Haggerty; Cheryl A Panzarella; Christopher X Wisniewski; Daniel Rinaldo; David J Davidzik; David J Turner; David P Leary; Dennis J Hamrick; Edward J Duffy; Eric J

Herrington; Gene J Nanna; Gregory R Yensan; James J Hunt; Jeannine M Bower; John P Flickinger; John P Reilly; Jonathan T Sullivan; Joseph M Palmieri; Joseph S Bongiovanni; Justin R Borst; Kelly A Mullaney; Randy S Fry; Shane A Nastoff; Stephen P Bevilacqua; Wilbert L Plummer; Alexandra M Valencia; Jose M Betancourt; Darwin B Bennett; Timothy S Flaherty; Frank Del Re; David T Zon; John H Rodriguez; Rafael A Mattei; Keith X Hart; Derek H Whitlock; James Pankas

DE B.2 - Page 24 of 26





**U.S. Department of Justice**
Drug Enforcement Administration

*Office of the Administrator*                        *Springfield, VA 22152*

NOV 2 8 2018

Joseph S. Bongiovanni
Drug Enforcement Administration
New York Division
99 10th Avenue
New York, NY 10011

Dear Mr. Bongiovanni:

    I understand you recently celebrated an important milestone with us. Congratulations on your 20 years of federal service. Please accept this short note as my thanks for what you do and continue to do for this great agency.

    I wish you the very best.

                    Sincerely,

                    Uttam Dhillon
                    Acting Administrator