**FEDS FILE NEW CHARGES AGAINST LEADER OF PONZI SCHEME** | PAGE D1

# THE BUFFALO NEWS

BUFFALONEWS    Copyright 2012    SATURDAY, NOVEMBER 17, 2012    Serving Western New York since 1880    FINAL EDITION


Michael Torrillo of Sweet Home

**On their way**
Sweet Home, Randolph win to advance to state football finals. Pages B1, B6


**'SMASHED'**
Alcoholic's recovery story falls short. Page C6

## Bills fan found dead after game

### Security ejected man from stadium

By MAKI BECKER
NEWS STAFF REPORTER

A 26-year-old Rochester-area man ejected Thursday night from the Buffalo Bills game was found dead Friday morning in a small creek near Ralph Wilson Stadium, amid reports that the team's first home night game since 2008 was one of the rowdiest in memory.

The mysterious death, apparently by drowning, raised numerous questions Friday about how the young football fan died and what role security at and around the stadium may have played in his death.

"They came to go to a football game," Erie County Executive Mark C. Poloncarz said. "Not to have this horrific event happen."

David Gerken Jr., 26, of Palmyra, about 20 miles southeast of Rochester, went to the evening Bills game with his brother and friends and was wearing an orange knit Dolphins hat, Orchard Park police said.

At around halftime, stadium security officers ejected him from the game, Orchard Park police said. Investigators are trying to determine why.

Gerken made arrangements with friends to meet up at Tailgaters Bar and Grill at Southwestern Boulevard at Abbott Road, Orchard Park Police Chief Andrew Benz said.

The brother and friends asked Gerken if he wanted them to join him then.

"He said, 'No, after the game was over,'" Benz said.

But when the game was over,

See **Death** on Page A2

---

Two off-duty firefighters, DEA agent help dozens of residents of Amherst Street apartment building safely escape blaze



Buffalo firefighters respond to a blaze Friday at an apartment building on Amherst Street near Delaware Avenue. Four people were injured, including a woman who leaped from a window to escape the flames. *Derek Gee/Buffalo News*

## Fire spawns many heroes

By CHARLIE SPECHT AND MAKI BECKER
NEWS STAFF REPORTERS

Buffalo firefighters Jeff Kane and Bob Carnevale work on opposite sides of the city, but their paths crossed Friday on the second floor of a burning Amherst Street apartment building on a day they were not even working.

Dozens of apartment dwellers are alive and well because of it.

The two off-duty firefighters each happened to be driving by a raging fire at the Amherst Street apartments Friday that forced the residents, some still in their pajamas, to flee for their lives.

The residents watched in horror as one woman jumped from a second-floor window to escape encroaching flames that lapped from the windows just moments after she threw herself out.

Meanwhile, Kane, Carnevale and an off-duty special agent from the Drug Enforcement Administration rushed into the building, none realizing the others were there. They crawled on


Off-duty Buffalo firefighters Jeff Kane, left, and Bob Carnevale share their experiences after the fire. *Derek Gee/Buffalo News*

See **Fire** on Page A2

---

## Obama, lawmakers meet on 'fiscal cliff'

### Democrats, GOP maintain civil tone

By LISA MASCARO
LOS ANGELES TIMES

WASHINGTON – The outline of a compromise over impending tax hikes and spending cuts began to come into focus Friday after President Obama convened top congressional leaders at the White House.

Differences remain, especially as Republicans, led in the House by Speaker John A. Boehner of Ohio, continue to fight to keep tax rates for the wealthiest Americans from rising.

But the contours of a two-stage deal are taking shape as leaders work to avert a year-end fiscal crisis and break the gridlock that has soured voters on Washington. The mood alone, with Obama congratulating Boehner on his birthday (which is today) and Republican and Democratic leaders taking turns speaking to signify their unity, signaled a sharp change from past confrontations.

"We have the cornerstones of being able to work something out," said Senate Majority Leader Harry Reid of Nevada, as leaders from both parties emerged from the White House. "This is not something we're going to wait until the last day of December to get done. We have a plan. We're going to move forward on it."

Boehner, who presented his framework for a broad tax-and-spending overhaul to be undertaken in 2013, also sounded an optimistic note.

"To show our seriousness, we've put revenue on the table, as long as it's accompanied by cuts," Boehner said, incumbent on my American people.

The first part be legislation

See **Fiscal cliff**

DEFENSE EXHIBIT C
19-CR-227-1-LJV

# 4 people were reported injured in blaze

**FIRE • from A1**

their hands and knees and evacuated dozens of residents who were trapped inside.

Amazingly, there were no fatalities, but four people were reported injured, including the woman who leaped from the window and a fire chief who suffered a minor knee injury.

Fire investigators have not determined the cause of the blaze, which displaced about 50 people, but officials believe it started in the apartment from which the woman jumped.

"This could have been a tragic scenario," said Buffalo Fire Commissioner Garnell Whitfield, who credited firefighters, including the two off-duty firefighters, as well as the DEA agent, who happened to be driving by as dark smoke billowed out of the three-story brick building.

The dramatic two-alarm fire was reported at 9:36 a.m.

Tammy Gee, who lives on the second floor, had just put on some face cream and was getting ready to hop into her shower when she heard a fire alarm ringing.

"We hear alarms go off all the time," she said. "So I didn't think anything of it."

But then she heard someone running down the hall screaming: "It's a real fire."

Gee said she ran out of the building, knocking on neighbors' doors on her way out.

Adrianus Rivethos, who lives on the third floor with his cat Bubi, recounted opening the door to hear what the commotion was all about.

"Smoke just billowed in," he said.



Derek Gee/Buffalo News
Adrianus Rivethos clutches his cat, Bubi, after they were rescued from a blaze at an apartment building on Amherst Street near Delaware Avenue Friday.

Unable to make his way through the smoke, he went back inside his apartment and opened a window.

"I was hanging out the window waiting for someone to get me," he said.

At the same time, the two off-duty firefighters and DEA Special Agent Joseph Bongiovanni were driving by.

Kane, of Engine 19, was driving on Amherst on his way to Pittsburgh.

Carnevale, of Engine 37, had just left work at his fire station on the West Side and was driving up Delaware.

Kane saw the woman who had just jumped from the window and helped her across the street.

Then, wearing only their street clothes and without any firefighting gear, both men raced separately into the apartment building, not realizing the other was there.

They both made their way to the second floor. Thick smoke filled the hallway as they crawled through it looking for people in need of assistance.

Kane described how he pounded on the floor to alert any trapped residents.

"If you can hear me, come this way," he yelled.

He recounted seeing a dazed woman in the hallway.

"I just got up and grabbed her," he said.

He pulled her over to a man in the stairway who helped her out.

Then he saw Carnevale.

"Bobby?" Kane asked.

"Jeff?" Carnevale replied.

"You're a lot happier when you've got one of your brothers with you," Kane said later.

By that time, fire crews had arrived and were battling the fire from ladders.

After the smoke cleared, firefighters helped Rivethos and his cat down the stairs along with other residents who had been trapped on the third floor.

After the fire, the two off-duty firefighters relaxed in a parking lot across the street. They said running into the fire was second nature to them.

"You don't really think about it," he said. "Your adrenaline just takes over," Kane said.

Carnevale agreed. "You almost forget you're not working. When you see smoke, you go in."

Bongiovanni of the DEA said he saw the thick smoke and quickly pulled his truck onto a grassy area near the apartment building.

"I saw it billowing out of the building, and there was no one there, and then the girl falls," he said.

The young woman, reported to be about 30 years old, was carried across the street before Bongiovanni followed the firefighters into the building.

"It was just panic," Bongiovanni said, "just people everywhere. I got as many people out as I could. The smoke was so bad on the third floor it was impossible to pass."

The quick reactions of Kane and Carnevale, he said, helped get confused residents out of the building fast.

"They knew what they were doing," Bongiovanni said. "Thank God they came."

Two police officers, Todd Saffron and Thomas Cino, also assisted on the call.

Damage to the building was estimated at $225,000.

The fire chief and one of the three injured residents, were treated at Erie County Medical Center and released.

The other two residents, who police did not name, remained at the hospital with non-life-threatening injuries, police said.

email: cspecht@buffnews.com
and mbecker@buffnews.com

# 1811 FLEOA NATIONAL AWARDS

## FLEOA 2012 National Awards

The FLEOA awards committee received hundreds of nominations for the 2012 national awards. The committee would like to thank all those who submitted nominations and congratulate the following winners. The bravery and heroism winners will receive their awards at the national conference in Denver, Colorado this September and all other awards will either be presented at local chapter meetings or presented by the agency president.

### Bravery Award

#### Special Agent Joseph Bongiovanni-DEA

On November 16, 2012, Special Agent (SA) Joseph S. Bongiovanni observed smoke and flame billowing from an apartment building while engaged in his duties. SA Bongiovanni observed the flames blow out several windows on the 2nd story as a woman who appeared trapped emerged from one and fell from the 2nd story window to the ground. SA Bongiovanni immediately stopped and ran to the aid of the woman. After learning others were trapped in the building, SA Bongiovanni immediately entered the burning building and assisted several residents to safety. SA Bongiovanni, along with two off-duty Buffalo firefighters, started clearing the building and evacuating anyone still inside. Crawling on their hands and knees to stay below the level of smoke present in the apartment hallways, SA Bongiovanni and the firefighters began breaching doors and were able to evacuate several people still trapped within the building. They continued their efforts until Buffalo firefighters and equipment arrived and began combatting the fire. SA Bongiovanni, through his unselfish actions, upheld the finest tradition of federal law enforcement. SA Bongiovanni purposely went into harm's way without regard to his personal safety and in doing so helped a number of residents escape the building without injury, thereby reducing the number of people who could have been injured or killed by this fire.

#### Special Agent Reinaldo Lopez-DEA

On July 26, 2012, Resident Agent in Charge (RAC) Reinaldo R. Lopez of the DEA Yakima Resident Office, Seattle Field Division, distinguished himself during a shooting incident during an undercover buy-bust narcotics operation. During this operation defendant Manuel SANCHEZ attempted to drive over and murder Special Agent Wayne Ashton. SANCHEZ was shot multiple times by SA Ashton. As SANCHEZ slumped over in the Dodge Caravan the vehicle continued to head toward other persons in the parking lot of the Home Depot. Disregarding his personal safety, RAC Lopez ran along the moving vehicle and jumped into the Dodge Caravan with SANCHEZ. RAC Lopez managed to gain control of the vehicle and prevent it from slamming into other citizens or property. RAC Lopez noticed that SANCHEZ was having difficulty maintaining an open airway because of the bleeding from his facial gunshot wound. RAC Lopez stabilized the head and neck of SANCHEZ and was able to clear and open SANCHEZ's airway. During the process of trying to stabilize the defendant and control his bleeding, SANCHEZ stopped breathing three separate times. RAC Lopez was able to clear SANCHEZ's airway and re-start his breathing three separate times. Based on quick and decisive actions performed by RAC Lopez under dangerous circumstances no other citizens were injured by the Dodge Caravan, and the life of SANCHEZ was saved.

### Heroism Award

#### Assistant Special Agent in Charge Frank Smith and Group Supervisory Special Agent Susan Thomas-DEA

On November 16, 2012, UHP Trooper Livingston stopped Dean Linthalath for following too close to the preceding vehicle. Based upon his interaction with Linthalath, Trooper Livingston became suspicious that Linthalath was engaged in illegal activities and deployed his drug certified canine. Linthalath fled the vehicle and when Linthalath did not comply with commands, Trooper Livingston deployed his Taser. During the struggle between Trooper Livingston and Linthalath, DEA ASAC Frank Smith and Group Supervisor (GS) Susan Thomas were passing by. ASAC Smith stopped the vehicle and he and GS Thomas ran back to render assistance to Trooper Livingston identifying themselves as "DEA" and "Federal Agent". Upon ASAC Smith and GS Thomas's arrival, Linthalath was sitting in the driver's seat of his vehicle attempting to flee. As Trooper Livingston and ASAC Smith were attempting to subdue Linthalath, the trooper's Taser wires were striking ASAC Smith's left arm. ASAC Smith realized the Trooper was "hung up" in Linthalath's vehicle and Linthalath began to drive away dragging Trooper Livingston and ASAC Smith a short distance. During the incident, GS Thomas positioned herself to the right of ASAC Smith, weapon drawn covering the ASAC Smith and Trooper Livingston attempting to extract the suspect. GS Thomas continually gave verbal commands to the defendant and was in position to neutralize the defendant if the Trooper was unable to clear the vehicle. Trooper Livingston was able to free himself from the vehicle and Linthalath fled the scene. Law Enforcement pursued Linthalath and a few minutes later, Linthalath stopped his vehicle and surrendered. During a search of the vehicle, approximately 70 pounds of high quality marijuana was located in the vehicle along with three martial arts throwing knives and an expandable baton. This case was accepted by the United States Attorney's Office for federal prosecution.

### Group Achievement Award

SA John F. VanKleeff-FBI, SA John M. Woudenberg-FBI, SA Andrew D. Nambu-FBI, Keith W. Weidlich-FBI, SA Courtland D. Rae-FBI, SA Kristen VonKlienSmid-FBI, SA Gary S. Cacace-FBI, SA Michael E. Dwyer-FBI, Police Officer Thomas Joseph Coakley-Worcester Police Department

## Congratulations to Special Agent Joseph Bongiovanni, Winner of the 2012 Bravery Award



Some of the many DEA award winners at the Federal Law Enforcement Officers Association (FLEOA) annual meeting in Denver, Colorado on September 6, 2013. Special Agent Joseph Bongiovanni is at the far right.

On November 16, 2012, SA Joe Bongiovanni observed smoke and flames billowing from an apartment building in Buffalo, New York including several windows that were in the process of blowing out. He also saw that a woman who appeared trapped fell from the second story window to the ground. He immediately ran to her aid. Upon learning that others were trapped, Bongiovanni entered the burning building and assisted in getting several residents to safety. Along with two off-duty Buffalo firefighters, he then started clearing the building, crawling on their hands and knees to stay below the level of smoke in the hallways. Once inside, they were able to evacuate several people still trapped within the building until the firefighters and equipment arrived. Bongiovanni purposely went into harm's way without regard for his personal safety and helped a number of residents escape the building.

**Related articles:**
NOV 16, 2012 - SA Bongiovanni, Two Off-Duty Firemen Help Residents from Burning Building
SEP 06, 2013 - FLEOA Honors to DEA





### North Tonawanda Police Off[...]



On July 23, 2012, No[...] [...]e at the right time shortly befo[...] [...]Smith Boy's Marina on Ton[...] [...]owning. A young ma[...] [...]a nearby bridge on t[...] [...]eads north tow[...] [...]was clearly in [...] [...]en Truty ale[...] [...]to get well ahe[...] [...]rents in excess [...] [...]water for up to [...] [...]escue by taking [...] [...]ach him, and w[...] [...]water. The swimmer [...] [...]en transported to [...]

The 100 Club o[...] [...]aryl Truty for his extreme bravery and dilig[...] [...]his actions of July 23, 2012

### Firefighter Jeffrey Kane – Buffalo Fire Department
### Firefighter Robert Carnevale – Buffalo Fire Department
### Special Agent Joseph Bongiovanni – US Drug Enforcement Administration

On the morning of November 16, 2012, two off duty City of Buffalo Firefighters, Jeffrey Kane and Robert Carnevale and DEA Special Agent Joseph Bongiovanni were driving separately on Amherst Street in the City of Buffalo when they all happened upon a structure fire at a three story apartment building. Smoke was billowing out of the structure and most of the 50 residents, some still in pajamas, were fleeing from the building, including a woman who jumped from a second story window as flames encroached. Unbeknownst to each other, they all decided to stop and enter the burning building to assist residents. Firefighter Kane who asked his wife to pull their car over instinctively entered the burning structure, without the protection of any equipment, to attempt to remove the remaining residents. He realized the heavy smoke allowed for a small window of air about 6 inches from the floor so he stayed low and banged on the floor calling out to people to get out of the structure. At this point he saw a pair of feet moving away from him so he drew a deep breath, stood up and ran through the thick smoke to grab a woman who he safely removed from the building. Upon reentering the building, he heard a familiar voice, that of fellow Firefighter Robert Carnevale and another man, Special Agent Joseph Bongiovanni who were also in an off duty capacity and searching for people as well. Each relieved there were others assisting at the scene, they continued the search of the structure until the flames and smoke became so intense they had to exit the building leaving the remaining searches and firefighting to arriving Buffalo Fire Companies.

The 100 Club of Buffalo recognizes City of Buffalo Firefighters Jeffrey Kane and Robert Carnevale and DEA Special Agent Joseph Bongiovanni for their heroic actions of November 16, 2012 for disregarding their own safety by entering a burning structure without the aid of protective equipment and saving the lives of numerous residents.





Agent Bongiovanni,

Congratulations on receiving the "2013 Special Commendation for Bravery Award."

Sean

SEAN M. RYAN
Member of Assembly

NEW YORK STATE ASSEMBLY